UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>v.<br>**BRANDON FELLOWS**<br><br>**Defendant.** | Case: 1:21-mj-00080<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 01/15/2021<br>Description: Complaint w/ Arrest Warrant |

### ORDER

This matter having come before the Court pursuant to the application of the United States to seal the criminal complaint, affidavit in support of the complaint, and arrest warrant in this case. The Court finds that the United States has established that a compelling governmental interest exists to justify the requested sealing and that the requested sealing is no greater than necessary to protect those interests.

IT IS THEREFORE ORDERED that the motion is hereby GRANTED, and that the criminal complaint, affidavit in support of the complaint, and arrest warrant remain under seal until the arrest of the defendant, at which time the criminal complaint and affidavit in support of the complaint may be treated as a matter of public record, or until otherwise ordered by the Court.

Date:   January 15, 2021

2021.01.15
19:57:02 -05'00'

_____
Zia M. Faruqui
UNITED STATES MAGISTRATE JUDGE

cc:    MELISSA JACKSON
       Assistant United States Attorney
       United States Attorney's Office
       555 Fourth Street, N.W.
       Washington, D.C. 20530