UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No. 21-cr-00083 |
| | ) (TNM) |
| | ) |
| BRANDON FELLOWS, | ) |
|     Defendant. | ) |
| | ) |

**NOTICE OF APPEARANCE**

The above captioned case has been assigned to Cara Halverson, Assistant Federal Public Defender. Please send all notices and inquiries to the address listed below.

                                                   Respectfully submitted,

                                                   A.J. KRAMER
                                                 FEDERAL PUBLIC DEFENDER

                                                 _____/s/_____
                                                 Cara Halverson
                                                 Assistant Federal Public Defender
                                                 625 Indiana Ave. NW, Ste. 550
                                                 Washington, D.C. 20004
                                                 (202) 208-7500
                                                 Cara_halverson@fd.org