# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No.: 21-CR-83 (TNM) |
| v. | : | |
| **BRANDON FELLOWS,** | : | |
|                  **Defendant.** | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its March 17, 2021 discovery letter, memorializing discovery sent on February 26, 2021, which is served as an attachment via ECF on counsel for the Defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: /s/ *Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
District of Columbia
Cell No. (316) 213-7420
Kansas Bar Number 13162
Mona.Furst@usdoj.gov

## CERTIFICATE OF SERVICE

On this 17th day of March, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/*Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney