AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**BRANDON FELLOWS**<br><br>*Defendant* | )<br>)  Case No.<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **BRANDON FELLOWS**,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a) (Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2) (Violent Entry or Disorderly Conduct)

Date:   01/15/2021

2021.01.15
19:52:23 -05'00'

*Issuing officer's signature*

City and state:   Washington, DC

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)*  1/15/2021 , and the person was arrested on *(date)*  1/16/2021
at *(city and state)*  Albany, New York.

Date:   1/16/2021

TFO Jason V. Manchuck
*Arresting officer's signature*

TFO Jason Manchuck
*Printed name and title*