UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | No.: 21-CR-83 (TNM) |
| v. : | |
| **BRANDON FELLOWS,** : | |
|                 **Defendant.** : | |

**NOTICE OF FILING DISCOVERY CORRESPONDENCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its March 26, 2021 discovery letter, memorializing discovery sent on March 18th and March 25th, 2021, which is served as an attachment via ECF on counsel for the Defendant.

                                              Respectfully submitted,

                                              CHANNING D. PHILLIPS
                                              Acting United States Attorney
                                              D.C. Bar No. 415793

                                           By: /s/ *Mona Lee M. Furst*
                                               Mona Lee M. Furst
                                               Assistant United States Attorney
                                               Detailee – Federal Major Crimes
                                               United States Attorney's Office
                                               District of Columbia
                                               Cell No. (316) 213-7420
                                               Kansas Bar Number 13162
                                               Mona.Furst@usdoj.gov

CERTIFICATE OF SERVICE

On this 26th day of March, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                                        /s/*Mona Lee M. Furst*
                                               Mona Lee M. Furst
                                               Assistant United States Attorney