UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 21-cr-0083 TNM |
| | : | |
| **BRANDON FELLOWS,** | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY
FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion and counsel does not object to this motion.

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                        Respectfully submitted,

                                        CHANNING PHILLIPS
                                        Acting United States Attorney
                                        D.C. Bar No. 415793

By:    */s/ Mona Lee M. Furst*
           MONA LEE M. FURST
           Assistant United States Attorney
           Detailee – Federal Major Crimes
           Kansas Bar No. 13162
           United States Attorney's Office
           1200 Epic Center, Suite 1200
           Wichita, Kansas 67202
           Mobile No. (316) 213-7420
           Mona.Furst@usdoj.gov