UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No.: 21-CR-83 (TNM) |
| | : | |
| v. | : | |
| | : | |
| **BRANDON FELLOWS,** | : | |
|                **Defendant.** | : | |
| | : | |

### JOINT MOTION TO CONVERT THE IN-PERSON STATUS HEARING INTO A HEARING BY VIDEO CONFERENCE

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully requests that this Court , jointly with counsel for the defendant, Cara Kurtz Halverson, Assistant Federal Public Defender, convert the in-person status hearing set May 6, 2021 to a video conference hearing. In support of this motion, undersigned counsel respectfully submits the following information for consideration of this request.

Counsel for the United States is detailed to the District of Columbia's United States Attorney's Office from the District of Kansas and is working from her home District. Attending in person would require a cross county flight for a short hearing. Additionally, not all the parties int his matter have been vaccinated. Both situations expose the parties and court personnel to health risks.

On March 16, 2021, Chief Judge Howell issued the fourth 90-day extension of Standing Order 20-17 (BAH).  This Order continues to authorize video and telephone conferencing pursuant to the CARES Act because of the pandemic. *See* Standing Order, 21-14 (BAH). As noted in this Order, pursuant to the COOP Plan, "for public health and safety reasons, the expectation is that most proceedings will be conducted remotely, via video or teleconference." *Id*. at pg. 5, *see also*

https://www.dcd.uscourts.gov/sites/dcd/files/Continuity%20of%20Operations%20Plan%20with

%20Appendices%20External%20030421.pdf. In addition, the Court has authorized the resumption of limited jury trials which will be limited to one jury per floor of the courthouse. *Id*. at pg. 5. It is undersigned counsel's understanding that jury trials will be occurring by May 6, 2021, albeit in a limited capacity. *Id*. This too may impact the number of people in close proximity in the courthouse at the time of our status hearing.

  According to the Centers for Disease Control and Prevention's (CDC) website, the case numbers are surging despite vaccinations being offered nationwide.   Notably, over the last 7 days there has been over 74,860 new cases of COVID-19, a 7-day case rate of 135.3 per 100,000. *See* https://covid.cdc.gov/covid-data-tracker/#cases_casesper100klast7days.   Further, the D.C. Government reported that a 7-day case rate of 17.1 per 100,000, and a test positivity rate of 4.7%. *See*  https://coronavirus.dc.gov/release/coronavirus-data-april-8-2021.

  The prior status hearing in this matter was held on March 3, 2021 by video conference.  At that time the Court indicated a willingness to reconsider the in-person hearing due to government counsel being in Kansas, and defense counsel's status as unvaccinated.  The parties are requesting that the court reconsider and hold the hearing virtually as before.

WHEREFORE, to ensure the safety of all participants, counsel both respectfully request that this Honorable Court grant this motion and convert defendant's May 6, 2021, status hearing from an in-person hearing to a video conferencing hearing.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:       ____/s_____
Mona Lee M. Furst
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office

District of Columbia
Cell No. (316) 213-7420
Kansas Bar Number 13162
Mona.Furst@usdoj.gov


___/s/_____
Cara Kurtz Halverson
Assistant Federal Public Defender
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
Office: 202-208-7500
Cell: 202-394-0860
Cara_Halverson@fd.org