**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 21 CR 83 (TNM)** |
| | : | |
| **BRANDON FELLOWS,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Based upon the representations in the Joint Motion of the United States and Counsel for Defense to Convert the In-person Status Hearing to a Video Conferencing Hearing, the Court makes the following findings:

Counsel for the United States is detailed to the District of Columbia's United States Attorney's Office from the District of Kansas and is working from her home District. Attending in person would require a cross county flight for a short hearing. Additionally, not all the parties in this matter have been vaccinated. Both situations expose the parties and court personnel to health risks.

On March 16, 2021, Chief Judge Howell issued the fourth 90-day extension of Standing Order 20-17 (BAH). This Order continues to authorize video and telephone conferencing pursuant to the CARES Act because of the pandemic. *See* Standing Order, 21-14 (BAH). As noted in this Order, pursuant to the COOP Plan, "for public health and safety reasons, the expectation is that most proceedings will be conducted remotely, via video or teleconference." *Id*. at pg. 5, *see also*

https://www.dcd.uscourts.gov/sites/dcd/files/Continuity%20of%20Operations%20Plan%20with%20Appendices%20External%20030421.pdf. In addition, the Court has authorized the

resumption of limited jury trials which will be limited to one jury per floor of the courthouse. *Id*. at pg. 5. It is undersigned counsel's understanding that jury trials will be occurring by May 6, 2021, albeit in a limited capacity. *Id*. This too may impact the number of people in close proximity in the courthouse at the time of our status hearing.

According to the Centers for Disease Control and Prevention's (CDC) website, the case numbers are surging despite vaccinations being offered nationwide.   Notably, over the last 7 days there has been over 74,860 new cases of COVID-19, a 7-day case rate of 135.3 per 100,000. *See* https://covid.cdc.gov/covid-data-tracker/#cases_casesper100klast7days.   Further, the D.C. Government reported that a 7-day case rate of 17.1 per 100,000, and a test positivity rate of 4.7%. *See*  https://coronavirus.dc.gov/release/coronavirus-data-april-8-2021.

The prior status hearing in this matter was held on March 3, 2021 by video conference. At that time the Court indicated a willingness to reconsider the in-person hearing due to government counsel being in Kansas, and defense counsel's status as unvaccinated.

Therefore, it is this____ day of April, 2021

**ORDERED** that the Joint Motion of the United States and Counsel for Defense to Convert the In-person Status Hearing to a Video Conferencing Hearing is hereby GRANTED, and that the May 6, 2021 status hearing set at 10:00 a.m. will be by video conferencing.

_____
THE HONORABLE TREVOR N. MCFADDEN
UNITED STATES DISTRICT JUDGE