**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | : | |
| **UNITED STATES OF AMERICA** | : | No.: 21-CR-83 (TNM) |
| | : | |
| **v.** | : | |
| | : | |
| **BRANDON FELLOWS,** | : | |
| **Defendant.** | : | |
| | : | |

### NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its May 17, 2021 discovery letter, memorializing discovery sent on May 17, 2021, which is served as an attachment via ECF on counsel for the Defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: /s/ *Mona Lee M. Furst*
MONA LEE M. FURST
Assistant United States Attorney
Detailee – Federal Major Crimes
Kansas Bar No. 13162
United States Attorney's Office
1200 Epic Center, Suite 1200
Wichita, Kansas 67202
Mobile No. (316) 213-7420
Mona.Furst@usdoj.gov

### CERTIFICATE OF SERVICE

On this 17th day of May, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

_____/s/*Mona Lee M. Furst*_____
Mona Lee M. Furst
Assistant United States Attorney