UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.: 21-CR-83 (TNM) |
| v. | : | |
| BRANDON FELLOWS, | : | |
| Defendant. | : | |

**NOTICE OF FILING DISCOVERY CORRESPONDENCE**

  The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its June 30, 2021 discovery letter, memorializing discovery sent on June 15 and June 30, 2021, which is served as an attachment via ECF on counsel for the Defendant.

              Respectfully submitted,

              CHANNING D. PHILLIPS
              Acting United States Attorney
              D.C. Bar No. 415793

           By: /s/ *Mona Lee M. Furst*
              MONA LEE M. FURST
              Assistant United States Attorney
              Detailee – Federal Major Crimes
              Kansas Bar No. 13162
              United States Attorney's Office
              1200 Epic Center, Suite 1200
              Wichita, Kansas 67202
              Mobile No. (316) 213-7420
              Mona.Furst@usdoj.gov

**CERTIFICATE OF SERVICE**

  On this 30th day of June, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

              /s/*Mona Lee M. Furst*
              Mona Lee M. Furst
              Assistant United States Attorney