

**United States Department of Justice**

*United States Attorney*
*Northern District of New York*

| | |
|---|---|
| *445 Broadway, Room 218* | *Tel.: (518) 431-0247* |
| *James T. Foley U.S. Courthouse* | *Fax: (518) 431-0249* |
| *Albany, New York 12207-2924* | |

June 19, 2021

**BY ECF**

Hon. Daniel J. Stewart
U.S. Magistrate Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, New York 12207

      RE:    *United States v. Brandon Fellows*, No. 21-MJ-314(DJS) (N.D.N.Y.)

Dear Judge Stewart:

      Pursuant to instructions received from Your Honor's chambers, the government respectfully encloses for the public docket redacted versions of the documents sent to Your Honor by the U.S. Probation Office on June 16, 2021 concerning the defendant's contacts with that office on June 14, 2021. *See* Dkt. # 3 at n.2. The redacted information falls under Local Criminal Rule 49.1(a).

      Respectfully submitted,

      ANTOINETTE T. BACON
      Acting United States Attorney

By: _____
      Joshua R. Rosenthal
      Assistant United States Attorney
      Bar Roll No. 700730

encl.

cc:  Timothy Austin, Esq. (defense counsel) (by ECF)
     Supervisory U.S.P.O. Jeannine Kiebart (by Email)
     Senior U.S.P.O. Kendra Rennie (by Email)
     AUSA Mona Lee M. Furst (by Email)

6/14/21 #1

2:23 .ıll LT



+1 (518) ▮▮▮▮▮▮▮

Monday 8:44 AM

> Please read your email and send me a schedule. You nee to be clear in your request. I will be out of the office tomorrow so you need to get this to me in the next hour or so I can put it in

Did you pay for the brace

Deliv

Monday 6:37 PM

2

6/14/21
#1a

> Please read your email and send me a schedule. You need to be clear in your request. I will be out of the office tomorrow so you need to get this to me in the next hour or so so I can put it in

> Did you pay for the bracelet

Delivered

Monday 6:37 PM





6/14/21
#2
6:37 PM

Defendant's conversation regarding employment verification

6/14/21
#3
6:37 PM

> you by 1pm 😁
> Delivered

> Thanks

**radaris** comprehensive search   LOGIN

Kendra Rennie

# One person named Kendra Rennie living in the US

Kendra ▉ 47

Resides in ▉ NY

Known as
**Kendra Rennie**

Lived in
▉ MA 01240 ☎ (413) ▉ • Albany, NY • Clifton Park, NY • Halfmoon, NY ...

**Full Profile**

We found 1 people in 2 states named Kendra Rennie living in the US. The state with the most residents by this name is Massachusetts, followed by New York. Public records for Kendra

> The office back at it again I see... my SIM card was not letting me access your

letting me access your number... I remembered your last phone you messaged me from had a 4 on it at the beginning. I have a new phone being delivered tomorrow from spectrum. I googled your number since you are typically out of the office and don't typically pick up your office number. I on the first source found your name with a number that began with a 4... I called it and someone else answered but said she knew you and could take a message... I was weirded out and said I'll try again later, thank you.

If a person wanted to commit crimes it would be pretty stupid to call on the same phone, location, and without

6/14/21
#4
6:37 pm

answered but said she knew you and could take a message... I was weirded out and said I'll try again later, thank you.

If a person wanted to commit crimes it would be pretty stupid to call on the same phone, location, and without caller I'd while being tracked and not able to leave the house. I tried calling you and someone else answered... it's not my fault google has your number listed as someone elses.

6/14/21
6:37 PM
#5

+1 (518) ███
Albany, NY

    

message · call · video · mail · pay

June 14, 2021

12:36 PM **Outgoing Call**
4 minutes

*POs call to defendant*

Share Contact

Create New Contact

Add to Existing Contact

Add to Emergency Contacts

Share My Location

# Kendra Rennie

| | |
|---|---|
| **From:** | Brandon Fellows <​@gmail.com> |
| **Sent:** | Monday, June 14, 2021 1:09 PM |
| **To:** | Kendra Rennie |
| **Subject:** | Re: I've called 2 separate days for you |

**CAUTION - EXTERNAL:**

Also, a noise complaint was filed on Saturday. I said hello to an officer who asked if I was blaring music. I explained "probably not" and he said "okay just checking" and left.

On Mon, Jun 14, 2021 at 12:58 PM Brandon Fellows <​@gmail.com> wrote:

# address for restituion  Inbox

**Dawn Gagne**  12:39 PM
to me

Mr. Fellows:

To make your $95 restitution payment please send a cashier's check or money order, payable to BI Inc.,

to:

BI Inc

Bank of America Lockbox Services

Lockbox

2

> ✱ To answer your other question The lady finally called me back, she said there's no way to pay online... this is what she sent me.
>
>> On Mon, Jun 14, 2021 at 12:26 PM Brandon Fellows <​███████@gmail.com> wrote:
>>> ███████ rensellear. Leaving shortly.
>>
>>> On Mon, Jun 14, 2021 at 8:43 AM Kendra Rennie <Kendra_Rennie@nynp.uscourts.gov> wrote:
>>>
>>>> Please see my other email and send me another schedule
>>>>
>>>> Kendra Rennie
>>>>
>>>> Senior United States Probation Officer
>>>>
>>>> James T. Foley Federal Courthouse
>>>>
>>>> <u>445 Broadway, Room 347</u>
>>>>
>>>> Albany, NY 12207
>>>>
>>>> ✱ (518) 257-1737 ✱
>>>>
>>>> (518) 257-1701 fax
>>>>
>>>> **From:** Brandon Fellows <███████@gmail.com>
>>>> **Sent:** Monday, June 14, 2021 1:37 AM
>>>> **To:** Kendra Rennie <Kendra_Rennie@nynp.uscourts.gov>
>>>> **Subject:** Re: I've called 2 separate days for you
>>>>
>>>> **CAUTION - EXTERNAL:**
>>>>
>>>> Do to thumnderstorms I would prefer to switch my 4 hours of marketing on Albany street to Tuesday, and choose for the masonry job on 5 wing road to be completed on Wednesday.
>>>>
>>>> I also almost forgot I have a ███████ at 11am tomorrow in albany. Afterwards I will be going to the previous address I sent you in East Greenbush for a quick job.

3

Friday I will be heading to █████████████ niskayuna ny for a potential cap install and gas stove installation estimate. It could take up to 6 hours as I will be attempting to upsell something on sight,

I may also need to go to Lindamenn chimney supply co in the event I do not have something the customer needs. Lindamenn is located in the industrial park in guilderland.

On Sat, Jun 12, 2021 at 12:27 PM Brandon Fellows <█████████████@gmail.com> wrote:

Okay, that sounds good to me 😁

On Sat, Jun 12, 2021 at 9:54 AM Kendra Rennie <Kendra_Rennie@nynp.uscourts.gov> wrote:

OK but I'm not allowing you to go door to door for eight hours. you can fit pick a four hour block.

Sent from my iPhone

On Jun 12, 2021, at 6:06 AM, Brandon Fellows █████████████@gmail.com> wrote:

**CAUTION - EXTERNAL:**

My phone sim card randomly is not working... I will not be able to call in today. I will have Joe come by later today and use his phone to figure out the issue... I can not call customer support without my phone working.

Also,

Monday I will need to go to troy again for a quick job, will send address when phone works again.

I also will want to walk up albany street up until old State Farm road to do some marketing from my house to old State Farm road allowed out from 8am until 8pm.

4



Case 1:21-cr-00084-TJM Document 32-1 Filed 06/30/21 Page 14 of 14



6/14/21
PO's
mother's
phone