UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.: 21-CR-83 (TNM) |
| v. | : | |
| BRANDON FELLOWS,<br>　　　　　　　Defendant. | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its July 6, 2021 discovery letter, memorializing discovery sent on July 4and July 6, 2021, which is served as an attachment via ECF on counsel for the Defendant.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　CHANNING D. PHILLIPS
　　　　　　　　　　　　　　　　　　　　Acting United States Attorney
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 415793

　　　　　　　　　　　　　　　　　By: /s/ *Mona Lee M. Furst*
　　　　　　　　　　　　　　　　　　　　MONA LEE M. FURST
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Detailee – Federal Major Crimes
　　　　　　　　　　　　　　　　　　　　Kansas Bar No. 13162
　　　　　　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　　　　　　1200 Epic Center, Suite 1200
　　　　　　　　　　　　　　　　　　　　Wichita, Kansas 67202
　　　　　　　　　　　　　　　　　　　　Mobile No. (316) 213-7420
　　　　　　　　　　　　　　　　　　　　Mona.Furst@usdoj.gov

## CERTIFICATE OF SERVICE

On 7th day of July, 2021, a copy of the foregoing was served on counsel of record for the defendant via the e-mail.

　　　　　　　　　　　　　　　　　　　　　/s/*Mona Lee M. Furst*
　　　　　　　　　　　　　　　　　　　　Mona Lee M. Furst
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney