AO 442 (Rev. 01/09) Arrest Warrant            11225726

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| v. | ) |
| BRANDON FELLOWS | ) Case No. 21-cr-00083-TNM |
|  | ) |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   BRANDON FELLOWS

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☑ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
See Pretrial Petition.

Date: 06/15/2021

*Issuing officer's signature*

City and state:   Washington, DC

M. Chaclan, Courtroom Deputy
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  06/15/2021  , and the person was arrested on *(date)*  06/15/2021
at *(city and state)*  Albany, New York  .

Date: 06/15/2021

S. Smith

*Arresting officer's signature*

Stu Smith, USMS N/NY Enforcement Supervisor
*Printed name and title*