| Government | ✓ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| Court | ☐ |

United States of America

VS.

Brandon Fellows

Civil/Criminal No. 21-cr-83 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 4 | voicemail | 7/14/2021 | 7/14/2021 | Jeannine Keibart | n/a |
| 5 | Guilderland Town Police Department report | 7/14/2021 | 7/14/2021 | n/a | n/a |
| 1 | text messages | 7/14/2021 | 7/14/2021 | n/a | n/a |