UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.: 21-CR-83 (TNM) |
| v. | : | |
| BRANDON FELLOWS,<br>            Defendant. | : | |

**NOTICE OF FILING DISCOVERY CORRESPONDENCE**

  The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its August 19, 2021 discovery letter, memorializing discovery sent on July 22, July 27 and August 18, 2021, which is served as an attachment via ECF on counsel for the Defendant.

                 Respectfully submitted,

                 CHANNING D. PHILLIPS
                 Acting United States Attorney
                 D.C. Bar No. 415793

             By: /s/ *Mona Lee M. Furst*
                 MONA LEE M. FURST
                 Assistant United States Attorney
                 Detailee – Federal Major Crimes
                 Kansas Bar No. 13162
                 United States Attorney's Office
                 1200 Epic Center, Suite 1200
                 Wichita, Kansas 67202
                 Mobile No. (316) 269-6537
                 Mona.Furst@usdoj.gov

CERTIFICATE OF SERVICE

  On 19th day of August, 2021, a copy of the foregoing was served on counsel of record for the defendant via the e-mail.

                 /s/*Mona Lee M. Furst*
                 Mona Lee M. Furst
                 Assistant United States Attorney