Filed with the Classified
Information Security Officer
CISO M. Mullery
Date 09/01/2021

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00083-TNM |
| ) | |
| BRANDON FELLOWS, ) | *Ex Parte*, *In Camera*, Under Seal |
| ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S EX PARTE, IN CAMERA, UNDER SEAL MOTION AND MEMORANDUM OF LAW FOR A PROTECTIVE ORDER PURSUANT TO CIPA SECTION 4 AND FED. R. CRIM. P. 16(d)(1)