UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 21-cr-00083-TNM |
| v. ) | |
| ) | |
| BRANDON FELLOWS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court, having carefully considered the United States' *Ex Parte, In Camera*, Under Seal Motion for a Protective Order filed in accordance with Section 4 of the Classified Information Procedures Act, 18 U.S.C. App. III, § 4, and Fed. R. Crim. P. 16(d)(1), and the accompanying memorandum of law and attachments thereto, hereby

**GRANTS** the motion for protective order and further directs the Clerk of Court to send a copy of this Order to counsel for the Defendant and the United States.

**IT IS SO ORDERED** on this 7th day of October, 2021.

TREVOR N. McFADDEN, U.S.D.J.

Filed with the Classified Information Security Officer
CISO  Daniella Medel
Date  10/01/2021

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v.                                              ) <br> ) <br> BRANDON FELLOWS,                 ) <br> ) <br> Defendant.                        ) <br> ) | Case No. 21-cr-00083-TNM <br><br> *Ex Parte*, *In Camera*, Under Seal |

**MEMORANDUM ORDER**