UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) No.   21-cr-83 (TNM) |
| | ) |
| BRANDON FELLOWS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING

Mr. Brandon Fellows, *pro se*, respectfully requests this filing be docketed on ECF.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
CARA HALVERSON
Assistant Federal Public Defender
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Cara_halverson@fd.org