# Access to Court Violation / Case law / remedies sought Index Contents

- This table of Contents / index (1 page)
- Access-to-Court-Violation #1 (2 pages)
- Access-to-Court-violation #2 (1 page)
- Access-to-Court-violation #3 (1 page)
- Access-to-Court Relevant Case Law (2 pages)
- Access-to-Court-violation Exibit 1 (2 pages)
- Access-to-Court-Violation Exibit 2 (2 pages)
- Access to law library / Court claim Exibit 3 (2 pages)
- Access-to-Court Exibit 4 (1 page)
- This Jail lies/suchs Exibit 5,000,000,000 (1 page)
- Relief requested (2 pages)

total: 17 pages

# Access to Court Violation #1

Though a bond hearing was one of the last things I requested to happen in chronological order, I made it clear I wanted to seek and get a ruling on other motions/proceedings before bond was ruled on. I also made it clear in my motion I only wanted a bond hearing if I could call my witness who was already present in the court room to the stand. I made it clear I only wanted a bond hearing at earliest, after my first evidentiary hearing, which again I made clear I planned to use question and answer form testimony and cited Gurka v. State for why a witness should be called to the stand to support my claims. This is why I did not prepare for a bond hearing.

I was told for weeks I was attending a status hearing, and at most my motion would be discussed and possibly passed, and so was told to have my preparations ready, which they were. No one told me I had a bond hearing until I sat in my seat in the court room. I sat silently until I was welcomed to speak and then told the court I did not want a bond hearing and also was not prepared for one. I shared it was not my fault. My counsel warned me if I canceled I would not get another bond hearing. I appealed to the court to no avail. Still, it was my understanding I had a right to call a witness to the stand and strongly felt her testimony would be helpful so I out of fear of not being able to seek bond in the future requested to call my witness to the stand. "Denied", even though the government for 9 months has called multiple witnesses to the stand she prepped before the hearing. I was not able to call up my unfriendly witness with no prior pre talks.

So, not being told about what my bond hearing was about/getting wrong information that made me prepare for something else was prejudicial. No defense shows up not knowing if it's a bond hearing, and every defence is given +

to prepare. Someone should have told me so I could prepare and so I before court could correct the court to let them know I did not want a bond hearing yet.

I blame the jail, my counsel, the prosecutor, and this court in the event I need to blame the actual responsible party for this to be effective. I don't know whose responsibility it was/is but whoever it was is listed.

Again I point to a motion that could have/will avoid such problems and save all the parties time and money, allow a laptop with internet access to be allowed in my cell. Then if a court hearing is coming up I can be sure what it is and be able to quickly access all parties.

# ACCESS to Court Violation #2

Though I've requested since September on tablets and since arrival/only for paper, pens, stamps and envelopes this jail has not provided them. My complaints went unanswered until late September when I finally got a written response back which is attached. Since then Ms. Holden has tried telling me she doesn't need to give me paper. It took 16 days and daily complaining to her lazy do nothing supervisors to begin getting paper again. They still deny giving me stamps. I have continuously showed what the Supreme Court has said on the issue, but Ms. Holdens response was "Call the Supreme Court then".

The denial of paper has been prejudicial as I was planning to have my motion to dismiss the 1512 charge by 11/29/21 but now it is not ready which is going to slow down my other motions I have planned to write. The stamps not only are being denied to be given at jail expense, but due to us helping shut this civil rights abusing jail down, stamps were not available to most people who sought them.

The denial of stamps/shortage was prejudicial as I could not send my appeals in to the Court of appeals. Additionally I've requested the jail send my motions in multiple times but they refuse to do so. This is prejudicial as I seek to respond timely and start the motion process as early as I can.

Again, a remedy that would save all parties time and money would be allowing me to have a laptop with internet access. With that I would have no need for paper, pens, stamps, envelopes, or anyone to send my motions in.

# Access to Court Violation #3

Upon my second wrongful arrest I continually begged and demanded access to a legal law library. My second arrest was on June 14th, I did not have access (besides 1-2 hours in Albany) until August 24th. Within one day I found many areas my counsel was lying to me on and also breaking the law. What many officers a lawyers were telling me about her were true! This is what caused me to prepare to show the court her malpractice which to my limited understanding first meant I needed self represent and then keep her present until I was ready to present my findings to the court with the element of suprise so Ms. Halverson did not begin to prepare or try to escape. The element of suprise is gone due to the court denying me the ability to call her first as a witness to my claims, and second to prove her ineffectiveness and misconduct right after she supported my claims.

The denial of law library access was prejudicial to me because on my 7/14/21 & 7/15/21 hearings I was still full of stockholme syndrome towards Ms. Halverson as I had yet to read with my own eyes the lies she told me and the laws she broke and tried to get me to break. Had access been given to me I would have done what I did once I read the laws later at my next hearing and made her stand-by counsel. This would have allowed me the ability to effectively cross examine the lying witness', stop the narrative steering, and present the truth. The result of all this was a continued representation of ineffective assistance which talked me into remaining silent with a promise she'd bring these matters up in 60 days, which she then revoked. The result is I'm in jail, my closest family member died one month ago, and many other negatives both in my life and regarding preparation of this case.

There is no true remedy for my losses, but to help make up for lost time/ help me prepare I could have a temporary release for evidence gathering, a laptop with internet access, and the chance to show through witness testimony that my claims are true. (2.5 months with no law library, 70 days/occasions continuously)

# Access-to-Court Relevant Case Law

1) Caldwell V. N.J. Dept. of Corr. (D.N.J. 2018): In order to establish that defendants violated plantiffs right to access, plantiff must demonstrate that "(1) he suffered an actual injury (i.e., that he lost an opportunity to pursue a non-frivoles claim, and (2) he has no other remedy... that can possibly compensate for the lost claim. - Monroe V. Beard F.3d 198, 205 (3rd Cir. 2008) → The lack of access to the library on one occasion, or even several occasions, without any allegations that he lost access to court is fatal to plantiffs request for a temporary restraining order on his law library access claim. → See also Niblack V. Hall, 2010 WL 507348, at *5 (D.N.J. 2010) ("Plantiff does not allege that he was unable to file this or any other complaint in the Courts, and in fact, he has not been limited in filing the instant action... He also does not allege that any of his court cases were dismissed because he did not have timely access to the Courts. In short, Niblack fails to articulate how the alleged denial of access to the law library has hindered his efforts to pursue the claim...")

2) Benjamin V. Kerik, 102 F. Supp. 2d 157 (S.D.N.Y. 2000): The Supreme Court has recognized repeatedly that correspondance directed to or sent by a prison inmate is protected "against unjustified interference." - Procunier V. Martienez, 40 L. Ed. 2d 224 (1974) / Turner V. Safley, 482 U.S. 96 L.Ed. 2d 64 (1987). Courts have held that individual prisoners alleging denial of access to courts because of mishandled mail are not entitled to relief absent a showing of prejudice. See Jermosen V. Coughlin 866 (S.D.N.Y. 1995); Armstrong V. Lane 943 ~~F.Supp.~~ (C.D.Ill. 1991), Simmons V. Dept. of Correction of State of N.Y. (E.D.N.Y. May 29, 1981)

3) Bounds V. Smith ... 52 L.Ed. 2d 72 (1977): The ability of indigent inmates to send and recieve legal documents implicates the constitutional right of access to courts. The Supreme court has indicated that it is indisputable that indigent

inmates must be provided at state expense with paper and pen to draft legal documents, with notorial services to authenticate them, and with stamps to mail them." (Prisoners ~~ass~~ conclusory assertion that he suffered prejudice does not suffice to support an access to court claim... some showing of impaired access is required.) ... The plaintiffs have not shown that the departments inmate mail practices prevented them from communicating with the courts or their attorneys or shown that inmates have missed deadlines or failed to comply with court orders.

4) Thompson V. Gomez: (won access to court claim against California): The PLRA defines "prospective relief" as "all relief other than compensatory monetary damages" They define "relief" as "all relief in any form that may be granted or approved of by the courts, and includes consent decrees..." 18 U.S.C. § 3626 (g)(9). The provision stops judges from imposing remedies intended to effect an overall modernization of local prison systems or provide an overall improvement in prison conditions (noise complaints can be fixed, jail can be forced to provide free weights, ear plugs, offer eye covers for light, etc.). "Actual injury" does not neccesarily mean absolute prejudice; significant delays that hinder or impede a claim are enough. (Also good read/study of group like us not getting church services...)

5) Cooper V. Pete (378 U.S. 546, 1964): Supreme Court reversed judgement and agreed with prisoner. Prisoners now had rights guarenteed by the Constitution and could therefore seek assistance from the courts to challenge the conditions on access to courts, political expression, freedom of religion, right to have access to law libraries...

6) Wolfish V. Levi, 439 F.Supp. 114, 124 (1977): With respect to pretrial detainees, the court held that because they "are pressumed to be innocent and held only to ensure their presence at trial, any deprivation or restriction of rights beyond those which are neccessary for confinement alone, must be justified by a compelling necessity.

7) Supreme court said pretrial detainees shall enjoy freedom of speech and religion". - Pell V. Procunier, Cruz V. Beto (1972); Cooper V. Pete (1964).



Access to Court violation EMAILED
Exhibit 1                                10/11/2021
                                         BFM



RECEIVED
SEP 2 9 2021
By_____

Informal Grievance Form
Response ID: 112017
Submitted Date: 09/28/2021 06:29:06 PM (GMT-4)
Completion Time: 11 min. 59 sec.

**Step 1: Informal Resolution (to be completed by Inmate)**

- Inmate has five (5) days after triggering incident to submit request.
- The IGP coordinator will respond within seven (7) business days

Inmate First Name:
**Brandon**

Inmate Last Name:
**Fellows**

IG#
22109302 - 302

DC DC #
**377943**

Unit:
**C2b**

Date:
**9/29/21**
**Select Department/Services Needed:**

Click the drop down menu to select:
**Other**

Date of Incident:
**9/28/21**

Time of Incident:
**All day**

Offender:
**Dc doc**

Reason for Complaint:
**The supreme court has said the jails are responsible to provide inmates pen, paper, stamps, and envelopes upon request IF they are needed for legal purposes. I am now operating pro se in my case and because of this change I need pens, paper, stamps, amd envelopes provided to me atthe jails expense. Failure to comply can result in sanctions, an "access- to-court violation", or additional areas to collect damages from in the civil suit I helped organize with the ACLU whos representing us "jan 6ers" in the dc jail. Please send me a stack of papers, 5-10 envelopes, 5-10 stamps, and 2-4 pens. These are for legal papers. The supreme court has ruled that just because an inmate has money in their account to purchase these things does not mean the jail can decide not to provide these things for free (so long as needed and being used for legal purposes). For the first month while here i requested these but did not know it was protected and enforced by the supreme court. I now respectfully demand my rights in this area to be respected. Thank you, Brandon Fellows (worlds most**

*Access to Court Violation Exhibit 1*

## DCDOC Inmate Informal Resolution Complaint Form
## Tablet Submission Response

### Grievance Level:   Informal Grievance

| Inmate Name; BRANDON FELLOWS | DCDC#377943 | Unit;C2B | IGP #22109302-302 |
|---|---|---|---|
|  |  |  |  |

DOC Response:10/06/2021

Resident Fellows I have reviewed your Informal Resolution. I have included 3 envelopes, paper and two (2) free pens. Per our policy we do not provide free mailing if your account balance is more than $5.00 for 30 days. Your account balance exceeds $5.00 and has for more than 30 days.

Responder Name: DA Miller   Responder Signature: DA Miller   Date: 9/30/21

Department: CCR   Manager: (COVID-19)   Manager Signature: DA Miller

Inmate Grievance Coordinator Signature: _____   Date: _____

I've tried talking to Mr./Mrs. Covid-19 to no avail to express my concerns, perhaps he/she went back to the Wuhan Lab where he/she is from?

Case 1:21-cr-00083-TNM Document 58-1 Filed 12/01/21 Page 10 of 17

*Access to Court violation Exhibit 2* — **EMAILED** 10/11/2021



RECEIVED SEP 29 2021 By_____

Informal Grievance Form
Response ID: 112017
Submitted Date: 09/28/2021 06:29:06 PM (GMT-4)
Completion Time: 11 min. 59 sec.

**Step 1: Informal Resolution (to be completed by Inmate)**

- Inmate has five (5) days after triggering incident to submit request.
- The IGP coordinator will respond within seven (7) business days

Inmate First Name:
**Brandon**

Inmate Last Name:
**Fellows**

IG # 22109302-302

DC DC #
**377943**

Unit:
**C2b**

Date:
**9/29/21**
**Select Department/Services Needed:**

Click the drop down menu to select:
**Other**

Date of Incident:
**9/28/21**

Time of Incident:
**All day**

Offender:
**Dc doc**

Reason for Complaint:
The supreme court has said the jails are responsible to provide inmates pen, paper, stamps, and envelopes upon request IF they are needed for legal purposes. I am now operating pro se in my case and because of this change I need pens, paper, stamps, amd envelopes provided to me atthe jails expense. Failure to comply can result in sanctions, an "access- to-court violation", or additional areas to collect damages from in the civil suit I helped organize with the ACLU whos representing us "jan 6ers" in the dc jail. Please send me a stack of papers, 5-10 envelopes, 5-10 stamps, and 2-4 pens. These are for legal papers. The supreme court has ruled that just because an inmate has money in their account to purchase these things does not mean the jail can decide not to provide these things for free (so long as needed and being used for legal purposes). For the first month while here i requested these but did not know it was protected and enforced by the supreme court. I now respectfully demand my rights in this area to be respected. Thank you, Brandon Fellows (worlds most

Access to court violation ~~[scribble]~~
Exhibit 2

## DCDOC Inmate Informal Resolution Complaint Form
## Tablet Submission Response

### Grievance Level: Informal Grievance

| Inmate Name; BRANDON FELLOWS | DCDC#377943 | Unit;C2B | IGP #22109302-302 |
|---|---|---|---|
| | | | |

DOC Response: 10/06/2021

Resident Fellows I have reviewed your Informal Resolution. I have included 3 envelopes, paper and two flex pens. Per our policy we do not provide free mailing if your account balance is more than $5.00 for 30 days. Your account balance exceeds $5.00 and has for more than 30 days.

Responder Name: DA Miller   Responder Signature: DMiller   Date: 9/30/21
Department: CCR   Manager: COVID-19   Manager Signature: DMiller
Inmate Grievance Coordinator Signature: JCC   Date: 10/1/2021

Access to law library / Court claim Exibit 3

| Name | Date arrested / Days in Jail / Confined | Total Days without law library access |
|---|---|---|
| Brandon Fellows | 6/19/21 1/16/21 | since jail: 2 months and 10 days |
| William Chrestman | 2/11/21 | 4 months (approx) |
| Garret Miller | Jan 20th, 2021 | approximatly 2 months |
| Ryan Nichols | Jan 18th, 2021 | Jan 18 – Feb 1st, & Mar 9th – May 1 |
| Jeff Brown | 8/26/21 | 10-28-21 |
| NATHAN DEGRAVE | 1/28/21 | APPX 2 MONTHS |
| JAMES MCCLEW | 300 150 DAYS | APPX 2 Months |
| JEFF SABOL | 1/22/21 | APPROX. 2 MONTHS |
| Robert Gieswein | 1/18/21 | Approx 3 Months |
| Douglas Jensen | 10/4/21 (2nd arrest) | Still no access |
| "Douglas Jensen" | 1/8/21 (1st arrest) | May 1st before access |
| Ronald McAbee | 08/17/21 | 2 months, 09 days |
| Alan Byerly | 7/7/2021 | 1 Month about |
| Tim Hale | 1/15/2021 | Approx 4 months |
| JEFF MCKELLOP | MAR 18 2021 | 4 MONTHS |
| Peter F Stager | Jan 17th 2021 | May 09 2021 |
| Edward Lang recieved Education tablet 5/1/21 | – Arrested Jan. 16th |
| Julian Khater | 3-14-2021 | 2 months |
| Kash L. Kelly | 3-8-2021 | 2 months |
| Sean McHugh | 5/27/21 | 2 months |
| Ronald Sandlin | 1/28/21 | 2 mths |
| Scott Fairlamb | 1-22-21 | 4 months |
| DAVID DEMPSEY | 8-25-2021 | 2 MONTHS |
| Kyle Fitzsimons | February 4th 2021 | DC jail 3/25/21 – 4/30/21 |
| Cleveland Grover Meredith Jr. | 1/8/21 | 4 months |
| Guy Reffitt | 01/16/21 | March 8, 2021 to April 30, 2021 |
| Kenneth Harrelson | 03/08/21 | 03/08/21 – 07/01/21 |

| Name | Date arrested/ days in jail/confined | Total Days w/out law library access |
|---|---|---|
| ~~Do~~ Marshall Neefe | 9/14/21 | 1 Month 3 days |
| Jon Mellis | 2/16/21 | The entire time |

| Access to court exhibit / estimate of grievances filed since incarceration | estimate of amount of grievances received back | Have you been threatened as a result of writing grievances? (or punished?) | Is step 3 of the grievance process available on paper or on the tablet? | How long has step 3 / no papers on step 3 been missing on BF to the best of your memory? | Name |
|---|---|---|---|---|---|
| 20-30 | 6 | Yes | No | Since arrival | Brandon Fellows |
| 4 | 4 | No | No | Since Arrival | Troy Smocks |
| 25+ | 10 | Yes | No | Since Arrival | Pete Schwartz |
| 20-30 | 10-15 | No | No | Not Aware | (signature) |
| Judge (said don't) | None | No | No | Not Aware | (signature) |
| 10+ | 10+ | No | No | since arrival | Ryan Nichols |
| 10+- | 1/2 | No | No | Since arrival | Alan Byerly |
| 20 | 10 | Yes | No | February 2021 | (signature) |
| 300 | 15 | Racist! | No! | THE ENTIRE TIME | (signature) |
| 10 | 5 | No | No | Since Arrival | Jose Padilla |
| 10 | 3 | no | no | Since Arrival | (signature) |
| 25+ | 15~ | Yes | no | Since arrival | Timothy Hale-Cusanelli |
| 20+ | 12 | Don't recall | No | Always | (signature) |
| 10-15 | 3-4 | No | No | Always | Jessica Watkins |
| 6 | 2 | No | Yes | Always | (signature) |
| Hundreds | 20 | Yes multiple times | Unknown, I don't have access | Unknown | (signature) |

LOST then found day of court, unfinished but the Court should get the point

This jail lies/sucks Exhibit $5,000,000,000

Law Library Request Form PS 4160.4
Response ID: 131013
Submitted Date: 11/03/2021 03:51:03 PM (GMT-4)
Completion Time: 1 min. 11 sec.

recieved 11/19 ... 16 days later

First Name:
**Brandon**

Last Name:
**Fellows**

Date:
11/2/21 → prime example of how "on paper" it looks like they responded quickly... But for 9 days EVERY DAY I had to request a whole shift to try to get my paperwork in. 16 days after submission I recieved half of what I requested only because I bothered EVERYONE I encountered about it.

DCDC #:
377943

Unit:
C2b

Cell #:
18

This form is for Law Library Requests only. Residents may request copies of no more than 5 cases/motions/pleadings per week without a court deadline. List the specific cases/motions/pleadings you are requesting below. Your copies will be delivered to you upon receipt and copy completion.
**UNITED STATES OF AMERICA v. COUY GRIFFIN, Defendant. Case No. 21-cr-00092 (TNM)**

# Relief Requested

Grievance process has for months been sought and has been exsausted. Though for long periods of time the "Step 1" process was unavailable to most/many including myself. Most of my "Step one" grievances are not sent back which stops me/others from continuing on to "Step 2" of the process. I've never received my "Step 2" grievances back. Even if I/others were to receive "Step 2" grievances back, there is no "Step 3" (Warden's Administrative Remedy Form) either on our educational tablets, nor on paper. Step 3 has been unavailable since my arrival, and according to others, the entire year (2021) if not longer (according to non Jan sixers). Thus the "Step 4" (Appeal - Deputy Director Form) cannot be pursued, nor would it be useful as any complaints would be denied for not completing "Step 3". Additionally if most of our "Step 1" grievances are never answered it leads the question "Will our other grievances even be answered?". This is what both Jan sixers and non Jan sixers have asked, many have come to the conclusion that the answer is "no". The result is inmates giving up/not filing grievances/claims, and the jail remaining as it is, a civil rights abusing entity with no oversight, regulation, control, proper management, guidance, care, or stewardship. This is not just detrimental to the prisoner/myself, but to variously overlooked and abused constitutional rights. This is nothing new to the D.C. Jail, nor is it a secret to the public.

Seeing that the grievance process has been exsausted, according to the Prison Litigation Reform Act it is within the discretion of a District court Judge to grant relief/hold the jail in contempt. The Supreme court agrees. The current relief sought is not just for me, but the other "C2B" inmates and anyone else that is being deprived in the D.C. Jail.

1st Amendment relief sought: (Church) We are denied access to Church services because we are not vaccinated, all others are allowed to attend.

(Clergy:) We seek a pastor, the Clergy this jail has offered hands us "The dailey call" and leaves. "The dailey Call" calls white people hateful, rageful, continously eating animals, and is a muslim newspaper. We have handed this hateful racist religous material to the Congress members who visited us.

(Diets:) Fruit is rarely included in our diets. We see it once a week if we are lucky. MyPlate.gov says it is essiencial to have in every meal. Perhaps this is also why my/others teeth/gum health is deteriorating. Considering the amount of money the jail receives for our presence, it is within reason for them to provide us an essiential food group like fruit.

(Personal Grooming:) All who are not vaccinated are denied haircuts, instead we must pay near 15.00 dollars to put a painful burning cream on top of our heads and then proceed to painfully yank our hair out leaving burns on our heads/face for days. Or to not cut our hair which results in uncontrolable hair, and eating our facial hair during meals.

(Nutrition:) I have Issue with our food, but I am only seeking fruit, see "diets."

(Political Expression:) We/I simply ask for staff to be instructed that it is improper to call us "priviledged, racist, terrorists, Trump Supporter, etc." as many have done, often with negative actions such as my juice packet being thrown over my head purposely while being told "go get it Trump Supporter" or being forced to wait outside the nurses office because "He's a Trump Supporter". Additionally officers like "Taylor" should be instructed punching an inmate in the stomach and shoving his (Jacob Lang) face against a wall for singing the national anthem is improper behavior.

14th Amendment Relief Sought: Church, Clergy, personal grooming, and Political expression.

Many other violations have occured in non listed categories but these I'm seeking the most, aside from my relief sought in my access to court violations/relief sought in those complaints. Both Complaints/"relief sought" lists do not cite all my violations.

Braxton Feeeons  11/26/2021