UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.                                                     )<br>)<br>BRANDON FELLOWS,                   )<br>)<br>Defendant.                           )<br>_____) | No.    21-cr-83 (TNM) |

## NOTICE OF FILING

Mr. Brandon Fellows, *pro se*, respectfully requests this filing be docketed on ECF.

                              Respectfully submitted,

                              A.J. KRAMER
                              FEDERAL PUBLIC DEFENDER

                              _____/s/_____
                              CARA HALVERSON
                              Assistant Federal Public Defender
                              625 Indiana Ave. NW, Ste. 550
                              Washington, D.C. 20004
                              (202) 208-7500
                              Cara_halverson@fd.org