Responce to 10/6/21 Gov. responce (document 47)

- This table of contents (1 page)
- 3 page Intro
- 47 page responce
- 2 pages of additional case law
- ~~2 pages of~~ Index (2 pages)

Total: 55 pages

Introduction to Response Page 1

My response to the governments response is also a call to action, correction to their lies, and a correction to their created false narratives. Though I will add I was seeking an evidentiary hearing first either with or without a reconsideration of my bond/detention. This is shown on my request page of that Motion.

Knowing the prosecution has continually and successfully fooled this court through their cunning lies and narrative steering, I wondered if this too was a purposeful "steer". I made it quite clear what I wanted the most was an evidentiary hearing. That hearing was to be both a showing from a witness supporting my claims and a proffer for why I should be granted a second seperate hearing with the governments gleaning witnesses. After the second hearing it would be clear and convincing that bond or tempory release would be warranted along with sanctions against the prosecution.

Jumping straight to a bond hearing before correcting the prosecutions false claims and narratives would be unwise which is why I did not seek this. This is further supported when on 10/12/21 I told the court I did not want a bond hearing but an evidentiary hearing. It was prejudicial to have a bond hearing prior to the court having an opportunity to see this evidence. It was also prejudicial that no one informed me that a bond hearing was scheduled until 2 minutes before the hearing took place. Every counsel/party should be made aware of such important matters long before arrival. These issues can be addressed along with many others if my motion for a laptop with internet access is granted. This would allow quick and effective communication between all the parties.

I can assume one would not be excited to read a 17 page response, corrections, or requests with my hand writing. For this, I both sympathize and apologize, though I will add it's not my fault. The governments is only 7 pages but it has many categories of problems, just like most things they speak. These categories include lies, out of context, wrong assumptions,

Introduction To Response Page #2

Known lies, narrative building, gas lighting, missed points, argument/narrative "steering", missing context, and sure cover up. I'll total there are 53 problems in these categories. 23 of these problems are on page 5, 10 on page 6, 7 on page 2, 6 on page 4, 5 on page 3, and 2 on page 1. The most problematic and numerous category was "lies" with 12 occuring in total. This is a constant issue from the prosecution.

The hearing under Magistrate Judge Meriweather presented the worst fake news I've been a victim of thus far. Reading articles from Bloomberg and Vice, knowing the facts, this says a lot. I correct in detail these lies in this response since the prosecutor brings my arrest up so I'll let the court see the truth in full context there. Though I will add, the worst fake news was authored not from the media, but from the prosecution, co authored by the FBI, and supported by my government appointed counsel who despite my requests and knowing the truth declined to correct them. This fake news was then shared by the media locally, nationally, and even worldwide in countries like India and Japan.

The prosecution had the facts in their paperwork and decided to create their own stories. Not even the fake news forged/created my stories this much. No media outlet had as many problems in their stories. This was not the only time the prosecutor did this, they pushed fake news at all three of my revocation hearings as they did in this response to my motion. Clearly, the prosecutor has no care for the law or the truth and she/they missed their calling to be a journalist at Bloomberg, CNN, or Vice.

This is why I had to address and correct with full context the many categories of problems in this motion. I had to provide the court something the prosecution has proven it's incapable of providing, the truth and full context. All three revocation hearing lies and or narratives were shared by the fake news across the country, even though I correct it, the damage is done.

Introduction To Response   page 3

Currently, I'm not convinced this court is a collaborator with the prosecution. Though it is to be expected preferential treatment if present would side with the prosecution, I'm not fully convinced this is the case. I think the court is very busy and has lots of cases to keep track of that they aren't as passionately involved with compared to the battling parties. This is why I think the court is not familiar with the facts of this case or the many problems in this case. For this assumption (based off of the courts words and responses) I blame the prosecution and not the court. I believe this court has fallen victim to being fooled by the well trained cunning and mendacious tactics of the prosecution.

It doesn't help that for nearly 9 months the actual truth was suppressed due to "my court appointed radical leftist "defund all police" counsel. She has been constitutively ineffective and asked me to lie in court when she asked me to say Donald Trump told me to go in while telling me saying this would help my case. I never wished to represent myself but due to misconduct and duress I was left with no choice.

After reading the corrections and tactics of the prosecution, the court will decide where it stands. Will the court show contempt and punish the prosecution for having lied, steered the narrative, or fooling the court many times to the detriment of the taxpayer and my life? Silence or inaction against the prosecutor will show this court to be complicit and support the prosecutors law breaking and misconduct. Action against them and or in my favor will show the court stands in support of the law and will not tollerate or reward such ~~behavior~~ abusive practices. I'll to see where this court stands, with the law and justice, or against it.   10/16/21   | Additionally, the courts fixed the "worrell" case, put the guilty parties in contempt. My hope is that this court does the

| Areas of response on gov. Response papers | Additional subjects talked on |
|---|---|
| Pg1: 2nd Para | Pg2: 1st Para & foot note | |
| Pg1: 2nd Para | Pg2: 1st/2nd Para & foot note | |
| Pg2: 2nd/3rd Para | |
| Pg2: 4th Para | |
| Pg2: 4th Para | |
| Pg2: 4th Para | |
| Pg2: Last Para | |
| Pg2: Last Para | |
| Pg2: Last Para | Free confession on what NSA probably complained about Ex-parte, not illegal, & not scared of the truth |
| Pg2: Last Para | |
| Pg2: Last Para | |
| Pg2: Last Para | |
| Pg2: Last Para | Pg3: 2nd Para | Full context / Police background on allegations |
| Pg3: 2nd Para | Full context / Police background on allegations |
| Pg3: 2nd Para | Full context / Police background on allegations |
| Pg3: 2nd Para | Full context / Police background on allegations |
| Pg3: 2nd Para | Full context / Police background on allegations |
| Pg3: 2nd Para | Full context / Police background on allegations |
| Pg3: 2nd Para | Full context / Police background on allegations / actual allegation |
| Pg3: 2nd Para | Full context on arrest and allegation |
| Pg3: 2nd Para | Full context on arrest and allegation / Judges' Wife Story |
| Pg3: 2nd Para | Judges' Wife Story |
| Pg3: 2nd Para | Judges' Wife Story |
| Pg3: 2nd Para / Last Para | Judges' Wife Story |
| Pg3: Last Para before Argument | Part 2: preamble | Judges' Wife Story |
| Pg3: Part 2: Preamble | The prosecutor is like the New Testament Pharisees |
| Pg3: Part 2: Preamble / Argument & law 1st para | The similarities of Jesus' "trial" and these "proceedings"/ "trial". |

Page 6 AW

| | Areas of responce on gov. Responce papers | Additional subjects talked on |
|---|---|---|
| 28 | Part 2; Preamble | Arguement & Law; 1st Para | 1st Part of revocation Corrections |
| 29 | Arguement & Law 1st Para | 1st Part of revocation Corrections |
| 30 | Arguement & Law 1st Para | 1st Part of revocation Corrections |
| 31 | Arguement & Law 1st Para | Pg 4; 1st Para | 1st/2nd Part of revocation Corrections |
| 32 | Arguement & Law 1st Para | Pg 4; 1st Para | 2nd Part of revocation Corrections |
| 33 | Pg 4; 1st Para / 2nd Para | |
| 34 | Pg 4; 2nd Para | |
| 35 | Pg 4; 2nd Para / Final Para | |
| 36 | Pg 4; Final Para | Pg. 5; 1st Para | |
| 37 | Pg 4; Final Para | Pg. 5; 1st Para | What I actually objected to | Courtroom bias |
| 38 | Pg 5; 1st Para / 2nd Para | A request for the Court if not bias |
| 39 | P 5; 2nd Para | The many problems with citing the Worrell case (which has now been corrected) |
| 40 | Pg 5; 2nd Para | Helping the prosecutor understand simple concepts and calling out her abuse |
| 41 | Pg 5; 2nd Para / last Para | Calling out the prosecutors gas lighting |
| 42 | Pg 5; Last Para | Pg 6; 1st Para | Helping the prosecutors memory | Why I hold the gov. in contempt (as the Court should) |
| 43 | Pg 6; 1st Para | Destroying the "I do what I want" narrative of the mendacious hyper-critical prosecution |
| 44 | Pg 6; 1st Para | A challenge to the real criminal, the prosecutor... take the stand; |
| 45 | Pg 6; 1st Para / Conclusion responce | Teaching the prosecutor that assumptions are wrong / about strategy |
| 46 | Pg 6; Conclusion responce | A request to the Court | Reality > fiction | Statistics > assumptions |
| 47 | Pg 7; 1st sentence | A request to the Court | A request to the prosecutor | Why I can't send responce |

<u>Response to Governments "Background" Section.</u>

Yes, I was ~~charged~~ originally charged with 2 misdemeanors, however police told me I would not be arrested and gave me a set of rules to follow which I did. At my first hearing the prosecution didn't have a strong case for detention which she so passionately desired, so to increase the chances of detention she relied on fictional stories she knew were not true. At the October 12th hearing the government did not deny or challenge that they purposely submitted false testimony and did not give a reason why it to this date has not been corrected. They are obligated to fix their lies and false testimony yet they haven't. The prosecution had all the discovery and yet created fictional stories seemingly created by a third grader to make me seem like a crazy person and a flight risk. These lies were prejudicial and caused restrictions to be placed on me. Without these lies, there would be none, or very little. restrictions.

As previously stated under testimony the lies included I told an FBI Agent I would turn myself in. I ditched my vehicle in the middle of a busy street, then ran on foot to a shopping mall, and there was found trying to shove my phone up a candy vending machine. Notice on page 2's footnote, they no longer mention this ... and even that is false.

The facts were that the agent described himself as a state trooper, not FBI. He said he wanted to talk and did not mention a warrant for my arrest or charges. A man who called himself a constitutional lawyer and a legal counsel told me not to meet or speak with this man unless I was made aware of a warrant and that it was from the FBI. The FBI officer, upset that his lying trickery didn't work asked for a subpoena for my bus since I didn't voluntarily come to speak with him. ~~Regal~~ ~~Since~~ Contrary to the prosecutions false testimony, my vehical was found parked in my driveway next to my other vehical, 25 minutes away from where the prosecution alleged it was found. It was not in the middle of a street. Where is the apology to ~~the~~ the court or to myself

2

Next, I never stepped foot inside a shopping mall nor did I run on foot to one. I was continuing on with my scheduled evening by going to the Albany Hilton Hotel to meet with a French media crew for an interview, I did not run there, I was driven there. When I was told FBI were towing my vehical I again sought legal advice, the man told me I needed to contact the sheriff right away to figure out what was going on and possibly seek protection there from him, upon hearing this we decided to go to a near by pay phone but during a candy trasaction at the front desk (my friend was purchasing candy from the cashier) the FBI officer walked in and arrested me with no resisting. There was no candy machine and I was not found trying to shove my phone up a candy vending machine when officers found me. Where is the apology to the court, to the tax payer, or to me? Am I still as the prosecution accused "flawed" for my thinking in being a victim of the prosecutions lies? If confused look to the discovery, there's one party being abusive and lying and it's not me. Where is their punishment? I was punished for their lies, so is there equal justice or is that just a "look good" slogan?

I begged my counsel to call out these lies in the moment and the months after, but she assured me "it doesn't matter, we don't want to upset the judge or the prosecutor, it could effect your plea deal". My counsel saw the discovery and let the lies go unchallenged despite my requests.

The prosecutions lies were still too weak to persuade the Magistrate Judge that I should be held until trial. However the false testimony was prejudical in that it persuaded the judge to put very harsh conditions and restrictions against me. Until Febuary 3rd I was on full house arrest in an apartment with my mother who abused me, not allowed to live in my own residence. I signed a 25,000 bond agreement, had an ankle monitor placed on me, had fake news articles spread the lies of the prosecution all over, I had to call in and have "weird O's" stare at me while peeting, have abusive probation officer who surpassed her power in how she handled me, and I

3

was not allowed to operate my business. On February 3rd despite the continuation of lies the Judge gave me a 10 pm curfew, the angry prosecutor thought the world was going to end and begged for 6 pm because perhaps in the hours of 6:01 pm and 10:00 pm I'd again seek permission to enter a building, take selfies with officers, follow rules, and follow curfew. So the judge made it 9 pm and the malicious prosecution scowled. In psychology they teach that people who lie over and over again can actually begin to believe their lies, perhaps this happened to the prosecutor. Studies also show it takes someone to hear something 5 times for them to begin to subliminally believe what they've heard. Perhaps the prosecutor intended for this to happen, or perhaps they were a victim of how the media and politicians attempted to narrate and dehumanize all those that were on the grounds. Perhaps she/they felt like they were doing the greater-good by lying to ruin my life, either way it's misconduct and an apology is deserved as is punishment/sanctions which I suffered from unjustly.

Seemingly upset by this, the prosecution brought a grand jury together less than 36 hours after this and less than 16 hours after I had a fake news interview with news channel 13. This does not bother me that much because as the law books say "a grand jury would indite a ham sandwich if they could." However the timing seems vindictive and considering I'm the only one from Jeff Merkley's room to have these charges it seems selective. Even more so considering cases like Baked Alaska who said "I'm not leaving", told others not to leave, and swore at officers. That's not even considering the democrat priviledge that "code pinkers" or climate change people had @ department of interiors. Even with a biased jury and fake news media the obstruction will not stick and the 4 others have an affirmative defense. This court has/should have an ~on to not reward the prosecutor as they have they will not learn if they ~ted and worse, they will continue if they keep getting rewarded.

4

My anger and love a mixed with my love of free speech prompted me to purposely try to piss off the prosecution, the fake news, and zombie minded bullies that attacked me. I was angry and struggling to cope with the abuse and the fake news narrative that was being played on me and that day, so I said some inflamatory things, which I'm allowed to do, however this was a response and coping mechanism to the abuse. If I didn't suffer from the media and the prosecutions lies I would not have said those things in the first 2 months. The prosecution has been rewarded for their abuse again in that they got me to react and now can use / have used those reactions to try to paint me in a negative light.

These situations let alone conditions would have never been applied if the truth was shown or the lies were corrected. As the justices warned when speaking about lawyers who lie it hurts the trust worthiness of the courts and the lawyers throughout the country. So please, put it to a stop.

Now onto page 7, the second to last paragraph. The government does one of the only things it seems they do best besides lying, omitting essiential context/ the whole story to fit their desired narrative. I would expect for someone who has lied as much as the prosecution has that they would do better. However, to their credit, why become better when my own previous counsel does did not point out the lies? Why become better when the truth is not brought to light on october 12th 2021 and the court did not punish them? The court rewarded them for their misconduct! The prosecution is like a troublesome child whose parents (the courts and the media) offer no discipline when they lie or abuse others, but instead they either ignore, make excuses, or praise them for their bullying and law breaking. Its never too late for C they need to be punished and taught a lesson, otherwise they will this, and be a danger to the community.

I had received very little sleep due to a messed up

5.

from being locked inside an apartment and due to thunderstorms. When I woke up I felt too tired to drive and did not feel well so to be safe and protect the community I called in sick and went back to sleep. When my work alarm went off I didn't feel entirely rested, but I knew I could function safely for a few hours. The prosecution lies again and claims I "asked" to go to work. I did not "ask" to go to work, I was already on my way to work, this was requested and approved of by Kendra days before. I had no reason to "ask" her and location monitoring would support my claims, I challenge the prosecutor to prove me wrong and themselves right. What actually happened was what has happened many times, Kendra stopped me from working. She was yelling at me over the phone about how she didn't believe that I didn't feel well earlier and demanded I immediately stop heading to work and go back inside. Since She said "you are sick so stay home", to which I disagreed and explained "I was only tired and didn't feel well". Kendra asserted she knew better and said again "you called out sick for your mental health evaluation so you are sick", to which I responded "I'm not sick and you can't prove I'm sick, I was tired and it would not have been safe to drive." Again the prosecution omits the entire story so she can try to create a narrative, perhaps she should have gotten a job as a fake news journalist.

After I appealed again Kendra got even more emotional and aggressive and threatened me while yelling "if you continue going to work I'm going to write you up!" Knowing the effects of anger and stress while also keeping in mind her age and weight I had a valid health concern I wished to address I'm not politically correct and I feel like honesty is better than ignorance, so I asked "Have you checked your hormones?" To which she yelled "What!?" "I'm wondering if your hormones are unbalanced, you seem to be very angry over a missed appointment when it's more

6

benificial that I called in for me and others on the road." "Brandon, that is inappropriate for you to ask me and this is what the contract you signed said you aren't suppose to do." "I'm not trying to be inappropriate, I'm genuinely concerned for your health." "You'll be hearing from my supervisor, GO Home!". I went home.

Unfortunately trending gas lights me and considers herself a victim despite that shes gone further in restricting my rights than the courts have allowed. On 10/12/21 I brought these abusive tactics of Ms Rennie to light under no objections because the government and on record messages to Ms. Rennie show I recorded almost every legal call, and they knew I had left these complaints with Ms. kiebart. It was unfortunate but understandable why the prosecution did not bring up the above tactics or the fact that Ms. Rennie threatened me, punished me, ~~and~~ stopped me from working in the past, or how I raised these complaints to her supervisor with nothing done and no sympathy given. For proof get first phone call to Ms. kiebart or let me out so I can get my recording of the phone call

   The prosecution failed to mention I rescheduled the appointment. They changed the conversations, events, and narrative, to make it seem like I was asking to go to an unscheduled job. The truth is that the job was approved of by Ms. Rennie days before, and she demanded I cancel it while I was already on the way to the job and was suppose to be there in half an hour. This is far from the first time Ms. Rennie stopped me from working which was another reason why I limited my work. She consistantly kept me in a tough financial situation and purposely did things that would increase the chances I would fail, or get in trouble, or spend more money. She knew my vehical needed work but intimidated my friends from fixing it with her threats. She knew my vehical was uninspected and she demanded I come down in pPrison with that vehical where tons of police would see my sticker, and when email was working fine, she just wanted ~~to~~ 5h me for not telling her what I was doing at my friends house.
   ~~where~~ I was low on money and demanded I still drive in person up to 3 times week to see her and she would still call, text, email, or intimidate me in person.

5

Ms. Rennie forced me to appear to be what she & the prosecutor are to my customers, irresponsible, untrustworthy, and a hassle to deal with.

Now, responding to the last paragraph on page 2. As usual its missing lots of context and is very misleading. Additionally it omits key points of conversations and the situation which is lying by omission. The way the first sentence is written makes it seem like I called and awkwardly and intimidatingly only said "Is this Kendra Rennies' number?" ummmm. and again "Is this Kendra Rennies' number?" ummm" followed by "I'll just contact her on her other numbers" um

Who reading that narrative wouldn't be freaked out? That was there goal. Now assume the reader imagines a responding party representative of how the prosecution narrates inside this paragraph. (B) = Brandon and (KM) = Kendras Mother um (KM) "Hello?"

(B) "Is this Kendra Rennie?"

(KM) "No, but I can pass a message to her."

(B) um "Is this Kendra Rennie?"

(KM) um Uhh um No um But I can pass a message to her if you'd like" um

(B) mum "I'll just contact her on her other numbers" um click

I actually burst out laughing writing this. Its clearly made by the same or similar authors who created the made up stories about my arrest which the discovery shows I've told the truth- and the prosecution didn't. Just like the false news loved the ~~false press~~ vending machine story, they loved this made up story. Perhaps that's the prosecutions goal, perhaps she realizes how weak her case is and she is hoping fake stories and the fake news media outlets will paint me to be guilty before my jury even meets me. Regardless, I'm happy with the images all this defamation has caused because I see dollar signs at the etc of this tunnel. Thank you prosecution, your misconduct is a partial curse, s been and will be a blessing. Though I will add, you should be fired u put into prison.

8

Additionally from the little I've read, it would seem like these prejudicial actions from the very first hearing until the date that I write this are a cause for appeal should a biased zealous jury find me guilty of anything. The actions of the FBI, the prosecutor, my previous counsel, and other factors seem to support an appeal on many fronts and issues. After the civil suit that I helped collect ~~the~~ information on and rally 15 others to participate in against this jail is resolved and paid out, I'll seek restitution on the defamation that the prosecution presented while knowing the truth.

Before providing the full conversation I will give the much needed missing context to the story. My phone as Kendra knew days before Monday morning randomly was not working at all, no apps, nothing, just a message, which I took a picture of with my ipad and emailed to her. I continued having varying problems the next few days to the point where I had decided to order a new phone because a new sim card I had gotten was not working either. So despite my financial situation caused by probation, the prosecution, and the fake news, I ordered a brand new phone which arrived the day after I was arrested. The problems I was experiencing with my phone in the morning included: not being able to see the registered contacts in my phone, recent call history, and text message history. I could receive calls, make calls, send texts, use the internet, and that's all I tested that morning. Knowing this I brought my customers phone number with me written on a piece of paper so I could contact him. I had emailed Kendra an update prior to leaving for my scheduled job and did not expect to hear from her. The prosecution did not understand the phone problems, or did and decided to ignore it, which is what I think she did because Ms. Rennie had ~~been told~~ the issue fully explained to by me. Additionally, see page 69 ~~of~~ lines 23 & 24 of transcript from July 14th 2021. I will note, it had come to my attention months before that the NSA could potentially be watching & messing with my device

9

9

My family and some friends thought this was crazy but I had proved myself right on both the FBI and IRS when I saw they were searching me up online and then days after the FBI arrested me weeks later the IRS sent a note. Similarly many months later a man from the NSA was in this court room filing a complaint against me ex-parte. Again I was proven right. I personally was warned about the NSA spying in a few ways months before, one of the ways was a photo was taken of me by my phone without my permission with a message that was similar/had a vengeful resemblence to the message the FBI recieved when my phone went into lost mode, which I could not close until I hit "ok". I personally think the NSA was messing with this other phone months later. They clearly were spying, but I did nothing wrong. As many lawyers have told me. I asked the Russian Foreign Ministry and the Putin administration to speak up for our ill treatment and abuse by the Biden Administration which thankfully they did. Unfortunately I was in jail before seeing the General Conference where our weak president had to sit down with Vladamir Putin. The NSA complains at me? The Americans complain at them for spying on them every day without permission. I could care less what their complaints are as is shown by my voluntary admission to what I highly suspect they complained about.

Regardless of what the issue with my phone was I ordered a more "secure" phone. This new phone purchase was shared with Ms. Halverson. Ms. Halverson did not share this helpful context despite my constant requests in court as can be seen if one were to view the camera footage of the July 14th 2021 hearing. This was another example of ineffective assistance of counsel. A more detailed version will be sent in at a later time (ineffective assistance of counsel motion (pre-trial)).

Now that context has been given on the phone, I'll give much needed missing content about my call with Ms. Rennie. As mentioned on pages 5 & 6 of

this response, Ms. Rennie asserted I was sick which I disagreed with. She told me not to go to work and stay home because she felt like I was sick. I personally don't think she actually thought I was sick, I think she was just trying to punish me and stop me from working as she tried to do for months. Regardless, though I knew this was not fair and I wanted to make my customer happy and help my financial situation, I turned around, parked my vehical, and went inside. I canceled the job upsetting my customer who was relying on me. Yet the prosecution claims "I do what I want and won't follow rules"?

Later I get a call from Ms. Kiebart, She tells me I've got to get to the office with very short notice. I explained how Kendra said I was not suppose to go out to my job or anywhere today and to stay at home since she claimed I was sick. I argued how it didn't make sence to tell me I couldn't go to work because I was labeled "sick" and then forced to drive to Albany to be yelled at because Kendras abuse caused me to ask a sincere medical concern that I had for her. I don't think it would be rude to question someone shaking if they were having a seizure. ~~This which~~ happened in this court room to me minutes before I alerted the court I sought to proceed pro-se. A Marshall saw I was shaking because of how cold I was and I understood why he asked and thanked him for asking. I was exhibiting signs of a seizure, so he asked. Ms. Rennie was exhibiting abusive metapausal signs so I asked her if she's checked her hormones. Perhaps they were unbalenced, or perhaps she needs to undergo anger management. Either way I didn't say what I was thinking... that she's an abusive power tripping bxxxx. I remembered the contract I signed and didn't speak my mind. Again showing I have gotten better at following the rules and that I can follow rules, even if they are undeserved.

Ms. Kiebart ignored me for whatever reason. She told me I had to come down to the Albany office in less than 1 hour and 20 minutes. As call records will show, Ms. Kiebart called me at 2:23 pm June 14th. we spoke for a few minutes (1-3). Immediately after, I sought to call Kendras number that called me earlier, but my contacts were not saved. I knew it was not her business line because she, typically contacts me from her cell phone. All I knew was her number started with a "4". I knew Ms. Rennies first and last name, age range, and that she probably lived within a half hour of her place of work as most Americans do. So, seeking to appeal to her and get out of coming down to the office I knew I needed to contact her on the phone she just called me on, not her business line which she never picks up, or emails which she often takes a while to see or misses my emails.

Knowing that the phone call with Ms. Kiebart ended around 2:25-2:26 pm that left me with less than 3-5 minutes to search up Ms. Rennies number since I called her mother at 2:30 pm. During my search I found a name, age, location, and beginning phone number match, I was confident I had found Kendras number. So I called The photo of my search that was sent to Ms. Rennie hours later proved all of these things, I also as noted explained the situation to her as I did here which she tried to omit.

So I called the number I found on Google, that's when my confidence in this being Kendras phone dropped. An unfamiliar voice picked up the phone and said "Hello?" Confused and seeking another sound of the persons voice for verification I respond "Uh, hello, is this Kendra Rennie's number?" the woman responds "Yes it is." Now I was even more confused and seeking more information I asked "Kendra Rennie of Albany New York?". The woman responds "Yes, may I take a message?" Now thinking Kendra was a lesbian and I had just ... to her weird partner who for some reason picked up Kendras phone

12.

I awkwardly responded "um, no that's okay I'll try her on her other numbers, thank you." Click. I briefly thought to myself that I should try the number again in a few minutes, but as I thought more I wondered if maybe there were multiple Kendra Rennie's in the area and I contacted the wrong one. After all, there is another local Brandon Fellows. I thought about contacting the business line after I saw no other promising phone numbers that matched as well as the previous one did, but I knew it would be a waste of time, so instead I gave up and started to get ready to leave. Again going against the narrative that I do what I want. I did not want to drive down to Albany so close to rush hour and leave the office in rush hour, but I did. The lying, hypercritical, assumption-loving prosecution tried to assert that I intended to intimidate my probation officers mother, but I did not. I had 3-4 minutes to research and call, I left no threats and when uncertain I hung up. I don't care if the truth hurts me in this life as can be seen by my 10/12/21 hearing. I shared in a past case how I intended and planned to take advantage of what I read was a loop hole to get a new judge. I didn't care if it shows that I technically committed perjury or obstruction even though that could hurt my image or result in punishments. This life is temporary and I fear the ultimate Judge, God, and value saving my eternal life over this life. God says to speak the truth and admit your sins and apologize to him for them and you will be forgiven. I did this and try to do this every day while bettering myself. The transcript shows I knew sharing that information would/could be bad for me here, but I didn't and don't care. I'm happy I spoke the truth. Similarly I spoke the truth then and now one side has a record of lies and assumptions used to my detriment, the other has a record of sharing truth even if it's to his own detriment. The facts and the logic also side with my correct version. ~~Theirs~~ Their version switches as I will point out later, and seems like a third grader came up

with the story and allegations. Well, actually, to their credit, this one was more like it was created by a 5th grader. Will this court knowing the facts still believe the prosecution was telling the truth when they sought to revoke me? Is this court smarter than a 5th grader? (tv show). If it is, then they will see I told the truth and value the law and truth more than the prosecution and her corrupt lying agencies.

Additionally, I'll remind the court that kendra constantly intimidated me with threats to visit and harrass my customers, my friends, their neighbors and me if I didn't obey her "power tripping" non-court ordered illegal demands to know what I was doing at my friends house. This encapsulates the entire reason I first contacted Ms. kiebart. I shared with her these threats and that kendra punished me for not telling her and she essentially said "too bad". This is why I felt like she had as I quoted "you a shitty job". Though when I met her in person I on my own apologized in the elevator which Ms. kiebart noted. I shared with her I was angry that she allowed the actions to continue but that I could have responded better. Ms. Rennie is a gas lighting abuser, and I know one when I see one, I've dealt with many of them. I ALWAYS get the evidence I need against them because I know abusive people like Ms. Rennie would try to ruin a life if they didn't like them or turned on them. It's women like Ms. Rennie that inspired me to record all my business and legal calls and most of my personal calls. Her lies will not stand unless this is a kangaroo court.

The prosecution tried to back up their claim by citing a pending case from 2019 that was halted due to covid. In this, the prosecution again lied and twisted the narrative despite having ample time and access to the actual facts. First, I did not harrass my ex-girlfriend, she was harrassing me. At first the police protected when I showed them the truth through audio/video recording. After I stopped attempts with the truth to the police she got the courts involved and got a refrain fr

orders. A female in NY can say they are scared on a document and in NY they will/they do hand out refrain from orders often upon womens mere requests. It's a female privilege that bad lying women use as well as actual good/truthful women who are suffering. The prosecution conveniantly ignored the backround/history that lead up to the events of that "violation" just as they conveniantly ignored another similar case in which I won against criminal charges thanks to video evidence that was submitted months into the case. That first case of mine was VERY similar to this case. Which I'll mention after responding with more context to what the prosecution tried focusing on. (Saved that case for another time due to length)

In June or July of 2019 this woman was told to leave my property for lying to me about something. I did not say we were definetly breaking up, just that I didn't want her on my property anymore. She responded by tipping over one of my motorcycles and swung at me 2 times which I blocked. I then told her to take her belongings with her and that she was not to come back. She then tried a different tactic and claimed she was going to go kill herself by running her car into a pole. This is what lead me to grab her car keys on my table and put them in my pocket. She demanded to give her the car keys so she could go kill herself, I said no and tried calming her down to no avail. She did not know I began recording her after I saw her tip over my motorcycle. When I did not cave to her demands she threaned "I'll call the police if you don't give me my keys back." I responded "go ahead, it will not go well for you." She called them and when they arrived she claimed I was not giving her car keys and was keeping her trapped on my property. She did not touch on why I let her walk off the property with her phone nor why I hadn't given the keys despite knowing she was calling the police. When the police came up to me, they beleived this girl as she was crying fake tears. I told the

15

officers my version of the story but they didn't believe me, so I showed them the recorded video of what happened and then their demeanor changed towards me. They asked me if I'd like to press charges against her and I said no, I just want her off my property, to not come back, and for them to make sure she would not harm herself. The officers instructed me for their times sake they wouldn't/couldn't have her load up her stuff now and that they would have to schedule a time that works for all 3 parties for her to come with an officer to pack up her stuff. She was instructed per my asking not to come back without an officer present. I'll also note the property was an old strawberry farm with 4x4 & horse trails on 170 acres. it would take a 5-10 minute walk to reach neighbors. I let her roam free on foot & with her phone. I only kept her keys until officers arrived to keep her safe. This leads to the second encounter with police.

My second encounter with police was either the same day or the next day. This woman went against police orders and surprised me by breaking into my unlocked front door and began screaming. When I got to her she was pouring baby oil on my clothes and electronics. I took the baby oil from her after she had raised it above her head and began pouring/squirting it onto her head with it spilling off her head onto my carpet. Angry I took her destructive weapon from her. she lunged her hands onto my wall mounted flat screen and began yanking. At this time I came up behind her and put her into a standing full nelson as she tried unsuccessfully to kick me in the privates. I escorted her outside and warned her if she come back again I would press charges and told her to leave. She banged her head like a crazy person into my now closed and locked door and upon another warning she left. I recorded this incident (her banging her head because she surprised me and I was not focused on recording until the threat was outside my walls.

16

Police arrived minutes later despite that too my memory I did not call them, though I may have. Either way they informed me she called police and claimed I slapped her. I showed police the video and then informed them of the previous incident & instructions police had given her. Then again police asked me if I wanted to press charges. I informed them no, but that I would potentially if it happened again. The officers warned me that I should press charges or at least get a restraining order because this was her second attempt to get me arrested on false allegations. The officers warned that most of the time men don't have evidence to prove the woman was lying and that they see this way too often where women get orders of protection/refrain from orders off of allegations that then are used in the future against them. I should have listened to their advice and gotten an order.

This leads to the third police interaction. This woman was no longer allowed on my property but I agreed to meet her at a wal mart while I was buying groceries. outside in the parking lot I was discussing the damages she caused to my motorcycle which she began laughing about. "It's just a bike I don't know why you got so upset." This did not show me she understood she did wrong or that she understood. I knew she loved her 2020 Suburu outback we were next to like my bike so I made a metaphor to help her understand. "You love your car like I love my bike, the equivelent would be if I were to have caused damage to your car." "That fender was already damaged from when you dropped it, just take it off." She responded. wanting to point out the flaws in her logic I looked at her dented hood and said "your hood is already dented so if I sit on it and made it worse, you wouldn't care, you'd just take it off?" "No, I'd fix it because I actually know how to change my own oil and fix things unlike you." So I sat on her hood and saw she was a hypocrite. She demanded I get off her hood, so I did. She yelled at me and threatend to

17

make me walk if I didn't apologize, so I apologized. In her car we began
arguing again, eventually I said "I'm not sorry for sitting on your hood because I didn't
damage it and because you aren't sorry for tipping my bike over." She began
yelling and hitting me and then I told her to pull over so I could get out since
it was not safe to restrain her since she was in the driver seat driving. She
stops at a red light and as I opened up the door I said I would not be seeing
her again after this and began to get out of the car. As I had one foot out
she slammed on the gas which sent me falling onto the pavement, my arm and
elbow took most of the impact which left a sharp pain in my arm and blood
running down it. She had only hit the gas briefly and then put it in park. As
I got to my feet she was approaching me until she noticed a car
approaching the red light. I was recovering from my pain. The driver or passenger
noticed my ex waving them down and I was hoping they might be able to
help me in some way either getting home or to tell her to leave. Instead
my ex began screaming "he stole my phone!" The people didn't seem objective and
seemed hostile so seeing how I was injured and outnumbered I ran away with
what felt like adrenaline. It took 1 hour for me to get home. When I got
home I grabbed an ice pack, charged my dead phone, and laid down. I soon
after noticed flash lights peering into my windows. I looked outside and
noticed 2 police officers. I walked outside to greet them which is when
they asked me if I was in the womans car earlier. I said yes and began to
explain the situation but the officer cut me off and claimed I left the scene
of a crime. I was confused and asked him "what crime" to which he
responded the woman claimed I sat on her hood, damaged her dashboard, and
stole her phone before running away. I showed the officer my still bloodied
arm and told him my version but he dismissed it and said I should have
called the police. I explained that my phone was dead and had in-

18

placed it on the charger. The man said it didn't matter because my ex had a witness who saw me fled and I just admitted I was in the car and ran away corraberating their story. I was arrested and held in jail for a little under 24 hours. My business partners father came to pick me up and drove me to my property. Oh, also I was served with an order of protection. The paper stated my residence as her residence despite that she did not live with me, she only had some clothes, toiletries, and personal belongings at my residence. our muthal friend, my business partner informed me while I was in jail that she went with police to collect her things.

I arrived Meaning, despite that she lied about it being her residence as well to be allowed in without me with police that she would not be back since in the police eyes she had moved out. My business partners father and I arrived to find my phone that was on the changer before arrest was gone, My wallet missing which had my ids, SS card, bank cards, and over 1,000 dollars in Cash, and all of my vehical/motercycle keys. Many other things were taken including my bed and other valnables. I immediatly called the police and reported the theft. When two officers in 2 seperate vehicals came flying down my dirt road and exited I told them what was missing and complained at them for them letting this happen and not knowing she lied about living with me. They responded by saying challengingly "You aren't suppose to be here we can write down and report the robb: theft, but then we would need to arrest you for contempt of court for being here before the court tells you that you can be here." "This is my home, She does not live here and your department was here as she took my and her belongings away." I responded. "The order says you can't be here, if I write a report, I will include you called on scene which is a violation, you can stay and report this and I'll arrest you, or you can leave now."

" Cf. The prosecution eventually saw my injury evidence and history and offered me a refrain ~~gives full context and leads~~ from order which I viewed to be ~~illegal things to the other party which I never did any ways so I signed.~~

(full stay-away)[19]

However the Court ~~mistake~~ made a mistake and listed it as an order of protection, which was fixed after the alleged charges were brought against me. I continually told the officers there was a mistake, and finally I was proven right.

This finally gives full background and context to the events that lead up to the August 2019 allegation the prosecution messed up the facts to and left out context to.

The "former girlfriend" after all this stuff I just wrote on went~~down~~ decided she was going to show up to the Church I've been attending since 2014 (It's August 2019). She parked where I was parked and then sat in front of me ruining my experience. After church I asked her why she sat in front of me and came to my church. She was next to her vehical and I'm next to mine. She said I have an offer for you, she reaches and grabs a burnt key and holds it in my view. "Is that my truck key!?" I asked. "Yes it is..." she replied. "Where is the beeper that was attached to it and the self starter?" "I burned it." "What!?" I replied. "Yeah, when I heard you got out of jail I burned your stuff, but the key survived." She said. I believe I responded with some explatives and then demanded my key back. "I'll give you your key if you go to the 9am service from now on, I kinda like the 11am service and think I'm going to come more often". Seeing she was playing games with me and angry she burned my stuff she stole and had my key, I demanded she give me the key back and denied her abusive vindictive offer. She began putting the key away and then sat in her car. She rolled down her window and said "last chance, other wise the key is gone." I warned her, "if you leave this property with the key I'm going to call the police and press charges for all that you've done!" She responded by driving off. I quickly hopped in my borrowed car (since my id's, keys, titles, etc. were all stolen weeks before and I was still in the process of getting them all back) ~~and~~ began driving after her and immediately called the police. I stayed on the phone with them the entire time updating them and following their instructions.

20

~~When police arrived we~~ when the roads went from one lane to two lanes I pulled up to her and pointed for her to lower her window, she lowered her window and then while on the phone with disbatch I shouted "I'm on the phone with police", to which she responded "I'm calling them too". When police arrived we were both driving in circles going 5MPH in a parking lot, watching eachother and waiting for police. When they arrived they came to me first and I told them what happened and assured them I've watched her closely and knew she hadn't thrown the key out the window and if they conducted a search they'd find my key. One officer then went to question her as another found out that there was the mistaken stay-away-order, which was later updated/fixed to show refrain from. The officer told the other officer about it and then said falsely "you aren't even suppose to talk to her or be near her, you violated your order." They began to place me under arrest despite that I was informing ~~them~~ that the information was false and it's a refrain from order. They told me I was the one who was mistaken, they did not search her car and called a tow truck to tow my borrowed vehical. I cost me another 500 dollars for bail. Later, the one officer finds out while filling out my paperwork that the court did ~~not~~ make a mistake. The updated/correct version was sent to him.

I told the man "I told you it was a mistake, and now my vehicals towed and my keys probably gone!" The man trying to avoid responsibity said "well, just have to change a few things on paperwork." "Even if I'm free I won't get my key, she's definetely thrown it out by now!" He responded, "Oh, I'm not letting you go, just need to change some things." I was angry and confused and asked him why I would not be free since he was wrong and he responded, "you may not have broken a stay away order, but I consider you to have harrassed her which that's what your order is for, which is the update." I know this was him trying to cover up his mistake, this officer paired with the court's mistake (Slenville), the other towns police department (girenville) not realizing she was S my shieff and ~~Mylessia~~ lead to this rediculous contempt ~~of law~~ of court allegation.

21

The prosecutor and her witnesses constantly lied about this in their 7 page responce to my motion and many times in Court.

This finally leads to the final lied about and missing content situation. The prosecutions continuously used lie, that I called a judges wife and that I did so to intimidate the judge. They've done so on page 6 of their responce and multiple times during testimony. Sometimes the witnesses began to say I called and kept fixing it knowing they were testifying (Ms. Robinson). Other witnesses were not so sly. See attached transcripts for references and proof.

Oh, before I begin, referencing the "violation", ~~I can do~~ in the prosecutions responce to my motion they lied when they said "ultimately Defendant was found to be in violation of an order of protection" The case is pending and was stopped due to Covid. I'll also note my public detender ~~was~~ in Guilderland warned me that the probation office called the Court and begged them to try to finish the case up despite Covid Cancelations. He said "I've never had this happen and I felt like you should know because it doesn't seem right" The new judge met me once in 2021 because of this request and to my memory in Court he mentioned how he didn't really know why we were there and pushed for another meeting months and months later. To my memory, even the prosecution there made a mention that they were pushed to come to a conclusion and were not certain why we were there. It was a very strange court hearing and very sketchy situation espeshially concidering what my ~~public~~ defender told me and knowing how vindictive the probation office has been. I think they sought to get a the case rolling again so I'd potentially have a criminal history to increase my guidelines, or help in revoking me.

Now, to the Judges' wife story, with additional content. For the first few weeks I did not have evidence (because ex girlfriend stole my phone & ID) to prove all of my claims and also prove the police/court mistakes. The judge one ~~strike~~ time I was present mentioned to another defendant that he was being scheduled on Halloween and joked with him

22

that he could come in costume if he'd like. I thought that would be funny to be able to claim and would make for a good photo. When it was finally my turn I asked the judge if I could show up in a costume too, but he did not respond well to that. He said something along the lines of "this is not a joke, do you find this to be a joke?" I now was uncomfortable and was smiling and this angered him, I said no but he grew more angry since I was smiling, which is what I do often when I'm uncomfortable and being yelled at. The tension in the courtroom grew as I explained I was trying not to smile, but the judge was not understanding. After he scowled at me he angrily dismissed me and said something negative that I don't recall. I left thinking "my judge hates me more than all the people he saw today and I was near last meaning he's going to remember me." This worried me in the coming weeks so I sought for a way to get a new judge. I googled loopholes to get new judges and found a thread that said "if you know or claim to know the judges family in any way, it could be grounds for the judge to have to recuse himself." I saw nothing that mentioned it was illegal. So one day I researched for hours figuring out lot of things out about the judge trying to find his family online, However he did a good job of keeping things offline and secret. Eventually I found out who his wife was and then after researching found out where she either worked or use to work. Unfortunately the number listed was not a direct line, but I figured it was probably close enough to constitute a recussal. I wrote the judges wifes number as my contact number for the court and went on my way.
    This was right before the government of New York became a tyranical State with beyond damaging and illogical shutdowns that when compared to Florida espeshially considering age averages and no lockdowns were shown to be useless.
    The courts were no longer meeting, actual criminals were being released,

23

People that "weren't essential" workers were told not to work and threatened with fines. Some people still worked since the government should have no say whether a person can work or not. I at this time tired of having to drive to the few remaining "speak-easy" gyms decided I would make my way to Florida early that year and go to a state that values freedom, and the working man, and who doesn't politicize science or medicine as New York does. So I began to prepare for my trip, while doing so I came across a court paper from Guilderland that reminded me of my case and I thought "I should probably double check court will still be canceled while I'm gone." So I called the court clerk and asked if I was going to be rescheduled in the next few months, the clerk informed me I was not going to be, that they were only handling cases that needed to be handled until further notice. Ⓧ I responded "Great, so I can go down to Florida, how much notice will I recieve when you guys plan to start my case back up?" (not word for word, off of memory) ✳ To which she to my memory led me to believe that it would not be for a long time because of how backed up the courts were. Towards the end of the conversation, she asked me if my contact information would be the same and sufficient to reach me on. (while I was in Florida) knowing I ✳ was technically still living on the 120 acre strawberry farm I rented out at the time I as read, I wanted to make sure my address was correct and updated. The clerk read the correct address to which I said yes, and then began reading a phone number I did not recognize (I believe started with the number 2). I interrupted and said "I don't know that number/ that's not my number." The clerk said okay, I'm going to have to login here so I can update your phone number, let me put you on a brief hold. Ⓧ One or two minutes of silence and trying to understand who's number that was and then I remembered, it was the workplace phone number for the judges wife. The clerk came back on relaying she was ready to enter in my new phone number, but I wanted to share what I thought was ✳ a

24

funny mistake. "Hey while I was on hold I remember/found out why that number was listed as my contact information, it was the Judges wifes number, I put it on their so I could get a new judge many months ago but then forgot I did it since I'm no longer worried whether he likes me or not because I have the evidence I need to get this case dismissed/win." To which the Clerk replied in an unhappy suprised tone "You WHAT!?" To which I probably laughed and I believe responded with "I looked up a loop hole for how to get a new judge because he didn't like me because I was smiling, and I found an article that said I could claim to know his family and he would have to recuse himself. So I put his wifes number as my contact." "You did this in hopes of getting a new Judge?" she responded. "Yes, but I don't care if I keep him or not anymore, I have the evidence I need to win this case." I responded. The Clerk then said "I'm going to have to put you on hold again." There I sat on the phone for a decent amount of time. The Clerk eventually came back on and said in an irritated tone "Your Judge has recused himself, you will have to come into court in 3 weeks to meet your new judge" To which I shared disappointment with because not only did the entire process have to begin again, but also because that screwed up my plans to start my new temporary job in Florida. For over 1 year I thought I had angered the Clerk because she was angry I had found a loop hole.

I also intended to take advantage of this "loop-hole" in this court until fortunately I was informed it was illegal, which caused me to cancel my plans once I found out.

On page 5 of the governments responce and multiple times through government-witness testimony in this court the prosecution lied to make it seem like the clerk called the number and found out herself, or that I called the judges wife. They kept "flip-flopping" their allegations despite that the clerks office records phone calls like I do and the evidence is easily available to the courts and to me.

25

...s the one who informed the Clerk despite that she did not ask
...as ready to enter in my new updated phone number. This was not
...idation, it was an attempt to take advantage of what seemed to be a
...-hole.

...nally, Commenting on the last paragraph, the prosecution states witnesses testified,
what they really did was create narratives that they then argued about, act like
...ims from the narratives they created, and spent 2 hours giving information I
...'t argue or present; that my phone was able to receive and make calls and
...t my phone had called the U.S.P.O's mother (though accidental).

## PART 2: Response to "Argument And Law"

## Preamble:

~~Preamble~~

Many people today often write off the bible as being unholy and irrelevant.
Though the objective observer and reader would find a surplus of similarities
between the Pharisees of Jesus's day and the prosecution. The Pharisees
studied many years through their books of law and were well spoken. They
were great at presenting a case, arguing it, and gaining support in their
highest Courts (the Sanhedrin) and their lower courts (the synagoges). Jesus
was a man and the Son of God, they didn't deal with such a man before. Likewise
the prosecutor has said to my memory she has never dealt with a pro-se defendant.
The Pharisees were highly respected, trusted, and honored. Their claims beared
more weight than those defending themselves. The Pharisees hated Jesus, they
accused him of causing a spiritual insurrection among their people, disgracing
the temples, and their God. The prosecution accuses me of being part of
a physical insurrection, disgracing the "temple of democracy" and disgracing their
gods Joe Biden and the Democratic party. The Pharisees perceived in their own
eyes that Jesus was guilty and misunderstood the evidence/lack of evidence against Him.

The prosecution in their own zealous eyes perceives that I am guilty, wants to terrorize me into submission (ie. accepting a plea deal of 0-6 time served.). Despite the misunderstanding and lack of evidence, the pharisees sought to destroy Jesus and so they brought false testimony against Hi The prosecution has as shown on 10/12/21 and in this response have done the at every hearing. The Judge Pontus Pilate at first did not seek to ho Likewise, despite the lies this court let me go at 2 revocation h Jesus chose to stay silent against his accusers false testimony, and I forced to stay silent because my lawyer told me so even when false tes was presented. Eventually, the pharisees got the Judge to punish Jesus and he submitted to their lies aga Jesus and pressed the Judge to punish Jesus and he submitted to their corruption He was to be tried in the Pharisees capital Jerusalem, in their highest court. Likewise I am being tried in our countries capitoil, Washington D.C. Jesus was betrayed by one he trusted as I was. The prosecutions lies stirred the masses and convinced the judge to "beat" my success, emotions, finances, and freedoms before attempting to sentance me. The Pharisees caused Jesus to be beaten before he received his sentancing, crusifiction. The Judge, Pilate, offered to release Jesus, the innocent man, or Barabbas, a man who actually murdered someone during an actual insurrection in their capitol city, the pharisees hated Jesus more and chose to let the Murderer go. Similarly, the prosecution has sought for me to be locked away from the begining, they've released baby murderers just months ago in this very city, and in Texas, a person who shot 4 people in a high school, or regarding this case releasing the fire extingisher guy or Thomas Sibick, who attacked and robbed an officer, shoved his butthole to inmates without them asking, started multiple fights, stared at people pooping, pooped in our community shower because he didn't like the toilets, and forcibly put Chris Worrells thumb in his mouth before we all decided he was too messed up to be with us and kicked him out despite his pleas for us not to then lied in court and said he kicked himself out.

27

I not only have no violent charges, but I was welcomed inside and given directions and rules to follow while being assured I would not be arrested if I followed those rules, which I did. The hateful prosecutor seeks not just 23 years in prison, but enhancements for this "terrifying" half hour police "welcomed museum tour I took part of. Just as Christians view the pharisees that lied about Jesus, so too will the objective thinker view the prosecutor that lied about me and sought to destroy me. Both the Pharisees and the Prosecution are corrupt, evil, zealous, vindictive, liars who seek the opposing parties total destruction. Like Jesus, I will not cave even if it wrongfully results in my destruction. I know where I'm going just as Jesus did. Whether I'm wrongfully convicted or not and I'll do my best to covert others to Christianity and to be conservative wherever I go.

Overall, the prosecution like the pharisees knows the law well, but misses the point I was making with my words just like the pharisees did when they thought Jesus was not meeting the criteria for following the requirements of the sabbath. Both are wrong.

<u>Actual Response to Law and Argument</u>

Though the court already partially ruled in my favor (giving me a bond hearing instead of what I wanted, an evidentiary hearing) I had to show the continuing trend of the prosecution in hopes this court will see the games they continue to play with my life like the miserable bullies they are.

I find it hard to believe the main argument yet again flew right over the prosecutions head, epeshially conciding how long she has been in this field (40+ years). Though as an objective person can see, Joe Biden being in politics for over forty years does not mean he now has a grip on reality, understanding economics, or caring about the law. Both Joe and the prosecution fail miserably at understanding or making good points to the opposition. So, I will spell it out for the "confused" prosecution (I doubt she's confused, I think she tried to steer the debate). Yes, she is partially correct in stating my evidence shows the court I was

28

working. Perhaps she forgets like Joe Biden that this was argued about at my first 2 revocation hearings. It was falsely argued and as mentioned Ms. Rennie stopped me from writing many times and intimidated my customers, my friends and me. It was an attempted showing that I would not listen to the demands of the court.

However, the main argument was to show that before I knew the time of the appointment, I made reference to needing to go there either before or after my customers job. When I found out the time of my appointment, I let the customer know more specifically when I'd be arriving. It also shows when I rescheduled due to not feeling well due to little sleep I yet again moved the arrival window.

This information was not as the prosecution tries to narrate, only showing that I worked. It was supportive evidence to show I had every intension of attending my therapy session. As with almost every hearing, the prosecution whether purposely or ignorantly makes her own narrative, uses it as fact, and then goes on to waste my time and the courts time. Please ask her to stop arguing with her made up stories and narratives. I sincerly believe if she either understood the clear arguments, or if she's purposely doing this, stopped playing these games, the court would not be tricked or forget what my main argument was. (Or have these long responces/ corrections)

I've seen this happen before. At my third revocation hearing I said to my attorneys in NY and DC that I was not feeling well enough to drive due to being tired. I gave the full content truth for my attorney to present, but she not only avoided presenting it, she argued along with the prosecutors narrative. I know they've become friendly as Ms. Halverson has shared, but this is suspecious. Ms. Halverson despite speaking to me many times prior to the hearing and in the hearing argued I was not feeling well and that our government has consistently pushed during covid "if you don't feel well don't go out." which to the made up narrative that the prosecution presented was an okay counter/point, but certainly not a good main argument. It was terrible because as camera footage shows with paper and words I was asking her to argue the actual arguments, which she purposely avoided

29

The prosecution created a narrative that I was claiming to be sick and that I was claiming I was scared I would get others sick. This was not my position or my arguement. I've seen that Florida with the oldest population per capita had less deaths per capita than the most extreme shut down state California, ~~was a~~ Which has the 6th youngest population per capita out of 50. Knowing the last statistic I read before ~~the~~ the delta varient stated the majority of the deaths are people in their 70s-100s who had an average of 5 other underlying conditions, it showed me I should follow the science and not political rhetoric of the left. A good immune system remains strong not under lockdown while getting fat, and drinking alcohol or taking drugs as states like California and my New York saw extreme rises in. Even with Delta, Florida despite its average age now has less cases and deaths per capita than New York. I follow statistics and logic. This is why I was not happy seeing my own counsel argue this, it was not my position, belief, or situation. I not being a lawyer and a slow learner in certain "boring" subjects (like law) saw and knew of the holes this would present in my case, yet somehow my experienced counsel did not? Like the narrative was perfectly and purposely crafted. An old email was presented to support the made up narrative. There the prosecutor argued with supporting evidence that I did not care for wearing masks or potentially getting people sick. If they are in public they will encounter others, I will not cause my or others immune systems to suffer for a super minority of the population. If you have a virus that mostly effects old people with underlying conditions or 0.2%, either have them lock down or have no lock downs. You don't force everyones lives to stop for all eternity over a 0.2% populalation who's at risk and will catch covid regardless, 1,000 people in a city, you don't force 998 peoples lives to stop over 2 people for years at a time, unless you're an economically, socially, ethically and illogical ~~fool~~ fool. The court fell for the prosecutions narrative as can be seen on page 6 of the July 15th 2021 hearing. Lines 13 through 20 show the court failed to mention I rescheduled, incorrectly/was tricked into thinking I asked to go to work, was

30

tricked into thinking my excuse was due to Covid concerns, and was tricked into thinking another excuse of mine was that I was concerned with getting other people sick. The prosecutions tricks worked against this court, it's written right in the transcript clear as day, on that same page the court was tricked by their clever use of statistics. I magine the headline "Child abuse drops" or "domestic abuse cases drop", on it's surface, that seems great. That's what people in NY were told during covid, but as months went on, the full context showed it was not an accurate representation of reality. kids were and domestic partners were being abused more since they were home and not going outside. This is similar to what the prosecution did when on ~~MAY 26th~~ July 15th they cited a May 26th call-in report for me. It stated I had a 55% call in rate. It didn't mention that I never missed or failed a drug test. It didn't mention that in January until early Febuary Ms. Rennie stated not to worry if I missed a call in because she would tell me if I had a test that day which resulted in me rarely calling. It didn't mention my disabilities or how I deal with stress, or how long it takes for me to adapt/build a new routine. It did not mention that the report was from 21 days before my arrest. Nor did it mention my trend of growth through the months or the fact that I had a 100% call in rate ever since 4 days after my ~~first~~ first revocation hearing. They are hypercritical and the court fell for this tactic. It was old news missing much context and the court said they "recognized a pattern of missed call-ins". This issue was not a reason I was revoked before and now was not even an issue. yet it was ^(1st & 2nd) one of the other reasons I was revoked. On the next line the court fell for ^(3rd) the lies of the prosecution and her false narrative regarding the 2 times I was "excusably late for curfew". So the first three reasons the court cited were false narratives and missing much context. It made for a poor foundation of finding "there was no condition I would abide by". I've attached the 16 page & 93 page transcripts that respond to any/most of the other issues the court should know/see.

31

These issues I also tried getting Ms. Halverson to address/correct but she refused.

So back to the government response, now that the continous misleading tactics of the prosecution have been shown to the court, I think it will see I didn't maliciously ~~reschedule~~ miss my evaluation, I rescheduled it to keep myself and the community safe. The prosecution adds I was also revoked for "not complying with all treatment recommendations", given full context, this is a weak position. (which has just been given) (mostly)

Now onto what the prosecution claims was the second part of my revocation. They claim it was my "pattern of conduct" culminating in my intimidation and harassment of Ms. Rennie." However I'd challenge the prosecution to re-read the July 15th transcript on page 8 lines 4-11 for full context. Citing lines 9-11: "And I think that phone call, too, is certainly -- one could imagine innocent motives or explanation for it." The court was showing that it did not find by clear and convincing evidence that I intimidated the probation officers mother, "That phone call, too..." shows the judge talking mainly about the guilderland judges wife phone call having an explanation or innocent reasoning like with the probation officers mothers situation. Though I will correct the court from the clever trickery of the prosecutors narrative and again share the judges wife was never contacted by me, or the clerk prior to me informing the clerk on my own. ⓧ Given this paragraphs full context and ending it would seem the court merely was referencing the phone call situation & calling it for labeling purposes "the intimidating phone call", not as a legal finding. Additionally the paragraph starts with "I'd also note" showing that the court was taking this into concideration and not as the prosecution tries to cleverly attach to the second reason I was revoked. Lines 20-22 on the same page say "I'd also note... defendant was smirking and rolling his eyes throughout the hearing." By the prosecutions standard I must have also been revoked for this as well right? Wrong, it doesn't fit the narrative shes always trying to create. For the actual reason I was revoked

with foundation crumbled, where does court stand now?

~~with foundation crumbled, what does court stand now?~~

32

all she had to do was turn the page to page 9 and read lines 6-8, where it states, " I don't think I can be at all confident that there is a condition or combination of conditions that you will adhere to."

So to stop the incorrect fabricated narrative of the prosecutor yet again, she was wrong when she said I was revoked because of "my pattern of intimidation and continued harrassment of the USPO officer." I was the one intimidated and harrased by her as previously shown, it was beyond a stretch for the prosecutor to claim that mistaken identity phone call was intimidation. She knew it was a stretch which is why she lied and changed up the situation for all parties including my reason I called to reschedule my appointment, my phone problems, my conversation with Kendra, my conversation with Kendras mother, the listed number situation in guilderland, the events that took place with my ex, prior conduct with Ms. Riebart, and many other situations. It is hard to imagine so many mess-ups were not purposeful, espeshially for someone who's been in this field for 44 years. One should question, why has she messed up the facts so many times despite that in many situations it was fully accesible, shown, and known to her? Perhaps this prosecutor who volunteered did so out of her zealous anti trump supporting passions? Please look up the statistics of liberal vs. conservative lawyers, it's mostly liberals. Ms. Furst has a daughter who goes to school in D.C., last time I heard D.C. 🌎 is more liberal than N.Y.C., republicans don't even run here, her daughter is probably a liberal, and values typically remain/are passed down in the family. Why is so much provable misconduct present in my case? I only here offer speculation, but 🚗 I'm certain other objective thinkers would wonder similar questions, will this court question why these situations keep occuring to my detriment? When information that is favorable to me such as the fact I rescheduled the appointment, it is not only not shared by her, but it's attempted to be ignored 🚗 (through cross- examination) When it is pointed out it's a very very subtle "yes" with Ms. Rennie or a clear as day 4-5 time attempt to avoid the question as seen with Ms. Robinson on July 14th 2021. On page 14 Ms. Robinson is

33

asked 3 seperate times if I rescheduled. On the next page on line 8 MS. Halverson asks again after MS. Robinson tries to divert, assume, and lie (drug tests). At line 15 on page 15 MS. Halverson realizes she's tried to avoid the question 4 times and gives up. However, not unsuccessfuly, her constant avoidance and diverting is very telling compared to her typical straight forward answers on other subjects, but at line 22 (pg.14) she cracked a little bit under the pressure and said "I do believe that there was some reschedule". MS. Rennie knew I rescheduled and yet hid that information from pre-trial services. She was given the explanation later in the day and knew my phone was having varying problems days before this accidental phone call. She knew I didn't call a judges wife, and according to my Guilderland public defender either pre-trial services, or my probation officer called the court and asked them over Covid closures to begin my court proceedings. The objective thinker would wonder "why is all this seemingly vindictive stuff happening?" Surely this is the only time, right? Wrong. She lied about me not calling the probation office when I was stuck at a resturant, yet she had the proof. She labeled the resturant a bar which it is not. She failed to mention I was on the phone updating an officer until I arrived home both times I was late. Despite it was out of my control. She intimidated me, stopped me from working and then complained in court I was not working. this woman has been a liar, abusive, and vindictive from the start. She's had, like the prosecutor, the evidence and yet ignores it when it doesn't fit their narrative. 🐟

Back to the point, this is a weak case ~~especially their~~ for ~~its~~ the prosecution. States. ~~there will be conditions~~ ~~a finding~~ "which made it clear there were no conditions or combination of conditions that defendant would follow if released."

Now, moving onto the second paragraph of page 4 on the governments responce. The last sentance states "Defendant decided not to testify at the revo-cation hearing, after consuting with his attorney and getting a second opinion about the soundness of testifying from a second attorney." Here the prosecution

(✳): it would be better to share the fresh "wow" moments with a jury and catch the prosecutor by suprise.

34

goes again making assumptions without seeing or hearing proof to support them. She is the Helen Keller of making assumptions. or so it would seem, but isn't it odd all her assumptions support her narrative or only paint me in a negative light? Perhaps like the Pharisees she is only blind and deaf to the truth. ~~Perhaps she~~

To Correct her  yet again,  I did not get a second opinion about the soundness of testifying in my private conversations. Mr. McDaniel explained what I had was great, but that it would be better to share a "wow"(✳)a jury and catch the prosecutor by suprise on a number of the things I had wished to point out and present to the court. He understood why I wanted to share the information I had and fix the lies the prosecution and her witnesses have submitted at every hearing. However, they were concerned about how I'd handle cross-examination not being a trained lawyer and for that reason Mr. McDaniel expressed "I'm not sure the juice is worth the squeeze just yet". So, knowing I wanted to still share he offered to Ms. Halverson that she address/prepare what I shared in the next few weeks and let her present the information to protect me, and Ms. Halverson "since I'm not a trained lawyer." So I agreed to wait and let Ms. Halverson argue/prepare to argue it in the next few weeks. However 1 week later Ms. Halverson said "I changed my mind", "we can bring it up in trial or upon plea deal sentencing". I begged and also demanded she keep her word but yet again she lied to me, what the police officers in multiple states had said about her seemed to be true. Every jail I've gone to both police and inmates heard my story on the 6th, my court hearings, and my situation and almost all of them agreed on a number of things. Most common of these was that I had an ineffective counsel, I was the victim of entrapment by estoppel, and that I should not take a plea deal my counsel was pushing for. I for many months had warning signs, big warning signs, but I have a tendancy to believe others until I'm proven wrong or shown they can't be trusted. Even then, my ~~to~~ habitual love for staying friendly with

35

people who have abused or taken advantage of me works to my detriment,
so long as that person continues to fool me into thinking they have my best interests.
The warning signs on July 14th really had me worried but I gave Ms. Halverson
forgiveness for her multiple lies in court that day. On the 15th I thanks to Mr.
Mcdaniels advice and support agreed to wait only because Ms. Halverson now shared
she was going to bring this up to the courts attention in the upcoming weeks
which would be way better than me doing it that day. She lied again and told me
"we can bring it up at plea deal sentancing or trial."

     ② Now onto the final paragraph of page 4. Again the prosecution claims
I was given the chance to present my explanations to the revocation allegations
through my attorney's cross examination of witnesses and her "zealous" arguements.
Yet as I've stated and offered proof for, she ignored many of my personal arguements and
instead argued things I never shared/elluded I was scared of getting others sick from
Covid, which was the opposite of my feelings and argument. Later the prosecution writes
"He claimed his sim card didn't work." The prosecution both now and on July 14th ignores
a picture of my phone sent to Ms. Rennie showing an error message that stated something
along the lines of "sim card issued" or "sim card not compatible". Ms. Rennie has this
and I believe this was shared with the prosecution/court through Ms. Halverson.
This was days before any arguments arguements between Ms. Rennie and I, and it also
ignores the fact I bought a new phone despite low funds days before this
incident. Given these provable facts I find it to be a continued narrative
building attempt to continue to say this was an on-the-spot claim
only mentioned after the incident. An objective thinker should ask "Why
does she frame this situation so disengenously despite knowing the facts?",
"why is this hypercritical narritive building tactic continually being used?", or "
why does she ignore those facts, is it fitting a narritive she's attempting to make
better by ignoring these facts?" The objective thinker by now will have

36

noticed a pattern. Let me also point to another flaw, though it seems like it's another purposefully done flaw. Notice how she writes "and called a number in another state connected to the USPO officer." Why is it that she doesn't mention the listed number was shown to be a number connected to "Kendra Rennic", who was in her 40's or 50's, and who's address included a local address to Albany? I've googled my name plenty of times and my mothers number never come up under my name. I've also lived in Connecticut with my 518 area code.

In case it isn't clear why the prosecution wrote the last full sentence on page 4 the way she did, it was for another narrative set up, which is shown on the next sentence. "This number was that of the USPO's mother, and defendants (intimidating) actions were clearly meant to intimidate the USPO officer." The objective thinker would ask "why if defendants actions were "clearly meant to intimidate..." did the prosecution write how she did?", "why did the prosecutor leave out those important and known facts," or "if it's so clear the defendant intended to intimidate the mother than why did she cite lies for supporting evidence?" Perhaps an objective thinker wouldn't consider omission or twisting of situations as lies like I do, well then I'd point to the next sentence the prosecutor writes, a lie. The lie is "He had done this before, when he called the wife of a judge in a city case for violation of a protective order.." As stated earlier in this response I never called the Judges wife, I merely wrote down her work line number which is connected to many offices, I didn't even give her extension as I was unaware she had one. Also the witnesses on July 14th showed during testimony they knew this and almost as if they had been prepped to say "he called" to make me look worse but multiple times through multiple people they continually fixed their allegation mid sentence or later by saying "he listed/he wrote the number as a contact number for the court." It is telling that the witnesses kept fixing this during testimony and yet months later the prosecutor is falsely saying still "He called the wife". It's like they jumped the gun on the narrative building but then realized they were testifying and had to wait.

or go back to 7/14/21 transcript page 36 lines 15 & 16 notice what's different?

37

Perhaps the prosecutor should go back to page 3 where she wrote the opposite and said I wrote the Judges wife number down, which ~~as stated that paragraph~~ more closely resembles the truth. However, as stated in more detail pages ago, that paragraph also is full of lies, omissions, narrative building, and missing context. In the last sentance of this paragraph the prosecution now tries to think and speak for me, which she fails at as well. I think this was the prosecutions attempt to move past bringing up the past out of fear it would show her continous purposeful misconduct, which was pointed out in many ways on 10/12/21 to no objections, excuses, or defence to.

Now onto the next paragraph on page 5. Again the prosecution tries to speak for me and tell the court what I wished to present and then with that narrative set up, she argues with it like I said it myself. This is tiresomely repetitive. The information I wished to present was not only the misconduct from the prosecution and the witnesses, but also what I was promised by my previous full time counsel and that I've suffered from ineffective assistance of counsel. Unfortunately, the court after 9 months ~~decid~~ decided it was fair to not let me call up my first witness despite that in April, May, June, and July mutiple witnesses from the adverse party were able to be called and spew lies, sometimes for 2 hours like on July 14th. "May we call the 3rd witness and question them on subjects the defence himself admitted and talk for hours?", "Granted!" "May I please provide a witness who's present to prove misconduct and show I've been lied about, abused, and had ineffective assistance of councel? "Denied" An objective thinker would begin to question "hmm, is their bias here?" The law books say not to ever claim this, but it does seem odd when looking in comparrison doesn't it? Imagine how it feels to be me and see the one time I ask to prove somthing huge and I can't offer witness testimony that's available, only my own, then perhaps one would understand my viewpoint.

38

Lots of the information I wished to present was not known to me, or the Court. After speaking to private lawyers, they informed me all the ways I was a victim of ineffective assistance of Counsel, and pointed out various issues I supplied them with, and cited laws, and helped me to prepare to show this in Court. Unfortunately the element of surprise is lost but the evidence is irrefutable and ever present in various forms still waiting to be presented. Does this Court want to see proof for the prosecutions lies? Do they want to see the proof for ineffective assistance of counsel? IS it a danger to leave unchecked for such practices and people to continue on without review of the confident allegations? If So, then I ask the court, this time without the element of surprise, to grant me the evidentiary hearing with my witness, Stand-by-Counsel and previous full time counsel, Ms. Halverson.

     Now back to the created narrative / the prosecutor arguing with herself. As Corrected, I was not arguing that my work history was relevant to the violations alleged when the Court revoked my release, Nor did I ever argue that my prior work schedule was why I rescheduled my mental health evaluation. I'd love to see how the prosecutor came up with that conclusion outside of just creating narratives, please show me. The prosecutor then hilariously cites a Case law to support her created thoughts which I still have No idea how She was lead to believe outside of getting lost in her made up stories. However, I love that She brings this case up! She specifically cites "... the Court finds that there are No previously unknown facts having a "material bearing" on the issue whether there are conditions of release that will reasonably assure the safety of others and the community." While citing United States V. Worrell, No. 21 - CR - 00292-RCL, 2021 WL 2366934 (D.D.C. June 9, 2021). I personally talk with many people in C2B, I've seen Chris Worrell has been a victim of lies like I am, unlike me he has an attorney who's pushing to show these lies. The jail

34

has lied as has the prosecutor in his case. However, when looking on what the government alleges he's done before being arrested and during arrest it paints a more dangerous picture than my allegations, even when including the lies. In Worrell, the government alleges he planned to storm the Capitol, I did not. They claim he wore tactical gear and brought 2 way radios, I did not. They claimed he had a leadership role as he issued commands to other rioters, I not only didn't do this, but spoke against theives, and violent people I encountered later in the afternoon. They claim he sprayed pepper spray at police, I did not. They claim he threatened to confront who turned him in online both on public and private online chats/statuses, I did not. They claim upon arrest he said "if he found the person who turned him in, the FBI would be coming for him again," despite my months of abuse from probation I did not share this. They claim upon interrogation he lied and denied any wrong doing (obstruction). They claim he has a past record for impersonating a police officer which involved intimidating conduct towards a total stranger, I have no past record. Finally, Worrell is charged with 4 felonies, I'm charged with 1, and that 1 is not going to stick. Perhaps this is why despite the facts that Worrell has not been treated for his cancer, his attempts for bond and temporary release were found to have presented no new facts with material bearing. Personally, it has helped me to know I'm not the only one suffering by the oppisitions lies and my hopes are that a higher court will stop over looking the facts of his allegations against the jail as this court stops overlooking the facts of my allegations against the FBI, probation, and the prosecution.

It was the courts fault in Worrell whether they agree with the facts or not and despite their <u>stupid</u> ruling he presented new and true facts to support that the oppisition was lying and to show he should be released.

   Now, considering my case in comparison. Despite no one informing me I had a bond hearing, I presented tons of testimony (evidence) that the prosecution wisely did not defend against or object to. EVEN before

40

that, in my motions I showed supporting evidence I did not know existed because my phone was not saving text messages at the time due to sim card problems. It was only after July 14th that I had become aware that my customer had the text messages and call logs to add to support my actual claims. My actual claims were that I had planned to go to my therapy appointment and also was pre scheduled to go to work per kendra's acceptance days before. The messages show I claimed I'd have to either stop for therapy before or after his job and then showed I instead moved the arrival window to a later time because I felt too tired to go to him or therapy that morning.

In my testimony on 10/12/21 I also corrected the prosecution who fooled the court into believing the way a sim card affects a phone, my record of call ins, my non missed drug tests, my "calling a judges wife", the conversation with kendra's mother, the lies presented at my 1st hearing regaurding my arrest, and many other lies. All of these to breah the narrative that the prosecution pushed the court to find, that I do what I want and won't listen to orders. So, the prosecution is wrong, again......

Now after citing worrells case law, the prosecutor lies again, how tiresome it is to have to correct nearly every sentance they write. I did not tell Ms. Rennie I didn't go to the evaluation (I voluntarily signed up for prior to the court asking me to) due to my sleep cycle being disrupted by storms. I shared it was messed up because I was forced to stay inside a cave like apartment 24/7 which messed up my sleep cycle espeshially since Ms. Rennie for months stopped me from working. Additionally I shared when I finally did fall asleep that thunderstorms woke me up causing me to be dangerously tired, too tired to safely drive.

Now with the facts pointed out and the prosecutors narrative being called out, an objective person would see how weak her lie is that I'm now claiming I

Canceled because of my work schedule. It is clear that no reasonable logical person would come to this conclusion. First I never argued such things, second the evidence does not suggest this, and finally my motion did not suggest this.

So with this pointed out lets see the prosecution argue with her poorly created narrative for the final 2 sentances of that paragraph. There is no conflicting rationale. This poor response reflects poorly on the prosecution with regards to understanding, reading comprehension, honesty, integrity, and ironically her veracity. It's ironic because the prosecution has been proven time and again to lie, twist stories, omit full context, and over all to be mendacious. As shown in my testimony regarding various situations, including the lies she used about my arrest, it should be clear the prosecution is full of guile and is deceptive beyond any measure I've personally ever encountered. It's on the record from day one until now, and I'm glad the prosecutor has failed so miserably at hiding her misconduct. Now I just wait for the court to do somthing about it, which they still haven't. This is a clear tactic of abusive people, they do somthing abusive (like lying deceptively) and blame another person for doing what they do, it's called gas lighting and I hope the court will soon call them out on this destructive abusive behavior. After all, it's illegal & makes her a danger to the courts and as a result, the community.

Now onto the last paragraph of page 5. The prosecution is correct, I did have 3 revocation hearings. However without the lies of my arrest I would have not been put on any restrictions as can be seen by all the others who were let free without restrictions from Jeff Merkeys office, from the same window I entered, and ▓▓▓ ▓▓▓ ▓▓▓ who actually broke the rules police set. After this, if probation and my previous counsel had done their jobs properly, I'd have my business & tax records back & would have known to call in more in the early months. Not getting my phone & records proved to be prejudicial when a customer could not contact me and then filed a petty

42

larceny charge against me. The second revocation could have been avoided if my probation officer hadn't stopped me from working due to threats/not allowing me to market, hadn't forced me to come down every week as punishment for not caving to her illegal abuse of power, and if she didn't lie/create a narrative of my 2 times I was late. The third revocation would not have happened if again they did not lie and also try to create a narrative. Perhaps the prosecutions memory is also like Joe Bidens, perhaps she forgets the multiple times I apologized on my own outside of court despite the abuse, or my apology for what I did wrong in court even after I was wrongly incarcerated. Perhaps the prosecutor could start leading by example and accept her responsibility or even acknowledge her behavior violated the law. What she and others have done is clear textbook misconduct and she for the safety of the community should be dis-barred and taught a lesson and be thrown in jail and fined.

Now moving on to page 6 on the first quoted sentence from the court. The court didn't know the abuse or the lies that were going on as they now do, so perhaps now the court can understand why I do not love this court system or this administration. They call me a terrorist, white supremacist, lie about me in court, take away my freedoms, stop me from working, traveling, force me into poverty, force me into a jail where tons of civil rights are being abused and then try to say I'm "too dangerous to be released" while offering me a time served plea deal. All while considering that there's video proof that an officer told me I would not be arrested if I followed his rules which I did. Then the government and my government appointed attorney refuse to hand me that video on my phone. To love or respect such a terrorist like, joke of an organization would be a clear sign of stockholme syndrome, something I have suffered much from in the past

Also, for almost 3 months of total "home" (was not my home) confinement I did not once leave unexcused....I promise the court, I wanted to leave.

43

I am glad I years later am finally learning to stand up for myself against my more powerful abuser/abusers, whether it's to my detriment or not.

The next sentence states I'm "inherently inconsistent" and that I claim to have "gotten better at following the courts rules, yet picking which orders I'll obey." So, lets dig into that. My call in rate from Jan-February near 0%, My call in rate after my 1st revocation hearing was near 90% and from my second to my third was 100%. I despite slow downs and intimidation from probation had a full scheduled work week, I did not in February as it was dead season. I never missed or failed my many drug tests. out of 5 months I had two days of complained about late arrivals back home, both times I was reachable and provided proof to show it was not my fault/not planned, thats 2 out of 150 days I was late, not once unexcused. I complained about wearing masks in the building when at probation, yet I always did. I complained about peeing infront of "weird o's" and yet I did. I complained about showing up to hand in my job reports yet I did every week even with low money and an uninspected vehicle. I complained about needing to show up to D.C. for in person court and yet I did, multiple times, even when I thought it would result in my revocation and with low funds. I did not want to go buy a suit for court when it complained about my attire, yet I did. The court asked me not to eat during court and I stopped. on June 14th I had planned to go to an evaluation to but rescheduled due to it not being safe to me or the community that I attend. When yelled at for this and on the way to meet a customer I was told to cancel it by probation with 30 minute notice to the customer and turn around to go back inside, I did not want to do this yet I did. Then I get a call telling me to come down to Albany immediately, I tried to get out of this, but again I showed up. I sat for hours and drove for hours despite just to be told "come back again tommorow." I yet again canceled another customer and

44

did not want to do this, yet I wasted many hours again to do this with texts/emails/ ~~from~~ phone calls from my attorney warning me I may soon be re-arrested, despite all this I showed up again. There's <u>much more missing</u> such as me giving up my home upon court orders to live with my abusive mother as an example. I did all this despite that police said I would not be arrested on January 6th, and that the conditions of my arrest were probably ~~not about~~ and knowingly lied about which put these conditions and sanctions on me to begin with. <u>If the prosecutor did not knowingly commit misconduct, I wouldn't have suffered as much.</u>

Again, all the facts break the prosecutors weak narrative. the most recent one written being "I haven't gotten better" and that "I" pick which orders I will obey. <u>She picks what laws she's going to obey</u> and unlike me is under no duress, <u>she is the gas lighting criminal.</u>

So <u>yes,</u> I maintain my innocence, I do correctly argue most of the allegations are false, and I do argue they are missing <u>much needed</u> content.

I stand by my provable allegation that the USPD officer threatened me, besides my messages, I left Ms. Kiebart a voicemail on April 5th and discussed with her personally on these matters and threats to which nothing was done.

I have proven and stand by my true claims that the prosecution has made false assertions, I challenge them to take the stand and relay the many lies they have left unfixed and have continually said. As stated and proven, I'm not afraid of the truth as shown when I presented truth that made me look bad, the prosecution is afraid of the truth. Given that I've proven their abuse and lies I do also stand by my true claim that I was abused by the prosecution and her corrupt agencies.

So to ~~agre~~ rarely agree with the prosecution, yes I do believe to be a victim of this legal system. If released I won't abuse the courts time or resources as the prosecution has with their lies which in turn will save

45

the tax payers and this Court money. Finally, yes I do also hold my stand-by-counsel in contempt because other lawyers and my reading of the law have shown me that she broke the law, lied in court, participated in misconduct, and was <u>constructively ineffective.</u> Oh, and also she lied to me multiple times.

Now responding to the conclusion. I know the prosecution after 41 years understands strategy, after all it's clear through repitition that she employs a ~~cha~~ cunning strategy of mendacity to fool this court and get her way. Perhaps it has worked in the past, in that people caved to the abuse and signed her plea deals giving her "the win" she so ravenously desires. Yet I have endured years of terrible abuse from those I was ~~suppose to~~ supposed to be loved by and protected the most by. I am accustomed to such practices and have developed effective coping mechanisms, which I've had to learn to adjust in this case but nevertheless, I am prepared and able to take way more. Given that she understands the idea of strategy, it should come as no suprise I sought to ~~keep~~ her friend Ms. Halverson so I could call her to the stand to prove not just my claims against the prosecutor but the misconduct and ineffectiveness of herself. Why would she help me with the truth and yet hurt herself on the stand? Because she's seen and knows along with Ms. Kiebart I record my conversations, which in NY is entirely legal without the other parties consent. If she were to lie it would be perjury. I sought to speed the process up by having her in the room to call her as a witness when needed without having to waste the courts time or money by asking for a subpoena. So no, this does not demonstrate I am demanding the legal system protect me from my self as the prosecutor accuses. What her sentance shows is even more proof she makes assumptions and creates narratives while telling others her ~~crazy~~ unsubstantiated fairy tales are fact. I ask the court to make her stop doing this

* opposite political spectrum is a request, not a requirement

46

cunning and dangerous tactic which will save all parties time and money.
one may ask why I feel safe keeping Ms. Halverson, I don't, but she also
knows she's got to now tread carefully and stop her misconduct or face additional
legal complaints, which is a sort of "insurance policy" against future abuse (at
least that I'll be able to notice). All that I am asking is to stop the abuse
from both parties and have them answer for it under oath, like I voluntarily
did and will. After that I'd like to do myself and the court a favor and
seek my 6th Amendment right to counsel (effective) that I was denied
of for months. It was my understanding I could not raise these issues
because of the short times /no time. I was allowed to speak. I have never
wanted to represent myself, only to have a lawyer who is not constructively
ineffective, radically hates police, is on the opposite political spectrum* and who
doesn't push me to do illegal things (like lie about Trump telling me to
go into the capitol (because he didn't).
    Now focusing on the final sentence of the last paragraph of page
6. I do recognize I had to obey the courts orders, ~~with~~ though my abuse, misunderstanding,
disabilities, lies of probation, lies of prosecution, and ineffectiveness of counsel made things
rough at the first few months. ~~four days~~ Despite ever increasing requirement
and a toughening life situation I not only got better, but in many if not
all areas since four days after my 1st bogus revocation hearing I was in full
compliance with the courts orders. The prosecution claims I don't understand this
premise, but if she looked at statistics over fairy tales, reality over fiction, she
would not say such things. That is why I asked bond to be reinstated with
little restrictions as possible or to give me a tempary release to
gather evidence. I asked for temporary release alternatively instead of
heavy restrictions because as ironic as it is, I have more freedom
    and happiness in this civil rights abusing jail then I did forced to live

47

at my Mothers while suffering from the abuse of the probation office and the prosecution. At least here I can go outside, I have friends, I get free food (supporters), and I get to motivate people to push for both a class action suit and to push others to hold this civil rights abusing jail in contempt. It felt good to help by getting the Russians involved to speak up on our abuse in jail, media, and in the courts. However, it feels great to directly see the changes and help the push to close this jail down / cause them to pay / lose lots of money. Let's not also forget, the prosecution lied about my arrest while knowing the facts at my first hearing which is the only reason why I had these conditions to begin with. Though it upsets me, I have been blessed with provable misconduct, being part of history, and major networking opportunities I would have never imagined because of my incarceration. Still, it does not make her / their misconduct right.

I did not want a bond hearing without an evidentiary hearing, therefore I am entitled to an evidentiary hearing which will then prove I am entitled either to a 2nd evidentiary hearing, bond, or a temporary release. I am not only entitled to a reopening of detention, but I should have never been placed in detention; let alone have been placed on probation in the first place.

I'd prefer to write shorter responses as my finger blisters have popped and it's kind of painful. So I ask the prosecutor to stop the narrative building games, lies, and misconduct. I ask them to only argue the truth, respect our laws, this court, and not treat this case of my life like it's a fun game. I'm an American, I have feelings, aspirations, goals, dreams, and a desire for freedom and happiness. I also ask the court to stop them from continuing these tactics as well as to help the advancement of truth and allow me the same benefits and treatment that has been granted to the prosecution, the denial of my one and only witness was not fair. I also ask the court to stop rewarding the criminals in this case.

Additionally I did not get this (gov's) response until 10/12/21 at the hearing. Our jail will not / has not sent my motions to the court for me as required by the Supreme Court, so I hold it on this day of 10/14/21 until my next court date whenever that is (because I don't know when that is). Brandon Fellows

Additional Case law I came across [Doc. 47]:

The telephone directory doctrine: the courts trust the reliability of the post office. Under this doctrine, the courts place their faith in the accuracy in telephone directories. Federal Rule of Evidence 901(b)(6) describes the doctrine: The proponent may authenticate "a telephone conversation" by presenting: evidence that a call was made to the number assigned at the time to: [A] a particular person if circumstances, including self identification show that the person answering was the one who called: or [B] a particular business, if the call was made to a business and the call related to business reasonably transacted over the telephone.

The fact creates a circumstantial inference that the person answering was the person the telephone number was assigned to.

The foundation includes these elements: 1) The telephone directory assigns a certain number to the person.

2) The witness called that number

3) The witness asked for the person to whom the number was assigned.

4) The person answering identified themselves as the person to whom the number was assigned.

5) Any other circumstances indicating that the person answering was the person to whom the number is assigned.

If prose custom disagrees with the term directories and objects, respond by citing Federal Rule of Evidence 803(17). That provision creates an exception for directories generally used and relied on by the public (not from the post office) (ie. Google, Whitepages.com, etc.)

Doctrine relevance: I had 3-4 minutes of time that elapsed from when I got off the phone with Ms. Hiebart. Having no contacts, messages or data of recent calls, and knowing Ms. Rennie never picks up her business phone and sometimes doesn't respond/typically calls from her cell

phone I was left in a dilema. I thought "how long do I have until I'd need to get to the office", then "okay, I have time to appeal this decision/order, but not long", "crap my phone still isn't working, now how do I contact her?", "what did her cell number start with again?", "Right, it starts with a 4", "I'll see if I can find her number on google, my number is on google,".

This line of thinking took probably near 1 minute. Then I spent ~~2~~ 1-2 minutes searching until I found a "kendra Rennie" who's age matched, who's address showed "Clifton Park N.Y." 15 minutes away from me, who's number began with the number "4". The following 30 seconds to 1 minute would be spent calling that number waiting for an answer.

It is impossible in that amount of time to have devised a plan to intimidate her mother, not to mention the records relate it to "kendra Rennie". Not to mention how I was clearly wierded out by an unfamiliar voice so much so that I didn't feel safe leaving this stranger a message and said "no, that's okay, I'll contact her on her other numbers".

Under this doctrine I had full expectation, as would anyone, that if that number was called it would reach kendra Rennie. Even if someone were to stare at that site for hours, let alone mere seconds, one would and could never imagine it would contact whatever her mothers name is.

In my guilderland case, no one asked me or accused me of listing my judges wifes number as a contact, I voluntarily shared that I did. I had no prior phone issues, I made no claims to such things. When brought to my attention what Ms. Rennie had thought I did, I immediately sent her proof to alleviate her fears and reminded her of what she had proof of days before, that my sim card was messing my phone up so bad, one day I couldn't make calls, and the next day was so problematic, I ordered a new one. The prosecutor always lies, to my detriment. I always share the truth, even if it hurts me/makes me look stupid.