United States District Court
For the District of Columbia

UNITED STATES OF AMERICA
    v.              Case No. 21-CR-83 TNM
BRANDON FELLOWS,
      Defendant.



## Brandon Fellows' Memorandum RESPONCE Regarding status of discovery as of 11/24/21 —

I file this memorandum for the pnreose of describing the status of my discovery and showcase how the government continually disrespects this courts orders to get me my discovery months ago. The materials upon which this memorandum is focused include, for example, hundreds of pages of copies of from transcripts I've already recieved, hundreds of pages of letters I've recieved copies of multiple times describing what discovery the government has/is seeking, and multiple copies of the government trying to cover it's a** and put the blame on me for why I still don't have my discovery after they found out I asked this court to sanction them. #gaslighting

### Status of recieving Video Footage

Since the governments last (known) status memorandum filed on 10/21/21, the following video footage has been shared to me/is accessible to me:

- ## NOTHING
-

### Status of Defense Relativity Workspace

As the government stated at my 7/15/21 hearing they had a contract with Deloitte since the end of May 2021. As Ms. Furst stated "...the process for getting all the discovery over to them in a way to provide it

2

globally is now underway." She was correct, it was already "underway", but to my detriment it was illegally underway. Just mere hours later on July 16th, 2021, we found this out.

The government illegally sent as of July 7th, 2021, 200 disks of data and 34,000 Capitol Police records and at that date "anticipated the database populated with Deloittes' assistance would be accessible shortly". What does "with Deloittes assistance" mean? According to their contract (which they didn't involve the courts in prior to seeking or after they got it) retained on May 28th, 2021 it means "they would assist in document processing, review, and production of the vast amounts of discovery". The definition of "review" is "to view or see again, to examine or study again; especially to reexamine judicially". The definition of "processing" in the way that the government means is under "data processing" which means "to store, update, rearrange or print out in a way that converts the raw data that the government illegally handed over to make that data machine readable/accessible via computer".

Why is this a problem? Deloitte is a private company who's staff work in an unsecure building, using unsecure software, and who's employees do not hold a government issued security clearance. So the government, and perhaps Ms. Furst, handed over Highly Sensitive and Sensitive personal discovery to be viewed, stored, examined, studied, and printed out to a bunch of people who had no business in getting it. Considering I was one of the first arrested (1/16/21) perhaps one of those disks relate to me. If so that is to my detriment and I and anyoneelse who was comprimised deserves to know. Either way the delay due to their misconduct again worked to my detriment as they've had my discovery, I have not received it. Do we know if the employees could bring phones into the building, take notes, or have a system to track what has been printed or downloaded on their private computers? Are all areas monitored 24/7 and not just some? Are those cameras high enough quality to ensure data has not been stolen, recorded, or shared even more than it already has? Who controls the storage of the facilities footage?

How often and who can delete the surveilance? Will the government be reviewing all this footage from every angle? There are many troublesome unanswered questions that leaves me to wonder dangerous thoughts, the court should seek the answers, after all, they broke the courts protective order <u>big time, sanctions should be applied</u>. Deloitte is not as the government argued "secure".

What's worse, on page 11 of the Deloitte decision we see the government knew the court could find that their attempt to label Deloitte as "government personell" (they did/viewed them as this by saying "we contend they are government personell" as if calling them that made them government personell) could be denied. On July 13th, 2 days before the end of my lie filled revocation hearing, the government filed a 10 page Memorandum "in the event the Court seperately determined that Deloitte does not qualify as 'government personel'..." Yet with this knowledge they still broke the courts protective order, and perhaps Ms. Furst did as well. The government knew the only individuals who are fully subject to government control are actual government workers with security clearances, not citizen programers, secrateries, and business owners. This was bad faith on the governments part.

What stopped this? The government sought to reveal more sensitive and highly sensitive data to non-involved citizens and businesses by asking the court for permission to now break the law by giving away Grand Jury materials/discovery. They probably thought that the politisized Judge Howell of DC who has held people according to her Royal decree of "the Chrestman factors" rather than the actual law of the Bail Reform Act would support this disrespect for the law. This is probably why they filed all these motions under seal to Chief Judge Howell (footnote 6). Fortunately, Judge Howell doesn't disregard all the laws to the detriment of Jan sitters/Americans as we see by her denial to keep the records sealed, much to the governments suprise. They didn't expect this nor prepare for this, which is why rather than give reasons why the motions should be sealed or cite legal reasons to support their bad faith

request, they just withdrew. The government knew legally they had no way to seek this or seal their motions, but they remembered Judge Howells disregard for the law and so sought her support in their further law breaking. She also denied their motion, much to their suprise.

What's worse, we see a pattern of disregard for the laws and requests/orders of this court go all the way down to Ms. Furst as well. Once one reads the facts in my responce to her gas lighting motion to invoke special supervised conditions regarding my discovery it becomes quite clear. Yet despite ALL of this, Ms. Furst gas lights even further when looking at the background of her agencies Deloitte situation. She argues I'm not to be trusted and cites her made up and twisted lies about me for proof. Meanwhile I correct her, tell of the facts, and now cite this case. Who's the real danger in breaking the courts orders? The party that has and continues to break it. Ms. Furst motion is like this memorandum, bull crap.

The government on page 49 of the deloitte case argues for the tenth time about "delay" and "expence" as why they should be allowed to break the law and do what hasn't been done before. It would seem after reading this common arguement ten times that the government shares the same worries as I do. However, isn't it odd they suggest illegal and never-done-before actions to alleviate this/these issues as far back as June of 2021? Yet I've been suffering even longer (days away from December 2021) and yet I've not asked for anything illegal or that hasn't been done before. Months ago I merely motioned to have a laptop with internet to avoid further "delay"/make up for "delays" and to help the court, public defender, the government, the jail, and the taxpayers save on "expences". Not only has it been done from more dangerous (our pod is not dangerous) jails before, but the government is now suggesting what I've already motioned months ago! See the second independant proposal on the governments (regarding November 5th discovery status) memorandum on pages four and five. That is near identical to what I've suggested months ago. That is now two things I've suggested to be changed, that the government has

5

sought to adopt (this, and dropping the requirement for defendants to only be able to view discovery of highly sensitive material with an attorney present]. So perhaps my abusive probation officer will take back her words that "I shouldn't have applied the FBI, Capitol police, DOJ, CIA, NSA, etc."? I clearly am months ahead of them with my ideas, I'm still available lol. As a token of gratitude for my ideas Ms.Furst asks I be the only one ~~(How much more data was sent from July 7th until July 17th? What is being done about this?~~ to be required to have an attorney baby sit me and watch my discovery. All other Jan Sixers don't have this requirement, this is just a further showing of her continued selective and vindictive actions towards me. This women's hate is toxic, she should be ordered by the court to undergo a mental health evaluation, I worry about her often and the danger that she plays on and in the community. Please help her, she needs it!

How much more data was sent from July 7th until July 17th?
What is being/will be done about this?

On page 2 of the governments November 5th memorandum they now give an update that they modified their illegal contract with Deloitte on 10/13/21 nearly 5 months after their initial contract. What's new? It sounds legal, more time consuming, and more costly, but now 9 months later there is a plan being developed to give 'legal defense' their discovery at some still unknown and unlisted time in the future. Good thing one side hasn't had unequal amounts of time viewing discovery with teams of lawyers for months as others have not seen any, don't have teams, are sitting in jail, and have trials just months away! Oh, wait....

### Status of Documents Received

- 4 copies of 7/15/21 Hearing (only need 2)
- 4 copies of 7/14/21 Hearing (only need 2)
- 4 copies of governments narrative steering its timed response to my motion
- 2 (so far) copies of governments gas lighting discovery motion

- 4 copies of the government notifying me they nearly a year later subpoenaed my tictok which caused it to close my account
- 20 something pages of things the government alleges is available to me but isn't actually.

### Contents of Government Relativity Database

At least the government acknowledged they have duplicates, but that is an understatement. I've heard screams of annoyance from the select few that have received laptops as they explain "Half my discovery are repeats and one of them is of a lady going to the bathroom pulling out a tampon, these idiots aren't even looking at what they are sending!"

### Incarcerated Defendants

As a preliminary matter, the DOC has brought its unacceptable and impossible to obtain electronic evidence review program to be slightly less unacceptable and impossible. Under that program, defense attorneys may request that clients be allowed to review volumious or electronic evidence on a laptop computer provided by the DoC. When a defense attorney sends electronic evidence (e.g., CDs, DVDs, or USB flash drives) to the DoC's Litigation "support" unit, the receiving inmate is placed on a waitlist to review the discovery. When a laptop becomes available in 4-6 months from the request, the inmate may review the discovery for 8-14 days depending on how the guards feel. If the inmate requires more than 2 weeks or 8 days to look over the countries largest criminal investigation in history that would take one person 2 non stop years just to watch the videos, then they can re enter the waitlist and hopefully get a chance to view a little bit more before their trial, o if they are lucky.

I'm hearing and experiencing a very different situation here in the patriot pod regarding access to discovery, let the court not forget the DOC forged documents on Chris Worrell which sent them into contempt last month. I would take their claims with a grain of salt. For example, it is past November 24th and I still hear many complaining they have yet to see their discovery.

I am glad to see the government months later investigating proposals I've suggested and eventually asked for through motions to get us/~~our~~ me my discovery at a faster pace. (See this memorandums pages 4 & 5 for further details). More specifically I suggested laptops with internet to review discovery. That is the governments second proposal now months later. Funny enough, it's the only still standing proposal as page 5 footnote shows their first proposal is "not a feasible solution for document review". Again, I could have told them this. Regardless I've suffered a due process violation and want something done about it.

## Conclusion

The government has as usual broken the law and kept people like me suffering while hoping they get their discovery. All the while the government tries to entice me to give into their terrorism and accept a lie / their time-served plea deal. I want my phone I've been asking for and body camera footage of the officer I described in court that gave me the rules to follow with the promise I wouldn't be arrested or hurt if I followed them so I can be free and correct the lies the terrorists in the government, media, and this courtroom have labeled me as. I am not afraid of the truth getting out, the government is. The prosecutor has continually been rewarded for her lies by this court who seemingly is not interested in hearing the truth as can be seen by it denying me the ability to call my present witness to the stand on 10/12/21, so why should she stop now? If this isn't a kangaroo court, it will investigate and stop the lies. Brandon Fellows 11/27/21

Discovery Exhibit 1

| Name | Date of arrest | Days/hours had access to discovery | Trial Date? | currently have laptop/discovery/videos? (Info collected 11/12/21) |
|---|---|---|---|---|
| Brandon Fellows | 1/16/21 | 1 (2 hours) | March | NO |
| Garret Miller | 1/20/21 | 0 hours | not recieved | NO |
| Ryan Nichols | 1/18/21 | 2 months | None | NO |
| Jeff Brown | 8/26/21 | 0 Hours | 2/1/22 | NO |
| NATHAN DEGRAVE | 1/28/21 | 0 | N/A | NO |
| JAMES McGREW | 4/27/21 | 0 | NONE | NO |
| JEFF SABOL | 1/22/21 | 2 weeks | NONE YET | YES (PART 1 ONLY) |
| Ronald Mortbec | 08/17/21 | 0 Hours | None | No |
| Douglas Jensen | 1/8/21 | 0 | None | No |
| Pete Schwartz | 2.1.21 | 0 hours | 2.1.22 | No |
| Alan Byerly | 7/7/2021 | 0 hours | NONE | N/O |
| Tim Hale | 1/15/2021 | 0 | ~May | |
| JEFF MCKELLOP | MAR-18-21 | 3 WEEKS | DISCOVERY CUT & PASTE | |
| Ewart Lang recieved laptop 18/12/21 | | 0 | N/A | NO |
| Peter F Stager | 01/17/2021 | 0 | N/A | NO |
| Julian Khater | 3/14/2021 | 3 weeks | N/A | No |
| Sean McHugh | 05/27/21 | 2½ weeks | yes 03/09/22 | No |
| Ronald Sandlin | 1/28/21 | 0 | N/A | No |
| Scot Fairlamb | 1-22-2021 | 0 | DONE | NO |
| DAVID DEMPSEY | 8-26-2021 | 0 | NONE | NO |
| Kenneth Harrelson | 3/08/21 | 0 | April 2022 | NO |
| William Chrestman | 2/11/21 | 0 | None to Date | NO |
| Marshall Neefe | 9/14/21 | 0 | None | NO |
| Joseph Padilla | 2/23/21 | 4/30/21 | None | NO |
| Jon Mellis | 2/16/21 | 1 week | None | NO |

Discovery Exhibit 2

To whom it may concern:

My initial discovery (video discs) were sent to the D.C. Jail on June 17, 2021. I received a laptop and the video discs on October 26, 2021.

    Length of delay = 4+ months

Jeff Sabol

*[signature]*

Nov 12, 2021