**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **Cr. No. 21-cr-00083 (TNM)** |
| **BRANDON FELLOWS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

### MOTION TO WITHDRAW AS STANDBY COUNSEL

Undersigned counsel for *pro se* defendant, Brandon Fellows, respectfully requests that this Court grant leave for her withdrawal, and requests that new standby counsel be appointed. As grounds, undersigned states:

1. On January 15, 2021, Mr. Fellows was charged with criminal acts related to the January 6 breach of the U.S. Capitol Building.  *See* ECF No. 1.

2. On January 16, 2021, Mr. Fellows was arrested.  *See* ECF No. 5.

3. On February 3, 2021 Mr. Fellows had his initial appearance in the U.S. District Court for the District of Columbia.  At that initial appearance, Magistrate Meriweather granted his motion for counsel and appointed undersigned to represent him.  *See* Minute Entry (Feb. 3, 2021).

4. On February 5, 2021, Mr. Fellows was indicted by a federal grand jury for four (4) misdemeanors and a felony violation under 18 U.S.C. §§ 1512(c)(2) and 2 for Obstruction of an Official Proceeding and Aiding and Abetting the same.  *See* ECF No. 7.

5. Following a hearing on the government's third motion to revoke his pretrial release (ECF No. 30), this Court ordered that Mr. Fellows be committed to the

custody of the U.S. Marshals Service pending resolution of his case.  *See* Minute

Entry (Jul. 15, 2021).

6.      On September 7, 2021, Mr. Fellows motioned the Court to represent himself.

7.      On September 23, 2021, the Court granted Mr. Fellows's motion to represent

himself and appointed undersigned as Mr. Fellows's standby counsel.  *See* Minute

Entry.

8.      On October 12, 2021, Mr. Fellows, acting as his own counsel, made oral

argument as to why the Court should release him from custody.  During that

hearing, Mr. Fellows attempted to call undersigned as a witness.  Undersigned

was not previously aware of Mr. Fellows's intentions to do so.  This Court denied

Mr. Fellows's motion for undersigned to testify.

9.      On November 30, 2021, this Court held a status conference.  At the conclusion of

that hearing, Mr. Fellows directed undersigned to file documents to the Court's

Electronic Court Filing (ECF) system on his behalf.

10.     On December 1, 2021 undersigned filed the requested documents to ECF pursuant

to Mr. Fellows's direction.  *See* ECF No. 58-61.

11.     As part of those filings, Mr. Fellows alleges that standby counsel is ineffective, as

well as other allegations, which make standby counsel's continuation in the case

untenable.  *Id*.

**WHEREFORE**, it is respectfully requested that undersigned counsel be permitted to

withdraw as standby counsel for Defendant in this case, and that the Court order the appointment

of new counsel for Mr. Fellows.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
Cara Halverson
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500