<u>Notice of Appeal Criminal</u>

CO-290
Rev. 3/88

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| v. | : | Cr. No. 21-83 (TNM) |
| **BRANDON FELLOWS,** | : | |
| Defendant. | : | |

## NOTICE OF APPEAL

**Name and address of appellant:**     Brandon Fellows
Correctional Treatment Facility
1901 E St., S.E.
Washington, DC 20003

**Name and address of appellant's attorney:**     Brandon Fellows, Pro Se
Correctional Treatment Facility
1901 E St., S.E.
Washington, DC 20003

**Offense:**  18 U.S.C. § 1512(c)(2) and (2) – Tampering with a witness, victim, or informant;
18 U.S.C. § 1752(a)(1) and (a)(2) – Temporary residence of the President.
40 U.S.C. § 5104(e)(2)(C) and (e)(2)(D) – Federal statutes, Other.

Concise statement of judgment or order, giving date, and any sentence:

11/29/2021: Order denying second motion for bond hearing & Subpoena requests, motion for release from custody.

Name and institution where now confined, if not on bail:    Correctional Treatment Facility

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

|  |  |
|---|---|
| <u>  12/08/2021  </u> | <u>            Brandon Fellows              </u> |
| DATE | APPELLANT |

**CJA, NO FEE** <u>     Yes     </u>                                 **Brandon Fellows, Pro Se**
**PAID USDC FEE** <u>    No     </u>                                    ATTORNEY FOR APPELLANT
**PAID USCA FEE** <u>    No     </u>

**Does counsel wish to appear on appeal?**  __ Yes   <u>X</u>  No
**Has counsel ordered transcripts?**   __ Yes  <u>X</u>  No
**Is this appeal pursuant to the 1984 Sentencing Reform Act?**  __ Yes  <u>X</u> No