# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.: 21-CR-83 (TNM) |
| v. | : |  |
| BRANDON FELLOWS, | : |  |
| Defendant. | : |  |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its December 10 and 16, 2021 discovery letters, memorializing discovery sent on those dates and are included as attachments. The government also hereby files hand receipts for each discovery signed by personnel of the Litigation Support Unit of the District of Columbia Jail indicating they received the discovery items and are included as attachments. The government, finally, files, as an attachment, a summary of discovery produced to the Defendant as of December 16, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ *Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
District of Columbia
Cell No. (316) 213-7420
Kansas Bar Number 13162
Mona.Furst@usdoj.gov

CERTIFICATE OF SERVICE

On this 22nd day of December, 2021, a copy of the foregoing was served on stand-by counsel of record for the Defendant via the Court's Electronic Filing System.

/s/*Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney