

U.S. Department of Justice

MATTHEW M. GRAVES
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

December 10, 2021

**HAND DELIVERED**

Brandon Fellows
Inmate #377943
IN CARE OF:
Litigation Support
Kimberlee Smith or Ingrid Washington
1901 D Street SE
Washington, DC 20003

    Re:    Pro Se Discovery 1 in *United States v. Brandon Fellows*
             Case No. 21-cr-83 TNM

Mr. Fellows:

Enclosed you will find a two thumb drives containing:

- 5 United States Capitol Police surveillance videos [Thumb Drive 1]:
- The download of your TikTok account obtained through a search warrant [Thumb Drive 1];
- 1 video from DLive/Baked Alaska taken on January 6, 2021 depicting the Senate Wing Door near S 139 where you entered [Thumb Drive 1].

Also enclosed are the following documents containing:

- 1 FBI 302 of interviews with two USCP officers at the Senate Wing Door at the approximate time you entered the building through the Senate Wing Door window [Thumb Drive 1 – "Discovery 26"];
- 1 FBI 302 Serial 48 documenting the CART examiner's inability to access your cell phone to download it [Thumb Drive 1 – "Discovery 26"];
- 1 email dated March 29, 2021 to Cara Halverson in which Serial 48 was provided in discovery [Thumb Drive 1 – "Discovery 26"];

- Word document summarizing conversations of AUSA Furst with CART examiner; concerning his inability to access the cell phone [Thumb Drive 1 – "Discovery 26"];

I am also sending your standby counsel the same items via USAfx as noted below:

| Name | Updated |
| --- | --- |
| Conversation with Paul Daubman.docx | Today by Mona Furst |
| Fellows_ 0176-WF-3366759-FELLOWS_0000048.pdf.msg | Today by Mona Furst |
| 0176-WF-3366759-FELLOWS_0000048.pdf | Today by Mona Furst |
| Tik Tok | Dec 4, 2021 by Mona Furst |
| 0102 USCS 01 Senate Wing Door near S139-2021-01-06_15h22min00s000ms.asf | Dec 4, 2021 by Mona Furst |
| 0102USCS01SenateWingDoornearS139_2021-01-06_14h47min08s147ms.mp4 | Dec 4, 2021 by Mona Furst |
| 0102USCS01SenateWingDoornearS139_2021-01-06_14h56min05s277ms.mp4 | Dec 4, 2021 by Mona Furst |
| 0403 I USCH 01 Crypt South-2021-01-06_15h15min00s000ms.asf | Dec 4, 2021 by Mona Furst |
| 0403 USCH 01 Crypt South-2021-01-06_15h18min00s000ms.asf | Dec 4, 2021 by Mona Furst |
| 1610001323.95-76a295825cddd383e0f562419396b1e4d3f5723f-file-0_1of1_baked alaska office vandalis... | Dec 4, 2021 by Mona Furst |
| Fellows_Officer interviews_Redacted.pdf | Dec 4, 2021 by Mona Furst |

All Files > Fellows pro se Discovery 26_ 12.6.21 _Officer interview 302; CCTV (5); DLive Office Damage video; TikTok downlo

In addition to the above mentioned items, the following items from previously disclosed global productions are being provided.  Please, remember that the global discovery items provided do not constitute the entire production of each global production.  These are the items that you are allowed to view without supervision.

- 35 files consisting of 28 reports from U.S. Capitol Police (USCP) Office of Professional Responsibility ("OPR") investigations of alleged wrongdoing by USCP officers on January 6, 2021.  (CAPD_000000001- CAPD_000000848.) [Thumb Drive 1 - Global Discovery 1]
- Files consisting of digital exhibits to previously produced USCP OPR reports (second production folder on Sept. 24): Bates 1588-1595; 1597-1598; 1602; 1607. [Thumb Drive 2 – Global Discovery 2]
- 15 maps of the interior of Capitol Visitor's Center and the interior of the Capitol, all of which are designated Highly Sensitive under the protective order.  (CAPD_0001648 - CAPD_0001662). [Thumb Drive 1 – Global Discovery 4 – US Capitol Camera Maps]

- U.S. Capitol Police Radio Communications on Main Ops 1 and 2 (CAPD_0001615 - CAPD_0001616, respectively), which are also Exhibit 7 to USCP Office of Professional Responsibility Report ("OPR") 21-006A (previously provided).  These items are designated Sensitive under the protective order. [Thumb Drive 1 – Global Discovery 4 - US Capitol Police Radio Communications and Exhibits to OPR Reports]
- Draft transcripts of the radio communications described above.  These items are also designated Sensitive under the protective order. (CAPD_0001663 - CAPD_0001664). [Thumb Drive 1 – Global Discovery 4 - US Capitol Police Radio Communications and Exhibits to OPR Reports]
- 11 additional digital exhibits (6 audio, 3 videos, and 2 images) to previously produced USCP OPR reports. The applicable sensitivity designation for each exhibit is listed in the index (CAPD_0001617, CAPD_0001620-CAPD_0001623, CAPD_0001627, CAPD_0001634, CAPD_0001639, CAPD_0001644, CAPD_0001645, CAPD_0001647). [Thumb Drive 1 – Global Discovery 4 - US Capitol Police Radio Communications and Exhibits to OPR Reports AND Additional OPR Exhibits]
- Metropolitan Police Department ("MPD") Radio Global Positioning Satellite ("GPS") Spreadsheet.  This item is designated Sensitive under the protective order. (CAPD_0001665). [Thumb Drive 1 – Global Discovery 4]
- Ten aerial surveillance images received from the Metropolitan Police Department. (CAPD_0001667 to CAPD_0001676). [Thumb Drive 1 – Global Discovery 5 - DOJCB_005 10.22.2021]
- Six demonstration permits received from the U.S. Capitol Police.  (CAPD_0001677 to CAPD_0001753). [Thumb Drive 1 – Global Discovery 5 - DOJCB_005 10.22.2021]
- A spreadsheet containing the filenames/titles, starting times, video length, and date of the USSS video contained in FPD_USSS 001. This spreadsheet is work product that was created by the Discovery Team  (CAPD_0001768).  [Thumb Drive 1 – Global Discovery 5 - DOJCB_005 10.22.2021]
- 30 digital audio files consisting of 30 hours of Metropolitan Police Department ("MPD") radio transmissions (Special Operations Division ("SOD") channel), beginning on January 6, 2021, at 12:00 a.m. and ending January 7, 2021 at 6:00 a.m. (CAPD_000001769 to CAPD_000001798). These files are designated Sensitive under the protective order. [Thumb Drive 1 – Global Discovery 6 - DOJCB_006 MPD Radio Transmissions]
- A 673-page transcript of the MPD radio transmissions (SOD channel). (CAPD_000001799 to CAPD_000002471). This file is designated Sensitive under the protective order. To facilitate your review, we have attached an index that associates the Bates number for each audio file with the relevant pages of the transcript. [Thumb Drive 1 – Global Discovery 6]
- U.S. Capitol Police after-action reports (176 pages, redacted).  This file is designated Sensitive under the protective order.  (CAPD_000002472 to CAPD_000002647). [Thumb Drive 1 – Global Discovery 6]
- 159 documents largely consisting of Federal Bureau of Investigation reports of interview of law enforcement officers about their experiences on January 6, 2021, and accompanying exhibits.  These documents are designated Sensitive under the protective

3

order. (CAPD_000002648 to CAPD_000002902). [Thumb Drive 1 – Global Discovery 7 - DOJCB_007 FBI Reports of Officer Interviews]

- Detailed Zone Maps of Zone A (US Capitol) and Zone B (Terrace) for Body Worn Camera. (CAPD_000003191 and CAPD_000003192). These maps are designated Sensitive under the protective order. (The Zone Map of the exterior of the Capitol (CAPD_0001666) was produced in Global Production No. 5.) All three Zone Maps are U.S. Attorney's Office ("USAO") Work Product. [Thumb Drive 1 – Global Discovery 8 - DOJCB008-05]
- Body Worn Camera ("BWC") Summary Spreadsheet Version 1 - USAO Work Product (CAPD_000003190). This document is designated Sensitive under the protective order. [Thumb Drive 1 – Global Discovery 8 - DOJCB008-05]
- 2 new reports and 16 associated exhibits (8 video, 8 audio) of U.S. Capitol Police (USCP) investigations of alleged wrongdoing by USCP officers on January 6, 2021. Officer names, witness names, and complainant names have been redacted. These are supplements to our original production of reports on September 10, 2021. The Bates numbers are reflected in the attached index [Thumb Drives 1 and 3 – Global Discovery 8]
- 40 additional digital exhibits (30 audio, 7 videos, and 3 PDFs) to previously produced USCP OPR reports. The applicable sensitivity designation for each exhibit is listed in the index. These are supplements to our productions of September 10 and October 15, 2021. [Thumb Drives 1 and 3 – Global Discovery 8]

If you have any questions, please feel free to contact me at mona.furst@usdoj.gov or 316-269-6537.

Sincerely,

/s/ *Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney

Enclosure(s)
cc: Cara Halverson, AFPD