

U.S. Department of Justice

MATTHEW M. GRAVES
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

December 16, 2021

**HAND DELIVERED**

Brandon Fellows
Inmate #377943
c/o Kimberlee Smith OR Ingrid Washington
1901 D Street SE
Washington, DC 20003

  Re: Pro Se Discovery 2 in *United States v. Brandon Fellows*
    Case No. 21-cr-83 TNM

Mr. Fellows:

Enclosed you will find a CD containing the following documents:

- A letter to the Court dated December 13, 2021 updating the Court on the status of the requested contact lenses and discovery production;
- A scanned document from the jail indicating your refusal to accept a laptop with a CD and a thumb drive;
- 10 redacted CTF Legal Mail Signature Forms from October 28, 2021 to December 7, 2021;
- A redacted version of Serial 8 from the FBI Investigation Report which contains the FBI Form 302 of an interview with a tipster and 3 attachments to that interview;
- Serial 9 from the FBI Investigation Report which contains your criminal history;
- Serial 22 from the FBI Investigation Report which contains an FBI Form 302 and a Pen Register/Trap Trace from the United States District Court for the Northern District of New York (Matter Number MDJS-254);
- A redacted version of Serial 29 from the FBI Investigation Report which contains the MXU report with the tip information and subsequent follow-up;
- A redacted versions of Serial 30-32 from the FBI Investigation Report which contain interviews of witnesses; and
- Serial 55 of the FBI Investigation Report which contains the FBI Form 302 regarding a TikTok video posted on your account post-arrest.

    The Government will continue to provide individual discovery as it becomes available in addition to any future global discovery that you are allowed to view with supervision. If you have any questions, please feel free to contact me at mona.furst@usdoj.gov or 316-269-6537.

    Sincerely,

    /s/ *Mona Lee M. Furst*
    Mona Lee M. Furst
    Assistant United States Attorney

Enclosure(s)
cc: Cara Halverson, AFPD