

AUSA: Mona Lee M. Furst
Made Available December 9, 2021
Return to GEOFFREY K. GORUP

# DEPARTMENT OF JUSTICE RECEIPT

Re:   United States v. Brandon Fellows
      Case No. 21-CR-83-TNM

I hereby acknowledge receipt of three thumb drives in connection with the above-referenced prosecution. I understand it is the responsibility of the Department of Corrections for the District of Columbia to make the materials contained in the thumb drives available to Mr. Fellows in accordance with current policies and procedures.

_12/22/21_
Date

Printed Name: _Eddy C. Miranda_

Hand Delivered by:

Name Printed: _Mark Fitzgerald_