

AUSA: Mona Lee M. Furst
Made Available December 16, 2021
Return to GEOFFREY K. GORUP

# DEPARTMENT OF JUSTICE RECEIPT

Re:  <u>United States v. Brandon Fellows</u>
     Case No. 21-CR-83-TNM

I hereby acknowledge receipt of one CD in connection with the above-referenced prosecution. I understand it is the responsibility of the Department of Corrections for the District of Columbia to make the materials contained in the thumb drives available to Mr. Fellows in accordance with current policies and procedures.

_12/22/21_
Date

_Eddy C. Miranda_ /s/
Printed Name:

Hand Delivered by:

Name Printed: _____

Mark Fitzgerald