# Fellows - Discovery Produced

Sent 2.26.21:

Email 1: Serial 2_1A_001256_003 to _009: open source pictures.

Email 2: Serial 2_1A_001256_0010 to _0012; _0014; _0017 to _0018:
       File # 516342661; and
       Two screenshots from CNN;
     All open source pictures.

Email 3:  Fellows in News;
       Fellows in Office;
       Fellows in Office 2-4;
       Fellows in senator's office: six pictures;
       Link to an interview of Fellows by a local news station in Niskayuna, NY; and
       Link entitled "Tweets with replies by Brandon Fellows [twitter name]/Twitter" ;
     All open source media.

Email 4:  Fellows, Brandon – News Article;
       Fellows, Brandon – News Article 2;
       Photographes entitled Fellows on Bus, Fellows on Marquez, Fellows on Motorcyle,
gettyimages-1230458047; Merkley Photo;
       All open source media.

Email 5:  Serial 31;
       Serial 34_import;

       Serial 35_import; and
       Serial 40;
All listing what was taken during the search warrants.

This is to memorialize the following initial discovery sent you via email on March 18,

Serial 63_Redacted: telephone conversation with Mr. Fellows January 16, 2021
Serial 66:  summary of telephone call made by Mr. Fellows February 11, 2021 to Special
Agent Manchuck

And, additional initial discovery provided to you via USAFX on March 25, 2021:

Serial 60_001A_0017_001 through _0035, representing the return from Facebook of the
warrant for your client's account, including videos, photographs, and other posts.

Serial 61_001A_0018_001 through _0019; 1A _0019_001 through _0053
including videos, photographs, and other posts.

This is to memorialize the following preliminary discovery sent you via email **on March 29, 2021:**

  Serial 48:  cell phone extraction that failed and corresponding message that posted


This is to memorialize the following preliminary discovery sent you on **April 12, 2021** via USAFX:

  Body worn camera footage of January 6, 2021 of Officer Joubert Joseph.


This is to memorialize the following preliminary discovery sent you on **April 14, 2021** via USAFX:

  Serial 1 (redacted) and 1A_01_01: case initiation tip;

  CNN Certificate of Authenticity from Custodian of Records for CNN interview;

  Serial 2_1A_01256_016.m4v: CNN interview;

  Serial 7, 7 import, and 1A_01 through 03:  Records check on defendant, including addresses associated, DL and Criminal history;

  Serial 24 and 1A_013_01 through _05: Cell site search warrant and associated documents

  Serial 25 and 1A_014_01:  PR/TT Motion and Order;

  Serial 27:  arrest warrant;

  Serials 32, 33 and 45 (redacted):  witness interviews;

  Serial 39 (redacted):  acquisition of defendant's telephone;

  Serial 41 and 1A_019_01 through _03:  Search warrant for telephone and bus

  Serial 42 and 1A_023_01 through _02:  Search warrant for prospective cell site data

  Serial 51 and 51 import:  Subpoena to Apple Inc.;

  Serial 53 and 1A_027_01, _028_01, _029_01 and _30_01:  Arrest documents of defendant including Advice of Rights and questions asked;

  Serial 56 and 1A_012_01 and _02; 1A_013_01:  Facebook Search Warrant 21-290;

Serial 57 and 1A_014_01 and _02; 1A_015_01:  Facebook Search Warrant 21-291;

Serial 58 and 1A_016_01 through_05:  Apple Inc. return from subpoena

This is to memorialize the following preliminary discovery sent you on **April 22, 2021** via USAFX:

Capitol Police surveillance footage of your client entering the building through a window by the Senate doors near S 139 and going to the other side of the entry area. **PLEAS NOTE THIS FOOTAGE IS COVERED BY THE PROTECTIVE ORDER AND IS DEEMED HIGHLY SENSITIVE.**

Sent May 17, 2021:

This is to advise you that preliminary discovery 12 is available via USAFX:

WYNT subpoena return of two video news stories depicting a published interview with your client and the Certificate of the Records Custodian.

This is to memorialize preliminary discovery 13 sent via USAFx on June 15, 2021 and preliminary 14 sent via U.S. Mail on June 30, 2021.

- Additional Capitol Police video depicting your client was placed for you into USAFX on June 15, 2021;
- A disk with iCloud return data pertaining to your client was mailed to you on June 30, 2021.

This is to memorialize preliminary discovery 14 (addendum) sent via USAFx July 4 and July 6, 2021.

- Additional Capitol Police video depicting your client was placed for you into USAFX on July 6, 2021 depicting your client in the Crypt;
- An open source video entitled "TrumpRallyDC_2021-01-06 16-17-10" in which your client is depicted in the hall way and in the senator's office.

This is to memorialize preliminary discovery 15 sent via Evidence.com on July 22 and July 27, 2021 and by USAFx on August 18, 2021.

- Three MPD officers' videos of body worn camera which depicts the officers outside the area where you client entered through the Senate Wing doors before, during and after his entry into the building.
- Official Videos from the USCP for cameras by the Senate Wing Door and the Couth Crypt, both depicting your client inside the Capitol building on January 6, 2021.

**Sent via email August 18, 2021:**

Cara

I sent you a USAfx link to Discovery 16 including this* and 2 official USCP videos.  ALL of this will be HIGHLY SENSTIVE.

Can you please send me the *grand jury material in Brandon Fellows' case?  I looked through the discovery already provided and did not see it (though if I'm missing it, let me know what date it was sent!).

Best,

Cara

**Sent Sept. 11, 2021 Global Discovery 1:**

As part of our ongoing discovery production and responsibility in this case, you  will receive an invitation via USAFx to download reports from U.S. Capitol Police (USCP) investigations of alleged wrongdoing by USCP officers on January 6, 2021.  Officer names, witness names, and complainant names have been redacted.  We are working to produce a set of reports that replaces the redactions with unique identifiers for individuals whose names have been redacted.  When that process is complete, we will reproduce the documents with the unique identifiers.  Additional exhibits from these investigations are forthcoming.  At this time, we understand that a small number of investigations are still on-going, and we will provide reports of those investigations on a rolling basis as they are concluded.

**Sent Sept. 27, 2021 (Discovery 18) Global Discovery 2**

As part of our ongoing discovery production in this case, we produced the following nation on September 24, 2021:

1. 4,044 files (over one terabyte) consisting of U.S. Capitol Police ("USCP") Closed Circuit Video ("CCV") footage from 118 cameras has been shared to the defense instance of evidence.com.  The contents of footage being shared includes video from the interior of the U.S. Capitol Visitor Center and from the Capitol grounds. These files are designated Sensitive under the protective order. Additional footage will be provided on a rolling basis, as we ingest it into our own instance of evidence.com.

2. Twenty files that are exhibits to previously produced USCP OPR reports, and a corresponding index, have been shared via USAfx and you should have received a notification via email.  Any applicable sensitivity designations are reflected in the index.  Additional exhibits will be provided on a rolling basis as we continue to ingest and quality-check them.

3. Forty-two files that consist of MPD internal investigation reports and exhibits, and a corresponding index, have been shared via a second, separate USAfx production, and you should have received a notification via email.  These reports and exhibits are unredacted and thus designated Highly Sensitive under the

**Letter Sent October 5, 2021 Global Discovery 3** – Letter sent to counsel; Letter October 6th to Def. Letter was returned (Discovery 19):

On October 1, 2021, as part of our ongoing discovery production in this case, we produced the following information:

1. 11,176 files (over 3 terabytes) consisting of U.S. Capitol Police Closed Circuit Video footage from 339 cameras were shared to the defense instance of evidence.com. The contents of footage shared includes video from the interior of the U.S. Capitol Visitor Center and from the Capitol grounds. These files are designated Sensitive (not Highly Sensitive) under the protective order.

2. 1,676 files consisting of District of Columbia Metropolitan Police Department body-worn-camera footage recorded between approximately 1:00 p.m. and 6:00 p.m. on January 6, 2021, were shared to the defense instance of evidence.com. We have not designated these materials as either Sensitive or Highly Sensitive under the protective order. Nevertheless, to the extent you intend to disseminate these materials to any persons other than Defendant, the legal defense team, or the person to whom the footage solely and directly pertains or his/her counsel, please ensure that you have reviewed the footage first and do not disseminate further any

footage: (1) in which an individual provides or displays personal identifying information[1] or (2) depicting personal information that may be highly embarrassing to either the officer wearing the camera or a person depicted in the footage.[2] Such information is Sensitive under the protective order. Should you observe such information, please notify us so that we may make an appropriate designation known to all Capitol Breach defendants.

**Sent October 15, 2021 Global Disc. 4**

Per FPD the items not sensitive nor highly sensitive were put on a USB through Global Discovery 4and hand delivered to the jail. Items on the USB included all prior items not sensitive nor highly sensitive.

**Sent Dec. 9, 2021 to USAO to be hand delivered (including Discovery 20-26, some of which was returned to the USAO after mailing)**:

Tik Tok and Global discovery (non evid.com and non HS), motions etc

FELLOWS_DIS (E:) › Global Discovery 2 › NATIVE001

| Name | Date modified | Type | Size |
|------|---------------|------|------|
| CAPD_000001588.MOV | 12/7/2021 7:23 AM | QuickTime Movie | 990 KB |
| CAPD_000001589.mp4 | 8/20/2021 3:39 PM | MP4 Video | 26,114 KB |
| CAPD_000001590.MOV | 8/23/2021 5:52 PM | QuickTime Movie | 8,618 KB |
| CAPD_000001591.mp4 | 8/23/2021 5:52 PM | MP4 Video | 9,696 KB |
| CAPD_000001592.mp4 | 12/7/2021 7:23 AM | MP4 Video | 12,431 KB |
| CAPD_000001593.mp4 | 8/23/2021 5:52 PM | MP4 Video | 1,837 KB |
| CAPD_000001594.mp4 | 12/7/2021 7:23 AM | MP4 Video | 114,850 KB |
| CAPD_000001596.mp4 | 12/7/2021 7:23 AM | MP4 Video | 570,065 KB |
| CAPD_000001597.mp4 | 12/7/2021 7:24 AM | MP4 Video | 616,919 KB |
| CAPD_000001598.mp4 | 12/7/2021 7:24 AM | MP4 Video | 562,188 KB |
| CAPD_000001599.mp4 | 12/7/2021 7:24 AM | MP4 Video | 574,870 KB |
| CAPD_000001600.mp4 | 12/7/2021 7:25 AM | MP4 Video | 648,539 KB |
| CAPD_000001601.mp4 | 12/7/2021 7:25 AM | MP4 Video | 577,994 KB |
| CAPD_000001602.mp4 | 12/7/2021 7:26 AM | MP4 Video | 1,669,495 KB |
| CAPD_000001603.mp4 | 12/7/2021 7:27 AM | MP4 Video | 2,086,046 KB |
| CAPD_000001604.mp4 | 9/20/2021 5:58 PM | MP4 Video | 3,771,387 KB |
| CAPD_000001605.mp4 | 9/20/2021 5:57 PM | MP4 Video | 574,870 KB |
| CAPD_000001606.mp4 | 12/7/2021 7:30 AM | MP4 Video | 577,994 KB |
| CAPD_000001607.mp4 | 12/7/2021 7:30 AM | MP4 Video | 30,710 KB |

| File | Size | Date |
|---|---|---|
| 6915211825541893381.mp4 | 17,971,945 | 7/30/2021 7:07:02 PM |
| 6916893927165398277.mp4 | 3,660,115 | 7/30/2021 7:07:20 PM |
| 6916902413148376325.mp4 | 11,779,976 | 7/30/2021 7:08:48 PM |
| 6916952761347149061.mp4 | 2,179,819 | 7/30/2021 7:05:30 PM |
| 6916960154596494597.mp4 | 7,049,197 | 7/30/2021 7:07:52 PM |
| 6916988743991774470.mp4 | 2,219,580 | 7/30/2021 7:08:16 PM |
| 6916993449829043461.mp4 | 5,831,035 | 7/30/2021 7:07:58 PM |
| 6916998590254550278.mp4 | 3,652,257 | 7/30/2021 7:06:08 PM |
| 6917105937094380806.mp4 | 7,752,979 | 7/30/2021 7:05:48 PM |
| 6917108856455728390.mp4 | 14,793,770 | 7/30/2021 7:06:20 PM |
| 6917282277953260805.mp4 | 15,371,208 | 7/30/2021 7:06:02 PM |
| 6917323225961630981.mp4 | 2,059,086 | 7/30/2021 7:06:54 PM |
| 6917343093867990277.mp4 | 21,880,993 | 7/30/2021 7:07:26 PM |
| 6917778242938211590.mp4 | 17,912,955 | 7/30/2021 7:07:56 PM |
| 6917859907303787782.mp4 | 14,293,942 | 7/30/2021 7:08:02 PM |
| 6918171084693048581.mp4 | 15,657,134 | 7/30/2021 7:08:34 PM |
| 6918184989624470789.mp4 | 504,652 | 7/30/2021 7:07:04 PM |
| 6918218871497411846.mp4 | 2,577,071 | 7/30/2021 7:05:24 PM |
| 6918442152028605701.mp4 | 4,555,307 | 7/30/2021 7:06:48 PM |
| 6918443073739492613.mp4 | 10,800,977 | 7/30/2021 7:07:36 PM |
| 6918444190749789446.mp4 | 13,724,641 | 7/30/2021 7:05:20 PM |
| 6918445061533371653.mp4 | 15,111,412 | 7/30/2021 7:08:12 PM |
| 6918446812781104389.mp4 | 13,088,262 | 7/30/2021 7:06:32 PM |
| 6918447648139791621.mp4 | 12,687,007 | 7/30/2021 7:07:50 PM |
| 6918448125245943854.mp4 | 3,819,701 | 7/30/2021 7:06:28 PM |
| 6918449534699932934.mp4 | 13,932,475 | 7/30/2021 7:08:22 PM |
| 6918450608550743302.mp4 | 12,821,209 | 7/30/2021 7:08:28 PM |
| 6918469754931907846.mp4 | 13,173,535 | 7/30/2021 7:07:46 PM |
| 6918472781176884486.mp4 | 10,739,205 | 7/30/2021 7:05:46 PM |
| 6918473509215800582.mp4 | 12,310,153 | 7/30/2021 7:08:44 PM |
| 6918473991384583429.mp4 | 13,325,455 | 7/30/2021 7:07:10 PM |
| 6918491311142210821.mp4 | 3,183,118 | 7/30/2021 7:05:26 PM |
| 6918491669163724038.mp4 | 8,611,332 | 7/30/2021 7:06:44 PM |
| 6927078023892077829.mp4 | 10,037,287 | 7/30/2021 7:08:38 PM |
| 6927080162353761541.mp4 | 9,337,389 | 7/30/2021 7:06:38 PM |
| 6927082160083963141.mp4 | 9,217,170 | 7/30/2021 7:05:36 PM |
| 6927085536960187654.mp4 | 8,087,786 | 7/30/2021 7:07:14 PM |
| brandonfellows3  (Subscriber information).pdf | 39,408 | 7/30/2021 7:05:12 PM |
| brandonfellows3 - IP Data.xlsx | 12,126 | 7/30/2021 7:05:08 PM |
| brandonfellows3 - video metadata 2.xlsx | 9,280 | 10/23/2021 1:49:22 PM |
| brandonfellows3 - video metadata.xlsx | 11,866 | 10/23/2021 1:47:38 PM |
| FBI DC_SW_Cert.pdf | 144,384 | 7/30/2021 7:05:04 PM |

| File | Size | Date |
|---|---|---|
| CAPD_000000040.pdf | 1,380,666 | 9/11/2021 3:19:44 PM |
| CAPD_000000044.pdf | 1,316,213 | 9/11/2021 3:19:44 PM |
| CAPD_000000048.pdf | 1,248,017 | 9/11/2021 3:19:44 PM |
| CAPD_000000052.pdf | 1,292,306 | 9/11/2021 3:19:44 PM |
| CAPD_000000056.pdf | 29,897,100 | 9/13/2021 6:36:56 AM |
| CAPD_000000144.pdf | 28,330,224 | 9/11/2021 3:19:44 PM |
| CAPD_000000227.pdf | 33,784,589 | 9/11/2021 3:19:44 PM |
| CAPD_000000311.pdf | 33,196,933 | 9/11/2021 3:19:46 PM |
| CAPD_000000393.pdf | 24,329,500 | 9/11/2021 3:19:46 PM |
| CAPD_000000475.pdf | 873,032 | 12/7/2021 7:04:56 AM |
| CAPD_000000479.pdf | 2,633,139 | 9/11/2021 3:19:46 PM |
| CAPD_000000490.pdf | 2,655,966 | 9/11/2021 3:19:46 PM |
| CAPD_000000501.pdf | 1,721,315 | 9/11/2021 3:19:46 PM |
| CAPD_000000510.pdf | 9,755,131 | 9/11/2021 3:19:46 PM |
| CAPD_000000533.pdf | 10,748,407 | 9/11/2021 3:19:46 PM |
| CAPD_000000560.pdf | 20,619,490 | 9/11/2021 2:58:30 PM |
| CAPD_000000598.pdf | 1,615,011 | 9/11/2021 3:19:46 PM |
| CAPD_000000605.pdf | 1,783,553 | 9/11/2021 3:19:46 PM |
| CAPD_000000612.pdf | 40,297,021 | 9/11/2021 3:05:46 PM |
| CAPD_000000689.pdf | 8,319,411 | 9/11/2021 3:19:46 PM |
| CAPD_000000706.pdf | 5,621,681 | 9/11/2021 3:19:46 PM |
| CAPD_000000718.pdf | 5,033,610 | 9/11/2021 3:19:46 PM |
| CAPD_000000729.pdf | 3,238,099 | 9/11/2021 3:19:46 PM |
| CAPD_000000736.pdf | 3,010,913 | 9/11/2021 3:19:46 PM |
| CAPD_000000744.pdf | 807,498 | 9/11/2021 3:19:48 PM |
| CAPD_000000747.pdf | 2,204,021 | 9/11/2021 3:08:02 PM |
| CAPD_000000749.pdf | 2,529,332 | 9/11/2021 3:19:46 PM |
| CAPD_000000755.pdf | 10,678,273 | 9/11/2021 3:19:48 PM |
| CAPD_000000779.pdf | 9,413,291 | 9/11/2021 3:19:48 PM |
| CAPD_000000802.pdf | 1,827,189 | 9/11/2021 3:19:48 PM |
| CAPD_000000809.pdf | 741,097 | 12/7/2021 7:05:06 AM |
| CAPD_000000812.pdf | 12,773,750 | 9/11/2021 3:19:48 PM |
| CAPD_000000844.pdf | 1,552,241 | 9/11/2021 3:19:48 PM |
| 📁 Motion to Use Testimony and 302 of Oct 12 | 2,232,367 | 12/9/2021 11:38:44 AM |
| 101222021TNMbondECF.pdf | 949,824 | 11/22/2021 9:18:00 AM |
| 20210923 TNM SC USA v. Fellows.pdf | 177,263 | 11/21/2021 5:42:00 PM |
| Doc 43 2021-09-07 TNM Fellows njm.pdf | 257,350 | 11/21/2021 5:42:00 PM |
| Fellows Discovery 25_11.22.21.pdf | 149,016 | 11/22/2021 7:01:00 PM |
| Mtn to Use Testimony at JT_11.20,21_FILED.pdf | 264,907 | 11/22/2021 4:33:48 PM |
| U_FOUO_Plea_Discussion_with_AUSA_and_Brandon_Fellows.pdf | 434,007 | 11/22/2021 9:18:00 AM |
| 📁 Tik Tok | 410,410,144 | 12/6/2021 12:57:22 PM |
| 📁 Scoped Returns | 410,410,144 | 12/9/2021 5:37:02 PM |
| 6910381794160315654.mp4 | 7,393,987 | 7/30/2021 7:07:42 PM |
| 6910568674042727685.mp4 | 7,713,120 | 7/30/2021 7:08:08 PM |
| 6910642266994511109.mp4 | 4,278,904 | 7/30/2021 7:07:32 PM |
| 6912678759577537798.mp4 | 12,626,586 | 7/30/2021 7:06:26 PM |
| 6913725705041808645.mp4 | 4,934,674 | 7/30/2021 7:05:58 PM |
| 6914967742739270917.mp4 | 7,534,674 | 7/30/2021 7:06:36 PM |
| 6915211825541893381.mp4 | 17,971,945 | 7/30/2021 7:07:02 PM |

| File | Size | Date |
|------|------|------|
| CAPD_000001636.mp3 | 15,704,025 | 10/15/2021 10:33:02 A… |
| CAPD_000001637.mp3 | 7,097,827 | 10/15/2021 10:33:02 A… |
| CAPD_000001638.mp3 | 16,613,086 | 10/15/2021 10:33:02 A… |
| CAPD_000001640.mp3 | 10,877,223 | 10/15/2021 10:33:02 A… |
| CAPD_000001641.mp3 | 13,589,151 | 11/4/2021 7:54:14 AM |
| CAPD_000001642.mp3 | 22,757,295 | 11/22/2021 10:05:52 PM |
| CAPD_000001643.mp3 | 4,324,668 | 11/23/2021 2:02:50 PM |
| CAPD_000001646.mp3 | 8,765,067 | 10/15/2021 10:33:04 A… |
| DOJCB008-02 | 188,238,291 | 12/9/2021 2:21:10 PM |
| CAPD_000002903.mp3 | 26,246,000 | 11/17/2021 9:56:12 PM |
| CAPD_000002904.mp3 | 16,397,210 | 11/17/2021 9:56:12 PM |
| CAPD_000002905.mp3 | 7,205,243 | 11/17/2021 9:56:14 PM |
| CAPD_000002906.mp3 | 15,878,732 | 11/17/2021 9:56:14 PM |
| CAPD_000002907.pdf | 848,890 | 11/19/2021 12:40:36 PM |
| CAPD_000002924.pdf | 8,390,435 | 11/19/2021 12:45:16 PM |
| CAPD_000003107.pdf | 58,560 | 11/19/2021 12:45:20 PM |
| CAPD_000003109.pdf | 2,440,512 | 11/19/2021 12:46:36 PM |
| CAPD_000003157.pdf | 1,179,738 | 11/19/2021 12:47:16 PM |
| CAPD_000003181.mp3 | 13,862,079 | 11/17/2021 9:57:06 PM |
| CAPD_000003182.mp3 | 236,400 | 11/17/2021 9:57:08 PM |
| CAPD_000003183.mp3 | 233,057 | 11/17/2021 9:57:08 PM |
| CAPD_000003184.mp3 | 15,258,480 | 11/17/2021 9:57:10 PM |
| CAPD_000003185.mp3 | 13,961,762 | 11/17/2021 9:57:12 PM |
| CAPD_000003186.mp3 | 54,248,639 | 11/17/2021 9:57:20 PM |
| CAPD_000003187.mp3 | 11,792,554 | 11/17/2021 9:57:22 PM |
| DOJCB008-03 | 928,082,711 | 12/9/2021 4:02:56 PM |
| CAPD_000003176.mp4 | 818,744,876 | 11/24/2021 1:59:26 PM |
| CAPD_000003188.mp4 | 29,708,760 | 11/24/2021 2:57:22 PM |
| CAPD_000003189.mp4 | 79,629,075 | 11/24/2021 2:57:36 PM |
| DOJCB008-04 | 8.43 GB | 12/9/2021 2:52:28 PM |
| CAPD_000002921.mp4 | 2.79 GB | 11/24/2021 1:07:46 PM |
| CAPD_000002922.mp4 | 476,164,189 | 11/24/2021 1:10:20 PM |
| CAPD_000002923.mp4 | 535,253,397 | 11/24/2021 1:10:26 PM |
| CAPD_000003104.mp4 | 7,349,725 | 11/24/2021 1:10:42 PM |
| CAPD_000003105.mp4 | 139,263,827 | 11/24/2021 1:11:02 PM |
| CAPD_000003174.mp4 | 2.41 GB | 11/24/2021 1:39:12 PM |
| | 2.15 GB | 11/24/2021 1:46:32 PM |
| DOJCB008-05 | 3,676,951 | 12/9/2021 2:23:02 PM |
| CAPD_000003190.xlsx | 682,043 | 11/30/2021 1:32:02 PM |
| CAPD_000003191.pdf | 1,547,913 | 11/23/2021 3:03:40 PM |
| CAPD_000003192.pdf | 1,446,995 | 11/23/2021 3:04:24 PM |
| 11.30.2021.Discovery Volume 8.pdf | 221,288 | 11/30/2021 4:47:00 PM |
| Document_Index.COMBINED.pdf | 132,738 | 11/30/2021 4:47:00 PM |
| Document_Index.COMBINED.xlsx | 35,133 | 11/30/2021 4:47:00 PM |
| Globla Discovery 1 | 330,243,378 | 12/9/2021 12:37:58 PM |
| DOJCB_001 | 330,243,378 | 12/9/2021 12:38:30 PM |
| CAPD_000000001.pdf | 7,608,062 | 9/11/2021 3:19:44 PM |
| CAPD_000000021.pdf | 7,407,297 | 9/11/2021 3:19:44 PM |
| CAPD_000000040.pdf | 1,380,666 | 9/11/2021 3:19:44 PM |

| Name | Size | Modified |
|------|------|----------|
| CAPD_000002860.pdf | 97,860 | 11/5/2021 3:04:58 PM |
| CAPD_000002861.pdf | 119,718 | 11/5/2021 3:04:58 PM |
| CAPD_000002864.pdf | 58,123 | 11/5/2021 3:04:58 PM |
| CAPD_000002865.pdf | 47,570 | 11/5/2021 3:04:58 PM |
| CAPD_000002866.pdf | 39,446 | 11/5/2021 3:04:58 PM |
| CAPD_000002867.pdf | 127,144 | 11/5/2021 3:04:58 PM |
| CAPD_000002869.pdf | 72,511 | 11/5/2021 3:05:00 PM |
| CAPD_000002870.pdf | 50,556 | 11/5/2021 3:05:00 PM |
| CAPD_000002872.pdf | 177,089 | 11/5/2021 3:05:00 PM |
| CAPD_000002874.pdf | 156,463 | 11/5/2021 3:05:00 PM |
| CAPD_000002877.pdf | 40,162 | 11/5/2021 3:05:00 PM |
| CAPD_000002879.asf | 91,956,784 | 11/5/2021 3:05:10 PM |
| CAPD_000002880.pdf | 63,503 | 11/5/2021 3:05:00 PM |
| CAPD_000002882.pdf | 38,403 | 11/5/2021 3:05:00 PM |
| CAPD_000002883.pdf | 63,902 | 11/5/2021 3:05:00 PM |
| CAPD_000002884.pdf | 81,965 | 11/5/2021 3:05:00 PM |
| CAPD_000002885.pdf | 75,466 | 11/5/2021 3:05:00 PM |
| CAPD_000002886.pdf | 10,961 | 11/5/2021 3:05:00 PM |
| CAPD_000002887.pdf | 68,415 | 11/5/2021 3:05:00 PM |
| CAPD_000002889.pdf | 102,091 | 11/5/2021 3:05:00 PM |
| CAPD_000002890.pdf | 80,097 | 11/5/2021 3:05:00 PM |
| CAPD_000002892.pdf | 120,257 | 11/5/2021 3:05:00 PM |
| CAPD_000002895.pdf | 211,475 | 11/5/2021 3:05:00 PM |
| CAPD_000002899.mp4 | 97,635,886 | 11/5/2021 3:05:12 PM |
| CAPD_000002900.pdf | 44,898 | 11/5/2021 3:05:00 PM |
| CAPD_000002902.pdf | 61,290 | 11/5/2021 3:05:00 PM |
| Global Discovery 8 | 9.91 GB | 12/9/2021 11:44:22 AM |
| DOJCB008-01 | 464,294,340 | 12/9/2021 2:18:02 PM |
| CAPD_000001608.mp3 | 9,269,125 | 11/23/2021 2:02:44 PM |
| CAPD_000001609.mp3 | 1,914,507 | 11/23/2021 2:02:44 PM |
| CAPD_000001610.mp3 | 29,457,390 | 10/15/2021 10:32:54 A... |
| CAPD_000001611.mp3 | 27,763,192 | 10/15/2021 10:32:54 A... |
| CAPD_000001612.mp3 | 25,421,158 | 11/23/2021 2:02:46 PM |
| CAPD_000001613.mp3 | 22,526,582 | 10/15/2021 10:32:56 A... |
| CAPD_000001614.mp3 | 22,017,925 | 11/23/2021 2:02:46 PM |
| CAPD_000001618.mp3 | 6,694,497 | 10/15/2021 10:32:56 A... |
| CAPD_000001619.mp3 | 7,904,698 | 10/15/2021 10:32:56 A... |
| CAPD_000001624.mp3 | 43,414,510 | 10/15/2021 10:32:58 A... |
| CAPD_000001625.mp3 | 10,238,791 | 10/15/2021 10:32:58 A... |
| CAPD_000001626.mp3 | 9,944,756 | 10/15/2021 10:32:58 A... |
| CAPD_000001627.mp3 | 941,080 | 11/23/2021 2:02:46 PM |
| CAPD_000001628.mp3 | 17,658,611 | 10/15/2021 10:33:00 A... |
| CAPD_000001629.mp3 | 20,573,249 | 11/4/2021 7:54:06 AM |
| CAPD_000001630.mp3 | 33,672,299 | 10/15/2021 10:33:00 A... |
| CAPD_000001631.mp3 | 23,230,843 | 11/23/2021 2:02:48 PM |
| CAPD_000001632.mp3 | 8,126,843 | 10/15/2021 10:33:00 A... |
| CAPD_000001633.mp3 | 8,098,004 | 11/23/2021 2:02:48 PM |
| CAPD_000001635.mp3 | 35,697,938 | 11/23/2021 2:02:50 PM |
| CAPD_000001636.mp3 | 15,704,025 | 10/15/2021 10:33:02 A... |

| File | Size | Date |
|---|---|---|
| CAPD_000002782.pdf | 63,758 | 11/5/2021 3:04:56 PM |
| CAPD_000002783.pdf | 47,923 | 11/5/2021 3:04:56 PM |
| CAPD_000002784.pdf | 99,106 | 11/5/2021 3:04:56 PM |
| CAPD_000002787.pdf | 45,424 | 11/5/2021 3:04:56 PM |
| CAPD_000002788.pdf | 78,339 | 11/5/2021 3:04:56 PM |
| CAPD_000002790.pdf | 45,725 | 11/5/2021 3:04:56 PM |
| CAPD_000002791.pdf | 632,399 | 11/5/2021 3:04:56 PM |
| CAPD_000002797.pdf | 47,670 | 11/5/2021 3:04:56 PM |
| CAPD_000002799.pdf | 50,502 | 11/5/2021 3:04:56 PM |
| CAPD_000002801.pdf | 78,412 | 11/5/2021 3:04:56 PM |
| CAPD_000002803.pdf | 88,562 | 11/5/2021 3:04:56 PM |
| CAPD_000002805.pdf | 25,246 | 11/5/2021 3:04:56 PM |
| CAPD_000002806.pdf | 36,424 | 11/5/2021 3:04:56 PM |
| CAPD_000002807.pdf | 95,386 | 11/5/2021 3:04:56 PM |
| CAPD_000002810.pdf | 57,898 | 11/5/2021 3:04:56 PM |
| CAPD_000002812.pdf | 73,771 | 11/5/2021 3:04:56 PM |
| CAPD_000002814.pdf | 29,693 | 11/5/2021 3:04:56 PM |
| CAPD_000002815.pdf | 31,090 | 11/5/2021 3:04:56 PM |
| CAPD_000002816.pdf | 137,300 | 11/5/2021 3:04:56 PM |
| CAPD_000002820.pdf | 19,306 | 11/5/2021 3:04:56 PM |
| CAPD_000002821.pdf | 76,596 | 11/5/2021 3:04:56 PM |
| CAPD_000002822.pdf | 36,755 | 11/5/2021 3:04:56 PM |
| CAPD_000002823.pdf | 48,913 | 11/5/2021 3:04:56 PM |
| CAPD_000002824.pdf | 36,751 | 11/5/2021 3:04:56 PM |
| CAPD_000002825.pdf | 76,614 | 11/5/2021 3:04:56 PM |
| CAPD_000002826.pdf | 48,915 | 11/5/2021 3:04:56 PM |
| CAPD_000002827.pdf | 124,746 | 11/5/2021 3:04:56 PM |
| CAPD_000002829.pdf | 39,776 | 11/5/2021 3:04:58 PM |
| CAPD_000002830.pdf | 45,967 | 11/5/2021 3:04:58 PM |
| CAPD_000002831.pdf | 23,160 | 11/5/2021 3:04:58 PM |
| CAPD_000002832.pdf | 35,124 | 11/5/2021 3:04:58 PM |
| CAPD_000002834.pdf | 71,937 | 11/5/2021 3:04:58 PM |
| CAPD_000002836.pdf | 53,418 | 11/5/2021 3:04:58 PM |
| CAPD_000002837.pdf | 110,080 | 11/5/2021 3:04:58 PM |
| CAPD_000002840.pdf | 58,107 | 11/5/2021 3:04:58 PM |
| CAPD_000002841.pdf | 137,938 | 11/5/2021 3:04:58 PM |
| CAPD_000002844.pdf | 97,862 | 11/5/2021 3:04:58 PM |
| CAPD_000002845.pdf | 53,413 | 11/5/2021 3:04:58 PM |
| CAPD_000002846.pdf | 202,431 | 11/5/2021 3:04:58 PM |
| CAPD_000002848.pdf | 47,566 | 11/5/2021 3:04:58 PM |
| CAPD_000002849.pdf | 58,119 | 11/5/2021 3:04:58 PM |
| CAPD_000002850.pdf | 47,560 | 11/5/2021 3:04:58 PM |
| CAPD_000002851.pdf | 202,436 | 11/5/2021 3:04:58 PM |
| CAPD_000002853.pdf | 97,875 | 11/5/2021 3:04:58 PM |
| CAPD_000002854.pdf | 46,690 | 11/5/2021 3:04:58 PM |
| CAPD_000002856.pdf | 19,833 | 11/5/2021 3:04:58 PM |
| CAPD_000002857.pdf | 202,437 | 11/5/2021 3:04:58 PM |
| CAPD_000002859.pdf | 37,954 | 11/5/2021 3:04:58 PM |
| CAPD_000002860.pdf | 97,860 | 11/5/2021 3:04:58 PM |

| File | Size | Date |
|---|---|---|
| CAPD_000002700.pdf | 77,801 | 11/5/2021 3:04:52 PM |
| CAPD_000002702.pdf | 158,583 | 11/5/2021 3:04:52 PM |
| CAPD_000002706.pdf | 44,118 | 11/5/2021 3:04:52 PM |
| CAPD_000002707.pdf | 42,589 | 11/5/2021 3:04:52 PM |
| CAPD_000002708.pdf | 82,769 | 11/5/2021 3:04:52 PM |
| CAPD_000002709.pdf | 34,836 | 11/5/2021 3:04:52 PM |
| CAPD_000002710.pdf | 53,898 | 11/5/2021 3:04:52 PM |
| CAPD_000002712.pdf | 24,225 | 11/5/2021 3:04:52 PM |
| CAPD_000002713.pdf | 74,106 | 11/5/2021 3:04:52 PM |
| CAPD_000002715.pdf | 48,914 | 11/5/2021 3:04:52 PM |
| CAPD_000002716.pdf | 43,584 | 11/5/2021 3:04:52 PM |
| CAPD_000002717.pdf | 161,407 | 11/5/2021 3:04:52 PM |
| CAPD_000002721.pdf | 47,032 | 11/5/2021 3:04:52 PM |
| CAPD_000002722.pdf | 47,804 | 11/5/2021 3:04:52 PM |
| CAPD_000002723.pdf | 34,869 | 11/5/2021 3:04:52 PM |
| CAPD_000002724.pdf | 71,526 | 11/5/2021 3:04:52 PM |
| CAPD_000002726.pdf | 53,484 | 11/5/2021 3:04:52 PM |
| CAPD_000002728.pdf | 13,821 | 11/5/2021 3:04:54 PM |
| CAPD_000002729.mp4 | 9,531,481 | 11/5/2021 3:05:06 PM |
| CAPD_000002730.pdf | 57,818 | 11/5/2021 3:04:54 PM |
| CAPD_000002731.pdf | 123,005 | 11/5/2021 3:04:54 PM |
| CAPD_000002734.pdf | 115,517 | 11/5/2021 3:04:54 PM |
| CAPD_000002736.pdf | 97,376 | 11/5/2021 3:04:54 PM |
| CAPD_000002739.pdf | 107,167 | 11/5/2021 3:04:54 PM |
| CAPD_000002741.pdf | 164,935 | 11/5/2021 3:04:54 PM |
| CAPD_000002745.mp4 | 6,783,065 | 11/5/2021 3:05:08 PM |
| CAPD_000002746.pdf | 198,302 | 11/5/2021 3:04:54 PM |
| CAPD_000002752.pdf | 54,959 | 11/5/2021 3:04:54 PM |
| CAPD_000002754.pdf | 68,357 | 11/5/2021 3:04:54 PM |
| CAPD_000002756.mp4 | 12,540,133 | 11/5/2021 3:05:08 PM |
| CAPD_000002757.pdf | 142,963 | 11/5/2021 3:04:54 PM |
| CAPD_000002761.pdf | 10,705 | 11/5/2021 3:04:54 PM |
| CAPD_000002762.mp4 | 526,372 | 11/5/2021 3:05:08 PM |
| CAPD_000002763.pdf | 47,806 | 11/5/2021 3:04:54 PM |
| CAPD_000002765.pdf | 43,272 | 11/5/2021 3:04:54 PM |
| CAPD_000002766.pdf | 22,510 | 11/5/2021 3:04:54 PM |
| CAPD_000002767.pdf | 49,592 | 11/5/2021 3:04:54 PM |
| CAPD_000002769.pdf | 66,427 | 11/5/2021 3:04:54 PM |
| CAPD_000002770.pdf | 65,588 | 11/5/2021 3:04:54 PM |
| CAPD_000002771.pdf | 66,396 | 11/5/2021 3:04:54 PM |
| CAPD_000002772.pdf | 65,596 | 11/5/2021 3:04:54 PM |
| CAPD_000002773.pdf | 46,352 | 11/5/2021 3:04:54 PM |
| CAPD_000002775.pdf | 66,413 | 11/5/2021 3:04:54 PM |
| CAPD_000002776.pdf | 65,604 | 11/5/2021 3:04:54 PM |
| CAPD_000002777.pdf | 50,689 | 11/5/2021 3:04:54 PM |
| CAPD_000002779.pdf | 34,661 | 11/5/2021 3:04:54 PM |
| CAPD_000002780.pdf | 67,166 | 11/5/2021 3:04:54 PM |
| CAPD_000002781.pdf | 60,416 | 11/5/2021 3:04:56 PM |
| CAPD_000002782.pdf | 63,758 | 11/5/2021 3:04:56 PM |

| Name | Size | Modified |
|------|------|----------|
| CAPD_000001793.wma | 3,507,443 | 10/28/2021 10:41:42 A... |
| CAPD_000001794.wma | 3,958,098 | 10/28/2021 10:41:42 A... |
| CAPD_000001795.wma | 4,686,618 | 10/28/2021 10:41:42 A... |
| CAPD_000001796.wma | 2,573,443 | 10/28/2021 10:41:42 A... |
| CAPD_000001797.wma | 3,262,268 | 10/28/2021 10:41:42 A... |
| CAPD_000001798.wma | 1,567,058 | 10/28/2021 10:41:42 A... |
| 10.29.2021.Discovery Volume 6.FINAL.pdf | 250,830 | 10/29/2021 8:30:22 AM |
| CAPD_000001799.pdf | 21,579,781 | 10/28/2021 3:02:36 PM |
| CAPD_000002472.pdf | 52,639,507 | 10/28/2021 3:01:46 PM |
| Global Discovery 7 | 474,036,807 | 12/9/2021 12:50:58 PM |
| DOJCB_007 FBI Reports of Officer Interviews | 474,036,807 | 12/9/2021 12:52:00 PM |
| CAPD_000002648.pdf | 60,358 | 11/5/2021 3:04:48 PM |
| CAPD_000002650.pdf | 114,804 | 11/5/2021 3:04:48 PM |
| CAPD_000002653.pdf | 154,042 | 11/5/2021 3:04:48 PM |
| CAPD_000002655.pdf | 41,375 | 11/5/2021 3:04:48 PM |
| CAPD_000002656.pdf | 16,615 | 11/5/2021 3:04:50 PM |
| CAPD_000002657.pdf | 36,854 | 11/5/2021 3:04:50 PM |
| CAPD_000002658.pdf | 11,413 | 11/5/2021 3:04:50 PM |
| CAPD_000002659.pdf | 27,209 | 11/5/2021 3:04:50 PM |
| CAPD_000002660.pdf | 33,535 | 11/5/2021 3:04:50 PM |
| CAPD_000002661.pdf | 14,154 | 11/5/2021 3:04:50 PM |
| CAPD_000002662.pdf | 40,326 | 11/5/2021 3:04:50 PM |
| CAPD_000002663.pdf | 20,561 | 11/5/2021 3:04:50 PM |
| CAPD_000002664.pdf | 30,112 | 11/5/2021 3:04:50 PM |
| CAPD_000002665.pdf | 84,964 | 11/5/2021 3:04:50 PM |
| CAPD_000002667.pdf | 122,968 | 11/5/2021 3:04:50 PM |
| CAPD_000002670.mp4 | 74,625,370 | 11/5/2021 3:05:02 PM |
| CAPD_000002671.pdf | 46,398 | 11/5/2021 3:04:50 PM |
| CAPD_000002672.pdf | 52,041 | 11/5/2021 3:04:50 PM |
| CAPD_000002673.pdf | 83,399 | 11/5/2021 3:04:50 PM |
| CAPD_000002675.pdf | 84,574 | 11/5/2021 3:04:50 PM |
| CAPD_000002677.mp4 | 74,625,370 | 11/5/2021 3:05:04 PM |
| CAPD_000002678.pdf | 46,413 | 11/5/2021 3:04:50 PM |
| CAPD_000002679.pdf | 13,097 | 11/5/2021 3:04:50 PM |
| CAPD_000002680.pdf | 58,746 | 11/5/2021 3:04:50 PM |
| CAPD_000002682.pdf | 102,763 | 11/5/2021 3:04:50 PM |
| CAPD_000002684.asf | 78,064,498 | 11/5/2021 3:05:06 PM |
| CAPD_000002685.pdf | 10,457 | 11/5/2021 3:04:50 PM |
| CAPD_000002686.mp4 | 14,429,945 | 11/5/2021 3:05:06 PM |
| CAPD_000002687.pdf | 51,028 | 11/5/2021 3:04:50 PM |
| CAPD_000002689.pdf | 68,113 | 11/5/2021 3:04:52 PM |
| CAPD_000002690.pdf | 12,432 | 11/5/2021 3:04:52 PM |
| CAPD_000002691.mp4 | 2,639,023 | 11/5/2021 3:05:06 PM |
| CAPD_000002692.pdf | 24,579 | 11/5/2021 3:04:52 PM |
| CAPD_000002693.pdf | 54,331 | 11/5/2021 3:04:52 PM |
| CAPD_000002695.pdf | 52,170 | 11/5/2021 3:04:52 PM |
| CAPD_000002696.pdf | 91,324 | 11/5/2021 3:04:52 PM |
| CAPD_000002699.pdf | 10,495 | 11/5/2021 3:04:52 PM |
| CAPD_000002700.pdf | 77,801 | 11/5/2021 3:04:52 PM |

| Name | Size | Date |
|------|------|------|
| CAPD_0001665.xlsx | 756,268 | 12/7/2021 7:21:04 AM |
| Global Discovery 5 | 22,338,604 | 12/9/2021 12:44:20 PM |
| DOJCB_005 10.22.2021 | 22,338,604 | 12/9/2021 12:45:38 PM |
| CAPD_0001666.pdf | 8,452,066 | 10/21/2021 10:07:06 A... |
| CAPD_0001667.pdf | 182,211 | 10/22/2021 12:15:54 PM |
| CAPD_0001668.pdf | 778,033 | 10/22/2021 12:16:10 PM |
| CAPD_0001669.pdf | 765,417 | 10/22/2021 12:16:24 PM |
| CAPD_0001670.pdf | 765,297 | 10/22/2021 12:16:38 PM |
| CAPD_0001671.pdf | 756,795 | 10/22/2021 12:16:52 PM |
| CAPD_0001672.pdf | 182,208 | 10/22/2021 12:17:06 PM |
| CAPD_0001673.pdf | 777,979 | 10/22/2021 12:17:20 PM |
| CAPD_0001674.pdf | 765,217 | 10/22/2021 12:17:34 PM |
| CAPD_0001675.pdf | 765,319 | 10/22/2021 12:17:50 PM |
| CAPD_0001676.pdf | 757,040 | 10/22/2021 12:18:08 PM |
| CAPD_0001677.pdf | 1,113,538 | 10/22/2021 12:18:28 PM |
| CAPD_0001691.pdf | 1,347,291 | 10/22/2021 12:18:44 PM |
| CAPD_0001705.pdf | 1,361,419 | 10/22/2021 12:18:56 PM |
| CAPD_0001724.pdf | 1,100,541 | 10/22/2021 12:19:06 PM |
| CAPD_0001738.pdf | 1,108,619 | 10/22/2021 12:19:24 PM |
| CAPD_0001753.pdf | 1,343,641 | 10/22/2021 12:19:52 PM |
| CAPD_0001768.xlsx | 15,973 | 10/22/2021 11:56:28 A... |
| Global Discovery 6 | 285,335,813 | 12/9/2021 11:46:30 AM |
| DOJCB_006 MPD Radio Transmissions | 210,865,695 | 12/6/2021 1:31:28 PM |
| CAPD_000001769.wma | 6,935,223 | 10/28/2021 10:41:26 A... |
| CAPD_000001770.wma | 3,442,063 | 10/28/2021 10:41:30 A... |
| CAPD_000001771.wma | 3,038,108 | 10/28/2021 10:41:30 A... |
| CAPD_000001772.wma | 257,123 | 10/28/2021 10:41:30 A... |
| CAPD_000001773.wma | 5,657,978 | 10/28/2021 10:41:30 A... |
| CAPD_000001774.wma | 850,213 | 10/28/2021 10:41:30 A... |
| CAPD_000001775.wma | 8,586,068 | 10/28/2021 10:41:30 A... |
| CAPD_000001776.wma | 8,919,973 | 10/28/2021 10:41:30 A... |
| CAPD_000001777.wma | 5,032,198 | 10/28/2021 10:41:32 A... |
| CAPD_000001778.wma | 7,759,478 | 10/28/2021 10:41:32 A... |
| CAPD_000001779.wma | 7,131,363 | 10/28/2021 10:41:32 A... |
| CAPD_000001780.wma | 11,301,673 | 10/28/2021 10:41:34 A... |
| CAPD_000001781.wma | 11,056,498 | 10/28/2021 10:41:34 A... |
| CAPD_000001782.wma | 6,907,203 | 10/28/2021 10:41:34 A... |
| CAPD_000001783.wma | 12,842,773 | 10/28/2021 10:41:36 A... |
| CAPD_000001784.wma | 13,587,638 | 10/28/2021 10:41:36 A... |
| CAPD_000001785.wma | 14,264,788 | 10/28/2021 10:41:38 A... |
| CAPD_000001786.wma | 12,669,983 | 10/28/2021 10:41:38 A... |
| CAPD_000001787.wma | 12,310,393 | 10/28/2021 10:41:40 A... |
| CAPD_000001788.wma | 9,160,478 | 10/28/2021 10:41:40 A... |
| CAPD_000001789.wma | 9,935,698 | 10/28/2021 10:41:42 A... |
| CAPD_000001790.wma | 7,738,463 | 10/28/2021 10:41:42 A... |
| CAPD_000001791.wma | 7,420,903 | 10/28/2021 10:41:42 A... |
| CAPD_000001792.wma | 4,504,488 | 10/28/2021 10:41:42 A... |
| CAPD_000001793.wma | 3,507,443 | 10/28/2021 10:41:42 A... |



**Sent December 16, 2021:**

•       A letter to the Court dated December 13, 2021 updating the Court on the status of the requested contact lenses and discovery production;

•       A scanned document from the jail indicating your refusal to accept a laptop with a CD and a thumb drive;

•       10 redacted CTF Legal Mail Signature Forms from October 28, 2021 to December 7, 2021;

•       A redacted version of Serial 8 from the FBI Investigation Report which contains the FBI Form 302 of an interview with a tipster and 3 attachments to that interview;

- Serial 9 from the FBI Investigation Report which contains your criminal history;
- Serial 22 from the FBI Investigation Report which contains an FBI Form 302 and a Pen Register/Trap Trace from the United States District Court for the Northern District of New York (Matter Number MDJS-254);
- A redacted version of Serial 29 from the FBI Investigation Report which contains the MXU report with the tip information and subsequent follow-up;
- A redacted versions of Serial 30-32 from the FBI Investigation Report which contain interviews of witnesses; and
- Serial 55 of the FBI Investigation Report which contains the FBI Form 302 regarding a TikTok video posted on your account post-arrest.  (The TikTok video itself will be delivered via storage media device and routed through the jail's procedure for providing electronic discovery to defendants).