# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BRANDON FELLOWS,<br><br>     Defendant. | Case No.: 1:21-cr-00083 YNM-1<br><br>**NOTICE OF APPEARANCE<br>AS STANDBY COUNSEL** |

*Et modo ad hunc diem* please enter the appearance of the undersigned as standby counsel for the defendant. Designation CJA Appointment.

Dated: January 16, 2022

            Respectfully submitted,

            _____
            Joseph R. Conte, Bar #366827
            Standby Counsel for Brandon Fellows
            Law Office of J.R. Conte
            400 Seventh St., N.W., #206
            Washington, D.C. 20004
            Phone:202.638.4100
            Fax:    202.628.0249
            E-mail:  dcgunlaw@gmail.com