UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.: 21-CR-83 (TNM) |
| v. | : | |
| BRANDON FELLOWS, | : | |
| Defendant. | : | |

### NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its January 7, January 28, February 7, and February 22, 2022 discovery letters; and February 16, 2022 e-mail to standby counsel memorializing discovery sent on those dates, which is served as attachments via ECF on counsel for the Defendant and sent via certified mail to the Defendant.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ *Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
District of Columbia
Cell No. (316) 213-7420
Kansas Bar Number 13162
Mona.Furst@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 22nd day of February 2022, a copy of the foregoing was served upon stand-by counsel listed on the Electric Case Filing (ECF) System and the Defendant via certified mail to

Brandon Fellows
Inmate #377943
1901 D Street SE
Washington, DC 20003

            /s/ *Mona Lee M. Furst*
             MONA LEE M. FURST
             Assistant United States Attorney
             Detailee – Federal Major Crimes
             Kansas Bar No. 13162
             United States Attorney's Office
             1200 Epic Center, Suite 1200
             Wichita, Kansas 67202
             Mobile No. (316) 269-6537