

U.S. Department of Justice

MATTHEW M. GRAVES
United States Attorney

*District of Columbia*

*Judiciary Center
555 Fourth St., N.W.
Washington, D.C. 20530*

January 7, 2022

**HAND DELIVERED**

Brandon Fellows
Inmate #377943
c/o Kimberlee Smith OR Ingrid Washington
1901 D Street SE
Washington, DC 20003

      Re:    Pro Se Discovery 3 in *United States v. Brandon Fellows*
               Case No. 21-cr-83 TNM

Mr. Fellows:

Enclosed you will find a DVD containing the following documents:

- Attachment A of the Protective Order with your signature that was filed with the Court;
- Docket Entry 65 which is a Notice of Filing Pro Se Discovery that was filed with the Court outlining what discovery has been produced to you;
- Docket Entry 66 which is the filed version of Attachment A to the Protective Order; and
- Global Discovery Production 9 which was produced on December 17, 2021 and a letter outlining what was produced in Production 9.

      The Government will continue to provide individual discovery as it becomes available in addition to any future global discovery that you are allowed to view with supervision. If you have any questions, please feel free to contact me at mona.furst@usdoj.gov or 316-269-6537.

                                          Sincerely,

                                          /s/ *Mona Lee M. Furst*
                                          Mona Lee M. Furst
                                          Assistant United States Attorney

Enclosure(s)
cc: Cara Halverson, AFPD

| | |
|---|---|
| **From:** | Fitzgerald, Mark (USADC) |
| **To:** | Furst, Mona (USADC); Gorup, Geoffrey (USADC) |
| **Subject:** | RE: eDiscovery for Brandon Fellows |
| **Date:** | Thursday, January 13, 2022 9:57:49 AM |
| **Attachments:** | image002.png |

Good Morning Mona and Geoff,

The manilla envelope I received via FedEx on Monday, 01/10/2022, for inmate Brandon Fellows was taken to the DC Jail today. Kimberlee Smith and Ingrid Washington were not available and the envelope was given to jail investigator Gary Foreman. Investigator Foreman said he would deliver the envelope to Ms. Smith (202-523-7054) or Ms. Washington (202-523-7055).

Thanks

## Mark Fitzgerald

*Special Agent*

## Department of Justice

U.S. Attorney's Office - DC

O: ▇▇▇▇▇▇▇▇

C: ▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇