

U.S. Department of Justice

MATTHEW M. GRAVES
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

January 28, 2022

**HAND DELIVERED**

Brandon Fellows
Inmate #377943
c/o Kimberlee Smith OR Ingrid Washington
1901 D Street SE
Washington, DC 20003

      Re:    Pro Se Discovery 4 in *United States v. Brandon Fellows*
              Case No. 21-cr-83 TNM

Mr. Fellows:

Enclosed you will find a DVD containing the following documents:

- Global Production 10 letter and production which was produced on January 14, 2022. Follow the instructions in the "_READ ME – How to view this production" in order to view the contents.

    The Government will continue to provide individual discovery as it becomes available in addition to any future global discovery that you are allowed to view with supervision.   If you have any questions, please feel free to contact me at mona.furst@usdoj.gov or 316-269-6537.

                              Sincerely,

                              /s/ *Mona Lee M. Furst*
                            Mona Lee M. Furst
                            Assistant United States Attorney

Enclosure(s)
cc: Joseph Conte



AUSA: Mona Lee M. Furst
Made Available January 28, 2022
Return to GEOFFREY K. GORUP

# DEPARTMENT OF JUSTICE RECEIPT

Re:   United States v. Brandon Fellows
      Case No. 21-CR-83-TNM

I hereby acknowledge receipt of one DVD in connection with the above-referenced prosecution. I understand it is the responsibility of the Department of Corrections for the District of Columbia to make the materials contained in the thumb drives available to Mr. Fellows in accordance with current policies and procedures.

_2/9/22_
Date

_[signature]_
Printed Name:

Hand Delivered by:

Name Printed: Mark Fitzgerald

_[signature]_