

U.S. Department of Justice

MATTHEW M. GRAVES
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

February 7, 2022

Brandon Fellows
Inmate #377943
1901 D Street SE
Washington, DC 20003

      Re:    Pro Se Discovery 5 in *United States v. Brandon Fellows*
                  Case No. 21-cr-83 TNM

Mr. Fellows:

      Enclosed you will find a letter regarding Global Discovery Production No. 11 along with an index of items produced in this production.  However, as stated in this letter and in previous letters, the Government no longer intends to produce global productions through USAfx.  All future global productions will be produced through Relativity, a document review database.  At this time, there isn't a plan in place yet to make Relativity available to *pro se* defendants.  If this changes, you will be advised on the procedure to access Relativity.

      In the interim, please, review the attached index and indicate which items you would like to review.  You may then send the marked index to your standby counsel Mr. Joseph R. Conte, who will work with the Government to make the items available for you to review.  If the items are highly sensitive, you will need to have your standby counsel or his delegate present with you for that review.

      The Government will continue to provide individual discovery as it becomes available in addition to any future global discovery that you are allowed to view with supervision.   If you have any questions, please feel free to contact me at mona.furst@usdoj.gov or 316-269-6537.

                                        Sincerely,

                                        /s/ *Mona Lee M. Furst*
                                        Mona Lee M. Furst
                                        Assistant United States Attorney

Enclosure(s)
cc: Joseph R. Conte

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____     Postmark
☐ Certified Mail Restricted Delivery  $ _____      Here
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$
Total Postage and Fees
$                                    2/7/22

Sent To  Brandon Fellows, Inmate # 377843
Street and Apt. No., or PO Box No.  1901 D St. SE
City, State, ZIP+4®  Washington, DC 20003

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0090 0000 7305 4272

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70200090000073054272

Your item was picked up at a postal facility at 11:07 am on February 16, 2022 in WASHINGTON, DC 20024.

USPS Tracking Plus® Available ∨

## ✓ Delivered, Individual Picked Up at Postal Facility

February 16, 2022 at 11:07 am
WASHINGTON, DC 20024

Feedback

Get Updates ∨

Text & Email Updates ∨

Tracking History ∨

USPS Tracking Plus® ∨

Product Information ∨

See Less ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback