

U.S. Department of Justice

MATTHEW M. GRAVES
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

February 22, 2022

Brandon Fellows
Inmate #377943
1901 D Street SE
Washington, DC 20003

      Re:    Pro Se Discovery 6 in *United States v. Brandon Fellows*
              Case No. 21-cr-83 TNM

Mr. Fellows:

      Enclosed you will find a memorandum regarding the status of discovery as of February 9, 2022. Also enclosed is a motion requesting to file under seal an exhibit intended to be filed in the court directed response to your pro se motion regarding access to court violations. The order directing the government to respond is also included. Finally, enclosed is a notice of discovery that will be filed in the court on February 22, 2022 outlining what discovery has been provided to both your standby counsel and you.

      The Government will continue to provide individual discovery as it becomes available in addition to any future global discovery that you are allowed to view without supervision. If you have any questions, please feel free to contact me at mona.furst@usdoj.gov or 316-269-6537.

                              Sincerely,

                              /s/ *Mona Lee M. Furst*
                              Mona Lee M. Furst
                              Assistant United States Attorney

Enclosure(s)
cc: Joseph R. Conte

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)            $ _____
☐ Return Receipt (electronic)          $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required             $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postage
$

Total Postage and Fees
$

Postmark Here
2/22/22

Sent To: Brandon Fellows, Inmate #377943
Street and Apt. No., or PO Box No.: 1901 D. Street SE
City, State, ZIP+4®: Washington, DC 20003

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7020 0090 0000 7305 5002