| | |
|---|---|
| **From:** | Furst, Mona (USADC) |
| **To:** | Joseph R. Conte (dcgunlaw@gmail.com) |
| **Cc:** | Gorup, Geoffrey (USADC) |
| **Subject:** | US v. Fellows Pro Se discovery provided in USAfx |
| **Date:** | Wednesday, February 16, 2022 3:27:02 PM |
| **Attachments:** | image001.png |

Mr. Conte –

The CCTV and some other items from the various 5 pro se discovery sent to Mr. Fellows has been put into a folder for you to review.  Not everything sent to Mr. Fellows or his prior counsel are included.

Nor is Global discovery which you have access to through Relativity.  Most of the Global discovery materal was sent to Mr. Fellows via the jail, except for Sensitive and Highly Sensitive materials.

I also added two videos from other defendants that show Mr. Fellows in Senator Merkley's office, smoking marijuana.  Below is a link to YouTube where a walk through was filmed of the office after Jan. 6th.

I also provided news interviews on CNN and WNYT of your interview.  These were provided previously but for your ease of access I have included them in the folder.

https://www.facebook.com/watch/?v=222464836136603

This is a screen shot of the subfolders.

- 📁 CNN and WNYT video news reports
- 📁 Pro Se Discovery 1
- 📁 Pro Se Discovery 2
- 📁 Pro Se Discovery 3
- 📁 Pro Se Discovery 4
- 📁 Pro Se Discovery 5
- 📁 Videos from other Defendants depicting Fellows

Regards,

Mona Lee M. Furst

Assistant United States Attorney
Senior Litigation Counsel
District of Kansas
Detailed to the District of Columbia
1200 Epic Center | 301 N. Main | Wichita, Kansas 67202
Direct line: 316-269-6537