GOVERNMENT OF THE DISTRICT OF COLUMBIA
Department of Corrections



## Modified Medical Stay-in-Place Timeline
### Updated February 14, 2022

*DOC is implementing a gradual update to its modified stay in place policies.
Some services will resume on February 14, 2022 and additional services will be available as of February 28, 2022.*

|  | **Modified Medical Stay in Place effective December 22, 2021** | **Effective February 14, 2022** | **Effective Monday, February 28, 2022** |
|---|---|---|---|
| **Legal Visits** | Contactless legal visits will only be available and no appointment is needed. Contact visits will only be available for residents with jury trials. | In person contact and contactless legal visits resume without an appointment. **Legal counsel must provide proof of vaccination (photocopy along with valid identification acceptable) or recent PCR negative COVID -19 test (within 72 hours of visit).** | No change from February 14, 2022. |
| **Video Legal Calls** | DOC will increase access to video legal visits to allow attorneys greater access to residents for video legal visits. | DOC provides video legal visits to residents on a limited weekly schedule. | No change from February 14, 2022. |
| **Legal Calls** | DOC case management and operations team will continue to provide legal calls to residents who are on quarantine and isolation. Please provide email request to: dcdoclegalcalllist@dc.gov | DOC resumes in-person legal visits for **all residents** and their legal counsel.<br><br>Legal calls will not be provided unless a resident is on a quarantine unit or in isolation. Please provide email request to: dcdoclegalcalllist@dc.gov | No change from February 14, 2022. |

*Modified Stay in Place Issued
Pursuant to DOC Policy 5031.1B Appendix 14 – Pandemic Policy
Updated 2.14.2022*

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Department of Corrections

|  | **Modified Medical Stay in Place effective December 22, 2021** | **Effective February 14, 2022** | **Effective Monday, February 28, 2022** |
|---|---|---|---|
| **Small Groups on Unit** *Small groups are 10 or fewer residents who are donning masks and maintaining social distance.* | DOC is suspending all small groups activities. | No change. | **Small group activities will resume on February 28, 2022.** DOC will expand small group sizes in compliance with Mayor's Orders limitations on indoor gatherings, wearing facemasks, and requiring social distancing. In-person religious services resumed for fully vaccinated residents and clergy, volunteers, and facilitators who have proof of being fully vaccinated. |
| **Access to Public Health, Social Services and Residential Support Services through the Programs and Case Management Division** | The DOC Programs and Case Management (PCM) Division are suspending in person small group actively and volunteer services. However, programming will be made available via a virtual option, including religious services. Voting services, inmate grievance services, case management services and the READY Center services never ceased during the COVID-19 pandemic. | Residents will continue to have access to APDS and Global Tel Link (GTL) tablets for public health, social services and residential support services. | DOC will allow for in-person small group sessions for the agency's program units and areas and continue with access to tablet programming. |

2

# GOVERNMENT OF THE DISTRICT OF COLUMBIA
## Department of Corrections

| | **Modified Medical Stay in Place effective December 22, 2021** | **Effective February 14, 2022** | **Effective February 28, 2022** |
|---|---|---|---|
| **Access to Education and Programs through DOC's College and Career Readiness Division** | Educational services will be provided for clusters of no more than two to three individuals with social distancing and following Mayor's Orders regarding wearing appropriate P P E . Additionally, educational services will be provided virtually and via the students receiving educational packets. | Residents will continue to have access to the American Prison Data Systems (APDS) tablets for educational, vocational, and social programs and services.<br><br>Masks and maintaining social distancing continue to be required. | College and Career Readiness (CCR) Division will resume in-person educational instruction and GED Ready testing on designated housing units. |
| **Barbering & Cosmetology** | Barbering and cosmetology will be suspended for vaccinated residents, except for those with upcoming jury trials. | Barbering and cosmetology services resume for those with upcoming jury trials. | Barbering and cosmetology services resume for fully vaccinated residents and those with upcoming jury trials. |
| **Detail inmate workers within DOC** | Detail workers could only work within the units, with some very limited exceptions. | No change. | DOC may allow fully vaccinated (including a booster if within the required time period) residents to engage as detail workers within DOC's environmental and maintenance divisions up to 5 in a group. The residents must be willing to engage in COVID testing as requested. *DOC Operations Team, will determine when and if to resume inmate detail workers and the program may also be suspended at any time. No DOC resident is guaranteed an inmate detail position.* |

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
**Department of Corrections**

| | **Modified Medical Stay in Place effective December 22, 2021** | **Effective February 14, 2022** | **Effective February 28, 2022** |
|---|---|---|---|
| **Legal Research and University Classes** | DOC in partnership with University of the District of Columbia (UDC) Law School's DOC Legal Research Clinic. Law students and professors will continue to conduct virtual classes on resident tablets on legal research topics and skills and respond to requests for research assistance via tablet messaging. Howard University Law School, American University Law School, and the Illinois State University Law Library staff and students will join UDC Law School in conducting virtual classes on resident tablets on legal research topics and skills and respond to requests for research assistance through a live chat help desk via tablet messaging.<br><br>DC Public Library in person services will be temporally suspended. However, residents will continue to enjoy access to over 5,000 e-books, audio books, and other reading materials on their tablets. Residents also have full access to the law library search engine on their tablets.<br><br>DOC staff members, including one who is a licensed attorney, assist in researching requested materials, and a DOC CCR staff member provides technical support to all residents related to tablet use and delivers all copies of requested materials. | The legal research library continues to be available to residents via tablets for 12 hours each day. Residents electronically submit requests on forms located on tablets. Requests are immediately submitted electronically to DOC law library staff.<br><br>DOC staff members, including a licensed attorney, assist in researching requested materials, and a DOC CCR staff member provides technical support to all residents related to tablet use and delivers all copies of requested materials. | DCPL will resume mobile library services at CF. Residents continue to have access to an e-reading, audible, recovery and legal research/law library on their tablets.<br><br>University courses will continue to be provided virtually via education tablets.<br><br>Law library staff will continue to reply to inmate requests for copies and supplies and continue to visit all housing units where inmates do not have access to an education tablet at least weekly. |

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**

|  | **Modified Medical Stay in Place effective December 22, 2021** | **Effective February 14, 2022** | **Effective February 28, 2022** |
|---|---|---|---|
| **Video Visitation** | Video visitation will be suspended in response to current COVID-19 pandemic numbers and the need to help prevent the spread of COVID-19 by curtailing community movement and to protect DOC staff from potential COVID exposure with community members visiting the facility. Video visitation will resume once all housing units at DOC have been removed from quarantine and isolation | DOC will resume video visitation at CDF. | No change from February 14, 2022. |
| **Access to Family and Friends** | In social person visitation and family visitation is suspended at CDF and CTF until all housing units at DOC are removed from quarantine and isolation status. DOC has continued expanding the provision of telephone services and has over 500 GTL-provided tablets to residents.<br><br>Low cost text messaging is also accessible to residents via the GTL tablets. The text messages are a new way of connecting residents to their loved ones that was not available before the pandemic. | DOC residents have access to the GTL tablets.<br><br>In-person visits at CTF and face-to-face visits at CDF will resume for fully vaccinated residents and visitors who have proof of being fully vaccinated. | No change from February 14, 2022. |
| **DOC Resident Housing (Out of cell time)** | Out-of-cell time will be 2 hours per day at CDF and CTF until all housing units at DOC are removed from quarantine and isolation status. | In non-restrictive housing units, out-of-cell time will be 3 hours per day at CDF and CTF. | DOC will resume pre-pandemic levels of daily out-of-cell time to all residents (approximately 5 hours per day on each unit except for restrictive housing units). |
| **Outdoor Recreation** | Out-of-cell time will be 2 hours per day at CDF and CTF until all housing units at DOC are removed from quarantine and isolation status. | No change | Outdoor recreation will be offered; contingent upon weather and staffing conditions. |

*Modified Stay in Place Issued*
*Pursuant to DOC Policy 5031.1B Appendix 14 – Pandemic Policy*
*Updated 2.14.2022*

**GOVERNMENT OF THE DISTRICT OF COLUMBIA**
Department of Corrections

|  | **Modified Medical Stay in Place effective December 22, 2021** | **Effective February 14, 2022** | **Effective February 28, 2022** |
|---|---|---|---|
| **Court Appearances** | DOC continued to transport residents to court as long as the courts are operating. | DOC will continue to transport residents to and from court as requested. | No change from February 14, 2022. |
| **The READY Center** | The READY Center is providing virtual services to returning citizens. Upon release from DOC, DOC's Inmate Reception Center (IRC) provided all residents with the READY Center packets and the phone number to alert returning citizens how to contact the READY Center staff for services. All calls are forwarded to the READY Center staff to triage all service requests and to connect returning citizens for services. | No change | No change |
| **Vaccine Education** | Unity Healthcare medical staff will continue to provide vaccine education to residents at intake and by walking the units.<br><br>Vaccines are still available for all residents and boosters are still being offered. All new residents are notified at intake on vaccination services. DOC also provides vaccine education on residents' tablets and in housing units. Unity Healthcare medical staff provide in-person educational information to residents on the benefits of vaccination. | No change | No change |

*Modified Stay in Place Issued*
*Pursuant to DOC Policy 5031.1B Appendix 14 – Pandemic Policy*
*Updated 2.14.2022*