# ACKNOWLEDGEMENT OF ACCEPTANCE/REFUSAL

This correspondence serves as documentation to acknowledge my *Acceptance or refusal* of the Surveillance DVD Program located in the facility's Special Management Unit (SMU) Unit, South One.

(1) Laptop: _____CA_____

(2) DVD's: _____THUMB DRIVE_____

**Acceptance By:**

Print Name: _____

Signature: _____ Date: _____ Time: _____

**Refusal By:**

Print Name: _____Refusal_____

Signature: _____ Date: _____ Time: _____

**Issued By:**

Print: _____Sgt Shawn Franklin_____ Sign _____K. Bullock_____ Karen Bullock

Signature: _____Sgt Shawn____ Witness _____K. Bullock Pvt Karen Bullock_____

Date: _11/12/21_ Time: _9:02_

**Completed By:**

Print: _____

Signature: _____ Date: _____ Time: _____



ISADON FELLOWS
377943