## ACKNOWLEDGEMENT OF ACCEPTANCE/REFUSAL

This correspondence serves as documentation to acknowledge my *Acceptance or refusal* of the Surveillance DVD Program located in the facility's Special Management Unit (SMU) Unit, South One.

(1) Laptop: _____

(2) DVD's: _____

**Acceptance By:**

Print Name: _____

Signature: _____   Date: _____   Time: _____

**Refusal By:**

Print Name: _____

Signature: _____   Date: _____   Time: _____

**Issued By:**

Print: _____

Signature: _____   Date: _____   Time: _____

**Completed By:**

Print: _____

Signature: _____   Date: _____   Time: _____