# Exhibit G Mail Logs

# CTF Legal Mail Signature Sheet 2-16-22

## Legal Mail Signature Form

| Facility: | CTF | | Legal Mail Count: | 1 |
|---|---|---|---|---|
| Date Processed by Mailroom: | 2-16-2022 | | | |
| Mailroom Staff Processing mail: | RONALD LEE | | | |
| Correctional Staff Receiving Mail: | P Hauser (Print Name) | P Hauser (Signature) | Date Received: | 2-16-22 |

| | Inmate DCDC# | First Name | Last Name | DCDC # | Unit | Legal Mail Sender | Inmate Signature | Date Received |
|---|---|---|---|---|---|---|---|---|
| ✓ 1 | 377943 | BRANDON | FELLOWS | 377943 | C2B/18 | U.S. D.O.J U.S. ATTORNEY | Brandon Fellows | 2/17/22 |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |

| OIC/Officer Signature After Distributing Legal Mail: | O'Larry (Print Name) | OL (Signature) | Date Completed: | 2/17/22 |
|---|---|---|---|---|

# CTF Legal Mail Signature Sheet Redacted 2-18-22

## Legal Mail Signature Form

| Facility: | CTF | | | Legal Mail Count: | 5 |
|---|---|---|---|---|---|
| Date Processed by Mailroom: | 2-18-2022 | | | | |
| Mailroom Staff Processing mail: | Ronald Low | | | | |
| Correctional Staff Receiving Mail: | P Hauser (Print Name) | P Hauser (Signature) | | Date Received: | 2-18-22 |

| | Inmate DCDC# | First Name | Last Name | DCDC # | Unit | Legal Mail Sender | Inmate Signature | Date Received |
|---|---|---|---|---|---|---|---|---|
| 1 | 377943 | Brandon | Fellows | 377943 | CTF | Joseph R. Conte Law Office | Brandon Fellows | 2/19/22 |
| 2 | 377943 | Brandon | Fellows | 377943 | CTF | Joseph R. Conte Law Office | Brandon Fellows | 377943 |
| 3 | | | | | | | | 2-19-22 |
| 4 | | | | | | | | 2/19/22 |
| 5 | | | | | | | | 2/19/22 |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |

| OIC/Officer Signature After Distributing Legal Mail: | O'Larry (Print Name) | OL (Signature) | | Date Completed: | 2/19/22 |
|---|---|---|---|---|---|

# CTF Legal Mail Signature Sheet 3-1-22 Redacted

## Legal Mail Signature Form

| Facility: | CTF | | Legal Mail Count: | 10 |
|---|---|---|---|---|
| Date Processed by Mailroom: | 3-1-2022 | | | |
| Mailroom Staff Processing mail: | RONALD LEE | | | |
| Correctional Staff Receiving Mail: | PHauser (Print Name) / PHauser (Signature) | | Date Received: | 3-1-22 |

| # | Inmate DCDC# | First Name | Last Name | DCDC # | Unit | Legal Mail Sender | Inmate Signature | Date Received |
|---|---|---|---|---|---|---|---|---|
| 10 | 377943 | BRANDON | FELLOWS | 377943 | C2B/15 | U.S. D.O.J U.S. ATTORNEY | [signature] Bubba/Fellows | 3-2-22 |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |

| OIC/Officer Signature After Distributing Legal Mail: | O Larry (Print Name) / OL (Signature) | | Date Completed: | 3-2-22 |
|---|---|---|---|---|