# Exhibit D

# Fellows Jail Acceptance/Refusal Form for Signature

377943



## ACKNOWLEDGEMENT OF ACCEPTANCE/REFUSAL

This correspondence serves as documentation to acknowledge my *Acceptance or refusal* of the Surveillance DVD Program located in the facility's Special Management Unit (SMU) Unit, South One.

(1) Laptop: _____CD_____

(2) DVD's: _____THUMB DRIVE_____

**Acceptance By:**

Print Name: _____

Signature: _____   Date: _____   Time: _____

**Refusal By:**

Print Name: _____Refuses_____

Signature: _____   Date: _____   Time: _____

Sign   K. Bullock   Karien Bullock

**Issued By:**

Print: _____Sgt Shawn Franklin_____   Witness   K. Bullock Pvt Karien Bullock

Signature: _____[signature]_____   Date: _11/12/21_   Time: _9:00am_

**Completed By:**

Print: _____

Signature: _____   Date: _____   Time: _____