# Exhibit D-1

# Blank Jail Acceptance/ Refusal Form

## ACKNOWLEDGEMENT OF ACCEPTANCE/REFUSAL

This correspondence serves as documentation to acknowledge my Acceptance or refusal of the Surveillance DVD Program located in the facility's Special Management Unit (SMU) Unit, South One.

(1) Laptop: _____

(2) DVD's: _____

**Acceptance By:**

Print Name: _____

Signature: _____ Date: _____ Time: _____

**Refusal By:**

Print Name: _____

Signature: _____ Date: _____ Time: _____

**Issued By:**

Print: _____

Signature: _____ Date: _____ Time: _____

**Completed By:**

Print: _____

Signature: _____ Date: _____ Time: _____