# Exhibit E

**Fellows 1-13-22 eDiscovery for Brandon Fellows Redacted**

**From:** Furst, Mona (USADC)
**To:** Furst, Mona (USADC)
**Subject:** eDiscovery for Brandon Fellows
**Date:** Tuesday, February 15, 2022 1:29:02 PM

---

**From:** Fitzgerald, Mark (USADC) ███████████████████
**Sent:** Thursday, January 13, 2022 9:58 AM
**To:** Furst, Mona (USADC) <MFurst@usa.doj.gov>; Gorup, Geoffrey ██████████████████
**Subject:** RE: eDiscovery for Brandon Fellows

Good Morning Mona and Geoff,

The manilla envelope I received via FedEx on Monday, 01/10/2022, for inmate Brandon Fellows was taken to the DC Jail today. Kimberlee Smith and Ingrid Washington were not available and the envelope was given to jail investigator Gary Foreman. Investigator Foreman said he would deliver the envelope to Ms. Smith ████████████ or Ms. Washington ████████████

Thanks

Mark Fitzgerald
*Special Agent*
Department of Justice
U.S. Attorney's Office - DC
████████████████
████████████████
████████████████████

**Fellows 2-7-22 Mailed Certified Mail Receipt**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage
$

Total Postage and Fees
$                                    2/7/22

Sent To
Brendan Fellows, Inmate # 377543
Street and Apt. No., or PO Box No.
1901 D St. SE
City, State, ZIP+4®
Washington DC 20003

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for instructions

7020 7305 4272

**Fellows 2-9-22 DC Jail**



AUSA:  Mona Lee M. Furst
Made Available January 28, 2022
Return to GEOFFREY K. GORUP

## DEPARTMENT OF JUSTICE RECEIPT

Re:     United States v. Brandon Fellows
        Case No. 21-CR-83-TNM

I hereby acknowledge receipt of one DVD in connection with the above-referenced prosecution.  I understand it is the responsibility of the Department of Corrections for the District of Columbia to make the materials contained in the thumb drives available to Mr. Fellows in accordance with current policies and procedures.

_2/9/22_

Date

Printed Name:

Hand Delivered by:

Name Printed: _Mark Fitzgerald_

**Fellows 2-16-22 USPS Tracking Prod 5 Delivered**

# USPS Tracking®

FAQs >

## Track Another Package  +

**Tracking Number:** 70200090000073054272

Remove ✕

Your item was picked up at a postal facility at 11:07 am on February 16, 2022 in WASHINGTON, DC 20024.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

February 16, 2022 at 11:07 am
WASHINGTON, DC 20024

**Get Updates** ⌄

---

**Text & Email Updates**                                                             ⌄

---

**Tracking History**                                                                    ⌄

---

**USPS Tracking Plus®**                                                              ⌄

---

**Product Information**                                                               ⌄

---

**See Less** ⌃

USPS.com® - USPS Tracking® Results

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

**Fellows 2-22-22 Mailed Certified Mail Receipt**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$                                    2/22/22

Sent To  Brandon Fellows - Inmate # 377943

Street and Apt. No., or PO Box No.  1901 D. Street SE

City, State, ZIP+4®  Washington DC  20003

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7020 0090 7305 5002

**Fellows 12-9-21 Thumb Drives DC Jail**



AUSA:  Mona Lee M. Furst
Made Available December 9, 2021
Return to GEOFFREY K. GORUP

## <u>DEPARTMENT OF JUSTICE RECEIPT</u>

Re:     <u>United States v. Brandon Fellows</u>
        Case No. 21-CR-83-TNM

    I hereby acknowledge receipt of three thumb drives in connection with the above-referenced prosecution.  I understand it is the responsibility of the Department of Corrections for the District of Columbia to make the materials contained in the thumb drives available to Mr. Fellows in accordance with current policies and procedures.

_12/22/21_____
Date

_Eddy C. Miranda / (signature)_
Printed Name:

Hand Delivered by:

Name Printed:  _____
                Mark Fitzgerald

**Fellows 12-16-21 CD DC Jail**



AUSA:  Mona Lee M. Furst
Made Available December 16, 2021
Return to GEOFFREY K. GORUP

## <u>DEPARTMENT OF JUSTICE RECEIPT</u>

Re:   <u>United States v. Brandon Fellows</u>
      Case No. 21-CR-83-TNM

I hereby acknowledge receipt of one CD in connection with the above-referenced prosecution.  I understand it is the responsibility of the Department of Corrections for the District of Columbia to make the materials contained in the thumb drives available to Mr. Fellows in accordance with current policies and procedures.


_____12/22/21_____
Date

Eddy C. Miranda /
Printed Name:


Hand Delivered by:

Name Printed: _____

Mark Fitzgerald

**Fellows Delivered 2-28-22 USPS.com® - USPS Tracking® Results**

# USPS Tracking®

FAQs ›

**Track Another Package** +

**Tracking Number:** 70200090000073055002

Remove ✕

Your item was picked up at a postal facility at 10:19 am on February 28, 2022 in WASHINGTON, DC 20024.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

February 28, 2022 at 10:19 am
WASHINGTON, DC 20024

Feedback

**Get Updates** ⌄

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **Tracking History** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback

**US v. Brandon Fellows pro se Discovery Production 5 - Global Discovery 11 Redacted**

| | |
|---|---|
| **From:** | Furst, Mona (USADC) |
| **To:** | Joseph R. Conte |
| **Cc:** | Geoffrey Gorup |
| **Subject:** | US v. Brandon Fellows pro se Discovery Production 5 - Global Discovery 11 |
| **Date:** | Saturday, February 5, 2022 12:52:00 PM |
| **Attachments:** | Pro Se Discovery 5_2.7.22 mlf.pdf |

Mr. Conte,

     I am sending Mr. Fellows the global discovery letter 11 and the index, along with the attached letter, which has guidance similar to what I sent you with the same items.

Let me know if you have any questions.

Regards,

Mona Lee M. Furst

Assistant United States Attorney

Senior Litigation Counsel

District of Kansas

Detailed to the District of Columbia

**US v. Fellows Pro Se Discovery Provided in USAfx 2-16-22**

| | |
|---|---|
| **From:** | Furst, Mona (USADC) |
| **To:** | Joseph R. Conte (dcgunlaw@gmail.com) |
| **Cc:** | Geoffrey Gorup (USAMOW) (GGorup@usa.doj.gov) |
| **Subject:** | US v. Fellows Pro Se discovery provided in USAfx |
| **Date:** | Wednesday, February 16, 2022 3:26:00 PM |
| **Attachments:** | image001.png |

Mr. Conte –

    The CCTV and some other items from the various 5 pro se discovery sent to Mr. Fellows has been put into a folder for you to review.  Not everything sent to Mr. Fellows or his prior counsel are included.

Nor is Global discovery which you have access to through Relativity.  Most of the Global discovery materal was sent to Mr. Fellows via the jail, except for Sensitive and Highly Sensitive materials.

    I also added two videos from other defendants that show Mr. Fellows in Senator Merkley's office, smoking marijuana.  Below is a link to YouTube where a walk through was filmed of the office after Jan. 6th.

    I also provided news interviews on CNN and WNYT of your interview.  These were provided previously but for your ease of access I have included them in the folder.

https://www.facebook.com/watch/?v=222464836136603

This is a screen shot of the subfolders.

Regards,

Mona Lee M. Furst

Assistant United States Attorney

Senior Litigation Counsel

District of Kansas

Detailed to the District of Columbia

1200 Epic Center | 301 N. Main | Wichita, Kansas 67202

Direct line: 316-269-6537