# Exhibit F

# List of Fellows Jail Discovery

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BRANDON FELLOWS | CARA HALVERDON | FLASH DRIVE | 1 | 11/1/2021 | 11/12/2021 | X | REFUSED DISCOVERY 11/12/2021 |
| BRANDON FELLOWS | CARA HALVERDON | FLASH DRIVE | 1 | 11/1/2021 | 1/21/2022 | X | REFUSED DISCOVERY 11/12/2021 * 11/30/21 PLACED BACK ON LIST PER MS WILSON *12/6/21 WAS GIVEN TO FRANKLIN * 12/13/21 CURRENTLY REVIEWING BY K SMITH |
| BRANDON FELLOWS | | 4 FLASH DRIVES 1 DVD | 4 | 12/23/2021 | 1/21/2022 | X | *1/18/22 UNIT ON QUARANTINE BY KSMITH * 1/21/2022 REFUSED DISCOVERY BY KSMITH |
| BRANDON FELLOWS | | DVD | 1 | 2/10/2022 | | X | *2/22/2022 CURRENTLY REVIEWING PICK UP 3/8/22 BY KSMITH |
| BRANDON FELLOWS | | DVD | 1 | 1/18/2022 | 1/21/2022 | X | *1/21/2022 REFUSED DISCOVERY BY KSMITH |

Missing discovery                                              date rec.      completed