# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00083 YNM-1 |
| v. | **NOTICE OF FILING** |
| BRANDON FELLOWS, | |
| Defendant. | |

    Mr. Brandon Fellows, pro se, files this supplement to Document #58

Dated: March 17, 2022

                                                      Respectfully submitted,

                                                      _____

                                                      Joseph R. Conte, Bar #366827
                                                      Standby Counsel for Brandon Fellows
                                                      Law Office of J.R. Conte
                                                      400 Seventh St., N.W., #206
                                                      Washington, D.C. 20004
                                                      Phone:202.638.4100
                                                      Fax:         202.628.0249
                                                      E-mail:     dcgunlaw@gmail.com