# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:21-cr-00083-TNM-1 |
| v. | **MOTION TO WITHDRAW AS COUNSEL** |
| BRANDON FELLOWS, | |
| Defendant. | |

      COMES NOW, Joseph Conte, counsel to the defendant to respectfully request leave of this honorable court to withdraw as counsel for the defendant.  As grounds for this motion counsel would state:

      1.  The undersigned was appointed stand-by counsel for the defendant, under the Criminal Justice Act, on January 16, 2022.

      2.  On September 28, 2021, retained counsel entered his appearance in this matter.

      WHEREFORE, counsel respectfully requests that this motion be granted.

Dated:  April 5, 2022

                                              _____  
                                              Joseph R. Conte, Bar #366827  
                                              Counsel for Brandon Fellows  
                                              400 Seventh St., N.W., #206  
                                              Washington, D.C. 20004  
                                              Phone:      202.638.4100  
                                              Email:  dcgunlaw@gmail.com