UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.: 21-CR-83 (TNM) |
| v. | : | |
| BRANDON FELLOWS,<br>                Defendant. | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its discovery productions to defendant on January 28, February 7, February 9, February 16, March 7, March 10, and March 23, 2022, outlining discovery provided to defendant and to standby counsel, and requesting counsel provide the same to defendant; and February 3, March 4, and April 4, 2022 emails to standby counsel outlining global discovery requesting counsel provide to the defendant. In addition, attached are proofs of delivery for the productions sent to the jail on the defendant's behalf. All which is served as attachments via ECF on standby counsel for the Defendant and sent via certified mail to the Defendant.

                                                       Respectfully submitted,

                                                       MATTHEW M. GRAVES
                                                     United States Attorney
                                                     D.C. Bar No. 481052

                                  By: /s/ *Mona Lee M. Furst*
                                           Mona Lee M. Furst
                                           Assistant United States Attorney
                                           Detailee – Federal Major Crimes
                                           United States Attorney's Office
                                           District of Columbia
                                           Cell No. (316) 213-7420
                                           Kansas Bar Number 13162
                                           Mona.Furst@usdoj.gov

## CERTIFICATE OF SERVICE

On this 5th day of April 2022, a copy of the foregoing was served upon stand-by counsel listed on the Electric Case Filing (ECF) System and the Defendant via certified mail to

Brandon Fellows
Inmate #377943
1901 D Street SE
Washington, DC 20003

                                    /s/ *Mona Lee M. Furst*
                                      MONA LEE M. FURST
                                      Assistant United States Attorney
                                      Detailee – Federal Major Crimes
                                      Kansas Bar No. 13162
                                      United States Attorney's Office
                                      1200 Epic Center, Suite 1200
                                      Wichita, Kansas 67202
                                      Mobile No. (316) 269-6537