

U.S. Department of Justice

MATTHEW M. GRAVES
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

January 28, 2022

**HAND DELIVERED**

Brandon Fellows
Inmate #377943
c/o Kimberlee Smith OR Ingrid Washington
1901 D Street SE
Washington, DC 20003

      Re:    Pro Se Discovery 4 in *United States v. Brandon Fellows*
               Case No. 21-cr-83 TNM

Mr. Fellows:

Enclosed you will find a DVD containing the following documents:

- Global Production 10 letter and production which was produced on January 14, 2022. Follow the instructions in the "_READ ME – How to view this production" in order to view the contents.

      The Government will continue to provide individual discovery as it becomes available in addition to any future global discovery that you are allowed to view with supervision.   If you have any questions, please feel free to contact me at mona.furst@usdoj.gov or 316-269-6537.

                    Sincerely,

                    /s/ *Mona Lee M. Furst*

                    Mona Lee M. Furst
                    Assistant United States Attorney

Enclosure(s)
cc: Joseph Conte

## Obi, Ngozichukwuka (USADC) [Contractor]

**From:**          Furst, Mona (USADC)
**Sent:**          Friday, February 4, 2022 9:13 AM
**To:**            Joseph R. Conte (dcgunlaw@gmail.com)
**Subject:**       Fellows Pro Se Discovery 4_1.28.22.
**Attachments:**   Pro Se Discovery 4_1.28.22.pdf; 2022.01.14 Discovery Vol 10.FINAL.pdf; DC Jail Litigation Support Unit
                   Cover Letter.pdf


Mr. Conte –
       We have dispatched for hand delivery to the DOC Litigation Unit the attached Discovery production 4,
which includes Global Discovery 10 and contents.
Please let me know if you have any questions.



Regards,

Mona Lee M. Furst
Assistant United States Attoreny
Senior Litigation Counsel
District of Kansas
Detailed to the District of Columbia
1200 Epic Center | 301 N. Main | Wichita, Kansas 67202
Direct line: 316-269-6537



AUSA:  Mona Lee M. Furst
Made Available January 28, 2022
Return to GEOFFREY K. GORUP

## DEPARTMENT OF JUSTICE RECEIPT

Re:     United States v. Brandon Fellows
        Case No. 21-CR-83-TNM

I hereby acknowledge receipt of one DVD in connection with the above-referenced

prosecution.  I understand it is the responsibility of the Department of Corrections for the District

of Columbia to make the materials contained in the thumb drives available to Mr. Fellows in

accordance with current policies and procedures.

_____2|9|22_____                      _____
Date                                       Printed Name:

Hand Delivered by:

Name Printed:  _Mark Fitzgerald_