

U.S. Department of Justice

MATTHEW M. GRAVES
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

February 22, 2022

Brandon Fellows
Inmate #377943
1901 D Street SE
Washington, DC 20003

  Re: Pro Se Discovery 6 in *United States v. Brandon Fellows*
    Case No. 21-cr-83 TNM

Mr. Fellows:

  Enclosed you will find a memorandum regarding the status of discovery as of February 9, 2022. Also enclosed is a motion requesting to file under seal an exhibit intended to be filed in the court directed response to your pro se motion regarding access to court violations. The order directing the government to respond is also included. Finally, enclosed is a notice of discovery that will be filed in the court on February 22, 2022 outlining what discovery has been provided to both your standby counsel and you.

  The Government will continue to provide individual discovery as it becomes available in addition to any future global discovery that you are allowed to view without supervision.  If you have any questions, please feel free to contact me at mona.furst@usdoj.gov or 316-269-6537.

             Sincerely,

             /s/ *Mona Lee M. Furst*
             Mona Lee M. Furst
             Assistant United States Attorney

Enclosure(s)
cc: Joseph R. Conte

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70200090000073055002

Remove ✕

Your item was picked up at a postal facility at 10:19 am on February 28, 2022 in WASHINGTON, DC 20024.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

February 28, 2022 at 10:19 am
WASHINGTON, DC 20024

Feedback

Get Updates ⌄

| Text & Email Updates | ⌄ |
|---|---|
| Tracking History | ⌄ |
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback