**Obi, Ngozichukwuka (USADC) [Contractor]**

| | |
|---|---|
| **From:** | Joseph Conte <dcgunlaw@gmail.com> |
| **Sent:** | Saturday, March 12, 2022 12:39 PM |
| **To:** | Furst, Mona (USADC) |
| **Cc:** | Miller, Emily (USADC); Obi, Ngozichukwuka (USADC) [Contractor] |
| **Subject:** | Re: [EXTERNAL] Re: Brandon Fellows discovery from USAFx |

Mss. Furst and Miller:

Below is a print screen of the material I am sending Mr. Fellows on a thumb drive.  Please let me know if this is all you intended that I send him.



On Thu, Mar 10, 2022 at 1:01 PM Furst, Mona (USADC) <Mona.Furst@usdoj.gov> wrote:

Well I hope the trial goes ok and thank you.


Regards,


Mona Lee Furst

SLC/AUSA

District of Kansas

Detailee – District of Columbia

Direct line:316-269-6537

1

**From:** Joseph Conte <dcgunlaw@gmail.com>
**Sent:** Thursday, March 10, 2022 10:21 AM
**To:** Furst, Mona (USADC) <MFurst@usa.doj.gov>
**Cc:** Miller, Emily (USADC) <EMiller2@usa.doj.gov>; Obi, Ngozichukwuka (USADC) [Contractor] <NObi@usa.doj.gov>
**Subject:** [EXTERNAL] Re: Brandon Fellows discovery from USAFx

Ms. Furst:

Will do on Saturday.  I am in trial today/tomorrow.

On Thu, Mar 10, 2022 at 8:53 AM Furst, Mona (USADC) <Mona.Furst@usdoj.gov> wrote:

Mr. Conte-
I learned Friday that Mr. Fellows is unable to open encrypted discovery we sent to him in December. The jail's IT people and ours are consulting on the problem.

However, would you please put the discovery I provided to you on USAfx onto a disk or thumb drive and deliver it to the DOC Litigation Unit. At least he will have that to review.

Please put Mr. Fellows name and DOC number on the cover letter and address the envelope to him again with the DOC number in care of DOC Litigation Unit, Kymberlee Smith and Ingrid Washington, at the 1901 D. Street address for the jail.

Thank you for your help.

Regards,

Mona Lee Furst

Senior Litigation Counsel

Detailed to DC USAO

District of Kansas

cell: 316-213-7420

--

Joseph R. Conte

Law Office of J.R. Conte

400 Seventh St., N.W., #206

Washington, D.C. 20004

Phone:  202.638.4100

Email:  dcgunlaw@gmail.com

_____

NOTICE: Unless otherwise specified, the contents of this transmission are strictly confidential. They may involve privileged attorney-client communications or work product and are intended to be received by the recipient(s) specified above, and no one else. The receipt, appropriation, or use of the information transmitted above by anyone other than the designated recipient(s) is unintended and strictly forbidden. If this message reaches anyone other than the intended recipient(s), or his/her/their authorized representative(s), please notify us of the error immediately and ask for instructions concerning its proper disposition.

--
Joseph R. Conte
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:  202.638.4100
Email:  dcgunlaw@gmail.com
_____

NOTICE: Unless otherwise specified, the contents of this transmission are strictly confidential. They may involve privileged attorney-client communications or work product and are intended to be received by the recipient(s) specified above, and no one else. The receipt, appropriation, or use of the information transmitted above by anyone other than the designated recipient(s) is unintended and strictly forbidden. If this message reaches anyone other than the intended recipient(s), or his/her/their authorized representative(s), please notify us of the error immediately and ask for instructions concerning its proper disposition.

**Obi, Ngozichukwuka (USADC) [Contractor]**

| | |
|---|---|
| **From:** | Furst, Mona (USADC) |
| **Sent:** | Saturday, March 12, 2022 1:14 PM |
| **To:** | Joseph R. Conte (dcgunlaw@gmail.com) |
| **Subject:** | CCTV and BWC Re: Brandon Fellows discovery from USAFx |

If you are sending the contents of all the Pro Se Discovery in the folder, the BWC is in a separate folder:

All Files > **U.S. v. Fellows (Pro Se Discovery)**

| Name | Updated ⌄ |
|---|---|
| BWC | Feb 20, 2022 by Mona Furst |
| CNN and WNYT video news reports | Feb 16, 2022 by Mona Furst |

CCTV is under Pro Se Discovery 1.

Thank you again.

All Files > U.S. v. Fellows (Pro Se Discovery) > **Pro Se Discovery 1**

| Name | Updated ⌄ |
|---|---|
| dlive.tv Baked Alaska video | Feb 16, 2022 by Mona Furst |
| CCTV - HIGHLY SENSITIVE | Feb 16, 2022 by Mona Furst |
| TikTok | Feb 16, 2022 by Mona Furst |
| Motion to Use Testimony | Feb 16, 2022 by Geoffrey Gorup |
| Discovery 26 | Feb 16, 2022 by Geoffrey Gorup |
| Signed receipt_Fellows thumb drives DC Jail.pdf | Feb 16, 2022 by Geoffrey Gorup |
| Pro Se Discovery 1_12.9.21.pdf | Feb 16, 2022 by Geoffrey Gorup |
| Green Receipt (Pro Se 1).pdf | Feb 16, 2022 by Geoffrey Gorup |

Regards,

Mona Lee Furst
SLC/AUSA
District of Kansas
Detailee – District of Columbia
Direct line:316-269-6537

---

**From:** Furst, Mona (USADC)
**Sent:** Saturday, March 12, 2022 12:00 PM
**To:** Joseph Conte <dcgunlaw@gmail.com>
**Cc:** Obi, Ngozichukwuka (USADC) [Contractor] <NObi@usa.doj.gov>
**Subject:** RE: [EXTERNAL] Re: Brandon Fellows discovery from USAFx

Hi Mr. Conte -  please send him the CCTV and the one BWC video also. I want him to have as much as possible.  He has signed the Attachment A.
Thank you very much.

Regards,

Mona Lee Furst
SLC/AUSA
District of Kansas
Detailee – District of Columbia
Direct line:316-269-6537

---

**From:** Joseph Conte <dcgunlaw@gmail.com>
**Sent:** Saturday, March 12, 2022 11:39 AM
**To:** Furst, Mona (USADC) <MFurst@usa.doj.gov>
**Cc:** Miller, Emily (USADC) <EMiller2@usa.doj.gov>; Obi, Ngozichukwuka (USADC) [Contractor] <NObi@usa.doj.gov>
**Subject:** Re: [EXTERNAL] Re: Brandon Fellows discovery from USAFx

Mss. Furst and Miller:

Below is a print screen of the material I am sending Mr. Fellows on a thumb drive.  Please let me know if this is all you intended that I send him.



On Thu, Mar 10, 2022 at 1:01 PM Furst, Mona (USADC) <Mona.Furst@usdoj.gov> wrote:

> Well I hope the trial goes ok and thank you.
>
>
> Regards,
>
>
> Mona Lee Furst
>
> SLC/AUSA
>
> District of Kansas
>
> Detailee – District of Columbia
>
> Direct line:316-269-6537
>
> ---
>
> **From:** Joseph Conte <dcgunlaw@gmail.com>
> **Sent:** Thursday, March 10, 2022 10:21 AM
> **To:** Furst, Mona (USADC) <MFurst@usa.doj.gov>
> **Cc:** Miller, Emily (USADC) <EMiller2@usa.doj.gov>; Obi, Ngozichukwuka (USADC) [Contractor] <NObi@usa.doj.gov>
> **Subject:** [EXTERNAL] Re: Brandon Fellows discovery from USAFx
>
>
> Ms. Furst:
>
>
> Will do on Saturday.  I am in trial today/tomorrow.
>
>
> On Thu, Mar 10, 2022 at 8:53 AM Furst, Mona (USADC) <Mona.Furst@usdoj.gov> wrote:
>
>> Mr. Conte-
>> I learned Friday that Mr. Fellows is unable to open encrypted discovery we sent to him in December. The jail's IT people and ours are consulting on the problem.
>>
>>
>> However, would you please put the discovery I provided to you on USAfx onto a disk or thumb drive and deliver it to the DOC Litigation Unit. At least he will have that to review.

3

Please put Mr. Fellows name and DOC number on the cover letter and address the envelope to him again with the DOC number in care of DOC Litigation Unit, Kymberlee Smith and Ingrid Washington, at the 1901 D. Street address for the jail.


Thank you for your help.


Regards,

Mona Lee Furst

Senior Litigation Counsel

Detailed to DC USAO

District of Kansas

cell: 316-213-7420



--

Joseph R. Conte

Law Office of J.R. Conte

400 Seventh St., N.W., #206

Washington, D.C. 20004

Phone:  202.638.4100

Email:  dcgunlaw@gmail.com

_____

NOTICE: Unless otherwise specified, the contents of this transmission are strictly confidential. They may involve privileged attorney-client communications or work product and are intended to be received by the recipient(s) specified above, and no one else. The receipt, appropriation, or use of the information transmitted above by anyone other than the designated recipient(s) is unintended and strictly forbidden. If this message reaches anyone other than the intended recipient(s), or his/her/their authorized representative(s), please notify us of the error immediately and ask for instructions concerning its proper disposition.

--
Joseph R. Conte
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:  202.638.4100
Email:  dcgunlaw@gmail.com
_____

NOTICE: Unless otherwise specified, the contents of this transmission are strictly confidential. They may involve privileged attorney-client communications or work product and are intended to be received by the recipient(s) specified above, and no one else. The receipt, appropriation, or use of the information transmitted above by anyone other than the designated recipient(s) is unintended and strictly forbidden. If this message reaches anyone other than the intended recipient(s), or his/her/their authorized representative(s), please notify us of the error immediately and ask for instructions concerning its proper disposition.

**Obi, Ngozichukwuka (USADC) [Contractor]**

| | |
|---|---|
| **From:** | Joseph Conte <dcgunlaw@gmail.com> |
| **Sent:** | Thursday, March 24, 2022 9:04 AM |
| **To:** | Furst, Mona (USADC) |
| **Cc:** | Miller, Emily (USADC); Obi, Ngozichukwuka (USADC) [Contractor] |
| **Subject:** | Re: [EXTERNAL] Re: Brandon Fellows discovery from USAFx |
| **Attachments:** | LTR AUSA 20220324.pdf; LTR AUSA 20220324 ATT 1.pdf |

Ms. Furst:

Please see attached.

On Mon, Mar 14, 2022 at 11:06 PM Furst, Mona (USADC) <Mona.Furst@usdoj.gov> wrote:
> Mr. Conte-
> Thank you for the help on this. Can you let me know exactly what you you are sending and when you send it, please.
> The laptop and discovery given to Mr. Fellows at the jail the end of February has apparently gone missing.  Between
> you and I we can recreate what he was given.
>
> Regards,
> Mona Lee Furst
> Senior Litigation Counsel
> Detailed to DC USAO
> District of Kansas
> cell: 316-213-7420
>
>
>> On Mar 12, 2022, at 11:41 AM, Joseph Conte <dcgunlaw@gmail.com> wrote:
>>
>>
>> Mss. Furst and Miller:
>>
>> Below is a print screen of the material I am sending Mr. Fellows on a thumb
>> drive.  Please let me know if this is all you intended that I send him.



On Thu, Mar 10, 2022 at 1:01 PM Furst, Mona (USADC) <Mona.Furst@usdoj.gov> wrote:

> Well I hope the trial goes ok and thank you.
>
>
> Regards,
>
>
> Mona Lee Furst
>
> SLC/AUSA
>
> District of Kansas
>
> Detailee – District of Columbia
>
> Direct line:316-269-6537
>
>
> ___
>
> **From:** Joseph Conte <dcgunlaw@gmail.com>
> **Sent:** Thursday, March 10, 2022 10:21 AM
> **To:** Furst, Mona (USADC) <MFurst@usa.doj.gov>
> **Cc:** Miller, Emily (USADC) <EMiller2@usa.doj.gov>; Obi, Ngozichukwuka (USADC) [Contractor] <NObi@usa.doj.gov>
> **Subject:** [EXTERNAL] Re: Brandon Fellows discovery from USAFx
>
>
> Ms. Furst:

Will do on Saturday.  I am in trial today/tomorrow.


On Thu, Mar 10, 2022 at 8:53 AM Furst, Mona (USADC) <Mona.Furst@usdoj.gov> wrote:

Mr. Conte-
I learned Friday that Mr. Fellows is unable to open encrypted discovery we sent to him in December. The jail's IT people and ours are consulting on the problem.


However, would you please put the discovery I provided to you on USAfx onto a disk or thumb drive and deliver it to the DOC Litigation Unit. At least he will have that to review.


Please put Mr. Fellows name and DOC number on the cover letter and address the envelope to him again with the DOC number in care of DOC Litigation Unit, Kymberlee Smith and Ingrid Washington, at the 1901 D. Street address for the jail.


Thank you for your help.


Regards,

Mona Lee Furst

Senior Litigation Counsel

Detailed to DC USAO

District of Kansas

cell: 316-213-7420



--

Joseph R. Conte

Law Office of J.R. Conte

400 Seventh St., N.W., #206

Washington, D.C. 20004

Phone:  202.638.4100

Email:  dcgunlaw@gmail.com

_____

NOTICE: Unless otherwise specified, the contents of this transmission are strictly confidential. They may involve privileged attorney-client communications or work product and are intended to be received by the recipient(s) specified above, and no one else. The receipt, appropriation, or use of the information transmitted above by anyone other than the designated recipient(s) is unintended and strictly forbidden. If this message reaches anyone other than the intended recipient(s), or his/her/their authorized representative(s), please notify us of the error immediately and ask for instructions concerning its proper disposition.

--
Joseph R. Conte
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:  202.638.4100
Email:  dcgunlaw@gmail.com
_____

NOTICE: Unless otherwise specified, the contents of this transmission are strictly confidential. They may involve privileged attorney-client communications or work product and are intended to be received by the recipient(s) specified above, and no one else. The receipt, appropriation, or use of the information transmitted above by anyone other than the designated recipient(s) is unintended and strictly forbidden. If this message reaches anyone other than the intended recipient(s), or his/her/their authorized representative(s), please notify us of the error immediately and ask for instructions concerning its proper disposition.

--
Joseph R. Conte
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:  202.638.4100
Email:  dcgunlaw@gmail.com
_____

NOTICE: Unless otherwise specified, the contents of this transmission are strictly confidential. They may involve privileged attorney-client communications or work product and are intended to be received by the recipient(s) specified above, and no one else. The receipt, appropriation, or use of the information transmitted above by anyone other than the designated recipient(s) is unintended and strictly forbidden. If this message reaches anyone other than the intended recipient(s), or his/her/their authorized representative(s), please notify us of the error immediately and ask for instructions concerning its proper disposition.

# JOSEPH R. CONTE
### LAW OFFICE OF J.R. CONTE
### 400 SEVENTH ST., N.W. #206
### WASHINGTON, D.C. 20004-2240

**Joseph R. Conte**                                             *telephone*     *202.638.4100*
*Member District of Columbia Bar*                      *fax*             *202.628.0249*
*Member Virginia Bar*                                        *email* *dcgunlaw@gmail.com*

<u>Of Counsel</u>
**Robert E. Sanders**

March 24, 2022


<u>**VIA EMAIL ONLY**</u>[1]

Ms. Mona Furst
Mr. Thomas A. Gillice

> Re:   *United States of America v. Brandon Fellows*
>          *Case No. 1:21-CR-00083-TNM-1*

Dear Ms. Furst and Mr. Gillice:

   I apologize for the delay in responding to your email.  I just finished a trial in the EDVA and preparing for another.

   I sent Mr. Fellows a thumb drive with the discovery on March 12.  As of yesterday, he has not received it.  Therefore, I have copied all the discovery I have received and have forewarned it to him today via Priority Mail.

   I have attached screen shots of all the files on that hard drive.

Sincerely,

Joseph R. Conte

Digitally signed by Joseph R.
Conte
Date: 2022.03.24 09:00:27
-04'00'

_____
Joseph R. Conte

Enclosure (as indicated)

JRC/jc

_____
[1] mona.furst@usdoj.gov, thomas.gillice@usdoj.gov

LTR AUSA 20220324 22/03/24 08:59







**Obi, Ngozichukwuka (USADC) [Contractor]**

| | |
|---|---|
| **From:** | Joseph Conte <dcgunlaw@gmail.com> |
| **Sent:** | Monday, April 4, 2022 3:56 PM |
| **To:** | Furst, Mona (USADC) |
| **Subject:** | [EXTERNAL] Brandon Fellows |

Ms. Furst,

Per our conversation a new attorney will be entering his appearance this week as Stand-by attorney for Mr. Fellows.  Below is the screen shot of the USPS inquiry of the hard drive I sent to Mr. Fellows on March 30, 2022.



--
Joseph R. Conte
Law Office of J.R. Conte
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:  202.638.4100
Email:  dcgunlaw@gmail.com
_____

NOTICE: Unless otherwise specified, the contents of this transmission are strictly confidential. They may involve privileged attorney-client communications or work product and are intended to be received by the recipient(s) specified above, and no one else. The receipt, appropriation, or use of the information transmitted above by anyone other than the designated recipient(s) is unintended and strictly forbidden. If this message reaches anyone other than the intended recipient(s), or his/her/their authorized representative(s), please notify us of the error immediately and ask for instructions concerning its proper disposition.