

U.S. Department of Justice

MATTHEW M. GRAVES
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

March 23, 2022

**HAND DELIVERED**

Brandon Fellows
Inmate #377943
c/o Kimberlee Smith OR Ingrid Washington
1901 D Street SE
Washington, DC 20003

      Re:    Pro Se Discovery 8 in *United States v. Brandon Fellows*
                Case No. 21-cr-83 TNM
                Reproduction of Pro Se Discovery 1-5 plus Govt Resp. to ECF 58-1

Mr. Fellows:

      Enclosed you will find one (1) thumb drive containing the following documents. The password is **USAOdc21-cr-083**. Instructions were sent to the DOC Litigation Unit to provide you to access the thumb drive.

**Government ECF 75, Response to Pro Se Motion ECF 58-1:**

**Body Worn Camera footage:**


(Clip_1.1)_20210106-FELONY_RIOTING-U.S._CAPITOL_BUILDING.mp4


Fellows on Joubert BWC 16 11 22 zone A2.JPG

**CNN and WNYT video new reports**



Pro Se Discovery 1:



This sub folder contains:
- 5 USCP Surveillance videos which are Highly Sensitive:



This subfolder contains:
- Discovery 26:



This subfolder contains:



This subfolder contains the data from the Search warrant for your TikTok account.

**Pro Se Discovery 2:**

- 266T-AL-3370869_0000009.pdf
- 266T-AL-3370869_0000009_1A0000002_0000001.pdf
- 266T-AL-3370869_0000009_1A0000002_0000002_Redacted.pdf
- 266T-AL-3370869_0000009_1A0000002_0000003.pdf
- 266T-AL-3370869_0000022.pdf
- 266T-AL-3370869_0000022_1A0000014_0000001.pdf
- 266T-AL-3370869_0000029_1A0000008_0000001_redacted.pdf
- 266T-AL-3370869_0000029_1A0000008_0000002_redacted.pdf
- 266T-AL-3370869_0000029_redacted.pdf
- 266T-AL-3370869_0000030_redacted.pdf
- 266T-AL-3370869_0000031_redacted.pdf
- 266T-AL-3370869_0000032_redacted.pdf
- 266T-AL-3370869_0000055.pdf
- 266T-AL-3370869_0000055_1A0000031_0000001.mp4

- CTF Legal Mail Form 10-28-21_Redacted.pdf
- CTF Legal Mail Form 11-11-21_Redacted.pdf
- CTF Legal Mail Form 11-12-21_Redacted.pdf
- CTF Legal Mail Form 11-16-21_Redacted.pdf
- CTF Legal Mail Form 11-23-21_Redacted.pdf
- CTF Legal Mail Form 11-30-21_Redacted.pdf
- CTF Legal Mail Form 11-4-21_Redacted.pdf
- CTF Legal Mail Form 11-5-21_Redacted.pdf
- CTF Legal Mail Form 12-1-21_Redacted.pdf
- CTF Legal Mail Form 12-7-21_Redacted.pdf
- Pro Se Discovery 2_12.16.21.pdf
- Serial 8_1A_01_01_Brandon pic 3_Redacted.pdf
- Serial 8_1A_01_02_ Brandon pics 2_Redacted.pdf
- Serial 8_1A_01_03_Brandon pics.pdf
- Signed receipt_Fellows CD DCjail.pdf

**Pro Se Discovery 3:**

- Att A signed by Fellows.pdf
- Doc 65 - Notice of Filing Pro Se Discovery Correspondence.pdf
- ECF 66 - Signed Attachment A.pdf
- Pro Se Discovery 3_1.7.22.pdf
- RE_ eDiscovery for Brandon Fellows.msg
- Screenshot 1.JPG
- Screenshot 2.JPG
- Screenshot 3.JPG
- Screenshot 4.JPG
- Screenshot 5.JPG
- Screenshot 6.JPG
- What to send Fellows_12.17.2021.Discovery Volume 9.FINAL.docx
- What to send Fellows_12.17.2021.Discovery Volume 9.FINAL.pdf

**Pro Se Discovery 4:**

- 2022.01.14 Discovery Vol 10.FINAL.pdf
- Fellows 2-9-22 DC Jail.pdf
- Pro Se Discovery 4_1.28.22.pdf

**Pro Se Discovery 5:**

- 2022.02.03 Discovery Vol 11.FINAL.pdf
- Document Index DOJCB_011.pdf
- Pro Se Discovery 5_2.7.22 mlf.pdf

**Videos from other Defendants depicting Fellows:**



- VID_20210106_151204 (Fellows).mp4
- VID_254651103_160804_760.mp4

6


US v_ Fellows Pro Se discovery provided in USAfx.msg

      The Government will continue to provide individual discovery as it becomes available in addition to any future global discovery that you are allowed to view with supervision.   If you have any questions, please feel free to contact me at mona.furst@usdoj.gov or 316-269-6537.

                Sincerely,

                /s/ *Mona Lee M. Furst*
                Mona Lee M. Furst
                Assistant United States Attorney

Enclosure(s)
cc: Joseph R. Conte, Esq.

# Obi, Ngozichukwuka (USADC) [Contractor]

| | |
|---|---|
| **From:** | Furst, Mona (USADC) |
| **Sent:** | Wednesday, March 23, 2022 11:48 AM |
| **To:** | Joseph R. Conte (dcgunlaw@gmail.com) |
| **Cc:** | Ngozichukwuka (USADC) Obi [Contractor] (NObi@usa.doj.gov) |
| **Subject:** | US v. Fellows Production 8 sent to the DOC Litigation Unit |
| **Attachments:** | 3-23-2022.pdf; Pro Se Discovery 8_3.23.22.pdf; McAfee Instructions.pdf; Wallet Drive Illustration.pdf |

Mr. Conte,

    I have attached the letter sent with discovery Production 8 to Mr. Fellows, along with the receipt by the jail and the instructions on opening the thumb drive.

    Please let me know if you have any questions.

Regards,

Mona Lee Furst
SLC/AUSA
District of Kansas
Detailee – District of Columbia
Direct line:316-269-6537

**Subject:** RE: Head's up about more eDiscovery for Brandon Fellows

The eDiscovery was delivered to DC Jail Investigator Eddy Miranda today by S/A Sean Ricardi.
See attached receipt.

Thanks


# Mark Fitzgerald
*Special Agent*
*Acting District Office Security Manager (DOSM)*



U.S. Department of Justice

MATTHEW M. GRAVES
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

March 9, 2022

Brandon Fellows
Inmate #377943
1901 D Street SE
Washington, DC 20003

      Re:    Government's Response to Defendant's Motion ECF 58-1
              in *United States v. Brandon Fellows*
              Case No. 21-cr-83 TNM

Mr. Fellows:

      Enclosed you will find a response (with attachments Exhibits A-G) to your pro se motion regarding access to court violations, filed as ECF 58-1.  Your standby counsel, Mr. Joseph R. Conte, was emailed the Response and a copy of your Motion, ECF 58-1, on

      The Government will continue to provide individual discovery as it becomes available in addition to any future global discovery that you are allowed to view without supervision.   If you have any questions, please feel free to contact me at mona.furst@usdoj.gov or 316-269-6537.

                                                   Sincerely,

                                                   /s/ *Mona Lee M. Furst*
                                                   Mona Lee M. Furst
                                                   Assistant United States Attorney

Enclosure(s)
cc: Joseph R. Conte

# Obi, Ngozichukwuka (USADC) [Contractor]

| | |
|---|---|
| **From:** | Furst, Mona (USADC) |
| **Sent:** | Monday, March 7, 2022 6:29 PM |
| **To:** | Joseph R. Conte (dcgunlaw@gmail.com) |
| **Cc:** | Ngozichukwuka (USADC) Obi [Contractor] (NObi@usa.doj.gov) |
| **Subject:** | US. v. Fellows - Response to pro se Motion 58-1 and sealed exhibits |
| **Attachments:** | ECF 75 - AMENDED Gov't Resp to Pro Se Motion ECF 58-1_03.07.2022.pdf; Exhibit B-Under Seal.pdf; ECF 58 - Pro Se Motions.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | Joseph R. Conte (dcgunlaw@gmail.com) | |
| | Ngozichukwuka (USADC) Obi [Contractor] (NObi@usa.doj.gov) | |
| | Obi, Ngozichukwuka (USADC) [Contractor] | Read: 3/7/2022 6:39 PM |

Hello Mr. Conte,

    I have filed the response as directed by the Court's minute order of February 14, 2022 to Mr. Fellows December Motion EFC 58-1. The motion was filed under seal and I don't know if you have a copy. I have attached that defendant's motion, and my amended response ( amended because I forgot to put the Exhibit A, B, etc  marker sheets in between to delineate the exhibits), and then Exhibit B, which was filed under seal.

     As his standby counsel, please make sure that Mr. Fellows gets a copy of my response as soon as possible so he can provide a meaningful reply should he choose to do so.

    I anticipate having the Deputy Director of Administration at the April 14 hearing to assist in answering some of the Court's questions.

    Let me know if you have any questions.

Regards,

Mona Lee M. Furst
Assistant United States Attorney
Senior Litigation Counsel
District of Kansas
Detailed to the District of Columbia
1200 Epic Center | 301 N. Main | Wichita, Kansas 67202
Direct line: 316-269-6537

1



AUSA: Mona Lee M. Furst
Made Available March 23, 2022
Return to NGOZI OBI

## DEPARTMENT OF JUSTICE RECEIPT

Re:   United States v. Brandon Fellows
      Case No. 21-CR-83-TNM

I hereby acknowledge receipt of one (1) thumb drive in connection with the above-referenced prosecution. I understand it is the responsibility of the Department of Corrections for the District of Columbia to make the materials contained in the thumb drives available to Mr. Fellows in accordance with current policies and procedures.

_3/23/22_
Date

Printed Name: _Eddy C. Miranda_

Hand Delivered by:

Name Printed: _SA Sean Ricardi_