| | |
|---|---|
| **From:** | Furst, Mona (USADC) |
| **To:** | Joseph R. Conte (dcgunlaw@gmail.com) |
| **Cc:** | Gorup, Geoffrey (USADC) |
| **Subject:** | US v. Fellows Pro Se discovery provided in USAfx |
| **Date:** | Wednesday, February 16, 2022 3:27:02 PM |
| **Attachments:** | image001.png |

Mr. Conte –

    The CCTV and some other items from the various 5 pro se discovery sent to Mr. Fellows has been put into a folder for you to review.  Not everything sent to Mr. Fellows or his prior counsel are included.

Nor is Global discovery which you have access to through Relativity.  Most of the Global discovery materal was sent to Mr. Fellows via the jail, except for Sensitive and Highly Sensitive materials.

    I also added two videos from other defendants that show Mr. Fellows in Senator Merkley's office, smoking marijuana.  Below is a link to YouTube where a walk through was filmed of the office after Jan. 6th.

    I also provided news interviews on CNN and WNYT of your interview.  These were provided previously but for your ease of access I have included them in the folder.

https://www.facebook.com/watch/?v=222464836136603

This is a screen shot of the subfolders.

- 📁 CNN and WNYT video news reports
- 📁 Pro Se Discovery 1
- 📁 Pro Se Discovery 2
- 📁 Pro Se Discovery 3
- 📁 Pro Se Discovery 4
- 📁 Pro Se Discovery 5
- 📁 Videos from other Defendants depicting Fellows

Regards,

Mona Lee M. Furst

Assistant United States Attorney
Senior Litigation Counsel
District of Kansas
Detailed to the District of Columbia
1200 Epic Center | 301 N. Main | Wichita, Kansas 67202
Direct line: 316-269-6537

**Obi, Ngozichukwuka (USADC) [Contractor]**

| | |
|---|---|
| **From:** | Furst, Mona (USADC) |
| **Sent:** | Sunday, February 20, 2022 2:02 PM |
| **To:** | Joseph R. Conte (dcgunlaw@gmail.com) |
| **Cc:** | Geoffrey Gorup (USAMOW) (GGorup@usa.doj.gov) |
| **Subject:** | US v. Fellows BWC of Fellows outside |

Mr. Conte –

I added a BWC folder with a clip from an officer where Mr. Fellows is seen briefly. I also included a screen shot with the time mark on it so you can look for that on the video.



Regards,

Mona Lee M. Furst
Assistant United States Attorney
Senior Litigation Counsel
District of Kansas
Detailed to the District of Columbia
1200 Epic Center | 301 N. Main | Wichita, Kansas 67202
Direct line: 316-269-6537

1



U.S. Department of Justice

MATTHEW M. GRAVES
United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

March 9, 2022

Brandon Fellows
Inmate #377943
1901 D Street SE
Washington, DC 20003

      Re:    Government's Response to Defendant's Motion ECF 58-1
               in *United States v. Brandon Fellows*
               Case No. 21-cr-83 TNM

Mr. Fellows:

      Enclosed you will find a response (with attachments Exhibits A-G) to your pro se motion regarding access to court violations, filed as ECF 58-1.  Your standby counsel, Mr. Joseph R. Conte, was emailed the Response and a copy of your Motion, ECF 58-1, on

      The Government will continue to provide individual discovery as it becomes available in addition to any future global discovery that you are allowed to view without supervision.   If you have any questions, please feel free to contact me at mona.furst@usdoj.gov or 316-269-6537.

                                                         Sincerely,

                                                         /s/ *Mona Lee M. Furst*
                                                         Mona Lee M. Furst
                                                         Assistant United States Attorney

Enclosure(s)
cc: Joseph R. Conte

# Obi, Ngozichukwuka (USADC) [Contractor]

| | |
|---|---|
| **From:** | Obi, Ngozichukwuka (USADC) [Contractor] |
| **Sent:** | Tuesday, March 8, 2022 4:14 PM |
| **To:** | dcgunlaw@gmail.com |
| **Cc:** | Furst, Mona (USADC) |
| **Subject:** | Cover letter for US. v. Fellows - Response to pro se Motion 58-1 and sealed exhibits |
| **Attachments:** | Pro Se production _ Govt Resp to ECF 58-1.pdf |

Good afternoon, Mr. Conte,

Here is the cover letter to go along with Govt Resp to ECF 58-1 documents that were emailed March 7th.

Please make sure that Mr. Fellows get this cover letter in addition to the gov't response. Please let us know if you have any questions.

Thank you,
Ngozi Obi