# Obi, Ngozichukwuka (USADC) [Contractor]

| | |
|---|---|
| **From:** | Furst, Mona (USADC) |
| **Sent:** | Thursday, February 3, 2022 1:56 PM |
| **To:** | Joseph R. Conte (dcgunlaw@gmail.com); Ubong Akpan; Montserrat A Fernandez; Steve Brennwald; Joni Robin; David Bos; wlw wwelchattorney.com; Law Office Of Richard S. Stern; Heather Shaner; Kira Anne West (kiraannewest@gmail.com); Dani Jahn; Ann C. Flannery; Steven Roy Kiersh (skiersh@aol.com); Perry DeMarco Sr; John Machado |
| **Cc:** | Geoffrey Gorup (USAMOW) (GGorup@usa.doj.gov) |
| **Subject:** | Capitol Breach cases - Global Production 11 on USAfx |
| **Attachments:** | 2022.02.03 Discovery Vol 11.FINAL.pdf |

Good afternoon,
     Please see the attached letter for the global discovery now available on USAfx, Relativity and Evidence.com.  This pertains to the following cases.
Please let me know if you have any questions.

US v. Brandon Fellows
US v. Kevin Strong
US v Robert Packer
US v. Jonathan Sanders
US v Nicole Prado
US v Mark Aungst and Tammy Bronsburg
US v Michael Eckerman
US v Kirstyn Niemela and Stefanie Chiguer
US v Jackson Kostolsky
US v Andrew Wrigley
US v Richard Michetti
US v Isaac Yoder

Regards,

Mona Lee M. Furst
Senior Litigation Counsel
District of Kansas
Detailed to the District of Columbia
1200 Epic Center | 301 N. Main | Wichita, Kansas 67202
Direct line: 316-269-6537

# Obi, Ngozichukwuka (USADC) [Contractor]

| | |
|---|---|
| **From:** | Furst, Mona (USADC) |
| **Sent:** | Sunday, March 6, 2022 12:01 PM |
| **To:** | Joseph R. Conte (dcgunlaw@gmail.com) |
| **Cc:** | Ngozichukwuka (USADC) Obi [Contractor] (NObi@usa.doj.gov) |
| **Subject:** | United States v. Brandon Fellows 21 CR 83  Global Discovery 12 |
| **Attachments:** | 2022.03.04 Discovery Vol 12.FINAL.pdf; Document_Index.COMBINED.DOJCB_013.pdf; Document_Index.COMBINED.DOJCB_013.xlsx |

Counsel -

Attached is the letter outlining new materials put into the defense platforms of Relativity and Evidence.com for Global Discovery 12. The USAfx folder contains the indexes of the documents produced for all productions as well as the two attached, which covers only this production.

Please provide the discovery to Mr. Fellows.

Regards,

Mona Lee M. Furst
Assistant United States Attorney
Senior Litigation Counsel
District of Kansas
Detailed to the District of Columbia
1200 Epic Center | 301 N. Main | Wichita, Kansas 67202
Direct line: 316-269-6537

**Obi, Ngozichukwuka (USADC) [Contractor]**

| | |
|---|---|
| **From:** | Furst, Mona (USADC) |
| **Sent:** | Monday, April 4, 2022 1:07 PM |
| **To:** | Joseph R. Conte (dcgunlaw@gmail.com) |
| **Subject:** | FW: Capitol Breach cases - Global Production 13 on USAfx |
| **Attachments:** | 2022.04.01 Discovery Vol 13.FINAL.pdf |

Mr Conte,

    Please provide these materials to Mr. Fellows.

Regards,

Mona Lee Furst
SLC/AUSA
District of Kansas
Detailee – District of Columbia
Direct line:316-269-6537

---

**From:** Obi, Ngozichukwuka (USADC) [Contractor]
**Sent:** Monday, April 4, 2022 10:33 AM
**To:** Perry DeMarco Sr <perrysr@perrydemarco.com>; hasconpc@aol.com; chris@adamsbischoff.com; guy.womack@usa.net; sfbrennwald@cs.com; kiraannewest@gmail.com; hhsesq@aol.com; pcooper@petercooperlaw.com; johnlmachado@gmail.com; wlw@wwelchattorney.com; david_bos@fd.org; dcgunlaw@gmail.com; david@lawbdl.com; jpierce@johnpiercelaw.com; Ronna_Holloman-Hughes@fd.org; rssjrg@erols.com
**Cc:** Nicole cubbage <cubbagelaw@gmail.com>; Montserrat_A_Fernandez@fd.org; Furst, Mona (USADC) <MFurst@usa.doj.gov>
**Subject:** Capitol Breach cases - Global Production 13 on USAfx

Dear Counsel,

    On behalf of AUSA Mona Furst, attached is the letter from the Government's discovery team outlining global production 13 for Capitol breach cases. As with this production, all future global discoveries will be produced solely through the Relativity or evidence.com defense databases.  A link to the USAfx folder containing the global discoveries has been or will be sent to you by AUSA Furst.  If you have any questions, please, do not hesitate to contact us.

Best,
Ngozi Obi