# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 1:21-cr-00083-TNM |
| | ) | |
| **BRANDON FELLOWS,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION *PRO HAC VICE* OF RYAN JOSEPH-GENE MARSHALL

Pursuant to Local Civil Rule 83.2(d), William L. Shipley, Jr., a member of the bar of this Court and counsel for Defendant, hereby moves for the admission *pro hac vice* of Ryan Joseph-Gene Marshall; in the above-captioned case. In support of this motion, the undersigned states as follows:

1. I am a member in good standing of the Bar of this Court.

2. Mr. Marshall is an attorney residing in Uniontown, Pennsylvania where he practices remotely.

3. Asset forthin the attached declaration, Mr. Marshall is an active member in good standing of the state bar of California as a provisionally licensed attorney. (PL-560767).

4. Mr. Marshall does not wish to be admitted generally, but for the purposes of this case only.

   WHEREFORE, movant respectfully requests that the Court enter an order permitting Ryan Joseph-Gene Marshall to appear *pro hac vice* in the above-captioned case.

Date: April 11, 2022                                   Respectfully Submitted,

/s/ William L. Shipley
William L. Shipley
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

I, John M. Pierce, hereby certify that on this day, April 11, 2022, I caused a copy of the

foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ William L. Shipley
William L. Shipley

**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Case No. 1:21-cr-00083-TNM |
| | ) | |
| **BRANDON FELLOWS,** | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF RYAN JOSEPH-GENE MARSHALL IN SUPPORT FOR
ADMISSION TO PRACTICE *PRO HAC VICE***

I, Ryan Joseph-Gene Marshall, hereby certify under penalty of perjury that the following is true and correct:

1. I reside in Uniontown, Pennsylvania where I practice remotely.

2. I am an active member in good standing of the state bar of California as a provisionally licensed attorney. (SBN (PL-560767)).

3. I have never been disciplined by any court, and no disciplinary proceedings are pending against me.

4. During the past two years, I have applied and been granted admission *pro hac vice* in:

    (1) *United States v. David Mehaffie* Case No 21-cr-00040TNM

5. I am familiar with the Local Rules of this Court, the provisions of the Judicial Code (Title 25 U.S.C.) which pertains to the jurisdiction of and practice in the United States District Courts, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct.

Dated: April 11, 2022                         Respectfully Submitted,


                                              /s/ Ryan Joseph-Gene Marshall
                                              Ryan Joseph-Gene Marshall, Esq.
                                              (PL-560767)