# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No. 1:21-cr-00083-TNM |
| ) | |
| **BRANDON FELLOWS,** ) | |
| ) | |
| Defendant. ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Brandon Fellows

Dated: April 11, 2022                                     Respectfully Submitted,


/s/ Ryan Joseph-Gene Marshall
Ryan Joseph-Gene Marshall, Esq.
(PL-560767)
Tel: (424) 285-4943
Email: Ryan9374@gmail.com

## **CERTIFICATE OF SERVICE**

    I, Ryan Joseph-Gene Marshall, hereby certify that on this day, April 11, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ Ryan Joseph-Gene Marshall
Ryan Joseph-Gene Marshall
