```
1              UNITED STATES DISTRICT AND BANKRUPTCY COURTS
                      FOR THE DISTRICT OF COLUMBIA
2

3    UNITED STATES OF AMERICA        Criminal No.  21-cr-00083

4          v.                        Washington, D.C.

5    BRANDON FELLOWS                  January 7, 2022

6              Defendant.            11:15 a.m.

7    ------------------------/

8                   TRANSCRIPT OF STATUS HEARING
                BEFORE THE HONORABLE TREVOR MCFADDEN
9                   UNITED STATES DISTRICT JUDGE

10   APPEARANCES:

11   For the Government:  United States Attorney's Office
                          By: MONA FURST, ESQUIRE
12                        301 North Main
                          Suite 1200
13                        Wichita, Kansas  67052

14                        United States Attorney's Office
                          By: THOMAS GILLICE, ESQUIRE
15                        555 4th Street, NW
                          Washington, D.C. 22205
16

17   For the Defendant:   Federal Public Defender
                          By: CARA HALVERSON, ESQUIRE
18                        625 Indiana Avenue, NW
                          Suite 550
19                        Washington, D.C. 20004

20

21   Court Reporter       Lisa K. Bankins RMR FCRR RDR
                          United States District Court
22                        District of Columbia
                          333 Constitution Avenue, NW
23                        Washington, D.C. 20001

24

25   Proceedings recorded by mechanical stenography,
     transcript produced by notereading.
```

```
1                   P R O C E E D I N G S
2           (This proceeding was conducted via Zoom.)
3               THE COURTROOM DEPUTY:  Your Honor, this is
4    Criminal Case 21-83, United States of America versus
5    Brandon Fellows.  Can the parties please identify
6    yourselves for the record, starting with the government?
7               MS. FURST:  Good morning, Your Honor.  Mona
8    Furst, Assistant United States Attorney representing the
9    United States.
10              THE COURT:  Good morning, Ms. Furst.
11              MS. HALVERSON:  Cara Halverson as stand-by
12   counsel for Mr. Fellows.
13              THE COURT:  Good morning, Ms. Halverson.  And,
14   Mr. Fellows, I know you're on the line there.  You can
15   hear us all right?  Mr. Fellows, if you responded, I think
16   you're still on mute.  Mr. Fellows, we can't hear you.
17              THE DEFENDANT:  Sorry.  I have to notify
18   somebody when I want it muted and unmuted.  I just would
19   like to ask in person court next time.  This is
20   ridiculous.  Not your fault.  Just -- yes.  So I'm going
21   to tell them to mute it again.
22              THE COURT:  Well, why don't we try keeping you
23   unmuted?
24              THE DEFENDANT:  Okay.
25              THE COURT:  So, you know, we are doing this
```

```
1    virtually --
2              (The court reporter interrupted.  The Court's
3    audio was interrupted due to the background noise at the
4    jail.)
5              THE COURT:  Why don't we just look for a date in
6    person?  How about -- well, I guess, Ms. Furst, I mean I'm
7    wondering how quickly you can get here.  The Court is
8    available next Wednesday or Thursday.
9              MS. FURST:  Wednesday, the 12th, Your Honor, or
10   Thursday, the 13th.
11             THE COURT:  Yes, ma'am.
12             MS. FURST:  I can try, Your Honor.  I will talk
13   to my travel people as soon as we get off the phone.  If
14   not (inaudible).
15             THE DEFENDANT:  Ms. Furst cut out.
16             THE COURT:  Ms. Furst, I mean I can look to
17   later in the month.  You want to do January 20th?
18             MS. FURST:  Your Honor, I think that would work
19   better if you don't mind.  I think also because Mr.
20   Fellows is in the unit that's quarantined right now, I
21   think that's the reason,isn't it, that we are doing it by
22   phone.
23             THE COURT:  Well, there's multiple reasons.  The
24   federal government is shut down here in D.C. today because
25   of snow on top of everything else.  I'm in the courthouse.
```

1    But we're dealing with multiple obstacles.  Mr. Fellows,

2    can you hear better now?

3              THE DEFENDANT:  Yes.

4              THE COURT:  All right.  Well, why don't we get

5    started and see how far we can go and if we need to

6    reschedule this, we can.  But it sounds like you are

7    hearing better.

8              So I'll tell you what I have on my list today.

9    I wanted to see where we are on discovery, wanted to make

10   sure that Mr. Fellows has his contact lenses, wanted to

11   address his motion regarding access to the court and the

12   government's request for the -- his statements at a

13   hearing to be admissible, also Ms. Halverson's motion to

14   withdraw and then talk about setting a trial date.

15             Mr. Fellows, is there anything in there that you

16   prefer to handle in person rather than doing over the

17   phone?

18             THE DEFENDANT:  Well, besides paying attention

19   better and being more observant in person, you know, I

20   have motions that I, you know, obviously as I've shared in

21   the past I can't get to the court.  So I do have responses

22   that would save the Court time rather than me having to

23   talk about what's already written in a lot more

24   disorganized fashion.  So obviously, I have that.  And I

25   have that in regards to more access court violations I

1    have that in regards to Ms. Furst's motion to admit my

2    evidence or my testimony into evidence as well as a

3    response to Ms. Halverson's request to be replaced

4    essentially.  And if -- oh, and the denial of the calling

5    the witnesses.  Then I had obviously an appeal to this

6    Court.  Well, a further appeal.  I thought I already

7    appealed it verbally.  But this is a written appeal for

8    that and why I think it should be allowed.

9            So I do have those ready.  I obviously can't

10   hand them to you or to the Court.  But, you know, I can

11   address whatever -- I can definitely address the contacts.

12   I have them.  I got them December 30th and I believe, yes,

13   I believe a couple of days later, I got the or maybe

14   that's the day I got my contact lens cases.  So that's

15   finally taken care of.

16            THE COURT:  Great.  Okay.  That's good to hear.

17   On the motion for the admissibility of your statements, we

18   won't deal with that today.  I would like to see your

19   written response.

20            Ms. Furst, why don't you tell me where things

21   stand in terms of discovery?

22            MS. FURST:  Your Honor, we will.  Ms. Halverson

23   and I have been in communications just now.  Mr. Fellows

24   has (inaudible).

25            (The court reporter interrupted again because of

1     the inability to hear due to the jail background noise.)

2              THE COURT:  Ms. Furst?

3              MS. FURST:  Yes.  Mr. Fellows has told Ms.

4     Halverson he did receive the thumb drive with discovery

5     that the Federal Public Defender had delivered.  So he has

6     received that.  On December 22nd, we delivered three thumb

7     drives to the Department of Corrections Litigation Unit.

8     We hand delivered them and we got receipts for them which

9     we attached to our notice of discovery which is Document

10    65 that we filed on December 22nd.  And that document will

11    be sent to Mr. Fellows.  It's already being mailed today

12    along with Global Discovery 9 to Mr. Fellows on a thumb

13    drive again to be hand delivered.

14              We had also delivered on the three USB's the

15    CCTV that has him in it.  This is the footage that he had

16    been asking for.  So we sent it on the three thumb drives.

17              Now, judge, I don't know if you are aware, there

18    are two people that work in the litigation unit, one is

19    out sort of indefinitely on leave and the other one I

20    think only comes in once or twice a week and those are the

21    people that prepare the laptops and get the laptops and

22    the discovery to the defendant.

23              So in the past it's been a -- maybe a two or

24    three week delay.  It could be longer now, Your Honor.  I

25    asked for the jail discovery sheet.  The latest one we

1    have is December 23rd.  So I know he has not yet received

2    our discovery, but it is in the jail.

3            And as I said, part of that discovery was Global

4    Discovery 1 through 8 except for the items that will be

5    available on the inmate platform at the Evidence.com and

6    that platform is close to being ready.  The government has

7    already transferred everything to the inmate platform that

8    we had already put on the defense counsel platform and

9    Emily Miller met with the Federal Public Defender

10   management yesterday about this and they are getting it

11   ready for the inmates.  The inmates will then have access

12   to the Evidence.com platform.  They will be able to search

13   and view, but they will not be able to share or download.

14           So he's got everything or he will have

15   everything in the Global Discovery 1 through 9 except for

16   what he can access on Evidence.com and then there are 42

17   files with Metro Police internal investigation reports

18   that are not redacted and are highly sensitive.  And then

19   there is a camera map of the Capitol grounds that's

20   designated highly sensitive.

21           And so I have told Ms. Halverson if she remains

22   on the case that these are items that I would ask that she

23   supervise while he goes through those.  And the M.P.D.

24   internal investigation reports, Your Honor, are not

25   redacted and so that's a problem.  I don't want him to be

1    able to write anything down and disseminate it.

2           Let me see what else.  As you know, the jail is

3    in a medical stay right now.  And I think that's all I've

4    got.

5           The relativity platform, they're still meeting

6    about that.  I think staffing is going to be an issue.

7    They have a -- although the computers were ordered and

8    they are expected around January 30th, they are still

9    working with the jail I think to have a room available and

10   then we have to figure out staffing so when the inmates

11   are looking at that platform.

12          But as far as Mr. Fellows is concerned between

13   what public defender has sent to him and what we have sent

14   to him, he should have everything specific to his case,

15   including witness interviews, his TikTok, his Facebook and

16   that's the status of discovery right now, Your Honor.

17          THE COURT:  Okay.  So, Ms. Furst, am I correct

18   in thinking then that everything has gone over to defense

19   other than kind of the relativity platform that you are

20   still working on with the jail.  Is that accurate?

21          MS. FURST:  Your Honor, that's accurate.  I have

22   given -- every time a global discovery comes out, I send

23   it to Ms. Halverson and then she can access it either on

24   Evidence.com to defense platform or USAfx.  But I am also

25   sending it on USB to Mr. Fellows at the jail.

1          THE COURT:  Okay.  Okay.  So I want to hear from

2     Mr. Fellows in a moment.  But to avoid the issues with

3     mute, do you have any knowledge that he's actually had a

4     laptop -- been able to look at any of this?

5          MS. FURST:  According to the jail sheet and

6     according to Mr. Fellows' conversation with Ms. Halverson,

7     I believe he has had the opportunity to look at the thumb

8     drive that the defense sent and that thumb drive is

9     everything that I had given Ms. Halverson, which she fully

10    represented him except for sensitive and highly sensitive

11    documents.  But she may able to speak better to that since

12    she had the conversation with Mr. Fellows.

13         THE COURT:  Okay.  Ms. Halverson, can you add

14    anything to this?

15         MS. HALVERSON:  Not particularly, Your Honor.

16    Her representation is correct.  This is Cara Halverson, by

17    the way.  We're telephonically.  Her representation is

18    correct.  I spoke to Mr. Fellows via video call and I

19    believe he said that he had received the thumb drive and I

20    do believe he said he had the laptop delivered to him.  So

21    I -- we can ask him specifically.  He obviously would have

22    more intimate knowledge about what the jail has and has

23    not given him to date.

24         THE COURT:  Okay.  Mr. Fellows, can you ask

25    someone to unmute you?

1           THE DEFENDANT:  Hello.

2           THE COURT:  All right.  Welcome back,

3    Mr. Fellows.

4           THE DEFENDANT:  Thank you.

5           THE COURT:  Do you have -- yeah.  Anything you

6    want to add to that?  And I'm specifically interested in

7    whether you have been able to get a laptop?

8           THE DEFENDANT:  Yeah.  There's actually -- I'm

9    actually surprised.  It's been very accurate so far.  So,

10   yeah, I've gotten a laptop.  I got one USB thumb drive

11   which had some, not all information from my one phone that

12   the government has had for almost a year now.  A lot of it

13   were copies, but I was able to take down some good

14   information that I kind of had forgotten about.  And,

15   yeah, I'm just waiting for the -- you know, it wasn't

16   really anything that I didn't know specifically because it

17   was mostly from my phone.

18          But, oh, one thing I did want to mention is for,

19   you know, as you noticed if you remember on the form that

20   I gave you with a bunch of signatures stating, you know,

21   the laptop situation not always, you know, as accurate at

22   the jail here, I did get it.  Unfortunately, you know,

23   I've been here a little longer and they haven't requested

24   to take the laptop back.  But when I was originally given

25   the laptop, it was dead and without a charger.  It took me

1    about four days to be able to get a charger for that and

2    while I was doing that, I just wanted to put this on the

3    record.  We all have different laptops here, different

4    models.  So it's not that we can share information unless

5    you give us thumb drives.  So without the thumb drive,

6    it's, you know, not -- you don't get to view anybody

7    else's stuff.  And fortunately, another inmate here was

8    kind enough to let me borrow a laptop during those four

9    days that I wasn't -- that I did not have a laptop.  And

10   that laptop was taken from me and until I finally

11   complained.  Now that person is still looking to get it

12   back.  That's J.B. from California.  Just wanted to state

13   that, that he was helping me be able to actually view my

14   discovery with that because of the jail not providing a

15   way to access it the first few days until I made an issue

16   about it verbally for like five days in a row.  So I just

17   wanted to state that.

18           But, yeah, overall, I've gotten it.  I'm just

19   waiting on the stuff that Ms. Furst said she sent to the

20   jail.  Obviously, the jail is very slow operating even

21   without this COVID hype.  So I'm just kind of waiting for

22   that to go over.  It's never going to end.

23           THE COURT:  Okay.  Thank you, Mr. Fellows.  I

24   think this kind of leads into your filing regarding access

25   to the court.  You've stated a number of violations here.

1    It seems to me that some of these things have hopefully

2    been resolved.  You know (inaudible) to review discovery.

3    At this point, what are you concerned about in terms of

4    your ability to prepare for trial if anything?

5              THE DEFENDANT:  Well, I finally got to see I

6    think what seven months it's been.  Perhaps I'll have all

7    my discovery, you know, a year after arrest.  Perhaps

8    that's in the next, what, nine days.  Besides those two

9    huge things, I think, you know, the jail is continually

10   slowing us down.  We're on lockdown.  You know, I finally

11   got a shower for the first time in ten days yesterday, all

12   in the name of COVID which, by the way, we all got more

13   than a week ago and it's all been gone.  We all were sick

14   for about two to three days, all of us, and we're fine

15   now.

16             And, you know, we are still on lockdown.  Now I

17   typically sit because there's not a comfortable desk.  You

18   are either are in your bed or you're, you know, outside of

19   your room.  Not being allowed outside of our room, that's

20   kind of obviously inhibiting me to be able to write, to be

21   able to read, to be able to research.  You just kind of

22   lay there like a dying senior citizen.  It's not really a

23   healthy lifestyle.

24             But besides that, I don't have a totally

25   organized list of things right here because, you know, you

1      have a lot of my complaints.  I have other complaints to

2      hand in since then.  But, yeah, I'd say overall I mean

3      just inhibited research here.

4              I'll just again point out that Ms. Furst said, I

5      could sign a piece of paper and accept something that I

6      didn't do when the police allowed me to go in and I could

7      go home.  So she doesn't think I'm a danger.  I'd be happy

8      to go to a halfway house, just throwing it out there,

9      where I could actually be in more control of being able to

10     research and prepare for my case.

11             Obviously, I've mentioned handwriting takes

12     forever.  I'm from the typing generation.  I like to type.

13     It's a lot faster organizing.  And, you know, I've already

14     faced more severe punishment than, for instance, I think

15     his name was -- one of your clients that you dealt with on

16     the 13th of December, who got two years probation.  Very,

17     very similar case to mine.  If not, I think he's also more

18     intense than me upon reading his paperwork.  So on the

19     20th, I'd like to also --

20             Oh, one other thing.  On the 20th, I finally got

21     some new evidence to showcase that Ms. Furst and her

22     witnesses were lying.  I wanted obviously Ms. Halverson to

23     seek these out.  But I finally got it into the jail and

24     I'd like to happily present that to the Court

25     substantiating my claims in a furtherance of again trying

```
1    to open up the bond, you know, perhaps reopening a bond
2    hearing and saving the government lots of money since
3    apparently, we get $350 a day from the marshals to be
4    here.  I don't think that's an inadequate use of
5    resources.  But overall, I can't think of anything else.
6    I'm sure I'll have something else to present to you on the
7    20th when I'm more organized.
8            THE COURT:  Okay.  So in terms of your bond
9    issue, I'm sure that (inaudible) --
10           THE DEFENDANT:  I'm sorry.  You broke up there.
11           THE COURT:  So Mr. Fellows, I said you have an
12   appeal to the D.C. Circuit on your bond.  That's probably
13   something directed to that to the extent you're seeking to
14   appeal my bond determination --
15           THE DEFENDANT:  This is new evidence.
16           THE COURT:  I'm glad you got access to a
17   computer and obviously, I mean the COVID situation has
18   made it harder for all of us to go about our normal
19   processes.  And I know the jail has been facing more
20   issues than most.  But certainly happy to continue
21   monitoring that and make sure that you're able to get
22   access to discovery and research.
23           THE DEFENDANT:  Oh, Your Honor, may I say one
24   thing?  I forgot one thing.  I think in there I also put
25   in motions, you know, for you to do essentially nothing
```

1    that you haven't done before, that you have done with I

2    think it was a church in D.C. versus Bowser.  I think it

3    was something Hill -- Baptist Hill Church or something.

4              THE COURT:  Capitol Hill Baptist Church.

5              THE DEFENDANT:  Yes.  That case.  So this isn't

6    something that you haven't done before.  At the very least

7    obviously that perhaps you've heard, you know, that we're

8    not being treated as pretrial detainees all in the name of

9    COVID or early on because we were Trump supporters.  It

10   would mean a lot to me and a lot of other people.  It

11   would help us deal with the stress and abuse that the D.C.

12   Jail has put us under to be able to finally get church

13   services like the rest of the people.

14             We hear people singing, you know, Allah Akbar.

15   So we know that, you know, they are having the mosque

16   open.  So, you know, a lot of us here would be happy to be

17   able to go church.

18             A lot of us -- I personally -- you saw my hair

19   shorter.  It didn't get shorter by a haircut the last time

20   you saw me.  I literally burned it off and ripped it out

21   like a crazy person because we're not allowed -- so we

22   didn't have someone paid to do that.

23             So those are just two of the main examples of,

24   you know, ways that you could stand up for civil rights,

25   stand up for civil rights which it seems like on your past

1   cases you definitely stood up for people's civil rights

2   and I appreciate that.  I definitely would love to be able

3   to go to church and have other civil rights that I think

4   are duly afforded to us.  You know, you could just kind of

5   look over those soon.  It's been almost a year to

6   actually -- for some people, it's been a year without

7   church services, seeing family and that would mean a lot

8   to us, make it a lot less, you know, terrible in here.

9           THE COURT:  Okay.  So my understanding is right

10  now that the jail is under quarantine because of the

11  Omicron.  So I don't think I'm going to be able to order

12  church services right now regardless there.  But I'll ask

13  Ms. Furst to be prepared to address that at our very next

14  court hearing whether or not the defendants are getting

15  access to religious services.

16          THE DEFENDANT:  Thank you.

17          THE COURT:  So why don't we talk about Ms.

18  Halverson's motion to withdraw?  Mr. Fellows, are you

19  asking for Ms. Halverson to step back from this case?

20          THE DEFENDANT:  Not yet, Your Honor.  And I have

21  that again in full writing.  If you'd like, I can give you

22  a quick brief overview and by brief, I mean probably four

23  or five minutes.  Otherwise, we can wait until the 20th.

24  But not right away.

25          THE COURT:  All right.  So I mean I'll tell you

1    you've made allegations that she's been ineffective, that

2    she is lying to you, lying to me, whathaveyou.  I,

3    frankly, find those difficult to believe.

4            I mean the way I typically handle this with

5    somebody who is represented is I would be willing to

6    consider appointing a new person to represent you.  But

7    I'll tell you, we don't do kind of merry-go-round with

8    defense counsel.  At some point you either deal with the

9    one you are assigned or just represent yourself.  But I

10   don't -- we're not going to be kind of cycling through

11   multiple defense counsel here.  You're in kind of an

12   unusual situation in which you already represent yourself.

13           I'm honestly kind of inclined just to grant her

14   motion to withdraw from the case and have you deal with

15   this by yourself.  I'm certainly not going to continue to

16   appoint new people to represent you.  So do you believe

17   that she has provided ineffective assistance of counsel to

18   you?

19           THE DEFENDANT:  So the answer is yes.  But if I

20   could give more detail, I understand why you would be

21   confused and obviously that lead-in to you not potentially

22   right away believing me.  But it's not as simple as that.

23   You know, I would like to give more reasoning if possible,

24   but I'd like to hear from you.

25           THE COURT:  Well, I mean if you're saying that

1    she's been ineffective, I think the appropriate response

2    is to grant her motion to withdraw and we'll just go from

3    there.

4              THE DEFENDANT:  Yeah.  I think the Court should

5    hear a full context before it makes that decision because

6    I totally understand why you are saying that.  I do.  I

7    fully get it.  Could I give a quick overview brief on why

8    I request not to -- okay.

9              So I totally understand that.  And, you know, if

10   I were, you know, a judge, I'm not, I would say this

11   person is claiming to -- that this person has been

12   ineffective and yet, they want to keep the attorney.  Why

13   would that be?  Well, it wouldn't make sense unless it

14   were fully spelled out for me.  And so I try to keep it,

15   you know, kind of a surprise for the Court and when I

16   tried to call Ms. Halverson up to the stand on 10-12-21,

17   now that had a -- not only was it a surprise, obviously,

18   the first goal that the Court was made aware of at that

19   time was that I was seeking for her to corroborate my

20   story.  And I hear why would she corroborate my story?

21   Well, not that it means anything.  But, you know, as we've

22   seen from Ms. Furst, but she also has signed a code of

23   ethics.  So supposedly less likely to lie.  But the bigger

24   thing is just as I operate in my businesses, I audio

25   record phone calls.  Ms. Halverson knew that.  So that

1    would kind of serve as a extra reason for her not to lie

2    on there.

3            So besides corroborating the story though, the

4    second surprise -- so there was a two-prong thing.  That

5    was the first part.  But the second part that the Court

6    didn't know and Ms. Halverson didn't know was that I was

7    also going to then after getting that favorable testimony,

8    I was going to showcase that Ms. Halverson was

9    constructively -- I call it constructively ineffective

10   because it made no sense to me a lot of these things that

11   she was -- not only sometimes purposefully running into

12   when I literally warned her.  Hey, don't say this.  This

13   is not my defense.  Hey, you should address this.  It

14   wasn't addressed.  But certain things came up to me that

15   kind of alluded to -- and I think I just briefly touched

16   on them in there that kind of made me think maybe this is

17   because, you know, she is of a different political

18   ideology than me.  And I say that just because, you know,

19   I consider -- I don't know her political affiliation, but

20   one could assume somebody's hatred of police officers as

21   she has described on a recorded phone call.  This is not

22   allegations.  Notice she didn't say these are false.  She

23   said these are untenable -- these are allegations because

24   they are not false.

25           So obviously, these things started worrying me

1    and so I was put between a rock and a hard place, Your

2    Honor.  I, of course, am not a lawyer.  I didn't want to

3    represent myself.  But I also was in my mind, I thought to

4    myself, I need to get -- I need to be able to defend

5    myself and I also wanted to keep Ms. Halverson on the case

6    because, well, I was going to eventually present this

7    stuff to the Court and she was the only person that's been

8    in here since the beginning.  So I felt it was kind of

9    like an insurance policy me having these recordings.  And

10   I said all right, well, I made her aware of this shortly

11   after the 12th.  And so when she says it's untenable,

12   well, she knew exactly what I was dealing with and we came

13   to -- I essentially gave Ms. Halverson an ultimatum.  I

14   said Ms. Halverson, I'm tired of you construct --

15   essentially, I blame you for why I'm in here.  I know that

16   you could have presented evidence on the first hearing,

17   the second hearing, third hearing -- I'm referring to

18   revocation hearing -- and you didn't present that

19   evidence.

20           On top of that, you tried to get me to lie and

21   say that Donald Trump told me to storm the Capitol.

22   That's not the case.  Maybe that's how some people feel.

23   That's not what happened with me.  Police told me I would

24   not get arrested.  I've shared that since day one.  Now it

25   also troubled me because that's kind of a narrative that

1    has been pushed by the opposing side.

2            So I gave her an ultimatum because I've been

3    told by the marshals.  I'm very friendly with the

4    marshals.  I get along with them.  They're funny.  And I

5    talk to people and they said that she's known as one of

6    the best.  So I was troubled and I stuck with her for a

7    while.  And I said, Ms. Halverson, I think you are a good

8    attorney.  Perhaps this is just getting in the way.  I

9    want to give you a chance.  I will not present those

10   recordings if you will start -- you know, if you will

11   essentially start doing your job.  I wasn't asking her to

12   do much.  Just do her job.  And from there, her type A

13   personality totally dropped.  And she was like, of course,

14   Mr. Fellows, I'm so sorry about this.  I'll donate things

15   to you right away.  And what's huge here -- and I'm

16   wrapping this up -- what's huge here is that she wouldn't

17   send documents to me of her -- via a courier.  Her excuse

18   was at the time and I remember this exact quote, she said

19   that you are your own attorney now, Mr. Fellows, and your

20   attorney is very expensive.  It's probably near a thousand

21   dollars to get a courier.  And so she wouldn't send me

22   certain things.  She wouldn't come collect it all in the

23   name of COVID.  And I said, well, there's people

24   vaccinated here.  And then all of a sudden, within 48

25   hours after that conversation, I had a giant stack of

1    papers that I was finally looking for to prepare certain

2    motions and it was there within 48 hours.  So that I kind

3    of took that as a, all right, we're going to begin anew

4    again.

5            Unfortunately -- this is closing to wrap it

6    up -- I had already written certain things, but again the

7    deal was that I wouldn't present the audio recordings of

8    her radical view on all cops are -- this is a quote --

9    "all cops are bastards and their kids have been bullied in

10   middle school" or the conversation of -- one of the many

11   conversations she pushes many times as her trying to push

12   for Donald Trump -- for me to say that Donald Trump told

13   me to go into the Capitol.  Obviously, that's a clear

14   breaking of the code of ethics.  And you should have seen

15   the worry on her face.  You know, she was tearing up.  But

16   I don't say this with pride.  I say that she realized how

17   bad she screwed up.  And I gave her -- I'm a very

18   forgiving person.  I gave her an opportunity to do that.

19   And I let her know I was going to call you to the stand to

20   prove these things.  But I would like to offer you because

21   people have said you are a good attorney.  I don't want

22   the Public Defender's Office to lose a good attorney.  I

23   think this would result in you getting fired.

24           And things went well for I think about three or

25   four weeks and then she saw in my motions that I had

1    brought it up, but those motions were written prior to our

2    conversation.  And I -- of course, part of the deal was I

3    wouldn't present it.  So she said it's untenable, but this

4    is not something that she didn't know.  If it was

5    untenable me saying these things and feeling this way,

6    then she would have said, oh, I've got to withdraw.

7            And the main reason I was trying to keep her --

8    obviously, this is the Court's first time with me

9    outwardly saying that that was my goal.  That was why I

10   pushed for an evidentiary hearing.  Obviously, maybe I

11   should have, you know, made it more clear.  I think

12   besides that though, I understand why the Court said no

13   because it felt like I had been represented well.  But, of

14   course, I was trying to not share that with the Court.  I

15   was trying to kind of have an element of surprise to it.

16   And unfortunately, that wasn't presented and obviously,

17   that's why I also would take issue not -- go ahead.

18            THE COURT:  Go ahead.

19            THE DEFENDANT:  Okay.  Almost done.  All right.

20   I'm going to finish.  I'm going to finish.  I'm going to

21   finish.

22            So my main goal to wrap this up is I was trying

23   to call Ms. Halverson to the stand, corroborate my story

24   and then prove the ineffectiveness of counsel.  I felt

25   like until then that these recordings kind of -- I saw

1    that she was finally starting to do her job and so I felt

2    safe keeping her.  Eventually, I was going to look to

3    replace her.  But I thought to myself, why make the judge

4    work harder to write a subpoena to call her to the stand

5    as a witness because in my understanding was most circuits

6    that I've read about on this very, you know, similar

7    issues, not exactly the same issue, in fact none of them

8    had the same issue, but when a client claims ineffective

9    assistance of counsel I've read that take a plea, the

10   Court conducts an evidentiary hearing which is why I

11   obviously sought to have an evidentiary hearing.  Now the

12   Court knows.  So I guess that kind of wraps up my thing as

13   far as detail in person.  But obviously, I'd like to

14   present it to the Court prior to the Court ruling on it.

15           THE COURT:  So it sounds to me like you want to

16   keep her on so that you can show she was ineffective.  Is

17   that what you are saying, Mr. Fellows?

18           THE DEFENDANT:  Officially, yeah.  I'm just

19   waiting for the time to be able to call her to the stand

20   and present that evidence because obviously that's a

21   pretty big deal for why I was, you know, put in this

22   position, why I wasn't, you know, adequately defended

23   leading up to this and, you know, had the many lies that

24   the prosecution pointed out.  So, yes, that was the main

25   goal.  Yes.

1           THE COURT:  Okay.  So I don't think that's an

2      appropriate reason to keep Ms. Halverson on.  As I have

3      said before, I gave you an opportunity to testify without

4      her.  And then despite her recommendations to the

5      contrary, I think you just made things worse for yourself.

6           THE DEFENDANT:  Oh, that wasn't actually true,

7      Your Honor.  I just wanted to update --

8           THE COURT:  Mr. Fellows, it's my turn to talk

9      now.  So I am going to grant Ms. Halverson's motion to

10     withdraw.

11          Mr. Fellows, are you asking me to assign

12     somebody else to be stand-by counsel to you or do you want

13     to represent yourself alone?

14          THE DEFENDANT:  I would like stand-by counsel,

15     but I also would like for the future if you're going to

16     dismiss her, I'd like to be able to call her to the stand

17     because if you care about the truth, if you care about

18     misconduct, then the Court should be interested in

19     investigating something like that, especially if it's been

20     to the detriment of me.  I'm supposed to be upon the Sixth

21     Amendment have the right to be able to have counsel.  I

22     wasn't given counsel.  I was given a radical leftist who

23     was purposely messing up my case.  I'd like to at least

24     present that and have the opportunity to call her later

25     and, you know, essentially answer to this.

```
1              THE COURT:  All right.  Well, there is certainly
2    service of process opportunities to compel somebody's
3    testimony who no longer represents you.  But obviously, I
4    have a very hard time seeing how any alleged ineffective
5    assistance of counsel is going to change your current
6    situation.
7              So I'm going to -- well, Ms. Furst, do you have
8    a position on whether I should be assigning Mr. Fellows'
9    another stand-by counsel?
10             MS. FURST:  Your Honor, I think assigning
11   another stand-by counsel would be a good way to protect
12   him from himself, frankly.
13             THE COURT:  All right.  I am going to take this
14   under advisement.  I do think we should set a trial date
15   though.  This case is almost a year old and my trial
16   calendar is filling up.  And since Mr. Fellows is
17   incarcerated, I do want to try to find a date -- set a
18   date here.
19             Ms. Furst, are you available on July 5th?
20             MS. FURST:  July 10th, Your Honor?
21             THE COURT:  July 5th.
22             MS. FURST:  July 5th.  Yes, Your Honor.
23             THE COURT:  Okay.  Mr. Fellows, I'm inclined to
24   set a trial date on July 5th.  I'm happy to hear from you
25   if you have an objection to that.
```

1          THE DEFENDANT:  At this point I'd like to kind

2     of wait on that because I still -- you know, I'd be

3     essentially talking about the future.  I haven't gotten

4     all my discovery obviously for nearly a year.  I wasn't

5     even given proper counsel.  I know you're for some reason

6     saying you don't really believe that even though you

7     haven't seen the evidence.  I'm a little troubled by that.

8     But I'd prefer to wait until I have all the answers --

9     until I have all the discovery.  I can't answer that, you

10    know, adequately and you are going to -- you know, you are

11    going to set it when you want overall.  So I guess I would

12    kind of object to the trial date right now.  Obviously, I

13    understand why though.  Your trial date is filling up or

14    your trial calendar is filling up.  So I understand the

15    rush.  And trust me, I'd love to be able to present my

16    case.  But I want to be able to have all my discovery and

17    just to be able to write, be able to move around to write.

18    I just finally got to be able to see.  So I'm just trying

19    to catch up with things and I'm still behind most citizens

20    who are given adequate representation.  Unfortunately, I

21    was given representation that was not adequate.  So yeah.

22          THE COURT:  Okay.  So, Mr. Fellows, really,

23    believe me, I am trying to do this for your benefit to,

24    you know, set a trial sooner rather than later.  I will

25    hold off if that's what you want me to do, but I want you

1    to realize that this likely means that your trial is going

2    to be in the fall or later.  If you decide a month from

3    now, all right, now I'm ready for the trial, it's not like

4    I can do it the next week.  You understand that it will be

5    months down the road and then I really have almost

6    back-to-back trials.  So I really am inclined to move this

7    along for your benefit.  But if you prefer that I wait,

8    then I will wait.

9            THE DEFENDANT:  I would prefer to wait.

10   Obviously, I said this in the past.  Ms. Furst doesn't

11   think that I'm a danger.  So I would like to, you know,

12   obviously decide the appeal that's in there.  I've got new

13   evidence to open something up.  So I'd like to welcome the

14   ability to save the, you know, government money.

15   Apparently, they have already spent over $70,000 on

16   housing me in here.  I could save them money going to a

17   halfway house or being on bond.  I've turned myself in

18   every time.  I've shown up every time.  I'd like to be

19   able to present that in the future.

20           But yes, now I want to make sure that I'm

21   totally prepared and perhaps even get an actual counsel

22   eventually to kind of help the Court not have to deal with

23   me and also so that way, you know, I'm a little bit better

24   protected not against myself as Ms. Furst cunningly tried

25   to suggest, but from the government because the government

1    has been totally tyrannical and overstepping its bounds

2    continuously.  And in Ms. Furst's case, lying and not

3    getting punished for it, but I hope to present that soon.

4    So I'm cool with waiting is what I'm saying.

5            THE COURT:  All right.  Well I, will hold off

6    (inaudible.)  All right.  I think the only thing left for

7    me to do today is pick a (inaudible) date.  Ms. Furst?

8            MS. FURST:  Your Honor, again this is Mona

9    Furst.  I have one more thing I'd like to put on the

10   record before we set the new date, Your Honor, and that

11   has to do with the defendant's phone.  If I may?

12           THE COURT:  Okay.

13           MS. FURST:  He had mentioned that we got

14   information, data from his phone.  However, we haven't

15   been able to get into his phone.  We seized it pursuant to

16   a search warrant January 16th when he was arrested.  And

17   we sent it to the Computer Analysis Team, the CART Team to

18   be analyzed and the examiner did begin to try to download

19   it and to analyze it, but in the process of putting it

20   into the motion to do that, it was locked.  And the user

21   can remotely wipe or lock the device remotely from their

22   Apple ICloud account.  And so when the examiner went to

23   try to get into the phone, there was a phrase that popped

24   up that said the founding fathers would be ashamed of you

25   or something to that effect.

1          And then on February 11th of 2021, the defendant

2   called and spoke with the task force officer assigned to

3   the case in New York and the defendant told the officer

4   that he had provided his password for his ICloud account

5   to a friend in order to wipe or lock the phone.

6          THE DEFENDANT:  Incorrect.

7          MS. FURST:  So, Your Honor, now in his motion

8   and in his testimony, in his motion which is Document 60

9   at page 7 and then again at 14, he said -- "I stayed

10  sitting in the room charging my phone and then began

11  streaming again shortly after.  My discovery will show the

12  instructions the officer gave me.  And if it doesn't, then

13  I need my phone."

14         And if you recall, when Mr. Fellows testified,

15  he said that there was an officer who gave him the rules

16  for the day before he went into Senator Murphy's office.

17  So it sounds to me like there is evidence within his phone

18  that he is requesting and that he believes is important

19  for his defense and because of this, had we been in

20  person, I was just going to talk to him directly.  But I

21  would at this point now ask him if he would provide us

22  with a pass code for his phone that we can get into his

23  phone and get him that evidence that he wants.

24         THE COURT:  Okay.  Mr. Fellows, are you willing

25  to give them your -- a pass code?

1            THE DEFENDANT:  That is over -- nearly a year

2    ago.  I'm not entirely sure that I know the pass code.  I

3    have an idea of where my handwritten pass code could be

4    written.  But yeah, I just wanted to state it's not -- it

5    was not erased.  That was the first document that was

6    shared with me on the laptop discovery.  There are on

7    IPhones the option of lost mode which is typical when

8    phones go missing and that's exactly what happened

9    obviously.

10           Sometimes also people have access to people's

11   pass codes and ICloud account in case a phone is missing.

12   That way they can look up and enter it in the lost mode.

13   The lost mode does not erase anything.  And I guarantee

14   you I wanted to see those videos from January 6th.

15           I got some really cool videos from that day of

16   my police welcome tour and I, of course, wanted to keep it

17   for history.  So they are not gone.  I, of course, totally

18   object, you know, to the fact that they are gone.

19           But I would be happy to give them the pass code,

20   but I, of course, as I mentioned, I can't gather a lot of

21   stuff, I can't prepare a lot of stuff without even just a

22   temporary release.  Because, you know, I'm very

23   disorganized without things written down, you know, and

24   organized and typically in an electronic fashion.  So I'd

25   be happy to give that to them.  But I don't know it

1    offhand.  It's been over a year.  I think I have an idea

2    of where it might be written down.  But, yeah, and, you

3    know, yeah.  So that's my answer.

4             THE COURT:  All right.  Okay.  Thank you.  So

5    Ms. Furst, I mean maybe at our next status conference,

6    maybe you can have the phone brought or something and so

7    you can discuss that afterwards.  It doesn't sound like we

8    can do anything about that now.

9             MS. FURST:  Yes, Your Honor.  It sounds like he

10   doesn't recall the pass code and he needs some documents.

11   The phone is up in New York.  I can ask the agent to FedEx

12   it to us.  But I'm not sure if that's beneficial if he

13   doesn't remember the pass code.

14            THE COURT:  Okay.  Well, I'm going to leave that

15   to you all.  Let's set another status conference.  How

16   about February 11th at 11 a.m.?  Does that work for you,

17   Ms. Furst?

18            MS. FURST:  February 11th.  Yes, Your Honor.

19   What time?  I'm sorry.

20            THE COURT:  11 a.m.

21            MS. FURST:  Yes, sir.

22            THE COURT:  Okay.  So we'll set this for a

23   status conference on February 11th at 11 a.m.

24            Ms. Furst, do you have a motion?

25            MS. FURST:  Your Honor, I do have a motion

1   concerning speedy trial.  But just to sort of clean up the
2   docket before I do that, is the Court ruling on all his
3   pro se motions that have been filed?

4           THE COURT:  I honestly am not quite sure the
5   status.

6           MS. FURST:  Okay.  If it's okay with you, Your
7   Honor, his motion Docket 50 was for a second bond hearing.
8   My position is that that is now with the Court of Appeals
9   and you already know that since he filed the notice of
10  appeal.  So I think at this point, it is in the circuit
11  court and it would be moot for you.

12          THE COURT:  All right.  Which docket number are
13  you looking at, Ms. Furst?

14          MS. FURST:  Docket 50.  Motion for a second bond
15  hearing which was denied on November 29th.  Then he filed
16  the notice of appeal.

17          THE COURT:  Yeah.  I guess what I will say is
18  confirming the motion for bond, this is on appeal and I'm
19  going to -- I'm not going to rule on any further requests
20  regarding the motion for bond at this point I think.  I
21  could give (inaudible) ruling, but defer ruling on the
22  motion for bond at this time in light of the pending
23  appeal.

24          THE DEFENDANT:  I just have to state for the
25  record that it was not filed on 11-29.  I believe the date

33

1    was 10-23.  The law books say that it counts when you hand

2    in a docket or motion when you try -- when you actually

3    hand it in if you are incarcerated and that's exactly when

4    I tried to hand it in.  So I just wanted to put that on

5    the record.

6              THE COURT:  Understood, Mr. Fellows.  I'm not

7    concerned about the date.  (Inaudible) to make the docket

8    clear.

9              THE DEFENDANT:  Understood.

10             THE COURT:  Ms. Furst?

11             MS. FURST:  And then, Your Honor, the next one I

12   have is Docket Number 58 and that (inaudible) was being

13   violated.  I think you addressed that.  And then we sort

14   of launched into the withdrawal of Ms. Halverson.

15             THE COURT:  Yes.  I have granted that motion.

16             MS. FURST:  So my personal statement is that he

17   was not denied access.  He is getting everything he needs.

18   I think the only thing that he is not getting are stamps.

19   But he hasn't said anything about that.  And that's the

20   thing, that maybe he could mail the motions rather than

21   waiting to deliver them to you in person.  He could mail

22   them.  But I don't know if the Court wanted to

23   (inaudible).

24             THE COURT:  All right.  So I think he said he

25   had a hard time even getting them out.  I think on the

1    motion for access to justice, I think I'm going to in part

2    deny this as moot in light of Mr. Fellows' acknowledgement

3    that he is now getting a laptop and I'm otherwise going to

4    deny this without prejudice and I'm happy to hear from

5    Mr. Fellows on February 11th if it feels like he's still

6    not getting necessary materials or access to the law

7    library.

8              I will just note for the record obviously given

9    Omicron over the last month plus, I think -- I know the

10   D.C. Jail has been on lockdown and normal access that the

11   defendants would have has been denied in an effort to

12   avoid the spread of the virus.  All right.  Ms. Furst?

13             MS. FURST:  There's three more motions, judge.

14   I'm sorry.

15             THE COURT:  Okay.

16             MS. FURST:  59 is his response to my motion when

17   he filed for bond.  So I believe 59 is moot because you've

18   already had a hearing on that and he was denied bond.

19             THE COURT:  I agree.

20             MS. FURST:  Motion 60 was his response to my

21   motion for him to be supervised while looking at highly

22   sensitive and sensitive material.  You declared that moot

23   when he signed the Attachment A in November.  So 60 I

24   believe is also moot.

25             THE COURT:  I agree.

1          MS. FURST:  And then Motion 61 refers to just

2     one of my motions regarding status.  As you've noted, he's

3     now getting his discovery and so I believe that is moot as

4     well.

5          THE COURT:  I agree.

6          MS. FURST:  And then --

7          THE DEFENDANT:  I have a question when you're

8     done.

9          THE COURT:  All right.  You'll get a chance to

10    speak.  Go ahead, Ms. Furst.

11         MS. FURST:  The other motion is the one that you

12    just -- Your Honor has brought up.  I make a motion to

13    toll speedy trial from now until (inaudible) under 18 USC

14    3151(h) due to the voluminous discovery and Mr. Fellows'

15    desire to look at everything before a trial date is held

16    and also because Your Honor has taken under advisement the

17    decision about new stand-by counsel.

18         THE COURT:  All right.  Mr. Fellows, do you wish

19    to be heard on that or anything else?

20         THE DEFENDANT:  Yeah.  Just in passing.  I just

21    had a question.  So when you are denying some of the

22    motions -- denying some of them and putting some of them

23    as moot, is that essentially equivalent of saying that my

24    arguments are not valid because then if so -- or that they

25    have been resolved?

1           THE COURT:  So probably both.  I think some of

2    these things I feel like have been resolved that you've

3    raised.  But I think that also some of your concerns,

4    frankly, are just kind of unfortunately a result of the

5    Coronavirus lockdown.  That's why I said I do want to

6    touch base with you here next month to make sure you are

7    still able to get a laptop and able to review your

8    discovery and prepare for your trial.  But I don't think

9    there's anything more that I can or should do to address

10   your concerns at the current time.

11           THE DEFENDANT:  Got you.  Obviously, I just to

12   want put it on the record if there are going to be kind of

13   seen as taken care of, I just wanted to say that it does

14   not fix the many, many months of suffering and slow down

15   that I've had to endure and, you know, the best way to

16   make up for that is a laptop with Internet, yeah, to make

17   up for this giant loss of time and so that's why I filed a

18   lot of these things.  A lot of these things happened prior

19   to the lockdown.  Things are continuing to happen.  This

20   jail doesn't really do a great job of hiring people.  In

21   all honesty, they hire idiots.  And so, yeah, just

22   obviously would take issue with those being totally thrown

23   out because, you know, that's essentially to me like

24   saying, hey, you didn't suffer anything, you've been fine.

25   And I want to be able to present, hey, these are the slow

1   downs that I've had to endure, this is what I have

2   suffered from.

3           I think just because it's finally, you know,

4   seven months later, I've finally been given the ability to

5   see that that -- you know, it doesn't negate the fact that

6   I wasn't able to see for seven months.  I don't think

7   Ms. Furst would voluntarily have her eyesight taken from

8   her for seven months and then still be where she needs to

9   be even with her team of people.  So obviously, that's my

10  big issue.

11          THE COURT:  Understood.  Do you wish to be heard

12  on tolling the speedy trial clock, Mr. Fellows?

13          THE DEFENDANT:  I'm totally fine with tolling

14  it.

15          THE COURT:  Okay.  Thank you.  All right.  I do

16  find it is appropriate to toll the speedy trial clock in

17  the interest of justice given the discovery that has been

18  provided that Mr. Fellows understandably wants to review

19  the ongoing discovery and is necessary for stand-by

20  counsel.  For all those reasons, I will toll speedy trial

21  clock until February 11th and see you both on

22  February 11th at 11 a.m.  That will be in person.

23          Ms. Halverson, thank you for your appearance and

24  you are excused from the case.

25          MS. HALVERSON:  Thank you, Your Honor.

1                THE COURT:   Thanks, folks.   I'll see you on

2   February 11th.

3                (Proceedings concluded.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    <u>CERTIFICATE OF REPORTER</u>

2

3            I, Lisa K. Bankins, an Official Court Reporter

4    for the United States District and Bankruptcy Courts for

5    the District of Columbia, do hereby certify that I

6    reported, by machine shorthand, in my official capacity,

7    the proceedings had and testimony adduced upon the status

8    conference in the case of the United States of America

9    versus Brandon Fellows, Criminal Number 21-cr-00083, in

10   said court on the 7th day of January, 2022.

11

12           I further certify that the foregoing 39 pages

13   constitute the official transcript of said proceedings, as

14   taken from my machine shorthand notes, together with the

15   backup tape of said proceedings to the best of my ability.

16

17           In witness whereof, I have hereto subscribed my

18   name, this 25th day of April, 2022.

19

20

21                            Lisa K. Bankins

22                            Lisa K. Bankins
                              Official Court Reporter
23

24

25

MS. FURST: [28] 2/7 3/9 3/12 3/18 5/22 6/3
8/21 9/5 26/10 26/20 26/22 29/8 29/13 30/7
32/9 32/18 32/21 32/25 33/6 33/14 34/11 34/16
35/13 35/16 35/20 36/1 36/6 36/11
MS. HALVERSON: [3] 2/11 9/15 38/25
THE COURT: [59]
THE COURTROOM DEPUTY: [1] 2/3
THE DEFENDANT: [31] 2/17 2/24 3/15 4/3
4/18 10/1 10/4 10/8 12/5 14/10 14/15 14/23
15/5 16/16 16/20 17/19 18/4 23/19 24/18 25/6
25/14 27/1 28/9 30/6 31/1 33/24 34/9 36/7
36/20 37/11 38/13

## $

$350 [1] 14/3
$70,000 [1] 28/15

## 0

00083 [2] 1/3 40/9

## 1

10-12-21 [1] 18/16
10-23 [1] 34/1
10th [1] 26/20
11 [4] 32/16 32/20 32/23 38/22
11-29 [1] 33/25
11:15 [1] 1/6
11th [8] 30/1 32/16 32/18 32/23 35/5 38/21
38/22 39/2
1200 [1] 1/12
12th [2] 3/9 20/11
13th [2] 3/10 13/16
14 [1] 30/9
16th [1] 29/16
18 [1] 36/13

## 2

20001 [1] 1/23
20004 [1] 1/19
2021 [1] 30/1
2022 [3] 1/5 40/10 40/18
20th [5] 3/17 13/19 13/20 14/7 16/23
21 [1] 18/16
21-83 [1] 2/4
21-cr-00083 [2] 1/3 40/9
22205 [1] 1/15
22nd [2] 6/6 6/10
23 [1] 34/1
23rd [1] 7/1
25th [1] 40/18
29 [1] 33/25
29th [1] 33/15

## 3

301 [1] 1/12
30th [2] 5/12 8/8
3151 [1] 36/14
333 [1] 1/22
39 [1] 40/12

## 4

42 [1] 7/16
48 [2] 21/24 22/2
4th [1] 1/15

## 5

50 [2] 33/7 33/14
550 [1] 1/18
555 [1] 1/9
58 [1] 34/12
59 [2] 35/16 35/17
5th [4] 26/19 26/21 26/22 26/24

## 6

60 [3] 30/8 35/20 35/23
61 [1] 36/1
625 [1] 1/18
65 [1] 6/10
67052 [1] 1/13
6th [1] 31/14

## 7

7th [1] 40/10

## 8

83 [1] 2/4

## A

a.m [5] 1/6 32/16 32/20 32/23 38/22
ability [4] 12/4 28/14 38/4 40/15
able [33] 7/12 7/13 8/1 9/4 9/11 10/7 10/13
11/1 11/13 12/20 12/21 12/21 13/9 14/21 15/12
15/17 16/2 16/11 20/4 24/19 25/6 25/21 27/15
27/16 27/17 27/17 27/18 28/19 29/15 37/7 37/7
37/25 38/6
about [24] 3/6 4/14 4/23 7/10 8/6 9/22 10/14
11/1 11/16 12/3 12/14 14/18 16/17 21/14 22/24
24/6 25/17 25/17 27/3 32/8 32/16 34/7 34/19
36/17
abuse [1] 15/11
accept [1] 13/5
access [15] 4/11 4/25 7/11 7/16 8/23 11/15
11/24 14/16 14/22 16/15 31/10 34/17 35/1 35/6
35/10
according [2] 9/5 9/6
account [3] 29/22 30/4 31/11
accurate [4] 8/20 8/21 10/9 10/21
acknowledgement [1] 35/2
actual [1] 28/21
actually [8] 9/3 10/8 10/9 11/13 13/9 16/6 25/6
34/2
add [2] 9/13 10/6
address [6] 4/11 5/11 5/11 16/13 19/13 37/9
addressed [2] 19/14 34/13
adduced [1] 40/7
adequate [2] 27/20 27/21
adequately [2] 24/22 27/10
admissibility [1] 5/17
admissible [1] 4/13
admit [1] 5/1
advisement [2] 26/14 36/16
affiliation [1] 19/19
afforded [1] 6/9
after [5] 12/7 19/7 20/11 21/25 30/11
afterwards [1] 32/7
again [5] 2/21 5/25 6/13 13/4 13/25 16/21
22/4 22/6 29/8 30/9 30/11
against [1] 28/24
agent [1] 32/11
ago [2] 12/13 31/2
agree [3] 35/19 35/25 36/5
ahead [3] 23/17 23/18 36/10
Akbar [1] 15/14
all [42]
Allah [1] 15/14
allegations [3] 17/1 19/22 19/23
alleged [1] 26/4
allowed [4] 5/8 12/19 13/6 15/21
alluded [1] 19/15
almost [5] 10/12 16/5 23/19 26/15 28/5
alone [1] 25/13
along [3] 6/12 21/4 28/7
already [15] 4/23 5/6 6/11 7/7 7/8 13/13 17/12
22/6 28/15 33/9 35/18
also [19] 3/19 4/13 6/14 8/24 13/17 13/19 14/24
18/22 19/7 20/3 20/5 20/25 23/17 25/15 28/23
31/10 35/24 36/16 37/3
although [1] 8/7

always [1] 10/21
am [8] 8/9 8/24 20/2 25/9 26/13 27/23 28/6
33/4
Amendment [1] 25/21
AMERICA [3] 1/3 2/4 40/8
Analysis [1] 29/17
analyze [1] 29/19
analyzed [1] 29/18
anew [1] 22/3
another [4] 11/7 26/9 26/11 32/15
answer [4] 17/19 25/25 27/9 32/3
answers [1] 27/8
any [4] 9/3 9/4 26/4 33/19
anybody [1] 11/6
anything [14] 4/15 8/1 9/14 10/5 10/16 12/4
14/5 18/21 31/13 32/8 34/19 36/19 37/9 37/24
apparently [2] 14/3 28/15
appeal [10] 5/5 5/6 5/7 14/12 14/14 28/12
33/10 33/16 33/18 33/23
appealed [1] 5/7
Appeals [1] 33/8
appearance [1] 38/23
APPEARANCES [1] 1/10
Apple [1] 29/22
appoint [1] 17/16
appointing [1] 17/6
appreciate [1] 16/2
appropriate [3] 18/1 25/2 38/16
April [1] 40/18
are [58]
arguments [1] 36/24
around [2] 8/8 27/17
arrest [1] 12/7
arrested [2] 20/24 29/16
as [34] 2/11 3/13 3/13 4/20 5/2 5/2 7/3 8/2 8/12
8/12 10/19 10/21 15/8 17/22 17/22 18/21 18/24
19/1 19/20 21/5 22/3 22/11 24/2 24/12 24/13
25/2 28/24 31/20 35/2 36/2 36/3 36/23 37/13
40/13
ashamed [1] 29/24
ask [7] 2/19 7/22 9/21 9/24 16/12 30/21 32/11
asked [1] 6/25
asking [4] 6/16 16/19 21/11 25/11
assign [1] 25/11
assigned [2] 17/9 30/2
assigning [2] 26/8 26/10
assistance [3] 17/17 24/9 26/5
Assistant [1] 2/8
assume [1] 19/20
attached [1] 6/9
Attachment [1] 35/23
attention [1] 4/18
attorney [7] 2/8 18/12 21/8 21/19 21/20 22/21
22/22
Attorney's [2] 1/11 1/14
audio [3] 3/3 18/24 22/7
available [4] 3/8 7/5 8/9 26/19
Avenue [2] 1/18 1/22
avoid [2] 9/2 35/12
aware [3] 6/17 18/18 20/10
away [3] 16/24 17/22 21/15

## B

back [6] 10/2 10/24 11/12 16/19 28/6 28/6
background [2] 3/3 6/1
backup [1] 40/15
bad [1] 22/17
Bankins [4] 1/21 40/3 40/21 40/22
BANKRUPTCY [2] 1/1 40/4
Baptist [2] 15/3 15/4
base [1] 37/6
bastards [1] 22/9
be [62]
because [32] 3/19 3/24 5/25 10/16 11/14 12/17
12/25 15/9 15/21 16/10 18/5 19/10 19/17 19/18
19/23 20/6 20/25 21/2 22/20 23/13 24/5 24/20

**B**

because... [10] 25/17 27/2 28/25 30/19 31/22 35/17 36/16 36/24 37/23 38/3
bed [1] 12/18
been [34] 5/23 6/16 6/23 9/4 10/7 10/9 10/23 12/2 12/6 12/13 14/19 16/5 16/6 17/1 18/1 18/11 20/7 21/1 21/22 22/9 23/13 25/19 29/1 29/15 30/19 32/1 33/3 35/10 35/11 36/25 37/2 37/24 38/4 38/17
before [9] 1/8 15/1 15/6 18/5 25/3 29/10 30/16 33/2 36/15
began [1] 30/10
begin [2] 22/3 29/18
beginning [1] 20/8
behind [1] 27/19
being [9] 4/19 6/11 7/6 12/19 13/9 15/8 28/17 34/12 37/22
believe [13] 5/12 5/13 9/7 9/19 9/20 17/3 17/16 27/6 27/23 33/25 35/17 35/24 36/3
believes [1] 30/18
believing [1] 17/22
beneficial [1] 32/12
benefit [2] 27/23 28/7
besides [5] 4/18 12/8 12/24 19/3 23/12
best [3] 21/6 37/15 40/15
better [6] 3/19 4/2 4/7 4/19 9/11 28/23
between [2] 8/12 20/1
big [2] 24/21 38/10
bigger [1] 18/23
bit [1] 28/23
blame [1] 30/11
bond [13] 14/1 14/1 14/8 14/12 14/14 28/17 33/7 33/14 33/18 33/20 33/22 35/17 35/18
books [1] 34/1
borrow [1] 11/8
both [2] 37/1 38/21
bounds [1] 29/1
Bowser [1] 15/2
BRANDON [3] 1/5 2/5 40/9
breaking [1] 22/14
brief [3] 16/22 16/22 18/7
briefly [1] 19/15
broke [1] 14/10
brought [3] 23/1 32/6 36/12
bullied [1] 22/9
bunch [1] 10/20
burned [1] 15/20
businesses [1] 18/24

**C**

calendar [2] 26/16 27/14
California [1] 11/12
call [10] 9/18 18/16 19/9 19/21 22/19 23/23 24/4 24/19 25/16 25/24
called [1] 30/2
calling [1] 5/4
calls [1] 18/25
came [2] 19/14 20/12
camera [1] 7/19
can [28] 2/5 2/14 3/7 3/12 3/16 4/2 4/5 4/6 5/10 5/11 7/16 8/23 9/13 9/21 9/24 11/4 16/21 16/23 24/16 28/4 29/21 30/22 31/12 32/6 32/7 32/8 32/11 37/9
can't [7] 2/16 4/21 5/9 14/5 27/9 31/20 31/21
capacity [1] 40/6
Capitol [4] 7/19 15/4 20/21 22/13
CARA [3] 1/17 2/11 9/16
care [4] 5/15 25/17 25/17 37/13
CART [1] 29/17
case [18] 2/4 7/22 8/14 13/10 13/17 15/5 16/19 17/14 20/5 20/22 25/23 26/15 27/16 29/2 30/3 31/11 38/24 40/8
cases [2] 5/14 16/1
catch [1] 27/19
CCTV [1] 6/15

certain [4] 19/14 21/22 22/1 22/6
certainly [3] 19/1 28/25 36/1
CERTIFICATE [1] 39/4
certify [2] 40/5 40/12
chance [2] 21/9 36/9
change [1] 26/5
charger [1] 10/25 11/1
charging [1] 9/10
church [8] 15/2 15/3 15/4 15/12 15/17 16/3 16/7 16/12
circuit [2] 14/12 33/10
circuits [1] 24/5
citizen [1] 12/22
citizens [1] 27/19
civil [4] 15/24 15/25 16/1 16/3
claiming [1] 18/11
claims [2] 12/25 24/8
clean [1] 33/1
clear [3] 22/13 23/11 34/8
client [1] 24/8
clients [1] 13/15
clock [3] 38/12 38/16 38/21
close [1] 7/6
closing [1] 22/5
code [9] 18/22 22/14 30/22 30/25 31/2 31/3 31/19 32/10 32/13
codes [1] 31/11
collect [1] 21/22
COLUMBIA [3] 1/1 1/22 40/5
come [1] 21/22
comes [2] 6/20 8/22
comfortable [1] 12/17
communications [1] 5/23
compel [1] 26/2
complained [1] 11/11
complaints [2] 13/1 13/1
computer [2] 14/17 29/17
computers [1] 8/7
concerned [2] 8/12 12/3 34/7
concerning [1] 33/1
concerns [2] 37/3 37/10
concluded [1] 39/3
conducted [1] 2/2
conducts [1] 24/10
conference [4] 32/5 32/15 32/23 40/8
confirming [1] 33/18
confused [1] 17/21
consider [2] 17/6 19/19
constitute [1] 40/13
Constitution [1] 1/22
construct [1] 20/14
constructively [2] 19/9 19/9
contact [2] 4/10 5/14
contacts [1] 5/11
context [1] 18/5
continually [1] 12/9
continue [2] 14/20 17/15
continuing [1] 37/19
continuously [1] 29/2
contrary [1] 25/5
control [1] 13/9
conversation [5] 9/6 9/12 21/25 22/10 23/2
conversations [1] 22/11
cool [2] 29/4 31/15
copies [1] 10/13
cops [2] 22/8 22/9
Coronavirus [1] 37/5
correct [3] 8/17 9/16 9/18
Corrections [1] 6/7
corroborate [3] 18/19 18/20 23/23
corroborating [1] 19/3
could [15] 6/24 13/5 13/6 13/9 15/24 16/4 17/20 18/7 19/20 20/16 28/16 31/3 33/21 34/20 34/21
counsel [18] 2/12 7/8 17/8 17/11 17/17 23/24 24/9 25/12 25/14 25/21 25/22 26/5 26/9 26/11

27/5 28/21 36/17 38/20
counts [1] 9/4
couple [1] 5/13
courier [2] 21/17 21/21
course [7] 20/2 21/13 23/2 23/14 31/16 31/17 31/20
court [35] 1/21 1/21 2/19 3/2 3/7 4/11 4/21 4/22 4/25 5/6 5/10 5/25 11/25 13/24 16/14 18/4 18/15 18/18 19/5 20/7 23/12 23/14 24/10 24/12 24/14 24/14 25/18 28/22 33/2 33/8 33/11 34/22 40/3 40/10 40/22
Court's [2] 3/2 23/8
courthouse [1] 3/25
COURTS [2] 1/1 40/4
COVID [5] 11/21 12/12 14/17 15/9 21/23
cr [2] 1/3 40/9
crazy [1] 15/21
Criminal [3] 1/3 2/4 40/9
cunningly [1] 28/24
current [2] 26/5 37/10
cut [1] 3/15
cycling [1] 17/10

**D**

D.C [19] 1/4 1/15 1/19 1/23 3/24 14/12 15/2 15/11 35/10
danger [2] 13/7 28/11
data [1] 29/14
date [14] 3/5 4/14 9/23 26/14 26/17 26/18 26/24 27/12 27/13 29/7 29/10 33/25 34/7 36/15
day [7] 5/14 14/3 20/24 30/16 31/15 40/10 40/18
days [8] 5/13 11/1 11/9 11/15 11/16 12/8 12/11 12/14
dead [1] 10/25
deal [8] 5/18 15/11 17/8 17/14 22/7 23/2 24/21 28/22
dealing [2] 4/1 20/12
dealt [1] 13/15
December [5] 5/12 6/6 6/10 7/1 13/16
December 22nd [2] 6/6 6/10
December 23rd [1] 7/1
December 30th [1] 5/12
decide [2] 28/2 28/12
decision [2] 18/5 36/17
declared [1] 35/22
defend [1] 20/4
defendant [5] 1/6 1/17 6/22 30/1 30/3
defendant's [1] 29/11
defendants [2] 16/14 35/11
defended [1] 24/22
defender [4] 1/17 6/5 7/9 8/13
Defender's [1] 22/22
defense [8] 7/8 8/18 8/24 9/8 17/8 17/11 19/13 30/19
defer [1] 33/21
definitely [3] 5/11 16/1 16/2
delay [1] 6/24
deliver [1] 34/21
delivered [6] 6/5 6/6 6/8 6/13 6/14 9/20
denial [1] 5/4
denied [4] 33/15 34/17 35/11 35/18
deny [2] 35/2 35/4
denying [1] 36/21 36/22
Department [1] 6/7
described [1] 19/21
designated [1] 7/20
desire [1] 36/15
desk [1] 12/17
despite [1] 25/4
detail [2] 17/20 24/13
detainees [1] 15/8
determination [1] 14/14
detriment [1] 25/20
device [1] 29/21
did [5] 6/4 10/18 10/22 11/9 29/18

**D**

didn't [11] 10/16 13/6 15/19 15/22 19/6 19/6 19/22 20/2 20/18 23/4 37/24
different [3] 11/3 11/3 19/17
difficult [1] 17/3
directed [1] 14/13
directly [1] 30/20
discovery [27] 4/9 5/21 6/4 6/9 6/12 6/22 6/25 7/2 7/3 7/4 7/15 8/16 8/22 11/14 12/2 12/7 14/22 27/4 27/9 27/16 30/11 31/6 36/3 36/14 37/8 38/17 38/19
discuss [1] 32/7
dismiss [1] 25/16
disorganized [2] 4/24 31/23
disseminate [1] 8/1
DISTRICT [7] 1/1 1/1 1/9 1/21 1/22 40/4 40/5
do [37] 3/17 4/21 5/9 9/3 9/20 10/5 13/6 14/25 15/22 17/7 17/16 18/6 21/12 21/12 22/18 24/1 25/12 26/7 26/14 26/17 27/23 27/25 28/4 29/7 29/11 29/20 32/8 32/24 32/25 32/3 36/18 37/5 37/9 37/20 38/11 38/15 40/5
docket [7] 33/2 33/7 33/12 33/14 34/2 34/7 34/12
document [4] 6/9 6/10 30/8 31/5
documents [3] 9/11 21/17 32/10
does [3] 31/13 32/16 37/13
doesn't [8] 13/7 28/10 30/12 32/7 32/10 32/13 37/20 38/5
doing [5] 2/25 3/21 4/16 11/2 21/11
dollars [1] 21/21
don't [24] 2/22 3/5 3/19 4/4 5/20 6/17 7/25 11/6 12/24 14/4 16/11 16/17 17/7 17/10 19/12 19/19 22/16 22/21 25/1 27/6 31/25 34/22 37/8 38/6
Donald [3] 20/21 22/12 22/12
done [5] 15/1 15/1 15/6 23/19 36/8
down [8] 3/24 8/1 10/13 12/10 28/5 31/23 32/2 37/14
download [2] 7/13 29/18
downs [1] 38/1
drive [7] 6/4 6/13 9/8 9/8 9/19 10/10 11/5
drives [3] 6/7 6/16 11/5
dropped [1] 21/13
due [3] 3/3 6/1 36/14
duly [1] 16/4
during [1] 11/8
dying [1] 12/22

**E**

early [1] 15/9
effect [1] 29/25
effort [1] 35/11
either [3] 8/23 12/18 17/8
electronic [1] 31/24
element [1] 23/15
else [6] 3/25 8/2 14/5 14/6 25/12 36/19
else's [1] 11/7
Emily [1] 7/9
end [1] 11/22
endure [2] 37/15 38/1
enough [1] 11/8
enter [1] 31/12
entirely [1] 31/2
equivalent [1] 36/23
erase [1] 31/13
erased [1] 31/5
especially [1] 25/19
ESQUIRE [3] 1/11 1/14 1/17
essentially [9] 5/4 14/25 20/13 20/15 21/11 25/25 27/3 36/23 37/23
ethics [2] 18/23 22/14
even [7] 11/20 27/5 27/6 28/21 31/21 34/25 38/9
eventually [3] 20/6 24/2 28/22

every [3] 8/22 28/18 28/18
everything [9] 3/25 7/14 7/15 8/1 8/18 9/9 34/17 36/15
evidence [11] 5/2 5/2 13/21 14/15 20/16 20/19 24/20 27/7 28/13 30/17 30/23
Evidence.com [4] 7/5 7/12 7/16 8/24
evidentiary [3] 23/10 24/10 24/11
exact [1] 21/18
exactly [4] 20/12 24/7 31/8 34/3
examiner [2] 29/18 29/22
examples [1] 15/23
except [3] 7/4 7/15 9/10
excuse [1] 21/17
excused [1] 38/24
expected [1] 8/8
expensive [1] 21/20
extent [1] 14/13
extra [1] 19/1
eyesight [1] 38/7

**F**

face [1] 22/15
Facebook [1] 8/15
faced [1] 13/14
facing [1] 14/19
fact [3] 24/7 31/18 38/5
fall [1] 28/2
false [2] 19/22 19/24
family [1] 16/7
far [4] 4/5 8/12 10/9 24/13
fashion [2] 4/24 31/24
faster [1] 13/13
fathers [1] 29/24
fault [1] 2/20
favorable [1] 19/7
FCRR [1] 1/21
February [8] 30/1 32/16 32/18 32/23 35/5 38/21 38/22 39/2
February 11th [7] 30/1 32/16 32/18 35/5 38/21 38/22 39/2
federal [4] 1/17 3/24 6/5 7/9
FedEx [1] 32/11
feel [2] 20/22 37/2
feeling [1] 23/5
feels [1] 35/5
FELLOWS [40] 1/5 2/5 2/12 2/14 2/15 2/16 3/20 4/1 4/10 4/15 5/23 6/3 6/11 6/12 8/12 8/25 9/2 9/12 9/18 9/24 10/3 11/23 14/11 16/18 21/14 21/19 24/17 25/8 25/11 26/16 26/23 27/22 30/14 30/24 34/6 35/5 36/18 38/12 38/18 40/9
Fellows' [4] 9/6 26/8 35/6 37/1
felt [4] 20/8 23/13 23/24 24/1
few [1] 10/15
figure [1] 8/10
filed [7] 6/10 33/3 33/9 33/15 33/25 35/17 37/17
files [1] 7/17
filing [1] 11/24
filling [3] 26/16 27/13 27/14
finally [2] 5/15 11/10 12/5 12/10 13/20 13/23 15/12 22/1 24/1 27/18 38/3 38/4
find [3] 17/3 26/17 38/16
fine [3] 12/14 37/24 38/13
finish [3] 23/20 23/20 23/21
fired [1] 22/23
first [7] 11/15 12/11 18/18 19/5 20/16 23/8 31/5
five [2] 11/16 16/23
fix [1] 37/14
folks [1] 39/1
footage [1] 6/15
force [1] 30/2
foregoing [1] 40/12
forever [1] 13/12
forgiving [1] 22/18

forgot [1] 14/21
forgotten [2] 10/19
form [1] 10/19
fortunately [1] 11/7
founding [1] 29/24
four [4] 11/1 11/8 16/22 22/25
frankly [3] 17/3 26/12 37/4
friend [1] 16/25
friendly [1] 21/3
full [2] 16/21 18/5
fully [3] 9/9 18/7 18/14
funny [1] 21/4
FURST [28] 1/11 2/8 2/10 3/6 3/15 3/16 5/20 6/2 8/17 11/19 13/4 13/21 16/13 18/22 26/7 26/19 28/10 28/24 29/7 29/25 32/5 32/17 32/24 33/13 34/10 35/12 36/10 38/7
Furst's [2] 5/1 29/2
further [3] 5/6 33/19 40/12
furtherance [1] 13/25
future [2] 25/15 27/3 28/19

**G**

gather [1] 31/20
gave [8] 10/20 20/13 21/2 22/17 22/18 25/3 30/12 30/15
generation [1] 13/12
get [27] 3/7 3/13 4/4 4/21 6/21 10/7 10/22 11/1 11/6 11/11 14/3 14/21 15/12 15/19 18/7 20/4 20/20 20/24 21/4 21/21 28/21 29/15 29/23 30/22 30/23 36/9 37/7
getting [12] 7/10 16/14 19/7 21/8 22/23 29/3 34/17 34/18 34/25 35/3 35/6 36/3
giant [2] 21/25 37/17
GILLICE [1] 1/14
give [10] 11/5 16/21 17/20 17/23 18/7 21/9 30/25 31/19 31/25 33/21
given [12] 8/22 9/9 9/23 10/24 25/22 25/22 27/5 27/20 27/21 35/8 38/4 38/17
glad [1] 14/16
global [4] 6/12 7/3 7/15 8/22
go [15] 4/5 11/22 13/6 13/7 13/8 14/18 15/17 16/3 17/7 18/2 22/13 23/17 23/18 31/8 36/10
goal [4] 18/18 23/9 23/22 24/25
goes [1] 7/23
going [3] 2/20 8/6 11/22 16/11 17/10 17/15 19/7 19/8 20/6 22/3 22/19 23/20 23/20 23/20 24/2 25/9 25/15 26/5 26/7 26/13 27/10 27/11 28/1 28/16 30/20 32/14 33/19 33/19 35/1 35/3 37/12
gone [4] 8/18 12/13 31/17 31/18
good [9] 2/7 2/10 2/13 5/16 10/13 21/7 22/21 22/22 26/11
got [20] 5/12 5/13 5/14 6/8 7/14 8/4 10/10 12/5 12/11 12/12 13/16 13/20 13/23 14/16 23/6 27/18 28/12 29/13 31/15 37/11
gotten [3] 10/10 11/18 27/3
government [9] 1/11 2/6 3/24 7/6 10/12 14/2 28/14 28/25 28/25
government's [1] 4/12
grant [3] 17/13 18/2 25/9
granted [1] 34/15
great [2] 5/16 37/20
grounds [1] 7/19
guarantee [1] 31/13
guess [4] 3/6 24/12 27/11 33/17

**H**

had [30] 5/5 6/5 6/14 6/15 7/8 9/3 9/7 9/9 9/12 9/19 9/20 10/11 10/12 10/14 18/17 21/25 22/6 22/25 23/13 24/8 24/23 29/13 30/4 30/19 34/25 35/18 36/21 37/15 38/1 40/7
hair [1] 15/18
haircut [1] 15/19
halfway [2] 13/8 28/17
HALVERSON [25] 1/17 2/11 2/13 5/22 6/4 7/21 8/23 9/6 9/9 9/13 9/16 13/22 16/19 18/16

## H

HALVERSON... [11] 18/25 19/6 19/8 20/5
 20/13 20/14 21/7 23/23 25/2 34/14 38/23
Halverson's [4] 4/13 5/3 16/18 25/9
hand [7] 5/10 6/8 6/13 13/2 34/1 34/3 34/4
handle [2] 4/16 17/4
handwriting [1] 13/11
handwritten [1] 31/3
happen [1] 37/19
happened [3] 20/23 31/8 37/18
happily [1] 13/24
happy [7] 13/7 14/20 15/16 26/24 31/19 31/25
 35/4
hard [3] 20/1 26/4 34/25
harder [2] 14/18 24/4
has [28] 4/10 5/24 6/3 6/5 6/15 7/1 7/6 8/13
 8/18 9/7 9/22 9/22 10/12 14/17 14/19 15/12
 17/17 18/11 18/22 19/21 21/1 29/1 29/11 35/10
 35/11 36/12 36/16 38/17
hasn't [1] 34/19
hatred [1] 19/20
have [77]
haven't [6] 10/23 15/1 15/6 27/3 27/7 29/14
having [3] 4/22 15/15 20/9
he [43]
he's [5] 7/14 9/3 13/17 35/5 36/2
healthy [1] 12/23
hear [12] 2/15 2/16 4/2 5/16 6/1 9/1 15/14
 17/24 18/5 18/20 26/24 35/4
heard [3] 15/7 36/19 38/11
hearing [15] 1/8 4/7 4/13 14/2 16/14 20/16
 20/17 20/17 20/18 20/10 24/10 24/11 33/7
 33/15 35/18
held [1] 36/15
Hello [1] 10/1
help [2] 15/11 28/22
helping [1] 11/13
her [38] 9/16 9/17 13/21 17/13 18/2 18/19 19/1
 19/12 19/19 20/10 21/2 21/6 21/11 21/12 21/12
 21/17 21/17 22/8 22/11 22/15 22/17 22/18
 22/19 23/7 24/1 24/2 24/3 24/4 24/16 24/19
 25/4 25/4 25/16 25/16 25/24 38/7 38/8 38/9
here [21] 3/7 3/24 10/22 10/23 11/3 11/7 11/25
 12/25 13/3 14/4 15/16 16/8 17/11 20/8 20/15
 21/15 21/16 21/24 26/18 28/16 37/6
hereby [1] 40/5
hereto [1] 40/17
hey [4] 19/12 19/13 37/24 37/25
highly [4] 7/18 7/20 9/10 35/21
Hill [3] 15/3 15/3 15/4
him [14] 6/15 7/25 8/13 8/14 9/10 9/20 9/21
 9/23 26/12 30/15 30/20 30/21 30/23 35/21
himself [1] 26/12
hire [1] 37/17
hiring [1] 37/20
his [24] 4/10 4/11 4/12 8/14 8/15 8/15 13/15
 13/18 29/14 29/15 30/4 30/4 30/7 30/8 30/8
 30/17 30/19 30/22 30/22 33/2 33/7 35/16 35/20
 36/3
history [1] 31/17
hold [2] 27/25 29/5
home [1] 13/7
honestly [2] 17/13 33/4
honesty [1] 37/21
Honor [29] 2/3 2/7 3/9 3/12 3/18 5/22 6/24
 7/24 8/16 8/21 9/15 14/23 16/20 20/2 25/7
 26/10 26/20 26/22 29/8 29/10 30/7 32/9 32/18
 32/25 33/7 34/11 36/12 36/16 38/25
HONORABLE [1] 1/8
hope [1] 29/3
hopefully [1] 12/1
hours [2] 21/25 22/2
house [2] 13/8 28/17
housing [1] 28/16
how [7] 3/6 3/7 4/5 20/22 22/16 26/4 32/15

However [1] 29/14
Huge [1] 29/21
hype [1] 11/21

## I

I'd [16] 13/2 13/7 13/19 13/24 17/24 24/13
 25/16 25/23 27/1 27/2 27/8 27/15 28/13 28/18
 29/9 31/24
I'll [9] 4/8 12/6 13/4 14/6 16/12 16/25 17/7
 21/14 39/1
I'm [56]
I've [18] 4/20 8/3 10/10 10/23 11/18 13/11
 13/13 20/24 21/2 23/6 24/6 24/9 28/12 28/17
 28/18 37/15 38/1 38/4
ICloud [3] 29/22 30/4 31/11
idea [2] 31/3 32/1
identify [1] 2/5
ideology [1] 19/18
idiots [1] 17/21
important [1] 30/18
inability [1] 6/1
inadequate [1] 14/4
inaudible [11] 3/14 5/24 12/2 14/9 29/6 29/7
 33/21 34/7 34/12 34/23 36/13
incarcerated [2] 26/17 34/3
inclined [3] 17/13 26/23 28/6
including [1] 8/15
Incorrect [1] 30/6
indefinitely [1] 6/19
Indiana [1] 1/18
ineffective [8] 17/1 17/17 18/1 18/12 19/9 24/8
 24/16 26/4
ineffectiveness [1] 23/24
information [4] 10/11 10/14 11/4 29/14
inhibited [1] 13/3
inhibiting [1] 12/20
inmate [3] 7/5 7/7 11/7
inmates [3] 7/11 7/11 8/10
instance [1] 13/14
instructions [1] 30/12
insurance [1] 20/9
intense [1] 13/18
interest [1] 38/17
interested [2] 10/6 25/18
internal [2] 7/17 7/24
Internet [1] 37/16
interrupted [3] 3/2 3/3 5/25
interviews [1] 8/15
intimate [1] 9/22
investigating [1] 25/19
investigation [2] 7/17 7/24
IPhones [1] 31/7
is [91]
isn't [1] 15/5
issue [8] 8/6 11/15 14/9 23/17 24/7 24/8 37/22
 38/10
issues [3] 9/2 14/20 24/7
it [95]
it's [23] 6/11 6/23 10/9 11/4 11/6 11/22 12/6
 12/13 12/22 13/13 16/5 16/6 17/22 20/11 21/20
 23/3 25/8 25/19 28/3 31/4 32/1 33/6 38/3
items [2] 7/4 7/22
its [1] 29/1

## J

J.B [1] 11/12
jail [12] 3/4 6/1 6/25 7/2 8/2 8/9 8/20 8/25 9/5
 9/22 10/22 11/14 11/20 11/20 12/9 13/23 14/19
 15/12 16/10 35/10 37/20
January [6] 1/5 3/17 8/8 29/16 31/14 40/10
January 16th [1] 29/16
January 20th [1] 3/17
January 30th [1] 8/8
January 6th [1] 31/14
job [4] 21/11 21/12 24/1 37/20
judge [5] 1/9 6/17 18/10 24/3 35/13

## July

July [5] 26/19 26/20 26/21 26/22 26/24
July 10th [1] 26/20
July 5th [2] 26/19 26/24
just [46]
justice [2] 35/1 38/17

## K

Kansas [1] 1/13
keep [7] 18/12 18/14 20/5 23/7 24/16 25/2
 31/16
keeping [2] 2/22 24/2
kids [1] 22/9
kind [27] 8/19 10/14 11/8 11/21 11/24 12/20
 12/21 16/4 17/7 17/10 17/11 17/13 18/15 19/1
 19/15 19/16 20/8 20/25 22/2 23/15 23/25 24/12
 27/1 27/12 28/22 37/4 37/12
knew [2] 18/25 20/12
know [76]
knowledge [2] 9/3 9/22
known [1] 21/5
knows [1] 24/12

## L

laptop [14] 9/4 9/20 10/7 10/10 10/21 10/24
 10/25 11/8 11/9 11/10 31/6 35/3 37/7 37/16
laptops [3] 6/21 6/21 11/3
last [2] 15/19 35/9
later [6] 3/17 5/13 25/24 27/24 28/2 38/4
latest [1] 6/25
launched [1] 34/14
law [2] 34/1 35/6
lawyer [1] 20/2
lay [1] 12/22
lead [1] 17/21
lead-in [1] 17/21
leading [1] 24/23
leads [1] 11/24
least [2] 15/6 25/23
leave [2] 6/19 32/14
left [1] 29/6
leftist [1] 25/22
lens [1] 5/14
lenses [1] 4/10
less [2] 16/8 18/23
let [3] 8/2 11/8 22/19
Let's [1] 32/15
library [1] 35/7
lie [3] 18/23 19/1 20/20
lies [1] 24/23
lifestyle [1] 12/23
light [2] 33/22 35/2
like [38] 2/19 4/6 5/18 11/16 12/22 13/12 13/19
 13/24 15/13 15/21 15/25 16/21 17/23 17/24
 20/9 21/13 22/20 23/13 23/25 24/13 24/15
 25/14 25/15 25/16 25/19 25/23 27/1 28/3 28/11
 28/13 28/18 29/9 30/17 32/7 32/9 35/5 37/2
 37/23
likely [2] 18/23 28/1
line [1] 2/14
Lisa [4] 1/21 40/3 40/21 40/22
list [2] 4/8 12/25
literally [2] 15/20 19/12
litigation [2] 6/7 6/18
little [3] 10/23 27/7 28/23
lock [2] 29/21 30/5
lockdown [5] 12/10 12/16 35/10 37/5 37/19
locked [1] 29/20
longer [3] 6/24 10/23 26/3
look [8] 3/5 3/16 9/4 9/7 16/5 24/2 31/12 36/15
looking [5] 8/11 11/11 22/1 33/13 35/21
lose [1] 22/22
loss [1] 37/17
lost [3] 31/7 31/12 31/13
lot [15] 4/23 10/12 13/1 13/13 15/10 15/10
 15/16 15/18 16/7 16/8 19/10 31/20 31/21 37/18
 37/18

## L

lots [1]  14/2
love [2]  16/2 27/15
lying [4]  13/22 17/2 17/2 29/2

## M

M.P.D [1]  7/23
ma'am [1]  3/11
machine [2]  40/6 40/14
made [9]  11/15 14/18 17/1 18/18 19/10 19/16
  20/10 23/11 25/5
mail [2]  34/20 34/21
mailed [1]  6/11
main [5]  1/12 15/23 23/7 23/22 24/24
make [11]  4/9 14/21 16/8 18/13 24/3 28/20
  34/7 36/12 37/6 37/16
makes [1]  18/5
management [1]  7/10
many [5]  22/10 22/11 24/23 37/14 37/14
map [1]  7/19
marshals [3]  14/3 21/3 21/4
material [1]  35/22
materials [1]  35/6
may [3]  9/11 14/23 29/11
maybe [5]  5/13 6/23 19/16 20/22 23/10 32/5
  32/6 34/20
McFADDEN [1]  1/8
me [46]
mean [11]  3/6 3/16 13/2 14/17 15/10 16/7
  16/22 16/25 17/4 17/25 32/5
means [2]  18/21 28/1
mechanical [1]  1/25
medical [1]  8/3
meeting [1]  8/5
mention [1]  10/18
mentioned [3]  13/11 29/13 31/20
merry [1]  17/7
merry-go-round [1]  17/7
messing [1]  25/23
met [1]  7/9
Metro [1]  7/17
middle [1]  22/10
might [1]  32/2
Miller [1]  7/9
mind [2]  3/19 20/3
mine [1]  13/17
minutes [1]  16/23
misconduct [1]  25/18
missing [2]  31/8 31/11
mode [3]  31/7 31/12 31/13
models [1]  11/4
moment [1]  9/2
MONA [1]  1/17 2/7 29/8
money [3]  14/2 28/14 28/16
monitoring [1]  14/21
month [4]  3/17 28/2 35/9 37/6
months [6]  12/6 28/5 37/14 38/4 38/6 38/8
moot [7]  33/11 35/2 35/17 35/22 35/24 36/3
  36/23
more [16]  4/19 4/23 4/25 9/22 12/12 13/9
  13/14 13/17 14/7 14/19 17/20 17/23 23/11 29/9
  35/13 37/9
morning [3]  2/7 2/10 2/13
mosque [1]  15/15
most [3]  14/20 24/5 27/19
mostly [1]  10/17
motion [27]  4/11 4/13 5/1 5/17 16/18 17/14
  18/2 25/9 29/20 30/7 30/8 32/24 32/25 33/7
  33/14 33/18 33/20 33/22 34/2 34/15 35/1 35/16
  35/20 35/21 36/1 36/11 36/12
motions [10]  4/20 14/25 22/2 22/25 23/1 33/3
  34/20 35/13 36/2 36/22
move [2]  27/17 28/6
Mr [30]  2/12 2/14 2/15 2/16 3/19 4/1 4/10 4/15
  5/23 6/3 6/11 6/12 8/25 9/2 9/18 11/23 16/18

31/14 24/17 25/8 25/11 26/8 26/16 27/23 30/24
  34/6 34/20 34/23 38/1 38/18
Mr. [11]  8/12 9/6 9/12 9/24 10/3 14/11 21/19
  26/23 30/14 35/2 35/5
Mr. Fellows [9]  8/12 9/12 9/24 10/3 14/11
  21/19 26/23 30/14 35/5
Mr. Fellows' [2]  9/6 35/2
Ms [47]
Ms. [6]  26/7 26/19 32/5 32/17 32/24 38/7
Ms. Furst [6]  26/7 26/19 32/5 32/17 32/24 38/7
much [1]  21/12
multiple [3]  3/23 4/1 17/11
Murphy's [1]  30/16
mute [3]  2/16 2/21 9/3
muted [1]  2/18
my [49]
myself [6]  20/3 20/4 20/5 24/3 28/17 28/24

## N

name [5]  12/12 13/15 15/8 21/23 40/18
narrative [1]  20/25
near [1]  21/20
nearly [2]  27/4 31/1
necessary [2]  35/6 38/19
need [4]  4/5 20/4 20/4 30/13
needs [3]  32/10 34/17 38/8
negate [1]  38/5
never [1]  11/22
new [9]  13/21 14/15 17/6 17/16 28/12 29/10
  30/3 32/11 36/17
next [8]  2/19 3/8 12/8 16/13 28/4 32/5 34/11
  37/6
nine [1]  12/8
no [4]  1/3 19/10 23/12 26/3
noise [2]  3/3 6/1
none [1]  24/7
normal [2]  14/18 35/10
North [1]  1/12
not [65]
note [1]  35/8
noted [1]  36/2
notereading [1]  1/25
notes [1]  40/14
nothing [1]  14/25
notice [4]  6/9 19/22 33/9 33/16
noticed [1]  10/19
notify [1]  2/17
November [2]  33/15 35/23
November 29th [1]  33/15
now [29]  3/20 4/2 5/23 6/17 6/24 8/3 8/16
  10/12 11/11 12/15 12/16 16/10 16/12 18/17
  20/24 21/19 24/11 25/9 27/12 28/3 28/20 28/20
  30/7 30/21 32/8 33/8 35/3 36/3 36/13
number [4]  11/25 33/12 34/12 40/9
NW [3]  1/15 1/18 1/22

## O

object [2]  27/12 31/18
objection [1]  26/25
observant [1]  4/19
obstacles [1]  4/1
obviously [31]  4/20 4/24 5/5 5/9 9/21 11/20
  12/20 13/11 13/22 14/17 15/7 17/21 18/17
  19/25 22/13 23/8 23/10 23/16 24/11 24/13
  24/20 26/3 27/4 27/12 28/10 28/12 31/9 35/8
  37/11 37/22 38/9
off [4]  3/13 15/20 27/25 29/5
offer [1]  22/20
offhand [1]  32/1
office [4]  1/11 1/14 22/2 30/16
officer [4]  30/2 30/3 30/12 30/15
officers [1]  19/20
official [4]  40/3 40/6 40/13 40/22
Officially [1]  24/18
oh [6]  5/4 10/18 13/20 14/23 23/6 25/6
okay [24]  2/24 5/16 8/17 9/1 9/1 9/13 9/24

11/23 14/8 16/9 18/8 23/19 25/1 26/23 27/22
29/12 30/5 32/3 32/14 32/22 33/6 33/6 35/15
38/15
old [1]  26/15
Omicron [2]  16/11 35/9
once [1]  6/20
one [19]  6/18 6/19 6/25 10/10 10/11 10/18
  13/15 13/20 14/23 14/24 17/9 19/20 20/24 21/5
  22/10 29/9 34/11 36/2 36/11
ongoing [1]  38/19
only [6]  6/20 18/17 19/11 20/7 29/6 34/18
open [3]  14/1 15/16 28/13
operate [1]  18/24
operating [1]  11/20
opportunities [1]  26/2
opportunity [4]  9/7 22/18 25/3 25/24
opposing [1]  21/1
option [1]  31/7
order [2]  16/11 30/5
ordered [1]  8/7
organized [3]  12/25 14/7 31/24
organizing [1]  13/13
originally [1]  10/24
other [7]  6/19 8/19 13/1 13/20 15/10 16/3
  36/11
otherwise [2]  16/23 35/3
our [7]  6/9 7/2 12/19 14/18 16/13 23/1 32/5
out [12]  3/15 6/19 8/10 8/22 13/4 13/8 13/23
  15/20 18/14 24/24 34/25 37/23
outside [2]  12/18 12/19
outwardly [1]  23/9
over [8]  4/16 8/18 11/22 16/5 28/15 31/1 32/1
  35/9
overall [4]  11/18 13/2 14/5 27/11
overstepping [1]  29/1
overview [2]  16/22 18/7
own [1]  21/19

## P

page [1]  30/9
pages [1]  40/12
paid [1]  15/22
paper [1]  13/5
papers [1]  22/1
paperwork [1]  13/18
part [5]  7/3 19/5 19/5 23/2 35/1
particularly [1]  9/15
parties [1]  2/5
pass [8]  30/22 30/25 31/2 31/3 31/11 31/19
  32/10 32/13
passing [1]  36/20
password [1]  30/4
past [4]  4/21 6/23 15/25 28/10
paying [1]  4/18
pending [1]  33/22
people [15]  3/13 6/18 6/21 15/10 15/13 15/14
  16/6 17/16 20/22 21/5 21/23 22/21 31/10 37/20
  38/9
people's [2]  16/1 31/10
perhaps [6]  12/6 12/7 14/1 15/7 21/8 28/21
person [15]  2/19 3/6 4/16 4/19 11/11 15/21
  17/6 18/11 18/11 20/7 20/24 24/13 30/20 34/21
  38/22
personal [1]  34/16
personality [1]  21/13
personally [1]  15/18
phone [20]  3/13 3/22 4/17 10/11 10/17 18/25
  19/21 29/11 29/14 29/15 29/23 30/5 30/10
  30/13 30/17 30/22 30/23 31/11 32/6 32/11
phones [1]  31/8
phrase [1]  29/23
pick [1]  29/7
piece [1]  13/5
place [1]  20/1
platform [9]  7/5 7/6 7/7 7/8 7/12 8/5 8/11 8/19
  8/24

**P**

plea [1] 24/9
please [1] 2/5
plus [1] 35/9
point [7] 12/3 13/4 17/8 27/1 30/21 33/10 33/20
pointed [1] 24/24
police [5] 7/17 13/6 19/20 20/23 31/16
policy [1] 20/9
political [2] 19/17 19/19
popped [1] 29/23
position [3] 24/22 26/8 33/8
possible [1] 17/23
potentially [1] 17/21
prefer [4] 4/16 27/8 28/7 28/9
prejudice [1] 35/4
prepare [6] 6/21 12/4 13/10 22/1 31/21 37/8
prepared [2] 16/13 28/21
present [14] 13/24 14/6 20/6 20/18 21/9 22/7 23/3 24/14 24/20 25/24 27/15 28/19 29/3 37/25
presented [2] 20/16 23/16
pretrial [1] 15/8
pretty [1] 24/21
pride [1] 22/16
prior [3] 23/1 24/14 37/18
pro [1] 33/3
probably [4] 14/12 16/22 21/20 37/1
probation [1] 13/16
problem [1] 7/25
proceeding [1] 2/2
proceedings [5] 1/25 39/3 40/7 40/13 40/15
process [2] 26/2 29/19
processes [1] 14/19
produced [1] 1/25
prong [1] 19/4
proper [1] 27/5
prosecution [1] 24/24
protect [1] 26/11
protected [1] 28/24
prove [2] 22/20 23/24
provide [1] 30/21
provided [3] 17/17 30/4 38/18
providing [1] 11/14
public [5] 1/17 6/5 7/9 8/13 22/22
punished [1] 29/3
punishment [1] 13/14
purposefully [1] 19/11
purposely [1] 25/23
pursuant [1] 29/15
push [1] 22/11
pushed [2] 21/1 23/10
pushes [1] 22/11
put [9] 7/8 11/2 14/24 15/12 20/1 24/21 29/9 34/4 37/12
putting [2] 29/19 36/22

**Q**

quarantine [1] 16/10
quarantined [1] 3/20
question [2] 36/7 36/21
quick [2] 16/22 18/7
quickly [1] 3/7
quite [1] 33/4
quote [2] 21/18 22/8

**R**

radical [2] 22/8 25/22
raised [1] 37/3
rather [4] 4/16 4/22 27/24 34/20
RDR [1] 1/21
read [3] 12/21 24/6 24/9
reading [1] 13/18
ready [4] 5/9 7/6 7/11 28/3
realize [1] 28/1
realized [1] 22/16

really [8] 10/16 12/22 27/6 27/22 28/5 28/6 30/15 37/20
reason [4] 19/1 23/7 25/2 27/5
reason,isn't [1] 3/21
reasoning [1] 17/23
reasons [2] 3/23 38/20
recall [2] 30/14 32/10
receipts [1] 6/8
receive [1] 6/4
received [3] 6/6 7/1 9/19
recommendations [1] 25/4
record [8] 2/6 11/3 18/25 29/10 33/25 34/5 35/8 37/12
recorded [2] 1/25 19/21
recordings [4] 20/9 21/10 22/7 23/25
redacted [2] 7/18 7/25
referring [1] 20/17
refers [1] 36/1
regarding [4] 4/11 11/24 33/20 36/2
regardless [1] 16/12
regards [2] 4/25 5/1
relativity [2] 8/5 8/19
release [1] 31/22
religious [1] 16/15
remains [1] 7/21
remember [3] 10/19 21/18 32/13
remotely [2] 29/21 29/21
reopening [1] 14/1
replace [1] 24/3
replaced [1] 5/3
reported [1] 40/6
reporter [6] 1/21 3/2 5/25 40/1 40/3 40/22
reports [2] 7/17 7/24
represent [6] 17/6 17/9 17/12 17/16 20/3 25/13
representation [4] 9/16 9/17 21/20 27/21
represented [3] 9/10 17/5 23/13
representing [1] 2/8
represents [1] 26/3
request [3] 4/12 5/3 18/8
requested [1] 10/23
requesting [1] 30/18
requests [1] 33/19
reschedule [1] 4/6
research [4] 12/21 13/3 13/10 14/22
resolved [2] 12/2 36/25 37/2
resources [1] 14/5
responded [1] 2/15
response [5] 5/3 5/19 18/1 35/16 35/20
responses [1] 4/21
rest [1] 15/13
result [2] 22/23 37/4
review [3] 12/2 37/7 38/18
revocation [1] 20/18
ridiculous [1] 2/20
right [30] 2/15 3/20 4/4 8/3 8/16 10/2 12/25 16/9 16/12 16/24 16/25 17/22 20/10 21/15 22/3 23/19 25/21 26/1 26/13 27/12 28/3 29/5 29/6 32/4 33/12 34/24 35/12 36/9 36/18 38/15
rights [4] 15/24 15/25 16/1 16/3
ripped [1] 15/20
RMR [1] 1/21
road [1] 28/5
rock [1] 20/1
room [4] 8/9 12/19 12/19 30/10
round [1] 17/7
row [1] 11/16
rule [1] 33/19
rules [1] 30/15
ruling [4] 24/14 33/2 33/21 33/21
running [1] 19/11
rush [1] 27/15

**S**

safe [1] 24/2
said [28] 7/3 9/19 9/20 11/19 13/4 14/11 19/23 20/10 20/14 21/5 21/7 21/18 21/23 22/21 23/3

23/6 23/12 25/3 28/10 29/24 30/9 30/15 34/19 34/21 35/9 40/10 40/14 40/15
same [2] 24/7 24/8
save [3] 4/22 28/14 28/16
saving [1] 14/2
saw [4] 15/18 15/20 22/25 23/25
say [13] 13/2 14/23 18/10 19/12 19/18 19/22 20/21 22/12 22/16 22/16 33/17 34/1 37/13
saying [9] 17/25 18/6 23/5 23/9 24/17 27/6 29/4 36/23 37/24
says [1] 20/11
school [1] 22/10
screwed [1] 22/17
se [1] 33/3
search [2] 7/12 29/16
second [5] 19/4 19/5 20/17 33/7 33/14
see [11] 4/5 4/9 5/18 8/2 12/5 27/18 31/14 38/5 38/6 38/21 39/1
seeing [1] 16/7 26/4
seek [1] 13/23
seeking [2] 14/13 18/19
seems [2] 12/1 15/25
seen [4] 18/22 22/14 27/7 37/13
seized [1] 29/15
Senator [1] 30/16
send [3] 8/22 21/17 21/21
sending [1] 8/25
senior [1] 12/22
sense [2] 18/13 19/10
sensitive [6] 7/18 7/20 9/10 9/10 35/22 35/22
sent [7] 6/11 6/16 8/13 8/13 9/8 11/19 29/17
serve [1] 19/1
service [1] 26/2
services [4] 15/13 16/7 16/12 16/15
set [8] 26/14 26/17 26/24 27/11 27/24 29/10 32/15 32/22
setting [1] 4/14
seven [4] 12/6 38/4 38/6 38/8
severe [1] 13/14
share [3] 7/13 11/4 23/14
shared [3] 4/20 20/24 31/6
she [36] 7/21 7/22 8/23 9/9 9/11 9/12 11/19 13/7 17/2 17/17 18/20 18/22 19/11 19/17 19/21 19/22 19/22 20/7 20/11 20/12 21/13 21/16 21/18 21/21 21/22 22/11 22/25 22/16 22/17 22/25 23/3 23/4 23/6 24/1 24/16 38/8
she's [3] 17/1 18/1 21/5
sheet [2] 6/25 9/5
shorter [2] 15/19 15/19
shorthand [2] 40/6 40/14
shortly [2] 20/10 30/11
should [10] 5/8 8/14 18/4 19/13 22/14 23/11 25/18 26/8 26/14 37/9
show [2] 24/16 30/11
showcase [2] 13/21 19/8
shower [1] 12/11
shown [1] 28/18
shut [1] 3/24
sick [1] 12/13
side [1] 21/1
sign [1] 13/5
signatures [1] 10/20
signed [2] 18/22 35/23
similar [2] 13/17 24/6
simple [1] 17/22
since [7] 9/11 13/2 14/2 20/8 20/24 26/16 33/9
singing [1] 15/14
sir [1] 32/21
sit [1] 12/17
sitting [1] 30/10
situation [4] 10/21 14/17 17/12 26/6
Sixth [1] 25/20
slow [3] 11/20 37/14 37/25
slowing [1] 12/10
snow [1] 3/25
so [96]

## S

some [15] 10/11 10/13 12/1 13/21 16/6 17/8 20/22 27/5 31/15 32/10 36/21 36/22 36/22 37/1 37/3
somebody [3] 2/18 17/5 25/12
somebody's [2] 19/20 26/2
someone [2] 9/25 15/22
something [11] 13/5 14/6 14/13 15/3 15/3 15/6 23/4 25/19 28/13 29/25 32/6
sometimes [2] 19/11 31/10
soon [3] 3/13 16/5 29/3
sooner [1] 27/24
sorry [5] 2/17 14/10 21/14 32/19 35/14
sort [3] 6/19 33/1 34/13
sought [1] 24/11
sound [1] 32/7
sounds [4] 4/6 24/15 30/17 32/9
speak [2] 9/11 36/10
specific [1] 8/14
specifically [3] 9/21 10/6 10/16
speedy [5] 33/1 36/13 38/12 38/16 38/20
spelled [1] 18/14
spent [1] 28/15
spoke [2] 9/18 30/2
spread [1] 35/12
stack [1] 21/25
staffing [2] 8/6 8/10
stamps [1] 34/18
stand [16] 2/11 5/21 15/24 15/25 18/16 22/19 23/23 24/4 24/19 25/12 25/14 25/16 26/9 26/11 36/17 38/19
stand-by [7] 2/11 25/12 25/14 26/9 26/11 36/17 38/19
start [2] 21/10 21/11
started [2] 4/5 19/25
starting [2] 2/6 24/1
state [4] 11/12 11/17 31/4 33/24
stated [1] 11/25
statement [1] 34/16
statements [2] 4/12 5/17
STATES [11] 1/1 1/3 1/9 1/11 1/14 1/21 2/4 2/8 2/9 40/4 40/8
stating [1] 10/20
status [8] 1/8 8/16 32/5 32/15 32/23 33/5 36/2 40/7
stay [1] 8/3
stayed [1] 30/9
stenography [1] 1/25
step [1] 16/19
still [11] 2/16 8/5 8/8 8/20 11/11 12/16 27/2 27/19 35/5 37/7 38/8
stood [1] 16/1
storm [1] 20/21
story [4] 18/20 18/20 19/3 23/23
streaming [1] 30/11
Street [1] 1/15
stress [1] 15/11
stuck [1] 21/6
stuff [5] 11/7 11/19 20/7 31/21 31/21
subpoena [1] 24/4
subscribed [1] 40/17
substantiating [1] 13/25
sudden [1] 21/24
suffer [1] 37/24
suffered [1] 38/2
suffering [1] 37/24
suggest [1] 28/25
Suite [2] 1/12 1/18
supervise [1] 7/23
supervised [1] 35/21
supporters [1] 15/9
supposed [1] 25/20
supposedly [1] 18/23
sure [9] 4/10 14/6 14/9 14/21 28/20 31/2 32/12 33/4 37/6

## T (first T column)

surprise [4] 18/15 18/17 19/4 23/15
surprised [1] 19/6

## T

take [6] 10/13 10/24 23/17 24/9 26/13 37/22
taken [6] 5/15 11/10 36/16 37/13 38/7 40/14
takes [1] 13/11
talk [7] 3/12 4/14 4/23 16/17 21/5 25/8 30/20
talking [1] 27/3
tape [1] 40/15
task [1] 30/1
team [3] 29/17 29/17 38/9
tearing [1] 22/15
telephonically [1] 9/17
tell [5] 2/21 4/8 5/20 16/25 17/7
temporary [1] 31/22
ten [1] 12/11
terms [3] 5/21 12/3 14/8
terrible [1] 16/8
testified [1] 30/14
testify [1] 25/3
testimony [5] 5/2 19/7 26/3 30/8 40/7
than [10] 4/16 4/22 8/19 12/13 13/14 13/18 14/20 19/18 27/24 34/20
thank [7] 10/4 11/23 16/16 32/4 38/15 38/23 38/25
Thanks [1] 39/1
that [228]
that's [35] 3/20 3/21 5/14 5/14 5/16 7/19 7/25 8/3 8/16 8/21 11/12 12/8 12/19 14/4 14/12 20/7 20/22 20/22 20/23 20/25 22/13 23/17 24/20 25/1 27/25 28/12 31/8 32/3 32/12 34/3 34/19 37/5 37/17 37/23 38/9
their [2] 22/9 29/21
them [3] 2/21 5/10 5/12 5/12 6/8 6/8 19/16 21/4 24/7 28/16 30/25 31/19 31/25 34/21 34/22 34/25 36/22 36/22
then [30] 4/14 5/5 7/11 7/16 7/18 8/10 8/18 8/23 13/2 19/7 21/24 22/25 23/6 23/24 23/25 25/4 25/18 28/5 28/8 30/1 30/9 30/10 30/12 33/15 34/11 34/13 36/1 36/6 36/24 38/8
there [24] 2/14 4/15 4/15 6/17 7/16 7/19 12/22 13/8 14/10 14/24 16/12 18/3 19/2 19/4 19/16 21/12 22/2 26/1 28/12 29/23 30/15 30/17 31/6 36/22
there's [6] 3/23 10/8 12/17 21/23 35/13 37/9
these [16] 7/22 12/1 13/23 19/10 19/22 19/23 19/23 19/25 20/9 22/20 23/5 23/25 37/2 37/18 37/18 37/25
they [17] 7/10 7/12 7/13 8/7 8/8 8/8 10/23 15/15 18/12 19/24 21/5 28/15 31/12 31/17 31/18 36/24 37/21
they're [2] 8/5 21/4
thing [11] 10/18 13/20 14/24 14/24 18/24 19/4 24/12 29/6 29/9 34/18 34/20
things [20] 5/20 12/1 12/9 12/25 19/10 19/14 19/25 21/14 21/22 22/6 22/20 22/24 23/5 25/5 27/19 31/23 37/2 37/18 37/18 37/19
think [50]
thinking [1] 8/18
third [1] 20/17
this [67]
THOMAS [1] 1/14
those [13] 5/9 6/20 7/23 11/8 12/8 15/23 16/5 17/3 21/9 23/1 31/14 37/22 38/20
though [5] 19/3 23/12 26/15 27/6 27/13
thought [3] 5/6 20/3 24/3
thousand [1] 21/20
three [7] 6/6 6/14 6/16 6/24 12/14 22/24 35/13
through [4] 7/4 7/15 7/23 17/10
throwing [1] 13/8
thrown [1] 37/22
thumb [10] 6/4 6/6 6/12 6/16 9/7 9/8 9/19 11/1 11/5 11/5
Thursday [2] 3/8 3/10
TikTok [1] 8/15

## U (third column)

time [7] 2/19 4/22 8/22 12/11 15/19 18/19 21/18 23/19 24/1 24/18 28/18 32/19 33/22 34/25 37/10 37/17
times [1] 22/11
tired [1] 20/14
today [5] 3/24 4/8 5/18 6/11 29/7
together [1] 40/14
told [7] 6/3 7/21 20/21 20/23 21/3 22/12 30/3
toll [1] 36/13 38/16 38/20
tolling [2] 38/12 38/13
took [2] 10/25 22/3
top [2] 3/25 20/20
totally [9] 12/24 18/6 18/9 21/13 28/21 29/1 31/17 37/22 38/13
touch [1] 37/6
touched [1] 19/15
tour [1] 31/16
transcript [3] 1/8 1/25 40/13
transferred [1] 7/7
travel [1] 3/13
treated [1] 15/8
TREVOR [1] 1/8
trial [18] 4/14 12/4 26/14 26/15 26/24 27/12 27/13 27/14 27/24 28/1 28/3 33/1 36/13 36/15 37/8 38/12 38/16 38/20
trials [1] 28/6
tried [4] 18/16 20/20 28/24 34/4
troubled [3] 20/25 21/6 27/7
true [1] 25/6
Trump [4] 15/9 20/21 22/12 22/12
trust [1] 27/15
try [7] 2/22 3/12 18/14 26/17 29/18 29/23 34/2
trying [8] 13/25 22/11 23/7 23/14 23/15 23/22 27/18 27/23
turn [1] 25/8
turned [1] 28/17
twice [1] 6/20
two [7] 6/18 6/23 12/8 12/14 13/16 15/23 19/4
two-prong [1] 19/4
type [2] 13/12 21/12
typical [1] 31/7
typically [3] 12/17 17/4 31/24
typing [1] 13/12
tyrannical [1] 29/1

## U

ultimatum [2] 20/13 21/2
under [5] 15/12 16/10 26/14 36/13 36/16
understand [7] 17/20 18/6 18/9 23/12 27/13 27/14 28/4
understandably [1] 38/18
understanding [2] 16/9 24/5
Understood [3] 34/6 34/9 38/11
unfortunately [5] 10/22 22/5 23/16 27/20 37/4
unit [3] 3/20 6/7 6/18
UNITED [11] 1/1 1/3 1/9 1/11 1/14 1/21 2/4 2/8 2/9 40/4 40/8
unless [2] 11/4 18/13
unmute [1] 9/25
unmuted [2] 2/18 2/23
untenable [4] 19/23 20/11 23/3 23/5
until [8] 11/10 11/15 16/23 23/25 27/8 27/9 36/13 38/21
unusual [1] 17/12
up [29] 14/1 14/10 15/24 15/25 16/1 18/16 19/14 21/16 22/6 22/15 22/17 23/1 23/22 24/12 24/23 25/23 26/16 27/13 27/14 27/19 28/13 28/18 29/24 31/12 32/11 33/1 36/12 37/16 37/17
update [1] 25/7
upon [3] 13/18 25/20 40/7
us [13] 2/15 11/5 12/10 12/14 14/18 15/11 15/12 15/16 15/18 16/4 16/8 30/21 32/12
USAfx [1] 8/24
USB [2] 8/25 10/10

**U**

USB's [1]  6/14
USC [1]  36/13
use [1]  14/4
user [1]  29/20

**V**

vaccinated [1]  21/24
valid [1]  36/24
verbally [2]  5/7 11/16
versus [3]  2/4 15/2 40/9
very [12]  10/9 11/20 13/16 13/17 15/6 16/13
  21/3 21/20 22/17 24/6 26/4 31/22
via [3]  2/2 9/18 21/17
video [1]  9/18
videos [2]  31/14 31/15
view [4]  7/13 11/6 11/13 22/8
violated [1]  34/13
violations [2]  4/25 11/25
virtually [1]  3/1
virus [1]  35/12
voluminous [1]  36/14
voluntarily [1]  38/7

**W**

wait [6]  16/23 27/2 27/8 28/7 28/8 28/9
waiting [6]  10/15 11/19 11/21 24/19 29/4 34/21
want [21]  2/18 3/17 7/25 9/1 10/6 10/18 18/12
  20/2 21/9 22/21 24/15 25/12 26/17 27/11 27/16
  27/25 27/25 28/20 37/5 37/12 37/25
wanted [15]  4/9 4/9 4/10 11/2 11/12 11/17
  13/22 20/5 25/7 31/4 31/14 31/16 34/4 34/22
  37/13
wants [2]  30/23 38/18
warned [1]  19/12
warrant [1]  29/16
was [73]
Washington [4]  1/4 1/15 1/19 1/23
wasn't [10]  10/15 11/9 19/14 21/11 23/16
  24/22 25/6 25/22 27/4 38/6
way [10]  9/17 11/15 12/12 17/4 21/8 23/5
  26/11 28/23 31/12 37/15
ways [1]  15/24
we [49]
we'll [2]  18/2 32/22
we're [8]  4/1 9/17 12/10 12/14 15/7 15/21
  17/10 22/3
we've [1]  18/21
Wednesday [2]  3/8 3/9
week [4]  6/20 6/24 12/13 28/4
weeks [1]  22/25
welcome [3]  10/2 28/13 31/16
well [22]  2/22 3/6 3/23 4/4 4/18 5/2 5/6 12/5
  17/25 18/13 18/21 20/6 20/10 20/12 21/23
  22/24 23/13 26/1 26/7 29/5 32/14 36/4
went [3]  22/24 29/22 30/16
were [8]  8/7 10/13 12/13 13/22 15/9 18/10
  18/14 23/1
what [18]  4/8 7/16 8/2 8/13 8/13 9/22 12/3 12/6
  12/8 20/12 20/23 24/17 27/25 29/4 31/8 32/19
  33/17 38/1
what's [3]  4/23 21/15 21/16
whatever [1]  5/11
whathaveyou [1]  17/2
when [22]  2/18 8/10 10/24 13/6 14/7 18/15
  19/12 20/11 24/8 27/11 29/16 29/22 30/14 31/7
  34/1 34/2 34/2 34/3 35/16 35/23 36/7 36/21
where [6]  4/9 5/20 13/9 31/3 32/2 38/8
whereof [1]  40/17
whether [3]  10/7 16/14 26/8
which [12]  6/8 6/9 9/9 10/11 12/12 15/25 17/12
  24/10 30/8 31/7 33/12 33/15
while [4]  7/23 11/2 21/7 35/21
who [6]  13/16 17/5 25/22 26/3 27/20 30/15
why [22]  2/22 3/5 4/4 5/8 5/20 16/17 17/20

18/6 18/7 18/12 18/20 20/15 23/9 23/12 23/17
24/3 24/24 31/4 32/13 37/4 37/7
Wichita [1]  1/13
will [20]  3/12 5/22 6/10 7/4 7/11 7/12 7/13 7/14
  21/9 21/10 21/10 27/24 28/4 28/8 29/5 30/11
  33/17 35/8 38/20 38/22
willing [2]  17/5 30/24
wipe [2]  29/21 30/5
wish [2]  36/18 38/11
withdraw [6]  4/14 16/18 17/14 18/2 23/6 25/10
withdrawal [1]  34/14
within [3]  21/24 22/2 30/17
without [8]  10/25 11/5 11/21 16/6 25/3 31/21
  31/23 35/4
witness [3]  8/15 24/5 40/17
witnesses [2]  5/5 13/22
won't [1]  5/18
wondering [1]  3/7
work [4]  3/18 6/18 24/4 32/16
working [2]  8/9 8/20
worry [1]  22/15
worrying [1]  19/25
worse [1]  25/5
would [37]  2/18 3/18 4/22 5/18 7/22 9/21 15/10
  15/11 15/16 16/2 16/7 17/5 17/20 17/23 18/10
  18/13 18/20 19/1 20/23 22/20 22/23 23/6 23/17
  25/14 25/15 26/11 27/11 28/9 28/11 29/24
  30/21 30/21 31/19 33/11 35/11 37/22 38/7
wouldn't [6]  18/13 21/16 21/21 21/22 22/7
  23/3
wrap [2]  22/5 23/22
wrapping [1]  21/16
wraps [1]  24/12
write [5]  8/1 12/20 24/4 27/17 27/17
writing [1]  16/21
written [8]  4/23 5/7 5/19 22/6 23/1 31/4 31/23
  32/2

**Y**

yeah [16]  10/5 10/8 10/10 10/15 11/18 13/2
  18/4 24/18 27/21 31/4 32/2 32/3 33/17 36/20
  37/16 37/21
year [8]  10/12 12/7 16/5 16/6 26/15 27/4 31/1
  32/1
years [1]  13/16
yes [15]  2/20 3/11 4/3 5/12 6/3 15/5 17/19
  24/24 24/25 26/22 28/20 32/9 32/18 32/21
  34/15
yesterday [2]  7/10 12/11
yet [3]  7/1 16/20 18/12
York [2]  30/3 32/11
you [200]
you'd [1]  16/21
You'll [1]  36/9
you're [10]  2/14 2/16 12/18 14/13 14/21 17/11
  17/25 25/15 27/5 36/7
you've [7]  11/25 15/7 17/1 35/17 36/2 37/2
  37/24
your [55]
yourself [5]  17/9 17/12 17/15 25/5 25/13
yourselves [1]  2/6

**Z**

Zoom [1]  2/2