UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | Case No. 21-cr-00083-TNM |
| | ) | |
| **BRANDON FELLOWS** | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

# DEFENDANT BRANDON FELLOWS MOTION FOR ORDER THAT HE BE TRANSPORTED FORTHWITH FOR PSYCHOLOGICAL EXAMINATION AS ORDERED AND/OR FOR EMERGENCY STATUS CONFERENCE

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW COMES, Defendant, Brandon Fellows by and through undersigned counsel, and respectfully requests this Honorable Court to enter an Order that he be transported forthwith for a competence examination and/or for an Emergency Status Conference regarding the same.

On May 19, 2022, this Court issued an Order that Defendant Fellows undergo a two week psychological evaluation to determine his competency to assist in the preparation and presentation of his defense.

As of May 25 Mr. Fellows had not yet been transported by the United States Marshal's Service to an appropriate BOP facility to undergo that examination.

On or about May 25, 2022, Mr. Fellows provided video to a media outlet showing unsafe and unsanitary conditions inside the DC DOC where he has been detained pending trial. Mr. Fellows has made a lengthy record in this case with respect to his complaints about the housing conditions at the DC DOC.

On or about May 25, 2022, staff from the DC DOC removed Mr. Fellows from the C2B pod and placed in "protective custody" at DC CTF. While in "protective custody" – and away from other J6 detainees with whom he was housed -- Mr. Fellows was subject to physical assault.

Mr. Fellows was transferred to the Northern Neck Regional Jail (NNRJ) by the United States Marshal Service on or about May 28, 2022. The email communication stated that the transfer was made "… at the request of DC Jails Management."

Notice of the transfer was not provided to the undersigned counsel until May 31, 2022. Counsel for the Government received this information more timely as she communicated the fact of Mr. Fellow's transfer to the undersigned on May 28 – the same day he was moved.

Since Mr. Fellows arrived at NNRJ, he has had several incidents with officers there.

As this Court is aware from its own interactions with Mr. Fellows, the nature of Mr. Fellow's suspected psychological condition contributes to an inability on his part to "moderate" his interactions with others, and he tends to say and do things without understanding the possible repercussions because of how his comments and actions might be received by others. Given his circumstances, this places Mr. Fellows at an elevated risk for physical harm as shown in the past 10-12 days.

Based on the above, Mr. Fellows requests an Order directing the USMS to transport him forthwith to the BOP medical facility where his evaluation is to take place, or for this Court to hold an emergency Status Conference so this matter can be discussed and addressed.

Dated: June 7, 2022						Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com
*Attorney for Defendant*