# CERTIFICATE OF SERVICE

I, WILLIAM L. SHIPLEY, JR., hereby certify that I electronically filed **DEFENDANT BRANDON FELLOWS MOTION FOR ORDER THAT HE BE TRANSPORTED FORTHWITH FOR PSYCHOLOGICAL EXAMINATION AS ORDERED AND/OR FOR EMERGENCY STATUS CONFERENCE** with the United States District Court for the District of Columbia by using the CM/ECF system on **June 7, 2022**, and served the following Counsel on behalf of the Plaintiff UNITED STATES via CM/ECF case filing system:

**Mona Furst**
DOJ-USAO
Office of the United States Attorney
301 North Main
Suite 1200
Wichita, KS 67052
316-269-6481
Email: mona.furst@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

DATED: June 7, 2022, at Kailua, Hawaii.

/s/ William L. Shipley
William L. Shipley