UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-CR-83 (TNM) |
| v. : | |
| : | |
| BRANDON FELLOWS, : | |
| : | |
| Defendant. : | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and counsel for Brandon Fellows, William Shipley, respectfully submit this request to continue the status conference set today, July 21, 2022, at 4:00 p.m. The evaluation ordered by the Court on May 19, 2022, has not yet been provided to Court and counsel, and a meaningful hearing will require a discussion of that evaluation.

Counsel for the government contacted the doctor doing the evaluation who indicated it should be finished by September 1, 2022. Both parties are available anytime September 14-16, 2022, for the status hearing, if this fits with the Court's schedule.

1

Therefore, the parties request a continuance of the status hearing until the evaluation has been finished and provided to Court and counsel.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        UNITED STATES ATTORNEY
                                        D.C. Bar No. 481052

By:    /s/ *Mona Lee M. Furst*
           MONA LEE M. FURST
           Assistant United States Attorney
           Federal Major Crimes
           Detailee
           U.S. Attorney's Office
           301 N. Main, Ste 1200
           Wichita, Kansas 67202
           Office: 316-269-6481
           Mona.Furst@usdoj.gov