**CERTIFICATE OF SERVICE**

On this 8th day of September 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Zachary Phillips
ZACHARY PHILLIPS
Assistant United States Attorney
CO Bar No.31251
United States Attorney's Office,
Detailee
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0118
Zachary.phillips@usdoj.gov