UNITED STATES DISTRICT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 21-cr-00083-TNM |
| ) | |
| BRANDON FELLOWS, ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT BRANDON FELLOWS'S MOTION
FOR MISCELLANEOUS RELIEF**

1

NOW COMES, defendant, Brandon Fellows, by and through his counsel of records, William L. Shipley, requesting this Honorable Court the United order the United States Marshal's Service and the D.C. Department of Correction (DOC) to turn over to counsel case materials and discovery of Defendant Fellows that is being held at the D.C. DOC facility.

As this Court is aware, prior to counsel entering the case, Defendant Fellows was defending the above cited case against him *pro se*. During that time, Defendant Fellows was provided with a flash drive and hard copy materials relating to his case. Defendant Fellow's also used the flash drive in preparation of his own defense during that time.

When Defendant Fellows was transported from DOC CTF to Northern Neck Regional Jail ("NNRJ")—then to FMC Fort Worth—then back to NNRJ, DOC has not released his case materials to his counsel, even after such materials were requested.

Wherefore, Defendant Fellows requests this Honorable Court to issue an order to the Marshal's Service and the DOC to release such materials to his counsel forthwith.

Dated: September 20, 2022        Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*