# UNITED STATES DISTRICT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **v.** ) | Case No. 21-cr-00083-TNM |
| ) | |
| **BRANDON FELLOWS,** ) | |
| ) | |
| ) | |
| **Defendant** ) | |
| ) | |

## DEFENDANT BRANDON FELLOW'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Brandon Fellows, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Denial of Defendant's Motion for Reconsideration of Detention Order entered on November 3, 2022.

Dated: November 17, 2022                    Respectfully submitted,

                                            /s/ Brandon Fellows
                                            Brandon Fellows
                                            *pro se*

1