APPEAL,CAP,CAT B

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00083−TNM</u>−1

Case title: USA v. FELLOWS

Magistrate judge case number:  1:21−mj−00080−ZMF

Date Filed: 02/05/2021

---

Assigned to: Judge Trevor N. McFadden

Appeals court case number: 21−3090

**Defendant (1)**

| | | |
|---|---|---|
| **BRANDON FELLOWS** | represented by | **William Lee Shipley , Jr.** |

**William Lee Shipley , Jr.**
LAW OFFICES OF WILLIAM L. SHIPLEY
PO Box 745
Kailua, HI 96734
808−228−1341
Email: 808Shipleylaw@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Cara Kurtz Halverson**
FEDERAL PUBLIC DEFENDER
625 Indiana Ave NW
Suite 550
Washington, DC 20004
(202) 208−7500
Email: cara_halverson@fd.org
*TERMINATED: 01/07/2022*
*Designation: Public Defender or Community Defender Appointment*

**Joseph R. Conte**
JOSEPH R. CONTE
8251 NW 15th Court
Coral Springs, FL 33071
202−236−1147
Email: dcgunlaw@gmail.com
*TERMINATED: 04/05/2022*
*Designation: Retained*

**Ryan Marshall**

1

355 S. Grand Avenue
44th Floor
Los Angeles, CA 91311
724–812–1455
Email: ryan9374@gmail.com
*TERMINATED: 07/21/2022*
*PRO HAC VICE*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|

18 U.S.C. 1512(c)(2) and 2;
TAMPERING WITH A
WITNESS, VICTIM OR
INFORMANT; Obstruction of an
Official Proceeding and Aiding
and Abetting
(1)

18 U.S.C. 1512(c)(2) and 2;
TAMPERING WITH A
WITNESS, VICTIM OR
INFORMANT; Obstruction of an
Official Proceeding and Aiding
and Abetting
(1s)

18 U.S.C. 1752(a)(1);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Entering and
Remaining in a Restricted
Building or Grounds
(2)

18 U.S.C. 1752(a)(1);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Entering and
Remaining in a Restricted
Building or Grounds
(2s)

18 U.S.C. 1752(a)(2);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Disorderly
and Disruptive Conduct in a
Restricted Building or Grounds
(3)

18 U.S.C. 1752(a)(2);
TEMPORARY RESIDENCE OF
THE PRESIDENT; Disorderly
and Disruptive Conduct in a
Restricted Building or Grounds
(3s)

40 U.S.C. 5104(e)(2)(C);
FEDERAL STATUTES,
OTHER; Entering and Remaining
in Certain Rooms in a Capitol
Building
(4)

40 U.S.C. 5104(e)(2)(C);
VIOLENT ENTRY AND
DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Entering
and Remaining in Certain Rooms
in the Capitol Building
(4s)

40 U.S.C. 5104(e)(2)(D);
FEDERAL STATUTES,
OTHER; Disorderly Conduct in a
Capitol Building
(5)

40 U.S.C. 5104(e)(2)(D);
VIOLENT ENTRY AND
DISORDERLY CONDUCT ON
CAPITOL GROUNDS; Violent
Entry and Disorderly Conduct in a
Capitol Building
(5s)

**Highest Offense Level
(Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level
(Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| COMPLAINT in Violation of 18:1752(a); 40:5104(e)(2). | |

---

**Plaintiff**

| **USA** | represented by | **Thomas A. Gillice** |
| --- | --- | --- |
| | | U.S. ATTORNEY'S OFFICE |
| | | National Security Section |

555 4th Street, NW
Washington, DC 22205
(202) 252–1791
Fax: (202) 252–7714
Email: thomas.gillice@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Zachary Phillips**
DOJ–USAO
1801 California Street
Suite 1600
Denver, CO 80202
303–454–0100
Email: zachary.phillips@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Melissa Joy Jackson**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 4th Street, NW
Washington, DC 20530
202–252–7786
Email: melissa.jackson@usdoj.gov
*TERMINATED: 02/18/2021*
*Designation: Assistant U.S. Attorney*

**Mona Furst**
DOJ–USAO
Office of the United States Attorney
301 North Main
Suite 1200
Wichita, KS 67052
316–269–6481
Email: mona.furst@usdoj.gov
*TERMINATED: 09/08/2022*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 01/15/2021 | 1 | | SEALED COMPLAINT as to BRANDON FELLOWS (1). (Attachments: # 1 Affidavit in Support of Criminal Complaint and Arrest Warrant) (zhsj) [1:21–mj–00080–ZMF] (Entered: 01/17/2021) |
| 01/15/2021 | 3 | | MOTION to Seal Criminal Complaint and Related Documents by USA as to BRANDON FELLOWS. (Attachments: # 1 Text of Proposed Order) (zhsj) [1:21–mj–00080–ZMF] (Entered: 01/17/2021) |
| 01/15/2021 | 4 | | ORDER granting 3 Motion to Seal Criminal Complaint and Related Documents as to BRANDON FELLOWS (1).. Signed by Magistrate Judge Zia |

| | | | |
|---|---|---|---|
| | | | M. Faruqui on 1/15/2021. (zhsj) [1:21–mj–00080–ZMF] (Entered: 01/17/2021) |
| 01/16/2021 | | | Case unsealed as to BRANDON FELLOWS (bb) [1:21–mj–00080–ZMF] (Entered: 01/25/2021) |
| 01/16/2021 | | | Arrest of BRANDON FELLOWS in US District Court for the Northern District of New York. (bb) (Entered: 02/09/2021) |
| 01/20/2021 | 5 | | Rule 5(c)(3) Documents Received as to BRANDON FELLOWS from US District Court for the Northern District of New York Case Number 1:21–mj–32–DJS (bb) Modified on 3/17/2021 (zltp). (Entered: 02/09/2021) |
| 01/29/2021 | | | MINUTE ORDER as to Defendant BRANDON FELLOWS : It is hereby ORDERED that Defendant BRANDON FELLOWS appear for an initial appearance on Wednesday, February 3, 2021 at 1:00 p.m. before Magistrate Judge Robin M. Meriweather. The hearing will be conducted by video teleconference; call–in instructions will be provided to counsel prior to the hearing. Counsel for the United States is directed to ensure that counsel for Defendant has received this Order and will provide the information to Defendant. If Defendant does not have counsel, counsel for the United States is directed to contact the Office of the Federal Public Defender for the District of Columbia and provide their office with the information contained in this Order. If the parties have questions about this Order or the scheduled hearing, please contact the Courtroom Deputy at 202–354–3083; So Ordered by Magistrate Judge Robin M. Meriweather on 1/29/2021. (kk) [1:21–mj–00080–ZMF] (Entered: 01/29/2021) |
| 02/03/2021 | 14 | | Arrest Warrant, dated 1/15/2021, returned executed on 2/3/2021 in the U.S. District Court for the District of Columbia as to Defendant BRANDON FELLOWS. (kk) (zltp). (Entered: 03/11/2021) |
| 02/03/2021 | | | ORAL MOTION by Defendant BRANDON FELLOWS to Appoint Counsel. (kk) (Entered: 03/11/2021) |
| 02/03/2021 | | | JOINT ORAL MOTION by USA and Defendant BRANDON FELLOWS to Exclude Time Under the Speedy Trial Act from 2/3/2021 to 2/24/2021. (kk) (Entered: 03/11/2021) |
| 02/03/2021 | | | Minute Entry for Initial Appearance as to BRANDON FELLOWS held by video before Magistrate Judge Robin M. Meriweather on 2/3/2021 : The Court advised the Government of its due process obligations under Rule 5(f). The defendant agreed to appear by video. Oral Motion by Defendant to Appoint Counsel, heard and granted. Assistant Federal Public Defender Cara Halverson appointed to represent BRANDON FELLOWS. Preliminary Hearing set for 2/24/2021 at 1:00 pm by telephonic/VTC before Magistrate Judge Robin M. Meriweather. Joint Oral Motion by USA and Defendant to Exclude Time Under the Speedy Trial Act from 2/3/2021 to 2/24/2021, heard and granted in the interest of justice. Bond Status of Defendant: Defendant placed on Personal Recognizance Bond with GPS Monitoring. Court Reporter: FTR Gold – Ctrm. 16; FTR Time Frames: 1:50:18 – 2:01:14 and 2:59:51 – 3:44:55. Defense Attorney: Cara Halverson; U.S. Attorney: Kelly Smith for Melissa Jackson; Pretrial Officer: Shay Holman. (kk) (Entered: 03/11/2021) |
| 02/05/2021 | 7 | | |

| | | | INDICTMENT as to BRANDON FELLOWS (1) count(s) 1, 2, 3, 4, 5. (zltp) Modified on 3/17/2021 (zltp). (Entered: 02/05/2021) |
|---|---|---|---|
| 02/10/2021 | 9 | | ORDER Setting Conditions of Release as to BRANDON FELLOWS (1) Personal Recognizance. Signed by Magistrate Judge Robin M. Meriweather on 2/10/2021. (ztl) (Additional attachment(s) added on 4/20/2021: # 1 Appearance Bond) (zkk). (Entered: 02/17/2021) |
| 02/18/2021 | 10 | | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Furst, Mona added. Substituting for attorney Melissa Joy Jackson (Furst, Mona) (Entered: 02/18/2021) |
| 02/18/2021 | 11 | | NOTICE OF ATTORNEY APPEARANCE: Cara Kurtz Halverson appearing for BRANDON FELLOWS (Halverson, Cara) (Entered: 02/18/2021) |
| 02/23/2021 | | | MINUTE ORDER as to BRANDON FELLOWS (1) In light of the fact that Magistrate Case for Defendant BRANDON FELLOWS has closed and merged into Criminal Number 21–83, and an indictment has been filed, the preliminary hearing previously scheduled for February 24, 2021 before Judge Meriweather is VACATED. The parties are respectfully directed to address any scheduling requests to the presiding district judge, Judge Trevor N. McFadden. Signed by Magistrate Judge Robin M. Meriweather on 2/23/2021. (zpt) (Entered: 02/23/2021) |
| 02/24/2021 | | | NOTICE OF HEARING as to BRANDON FELLOWS. VTC Arraignment set for 3/3/2021 at 11:00 AM before Judge Trevor N. McFadden. Connection instructions will be emailed to the parties. (hmc) (Entered: 02/24/2021) |
| 03/03/2021 | | | MINUTE ORDER as to BRANDON FELLOWS. Consistent with the Due Process Protections Act, the Court ORDERS that all government counsel shall review their disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. The failure to comply could result in dismissal of the indictment or information, dismissal of individual charges, exclusion of government evidence or witnesses, continuances, Bar discipline, or any other remedy that is just under the circumstances. SO ORDERED. Signed by Judge Trevor N. McFadden on 3/3/21. (lctnm1) (Entered: 03/03/2021) |
| 03/03/2021 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Arraignment and Status Conference as to BRANDON FELLOWS held via video on 3/3/2021. Defendant agreed to proceed via video. Defendant entered a plea of Not Guilty as to Counts 1, 2, 3, 4, 5. A further Status Conference is set for 5/6/2021 at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 3/3/2021 to 5/6/20201, in the interests of justice. Bond Status of Defendant: Personal Recognizance. Defense Attorney: Cara Kurtz Halverson; US Attorney: Mona Furst; Court Reporter: Jan Dickman. (hmc) (Entered: 03/03/2021) |
| 03/08/2021 | 12 | | TRANSCRIPT OF PROCEEDINGS in case as to BRANDON FELLOWS before Judge Trevor N. McFadden held on March 3, 2021; Page Numbers: 1–9. Date of Issuance: March 8, 2021. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form |

| | | | |
|---|---|---|---|
| | | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court re porter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/29/2021. Redacted Transcript Deadline set for 4/8/2021. Release of Transcript Restriction set for 6/6/2021.(Dickman, Janice) (Entered: 03/08/2021) |
| 03/17/2021 | 13 | | NOTICE *of Filing Discovery Correspondence* by USA as to BRANDON FELLOWS (Attachments: # 1 Discovery Letter)(Furst, Mona) (Entered: 03/17/2021) |
| 03/26/2021 | 15 | | NOTICE *of Filing Discovery Correspondence* by USA as to BRANDON FELLOWS (Attachments: # 1 Discovery Letter)(Furst, Mona) (Entered: 03/26/2021) |
| 03/26/2021 | 16 | | Unopposed MOTION for Protective Order *Governing Discovery* by USA as to BRANDON FELLOWS. (Attachments: # 1 Text of Proposed Order)(Furst, Mona) (Entered: 03/26/2021) |
| 03/29/2021 | 17 | | Unopposed MOTION for Disclosure *of Items Protected by Federal Rule of Criminal Procedure 6(e) and Sealed Materials* by USA as to BRANDON FELLOWS. (Attachments: # 1 Text of Proposed Order)(Furst, Mona) (Entered: 03/29/2021) |
| 03/29/2021 | 18 | | ORDER granting 16 Unopposed Motion for Protective Order Governing Discovery as to (1) Brandon Fellows. See attached Order for details. Signed by Judge Trevor N. McFadden on 3/29/2021. (lctnm1) (Entered: 03/29/2021) |
| 03/29/2021 | 19 | | ORDER granting Government's 17 Unopposed Motion for Disclosure as to (1) BRANDON FELLOWS. See attached Order for details. Signed by Judge Trevor N. McFadden on 3/29/2021. (lctnm1) (Entered: 03/29/2021) |
| 04/12/2021 | 20 | | Joint MOTION to Convert the In−Person Status Hearing Into a Hearing by Video Conference by USA as to BRANDON FELLOWS. (Attachments: # 1 Text of Proposed Order)(Furst, Mona) Modified relief on 4/30/2021 (znmw). (Entered: 04/12/2021) |
| 04/14/2021 | 21 | | NOTICE *of Filing Discovery Correspondence* by USA as to BRANDON FELLOWS (Attachments: # 1 Discovery Letter)(Furst, Mona) (Entered: 04/14/2021) |
| 04/19/2021 | | | MINUTE ORDER as to BRANDON FELLOWS denying the 20 Joint Motion to Convert the In−Person Status Hearing Into a Hearing by Videoconference. The Court found Defendant's appearance and demeanor at the last videoconference to be inappropriate for criminal proceedings in federal court, |

| | | | |
|---|---|---|---|
| | | | so the hearing will proceed in person. Counsel for both parties may rely on stand–in counsel to appear, but counsel appearing at the hearing should be fully briefed on the matter and able to schedule further proceedings as necessary. SO ORDERED. Signed by Judge Trevor N. McFadden on 4/19/2021. (lctnm1) (Entered: 04/19/2021) |
| 04/23/2021 | 22 | | NOTICE *of Filing Discovery Correspondence* by USA as to BRANDON FELLOWS (Attachments: # 1 Discovery Letter dated April 22, 2021)(Furst, Mona) (Attachment 1 replaced on 4/26/2021) (zltp). (Entered: 04/23/2021) |
| 05/05/2021 | 24 | | MOTION to Revoke *Defendant's Pretrial Release* by USA as to BRANDON FELLOWS. (Furst, Mona) (Entered: 05/05/2021) |
| 05/06/2021 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to BRANDON FELLOWS held on 5/6/2021. Government's 24 Motion to Revoke Defendant's Pretrial Release, denied in part. The defendant's conditions of release are modified to include Home Detention. The defendant is ORDERED to stay at his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances (including his state case); court–ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer. The defendant is further ORDERED to provide employment verification. A further Status Conference is set for 7/14/2021 at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 5/6/2021 to 7/14/20201, in the interests of justice. Bond Status of Defendant: Personal Recognizance. Defense Attorney: Cara Kurtz Halverson; US Attorney: Amanda Fretto standing in for Mona Furst who appeared by phone; Pretrial Officer: Da'Shante Valentine–Lewis (appeared by phone); New York Probation Officer: Kendra Rennie; Court Reporter: Crystal Pilgrim. (hmc) (Entered: 05/06/2021) |
| 05/17/2021 | 25 | | NOTICE *of Filing Discovery Correspondence* by USA as to BRANDON FELLOWS (Attachments: # 1 Discovery Letter)(Furst, Mona) (Entered: 05/17/2021) |
| 05/27/2021 | 27 | | Second MOTION to Revoke *Defendant's Pretrial Release* by USA as to BRANDON FELLOWS. (Furst, Mona) (Entered: 05/27/2021) |
| 05/27/2021 | | | MINUTE ORDER as to BRANDON FELLOWS. Upon consideration of the 26 Pretrial Violation Report, the parties shall appear for a Status Hearing on June 4, 2021, at 3:00 p.m. in Courtroom 2 before Judge Trevor N. McFadden. SO ORDERED. Signed by Judge Trevor N. McFadden on 5/27/2021. (lctnm1) (Entered: 05/27/2021) |
| 05/27/2021 | | | Set/Reset Hearings as to BRANDON FELLOWS: Status Conference set for 6/4/2021 at 3:00 PM in Courtroom 2 before Judge Trevor N. McFadden. (hmc) (Entered: 06/03/2021) |
| 05/28/2021 | 28 | | Memorandum in Opposition by BRANDON FELLOWS re 27 Second MOTION to Revoke *Defendant's Pretrial Release* (Halverson, Cara) (Entered: 05/28/2021) |
| 06/04/2021 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to BRANDON FELLOWS held on 6/4/2021. Government's 27 |

| | | | |
|---|---|---|---|
| | | | Second Motion to Revoke Defendant's Pretrial Release, DENIED. Defendant is ORDERED to report to the US Probation Office for the Northern District of New York for a mental health evaluation and comply with all treatment recommendations and sign all required releases of information to obtain and report treatment compliance to the Court. The defendant is further ORDERED to follow all previous release conditions. Bond Status of Defendant: Personal Recognizance. Defense Attorney: Cara K. Halverson; US Attorney: Mona Furst; New York Probation Officer: Kendra Rennie; Pretrial Officer: Da'Shanta Valentine–Lewis (by phone) and Christine Schuck; Court Reporter: Crystal Pilgrim. (hmc) (Entered: 06/04/2021) |
| 06/14/2021 | 30 | | Third MOTION to Revoke *Defendant's Pretrial Release* by USA as to BRANDON FELLOWS. (Furst, Mona) (Entered: 06/14/2021) |
| 06/15/2021 | | | Arrest of BRANDON FELLOWS in Albany, New York. (hmc) (Entered: 07/14/2021) |
| 06/30/2021 | 31 | | NOTICE *of Filing Discovery Correspondence* by USA as to BRANDON FELLOWS (Attachments: # 1 Discovery Letter)(Furst, Mona) (Entered: 06/30/2021) |
| 06/30/2021 | 32 | | Unopposed MOTION for Court to Take Judicial Notice Under Fed. R. Evid. 201 by USA as to BRANDON FELLOWS. (Attachments: # 1 Attachment 1)(Furst, Mona) (Entered: 06/30/2021) |
| 06/30/2021 | | | MINUTE ORDER as to BRANDON FELLOWS granting the Government's 32 Unopposed Mot. For Court to Take Judicial Notice. Signed by Judge Trevor N. McFadden on 6/30/21. (lctnm1) (Entered: 06/30/2021) |
| 07/07/2021 | 33 | | NOTICE *of Filing Discovery Correspondence* by USA as to BRANDON FELLOWS (Attachments: # 1 Discovery Letter (Addendum))(Furst, Mona) (Entered: 07/07/2021) |
| 07/12/2021 | 34 | | NOTICE *of Memorandum Regarding Status of Discovery* by USA as to BRANDON FELLOWS (Attachments: # 1 Exhibit A)(Furst, Mona) (Entered: 07/12/2021) |
| 07/13/2021 | | | NOTICE OF HEARING (courtroom change) as to BRANDON FELLOWS. The Status Conference set for 7/14/2021 at 10:00 AM before Judge Trevor N. McFadden will be held in Courtroom 10 (In Person). (hmc) (Entered: 07/13/2021) |
| 07/14/2021 | 35 | | Arrest Warrant, dated 6/15/2021, Returned Executed in the U.S. District Court for the District Columbia on 7/14/2021 as to BRANDON FELLOWS. (hmc) (Entered: 07/14/2021) |
| 07/14/2021 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference/Detention Hearing as to BRANDON FELLOWS held on 7/14/2021. Detention Hearing continued to 7/15/2021 at 11:00 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. Bond Status of Defendant: committed/commitment issued. Defense Attorney: Cara K. Halverson; US Attorney: Mona Furst; Court Reporter: William Zaremba. Government Witnesses: Pretrial Services Agency Officer – Tekeysha Robinson; New York Probation Officer: Kendra Rennie; New York Probation Officer (supervisor): Jeannine Kiebart. (hmc) (Entered: 07/14/2021) |

| 07/14/2021 | <u>36</u> | | EXHIBIT LIST by USA as to BRANDON FELLOWS. (hmc) (Entered: 07/14/2021) |
|---|---|---|---|
| 07/15/2021 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Detention Hearing as to BRANDON FELLOWS held on 7/15/2021. Goverment's <u>30</u> Third Motion to Revoke Defendant's Pretrial Release, GRANTED. Status Conference set for 9/7/2021 at 10:30 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 7/15/2021 to 9/7/2021, in the interest of justice. Bond Status of Defendant: committed/commitment issued. Defense Attorney: Cara K. Halverson; US Attorney: Mona Furst; Court Reporter: Liz Saint-Loth. (hmc) (Entered: 07/15/2021) |
| 08/14/2021 | <u>37</u> | | TRANSCRIPT OF PROCEEDINGS, in case as to BRANDON FELLOWS, before Judge Trevor N. McFadden, held on 7–15–2021. Page Numbers: 1 – 16. Date of Issuance: 8–14–2021. Court Reporter: Elizabeth SaintLoth, Telephone number: 202–354–3242. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court re porter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/4/2021. Redacted Transcript Deadline set for 9/14/2021. Release of Transcript Restriction set for 11/12/2021.(Saint–Loth, Elizabeth) (Entered: 08/14/2021) |
| 08/19/2021 | <u>38</u> | | NOTICE *OF FILING DISCOVERY CORRESPONDENCE* by USA as to BRANDON FELLOWS (Attachments: # <u>1</u> Discovery Letter)(Furst, Mona) (Entered: 08/19/2021) |
| 08/26/2021 | <u>39</u> | | NOTICE *of United States' Memorandum Regarding Status of Discovery as of August 23, 2021* by USA as to BRANDON FELLOWS (Furst, Mona) (Entered: 08/26/2021) |
| 08/30/2021 | <u>40</u> | | NOTICE OF ATTORNEY APPEARANCE Thomas A. Gillice appearing for USA. (Gillice, Thomas) (Entered: 08/30/2021) |
| 09/02/2021 | <u>41</u> | | NOTICE *of Classified Filing* by USA as to BRANDON FELLOWS (Gillice, Thomas) (Entered: 09/02/2021) |
| 09/03/2021 | <u>42</u> | | MOTION to Continue *and*, MOTION to Exclude *Time Under the Speedy Trial Act* by USA as to BRANDON FELLOWS. (Furst, Mona) (Entered: 09/03/2021) |
| 09/03/2021 | | | |

| | | | |
|---|---|---|---|
| | | | MINUTE ORDER as to BRANDON FELLOWS (1), denying the Government's 42 Motion to Continue and denying as moot the 42 Motion to Exclude Time. The status conference on September 7, 2021, will proceed as scheduled. SO ORDERED. Signed by Judge Trevor N. McFadden on 9/3/2021. (lctnm1) (Entered: 09/03/2021) |
| 09/07/2021 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to BRANDON FELLOWS held on 9/7/2021. Status Conference set for 9/20/2021 at 2:30 PM in Courtroom 2– In Person before Judge Trevor N. McFadden. A further Status Conference is set for 11/29/2021 at 10:00 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. Time under the Speedy Trial Act is excluded from 9/7/2021 to 11/29/2021, in the interests of justice. Bond Status of Defendant: committed/commitment issued. Defense Attorney: Cara K. Halverson; US Attorneys: Mona Furst and Thomas A. Gillice; Court Reporter: Nancy Meyer. (hmc) (Entered: 09/07/2021) |
| 09/15/2021 | 43 | | TRANSCRIPT OF PROCEEDINGS in case as to BRANDON FELLOWS before Judge Trevor N. McFadden held on 09/07/2021. Page Numbers: 1–26. Date of Issuance: 09/09/2021. Stenographic Court Reporter: Nancy J. Meyer. Telephone Number: 202–354–3118. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased fro m the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/6/2021. Redacted Transcript Deadline set for 10/16/2021. Release of Transcript Restriction set for 12/14/2021.(Meyer, Nancy) (Entered: 09/15/2021) |
| 09/16/2021 | 44 | | NOTICE *of United States' Memorandum Regarding Status of Discovery as of September 14, 2021* by USA as to BRANDON FELLOWS (Furst, Mona) (Entered: 09/16/2021) |
| 09/20/2021 | | | NOTICE OF HEARING as to BRANDON FELLOWS. The Status Conference currently set for 9/20/2021, is RESCHEDULED to 9/23/2021 at 2:30 PM in Courtroom 2– In Person before Judge Trevor N. McFadden. (hmc) Modified on 9/20/2021 to remove VTC verbiage (hmc). (Entered: 09/20/2021) |
| 09/23/2021 | 45 | | MOTION for Bond , MOTION for Hearing by BRANDON FELLOWS. (Halverson, Cara) (Entered: 09/23/2021) |
| 09/23/2021 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to BRANDON FELLOWS held on 9/23/2021. The Court found that the defendant knowingly and voluntarily waived his right to counsel and |

| | | | |
|---|---|---|---|
| | | | permitted the defendant to represent himself. Attorney Cara Halverson appointed to continue as standby counsel. Government's response to Defendant's Motion for Bond due by 10/6/2021. Bond Hearing set for 10/12/2021 at 3:00 PM in Courtroom 2– In Person before Judge Trevor N. McFadden. Bond Status of Defendant: Committed/Commitment Issued. Defense Attorney: pro se, Cara K. Halverson (standby); US Attorneys: Louis Manzo (stand–in), telephonically: Mona Furst; Court Reporter: Sara Wick. (hmc) (Entered: 09/24/2021) |
| 09/29/2021 | 46 | | TRANSCRIPT OF DETENTION HEARING PROCEEDINGS in case as to BRANDON FELLOWS before Judge Trevor N. McFadden held on July 14, 2021; Page Numbers: 1–93. Date of Issuance: September 29, 2021. Court Reporter/Transcriber: William Zaremba; Telephone number: (202) 354–3249. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public te rminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, PDF or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/20/2021. Redacted Transcript Deadline set for 10/30/2021. Release of Transcript Restriction set for 12/28/2021.(wz) (Entered: 09/29/2021) |
| 10/06/2021 | 47 | | RESPONSE by USA as to BRANDON FELLOWS re 45 MOTION for Bond MOTION for Hearing (Attachments: # 1 Attachment A, # 2 Attachment B)(Furst, Mona) (Entered: 10/06/2021) |
| 10/08/2021 | 48 | | ORDER as to BRANDON FELLOWS (1) re 41 Notice of Classified Filing and granting the Government's *Ex Parte*, *In Camera*, Under Seal Motion for a Protective Order. Classified Memorandum Order delivered to the Government on October 7, 2021, via the Classified Information Security Officer. Signed by Judge Trevor N. McFadden on 10/7/21. (lctnm1) (Entered: 10/08/2021) |
| 10/12/2021 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bond Hearing as to BRANDON FELLOWS held on 10/12/2021. Defendant's 45 Motion for Bond, DENIED. Bond Status of Defendant: Committed/Commitment Issued. Defense Attorney: pro se, Cara K. Halverson (standby); US Attorney: Mona Furst; Court Reporter: Liz Saint–Loth. (hmc) (Entered: 10/12/2021) |
| 10/14/2021 | 50 | | Second MOTION for Bond *Hearing & Subpoena Requests*, MOTION for Release from Custody by BRANDON FELLOWS. (Halverson, Cara) (Entered: 10/14/2021) |
| 10/14/2021 | | | |

| | | | MINUTE ORDER granting <u>49</u> Sealed Motion for Leave to File Under Seal as to BRANDON FELLOWS (1). The Clerk shall place under seal Defendant's [49–1] Motion. SO ORDERED. Signed by Judge Trevor N. McFadden on 10/14/21. (lctnm2) Modified on 10/18/2021 to edit ECF number reference (hmc). (Entered: 10/14/2021) |
|---|---|---|---|
| 10/22/2021 | <u>52</u> | | NOTICE *of United States' Memorandum Regarding Status of Discovery as of October 21, 2021* by USA as to BRANDON FELLOWS (Furst, Mona) (Entered: 10/22/2021) |
| 11/04/2021 | <u>53</u> | | MOTION CONCERNING DEFENDANT'S REVIEW OF SENSITIVE AND HIGHLY SENSITIVE DISCOVERY MATERIALS by USA as to BRANDON FELLOWS. (Furst, Mona) (Entered: 11/04/2021) |
| 11/09/2021 | <u>54</u> | | NOTICE *of United States' Memorandum Regarding Status of Discovery as of November 5, 2021* by USA as to BRANDON FELLOWS (Furst, Mona) (Entered: 11/09/2021) |
| 11/09/2021 | <u>55</u> | | TRANSCRIPT OF PROCEEDINGS, in case as to BRANDON FELLOWS, before Judge Trevor N. McFadden, held on 10–12–2021. Page Numbers: 1 – 104. Date of Issuance: 11–09–2021. Court Reporter: Elizabeth SaintLoth, Telephone number: 202–354–3242. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 11/30/2021. Redacted Transcript Deadline set for 12/10/2021. Release of Transcript Restriction set for 2/7/2022.(Saint–Loth, Elizabeth) (Entered: 11/09/2021) |
| 11/22/2021 | <u>56</u> | | MOTION to Admit Defendant's Detention Hearing Testimony at Trial by USA as to BRANDON FELLOWS. (Attachments: # <u>1</u> Attachment A, # <u>2</u> Attachment B, # <u>3</u> Attachment C)(Furst, Mona) (Entered: 11/22/2021) |
| 11/23/2021 | | | MINUTE ORDER as to BRANDON FELLOWS (1). The Court hereby ORDERS the Defendant to respond to the Government's <u>56</u> Motion to Admit by December 10, 2021. SO ORDERED. Signed by Judge Trevor N. McFadden on 11/23/21. (lctnm2) (Entered: 11/23/2021) |
| 11/23/2021 | | | Set/Reset Deadlines as to BRANDON FELLOWS: Response to Order of the Court due by 12/10/2021. (ztg) (Entered: 11/23/2021) |
| 11/29/2021 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to BRANDON FELLOWS held on 11/29/2021. Defendant's <u>50</u> |

| | | | |
|---|---|---|---|
| | | | Second Motion for Bond Hearing & Subpoena Requests, Motion for Release from Custody, DENIED. Government's 53 Motion Concerning Defendant's Review of Sensitive and Highly Sensitive Discovery Materials, DENIED AS MOOT. Defendant signed the Protective Order in open court. A further Status Conference is set for 1/7/2022 at 10:30 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 11/29/2021 to 1/7/2022, in the interests of justice. Bond Status of Defendant: committed/commitment issued. Defense Attorney: pro se, Cara K. Halverson (standby); US Attorneys: Mona Furst and Emily Miller; Court Reporter: Sara Wick. (hmc) (Entered: 11/30/2021) |
| 11/30/2021 | 57 | | TRANSCRIPT OF STATUS CONFERENCE in case as to BRANDON FELLOWS before Judge Trevor N. McFadden held on 09/23/2021. Page Numbers: 1–14. Date of Issuance: 11/30/2021. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court repo rter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 12/21/2021. Redacted Transcript Deadline set for 12/31/2021. Release of Transcript Restriction set for 2/28/2022.(Wick, Sara) (Entered: 11/30/2021) |
| 12/01/2021 | 58 | | NOTICE *of Filing* by BRANDON FELLOWS (Attachments: # 1 Pro se Motion – Access to Court Violation)(Halverson, Cara) (Entered: 12/01/2021) |
| 12/01/2021 | 59 | | NOTICE *of Filing* by BRANDON FELLOWS (Attachments: # 1 Defense Response ECF 47)(Halverson, Cara) (Attachment 1 replaced on 12/2/2021) (zltp). (Entered: 12/01/2021) |
| 12/01/2021 | 60 | | NOTICE *of Filing* by BRANDON FELLOWS (Attachments: # 1 Defense Response to ECF 53)(Halverson, Cara) (Entered: 12/01/2021) |
| 12/01/2021 | 61 | | NOTICE *of Filing* by BRANDON FELLOWS (Attachments: # 1 Defense Response to ECF 54)(Halverson, Cara) (Entered: 12/01/2021) |
| 12/01/2021 | 62 | | MOTION to Withdraw as Attorney *Standby* by Cara Halverson. by BRANDON FELLOWS. (Halverson, Cara) (Entered: 12/01/2021) |
| 12/08/2021 | 63 | | NOTICE OF APPEAL – Final Judgment by BRANDON FELLOWS Fee Status: No Fee Paid. Parties have been notified. (Halverson, Cara) (Entered: 12/08/2021) |
| 12/09/2021 | 64 | | |

| | | | |
|---|---|---|---|
| | | | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The fee was not paid as the defendant is represented by FPD as to BRANDON FELLOWS re 63 Notice of Appeal – Final Judgment. (zltp) (Entered: 12/09/2021) |
| 12/10/2021 | | | USCA Case Number as to BRANDON FELLOWS 21–3090 for 63 Notice of Appeal – Final Judgment filed by BRANDON FELLOWS. (zltp) (Entered: 12/10/2021) |
| 12/22/2021 | 65 | | NOTICE *of Filing Discovery Correspondence* by USA as to BRANDON FELLOWS (Attachments: # 1 Pro Se Discovery 1 Letter dated December 9, 2021, # 2 Pro Se Discovery 2 Letter dated December 16, 2021, # 3 Hand Receipt for Pro Se Discovery 1, # 4 Hand Receipt for Pro Se Discovery 2, # 5 Summary of Discovery Produced as of December 16, 2021)(Furst, Mona) (Entered: 12/22/2021) |
| 01/04/2022 | 66 | | NOTICE *of Signed Attachment A* by USA as to BRANDON FELLOWS re 18 Order on Motion for Protective Order (Furst, Mona) (Entered: 01/04/2022) |
| 01/04/2022 | | | NOTICE OF HEARING as to BRANDON FELLOWS. The parties shall take notice that the in–person Status Conference set for 1/7/2022 is converted to a video hearing and is rescheduled from 10:30 am to 11:15 AM before Judge Trevor N. McFadden. (hmc) (Entered: 01/04/2022) |
| 01/06/2022 | 67 | | TRANSCRIPT OF STATUS CONFERENCE in case as to BRANDON FELLOWS before Judge Trevor N. McFadden held on 11/29/2021. Page Numbers: 1–48. Date of Issuance: 01/06/2022. Court Reporter: Sara Wick, telephone number 202–354–3284. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court report er referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 1/27/2022. Redacted Transcript Deadline set for 2/6/2022. Release of Transcript Restriction set for 4/6/2022.(Wick, Sara) (Entered: 01/06/2022) |
| 01/07/2022 | | | MINUTE ORDER as to BRANDON FELLOWS. The VTC Status Conference set for 1/7/2022 at 11:15 AM before Judge Trevor N. McFadden is converted to a Telephonic Status Conference. Members of the public may access the hearing by dialing the court's toll–free public access line: 877–336–1831, access code 4509718. Signed by Judge Trevor N. McFadden on 1/7/2022. (hmc) (Entered: 01/07/2022) |

| 01/07/2022 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Telephonic Status Conference as to BRANDON FELLOWS held on 1/7/2022. 62 Motion to Withdraw as Standby Attorney, granted. Standby Attorney Cara Kurtz Halverson withdrawn from case. Defendant's oral request for a new standby counsel, taken under advisement. Defendant's 51 Sealed Motion, denied as moot. A further Status Conference is set for 2/11/2022 at 11:00 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 1/7/2022 to 2/11/2022, in the interests of justice. Bond Status of Defendant: remains committed. Defense Attorney: pro se, Cara K. Halverson (standby); US Attorney: Mona Furst; Court Reporter: Lisa Bankins. (hmc) (Entered: 01/10/2022) |
| 01/16/2022 | 68 | | NOTICE OF ATTORNEY APPEARANCE: Joseph Roll Conte appearing for BRANDON FELLOWS *as Standby Counsel* (Conte, Joseph) (Entered: 01/16/2022) |
| 02/03/2022 | 69 | | NOTICE *of United States' Memorandum Regarding Status of Discovery as of January 21, 2022* by USA as to BRANDON FELLOWS (Furst, Mona) (Main Document 69 replaced on 2/3/2022) (zltp). (Entered: 02/03/2022) |
| 02/10/2022 | 70 | | NOTICE *United States' Memorandum Regarding Status of Discovery as of February 9, 2022* by USA as to BRANDON FELLOWS (Furst, Mona) (Entered: 02/10/2022) |
| 02/11/2022 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to BRANDON FELLOWS held on 2/11/2022. Status Conference set for 4/14/2022 at 2:00 PM in Courtroom 2– In Person before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 2/11/2022 to 4/14/2022, in the interest of justice and due to the defense counsel's unavailability. Bond Status of Defendant: committed/commitment issued. Defense Attorney: pro se, Joseph R. Conte (standby); US Attorneys: Mona Furst and Emily Miller (appeared telephonically); Court Reporter: Cathryn Jones. (hmc) (Entered: 02/11/2022) |
| 02/14/2022 | | | MINUTE ORDER as to BRANDON FELLOWS (1). After consideration of Defendant's [58–1] Pro se Motion, the Court directs the Government to respond to Defendant's representations in that motion regarding (1) his access to stamps, pens, and paper; (2) the jail's grievance process; (3) his access to church services and clergy; and (4) his access to haircuts and other grooming services at the jail. The Government shall files its response by March 7, 2022. SO ORDERED. Signed by Judge Trevor N. McFadden on 2/14/22. (lctnm2) (Entered: 02/14/2022) |
| 02/15/2022 | | | Set/Reset Deadlines as to BRANDON FELLOWS: Government's response due by 3/7/2022. (hmc) (Entered: 02/15/2022) |
| 02/22/2022 | 71 | | NOTICE *of Filing Discovery Correspondence* by USA as to BRANDON FELLOWS (Attachments: # 1 Pro Se Discovery 3 Letter dated January 7, 2022, # 2 Pro Se Discovery 4 Letter dated January 28, 2022, # 3 Pro Se Discovery 5 Letter dated February 7, 2022, # 4 Pro Se Discovery 6 Letter dated February 22, 2022, # 5 E–mail of Pro Se Discovery Provided in USAfx dated February 16, 2022)(Furst, Mona) (Entered: 02/22/2022) |
| 03/02/2022 | | | MINUTE ORDER granting 72 Sealed Motion for Leave to File Under Seal as to BRANDON FELLOWS (1). When the Government files its response, it |

| | | | |
|---|---|---|---|
| | | | shall file Exhibit B under seal. SO ORDERED. Signed by Judge Trevor N. McFadden on 3/2/22. (lctnm2) (Entered: 03/02/2022) |
| 03/07/2022 | 73 | | ENTERED IN ERROR.....RESPONSE by USA as to BRANDON FELLOWS re 58 Notice (Other) *Pro Se Motion – Access to Court Violations* (Attachments: # 1 Exhibit A, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Furst, Mona) Modified on 3/17/2022 (zltp). (Entered: 03/07/2022) |
| 03/07/2022 | 75 | | RESPONSE by USA as to BRANDON FELLOWS re 58 Notice (Other) *Pro Se Motion – Access to Court Violations* (Attachments: # 1 Exhibit A, # 2 Exhibit C, # 3 Exhibit D, # 4 Exhibit D−1, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Furst, Mona) (Entered: 03/07/2022) |
| 03/07/2022 | | | NOTICE OF CORRECTED DOCKET ENTRY: as to BRANDON FELLOWS re 73 Response to document was entered in error and counsel refiled said pleading. The corrected docket entry is 75 . (zltp) (Entered: 03/17/2022) |
| 03/09/2022 | 76 | | SUPERSEDING INDICTMENT as to BRANDON FELLOWS (1) count(s) 1s, 2s, 3s, 4s, 5s. (zltp) (Entered: 03/10/2022) |
| 03/17/2022 | 78 | | SUPPLEMENT by BRANDON FELLOWS re: 58 Notice of Filing (Attachments: # 1 Exhibit Supplement to Dkt58)(Conte, Joseph) Modified text to include linkage on 3/25/2022 (zltp). (Entered: 03/17/2022) |
| 04/04/2022 | 79 | | NOTICE OF ATTORNEY APPEARANCE: William Lee Shipley, Jr appearing for BRANDON FELLOWS (Shipley, William) (Main Document 79 replaced on 4/15/2022) (zltp). (Entered: 04/04/2022) |
| 04/05/2022 | 80 | | MOTION to Withdraw as Attorney by Joseph R Conte. by BRANDON FELLOWS. (Attachments: # 1 Text of Proposed Order)(Conte, Joseph) (Entered: 04/05/2022) |
| 04/05/2022 | 81 | | NOTICE *of Filing Discovery Correspondence* by USA as to BRANDON FELLOWS (Attachments: # 1 Pro Se Discovery 4, # 2 Pro Se Discovery 5, # 3 Pro Se Discovery 6, # 4 Pro Se Discovery 7, # 5 Pro Se Discovery 8, # 6 Pro Se Discovery 1−5 to standby counsel, # 7 Global Production Discovery)(Furst, Mona) (Entered: 04/05/2022) |
| 04/05/2022 | | | MINUTE ORDER granting 80 Motion to Withdraw as to BRANDON FELLOWS (1). The Court directs new defense counsel to appear at the status conference scheduled for 2:00 PM on April 14, 2022 in Courtroom 2. SO ORDERED. Signed by Judge Trevor N. McFadden on 4/5/22. (lctnm2) (Entered: 04/05/2022) |
| 04/11/2022 | 82 | | MOTION for Leave to Appear Pro Hac Vice Ryan Marshall Filing fee $ 100, receipt number ADCDC−9164239. Fee Status: Fee Paid. by BRANDON FELLOWS. (Shipley, William) (Entered: 04/11/2022) |
| 04/11/2022 | | | MINUTE ORDER granting 82 Motion for Leave to Appear Pro Hac Vice as to BRANDON FELLOWS (1). **Counsel should register for e−filing via PACER and file a notice of appearance pursuant to LCrR 44.5(a).** SO ORDERED. Signed by Judge Trevor N. McFadden on 4/11/22. (lctnm2) (Entered: 04/11/2022) |
| 04/11/2022 | 83 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF ATTORNEY APPEARANCE: Ryan Marshall appearing for BRANDON FELLOWS (Marshall, Ryan) (Entered: 04/11/2022) |
| 04/13/2022 | | | NOTICE OF HEARING as to BRANDON FELLOWS. The parties shall take notice that the Status Conference set for 4/14/2022, will be held via video and is rescheduled to 3:00 PM before Judge Trevor N. McFadden. (hmc) (Entered: 04/13/2022) |
| 04/14/2022 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to BRANDON FELLOWS held via videoconference on 4/14/2022. Defendant agreed to proceed via videoconference. Defendant arraigned on Counts 1, 2, 3, 4, 5 of the Superseding Indictment. Defendant entered a plea of Not Guilty as to all counts. Defendant's [58−1] Pro se Motion – Access to Court Violation, DENIED. A further VTC Status Conference is set for 5/17/2022 at 2:00 PM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is excluded from 4/14/2022 to 5/17/2022, in the interests of justice. Bond Status of Defendant: remains committed. Defense Attorneys: pro se, William L. Shipley, Jr. (standby), Ryan Marshall (standby); US Attorney: Mona Furst; DOC: Michelle Wilson, Eric Glover, Richard Rudasil. Court Reporter: Bryan Wayne. (hmc) (Entered: 04/14/2022) |
| 04/26/2022 | 84 | | TRANSCRIPT OF PROCEEDINGS in case as to BRANDON FELLOWS before Judge Trevor N. McFadden held on 01/07/2022; Page Numbers: 48. Date of Issuance:04/26/2022. Court Reporter/Transcriber L. Bankins, Telephone number 202−354−3243, Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court repo rter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 5/17/2022. Redacted Transcript Deadline set for 5/27/2022. Release of Transcript Restriction set for 7/25/2022.(Bankins, Lisa) (Entered: 04/26/2022) |
| 04/28/2022 | 85 | | TRANSCRIPT OF 4/14/22 STATUS HEARING in case as to BRANDON FELLOWS before Judge Trevor N. McFadden held on April 14, 2022; Page Numbers: 1−34. Date of Issuance: 4/28/2022. Court Reporter: Bryan A. Wayne, (202) 354−3186, Bryan_Wayne@dcd.uscourts.gov. Transcripts may be ordered by submitting the Transcript Order Form

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other |

| | | | |
|---|---|---|---|
| | | | transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | | Redaction Request due 5/19/2022. Redacted Transcript Deadline set for 5/29/2022. Release of Transcript Restriction set for 7/27/2022.(Wayne, Bryan) (Entered: 04/28/2022) |
| 05/11/2022 | 86 | | TRANSCRIPT OF PROCEEDINGS, in case as to BRANDON FELLOWS, before Judge Trevor N. McFadden, held on 2−03−2021. Page Numbers: 1 − 35. Date of Issuance: 5−11−2022. Transcriber: Elizabeth Saint−Loth, Telephone number: 202−354−3242. Transcripts may be ordered by submitting the Transcript Order Form |
| | | | For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court repo rter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |
| | | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |
| | | | Redaction Request due 6/1/2022. Redacted Transcript Deadline set for 6/11/2022. Release of Transcript Restriction set for 8/9/2022.(Saint−Loth, Elizabeth) (Entered: 05/11/2022) |
| 05/17/2022 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to BRANDON FELLOWS held via videoconference on 5/17/2022. Attorney William Shipley and Attorney Ryan Marshall are now representing the defendant. A further VTC Status Conference is set for 7/21/2022 at 3:00 PM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 5/17/2022 through 7/21/2022, in the interests of justice. Bond Status of Defendant: remains committed. Defense Attorney: Ryan Marshall; US Attorney: Mona Furst; Court Reporter: Lisa Edwards. (hmc) (Entered: 05/17/2022) |
| 06/08/2022 | 89 | | Emergency MOTION for Hearing by BRANDON FELLOWS. (Attachments: # 1 Certificate of Service)(Shipley, William) (Entered: 06/08/2022) |
| 06/09/2022 | | | MINUTE ORDER denying 89 Emergency Motion for Hearing as to BRANDON FELLOWS (1). The Court has communicated with the Marshals Service and has received assurances that Defendant will be transferred soon. A |

| | | | |
|---|---|---|---|
| | | | hearing is not necessary at this time. SO ORDERED. Signed by Judge Trevor N. McFadden on 6/9/22. (lctnm2) (Entered: 06/09/2022) |
| 07/14/2022 | | | NOTICE OF HEARING as to BRANDON FELLOWS. The VTC Status Conference set for 7/21/2022 is rescheduled from 3:00 PM to 4:00 PM before Judge Trevor N. McFadden. (hmc) (Entered: 07/14/2022) |
| 07/21/2022 | 90 | | Joint MOTION to Continue *STATUS CONFERENCE* by USA as to BRANDON FELLOWS. (Furst, Mona) (Entered: 07/21/2022) |
| 07/21/2022 | | | Minute Entry for Status Conference as to BRANDON FELLOWS held on 7/21/2022 before Judge Trevor N. McFadden. Speedy Trial Excludable (XT) started 7/21/2022 through 9/22/2022 in the interest of justice as to BRANDON FELLOWS. Status Conference set for 9/22/2022 at 2:00 PM via videoconference before Judge Trevor N. McFadden. Court grants Defense attorney Ryan Marshall's oral motion to withdraw. Bond Status of Defendant: Remains Committed – Presence waived; Court Reporter: Nancy Meyer; Defense Attorney: William Shipley and Ryan Marshall; US Attorney: Mona Furst. (zjch, ) Modified on 8/1/2022 (hmc). (Entered: 07/21/2022) |
| 07/21/2022 | | | MINUTE ORDER denying as moot the Motion to Continue as to BRANDON FELLOWS (1). The Court held a hearing as scheduled on July 21, 2022. Defendant's motion to reschedule that hearing is therefore moot. SO ORDERED. Signed by Judge Trevor N. McFadden on 7/21/22. (lctnm2) (Entered: 07/21/2022) |
| 08/24/2022 | 92 | | Mail Returned as Undeliverable as to BRANDON FELLOWS. Sent to William L. Shipley, Jr. Type of Document Returned: 8/8/2022 Sealed Minute Order. (hmc) (Entered: 08/24/2022) |
| 09/08/2022 | 93 | | NOTICE OF SUBSTITUTION OF COUNSEL as to USA. Attorney Phillips, Zachary added. Substituting for attorney Mona Furst (Attachments: # 1 Certificate of Service)(Phillips, Zachary) (Entered: 09/08/2022) |
| 09/20/2022 | 94 | | MOTION Miscellaneous Relief by BRANDON FELLOWS. (Shipley, William) (Entered: 09/20/2022) |
| 09/22/2022 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to BRANDON FELLOWS held via videoconference on 9/22/2022. A further VTC Status Conference is set for 10/11/2022 at 2:00 PM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 9/22/2022 through 10/11/2022, in the interests of justice. Bond Status of Defendant: remains committed. Defense Attorneys: William Lee Shipley, Jr., Ryan Marshall; US Attorney: Zachary Phillips; Court Reporter: Lisa Edwards. (hmc) (Entered: 09/22/2022) |
| 10/11/2022 | 95 | | MOTION for Reconsideration *of Detention Order* by BRANDON FELLOWS. (Shipley, William) (Entered: 10/11/2022) |
| 10/11/2022 | | | MINUTE ORDER granting 96 Sealed Motion for Leave to File Document Under Seal as to BRANDON FELLOWS. The Clerk's Office shall place ECF [96–1] under seal on the docket. SO ORDERED. Signed by Judge Trevor N. McFadden on 10/11/2022. (lctnm3) (Entered: 10/11/2022) |
| 10/11/2022 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to BRANDON FELLOWS held via videoconference on |

| | | | |
|---|---|---|---|
| | | | 10/11/2022. Pretrial Conference set for 2/3/2023 at 2:00 PM in Courtroom 2 before Judge Trevor N. McFadden. Jury Selection/Jury Trial set for 2/13/2023 at 9:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Government's response to the defendant's motion for reconsideration due by 10/25/2022. A further VTC Status Conference is set for 11/3/2022 at 3:00 PM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 10/11/2022 to 11/3/2022, in the interests of justice. Bond Status of Defendant: remains committed. Defense Attorney: William Lee Shipley, Jr.; US Attorney: Zachary Phillips; Court Reporter: Nancy Meyer. (zhmc) (Entered: 10/12/2022) |
| 10/25/2022 | 98 | | RESPONSE by USA as to BRANDON FELLOWS re 95 MOTION for Reconsideration *of Detention Order* (Phillips, Zachary) (Entered: 10/25/2022) |
| 10/25/2022 | | | NOTICE OF HEARING as to BRANDON FELLOWS. The parties shall take notice that the VTC Status Conference previously set for 11/3/2022 is rescheduled to 11/2/2022 at 2:00 PM before Judge Trevor N. McFadden. (hmc) (Entered: 10/25/2022) |
| 10/28/2022 | | | NOTICE OF RESCHEDULED HEARING as to BRANDON FELLOWS. The parties shall take notice that the VTC Status Conference set for 11/2/2022 is rescheduled from 2:00 PM to 3:30 PM before Judge Trevor N. McFadden. (hmc) (Entered: 10/28/2022) |
| 10/31/2022 | 99 | | REPLY TO OPPOSITION to Motion by BRANDON FELLOWS re 95 MOTION for Reconsideration *of Detention Order* (Shipley, William) (Entered: 10/31/2022) |
| 11/02/2022 | | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to BRANDON FELLOWS held via videoconference on 11/2/2022. Defendant's 95 Motion for Reconsideration of Detention Order and 97 Sealed Motion, DENIED. Motions in Limine, Motions to Suppress, 404(b) and Expert Notices due by 12/19/2022; Oppositions due by 1/17/2023; Replies due by 1/27/2023. Joint Proposed Voir Dire and Joint Proposed Final Jury Instructions due by 1/27/2023. VTC Status Conference set for 11/18/2022 at 2:00 PM before Judge Trevor N. McFadden. Time under the Speedy Trial Act tolled from 11/2/2022 to 11/18/2022, in the interests of justice. Bond Status of Defendant: remains committed. Defense Attorney: William Lee Shipley, Jr.; US Attorney: Zachary Phillips; Court Reporter: Lisa Edwards. (hmc) (Entered: 11/03/2022) |
| 11/15/2022 | | | MINUTE ORDER as to BRANDON FELLOWS. The VTC Status Conference previously set for 11/18/2022 at 2:00 PM is rescheduled to 11/22/2022 at 2:00 PM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 11/18/2022 to 11/22/2022 in the interests of justice and due to VTC unavailability at Northern Neck Regional Jail. SO ORDERED. Signed by Judge Trevor N. McFadden on 11/15/2022. (hmc) (Entered: 11/15/2022) |
| 11/17/2022 | 100 | | NOTICE OF APPEAL (Interlocutory) by BRANDON FELLOWS Fee Status: No Fee Paid. Parties have been notified. (Shipley, William) (Entered: 11/17/2022) |

**UNITED STATES DISTRICT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-cr-00083-TNM** |
| | ) | |
| **BRANDON FELLOWS,** | ) | |
| | ) | |
| | ) | |
| **Defendant** | ) | |
| | ) | |

### DEFENDANT BRANDON FELLOW'S NOTICE OF APPEAL

Pursuant to Federal Rule of Appellate Procedure 4(b), notice is hereby given that Defendant Brandon Fellows, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the Denial of Defendant's Motion for Reconsideration of Detention Order entered on November 3, 2022.

Dated: November 17, 2022                    Respectfully submitted,

/s/ Brandon Fellows
Brandon Fellows
*pro se*

```
MIME-Version:1.0
From:DCD_ECFNotice@dcd.uscourts.gov
To:DCD_ECFNotice@localhost.localdomain
Bcc:
--Case Participants: Zachary Phillips (zachary.phillips@usdoj.gov), William Lee Shipley,
Jr (808shipleylaw@gmail.com, kdn@january6defensefund.org, ryan9374@gmail.com), Thomas A.
Gillice (caseview.ecf@usdoj.gov, thomas.gillice@usdoj.gov), Judge Trevor N. McFadden
(alexandros_ehrlich@dcd.uscourts.gov, christian_dibblee@dcd.uscourts.gov,
edward_ferguson@dcd.uscourts.gov, eric_green@dcd.uscourts.gov,
john_bailey@dcd.uscourts.gov, kate_hardiman@dcd.uscourts.gov,
michelle_chaclan@dcd.uscourts.gov, tnm_dcdecf@dcd.uscourts.gov)
--Non Case Participants: Andrew Goudsward (agoudsward@alm.com), Michael Daniels
(mdaniels5757@gmail.com), Joshua A. Gerstein (jgagalerts@yahoo.com), Jacqueline E. Thomsen
(jacqueline.thomsen@thomsonreuters.com), Katelyn Polantz (katelyn.polantz@cnn.com),
Michael A. Scarcella (nrobson@alm.com), Matthew Lee (innercitypress@gmail.com), Kyle
Cheney (kcheney@politico.com), Bill Girdner (wdc@courthousenews.com), Zoe M. Tillman
(ztillman2@bloomberg.net), Marcy Wheeler (emptywheel@gmail.com), AUSA Document Clerk
(adavis@usa.doj.gov, carolyn.carter-mckinley@usdoj.gov, usadc.criminaldocket@usdoj.gov,
usadc.ecfhov@usdoj.gov), AUSA Hearings Clerk (usadc.ecfprobhov@usdoj.gov), Pretrial
Notification (psadistrictcourtgroup@psa.gov), Probation Court Notices
(dcpdb_probation_court_notices@dcp.uscourts.gov)
--No Notice Sent:

Message-Id:8005323@dcd.uscourts.gov
Subject:Activity in Case 1:21-cr-00083-TNM USA v. FELLOWS Order on Motion for
Reconsideration
Content-Type: text/html
```

## U.S. District Court

## District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 11/3/2022 at 11:44 AM and filed on 11/2/2022

| | |
|---|---|
| **Case Name:** | USA v. FELLOWS |
| **Case Number:** | 1:21–cr–00083–TNM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to BRANDON FELLOWS held via videoconference on 11/2/2022. Defendant's [95] Motion for Reconsideration of Detention Order and [97] Sealed Motion, DENIED. Motions in Limine, Motions to Suppress, 404(b) and Expert Notices due by 12/19/2022; Oppositions due by 1/17/2023; Replies due by 1/27/2023. Joint Proposed Voir Dire and Joint Proposed Final Jury Instructions due by 1/27/2023. VTC Status Conference set for 11/18/2022 at 2:00 PM before Judge Trevor N. McFadden. Time under the Speedy Trial Act tolled from 11/2/2022 to 11/18/2022, in the interests of justice. Bond Status of Defendant: remains committed. Defense Attorney: William Lee Shipley, Jr.; US Attorney: Zachary Phillips; Court Reporter: Lisa Edwards. (hmc)**


**1:21–cr–00083–TNM–1 Notice has been electronically mailed to:**

Thomas A. Gillice     thomas.gillice@usdoj.gov, CaseView.ECF@usdoj.gov

William Lee Shipley, Jr     808Shipleylaw@gmail.com, kdn@january6defensefund.org, ryan9374@gmail.com

Zachary Phillips     zachary.phillips@usdoj.gov

**1:21–cr–00083–TNM–1 Notice will be delivered by other means to::**