# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| | : | |
| **v.** | : | Case No.:   1:21-cr-00083-TNM |
| | : | |
| | : | |
| **Brandon Fellows** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that that Assistant United States Attorney David Perri, telephone number (304) 234-0100 and/or email address dperri@usdoj.gov, is now assigned as co-counsel in the above captioned matter.

                    Respectfully submitted,

                    MATTHEW M. GRAVES
                    United States Attorney
                    D.C. Bar No. 481052

By:    */s/ David Perri*
         David J. Perri
         WV Bar Number 9219
         United States Attorney's Office
         1125 Chapline St., Ste. 3000
         Wheeling, WV 26003
         (304) 234-0100