TO:
SUBJECT: Motion to compel jails and lawyers proof of mailing
DATE: 02/24/2023 06:44:07 PM

Brandon Fellows

Requesting:

1) Production of legal mail logs from Northern Neck Regional Jail and Lewisberg Jail
2) Proof that the mail was indeed sent to the jails by my lawyers
3) Relief (past requests for relief: Laptop with internet, temporary release (not bond), adjourn the trial, possible contempt charges against whichever party is responsible for not getting me my legal mail).
4) My requested documents
5) An order ordering the responsible party not to inhibit my preperations/ correspondance any more.

Backround/ Arguement:

Since I've motioned to represent myself again in November 2022, I've made a list of things that I wanted my stand-by counsels to send me in preparation for both an appeal to the appellate court and for use at trial. It's now 2/23/2023 as I type this part of this motion and I still have nothing.

Almost a quarter of the year later and I've received nothing. This is very problematic because I've already asked for an extension for my appeal because of these and similar issues. My lawyers have said that they've sent them multiple times. I do know that in the past jails have not delivered or refused to deliver correspondence from courts, but honestly this jail seems to be pretty functional in how it operates. One of the things I've requested were some subpoena templates so I could seek additional information, however, even if I had them in front of me right now, I've been told that it would take about 30 days for an approved subpoena to produce the evidence I'm looking for. From there, what am I to expect? Will I have to wait another four to six months to get the results back and then begin preparing things with what I found?

This is the third time I've been unable to file an appeal and is just a continuation of correspondence issues I've been suffering from without relief since September of 2021. I'm asking the court to order the jails (Northern Neck and Lewisburg) and my Lawyers (Bill and Ryan) to show proof of mailing with dates and times. I want to get to the bottom of why I've had to wait over 4 months for simple paperwork.

I will again point out that I did offer this court alternative forms of relief that would stop such things from occurring as early as September of 2021, but this court ignored them and denied them time and again.

This is unacceptable and I want answers for who is responsible for this. The jails claim they have received nothing, and my lawyers continually say "I sent it, I sent it" ever since November...

It's in the interest of justice to pass this motion. The court should be very interested to find out why I've again (and continually) been inhibited from representing myself or filing an appeal. How am I to represent myself when I can never get anything, when my preperations are continually taken, when I don't have access to discovery, and when I have continual correspondance issues? You need to do somthing for once Judge... Stop doing nothing.

Please pass this motion and order production from both parties. The jail should produce their incoming legal mail log that they've received from me, and my lawyers should produce receipts and or bills from the post office showing when they sent these things I've requested.

Thanks...

Your Best friend,
Brandon Fellows

Brandon Fellows

FIAT
[signature] 3/6/23