TRULINCS 26140509 - FELLOWS, BRANDON - Unit: LEW-C-A

---

FROM: 26140509
TO: Asap, A
SUBJECT: Continuance cover letter
DATE: 03/05/2023 03:06:21 PM

I'm submitting this to the court directly without edits being done by my attorneys because I don't want the same thing that happened when I submitted something similar to happen here. Last time I submitted something that put Cara Halverson (my previous attorney) in a negative light to the appellate court, she refused to submit it, but told me that she submitted it. For months I thought that my appeal had been submitted to the appellate courts as she had told me, but then one day I got a letter saying my appeal was dismissed due to lack of prosecution, they never did get my appeal...

So, spoiler alert, Bill and Ryan are not put in the greatest light, but they are put in the light, everything here is true and should be on the record as they unfortunately are also responsible for the delays. They are the reason that this court originally thought that I was ready for trial when I was not.

Apologies for not having things spellchecked or formatted properly, but this court doesn't follow the laws of this country or do anything about my constitutional or due process abuses, so truthfully I'm not that sorry...

Please read the index to help you find sections...

Thanks,

Brandon Fellows

Leave to file GRANTED
TREVOR N. MCFADDEN
United States District Judge
3/30/23

RECEIVED
Mail Room
MAR 27 2023
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

TRULINCS 26140509 - FELLOWS, BRANDON - Unit: LEW-C-A

---

FROM: 26140509
TO: Eoj, Hong
SUBJECT: Continuance Index
DATE: 03/06/2023 11:41:33 AM

Part A: Overall Background/ Argument:					pg. 1-2

Part B: Why Bill Shipley Was Wrong (And Knew It) When He Said We Were Ready For Trial:

Section 1: Background/ Overview:					pg. 2

Section 2: Coming To Our Original Agreement/ Acting On It:		pg. 2-5

Section 3: An Attempted Bait And Switch (Or Memory Problems):	pg. 5-6

Section 4: Forming Our New Agreement:				pg. 6-7

Section 5: "Complications" And Breaches To Our Agreement (A Fraction Of The Total Amount):   pg. 7-9

Section 6: Bill Shipley Sharing "We Are Ready For Trial":		pg. 9

Section 7: Bond Submitted/ Denied:					pg. 9-10

Section 8: Bill Conceding To Our Agreement:				pg. 10

Section 9: Fallout Since Switching Back To Representing Myself:	pg. 10-11

Section 10: Conclusion:						pg. 11

Part C: Relief Sought:						pg. 12

TRULINCS 26140509 - FELLOWS, BRANDON - Unit: LEW-C-A

----------

FROM: 26140509
TO: Asap, A
SUBJECT: continuance/ no trial date 1
DATE: 03/03/2023 06:19:09 PM

***Part A: Overall Background/Argument:***
On 2/3/23 during our insanely short court hearing where you essentially refused to hear what I had to say or listen to what issues I was still suffering from, you shared another ridiculous statement that stuck with me. This statement showed me that you don't listen, understand, or care about the problems I'm facing in preparing for pre-trial motions or for trial itself. As I heard again that you weren't going to do anything about the jails and government taking or refusing to give me what I need to prepare (discovery and preparations) I verbally appealed. I essentially shared that I can't be expected to be ready for trial with these continuing circumstances and refusals of relief. I expressed that you were essentially railroading me toward trial by ignoring these issues. Your response was something along the lines of "I'm not rushing you towards trial, You've had two years to prepare."

This showed me exactly what I knew was going to happen, you were going to essentially plug your ears, scream "lalala I can't hear you" and then express your ignorance and arrogance with pride with some foolish statement ("You've had 2 years to prepare").

The reality is that as expressed multiple times, I've had my preparations taken from me seven times, and every time I have them taken they aren't given back. So, when I came to my most recent jail around 12/17/22, I came here with nothing. I had to wait to have money sent, to get paper, pens, to try to get old preparations, to get the phones to work, to get the law library up and running, etc.. So in reality when you said that I've had two years to prepare, on 2/3/23 I really had less than two months to prepare.

Do you know how irritating it is to start all over from scratch seven times over the course of sixteen months? What is stopping my current preparations from being taken again? Nothing, because you won't even make an order stopping the same thing that has occurred seven times from happening again.

Another annoying and ignorant thing you shared following my pointing out that this was a terrible excuse was when you said something along the lines of "Well I did warn you against representing yourself" as if this is something that's to be expected when one chooses to represent themselves. You're one hundred percent wrong, this isn't what one should expect when representing oneself.

As I shared with this court in person when I first made the decision to represent myself (9/2021), I made myself aware of the many cons and few pros that representing myself would and could present. No where have I ever read that one who chooses to represent oneself should and could expect for their preparations to be taken seven times. No where have I read that wardens, jails, and stand-by counsels had a right to deny sent or incoming correspondence. Do you know why that is? Because its called among other things Access to court violations and or due process violations. It's not as you claim, it's the exact opposite. What keeps happening to me is NOT what one is to expect. Even worse, it's not something that any court should accept. I have a right to represent myself, and every time that these things have happened this right has been unjustifiably trampled on. Every time I've sought relief from this happening and this court ignored it, or shared a foolish response as you have, this court has stamped its approval of others taking this right away from me. That's just another reason why I say this court is more in line with a kangaroo court. I have a right to represent myself and you and others not only aren't allowing me to do it, but when I still find a way to do it, you allow others to come and take all my progress and tell me to start all over, and worse, to hurry up and prepare for trial. Newsflash, it hasn't been two years of me preparing for trial, it's been two years of not being allowed to prepare for trial.

Some negatives to representing oneself include but are not limited to: They will have to research their own case law. They will have to prepare their own motions. They will have to read up on court room procedures. They won't have templates for their motions as lawyers do. They won't have para-legals, investigators, or assistant lawyers to help them. They will have to spend a lot of time preparing motions. They will have to speak in court. They can't claim ineffective assistance of counsel if the mistake they make in court is their own. Etc.

What you're suggesting is that it's totally proper for others to go and steal motions, research, and preparations from someone that represents themselves. That's absurd. I challenge you to find in any lawbook where such a ridiculous thing is written or allowed. You won't find it.

As mentioned in court on 2/3/23, would you allow me to ransack the DOJ offices or my lawyers house and take all their

TRULINCS 26140509 - FELLOWS, BRANDON - Unit: LEW-C-A

---

When I first contacted Bill and Ryan, they wanted to fully represent me, they offered to fully represent me for 20,000 dollars up until trial, if I was to go to trial it would cost more. I personally lived with three others who also retained Bill and Ryan for the same and or similar prices. These defendants had retained Bill and Ryan earlier in the process and had a lot more charges than I did. So, I felt that this was not a good price. I kept in mind that the past two attorneys I had were pretty useless if not also destructive to my own case. I also was surrounded by both January Sixth defendants and non January Sixth defendants who shared that their lawyers talked a tough game of what things they would do for them, but when they paid or retained them as counsel, little to nothing was done. So I had in my mind that I wanted to build both trust and see some results before I committed to having anyone fully represent me again.

With this in mind, I sent a counter offer to Bill and Ryan, 7,000 dollars to be my stand-by counsels. Ryan shot back his new offer, 10,000 dollars to represent me as as Stand-by counsel up until trial, if I was to go to trial with them representing me as stand-by counsel I would owe them another 10,000 dollars.

Aside from a price, we also worked out what kind of things I expected them to do for me as stand-by counsel for this price.

Our agreements included:
1) Sending me information or documents that I requested
2) Editing my motions/ making them appear more professional
3) Giving legal advise
4) Submitting motions on my behalf
5) Answering my calls and texts
6) Helping add useful information to motions

TRULINCS 26140509 - FELLOWS, BRANDON - Unit: LEW-C-A

4

---

FROM: 26140509
TO: Asap, A
SUBJECT: continuance/no trial date 1.5
DATE: 03/03/2023 06:19:56 PM

7) They wouldn't notify the court that I had retained them until I was going to do it on 4/14/22. (This was done for four main reasons. The first reason was because Bill lives in Hawaii and Ryan lives in Central Pennsylvania. The second was because my court appointed stand-by counsel lived in DC and I needed him to physically come and pick up motions/exhibits in person prior (remember, DC jail refused to submit/ send court correspondence making this the only way to file motions, you never granted relief) to 4/14/22, something Bill and Ryan wouldn't be able to do. The third reason was because I didn't want the court to get side tracked away from the abuses I was suffering from at the DC jail or the things that were inhibiting my defense (the main subject to be focused in the 4/14/22 hearing), so my plan was to bring this up towards the end of that hearing. The fourth main reason for this was because I recalled how many other criminal defendants I'd met had shared how their lawyers said they would do all kinds of stuff for them, but didn't once they were paid. I wanted to give them about a two month test run before I made the court replace them, and if possible, I also had in my mind to request the court to leave the court appointed counsel so I could still be able to send in motions/ responses should the court still refuse to offer relief for the jail not sending out my correspondence with the courts (or occasionally refusing to share the courts correspondence with me). This fourth reason was also to spare me from the courts potential ignorance that was present as Cara Halverson withdrew despite my objections. At that time, the court acted as if it was my fault that I had to have a new stand-by counsel, so I preferred not to potentially have it spew more garbage arguments out that me having to fire Bill and Ryan for breaching contracts was my fault should it happen.)

TRULINCS 26140509 - FELLOWS, BRANDON - Unit: LEW-C-A

---

5

FROM: 26140509
TO: Asap, A
SUBJECT: continuance/no trial date 2
DATE: 03/03/2023 06:20:55 PM

8) Aside from these major things I was also told that there was a separate legal fund. I was told that additional money raised there would also go to me. This was shared with me as if I would actually make (not lose money) by allowing Bill and Ryan to represent me in any way. (Though money was raised in this fund, I've never gotten a dollar out of it). Think of it, "You'd actually make money by hiring us", "Why wouldn't you hire us?" This is what I was told, how terrific! Not only getting help, but getting paid to get help? Why wouldn't I hire them?

From the months of February until April 4th, Bill and Ryan kept this agreement. The court can take notice that for the first time while representing myself my motions started coming in typed, spellchecked, had proper spacing and formats, and had professional cover letters and endings. I didn't magically learn to do this or gain the ability to do this from a jail cell with a limited law library. This was thanks to Bill and Ryan acting as my standby counsels. The only breach during these times was when Ryan contacted my court appointed counsel prior to April 14th, I believe the exact date he contacted this man was April 4th. Ryan was wondering if he had heard from me because he had heard from other defendants he represented that I was taken out of the pod by jail guards. They shared that they had heard a guard tell me essentially "You won't be seeing these people (the other January 6th defendants) again" and hadn't heard from me since then. This was just before these same people had heard a guard bragging about slamming my face against a door and making me. When the court appointed counsel heard I also had retained Bill and Ryan he motioned to withdraw. As I had worried, this caused my exhibits not to be submitted because he sent them in the mail to my new attorneys to submit, which to my knowledge wasn't sent until months later. I wanted the court to have those exhibits for our 4/14/22 hearing so it would have further proof that the government, the DC jail, and the DDA (who was ordered to show up to the hearing) had lied and covered up laws they broke/ their abuses.

***Section 3: An Attempted Bait and switch (or memory problems):***

On April 14th 2022, minutes before my court proceeding, Bill and I went into a break out room. There, he out of no where began telling me that when court begins I was going to "Shut up" and "[not] say a word" because "representing [myself] has been a train-wreck". I informed Bill that the media twisted how the hearings went, and didn't report on any of the accomplishments I had accomplished, nor the reforms/rights I had brought back to inmates of every sex and color (that in some cases hadn't even been accomplished even when six figure attorneys tackled them for decades), how I proved the grievance process was broken, or how I helped start investigations into the jail. I shared that if only McFadden cared about the government breaking the law and wasn't bias, my representing myself would've gone much better.

I also kindly, but awkwardly, informed him that I didn't agree to such terms. Bill was very aggressive and was warning me that he would not be anyone's stand-by counsel. He warned me that if I claimed that he was my stand-by counsel in court (just 1 minute away) that he would withdraw from the case. Regardless of whether this was a purposeful tactic of Bill to randomly bait and switch me into allowing him to fully represent me, him being ignorant of the fact that he and Ryan were indeed my stand-by counsels (difficult to imagine this), or a showing of early onset memory loss/ dementia, I knew what I spent 10,000 dollars on, I remembered my worries, I knew my goals. I knew I never again would blindly trust strangers to fully represent me without a building of trust and without a sort of insurance to keep them accountable.

Still, in court, Bill claimed he was fully representing me, perhaps thinking the court wouldn't ask me if this was true, perhaps thinking I wouldn't correct him under pressure, or perhaps imagining I'd just cave and agree with his assertive and aggressive nature.

Thankfully the court asked me if this was true. I was in a very awkward position and also was worried, I didn't want to upset or embarrass Bill by showing the court just how wrong he was or by sharing how Bill just exploded on me minutes before court began.

I was concerned this would cause him to withdraw as he had threatened to do, taking my money with him, it really was terrible timing. However, I also didn't want to lie to the court nor accept something that I didn't want, so I awkwardly, kindly, and simply let the court know this wasn't true. I shared that I was indeed representing myself with Bill and Ryan as my stand-by counsels. Bill acted towards the court as if he would not do this and as if this was the first time he had ever heard such a thing. However, I did take notice Bill was less aggressive and rude as he was before.

I personally didn't appreciate this because it put into question if I understood something that I very clearly understood... It was Bill who didn't understand, or who was trying to randomly get me to allow him to fully represent me. Fortunately the court let me

TRULINCS 26140509 - FELLOWS, BRANDON - Unit: LEW-C-A

----------

At their request I agreed to not say anything in court no matter what lies were spoken and no matter if I disagreed with something. If I wanted Bill or Ryan to correct something right away I would simply ask the court to allow us to go into a break-out room where I would share my concerns in private. I agreed to this.

At our next hearing in May 2022 when the court asked me if this was true (that I was allowing Bill and Ryan to represent me) I believe I not only answered yes, but that I shared that we came to terms that I was satisfied with, including that they would be submitting the pre-trial motions I had been working hard on (that were taken and also separately about to be taken from me by the DC jail... Still not recovered as of March of 2023...).

***Section 5: "Complications" And Breaches To Our Agreement (A fraction of the total amount):***

During the 60 days "test run" Bill and Ryan failed to even file a bond motion or attack the 1512 charge pre-trial.

I was told early on I'd be leaving the DC jail for a mental evaluation (Around May 20th 2022) for only 5 days and would be back right after it was done. Hearing that it would only be five days, I agreed.

I wasn't shipped out for over a month from when they shared this. When I finally made it to Texas, in July, I was told this wasn't going to be any 5 day long event, this was going to be 30 days. During these initial 30 days I was told by Ryan that the prosecutor shared that if I was found to have autism (which I had been diagnosed with already) that the DOJ was going to drop all my charges. Also in between this time I was told that Ryan was kicked off my case because of a pending charge of his own in Pennsylvania that created a conflict of interest. I was told that because of this I wouldn't be allowed to represent myself until Ryan came back on because Bill was "too busy to be my stand-by counsel".

TRULINCS 26140509 - FELLOWS, BRANDON - Unit: LEW-C-A

FROM: 26140509
TO: Asap, A
SUBJECT: continuance/no trial date 2.5
DATE: 03/03/2023 06:22:49 PM

Not much I could do about this, I was all the way in Texas as Bill and Ryan shared that they were still trying to get all my preparations and my USB back from the DC jail who was refusing to give it back. I needed to pick up where I left off in order to efficiently go back to representing myself. Between my preparations not being recovered "yet" (they still haven't been), me being told there was no going back to representing myself until Ryan coming back, and not having a court session at all in between these months, there wasn't much I could do. Bill and Ryan kept making and breaking plans to meet in person to discuss the bond motion, even when they were in Dallas when I was, but they never did. To make matters even worse, between the months of late May until late August I was moved from the DC jail, to Warsaw Virginia, to Grady county Oklahoma, to Fort Worth Texas, to Grady county Oklahoma again, and back to Warsaw Virginia again. This made the idea of doing anything very difficult, always having my preparations taken, or having to start over from scratch.

Unfortunately the thirty days now turned to 37 days. Then, on the final and last day I found out that the report would actually be in by the latest by 9/1/2022. however, the report didn't come in for another seventeen days on 9/17/2022. here I was in May thinking I'd be done with all this by early June, but the report didn't come in until past mid-September...

I called and tried my best to ensure the bond motion was ready to roll as soon as the mental evaluation came in. For months I had ensured that Bill and Ryan had all the facts and the knowledge of how to obtain the evidence necessary to show how the government lied during my revocation and detention hearings. I also ensured that they had every other duck in a row, I helped them actively, typing and talking about every point that would help, including arguments for bond.

So, As soon as the report came in, I expected the bond motion to be ready to go, Ryan had said it was going to be sent as soon as the evaluation came in. However, days went on and nothing. For over three weeks I kept asking for the bond motion to be submitted, and time and again there was some excuse. Remember, it was relayed that this was essentially ready to be submitted, they were just simply waiting for the evaluation report to come in.

As I was growing increasingly irritated Ryan told me the report didn't say I had autism and that as a result the DOJ wasn't going to drop my charges. I was irritated because I knew I already had been diagnosed with it in the past and felt like it was a giant waste of time. However, around November Bill told me the opposite, that I was found to have autism. So I was wondering why my charges weren't dropped. When I checked back in with Ryan and asked him about this he shared "Oh, the government said that they would've dropped your charges if you were found to be mentally incompetent." This was obviously not at all what he relayed to me months before, and it helped cause me to have quite a bit of irritation and distrust for Ryan and Bill. I was irritated that I did all this for months and that it seemed that they had used this time at my evaluation to focus on other peoples cases as I was left in a position where I couldn't represent myself. Looking at all my accomplishments and abilities, it's clear I never was going to be found incompetent.

I now know the bond motion was filed on 10/11/22, though bad communication made me unaware of when it was truly filed (until I had someone else check in February 2023) because I kept getting told "It was just filed days ago" one week to "I'm about to file it" the next week.

I soon found out that Bill and Ryan were no longer planning to point out the governments lies as we had agreed they would do in my reconsideration for bond motion. Despite that I had helped them figure out each and every lie, I was now being told "McFadden won't care if the government lied, they can do that, and besides that was in the past so we aren't going to focus on those reasons." "McFadden doesn't believe those lies." I pointed out that the Judge had in fact been fooled into believing enough lies to make him think that I wouldn't listen to his orders, it was the reason he revoked me... I shared that their motion should focus on proving that the government lied and that I indeed could be trusted on bond by pointing to the facts. To this I got simple comments like "McFadden already knows you are past your guidelines and will be at time served even if you were found guilty on all charges, this along with your mental evaluation will be enough to get you released."

Not exactly a breach of contract, but more of a breach of trust occurred when Ryan was both trying to convince me not to represent myself or push for a later trial date. Ryan shared "Even if you were found guilty on all charges, you'll have served your time, so just let us represent you and let the trial date happen (see section 6), we can and will get your 1512 charge dropped." When Ryan realized I wasn't being persuaded, he then called my mother and freaked her out as he shared "If he doesn't let us represent him he's going to be found guilty and go to prison for twenty years!" I unfortunately had to deal with my mother, which didn't really help because I shared with her "I have to take that risk, I will not lie or reward these terrorists'." My mother hasn't been super pleased following this conversation...

TRULINCS 26140509 - FELLOWS, BRANDON - Unit: LEW-C-A

---

FROM: 26140509
TO: Asap, A
SUBJECT: continuance/no trial date 3
DATE: 03/03/2023 06:23:31 PM

\*\*\*Section 6: Bill Shipley Sharing "We Are Ready For Trial"\*\*\*

Leading up to the bond hearing Bill shared that McFadden would probably be pushing for trial, I told Bill and Ryan that they shouldn't share with the court that they were ready because so far they had failed to accomplish anything and that unless they got me bond, I was not going to let them represent me. I also shared my concerns that they were very unfamiliar with my defense and that the little that we had discussed about my discovery, had been surface level. I also was very concerned because my main preparations on my USB and in the form of papers still hadn't been recovered from the DC jail yet. To put it plainly, they weren't ready for trial and I implored them to share this with the court should it try to push me towards trial before I was ready.

Fast forward to when the court asked if we were ready for trial, Bill Shipley shared that we were. Upon Bill saying this I asked for Bill and I to go into a break out room (keeping with our agreement that I wouldn't speak up in court except to ask to go into a break out room). In the break out room I again shared with Bill my concerns about scheduling trial, one of which being that I still wasn't convinced that I would allow him to represent me at trial. This is something Bill had full knowledge of, and this is also why I shared concerns with him, besides the issues of bond, Bill had at this time not known much of anything about January 6th. Bill disregarded what I had to say and said "It doesn't matter if we schedule trial, we can adjourn it as long as we need to." I couldn't convince him, and I still wasn't able to represent myself. Bill was wrong again, this court almost didn't adjourn trial the very first time I asked it to do so. Despite me being in worse circumstances now then I was in November (the small amount of preparations I had then is now gone/ taken and this court won't grant relief) it currently will not adjourn the trial.

Unfortunately Bill also shared that the defense would "only take about one day, maybe even less." Bill had no idea how long the defense would take and he even admitted to the court that he needed to [familiarize himself with my case (meet in person for the first time/ talk with me for the first time about that day, and speak on my potential defenses)], so Bill had no reason to share that we were ready, let alone that our defense (which he knew next to nothing about) would take "one day, maybe less". Because of all this, trial was set for Mid-February 2023 even though we were far from ready.

\*\*\*Section 7: Bond Submitted/ Denied:\*\*\*

Remember, I was supposed to be able to review the bond motion before it went in. Ryan had claimed for months multiple times he sent it or tried to send it, or tried to electronically send it to me. Non-stop, I never was given it, whether these excuses were valid, I don't know... I do know that if he actually wanted to, he could've sent it electronically as I had friends sending me long messages, so this is why I question if he actually did. I also question this because as mentioned in another separate motion, the jail I'm currently at seems to be very on top of things, and still, it's been four months of excuses for why simple paperwork hasn't reached me... Pairing this with other lies, it's just hard for me to believe that it was actually ever sent.

Remember, Bill and Ryan were also supposed to attack the lies of the government from both my bond hearing and the revocation hearings. However, that agreement was thrown out by Bill because "McFadden doesn't care if they lied... he doesn't believe that you missed curfew...he doesn't believe you skipped you mental health evaluation...he knows you rescheduled it..." So I've simply been told all they cited in this bond motion (that took them over six months to develop) was that I should be released because of what the mental evaluation showed the court.

A few weeks later and we were finally scheduled for a bond hearing. I showed up, and within about 2 minutes the court simply denied my bond citing (to my memory (don't have transcripts)) that I didn't obey curfew and that I skipped a mental health evaluation... So, again I was right, Bill and Ryan should've corrected the lies from the government in the bond motion because the court actually was fooled into thinking these things... My bond was denied, the court didn't even welcome a discussion or rebuttal from my lawyers who just sat and accepted defeat.

As this happened, keeping in mind how many times they lied to me and breached our agreement, keeping in mind how Bill lied and said we were ready for trial, I knew I didn't have trust or faith in Bill and Ryan fully representing me. I also knew that according to Bill and Ryan, Ryan was now able to be back on the case and that I could go back to representing myself if I wanted, this was discussed throughout the months. So I was a bit perplexed that as I told the court that I wanted to represent myself again (after Bill and Ryan's attempt at bond failed) that Bill acted surprised and shared essentially( don't have transcripts) "This is news to me your honor!" "I won't be his stand-by counsel.."... This was a straight out lie, and I can only guess why he did this, I can't say for certain why he did this.

TRULINCS 26140509 - FELLOWS, BRANDON - Unit: LEW-C-A

---

At one point I said "Bill, you're twice my age, you live in Hawaii which sounds like a nice place, I have Asperger's, and I'm in jail, you shouldn't be the one who is angry and yelling at me, I shouldn't be the one who has to tell you how to communicate respectfully or effectively." Towards the end, Bill relaxed, I let him know I would object to any motions to withdraw because I wanted him and Ryan to live up to our agreements, I personally didn't and don't feel that they are keeping their end of the agreement up.

Bill shared "Your trial is in May and my schedule is really packed in May and it's messing up my plans, I can't represent you!" Which to me, sounded like the actual reason for the call. Days later, I called Ryan and asked him what that call with Bill was all about and Ryan shared with me that Bill was sorry, Bill wasn't going to withdraw. Ryan shared he had no idea why Bill said all that he had said...

***Section 10: Conclusion:***
I share all of this background and information to present a few things.
1) Bill and Ryan were wrong to share with the court that we were anywhere near ready.
2) Another reason I'm not ready for trial and haven't been able to properly prepare is because Bill and Ryan are again breaching our agreement and not doing their duties as stand-by counsels to my detriment.
3) To leave a record of some of the problems I've had to deal with the past year, and especially the past few months.

TRULINCS 26140509 - FELLOWS, BRANDON - Unit: LEW-C-A

---

FROM: 26140509
TO: Asap, A
SUBJECT: continuance/ no trial date 4
DATE: 03/03/2023 06:23:53 PM

\*\*\*Part C: Relief Sought:\*\*\*

My preparation status is right where I was in September of 2021 when I first began to represent myself. I've tried to prepare, and I've sought relief for the things that were and still are inhibiting me, so I can't be blamed for not being ready.

1) I'm seeking for the court to order Bill and Ryan to stop neglecting their duties as stand-by counsel and actually help me get the things I've request, I'd like them to keep our agreement. I currently do NOT wish for them to be replaced.

2) To help me get things done at a faster rate, I would like to have Hoang Quan (Phone #) come onto my case to be a sort of assistant investigator, especially with discovery. I would like to be able to have video calls with him to discuss and go over discovery videos and other findings related to my case.

3) I again will also seek temporary release and or a laptop with internet connection to help me deal with these continuous issues.

4) I would like the court to take trial off the calendar and not consider it until I get my many stolen preparations back and have enough time to adequately prepare. This also means ensuring I never again have to start over from scratch (Make an order).

5) Again, I would like to have full access to global discovery at any time of the day just like I did for a short while in the DC jail, but this time, I would like it to be organized, not be a mostly useless data dump, not crash continually, and not have loading issues.

6) I would like all my preparations to be retrieved and given back to me, especially the preparations from the DC jail.