UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **BRANDON FELLOWS**, <br><br> Defendant. | Case No. 1:21-cr-00083 (TNM) |

## ORDER

The Government has filed many motions in limine. *See* ECF Nos. 56, 107, 110–11, 119-20. Defendant has failed to oppose them, despite the Court's repeated warnings at the June 22, 2023, Motion Hearing. Thus, Defendant has conceded those motions. *See* LCrR 47(b) (If a party fails to oppose a motion, "the Court may treat the Motion as conceded."); *see, e.g.*, *United States v. Simmons*, 431 F. Supp. 2d 38, 73–4 (D.D.C. 2006), *aff'd sub nom. United States v. McGill*, 815 F.3d 846 (D.C. Cir. 2016) (granting Defendant's motion as conceded).

For these reasons, it is

**ORDERED** that the Government's [56] Motion to Admit Defendant's Detention Hearing Testimony at Trial is GRANTED;

**ORDERED** that the Government's [107] Motion Regarding Evidence About the Specific Locations of U.S. Capitol Police Surveillance Cameras is GRANTED;

**ORDERED** that the Government's [110] Motion Regarding Cross-Examination of U.S. Secret Service Witness is GRANTED;

**ORDERED** that the Government's [111] Motion to Preclude Evidence of and Reference to the Defendant's Bond Revocation and Detainment Pending Trial is GRANTED;

**ORDERED** that the Government [119] Motion to Preclude Argument and Evidence About Alleged Law Enforcement Permissiveness or Inaction is GRANTED; and it is

**ORDERED** that the Government's [120] Motion Regarding Authentication and Admissibility of Documentary, Photographic, and Video Evidence is GRANTED.

**SO ORDERED**.

Dated: July 17, 2023                                        TREVOR N. McFADDEN, U.S.D.J.