### Cover Letter

I'm sending this court what I was preparing at the Northern Neck jail to explain why I wasn't ready for trial, who is to blame for me not being ready (and how they are responsible), how I was doing my best to prepare for trial, what I need to be prepared for trial, how to get me things in the most efficient way, and why the court could/ should trust giving me the relief I needed/ still need.

Unfortunately, an ironic but definetly not funny thing happened as I was writing the motion. I was moved to the Lewisberg Jail and yet again was illegally stopped from bringing my legal paperwork/ preparations with me. This motion is one of the few things that jails have taken from me that I finally got back. I typed it up and updated it in a couple areas for the court.

I find it's even more relevant now than it was back in November/ December of 2022 when I was writing this motion. It presents an even greater reason why I should be granted not only a continuance, but relief that will solve the clearly still present problems I painstakingly detailed and labored to account for and write about.

Additionally, a quick note of things that have inhibited me further since this was stolen in December of 2022 (this is not all of the issues, only some):

1) Obviously, legal preparations amd motions (like this one) were taken from me again as I moved from Northern Neck jail to Lewisberg.

2) My DC legal papers (that also were illegally stolen by guards) were sent to the facility 8 times by my stand-by counsel, and 8 times they refused to give them to me/ sent them back.

3) This court allowed the DC jail who stole my legal preparations and discovery/ my USB to claim they lost it when they clearly had a motive to destroy it. This is shown by my lawyers coming to try to pick it up and being sent away empty handed. The jail cited a fear that there maybe videos on there (more videos that they feared would show the treatment and conditions inmates suffered under). Great job judge! Perhaps I should've "lost" all of my evidence and recordings from January 6th, perhaps then you'd give the same excuse? Would you give the same excuse if I told the government I was fearful of the videos they would get access to if I gave them a certain device? You are constantly allowing destruction of evidence amd legal preparations...

4) I tried to ask this court for an emergency hearing around December 2022 or January 2023 to help deal with my stolen paperwork (from multiple jails), my usb, and the government still continuing to deny me access to discovery. You ignored this despite that you said in November if I had any issues to request a hearing.

5) When I was given some of my discovery in April or May of 2023, I brought up that a lot of things were nit opening and shared I was making a list of all the problems that were present and was planning to send them to you. You instructed me not to do this, but to try to work with the

government on it (the same people who had failed to get it/ stole it from me for over 2 years)... I tried, again...

6) When the jail came to inquire about the applications that needed to be downloaded on their computers so I could access the discovery, I was given 1 minute to have it ready. Being that my room is filled with papers, I wouldn't have been able to find the discovery in time, so I asked my neighbor Kelly Megs to present his discovery to the man inquiring. Kelly Megs had the same issues as I did. I later spoke to Mr. Tharp (jail counselor) for an update. He shared with me that he didn't think I had discovery issues since I didn't have it ready in time (he's not the smartest man, I shared with him that it was only a matter of getting him the answer he requested asap, Kelly Megs had the same issues and had his disks clear and in view, so I asked him to show him the problems.). Once corrected I was informed that powerpoint viewer was now available, but that the technician was "working" on installing the other video and file applications.... These were never installed.

7) Many motions and transcripts still have not been given to me, though I've requested them from my stand-by counsels.

8) When I was moved, many typed up preparations on the Lewisberg prison system were not printed out in time for me to take them with me. I was not given much notice for leaving and the printer ran out of inc.... Again taking my hard earned work away from me and causing me to lose a ton of progress... You've moved me 10 times in 24 months, or on average every 2.4 months... 1 out of 10 of those times I was allowed to take paper copies and notes with me, but even during this last move most of the electronic files were left behind... Will you allow me to go to the prosecutors office and take/ destroy their preparations? I didn't think so...

9) The phone situation at this jail is terrible, between not getting a tablet (to make calls), to not being given headphones (to listen/ speak), to not having Internet (so the calls go through) I've been out of contact more so than I've been in contact with those I need to be in contact with.

10) You allowed a withdrawal hearing to take place despite that even to this very moment I write this cover letter to this retyped motion (July 16th 2023) I still don't have the motion in my possession, something you've done many times (have hearings when I haven't been notified about the substance or when I haven't had the motion in my possession, or the ability to respond to it).

11) On Wednesday July 12th 2023, I received some motions that I had never seen before, yet my deadline to respond was 2 days later?

12) My deadline to file motions was before that, and you allowed that deadline despite my CONSTANT sharing and complaining that many of my notes and motions were stolen (while you refused to make a simple order that the jail accept them and or give them back to me?). You allowed that despite my CONSTANT sharing and complaining about the discovery issues? Despite the global discovery issues (which I finally received disorganized (see my filed 2022 discovery exhibit with witnesses attesting to the disorganization/ data dump) access to on July 3rd 2023)? Why are you allowing this to happen? What is so difficult about granting my simple

requests to be allowed to prepare for trial/ truely be allowed to represent myself? Why have you continually refused to grant me any relief on any issues whatsoever?

I could continue, but I know I already have an enormous amount if complaints and notices of what has been or is inhibiting me, so I'll conclude this cover letter with a rebuttal to your most commonly used excuse for these issues occuring (besides ignoring them)...

I've asked for a simple order to stop things like this from happening but you ignore me as always! Your excuse for all my problems is "I did warn you against representing yourself!". It's like you warning me that descending off a mountain with no prior climbing experience is dangerous (no doubt), but then you allow the prosecutor and jails to cut my line and watch me fall. At the hospital (trial/sentencing/appeal) as I complain to you about how you allowed others to cut my line as you did nothing but watch on and smile you simply reply "I did warn you". That verbal excuse does not alleviate your burden for ensuring that nothing illegal is done to me/ to stop me from being able to represent myself. I've pointed it out many times, and all you do is smile and pretend like you're unhappy to say "well I'm sorry to say I told you so, but I did warn you against representing yourself.". You arrogant and ignorant fool! This is your fault just as much if not more so than the other parties! Do something to my benefit for once, and stop working against me you clearly biased, corrupt, and selective judge!

I write these facts respectfully, even though some facts can hurt peoples feelings. For further proof that you are the problem here, please see the attached index and Motion.

Thanks,

Brandon Fellows

Index

**Part A: Who Is To Blame For Why I'm Not Ready For Trial And How**

Section 1: Intro

Section 2 : Prosecutors

Section 3: Jails/ Traveling To 6 Jails From 5/23/22-9/2022

Section 4: Public Defender/ Stand-By Counsel (Cara Halverson)

Section 5: My Second Court Appointed Stand-By Counsel

Section 6: Other Notable Delays

Section 7: Judge Meriwether

**Part B: Who Is The Most To Blame For Why I'm Not Ready For Trial (Judge McFadden)**

Section 1: Intro

Section 2: How This Court Has Stopped Me From Being Ready For Trial

Section 3: Examples Of This Court Railroading(2) Me

Section 4: Examples Of This Court Railroading(2) Me Conclusion

Section 5: Examples Of This Court Railroading(1) Me

Section 6: Examples Of This Court Railroading(1) Me Conclusion

**Part C: How I've Done My Best To Prepare For Trial**

Section 1: Intro

Section 2: Examples Of Me Doing My Best To Prepare

**\*\*\*Part D: What I Need (Or Want) In Order To Prepare/ Be Prepared For Trial\*\*\***

Section 1: Intro

Section 2 List Of Needs

**\*\*\*Part E: How To Help Me Prepare For Trial\*\*\***

Section 1: Intro

Section 2: The Top 3 Options And What Problems They Solve

Section 3: Conclusion

### ***Part F: Helping This Court Chose An Option***

Section 1: Intro

Section 2: Why I Could Be Trusted With Bond

Section 3: Why I Could Be Trusted In A Half-Way House

Section 4: Why In Jail I Should/ Could Be Trusted With A Laptop And Internet

### ***Part G: Conclusion***

Motion

1st

Old stolen (by the jail) Northern Neck Motion From October/ November of 2022 (Typed up)/ partially updated:

### ***Part A: Who Is To Blame For Why I'm Not Ready For Trial And How:***

### ***Section 1: Intro:***

Though I'm grateful my scheduled trial date (that should've never been scheduled in the last hearing) of 2/13/23 has been moved to 5/22/23, I still won't be ready for trial in time. The court has eluded to the false premise of me being the responsible party fo why I wasn't going to be ready for trial. I'm not to blame, and so, for the record, I'll name the parties responsible and list reasons for why they are responsible. (Update 7/2023: Still not ready for trial in August 2023 because again the jails took my preparations when they moved me for a 10th time, along with still existing discovery access issues and still trying to obtain old illegally stolen (by the jails) preparations.)

### ***Section 2: Prosecutors:***

1) The first prosecutor lied about my arrest in an attempt to place me in jail (See Parts A-D of appellate Court Reply and 5 attached FBI documents (also being sent to this court under that name). Instead of being placed in jail, these lies helped the selective Magistrate judge (compare my restrictions with Tigthe Barry) to give me a detention hearing where severe conditions of release were set upon me. This prosecutor knowingly lied in order to claim that I met the flight risk factor of the Bail Reform Act. If she told the documented truth (which she had in her

possession), I would've never had a detention hearing, nor would I have had restrictions placed upon me that would allow the government to later claim "He isn't following the courts orders/ restrictions." This allowed the court to revoke me, even though those claims were also almost all false as well (see Parts E-F of the appellate Court Reply).

2) The prosecutors lied, created narratives, or at best gave facts without much needed context at separate revocation hearings in consistent attempts to have me revoked. (See Parts E-F of the appellate Court Reply).

3) The prosecutors and the government together took just about one year to give me my discovery. The discovery they gave me was my own evidence, nothing I didn't know, and even in that batch they gave me, a lot was missing! Meaningful discovery took even longer than that to view, and even that was incomplete! I was only able to view this for about 1 week because "the laptop is charging", "we lost it", I had the wrong encryption code given to me, or I was rushing to write motions/ responses. Global discovery to my memory took over one year for me to "receive access". As I and others pointed out to this court in a previous exhibit, the government lied when they claimed it was organized by time and location(see exhibit for exact details). They lied when they claimed there weren't any duplicate videos. Many of the videos showed nothing (like a door), or was showing footage of police sleeping on January 7th, or a traffic stop on a highway that had nothing to do with anyones case. As I pointed out, the site kept crashing, kicking us off, or taking 1 minute of buffering time just to view 5 seconds of video. Finally, to make matters worse, it's as if they just gave up on their obligation to provide global discovery after their continued failures to make it work. I haven't had access to global discovery since either April or May of 2022. (Update: Received access again as of July 3rd 2023, still a lot of the same issues, still don't have old notes or locations of where helpful videos were...).

4) Just as the prosecutors slowed my defence down by getting me revoked on false narratives and lies, they continued to do so as they objected to me getting out of jail all while at the same time offering me three separate time served plea deals (one of which was a misdemeanor). Either I'm too dangerous to be released, or I'm not. Clearly they don't truely find me to be a danger based upon their offers.

5) The prosecutors have wasted the courts' time lying both physically in court and through their motions. It's because of this that I've had to direct much of my time to correcting the record, motions, responses, and lies. Often, they've misguided the court as to what I was truely seeking. These tactics screwed me and wasted both my time along with the courts' time. A great example is on our debate regarding the protective order on discovery in November 2021. They again fabricated a story, the court clearly could see this in person when the government and I debated. They wasted both of our time with this fabricated story rather than just simply focusing on their obligations to negotiate with these issues outside of court.

6) The prosecutors have refused to give me back my business records, contracts, customer contacts, and phone. This resulted in a petty larceny charge from a customer I had no contacts for and who couldn't contact me. This lead to my first revocation hearing, which planted the seeds for the other two revocation hearings to happen.

7) The prosecutors refused to give me my phone back that has a recording of the police officer inside the Capitol building giving me the rules to follow after I asked whether I would be arrested or attacked for following the others down the hall. This video would be one of, if not the most helpful videos to have in my possession.

The prosecutors should've focused less on fabricating stories, lying, trying to get/ keep me in jail, trying to get me revoked, changing subjects/ what I was seeking, and spent more time ensuring I had my personal discovery, global discovery, and more time making a truely useful global discovery platform when it actually did exist rather than a giant data dump / fishing expedition.

### ***Section 3: Jails/ Traveling To 6 Jails From 5/23/22-9/20/2022:***

1) Jails are the second most responsible party for why I haven't had access to my personal or global discovery, they made it nearly impossible, and often, impossible.

2) Being moved six times in five months disrupted preparations for my motions, and in turn for trial. This constant moving stopped me from being able to get enough resources to even attempt to get ready for representing myself again.

3) Ever since I left the DC jail, they've held onto over 4,000 papers all organized neatly in many subject oriented folders. These subjects and papers consisted of motions, relevant case law for certain motions, access-to-court violations, and lots of notes/ research. I spent many days and months gathering and organizing all of this. The DC jail for months refused to give it up. I had to wait many months until they gave half to my lawyer and the other half was given to my lawyer from another client of his. The issue is now trying to allow the jail I'm at letting it in. The jail I'm at (Northern Neck Jail) has shared they will not allow such large amounts of papers in. (Update: The Lewisberg Prison didn't allow these preparations in 8 separate times, and now I'm at the DC jail again trying to get them back to me... with trial only weeks away., plenty of motions not filed...).

4) The DC jail still has not given up the USB that I had. I had spent my time splicing and editing the discovery videos on that device. I also began typing new motions on it. I also had my appeal brief created on there, the second time the DC jail inhibited me from appealing to the DC appellate court. These things were focused on mainly when I didn't have any pens and paper, or when I ran out.

5) A few times my papers and exhibits I've prepared went missing/ guards have thrown them out during their "search and throw things away" sessions they had in my room.

6) Once (as noted in submitted grievances in the past) my research, motions, and rough draft motions were ruined by a guard who packed all my papers and commissary while I was in court. He packed the weight of all my papers on top of some liquid juice packets. The juice packets burst under the pressure and stayed soaking the papers for hours. Hundreds of papers were ruined/ illegible.

7) At my current jail (Northern Neck) I'm surrounded by junkies, thieves, and child molesters. Thefts of papers, pens, and everything in between happens to everyone either while people are asleep or when they are away from their bed. There are no cells in the sections of the jail that I'm in.

8) Suffering under severe conditions, cruel and unusual punishment, and many rights being abused on multiple fronts has been very harmful and distracting. It became so bad I had to focus (and still am complaining/ focusing on) trying to change the conditions of the jail for both my sake and other peoples sake. Honestly, it was so bad, other people took plea deals just to escape the conditions both in 1/6/21 cases and those unrelated. These conditions put the weaker willed people under duress and as a result they signed plea deals they probably wouldn't sign had the conditions been better/ up to the legal standard. (Update: The vigils I helped organize, media attention I helped bring, and lessons I taught inmates on how to speak to the Marshall's and file grievances caused all January 6th defendants to be kicked out and brought the attention of Congress who shared that the Northern Neck jail will be investigated).

9) Being attacked by guards two separate times and still seeing them continually in environments without camera's is a huge distraction and hindrance. Both times at two separate jails, the offending officers took my paperwork and I never have had it in my possession since.

10) I'm legally blind and also suffer from astigmatism without contacts or corrective lenses. Without correction, I can't see and get headaches due to strain. The DC jail took seven months to allow my contacts in, contacts that I owned prior to being placed in jail. They only did this when the court got involved at my request for relief. Not only was this a severe delay that probably worsened my eye sight, but I also caught two very nasty eye infections as a result of wearing the same old contact for months with no lenses provided by the jail, until that contact tore from being so old.

11) The DC mailroom had a terrible track record of losing both incoming and outcoming mail (as noted in my past 157 exhibits). This stopped me from acquiring helpful exhibits, information, and other things I was hoping for.

12) The jail I'm at now (Northern Neck) along with other jails I've been to since leaving the DC jail has no access to global discovery. I've been without global discovery since April 2022. (Update, received global discovery again 7/3/23, still many problems with it as touched on in 2022 exhibit).

13) Law-books I've spent my own money on were never given to me. I purchased two books, one focusing on ineffective assistance of counsel, and the other focusing on prosecutorial misconduct. My ineffective assistance of counsel book was purchased in the DC jail, it was ordered through my current stand-by counsel Ryan Marshall. He tracked the shipment to being delivered to the DC jail, and still over one year later I never received either books.

14) Here at my current jail, my stand-by counsel Ryan Marshall tried to send me my mental evaluation and my bond consideration motion rough draft. Neither made it to me. Seperately, he has tried to set up messaging with me and hasn't been able to in months. Seperately, his number

is recorded when I call him and the jail charges me to call him. Other sixers like Barry Ramey have also had mail go missing, both sent and received. Jeffery Sills (also a January sixth defendant) received legal mail two months past the date it was sent.

15) The kiosk at this jail is shared by 79 other inmates. People use it for messages, video calls, to view pictures, view the commissary menu, and to view the limited legal law library. Getting on is already a task that includes lots of planning and watching (to make sure no one cuts in line). Getting on for a meaningful useful amount of time is nearly impossible. Even when using the legal law library, the interface is a nightmare to deal with. To make matters worse, every 30 seconds the kiosk interrupts you and asks "are you still there?" regardless of whether your're typing, reading, or scrolling. If you don't click yes within 10 seconds it will kick you out. This paired with the time constraints makes it impossible to take notes.

16) It took until August 2021 for me to get access to a legal law library, over 2 months without a legal law library, in just this instance.

17) At this jail I'm surrounded by "non-January sixth defendants". Just like how it was when I was on bond and "free", tons of people want to talk to me and hear my story. It's very hard to focus on writing already with 79 people talking, screaming, and fighting. It's even harder to focus when many people want to talk to you constantly. I'm flattered and will love the positive attention when I'm free as I did before, but it creates a difficult work enviroment.

18) At this jail (Northern Neck), in the pod I'm in, inmates all want to get on the phones. We only have four... This leaves us at a max with 2 phone calls a day. However, everyone wants to call past 5pm... That is typically the call time I need open to reach the people I need to reach.

19) Many days at the DC jail I was stoped from being able to contact my attorney and others who are helpful, to my defence. Whether it be weeks under under 22/2 lockdown, many days of 24/7 lockdown, or only allowing me out at times when the people I need to reach were unavailable. If I did get out during these times it often was at odd times when I couldn't contact people... This was a constant reoccurring issue.

20) As the court can see from my submitted motions (pro-se) from DC, and will see from my still missing motions that I had taken from me by the DC jail, the DC jail refused to submit my motions. You can take notice of this because it wasn't sent from me, it was only able to be submitted if and when I'd see my stand-by counsel in person, then she would file it. They also did this to another January Sixth defendant who represented himself (Brian Mock). The jails mailing issues were enough of a hindrance/ deterrence, this totally stopped timely motions from being filed unless an outside party helped me or I found a "hack" to help alleviate these issues.

21) When I filed an appeal I was told it was sent in with my brief by my stand-by counsel. The appellate court never received my brief. As noted in #20 among other numbers in this section, the DC jail shared blame with my stand-by counsel for why my brief was never submitted. However, what is completely the jails' fault was their failure to share the appellate courts' attempted correspondence with me three separate times from December 2022 until April or May of 2022. I finally was given correspondence after this, BUT it was to notify me that they

dismissed my case because they never received my brief that I did in fact give to my stand- by counsel to submit on my behalf. The court never got a hold of me due to the DC jail and warden ignoring their orders to get me their correspondence! It's easy to see the proof for this, check the DC legal mail log from December 2021 until May 2022.

On the appellate courts' third attempt to get a hold of me, they directed the warden of the jail to make sure I was given their most recent correspondence with me which was them requesting me to submit a brief. The warden ignored their directions. This is one of, if not the biggest access-to-court violation I can cite, and I have many, both submitted and that havent't been submitted due to the DC jail taking my work. I finally received correspondence from the appellate court around April or May of 2022. The correspondence simply stated my appeal was dismissed because I failed to supply the court with a brief and ignored their three separate requests to supply them with one. This situation had similarities with my appeal to my requests for relief from the jail, I never could submit it because it was typed up on the USB that the jail stole, then destroyed... (Update: Yet another appeal was tossed out because of 3 situations. The first being that I was moved to Lewisberg and wasn't allowed to take my appeal with me, and the second being that my discovery took forever to come in(and was again filled with problems and incomplete when I received it) which I needed to file my appeal. The third was that my stand-by counsel told me he filed an extension of time when he didn't, not to mention that I submitted it on 5/24/23, but the court didn't get it until, 5/28/23, BUT the court closed the case on 5/25/23 because my stand-by counsel didn't file an extension... They didn't get the Reply which was what was filled with evidence to rebut the claims of the government.)

### ***Section 4: Public Defender/ Stand-By Counsel (Cara Halverson):***

In my opinion this woman is tied with this court for being the most responsible for why I'm not ready for trial and why I haven't been able to get ready. She screwed me in the biggest way when she failed to do her job as my defence counsel. She could've easily pointed out the lies that put me in jail and that even lead to me having a detention hearing to begin with. Time and again she knew the facts, and often had exhibits and documents from the government themselves to disprove their lies. Despite my requests, she refused to correct the record or to properly defend me. (Update: For proof see my LATE(thanks to my stand-by counsel) appellate court reply Parts A-F and the 5 attached FBI documents for proof that she was ineffective.)

1) She failed to point out the lies at my first detention hearing, I asked her to, but she didn't because "it could anger the prosecutor and hurt future plea agreements". If she pointed out the clear and fabricated lies I would'nt have been eligible for a detention hearing or the extreme conditions of release that were placed on me after I was given a detention hearing.

2) She failed to point out the lies at all three revocation hearings or to present the actual defence and missing context to the alleged situations that lead to my revocation "The judge doesn't care, we don't need to correct the government", "the judge doesn't believe them.", "The government is allowed to mess the facts up", "they are offering testimony through proffer, it doesn't have to be right.", etc..

3) She told me if I didn't point the lies out at my third revocation hearing that she would finally point the lies out on appeal and give my actual defence, instead of leaving what she said prior on the record, something she just randomly made up on her own while ignoring my truthful defence. She said she would put it all in writing and submit an appeal. She lied. When I finally got a hold of her from jail requesting an update on the appeal she said "I changed my mind, we can just bring these things up at sentencing." She always had a "plea deal" on her mind, even before she had a chance to speak to me or to view my discovery.

4) She never got me the transcripts I requested (1st appearance, 1st revocation hearing, or 2nd revocation hearing).

5) She told me that my 10/12/21 hearing was going to either be a status hearing or my requested evidentiary hearing. This caused me to show up unprepared and caught completely off guard. I had prepared for both a status or an evidentiary hearing because of the information she shared with me. I didn't prepare for a bond hearing.

6) The motions and responses I gave her to submit to the court were cut off in many areas. Some pages were entirely illegible due to a seemingly rushed scanning session. Some of the pages I had no idea what was written, and if the author has no idea what he wrote/ can't read it, will the court be able to? No. This essentially destroyed my correspondence with the court. This is one of my many access-to-court violations. This violation is one of my many missing/ stolen ones. It was either in my 4,000 plus pages, my USB, or on both. The DC jail refused to give these up and took them from me as far back as one full month before I left the DC jail.

7) She lied to me when she said the Public Defenders office sent my brief in for the appellate court. It wasn't sent in. This paired with the DC jail and warden failing to relay to the appellate Courts' requests caused my case to be dismissed. HUGE access-to-court violation.

8) She refused to come in person to pick up my motions even after I shared with her how the DC jail was refusing to submit my motions or responses to the court.

9) She went missing and ignored me for weeks when she submitted her request to withdraw from my case. She withdrew without permission/ before she received permission from this court. She canceled our scheduled video calls, refused to answer, and broke a court order to represent me as stand-by counsel. It wasn't until someone reminded her of these facts that she finally responded, and that was just for her investigator to swear at me and tell me they wouldn't be able to help for a few weeks, useless, she was still withdrawn. They never ended up helping me once they decided to leave, they only told me they would help...

### ***Section 5: My Second Court-Appointed Stand-By Counsel:***

A man so disengaged and disinterested in my case that I can't even recall what his name is...

1) Just like my public defender/ first stand-by counsel failed to give me the transcripts I requested, this man also failed to do the same.

2) He often was difficult to get in touch with. It was even more rare to obtain meaningful responses from him.

3) He didn't listen to my requests and seemed incapable of doing even the most simple tasks that I requested from him (like sending me ECF files on certain cases to compare and learn from them for a motion I was preparing).

4) He took my 157 exhibits, said he'd file them for me, and then just held onto them. He never submitted them. Eventually we (me, and my current stand-by counsels) were able to get him to mail it to my current stand-by counsel so they could submit them on their own. I still haven't seen how they came out or if they were scanned clear enough for the court to be able to view and read... I originally had this ready in March of 2022, how long did it take to be sent (I still don't know). Was it truely submitted (legible on the ECF), or like others in the past, was it scanned poorly?

### ***Section 6: Other Notable Delays:***

1) As I was arrested at the probation office following an expected revocation order, I asked both the probation officer and the present Marshall's to please grab my phone that was with building security. The guards don't allow cell phones inside the building, so you have to put it inside a box watched over by the officers. My PO and the Marshall's said they would retrieve my phone. Days later when my friends went to pick up my phone and other property from the building security, the security said "we don't have it, call the probation office." My mother got in touch with the probation office, "we don't have it". I asked my public defender to , she said the government didn't have it. So, did my probation officer continue her harassment/ abuse and take it? Perhaps Tom Gillace who"can't share information on the record" about me showed you one of the devices I used to speak with the Russian Embassies/ Foreign Ministry in his ex-parte filings/ hearings? Either way, my phone was stolen. I have many useful recordings both for my defence and against people like Cara Halverson on that phone. Often, I'd airdrop copies to other devices in case it was lost, stolen, or broke, but being that I'm in jail, I can't figure out what was lost.

2) The Albany jail "lost" my papers I was taking notes on. They claim to hold onto property for 30 days and yet both times my family came to pick these papers within the time frame and yet they didn't have it. Regardless, as a pre-trial detainee I am supposed to be able to retain my legal papers.

3) Upon leaving the Grady County jail in 2021, I sent multiple envelopes of notes in the mail to my mother, only half of them reached her. Again, what happened?

4) When I voluntarily signed up for a mental evaluation without a court order to do so (this time from jail) I was initially told it would only be 5 days long. I was told I'd be leaving around mid-May of 2022. I didn't get to the facility, which is on the other side of the country, until around July 2022. Upon getting there I was informed it would take 30 days to complete by jail staff. Were my stand-by counsels mis-communicating or was the government? I have no idea. Thirty-seven days later (around 8/9/2022) I was finally leaving the facility. However, now I was told the report wouldn't be released/ wasn't due until 9/1/2022. It wasn't until 9/17/2022 that the report

came out. Five days turned to around 120 days. My stand-by counsels were temporarily allowed to represent me to prove themselves to me (show me if they could be trusted with something less complex than trial in my case). This was their plan to get me out, they told me I'd be out within 60 days (by 7/16/22). These delays and the end result hurt my overall preparations. (Update: I was lied to, this wasn't a mental evaluation, it was a competency to stand trial evaluation, the counselor said he wasn't seeking out to know all of the things I may suffer from or have, only if I was able to stand trial...)

5) When one of my stand-by counsels (then fully representing me) was temporarily stopped from being on my case by the court, it stopped him from being able to pick up my 4,000 plus papers or my USB from the DC jail. They kicked him out of the building when he tried to pick these up.

6) Unfortunately my current stand-by counsel made the HUGE "mistake" of claiming I was ready to go to trial, (he knew we weren't and that I wasn't convinced at all that he could handle it). I wasn't and I'm still not. Worse, he claimed my entire defence would be about one day or less. This random time frame conclusion of his was reached prior to us meeting in person to discuss the truth/ defences, seeing what I gathered/ what needs to be gathered, or even meeting me in person. Worse again, I have no clue why he planned a date as if he knew he was going to represent me. I shared for months that if they couldn't manage to get me bond/ point out less complex lies/ assertions than would be presented at trial by the government that I would be moving them back to stand-by counsel position. When I pointed this out to him again in a break out room during that hearing he shared "don't worry, we can make as many continuances as we need to."

What he should've shared when asked about setting trial was "I'm unable to answer that as I still havn't discussed trial options or defences with my client or met in-person with him to prepare for trial, I haven't dome this because my client is going to represent himself if we don't accomplish our task of getting him bond." As a result of their huge "mistake", this court believes I'm almost ready for trial when I'm no where close. We also wasted time giving reasons in person and in this notice/ motion for why I shouldn't have trial scheduled yet.

7) When we pointed out to this court that the DC jail is still refusing to give me back my USB drive (with motions, discovery, and an appeal, preparations, ect.) this court instructed prosecutor Zachary Phillips to take care of it. Not only do I not have the USB still, but my lawyers and I both havent't heard any updates despite our inquiries.

### ***Section 7: Judge Meriwether:***

This judge isn't at fault for believing the lying, code of ethics breaking prosecutor who told a fictional story of how my vehicle, my phone, or I was found prior to my arrest. However, she is at fault for punishing me selectively. Just months prior, she let out a serial violent protester/ official proceeding interrupter/ cop assaulter/ court-order-breaker known as Tigthe Barry. I'll go into detail about this in my separate mostly finished selective prosecution motion whenever I can get my paperwork and USB that the DC jail refused to give back.

This judges' selective prosecution against me set the process up for my eventual imprisonment. As a result, I've been in constant situations (outlined in these pages) that have inhibited my defence and made it impossible to defend myself.

### ***Part B: The Party Who Is The Most To Blame For Why I'm Not Ready For Trial(Judge McFadden):***

### ***Section 1: Intro:***

The party I view to be tied with Cara Halverson as the most responsible for why I'm not ready for trial and why I've been unable to defend myself. Justice is supposed to be blind, but it clearly isn't in this court room. This court had/ has the power to grant relief on the issues that were and still are inhibiting my defence. Proper courts pursue the truth seeking process objectively. In order to do that they must give both sides the ability to call witnesses, prepare for trial, and make their points in hearings. This courts' clear bias has been and still is in the way of this.

It's dangerous for a court to speak incorrectly and ignorantly over subjects relating to a persons' future on the record. Worse, it's similar to a kangaroo court if it continually allows one side to get away with sharing lies while refusing to punish them when they do lie. It's similar to a kangaroo court if it denies the other party the ability to actually correct the record pertaining to his freedom. It's like a kangaroo court if it continues to make the defendant suffer based on the governments' easily provable lies.

Rather than helping me prepare for trial, this court has placed me in conditions where I couldn't defend myself, kept me there, and still tried to rush me towards trial. It continues to do this over one year later, all while gas-lighting me in court as if it's my fault for why I'm not ready for trial. It's this courts' fault just as much, if not more so than the other mentioned parties combined.

### ***Section 2: How This Court Has Stopped Me From Being Ready For Trial:***

Two separate definitions of the same word are what best describes how this court is the party most responsible for why I'm not ready for trial and why I haven't been able to defend myself.

Railroad (1): To rush through quickly preventing, and designed to prevent, careful consideration and debate of an issue.

Railroad (2): To cause to go to prison/ jail, or to cause to stay in prison/ jail on phony charges without a chance to secure true justice.

### ***Section 3: Examples Of This Court Railroading (2) Me:***

Sometime in 2021, at the end of my hearing this court once said "Justice must be done". It felt like a quote out of an old Bat-Man movie more so than it did from a judge who truely cared about justice given that I was suffering in jail based off of lies from the government. However, if you really do stand by that statement, and if you can apply justice blindly, please ask yourself at

the end of each example, and at the end of each section "How is justice being done here?" You will find (so long as your're objective) that no justice is being done.

1) This court appointed an ineffective, code of ethics breaking, radical leftist, who hates both police officers and Donald Trump to represent me. She purposely avoided pointing out the governments' lies and lied to me which helped get me a detention hearing, suffer many conditions on bond, go to jail, remain in jail, have terrible press, and have uncorrected lies on the record.

2) In the revocation proceedings, this court aided the government in their continued "lying without consequences" campaign by suggesting the government proffer their story rather than testify to it under oath. The "the government is less likely to lie because they have a code of ethics to follow" argument is beyond weak. Why not increase the chance of truth telling (especially when it involves stripping someone's freedom indefinitely) and decrease the chances of wasting the courts times with lies by requiring the government witnesses to testify under oath, just as my own witnesses would need to and how I'm required to do?

Regardless, it happened and the government was emboldened as the prosecutor and its witnesses then went on to lie, change how situations happened, create narratives, use out-dated statistics, and omit the truth on many situations. The end result was that I was revoked and placed in jail because the government wasn't at great risk for failing to tell the truth. Even worse, now the court holds their proffered testimony as fact. "I'm going to decide if this person loses all of their freedoms, I think the best approach wound be to allow the government to not be required to share the truth (let them testify via proffer) and then for me to recognize anything that they say as truth and fact." -Says a corrupt foolish judge. The lies from these hearings that you allowed and hold to like a corrupt fool were then published on the media which further terrorized me. Nice job operating your kangaroo court, the Soviets and the Nazis would be proud.

3) At my first revocation hearing, I tried to point out what my public defender should've pointed out, the missing context from the reason I got a petty larceny charge. I tried to point out that the FBI took my phone, business contacts, contracts, and customer lists. I tried to point out that I had asked my public defender to get these things back as I worried about this and other issues coming about from these being taken. Her response to my requests was "if you sign a plea-deal you can get them back". I tried pointing out that in four years, I had nothing but 5-star reviews on multiple platforms and never had such a charge in that time. I tried pointing out that the customer tried contacting me after the FBI arrested me, while I was in jail the next 3 days, and after the FBI took my phone (the customer admitted this in the local newspaper). I tried pointing out that after my arrest for the petty larceny charge that I contacted my probation officer within 12 out of the 72 alloted hours I was required to.

Despite all this, the court didn't seem to be interested. I recall the facial expressions I was getting from you, seeming like my speaking was irritating and angering you. I'm innocent and yet you often look at me and treat me as if I'm a murderer, you should work on that. I had no way of getting in contact with this customer, getting our contract, or our non-refundable deposit agreement. I was innocent and yet this court further punished me by placing me under 24/7 home confinement at a house that wasn't even mine. I'd already suffered terrible press over this, lost

my old customer contacts, tax records (which stopped me from being able to file which sent me into collections), lost tons of money, and suffered in business growth. It placed me under full house arrest over something that was the governments' fault. This is just another case of why you shouldn't be a judge, you punished a victim instead of the criminal...

4) Despite many uncorrected lies presented during my third revocation hearing, the court really should've been able to realize the government was again trying their best to railroad me into jail, but it didn't. Fortunately, this court wasn't convinced by the ridiculous narrative that I purposely called my PO's mother as a form of threatening her or harassing her. It took note (to my memory) that I was having varying phone issues days before, that I only phoned the name "Kendra Rennie" and called that listed number less than 3 minutes after I got off the phone with Kendra's supervisor. It took note that I quickly realized it wasn't Kendra and that I was weirded out that this unfamiliar voice was telling me it was Kendra and that I could leave a message. Because of this I shared I would try her on her other numbers (on Google).

The courts' main reason seemed centered on two things, my mental evaluation being "canceled" (rescheduled) and "finding" overall that there were no sets of conditions that I would abide by. The mental evaluation was rescheduled and yet the governments' language and narrative was "canceled". It was so pitifully prepared that when my public defender asked Tekesha Robinson of Pre-Trial Services (DC) "Did he reschedule?", she changed the subject, refused to answer directly, or acted confused. To my memory, my public defender gave up on trying to get a clear answer from her after five or six times. Unfortunately, my public defender advanced a defence that wasn't mine, that I called in because I felt sick and didn't want to spread it. The real story was that I only slept for about one hour and I felt like driving a 8,000 pound vehicle during the morning rush hour traffic in the Capitol Region of New York on one hour of sleep would be dangerous to myself, and to the community. So I called in to reschedule for their next session, which was the following week.

Regardless, the court failed to remember/ account for two very important things here. First, that I rescheduled the evaluation for the following week. Second, and most telling, the court failed to remember or realize that before my second revocation hearing was even scheduled I voluntarily drove down to the probation office to voluntarily sign up for a mental health evaluation. I shared I would love to sign up for one months prior to help with the abuse I was suffering from both the governments'/ media lies, and the courts'selectiveness.

This wasn't like my drug testing that I said I wouldn't show up to (and yet still did) or called up to complain about having to do. I had wanted this for months. Yet my probation officer shared in court something like "in my opinion I don't think he ever planned on going to the mental health evaluation." Yet the drug tests that I clearly hated were all shown up for and passed, so why did she claim this? It was a narrative they created for the court, and this court failed to find the truth out despite that its job is to advance the truth seeking process (according to Understanding Federal Criminal Procedures). I was punished for choosing to keep myself and the community safe while rescheduling something that I had personally wanted so badly that I drove down to Albany New York to voluntarily sign up for it. No justice was done here, only injustice.

As for the courts "finding" that there were no sets of conditions it felt I wound abide by, I have no idea how it came to this conclusion. The court again failed to advance the truth seeking process. Please fast forward and read Part F Section 2 "Why I could be trusted with Bond" numbers 1-60 to understand why I was, and still am, completely unaware how the court came to this conclusion.

Besides all of the reasons listed in Part F Section 2, there are a few other things I want to point out. First, if my call in rate was worse prior to my first revocation hearing in April (probably near 40% , then why was it an issue for the court when my call in rate in May and June was 100% (minus the 4 days following my wrongful punishment following my first revocation hearing)? Second, even though the government lied about my two "unexcused" days I showed up late (not true, please read numbers 2, 4, and 5 in "Why I could be trusted with bond"), and even though the court incorrectly still believes this (it cited me "missing curfew" while it refused to reconsider my bond), why was this an issue at my third revocation hearing? Even though the court believed the governments' lies, it should've realized that on full house arrest I never left without permission, nor had my ankle bracelet die. Third, this court and the government shared they were displeased that I "wasn't" working during both of my first two revocation hearings (I was trying to work, but it was hard considering it was my dead season, my customer contacts were taken by the FBI, I lost two contracts with 2 multi-million dollar companies due to the lies from the government and media, my probation officer refused to allow me to work most of the time and refused to let me market my business in person).

Less than one week before my bond was revoked I finally convinced my abusive, angry with life probation officer to allow me to schedule my first full week of work since I had been charged in this case. So, why would it come to this conclusion that I wouldn't follow its rules? It's my opinion (strongly supported by many situations) that it's because this court is in a way (indirectly or directly) working with the corrupt prosecutors/ government, or at best too incompetent to judge my case. Despite all of what I've cited and mentioned, I was placed in jail and have continually been denied an actual opportunity to rebut the governments' lies or findings.

5) Following my revocation in June 2021, this court placed me in jail. Please go back to Part A Section 3 "Jails/ Traveling to 6 jails from 5/23/23-9/2022". The court shares signifiant blame in all those issues not only because it failed at advancing the truth seeking process during my revocation hearings, but because it has failed to allow me, or even my private attorneys to do so for 1.5 years (update: over 2 years) and counting. In jail it's difficult to gather new evidence to prove I should be released, so at the very least I should have my discovery and transcripts I've continually requested so I can prove it that way.

6) This court was fooled by the prosecutor last September/October (2021) when she argued against me seeking reconsideration of bond. I made it clear I first had asked for an evidentiary hearing where I could present evidence through my public defender/ stand-by counsel. The last thing I was seeking was a bond hearing (if an evidentiary hearing was denied), but I made it clear my goal still wound be to present evidence through testimony of someone other than myself. After all, the law-books I've read in jail said "a criminal defendants' testimony offers little to nothing of value" as far as evidence is concerned of all people who give testimony, it's the least convincing. Despite that I filed a response sharing I wasn't seeking a bond hearing, Cara refused

to pick it up nor wound the jail due their duty to submit it for me, but I gave it to her after the 10/12/21 hearing when I saw her (the court didn't wait to hear my response, something it has done many times...). Before the 10/12/21 hearing I asked her to inform the court that I was not seeking a bond hearing yet, since she refused to pick my response up. She clearly did not do this either. Worse, Cara told me to prepare for either a simple status hearing, or an evidentiary hearing, so that's exactly what I prepared for. With Cara sharing that false information with me I was confident the court wouldn't be so foolish to fall for the prosecutors elementary level argument switching tactic, clearly, I was mistaken.

Unfortunately, the court fell for the governments' tactic and surprised me with "we are here for a bond hearing". I again spoke to my public defender in the room to share I wasn't prepared for a bond hearing, she responded "If you cancel this bond hearing you won't get another one." This fear pushed me to endure it. This court kept me in jail by refusing to allow MEANINGFUL testimony to be presented to support my claims that the government was lying during my revocation hearings. I had meaningful testimony to offer the court, she was already present in the court, but this court wasn't interested in hearing or allowing it... Keenly aware of the abuse I was suffering from and could continue to suffer from indefinitely if I missed my chance (according to Cara), I decided to go forward with the hearing and give my testimony despite my knowledge that it would'nt be anywhere near as convincing...

Later (either in this hearing or in another hearing) this court said something like "You already had a chance to cross examine the witnesses", but I didn't because court appointed an ineffective counsel to represent me who refused to point out nearly all of the governments' lies, that was the second major goal of mine in having Cara called as a witness, to prove how she was ineffective.

7) Again, this court wasn't interested in hearing what the truth was regarding the PROFFERED ALLEGATIONS AND LIES from my revocation hearings even as my hired attorneys tried to present what they were to this court when they filed for a reconsideration of bond (according to them, they were waiting to point it out in verbal arguments). No discussion or debate was allowed at all. "Your're not a flight risk or a violent danger to the community, but you are a non-violent danger to the community." I would've loved for you to have explained what "non violent danger to the community" I posed, you have nothing to back up this already ridiculous statement. I have 60 reasons that quickly came to mind for why I'm not a danger to the community (Read Part F Section 2).

Is the court worried I wound enter the Capitol building again with permission from Capitol Police, follow the rules they set for me, and even leave earlier than when they told me I had to leave? Does the court intend to keep me in jail forever off of its baseless claims?

### ***Section 4: Examples Of This Court Railroading(2) Me Conclusion:***

This court has stopped me from being able to leave jail or prove anything of value (mostly by not allowing me to get the needed discovery and transcripts I need to prove I shouldn't have had a detention hearing or revocation hearing, and by refusing to let me call a witness/ effectively cross examine witnesses). This contributed to and lead to me being railroaded(1) towards trial. So this courts' railroading(2) me into jail on phony charges (proffered and false information from pieces

of crap who work in the government) is the main reason why I'm being railroaded(1) towards trial. This leads to the second set of reasons why this court is tied for the number one spot of why I'm not ready for trial and still can't prepare for it over one year later (Update: including when it didn't grant relief for my discovery issues at the Lewisberg jail/ preparations being given back to me).

### ***Section 5: Examples Of This Court Railroading(1) Me:***

As you read this section, please ask how justice is being done/ can be expected with each and every one of these things occuring.

1) It allowed my public defender to withdraw before even allowing me to submit a response. Here, the court stopped debate from happening and rushed to let my stand-by counsel to leave.

2) The Marshall who supervised my first in person meeting with my second stand-by counsel refused to allow me the ability to hand over/ submit my responses and motions (could've been avoided if this court granted my previous requests for relief).

3) It allowed the government to continually delay handing over global discovery for one year.

4) It refused to hold the government in contempt when it didn't have the global discovery ready by the date this court said it should have it by (September 2021). It refused to do anything about it in September, October, November, October, November, or December of 2021, and I believe it still wasn't ready until sometime in January of 2022.

5) After the government "technically" made global discovery available (January 2022), I took note of the many issues with the global discovery site. I then filed motions correcting the governments' lies and (if I remember correctly) asking for relief/ asking for the government to be forced to fix these issues and to be held in contempt. This court refused to take any action against the government/ respond to my requests for relief so I could have a proper way to view my discovery. Please actually go back and read that motion, it shows you that global discovery was not truely given to me, it was a disorganized data dump. An objective court would agree after reading that motion/ exhibit. I never even heard a response from this court on that motion/ exhibit or the others relating to my discovery.

6) This court has done nothing to get global discovery to me ever since the government stopped even trying to supply it to us in the DC jail. It has been 8 or 9 months since I've seen anything. (Update: I received access again over 1 year later and after my technical time frame to submit motions, I got access again on 7/3/23, not acceptable).

7) It hasn't done anything to get the USB drive back that had my personal discovery on it along with motions, research, or video notes/ arguments I was preparing. I had this taken from me April of 2022... Finished motions and access-to- court violations, and trial preparations/ spliced videos/ organized and renamed discovery files were on there too.

8) This court did nothing to address my legal law library complaints.

9) This court did nothing to stop the jails consistent and repetitive denial or long delays in giving me pens, papers, stamps, envelopes, or enforcing their mailroom to begin operating efficiently and legally.

10) This court didn't pass my motion for a laptop with Internet to help eliminate the constant problems I was facing on many fronts.

11) It gave me another useless stand-by counsel (See Part A Section 5).

12) It never sent me multiple transcripts I requested (I'm not sure if this is directly the courts' fault or my stand-by counsels fault, either way, this court shares responsibility because it appointed two of them and refused to offer any relief that I requested which would've made issues like this non-existant i.e. a laptop with Internet or bond).

13) Either its stenographer or the courts' recording device has continually messed up/ scrambled my words. In some transcripts I've read, I'm confused on what I was supposedly saying at certain points, points I remember very clearly and know that the transcripts have it wrong. Do I speak too fast for them? Is this purposeful? I don't know. I do know that if my words in court aren't relayed correctly on the transcripts that is just another way that stops careful consideration and debates of the issues, especially in the hands of an appellate court.

14) Every hearing (while representing myself) I always feel rushed or am being cut short of what I'm trying to share. This can be verbal interruptions, a facial expression of annoyance from the judge, the judge looking like he wants to speak or cut me off, other parties taking forever to speak leaving me little time, or this court trying to close a hearing up before I've been able to relay what I need to relay to the court. Every court hearing I don't get to bring issues up causes my list of things to share with the court to grow (hence my long motions and responses). The courts' methods of rushing actually slows the preparation process further. Please stop railroading(1) me through every hearing we have.

15) This court received motions and responses of mine that were badly scanned, cut off partially, or cut off completely. For weeks I wrote these motions and responses, all just to receive copies of them on the ECF months later to find many pages couldn't even be read by me, the author. I had prepared an access-to-court violation over this, but, like many of my motions, it was taken by the DC jail and I haven't gotten them back. Either way, the court should've noticed this technical interference of my correspondence with the courts. It did nothing, and it was just another reason to grant my motion for a laptop with Internet or bond. Like so many other motions and responses I've filed, I still haven't heard anything about these cut off motions/ responses, cutting off and stopping my correspondence with the courts' is just another way this courts' actions and inactions are preventing careful consideration and debate of many issues.

16) This court allowed tons of lies from prosecutors, a discovery breach coordinator, a pre-trial services worker, a DDA for the DC jail, and others and did nothing about them. This has made a mockery of this court and our "justice system" to my detriment, and to the detriment of the tax payers. This courts'continual refusal to punish the government and the other parties for their lies all while issuing statements like "Justice must be done" make this court come off as a biased

kangaroo court. This courts" prejudicial treatment, or at best, selective cowardice has caused continual delays to my preparations and injustice towards me.

The delays were caused by hearings that were conducted based off of lies (discovery debate, grievance issues, revocations, etc.) and by me having to waste my time responding to the lies and correct them in my motions and responses ever since. I do my best to correct every lie as seen in my previous motions if the court would just read them. I shouldn't have to spend all the time I've spent pointing out all different kinds of lies, and they especially shouldn't go unpunished. It's mostly for this reason that I think this court (judge McFadden) should be evaluated for competency (or corruption/ bias) in continuing to rule over this case.

17) This court allowed a competency evaluation(not what I volunteered for, I asked for an in depth mental evaluation) that was due on 9/1/22 to go over two weeks late with no punishments... The man talked to me for about 2 hours, it shouldn't take too long. He had 37 days to write while I was there and nearly 45 days after I left to write it up. Not to mention every time I leave a facility I've been denied the ability to take my preparations with me. This evaluation caused me to go to 3 jails in total before getting back to the next jail (Northern Neck), in total all of this took 48 days of back and forth. Many more weeks wasted away.

18) Two separate delays happened because of this court refusing to allow me to represent myself on the spot. To my memory, the first delay was this court refusing to let me do so on 9/7/21 and moved our hearing back by two or three weeks. The second time was November of 2022 and this court delayed the same simple decision again by another two or three weeks. The court had already heard me share that I knew the risks and the sayings ("only a fool represents himself"), so why did it need to delay us over one month when both times in the hearings where the court allowed me to represent myself it took only about 5 minutes to decide to let me do so? Why not just get it over with in the same hearing?

19) Nearly two years after 1/6/21(as of 12/1/2022) this court is still doing nothing about the non-existant global discovery. Remember when this court told the government to have access to me by September 2021? They had an unworkable version of it around January 2022 until around April 2022, and then it disappeared, nothing since then. Why does the court not care when the government, with all their resources, skips past your orders for over 1 year but then takes away all my rights and freedoms when I reschedule a 1 hour mental health evaluation (that I personally volunteered for prior to this court even thinking of asking me to go to one) for the next open slot (the next week) to keep the community and myself safe by not driving on one hour of sleep? This court placed me in civil/ constitutional rights abusing jails for over 1.5 years as my family members died, businesses failed (due to probation officer), and friendships were lost over a rescheduled 1 hour session I volunteered for.

Over 10,000 hours have gone by past this courts demands to have discovery to me (as of 12/1/22).. this is just one area... You let the government skip past an additional 10,000 hours of their obligations that will help secure my freedom and help ensure a fair trial. Yet you don't allow me to reschedule the mental health evaluation I volunteered for for the following week to keep myself and the community safe? With one hour of a reschedule that didn't harm anyone and actually kept me and the community safer you take away all my freedoms for almost two years

and allow me to be abused and attacked by guards in jail? Just in this one subject alone, look at your bias, 10,000+ to 1... How is justice blind in your courtroom? How is justice being done here?

The government only had to send one request for you to do all this to me, how many continuous verbal and written requests have I made to you as you continually ignore me and do nothing against them/ to help me? No wonder this court denied other January sixth defendants selective prosecution motions, it CLEARLY is joining in on the selective prosecution and rulings!

20) After this court recognized that I was representing myself again (November 2022), I again mentioned some of the many issues I was having in jail (both DC and this jail) that made it impossible to prepare for trial and pre-trial motions. This court not only offered no relief again, but it scheduled the next hearing for February 2023. The court hasn't listened to the issues I've encountered in jail. This court said something like "I don't intend to be a sort of second warden to a jail", but in order to get the things I need , we will need some court orders, otherwise these things won't be fixed, or at least won't be fixed in a timely fashion. Take notice, many things I've asked for relief on through court orders are still current issues. This courts' inactions are hurting my ability to prepare and causing these very delays that I more than anyone else am the most upset over. This court shouldn't be afraid to intervene on civil right/ due process/ constitutional issues. It shouldn't be afraid to address issues that are in the way of preparing motions or for trial. It should either make court orders, and if it refuses to do that, than it should either release me or put me into a halfway house where I can do more to build my motions and my defence. It can and has been done, look to Christopher Worrell's judge giving relief to Worrell and holding the jail in contempt. Further, you know you can make court orders/ "be a second warden to the jails", look back to your telling the DC jail to get me my contacts ASAP or face a court order in November 2021, remember that? Probably not...

21) This court has said it wouldn't accept motions from me unless they were in writing (typing was also implied). This court never made any changes despite the issues I have continually pointed out that were causing major delays on correspondence or even stopping correspondence from even reaching the courts'. To this day, many electronic (USB) and hand written motions still haven't been submitted to this court or to the appellate court. A great separate example of why this clearly was a terrible and prejudicial requirement to force on me can be shown in my requests for relief I filed around October 2021. This court ignored my motions for months. In January 2022 I asked for it to help, it said something like "not now". In February 2022 I asked it to help, and it said something like "not unless it's in writing, put it in writing". When I again pointed out I had put these issues and requests in writing months prior, the facial expressions you exhibited seemed aligned with a student who was just caught by his teacher for not reading that weeks assigned homework.

The court couldn't respond to my motions that day because again, it skipped out on reading them, in fact, it clearly didn't even care to notice that they existed. Three days later it was Valentines day of 2022. The court read my motions and took some "actions (would later prove to be virtue signaling)" and ordered the Deputy Director of Administration to answer my allegations and exhibits in April 2022. In between that time I was able to take advantage of a "hack" to the DC jails' tablets that allowed me to not only type motions and responses, but to save them as the days

went by. With this "hack" I could send my finished motions to my recently hired private stand-by counsels to edit, format, and submit them on my behalf. A "pre governments' response" and a "response to the governments' response(I now know the proper term for these is a "Reply")" were submitted in that time. I also tried to get 157 exhibits to the court to support those submissions, but the jails' still broken system and the useless court appointed stand-by counsel took many months to get them to my current lawyers who then submitted them way too many months late. Come April, the DDA came in, lied, smiled, and left without even a harsh word from this court. I again asked for relief (this time on just part of my requests that had been submitted) and again this court either said "not now" or "submit it in writing". Baffled and annoyed at this courts' continuation of delays and refusal to fix due process(and discovery), constitutional, civil rights abuses, and issues causing delays/ making it impossible to prepare for pre-trial motions/ trial in reasonable or efficient time frames, I asked for it to simply accept or deny the requests for relief so I could hope that an appellate court may give more care to such important issues. This court denied it. Still no punishments towards the DDA or the prosecutor for lying in court or in their motions/ responses. I proved many lies from them through my responses, 157 exhibits, grievances of others, and even the video evidence I submitted to the media. Nothing as usual, is that justice being done?

Note: The jail sent you a missing context video in an attempt to refute my claims. It showed pens, a clean sink, and a working toilet. What it didn't show you was that those pens didn't write, I was just given paper prior to the hearing (finally), they moved my cell to another cleaner and working cell prior to the hearing, and then took the video while I was gone... However, take notice, some of my videos were taken after the court hearing, they allowed the conditions to get worse once the hearing was over. You were lied to again.... Yet again you did/do nothing about it.

22) Because of this courts' refusal to fix any of the issues spoken of so far, the appeal for bond and the appeal on my requests for relief were both stopped from ever reaching the courts. It's also at fault in these areas because it let my first stand-by counsel leave and then appointed a useless one. This stopped me from ever being able to file an appeal, doesn't sound like much justice was done as this only caused more delays and MAJOR access-to-court violations/ dismissals of cases to my detriment.

23) I believe I brought the previous issue up to the court at our last November 2022 hearing and the court again didn't seem bothered by such extreme access-to-court violations or due process abuses. I brought up how the warden himself caused my bond appeal to be dismissed because he failed to bring me the courts' correspondence as he was required/ ordered to do personally. I also brought up how I still didn't have my 4,000 plus papers from the DC jail. This court like with everything else I've mentioned did nothing to help me. These are huge delays and hindrances to my preparation for pre-trial motions and for trial. How is justice being done here?

3rd

24) The decision by this court to refuse letting me call a witness to the stand seems to fit perfectly with the first definition of railroad I provided. After all, it was a way to prevent careful consideration and debate of the issues. If this court was truely interested in the facts, it would've

allowed the witness to come to the stand. This court allowed three government witnesses to speak via proffer and yet it couldn't even let one of mine speak under oath? Was it afraid of the truth coming out?

25) This court rushed me into a bond hearing I hadn't prepared for. I asked for an evidentiary hearing. If I was to get a bond hearing I still would've wanted to be able to call up a witness prior to debate about being re-released. My greatest evidence for bond was to have my witness disprove the lies that the government witnesses who spoke against me via proffer shared with the court. I wasn't told I was going into a bond hearing, this stopped me from being prepared to argue for it. So again, this court rushed this through quickly preventing careful consideration and debate of the issues (railroading(1) me).

26) Recently (November 2022), my hired lawyers presented that I was revoked on lies in their motion for reconsideration of bond. Again, this court didn't even allow debate of the issue. It then continued its willful ignorance as it claimed I skipped my mental health evaluation (I didn't) and that I missed curfew (2 times only, and it was excused and I talked to the emergency after hours line until I got home both times). (Update: The government recently cited my lawyers (now stand-by counsels) motion fir reconsideration. If the government is correct, then that would mean my lawyers/ current stand-by counsels lied to me and did not point out the lies from my revocation hearings that they said they would. Upon asking them about this I was given this excuse: "We were going to point the lies out during verbal arguments", but that too seems to be a lie as the government claims that the the lazy liars (my stand-by counsels) simply put that they didn't necessarily dispute the claims of revocation and stupidly and incorrectly stated that the mental health examination (a competency to stand trial evaluation) presented evidence that i can't control myself, when the evaluation suggested no such thing! In fact, the over-all prognosis was very positive as the man shared in the evaluation! Lazy liars! Trash lawyers!).

27) Not being able to get out on bond or get a laptop with Internet has caused major delays

towards my preparation for trial. Please read Part D and keep in mind this courts' refusal to allow these things is more of an example of how this court is stopping me from gathering evidence that will help a jury carefully consider the issues, and that would welcome more debates on the issues due to what I could be presenting to them during trial.

***Section 6: Examples Of This Court Railroading(1) Me Conclusion:***

This court tries to blame me for why so much time has past and yet not much has been accomplished? Please look at the parties whom are actually responsible! Please look in the mirror! Stop knowingly or ignorantly gas-lighting me as if this is my fault. This court demands respect only from me (not the government as seen by how it lets them ignore its orders and laws) all while acting like a kangaroo court? All while disrespecting my rights, life, and the very laws it pretends to uphold? It allows liars to run the courtroom and abusers to continue on? It blocks meaningful evidence and keeps me past my guideline range pre-trial? It allows evidence to be stolen and doesn't tell the government to give it back? It doesn't want evidence on how its public defender it appointed to me was ineffective and breaking her code of ethics due to her hatred of police and Donald Trump?

When will I TRULY be allowed to prepare? When will this court allow justice to be done? When will I be able to present the truth, prepare my case, leave jail, see my family, see the sun, eat properly, not be in fear for my life from violent low IQ guards?

When will this court stop railroading(1) me?

When will this court stop railroading(2) me?

### ***Part C: How I've Done My Best To Prepare For Trial:***

### ***Section 1: Intro:***

Despite all the circumstances I've been put through and kept in, I've done everything I can to prepare pre-trial motions, and to prepare for trial. This court suggested it's my fault for why I'm not ready. Again, this court failed miserably at coming to the truth on the matter just as it does with most matters that have been introduced to it in this case. The court should take note that early on I had faith in my public defender and the lies she shared with me. However, once I got my hands on a legal law library in jail and began reading, I realized just what a piece of crap she was and began to understand what it was I needed to do and obtain in order to be prepared for trial. After reading these examples I hope the courts" gas-lighting me for why I'm not even ready for trial to be scheduled will stop. I also hope real actions to help me prepare will begin rather than just another continuance or post-ponement, and especially rather than just ignoring the issues like they don't exist or aren't as severe as they really are.

### ***Section 2: Examples Of Me Doing My Best To Prepare:***

1) Prior to my revocations, I had done light amounts of notes on my iphone and received some conversations/ recorded things that would be helpful to use on some pre-trial motions (and perhaps even at trial). As I was arrested in the probation office (that I drove down to despite the pending 3rd revocation request), I requested that the present probation officer and Marshals keep my phone safe. When my friends came to pick it up it wasn't there. Later, my mother went down to inquire where it was, she was also told it wasn't with them. I came to the building with my phone, it has been unaccounted for ever since. Left in the possession of the corrupt lying government workers. Oh how many times will the government steal, destroy my belongings, evidence, and preparations? Destruction of preparations/ evidence #1.

2) After my revocation, I sought a legal library every day. I was given one for three hours in the Albany County Jail. Then I didn't see one until the end of August 2021, another two months without access.

3) Light papers and preparations (approximately 40 pages worth) I had been writing in Albany "disappeared". Property is suppose to be held onto for thirty days before disposing of it. My mother went down two separate times. One of these times while audio recording per my instructions the jail claimed that I didn't have anything in my property. Destruction of preparations/ evidence #2.

4) Again at Grady County Jail I had notes related to my case. The jail made me mail my papers home before I was shipped out of the jail again not allowing me to take anything with me. Only half reached their destination, the other half were never found... Destruction of preparations/ evidence #3. When I arrived to the DC jail, I thought I was at my main destination and wouldn't have such things happen again, I was sadly mistaken.

5) As noted in previous access-to-court violations, in court hearings, requests for relief, and in my 157 exhibits I submitted to the court in March or April of 2022 (Update: I now know my current stand-by counsels took until August to file these), the DC jail continually refused to supply me with paper, pens, a legal law library, envelopes, stamps, and refused to mail in my motions. I tried to get this court to take action. I pointed out these issues many times. I asked for contempt charges, I asked for court orders, I even offered a solution that would help make up for lost time and relieve the burden on both the jail and this court (laptop with Internet). I even proved in my exhibits that the government lied many times on paper and in person to this court about me not having issues with getting these things and tried to cover it up. As always, this court allowed the government to get away with their actions and their lies.

6) After reading the law library, I realized my court appointed attorney was lying to me while breaking her code of ethics. I realized she coudn't be trusted and so I studied the subjects revolving around representing myself as can be seen by the statements I gave in court September 2021.

7) Despite my court appointed counsels issues, I wanted to keep her present in the court room in the near future so I could question her on matters relating to my revocation and then question her/ prove her ineffective assistance of counsel. I didn't tell her of these plans for both obvious reasons and so the court would realize this wasn't heavily prepared like the clearly rehearsed show the prosecutor and her lying witnesses put on during my third revocation hearings. Cara's testimony would've substantiated my claims, so I spent a lot of time researching what questions I could and couldn't ask, how to ask them, and then wrote my questions down with follow up questions at the ready. Have the court recall that one hearing I even offered to show the court the questions I had prepared ex-parte so it could be assured that the kinds of questions I was planning to ask were proper. They even proffered what answers would come from the questions and if not already clear, what that relevance would be. This court again wasn't interested in viewing what sort of things would be asked or proven by allowing me to call my one and only available witness...

I had both the tax-payers and the courts' time in mind when I decided to ask for her to remain as my stand-by counsel. I wanted it to be quick and easy for the court to allow me to waive our attorney-client privilege and call her as a witness in my later requested evidentiary hearing. However, this court wasn't interested in allowing me to present the truth in an efficient manner, so these plans still haven't happened, and even if they did, the element of surprise is gone. Still, this ineffective counsel represented me at critical hearings/ stages and I wound like to show the things from these hearings can't be used against me and should be suppressed along with anything and everything gained as a result of it (recordings, information from inside jails, ect (fruits of the poisonous tree).

8) Wanting to clear the record and realizing the hurdles I was facing trying to prepare for my case, I knew bond would need to be granted. So I asked for an evidentiary hearing where I could call my witness to the stand. My plan after the evidentiary hearing took place was to study and prepare for a bond hearing.

9) Upon realizing I would need new evidence for a better chance at having my evidentiary hearing granted and my later requested bond hearing granted, I began to seek out some new evidence. After acquiring new evidence that could further substantiate my claims I submitted it as an exhibit to the court with my request for the evidentiary hearing, and let it know that after the evidentiary hearing had happened I would be seeking a bond hearing, I wanted it to see my end goal.

10) Despite the courts" surprise bond hearing I wasn't even warned about (I was expecting it to give me my requested evidentiary hearing), I did my best to work through it and would've done much better if this court allowed MEANINGFUL testimony to come forward (which was available in the room...) instead of only allowing the testimony of the least convincing witness (a criminal defendants'). Or if the court/ my counsel had notified me the kind of hearing I was showing up for... What lawyer shows up for a hearing not knowing what kind of hearing it is?

11) Once bond was denied (despite that I didn't want a bond hearing absent an evidentiary hearing or absent being able to call a witness to the stand) I prepared and finished my final draft of my appeal. It was over 40 pages and included many pages of case law and exhibits I had sought out to further substantiate my claims. See Part A Section 3 number 21 to know how this ended (spoiler: this courts" refusal to take actions towards the things that were inhibiting my preparations caused this appeal to fail in ever reaching its destination).

12) Before, during, and after submitting my appeal (that was never put on the ECF because of this court, the DC jail and my public defender) I tried to tackle the next hurdle inhibiting my preparation for both pre-trial motions and for trial. In jail, in court, and on the ECF, through grievances, verbal requests for relief, written requests for relief, I tried to resolve constant paper, pen, envelope, stamp, and mailing issues. I also tried tackling other issues that were hurting my mental, emotional, physical, and spiritual health because they were effecting my mindset and preparations. As always, this court did nothing to help.

13) I was always studying taking notes, preparing motion rough drafts of motions and responses (would take about 2-3 weeks of 8 hours of work a day or more (because writing motions on paper takes forever and if you forget to put something in or find something new you have to start all over again). I also was doing my best to stay up to date on other January sixth cases/ news (like FBI whistle blowers who came forward about January sixth).

14) Upon reading about a more efficient and easier option to help me prepare, mail, research, and respond to the courts'/ government, I began preparing a motion with very relevant case law and other strong arguments for why it should be granted. A motion for a laptop with Internet negates nearly all of the issues I've encountered in preparing my defence and gives me the advantage to view discovery (both personal and global) without tons of time and resources needing to go into

a jail version (like in DC) that doesn't work. unfortunately, like with anything that would help me prepare my defence, this court denied and ignored that motion as well.

15) After hearing it wound take one person a year and a half of non-stop streaming to view all the global discovery (not even accounting for public access videos, other defendants videos, or other kinds of discovery), I realized I really needed to push harder on receiving global discovery as soon as possible. Have the court look back to my constant verbal complaints in court, my first requests for contempt for the government not getting me discovery/ for handing discovery to Delloite illegally, and my next motion/ requests for relief on matters relating to global discovery. Twenty three months later (as of 12/2/22) and here I am, still without global discovery. As always, this court has done nothing about this.

16) When a useless, disorganized, constantly crashing global discovery option was given to us for 3 months or so in the DC jail, I again pointed out the issues and requested relief from this court. As always, this court did nothing to help.

17) Preparing for trial isn't just about moving forward, it's about clearing the lies from the record, proving a record, proving a record of lies, and proving a record of abuse. Establishing this is essential to both my pre-trial motion plans and to my trial plans. Each and every lie I've come across, whether spoken or written/ filed by the government or its witnesses, I've focused my attention and efforts on correcting it or at least attempting to correct it. I've tried to tackle this in person, in motions, requests for relief, and responses. Take for example my 60 page response to the governments' claim/ fabricated story about a pending charge, my corrections to what kind of hearing I was requesting (evidentiary), or most telling, my multiple rebuttals to the DC jail and prosecutors lies that the grievance process wasn't working/ my conditions were against the law and atrocious. My very detailed rebuttals consisted of a "pre-governments' response" response, a "response to the governments' response (now know would properly be called a "Reply"), and 157 exhibits I labored hard to gather and prepare to show beyond a reasonable doubt that the government was lying to this court as always. Again, like every time, this court did nothing to help me and refused to punish the government whatsoever. Even Chief Anderson of the US Marshall's and the entire Department Of Corrections agreed with me in their released March 17th 2022 internal investigation where they shared the DC jails' grievance process was "completely broken" (more severe than the language I used to help open the investigation ("Broken in many ways"). They agreed with me and were trying to fix it, but why didn't you? They tried to do things and even shared they (Chief Anderson amd Marvin T. Bickham) were shocked you didn't punish them (they shared with me when they came to visit me later on). Why is that?

18) I non-stop delayed the Speedy Trial Act, not because I wanted to, but because the government continually refused and still refuses to let me prepare for both my pre-trial motions and for trial by refusing to give me my discovery. I had some of it for a very short while, but all the notes were taken when I left the DC jail. Worse, the usb which I had organized and renamed the files on was illegally destroyed by the jail. I want a jury to see what actually happened, not just let the government show the same story that the jury has seen in the media to reinforce their already existing views about that day. I don't want them to do this for days and days and then to counter the government by simply saying "I'm not guilty, they haven't produced enough evidence

to convict (as other January sixth defendants lawyers planned to and did, didn't go well for them...). Like the government, this court still refuses to allow me to prepare for my case.

19) Realizing the amount of time I was spending correcting so many lies in person, in motions, and in responses, I sought written relief from this court. I asked for it to punish the lying prosecutor and for it to find them in contempt of court. I asked this court to instruct the government to stop lying and to respect her code of ethics. Finally, I asked this court to conduct a colloquy into whether the prosecutor understood the law, her code of ethics, and to figure out if like Joe Biden, her old age had made her mentally unfit to remain in her position. As always, this courts' subjective ruling has stopped it from taking any actions from the real criminals in the court room.

20) Realizing how long of a delay and inconvenience it wound be to have my first stand-by counsel withdraw, I wrote and submitted an objection and objected in court verbally. The court actually took action here! It worked against me and ignored my verbal objections while not even asking for or waiting to have my written objections filed before it made its decision (something it continually keeps doing!). It then again gas-lit me as if her withdrawing/ being allowed to withdraw was my fault. NEWSFLASH: This court is the reason why I was given a new stand-by counsel, not because of me!

21) Prior to the court granting Cara Halverson her request to withdraw, I had family get in touch with her because I could no longer reach her and because she canceled our weekly video call. Cara was pouting because her threats to leave me if I sent in my appeal didn't work (she didn't like it because in it I pointed out how she broke her code of ethics and was ineffective) so, she withdrew before she was given permission to by this court. After many failed attempts to reach her myself, I had my family remind her that she can't just cancel everything with me just because she requested to withdraw. I had them remind her that she still was my stand-by counsel and shared she again was inhibiting my preparations further with her childish games. When she finally contacted me, Cara and her non-gender conforming assistant talked, swore, laughed at, and mocked me for being in jail. They ended the conversation by saying they couldn't help me until after 2 or 3 weeks after their vacation... By that time the court had granted their withdrawal. Did the court punish her for doing this or breaking the court order to represent me? No, this court did not do anything to punish her, only I suffered as usual.

22) Realizing my new court appointed counsel was disinterested, hard to get in touch with, misunderstood the most simple requests, didn't listen, and wasn't doing what I was asking him to do (asking for transcripts or filing my exhibits he picked up), I pondered the best way to remedy the situation. I recalled how this court gas-lit me as if Cara's withdrawal from my case was my fault and how it warned me with something like "I won't continue to do this, I expect you to keep this counsel", so I had little faith the court for the first time ever would be of any use in seeking relief. I realized I'd have to hire a lawyer myself. However, because of my probation officers' abusive/ oppressive "don't let him work" tactics and this courts' abusive tactics, I didn't have enough money left over to buy a new stand-by counsel. So, I prepared and finalized an article and marketed it to a news agency to post. In 18 hours I raised 36,000 dollars, enough to buy new stand-by counsels.

23) After some attorney shopping and price haggling, I had myself two crappy stand-by counsels (I now realize they are just as bad if not worse than the others). However, after my experience with Cara Halverson, I wanted to be sure I was happy with these stand-by counsels prior to motioning for them to officially be on the record as my new stand- by counsels. I also wanted to have a chance to try to make up for lost time, after all, the court wouldn't help me in anyway, so I tried to help myself and told my new stand-by counsels that they were not to let the court know of their assisting me until I mention it to the court at my upcoming hearing April 14th. I also did this because the two new stand-by counsels didn't live near me, and I needed the local court appointed counsel to come pick up my exhibits to present them to the court to show the government and DDA to be lying about my conditions and other inmates conditions. I also didn't want the court distracted from the issues by focusing on a new attorney entering the playing field. This was not just to relieve my burdens, but the courts' as well. After all, why schedule a withdrawal hearing if we don't need to? I planned to let the court know at the end of the 4/14/22 hearing of this change. This action on my part helped me handle responses and motions at a faster rate than I had been able to before. Questions were answered very fast, and I had three advisors, all very different. This lasted a few months until the court appointed counsel found out about the other two counsels (Ryan Marshall broke our agreement here and notified the man 10 days prior to our hearing causing him to refuse to send in the exhibits, which were on par to be entered on the record in time for the 4/14/22 hearing, ruining my plans...).

I don't just try to prepare for hearings and for trial, I put my money where my mouth was, and when I didn't have enough money, I figured out how to raise 36,000 dollars while in jail (and legally! Almost no one in jail with little resources can do this in a very short period of time, let alone at all!) This shows I've been very serious about trying to and wanting to prepare/ be prepared for both hearings and trial. What can this court show besides useless words to indicate it actually wants me to be prepared for trial? (Crickets)

I also want to mention, I would've appreciated if the court let me object to the second stand-by counsel being able to leave prior to 4/14/22 because I did object, but as usual, this court didn't even ask me what my thoughts or position was or care...

24) Around the same time that I hired private stand-by counsels, I was hunting for other ways to speed up my preparation/ response and motion writing times. I soon after found a "hack" in the DC jails tablet system that allowed me to type, edit, save, and go back to written messages no matter how long they were. It was like a less efficient version of a laptop with Internet motion being passed, and it was free and "private"! This is why the court will notice how I was now sending typed and formatted motions, as well as sending in motions and responses at a way faster rate than I had months prior. While it lasted, it was a game changer. I've been seeking the ability to do this before and after this "hack" was found out. As always, this court doesn't want to truely help me prepare.

25) Unfortunately, the hack was found out and two motions that were still in rough draft/edit stage were completely lost by new tablet updates... lots of work thrown down the drain. Fortunately, another idea sprang on me when I had finally been given a jail discovery laptop. I worked to encrypt everything so I could feel safe writing and typing motions again, I didn't want the jail to have the ability to read or delete my motions like they did weeks before when they

found out about and closed the "hack" that I was using. With a laptop and Microsoft Word I accomplished so much and was finally getting ahead instead of always struggling to just respond in time. Unfortunately, the jail took both the laptop and the USB drive with all the work I had prepared and was preparing, including my appeal on seeking relief from the appellate court. The jail has refused to give my legal work, preparations of motions and preparations for trial back since April 2022, a major access-to-court violation and 6th amendment violation. As always, this court refuses to do anything to the jail or government, or to help me... Why does the court not care about my 6th amendment rights constantly being ignored and abused?

26) After tons of work was taken from me AGAIN and four months going by without me even hearing anything from the appellate court, I was wondering what I could do next to help my situation. It was obvious this court wouldn't be helpful in any way. I wasn't about to accept my time-served plea deals, so I went through some options. One of my options was an offer from my stand-by counsels to fully represent me. They shared (among many things) that it was in their opinion that the court was trying to make my choice to represent myself, difficult to make a point and as a means to deter me from continuing to do so (gee, you think? Not granting relief or responding to my motions?). They shared that the court would be more inclined to listen if I allowed them (stand-by counsels) to represent me fully. I know first hand how useless lawyers who fully represent clients can be, so I wasn't going to just let them fully represent me. They would have a time limit to prove themselves worthy of fully representing me. So, we negotiated on some terms, some of which involved them tackling bond and a pre-trial attack on the 1512 charge. After delays on the governments', jails' and my stand-by counsels end, a bond motion was finally submitted around late October, three months past our agreed upon deadline of 7/16/22. Did the court care to hear from my lawyers how the government provided "misrepresentations (lies) to court in order to get me revoked? Nope. Regardless, in a new attempt to get me a position to prepare for motions and trial I temporarily allowed my stand-by counsels to move into fully representing me. My goal of helping put me into a better position for preparing motions and trial was not met, though I tried. Just like when I was representing myself, even with lawyers, this court was not interested in finding out the truth or in helping to put me into a better position to prepare. It seemingly is trying to protect itself by stopping potential corrections from entering the record and stopping others from seeing how bad and how long it has messed things up in this case (Update: which happened in that I couldn't provide discovery in my appeal to show how you allowed the BRA to be broken and revoked me on lies, good plan...). A great way to save face, railroad me into jail, railroad me towards trial unable to prepare, and hope these actions railroad me into prison. (Update: My lawyers may not have indicated that the government provided misrepresentations during my revocation hearings... I don't fully know what was said despite that they agreed to not only let me read it prior to sending it in, but to help edit it and that they would point the lies...)

27) When this court finally allowed me to represent myself again, I brought up the same and some new (to the courts' knowledge) issues I was facing in preparing motions and in preparing for trial. As ways to resolve these issues I suggested bond, a halfway house, a laptop with Internet, or court orders against the government/ jail to stop them from continuing to do what has been slowing me down in preparations. As always, this court did nothing to help me prepare. How can this court continually ignore worsening issues for so long and still try to railroad(1) me towards trial as if there aren't any problems going on? It can't be ignorance that causes this court

to continue on as I've continually pointed all these issues out... Is it a competency issue? Is it a corruption issue? Perhaps it's a mixture of the two or both? Either way, something is very wrong here and very wrong with this court. There is no way around that clear fact.

28) Next, in the same hearing this court set a new trial date with absolutely no changes or relief to the same issues that have been inhibiting my defence. I pointed this out to the court as yet another appeal for it to help put me into a position where I could prepare for trial and my pre-trial motions. I was afraid we still would run a high risk of still not being prepared for trial. As always, this court ignored my pleas and changed nothing.

29) Next, also in the same hearing, I pointed out we should schedule a status hearing sooner than February because of the high potential for continued preparation delays (like the many shown in this motion). As always, this court did nothing, the date remained the same.

30) Now, without tablets, and still without my USB, I thought of a way to ensure my motions wouldn't run the risk of being cut off while being scanned (like my hand-written ones had been cut off before I found a way to submit typed ones), and that the courts would be able to read them properly. I sought someone who would help me type up my hand-written motions and then send them to my stand-by counsels to submit to the courts ECF. Again, I'm utilizing my own resources to accomplish the most basic of tasks. Still, this process is very time consuming and it doesn't allow me to keep my legal mail or preparation talks private. So, though this is helpful, from a long term defence/ fair defence stand point, this is untenable. I should also mention that if I get moved again and my preparations aren't allowed to be taken with me, this tosses out the benefits of this as I'd have to start those motions all over again or wait and hope that I get the preparations back, which considering I still don't have any of the other preparations that weren't allowed to be taken with me, it is unlikely. You still have not made an order to demand my preparations always can come with me... (Update 7/2023: exactly what I feared and wrote about being a potential threat to my writing my motions happened here, when I was moved from Northern Neck jail, this motion and many other papers were not allowed to be taken with me and then took forever to get to me, though unlike my DC papers my lawyer finally got them to me).

4th

31) Ever since I began representing myself again I've continually been calling my stand-by counsels trying to gather paper work and other information to help me with this motion and for an appeal. The date as of writing this exact part (final draft) in this motion is 12/8/22. Writing motions literally takes weeks, I began writing this motion two weeks before my last hearing in November of 2022 (notes, then many rough drafts, then final draft attempts, until little corrections are needed). I again spent all this time writing this to both correct the record, leave a record, and of hopes of getting the relief I need so I can adequately begin to prepare for trial and to finish preparing for my pre-trial motions.

32) I purchased two law-books with my own money (prosecutorial misconduct and ineffective assistance of counsel). One was purchased by my current stand-by counsel. Neither my book that was ordered or the book that was ordered through him ever got to me. My stand-by counsel said

he was notified that the book he ordered reached the DC jail. It never reached me. Again, I put my money where my mouth was in trying to prepare motions.

33) Aside from wanting (and asking) for my main phone that the prosecutor/ FBI took from me for business and tax purposes, I also wanted it back for aiding in my defence. I mainly wanted the video/ audio recording of the police officer who gave me the rules to follow for the day. As always, this court did not help me when I asked it to help me by making the government give it back.

Now that I've put all of this on the record, I'd appreciate it if this court would stop pretending like it's my fault for why I'm not even close to being ready for trial. How has the government or jails helped me to prepare? Like this court, they've only inhibited me. What has the court done to get me ready? I gave plenty of examples how this court has inhibited me. What say the court, will it say nothing or continue to give an ignorant or false narrative of the state of my preparations? Will it continue to gas-light and blame me? Or will a miracle happen and it actually help me for once?

I'm the only party fighting to make sure I'm prepared before I go to trial. Again, I will try to advance the rate and state of my preparations. If the court would like to know what it is I need to prepare for trial and to get through my pre-trial motions, all it has to do is continue reading on to the next part of this motion.

### ***Part D: What I Need (Or Want) In Order To Prepare/ Be Prepared For Trial:***

### ***Section 1: Intro:***

This list is most of what I need in order to get prepared/ be prepared for trial (I think, don't have stolen DC notes that I'm trying to get back) in the future. Anything I've failed to list here (like transcripts I still haven't received that I've asked for since September 2021) doesn't mean I will not need or want it in the future, this is just all I can think of currently in this crazy enviroment with crazy people screaming all around me...

### ***Section 2: List Of Needs:***

1) I need 24/7 access to global discovery.

2) I need to have a good Internet connection that isn't overpopulated with users to the point where the site crashes and videos take forever to buffer.

3) I need personal discovery, 24/7 access to it.

4) At the very least I need paper, pens, envelopes, and stamps when I need it.

5) I need to be in an enviroment where I don't have to worry about paper, pens, envelopes, and stamps going missing or getting stolen.

6) I need to be in an enviroment where I can write, think, and sleep properly. The jail I'm in now mixes drug addicts, pedophiles, murderers, and mentally inhibited people all in one pod. People talk to themselves, scream "There's informants in the walls and roof that are having sex!", and who poop their pants and then don't change. Average sleep is about four hours per day, and not a great 4 hours.

7) At the very least I need my own space (like DC jail) where I can focus and lay out/ organize my work. The ability to lay out multiple papers while writing is similar to having multiple tabs left open on the computer. Imagine that every time you went to view a different tab you had to fully exit out before looking for something else, that's sort of what it's like not having a place to lay things out as you're working.

8) I need to be able to view public access videos that were posted online relating to January sixth. Many videos that I saved to my devices aren't available in jail, I haven't ever seen any of them while in jail.

9) I need to be able to look up studies, information, and other helpful information over the Internet that may help my case preparations and my overall case.

10) To speed things up and help meet future deadlines, I need much better methods of both sending correspondence and receiving correspondence. My stand-by counsels said they sent me copies of my competency evaluation and my bond reconsideration motion months ago. To date, I've received no mail from my stand-by counsels. It's been over 2 months... (Update: as of 7/10/23 I've only received one of these... Almost one year later...).

11) I need to be in a place that will allow my 4,000 plus papers to be brought in. They were taken from me at the DC jail by guards and I'm still without them. These papers have my motions that I'm still working on, access-to-court violations, exhibits, case preparations, case law notes, sealed documents, and sensitive information of mine spread throughout it. I NEED these back. I went through a whole law-book taking notes of every motion and action I intended to take or would need to take in order to be prepared for trial.... It took months and months to prepare that alone... I can't remember all the actions that I needed to or wanted to take, the law-book was my guide in helping me to form these plans and I wasn't allowed to bring them with me/ some of it was destroyed on the USB that the jail stole.

12) On issues relating to my bond, I'd like to access a device of mine that has helpful evidence to prove my points against my PO, the government, and my public defender. This evidence could also be helpful, in my overall trial defence.

13) I would like to be able to find the secret service members I befriended and sat with on January sixth. I would like to try to convince them or subpoena them to testify and offer their helpful true statements towards my defence.

14) I need the ability to splice videos. I have lots of videos I need to present in my case to help with multiple arguments and to help the audience understand things quickly and easily. Many of these videos have irrelevant "fluff" in them. In order to not waste the court or juries' time

watching "fluff", trying to find or skip parts of videos, or having to wait for a long video to load, download, or buffer, I really need the ability to edit and splice videos.

15) I need to be in an enviroment that allows me to relay things clearly and quickly with both my attorneys and the court. I've already touched on mailing issues, I'm more so speaking on being able to call my attorneys. Four phones are shared with 80 people in this pod. These phones are for personal, attorney, amd commissary ordering calls. This typically offers one phone call, in the evening (sometimes even less) which is the time when my lawyers are typically out of trial. However, then I have to hope they pick up, and I also need to contact family.

16) I need to go speak with both friends and acquaintances whose physical addresses I'm unable to list but could figure out if free, or if my discovery notes/ full discovery was given back (has a lot of information on witnesses I want, but not all...). These people would be great to have as witnesses, but I need an address to subpoena them. Before I issue subpoenas, I'd like to privately speak to them (something any attorney would be able to do) in order to convince them to potentially testify during trial/ not to blind side them. Additionally, some of these people have discovery that is helpful to me.

I'd really like to study how opening statements, arguments, counter arguments, objections, jury selections, and closing statements are conducted by professionals. This can be either through videos on the Internet or in person. I can only learn so much reading the same two sentences in "Understanding Criminal Procedure". I'm sure the court could see how me being able to study these areas could benefit the court, the tax payers, and myself.

18) I need to have access to a Pacer account. This will help me immensely! My main goal of this is to copy and paste my favorite versions of major motions I intended to write (for example, a selective prosecution motion) to speed me up and have a good base, but then change it up a bit and tailor it more to my liking. This will also help me gather useful and relevant case-law at a way faster rate than I could even get with unlimited access to a crappy jail legal law library. Having a Pacer account will also help me argue better in my motions and in court. Having access to what sort of arguments I could expect from the government would help me to be prepared in and outside of the courtroom rather than having to wait to get the argument and then rushing into responding without any prior preparation. Pacer would also help me to have a greater understanding of how other January sixth defendants in my situation (similarly charged/ actions that day/ defences) have done in similar arguments or in trial.

19) I would like to be in a place where my civil and constitutional rights aren't being abused or violated. Solitary comfinement, being pepper sprayed, being attacked by guards, being stuck in a cell with no toilet for six days, not being allowed to shower for up to two weeks, forced to sleep on the ground for days in a two man cell being the third person placed in there, not being able to practice my religion, not being able to call my family, not being able to see my family, etc, all has a very negative impact on me physically, emotionally, and spiritually. This severly inhibits my ability to prepare for my case.

20) I need to have access to Microsoft Powerpoint or an equivalent presentation platform. I'm involved in the largest criminal investigation in American history and I'm planning on tackling

two very rarely used and complex defences. This is going to be a very complex case. I've got to convince the most brain-washed population (regarding the narrative of January sixth) that what they think they knew about the Capitol riot and most involved that day is false. These people have seen videos, talk show hosts, radio hosts, bus stop banners ("Don't let January 6th happen again!"), and talked to others for over two years who are the most likely to have been impacted because of the reaction of the city after this 6 hour long event (walls, military checkpoints, closed businesses, less tourism, fear, etc). It's going to take more than testimony from some autistic criminal defendant/ stranger from an entirely different area to convince these people that what they've heard and been taught (about that day and me directly or association) is wrong.

Remember, the law-books are clear, "A criminal defendants' testimony is the least convincing of evidence." A criminal defendants' various and continuous rambling of points with no visual aids, effects, props, videos, photos, or neatly organized structure like a powerpoint is very similar to what this court forced on me during my first bond hearing (that I didn't ask for/ wasn't warned about prior to coming) I was railroaded into. This court denied me the ability to convince the court or present evidence in an efficient way (calling a witness to the stand), look at how things went for me that hearing. As a result the government got away with their fabricated narrations and lies all to my detriment. I then went to jail on false charges (lies from arrest/ revocation hearings). I'm looking for justice to be done, not the carnival show that this court forced me to participate in on 10/12/21. I want proper justice to be done (even though with you as a judge and with a DC jury, I have a very low chance). It would take one person 1.5 years to view all of the global discovery, for proving my points I intend for there to be lots of video files incorporated into my presentation (if I can get my notes from videos I watched (DC paperwork/ USB or get the global discovery and my personal discovery back and try to start taking notes all over again). Diagrams will be used to help the jury understand situations even more than they ever could without it. Lots of photos to be used. Structure is what will help me stay focused, help the audience understand, not get lost, and help the points to be pointed out in the best way.

21) I need to be moved to a facility where I'm out more than two hours a day. According to my stand-by counsels, Alexandria is probably the jail I'd be sent to if I was moved out of this facility. According to them, as a January sixth defendant I'd only be allowed out of my cell two hours a day. This is not acceptable, the Supreme Court ruled that even convicted prisoners on death row need more than 2 hours outside of their cells and that for them to only receive 2 hours a day constituted cruel and unusual punishment. I'm a pre-trial detainee, I'm supposed to retain all of my rights unless it creates a REAL security risk. Covid is not an excuse to remove or deny all of these rights, nor is being a January sixth defendant. We are heroes to many in and outside of jail, we are not at risk any more than the average inmate is. Aside from that, in two hours, I barely have enough time to do anything. After a weak exercise and shower I have about an hour to spare, that time leaves me with one or two call attempts max, or half an hour of research, that is untenable.

22) If I do get moved, I need to bring all of my paper work and property I have at this jail with me to the next facility. Every time I leave one jail for another jail (which has happened many times so far) I lose all my property and preparations. This needs to stop happening. My right to represent myself is constantly being infringed and this is the biggest way that it has been infringed, and yet this court does nothing about it. (Update, it happened again when I left the

Northern Neck jail for the Lewisberg jail, causing me to have to start motions and appeals/ notes I was preparing for all over again, again...).

23) I need to be able to privately speak with potential witnesses just like the code of ethics breaking prosecutors have already been able to do.

24) With or without Pacer I need better access to legal law libraries. At this jail, in the pod I'm in, there are 2 kiosks to access the legal law library. These kiosks are also where messages are sent and received, where photos are stored, video calls are made, accounts are checked, where the commissary menu is viewed, and where commissary is ordered. Eighty people share these kiosks, they are open for 10 hours a day. If time was evenly distributed (which it's not), people would get 15 minutes a day, but it isn't, there's no list and people with video calls get preferred treatment because the jail makes money that way. There is no time to access the law library.

25) I need discovery that my old public defender has, both that I gave her and that she received from the government. One particular video I'm searching for is where I was telling a person not to take a painting in Senator Jeff Merkley's office. Cara shared she had this. She has not responded to inquiries.

26) I need all data that the prosecutor retrieved, not just what the government thinks I need or what they may use. One example of such discovery is some missing tic tok videos I would like to review/ use of me at the Ellipse late at night with a BLM supporter right before the Trump rally. Would be very useful.

27) I need to have access to video evidence gathered from other January sixth defendants' devices, especially in the areas where I was located near or in.

28) I need to be allowed to have an evidentiary hearing, the same one I've been asking for since 2021. Like when police officers' evidence is not allowed to be used because it was gathered as a result of an illegal search (fruits of the poisonous tree), so too should any evidence gathered against me as a result of the lies spoken during my revocation hearings and while in jail. You may also consider this a suppression/ motion in limine. In order to prove this needs to not be used or held against me I would like the court to have this evidentiary hearing, that is how I prove this. That has been my end goal this entire time, prove it, get bond, then suppress what was improperly gathered. An example of what shouldn't be allowed as evidence is my testimony from 10/21/21, my biggest argument against this is because it was gathered as fruit if the poisonous tree. However, I can't make this argument until I have this hearing or until you give me my discovery back/ the notes I took so I can at least reference what documents prove it (transcripts would be helpful too). The government lied in order to bypass the BRA factors in order to give me a detention hearing, which gave the court the ability to give me insanely strict conditions of release. These conditions were then later used to revoke me. Rewarding them for this by admitting this and other things would be further rewarding them for their crimes and lies. (Update: You should be receiving the 5 FBI documents/ transcript evidence to prove this.... though because I have useless stand-by counsels and because this court refuses to grant me the relief I continually asked for I don't know if you have it.... It was suppose to also be sent to the appellate court as my reply, but my stand-by counsels failed to do that as well...).

29) I need for my trial date to be taken off the calender. It was very annoying for me to watch my stand-by counsel Bill Shipley have another lapse of memory and share things that weren't true in court such as "we are ready to schedule trial" and "our defence should only take one day, maybe even less". He was constantly reminded he had to prove himself by getting me bond or by getting my felony dropped pre-trial before I would consider letting him represent me at trial. Bill had also not even met with me in person nor ever even discussed a defence plan for trial with me, mostly because I shared I wasn't certain I'd allow him to fully represent me at trial. Bill told me in a break out room to remain quite and not to worry about trial being scheduled because continuances could and would easily be issued so long as I still needed more time. This is not something I wish to keep seeking. I 'm so far away from being prepared for trial that we shouldn't even have it scheduled. As mentioned in great detail in previous sections, this isn't my fault, but mostly the courts' fault. This court wants to schedule trial? First it should allow me to prepare for trial once (and when it does, to make sure my preparations don't get taken by jail guards again).

30) I need to begin receiving fair treatment inside this court. It's quite clear as pointed out in the previous sections how biased and selective this court is. I'm sort of sorry if this offends this court, but as my favorite Jew besides Jesus and my family says "facts don't care about your feelings" (Ben Shapiro). In order to prepare for trial this court is going to need to change its ways and begin to conduct itself like a real court of law. This court needs to take constitutional and other abuses seriously instead of making excuses for them or ignoring them. It's going to need to start granting me the necessary relief so I can prepare for trial and finish my pre-trial motions uninterrupted. It very well may need to start issuing orders and contempt charges against the jails' and the government. I haven't been treated fairly in this court, far from it. My treatment is more in line with what could be expected in either a Nazi or Communist court room, a kangaroo court. I need this court to change its ways and begin to act like a court of law. I need this court to allow me to prepare for trial.

### ***Part E: How To Help Me Prepare For Trial:***

### ***Section 1: Intro:***

As the reader can note in detail, I've had many hurdles and set-backs that have inhibited me in being able to do many things including preparing for trial. The reader can also note in detail I've truely done my best to work around these issues. This hasn't been laziness, nor procrastination, nor excuse giving. My fighting in vein cannot be made up for, much time has been wasted, all to my detriment. The past potential for trial preparation has been constantly squandered by the parties I've spoken of.

Insanity is doing the same thing over and over again while expecting a different result. Please, do something different for once. Allow me the ability to prepare for trial. Please take action against the parties who are responsible for these delays. Due to the parties I've listed, I'm in a worse state of preparation that I was a full year ago. Think about that! Under the terrible conditions of the DC jail, I was better prepared and had more access to necessary things than I do one year later.

The state of my being prepared for trial should only increase with time, not decrease, especially in the course of a full year. This is unacceptable. I don't even have an idea how long my defence

at trial will take. A super majority of my preparations are like my appeals and motions I once had at the DC jail, gone and missing. So, just as I did for this court over one year ago, I'm again pointing to the easiest and best ways that will allow me to become prepared for trial, and to do so at the fastest rate.

### ***Section 2: The Top 3 Options And What Problems They Solve:***

Note: Regardless of what option I'm given I'm still going to pursue an evidentiary hearing to make a record of the lies the government shared to give me a detention hearing and to revoke me three separate times.

Option 1: Bond:

This is the best option for both the court and myself. For the court, it takes care of 24 out of the 30 issues I'm facing that are inhibiting my preparations for trial/ pre-trial motions. Not many court orders would need to be issued in order to put me into a position where I could prepare. Also, allowing me to have bond would naturally begin to resolve number 30 from the previous section (having the court begin to treat me fairly) because being out on bond is the best way to help level the very unequal playing field between the government and me. This option puts me on the fastest possible preparation route and gives me the opportunity to build the best defence I can build.

Granting me bond would give me relief on numbers 1-24 from Part D of this motion.

The court may still need to help me or issue orders to resolve numbers 25-30.

Option 2: Halfway House:

This is the second best option for the court and myself. It takes care of 12 out of the 30 issues I'm facing that are inhibiting my preparations for trial. I imagine compared to jail I'd face less issues with preparing for trial in many other areas, but since I haven't been to a halfway house before there are some issues I'm not certain on whether they would be eliminated or not. Another benefit is that it reduces the cost of my incarceration, and, not that the court has reasons to be worried about releasing me, but, I would remain in custody.

Sending me to a halfway house would give me relief on numbers 1, 3, 4, 8, 9, 10, 14, 15, 17, 18, 20, and 24.

The court may still need to help me or issue orders to resolve numbers 2, 11, 19, 21, 22, and 25-30.

I'm uncertain whether sending me to a halfway house would resolve numbers 5, 6, 7, 12, 13, 16, and 23.

Option 3: Passing My Laptop With Internet Motion In Jail:

The least effective option of the three and the costliest. Still, this option offers much needed relief in comparison to remaining in jail without passing and enforcing this motion. Passing and enforcing this motion takes care of 11 out of the 30 issues that are inhibiting my preparations for trial/ pre-trial motions. I will note similar attempts have been made since I first requested this form of relief over one year ago, the jails fought against such orders. Both Ryan Nichols and Jeffery Brown kept getting moved to different jails hoping the next jail would be able to offer them access to global discovery. Like me, both of these people were kicked out of the DC jail. Even with multiple requests and moves, these defendants couldn't get access to their global discovery because the jail didn't want to give these people access to Internet. Perhaps a court order would resolve this.

Granting and enforcing this motion would give relief on numbers 1, 3, 8-10, 14, 15, 17, 18, 20, and 24.

The court may still need to help me or issue orders to resolve numbers 2, 4, 11, 19, 21, 22, and 25-30.

I'm uncertain whether passing and enforcing this would resolve numbers 5-7, 12, 13, 16, or 23.

### ***Section 3: Conclusion:***

All of these options will help me prepare for compared to what I'm dealing with now. Obviously granting me bond would help me the most and help me reach my destination the fastest, but even if at first this court grants a less helpful option, it will still help me go from a motionless train to a slow moving one. This court and the parties mentioned in the other sections of this motion have continuously railroaded me. I've been forced into a helpless situation, like a train left in neutral, at the mercy or whatever is pushing, pulling, or leaving it in place. Meanwhile, as time has past by, this court has ordered I reach my destination (being ready for trial) all while ignoring my requests for it to finally allow me to begin heading towards the destination. At our last hearing, this court listened to me in how I wasn't ready, but all it did was tell me that I didn't have to arrive as soon as I was required to before. This court needs to let me leave my station! My destination is very far away!

For over one year I've been begging this court to allow me to prepare for trial. The progress I had made was taken away and yet this court thinks I'm magically going to be ready for trial? You have the authority to punish and stop those who have pulled this train back to its starting point, so why haven't you? Everything seems to point to you wanting me to not reach the station. Pass one of these options to prove me wrong. Pass one of these so I can finally be prepared/ get prepared for trial.

### ***Part F: Helping This Court Chose An Option:***

### ***Section 1: Intro:***

The best option for me and this court is to grant bond. Unfortunately, this court ignorantly and arrogantly still claims I wouldn't follow its rules. It also gave the ridiculous statement of "I don't

find you to be a flight risk or a violent danger to the community, but I do find you to be a danger to the community". I'd prefer for this court to begin making decisions based on facts. This court doesn't think I'd abide by the rules it sets? This court doesn't think I should he trusted with bond? I'll give it some factual reasons it shouldn't think that way.

### ***Section 2: Why I Could Be Trusted With Bond:***

(Update 7/2023: Most of these facts are now supported in my Appeleate court Reply that was never submitted on time due to my stand-by counsels. I finally was given access to some of the discovery I needed and have instructed them to send it to you.... If they listened and sent it to you, please see Parts E-F for the evidence to prove these claims.)

1) Out of 147 days, I never once cut my ankle bracelet off.

2) Out of 147 days, my ankle bracelet never died, I always kept it charged.

3) The only two times I went past curfew out of 147 days I got in contact with the emergency line to notify them of why I was running late. The government felt safe lying about this because they were giving information on a proffer (and perhaps realized they were dealing with a biased judge who could care less if they lied in their court).

4) The first time I was late, two miles away from my residence. I answered the phone every time the after hours officer contacted me. I was less than an hour late. This wasn't purposeful, I locked my keys in my vehicle. My probation officer checked into this and was more than able to request camera footage from the gym. I believe the gym employees offered my probation officer enough proof for her to realize I was telling the truth. I went to the gym every evening, this was just a one time incident here. No one was hurt, no capitols were walked into...

5) The second time I was late I DID contact the after hours line. Later, when I was called by an after hours officer I continued to update him about my progress in getting home. This man called me multiple times and I always picked up. The government created a narrative of this being me ignoring court orders to go get drunk at a bar. This was not a bar, it was a restaurant overlooking the beautiful and historic Saratoga Lake. I was just over one hour late. No one was hurt, no laws were broken, I didn't walk into any capitol buildings with permission from police. When my PO sought witness statements to corroborate that my friends car battery had in fact died, she got them. I went out to eat many evenings/ early nights, even on my birthday. This was the only time I was late and it WAS excused.

Unfortunately, this court still ignorantly and incorrectly says that I didn't follow curfew/ I broke curfew (it's dangerous to be such an ignorant judge). Regardless, it wasn't a reason to revoke me when these were brought up to the court, so I don't see why this all of the sudden became an issue for this court now...

6) I never missed a virtual court hearing while "free".

7) The first time I was ordered to come to court in person, I did. I did this for my first revocation hearing as I was being told by my public defender "He is probably going to revoke you and place you in jail." With this knowledge I drove from Schenectady New York to Washington DC, I hired a driver, rented a car, booked a hotel room, and paid for both my own meals and my drivers'. I spent two days doing this and when I wasn't revoked I was driven all the way back.

8) The second time I was ordered to come to court in person, I did. I did this for my second revocation hearing while being told by my public defender "nobody lasts beyond a second revocation hearing, he's probably going to revoke you and place you in jail." With this knowledge I again drove from Schenectady New York to Washington DC. I again hired a driver, rented a car, booked a hotel room, and paid for my drivers' meals as well as my own. I again spent two nights and a day doing this and when I wasn't revoked I was driven all the way home.

9) When this court told me to not jog during virtual court hearings, I stopped.

10) When this court asked me to stop eating in virtual court, I stopped.

11) When this court shared it wasn't pleased with the fact that I was wearing my workout clothes in virtual court, I bought a new suit and began wearing suits.

12) Yes, I missed a large portion of my call-ins from January until April, but my probation officer shares much of the blame. She said it didn't matter if I missed my call-ins because either way she would notify me if I had a drug test due later in the day. This created the mindset of "call-ins don't matter" which continued on until my first revocation hearing.

5th

13) After my first revocation hearing in April 2021, I only had 4 unexcused missed call-ins. In May and June I had a 100% call in rate. Compare that with the near 0% call in rate in January/ February. (Update: The revocation hearing was May 6th, not April, an immaterial mistake).

During my third revocation hearing, the government cited a call-in rate that was used during my second revocation hearing. Taking into account my second revocation hearing was in late May and my third was in mid-June, this was outdated. When you also take into account that in between my second revocation hearing and my third that I had a 100% call-in rate (and even adding my near 100% call-in rate between ny first and second) that means my average call in rate was significantly higher than what they cited. Regardless, the main goal of requiring me to call in was to find out if I had a drug test that day. The main goal of me having to take random drug tests was to make sure I wasn't taking drugs. Were these two goals met? Yes (see 14/15).

14) I never missed or failed to take a drug test.

15) I never failed a drug test.

To my memory, the government claimed on proffer that I had failed to show up for a drug test. Though I can't say for sure since I still have not been given the transcripts I've requested my stand-by counsels to get. Regardless, this is incorrect, numbers 14 and 15 are what the truth is.

16) When the court placed me on 24/7 home confinement following my first revocation hearing, I followed the courts' orders. I never once left my residence without permission. In April, May, and June on home confinement I never left even for one minute...

17) When I was pulled over and given a ticket for an expired inspection sticker, I notified my probation officer within 12 hours because I remembered her telling me that if I got the ticket or was arrested that I had to share it with her within 72 hours.

Unfortunately, my probation officer only shared what I shared above, she didn't tell me I had to contact her any time I spoke to a police officer. These are some of the issues presented to the court during my first revocation hearing. Two separate times, I was contacted by a Clifton Park New York police officer. He was trying to resolve a complaint from a customer of mine. His second call to me was him requesting for me to come down and give a written statement to the complaint.

18) I drove to the police station to make statements as the police officer requested. Unfortunately, the officer lied to me by omitting that he intended to arrest me when I came to the station. Once notified they intended to arrest me I didn't fight despite the irritating situation. I was charged with petty larceny.

19) The next morning, I notified my PO within 12 hours out of the 72 allotted hours of my arrest.

Regardless, this charge was the Federal governments' fault. All over my welcomed time inside the Capitol (thank you Capitol Police), they took my electronics, business records, contracts, customer contacts, and tax records. I knew something like this could happen as a result of this and did the only thing I could do, I asked for these back. The government never gave these back. As local newspapers attest, the customer tried contacting me while I was in jail 1/16/21-1/19/21, I did not have my phone. The customer waited to hear something from me, but since my contacts and records were taken, there would be no contacting him. It should be noted that when the officer contacted me that I asked him for the customers' number, he didn't give it to me, he said he wound need the customers permission and would call me back. So I asked him to relay that I could still do the work, he shared he would do this. When the officer called me the second time, he shared the customer didn't want the work done, they just wanted their deposit back. I asked the officer to remind the customer that the deposit was non-refundable.

20) When you take numbers 17-19 into account together with the fact that ever since 2017 I only received 5-star reviews and never had a criminal charge relating to my businesses, it should be very apparent that this entire situation was never my fault.

21) Prior to any court orders, I voluntarily signed up for therapy as soon as the probation office offered it to me. I was told "you don't have to do this", but I had been asking for it for months to help deal with the abuse and lies coming from the government and the media. This was offered

to me by the probation office after I left my hilarious voice mails for both Kendra and her equally abusive boss. Every other thing Kendra had told me to do prior to this I protested or sought a way out before doing it (drug tests, sending job applications, coming into the office, ect.), but for this I excitedly drove down to the office and signed paperwork that would help me get a mental evaluation and therapy. Yet during my third revocation when the prosecutor asked Kendra if she thought I intended to to go to the evaluation Kendra said "I don't think he ever intended on going to his mental evaluation"? Clearly, that was a lie. I think it was a pre-planned narrative the prosecutor intended to present to the court.

22) I didn't cancel my mental evaluation, I rescheduled it for the following week because I felt it would be unsafe to drive on less than one hour of sleep in a 8,000 pound vehicle during morning rush hour in the capitol of New York State. Excuse me for caring about both the safety of the community and myself over having my mental evaluation one week earlier. Unfortunately, my public defender gave an argument that wasn't even mine "he was sick and didn't want to get others sick". Worse, I told her not to argue this at least one week prior to my revocation. I side with the doctors who said continuing to live our lives would be better for our immune systems and our overall health rather than hiding until covid was no longer a political issue. John Hopkins Medical School among many others now publicly agree that my way of thinking would have helped us better than how most actually responded. It's too bad more people didn't stop and follow the true science instead of following unproven and unscientific methods like a massive brainwashed cult.

23) Later, when I felt I had gotten enough sleep, I woke up and soon was driving towards an already approved (by my PO) job. Excuse me for trying to follow a court order to continue working. I should note, this week was the first time I had a fully scheduled work week since my arrest on 1/16/21. This is because I begged my PO to stop being so oppressive and to allow me to finally begin to operate my business/ allow me to follow this court order.

24) After reading the email I sent Kendra prior to leaving for my pre-approved job (notifying her I rescheduled my mental evaluation) I received a call from her. Kendra was angry and screaming at some points, she was completely irrational, vindictive, amd miserable. She demanded I turn around even though I was already on my way to my scheduled job. She threatened that she'd push for revocation if I didn't listen. Despite that it would cause financial loss, anger my customer, and potentially cause a negative online business review, I listened to her orders. I won't follow court orders?

25) Later, Kendra's boss demanded I come into the office and leave my residence asap. I remembered Kendra shortly before told me to stay home since according to her sarcastic tone "You don't fell well enough to go to the evaluation (I got more sleep...)", so I tried to contact her to appeal. I didn't reach her. So, I drove down to the office to be scolded for "canceling" my evaluation and "being rude" to Kendra. I won't follow orders?

26) The next day, I was ordered to cancel my second pre-approved job of the week to come "sit in the office to meet [my] new probation officer... and to be drug tested." Again, I canceled the job, pissed off another customer, and drove down to the office to sit for hours until I was arrested pending an official revocation. I won't follow orders?

27) Earlier in the year I did work, but it was either winter marketing, preparations, training, studying, or shopping. As a business owner, not every hour is paid, many hours you're working for free. Paid work for me typically doesn't begin until April or May, my "dead" season is typically January until April or May. My PO knew this and yet the government was claiming "He's not working."

28) In the month of May, despite terrible media, missing business contacts, and losing two huge referral contracts from weak leftist companies, I had multiple approved jobs (paid) I finished. The government failed to share this as well.

29) In June, I had my first full five day scheduled work week, the government failed to share this as well.

30) Not accepting the fact that I was a business owner, Kendra demanded I apply to five jobs a week. I did just that.

31) Later, Kendra ordered that I apply to ten jobs a week. I protested, but still listened to her oppressive and irrational demands.

32) Later, in April, after a drug test, Kendra demanded I tell her if I was working a job earlier in the day. I was training a person on how to climb a tree just before I rushed over to do my drug test. I left my climbing gear on while I was heading to go get tested, someone else was training him while I was gone. I planned to continue training him when I came back. Kendra demanded I tell her why I had climbing gear on, but I knew that I was only required to tell her if I was working, had gotten a ticket, or was arrested. I knew I didn't have to share with her what I did on my personal time. I simply informed her "I'm not working". "What were you doing then?" She asked me. "Nothing illegal, and nothing that is any of your business because I wasn't working." This angered Kendra, she loves a power trip and hates when I'm right, so she demanded I sit down in the office and wait for her to come back. I pointed out that she was being tyrannical, irrational, and oppressive again as I verbally appealed her demands. However, like a true tyrant, she wouldn't budge. So despite that she was punishing me for no reason again, and despite that I had plans for the rest of the day, I listened.

33) Next, after Kendra came back from checking the location I was at prior to coming down to pass my drug test, I was asked again, "Were you working?". I shared "Nope". "Then what were you doing?" She asked. I again shared "None of your business", she pulled out and read aloud my friends address and asked "So you don't mind if I go knock on their door and their neighbors doors and ask what you were doing?" After some more back and forth attempts to get me to answer followed by some threats, she retaliated against me for being in the right and not caving to answer her abuse of power attempt. "Fine, don't tell me, from now on instead of emailing me your weekly job applications, you can drive all the way down here to hand them to me every week." This is where I appealed to Kendra's abusive, miserable boss (and eventually/ shortly after protested her refusal to stop Kendra's harassment towards me by leaving her one of my hilarious voice mails this court has heard before during one of my revocation hearings. Regardless of my protesting, again, I followed her demands. I began to drive all the way to

Albany to hand in a paper I could've easily emailed to her. A two and a half hour waste of money and time each week. This court says I don't follow its orders or conditions set on me?

34) Every time my probation officer showed up to my residence unannounced, I let her in.

35) One time as Kendra was searching through clothing drawers (without my permission) Kendra came across some sparklers (the kind 2 year olds are given on the 4th of July). Kendra told me I had to give them up, and I did. I'm surprised she didn't also take the butter knives, stapler, or candles!

36) Out of all of the thorough residence inspections, there were never any drugs, weapons, or other prohibited items found.

37) One of the biggest indicators of why I should be trusted with bond is how I let my probation officer scare my tree business partners away from even letting me work, and separately, how I allowed her to ruin my chimney company. My tree business partners were keenly aware of my probation officers harassment and abuse of power. They were aware of how my probation officer had threatened to and bragged that she had the authority to question any individual residents' homes I was at and their neighbors. She threatened to ask people if I was working, if I was getting paid, and if I was doing drugs. Why would any business partners want a probation officer showing up to a customers house or their neighbors to do such things? It's because of this that they told me I couldn't work with them "until that crazy woman" was no longer my probation officer (their words, though I stand by their statements). As for my chimney company, I had the same mindset, why would I want to work with a potential that the miserable, tyrannical vindictive probation officer could harass my customers and their neighbors?

Until she agreed to not harass my customers, I only worked if I needed money, or if the customer really needed me to work for them. Kendra agreed to not harass my customers in June, so I scheduled my first full work week. Unfortunately, as already touched on, she made me cancel as I was on my way the first day, and cancel again the second day... After the second day I was revoked. It was like she wanted to have me revoked, like she was trying to destroy my businesses. I let this miserable woman stop me from operating the two businesses I had spent years building and operating. Most men like myself measure success in their accomplishments and with a healthy growing career/ business. I allowed this miserable woman to stop and ruin what I'm most passionate about. Yet this court came to the conclusion that I wouldn't abide by any set of conditions?

38) I listened to the court in staying in the capitol region of New York. I always try to spend my winter/ dead season traveling in my bus or RV. I canceled my travel plans to listen to the courts' irrational, stupid, and tyrannical demands. I won't follow this courts' rules?

39) I've lived alone and chose where I would live since 2013. I love being independent and free. Yet I listened to this court tell me what residence I had to live in. I did not like living with my mother, and I had moved out in 2012 when I was 17. Yet I listened to this courts' demands and gave up even more things I'm passionate about. Yet this court doesn't think I'd follow its rules?

40) When my pending New York case from 2019 was scheduled for a hearing for the first time since most New York cases were canceled due to lock-downs, I showed up. I will note my public defender in that case told me that either pre-trial services or my probation officer (I don't recall which one he said) had asked for this to be scheduled for a hearing despite the courts' still being shut down for most cases. Even the prosecutor and judge showed that there was no need to be there at the end and just ended the useless hearing. My public defender in that case said he never had that happen before and was concerned why someone not involved in the case was trying to push the parties to start the proceedings again. It's as if they were trying or hoping to cause more chaos in my life by trying to get this case closed with a guilty charge to increase my guideline range. Regardless, I showed up to this court hearing as required.

41) While under full house arrest due to this court, I showed up to all of the hearings involved with my petty larceny charge that the FBI and the government caused me to get.

42) Take a look at my past court hearings, not only were the charges dismissed, but prior to me getting the evidence that caused the charges to be dismissed I showed up to every hearing.

43) Since 10/12/21, I've been offered three time served plea deals. One of these was a time served misdemeanor plea deal for trespassing. Yet two times with these plea deal offers the government has argued I'm too dangerous to be released? Why is it safe to release me with a misdemeanor but not safe enough to release me pending trial so I can prepare for trial? This isn't about me being a danger to society, this is about continuing to stop me from being able to prepare for trial as they have done to me non-stop in this case. This is an attempt to make me cave and sign that I'm guilty of something I'm not to give them "the win" in this case. If I was a danger to society or a flight risk, I could've taken any of these plea deals, gone home, and been a danger, but I'm not a danger or a flight risk. I simply want to get bond so I can begin to prepare for trial. A question that the prosecutor should answer is "why did you offer such a dangerous man who is guilty of all of these charges three time served plea deals while at the same time objecting to him being released in order to prepare his case?"

44) Even though I had a right to defend myself and attack the four separate officers who attacked me, I didn't. Two of these officers attacked me after threatening my life because of the videos I shared with the media from inside the jail. The other two attacked me for daring to ask for medicine. I simply took note of their names.

45) Since I came to this jail in August 2022, I've consistently been in the minimum classification/ honor pods. I'm not a danger here.

46) The prosecutor lied during my first detention hearing in order to give me a detention hearing. The fact was that I didn't meet any factors for detention under the Bail Reform Act. I was only charged with 2 misdemeanors, the max term of punishment was under 2 years. The government lied when they said I ditched my vehicle in the middle of a street in Albany, then ran on foot to a shopping mall, and was found by agents trying to shove my phone up a candy vending machine. My vehicle was 45 minutes away from where I was arrested, it was parked in my legal residence drive way with all of my belongings, the government had the search warrant and tow records to know this and still lied about this. I was not found in a mall, I was found in the main lobby of a

Hilton Hotel, my arrest records clearly indicate this and yet the government lied. There were no agents who found me, there was one agent. Finally, this agent did not find me trying to shove my phone up a candy vending machine, he found it where I placed it right before putting my hands behind my back voluntarily. I placed my phone on the receptionists desk, there's not even a candy vending machine around where I was, and I never even saw one let alone tried to put my phone up one. The government had statements from Hilton employees stating they saw my phone placed on their desk right where I was arrested. The government lied about all of this in an attempt to place me in jail. They temporarily failed at that, but they succeeded in using these lies to influence the judge to give me more restrictions than even the most violent released January sixth defendants.

To my memory, the Bail Reform Act requires a detention hearing be supported by clear and convincing evidence. There was no clear and convincing evidence presented, only lies! The government has been rewarded for their lies and I have only suffered, I don't deserve to continue to be punished for this.

Speaking of the Bail Reform Act, I do remember that a defendants' background and nature of charges are suppose to be considered in giving bond...

47) I have no criminal history.

48) I was a business owner who also attended college.

49) I spent my entire life in the capitol region of New York.

50) All of my family lives in the Capitol region of New York.

51) I had 10 days to run away after 1/6/21, I drove back to my hometown.

52) Though the government tries to make out like my charges make me dangerous, they don't. I followed all the rules the police laid out for me and I even followed curfew.

53) I had plenty of time to delete evidence or try to hide that I went in the Capitol like many others tried to do, but I didn't, I did the opposite, I gave interviews and continually tried to post my videos online.

54) If this court doesn't want me to go back to upstate New York, I have multiple options for third party custodianship in Nashville Tennessee or in the lower section of New York.

55) Based on how this court has ruled on the level enhancements for the 1512 charge (my only felony) can have, my guideline range is about to be past. On January 15th 2023, I will be past my guideline range for being found guilty of all my charges. This is not proper to do. Yes this court could go past the guideline range as I imagine it would because of my justified attitude (you operate a kangaroo court and suck at advancing the truth seeking process/ reward the government and jail for breaking laws/ acting like criminals), but still, I don't see this as proper.

56) Even if the court was correct in revoking me or giving me a detention hearing (as I've pointed out, it was very wrong), it should look into the case of Pauline Bauer, someone with the exact same charges that I have. Like me, Pauline was given a bond reconsideration hearing and was denied by this court. However, unlike me, upon having a second bond reconsideration hearing she was released, by you... She spent less than 12 months in jail before this court re-released her, meanwhile I've (as of 12/16/22) spent over 18 months in jail and am still in jail. This court released her less than two weeks before denying my reconsideration motion. Is this a case of female privilege? Is this continued prejudicial treatment against me by this court? Or is it like the nonsense surrounding my requests for relief for things like having church services given back to us January sixth defendants? In the past (2019 and 2020) you said "missing even one day of church causes a harm for which there is no remedy". You ruled to offer relief two separate years in a row on this subject for others, but then when I presented (in 2021) that we had at the time gone near 60 weeks without church, you did nothing, complete nonsense. Why did you grant her bond and not me?

57) As pointed out in Part A "Who Is to Blame For Why I'm Not Ready For Trial And How" (and Part B), many parties including this court have stopped, slowed, or sabotaged me in being able to prepare for trial. The parties shouldn't be further rewarded by continuing their campaign of stop, slow, and sabotage against me. In total, these "Parts" gives this court 82 more reasons to give me bond.

58) As pointed out in Part C, "How I've Done My Best To Prepare For Trial", I've personally gone above and beyond in trying to make up for the many things that have been inhibiting me from being able to prepare my defence. Despite all my efforts, I'm even less prepared than I was more than one year ago because of this courts' and other parties actions and inactions. There is still a long way to go before I'm ready for trial. There will be no making up for lost time, but the fastest way to prepare for trial, the best way to prepare for trial is to give me bond. In total, this "Part" gives this court 33 more reasons to give me bond.

59) As I pointed out in Part D, "What I Need (Or Want) To Prepare/ Be Prepared For Trial", many of the things I need or want to prepare for trial aren't being provided to me in jail. Giving me bond would take care of 24 out of 33 of the issues laid out in this Part. So, in total, this Part gives this court 24 more reasons to give me bond.

60) In total, counting the reasons I should be trusted with bond (minus numbers 57-60) in Part F Section 2, the reasons in Part D (see number 59), the reasons in Part C (see number 58), and the reasons in Parts A and B (see number 57), this court has 185 reasons for why I should be and could be trusted with bond.

This is not even including other factors that I didn't included such as less cost to the Department of Justice, courts, Marshall's, amd jails as a result of continuing to hold me in jail.

When this court "found" that there were no sets of conditions I would follow on release, and that I was a "non-violent danger to the community", it was very clear to me this court was wrong. The reasons this court cited for finding that were also wrong. Now that 185 reasons are on the

record for why I should/ could be trusted with bond, this court has no excuse for continuing to deny my bond.

### ***Section 3: Why I Could Be Trusted In A Halfway House:***

Simply take into account all that I laid out in "Why I Could Be Trusted With Bond", then take into account that I'd still be in custody (though it would cost much less for the government), and I'd face less hindrances than I would face in jail without a laptop, or even in a jail with a laptop. This was granted for another January sixth defendant (last name Jackson, I don't have any other information on him because the DC jail still hasn't given it back) who allegedly beat police officers with a baseball bat, and was severely autistic. He was released to a local (near or in DC) half-way house. As mentioned earlier, this would not take care of most issues I'm facing preparing for trial, it would only take care of some.

### ***Section 4: Why In Jail I Should/ Could Be Trusted With A Laptop And Internet:***

Simply take into account all that I laid out in "Why I Could Be Trusted With Bond", and then take into account like in a halfway house, I'd still be in custody (though jail costs a lot more for the government), and I'd face less hindrances than I would continuing without one. As pointed out in my past motion for a laptop with Internet (that I also don't have and can't get access to in here), others facing way less extreme circumstances such as myself (like Ghislane Maxwell) were granted such motions. I'm not asking this court to be a maverick, it's clear it's just a follower in the corruption that is the District Of Columbia/ the Federal government, but I am asking it to do what is best for both myself, and an unbiased justice system. Be slightly different, that's all I'm asking.

As mentioned earlier, this wouldn't take care of most issues I'm facing preparing for trial, it would only take care of some. I will share I oppose having my computer digitally monitored, I'd accept it being physically monitored only if it was not limiting the hours I could be preparing for motions or trial. Thr government should not gain more advantages over me by reducing my preparation time or by being able to electronically document what I'm preparing months in advance.

### ***Part G: Conclusion:***

In Parts A and B I listed facts in detail, both known and unknown to this court for who is to blame for why I'm not ready for trial and how. This court should no longer pretend to be or actually be unaware of how it and other parties are responsible for why I'm not ready for trial.

In Part C I shared in detail, both known and unknown to this court, how I've done my best to prepare for trial. This court should no longer ignorantly or purposely elude that it's my fault for why I'm not ready for trial. I've gone above and beyond to prepare, more so than any other criminal defendant I've met, heard of, or read about.

In Part D I shared in detail, both known and unknown to this court, what I need (or want) in order to prepare/ be prepared for trial. I'm hoping this court will for the first time finally be truely

interested and passionate on getting me these things so I may finally begin to prepare without another setback.

In Part E I shared in detail how this court finally could begin to allow me to prepare for trial. I gave it the three best options that would allow me to do this. I gave it 185 reasons on why option 1 (bond) should be chosen and who I could be trusted with bond. This court should no longer ignorantly or purposely claim I'm a "non-violent danger to the community", I wouldn't follow rules, or state the governments' lies and twisted narratives as a reason to deny me bond.

This court didn't force the government to suffer when they weren't ready for trial or when they didn't get me global discovery. To my memory, this court ordered the government to have my global discovery to me by September of 2021. Nearly 17 months later and I still don't have my global (or personal) discovery. I do remember this court telling the government if they didn't meet those guidelines that they would be held in contempt. The government has enormous resources, it's not even comparable to the little I bring to the table. I have no law background, no prior experience in federal court or in trial. All the government employees involved in the January 6th cases/ investigations combined probably have thousands of years in experience, have conducted tens of thousands of hours in cases/ trials (or more), and have assistants and templates from other cases or their colleagues to work off of. They are free, they don't continually have me taking or destroying their preparations (as they do to me), they don't have me stopping them from preparing for trial. I'm not free. I'm continually having my preparations taken or destroyed.

I've left an insanely detailed record of my 6th amendment violations, discovery violations, access to court violations, constitutional violations, and due process violations.

I've pointed out who is responsible and how. I've shown this court what I need and the best way to give it to me. The court is without excuse, please act to allow me to prepare for trial and stop my constant abuse inside this legal system. Please judge, stop ignoring the law to my detriment, stop rewarding the criminals. Please do not send me to trial when I have not been able to prepare.

Dated: July 27, 2023                                  Respectfully submitted,

                                                      /s/_____
                                                      Brandon Fellows
                                                      *Pro se*