UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 21-CR-083 (TNM) |
| | : | |
| BRANDON FELLOWS, | : | |
| | : | |
| Defendant. | : | |

## UNITED STATES' REQUEST FOR ADDITIONAL VOIR DIRE QUESTION

During the Pre-Trial Conference in this matter on July 21, 2023, the Court and the parties discussed the voir dire questions that the Court will ask the venire. The Government requests that the Court ask the following additional question:

The defendant has declined legal counsel and has decided to represent himself. The defendant has a right to do this. You may not draw any inference, favorable or unfavorable to the defendant or the Government, due to this factor. Are you able to comply with this instruction?

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney
New York Bar No. 5226121
601 D Street, NW
Washington, DC 20530
carolina.nevin@usdoj.gov
(202) 803-1612

<u>/s/ David J. Perri</u>
David J. Perri
WV Bar Number: 9219
Assistant United States Attorney Detailee
United States Attorney's Office
Northern District of West Virginia
1125 Chapline St., Suite 3000
Wheeling, WV 26003
David.Perri@usdoj.gov
(304) 234-0100
