UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 21-cr-00083-TNM |
| | ) | |
| BRANDON FELLOWS, | ) | |
| | ) | |
| Defendant | ) | |

**MOTION TO WITHDRAW APPEARANCE**

William L. Shipley, Jr., Esq.
PO Box 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*

NOW COMES William L. Shipley and moves this Honorable Court to allow him to withdraw his appearance as counsel and appoint counsel for the following reasons:

1. Defendant Fellows informed undersigned that he was terminating him as standby counsel and requested he withdraw from the case.
2. Undersigned is only severing as standby counsel; therefore, replacing undersigned with appointed counsel will not cause any updo delay to Defendant Fellows.
3. During the June 22 status conference, this Court denied undersigns prior motion to withdraw without prejudice.  The purpose of having undersigned was to ensure Defendant Fellows had the ability to file materials via ECF.
4. Since, all pretrial motions and filing deadlines have passed, therefore, undersign is no longer needed.

WHEREFORE, undersigned counsel requests that he be allowed to withdraw his appearance as counsel in this matter.

Dated: August 15, 2023        Respectfully submitted,

/s/ William L. Shipley
William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*