UNITED STATES DISTRICT COURT
DISTRICT COLUMBIA
---------------------------------------------------------X
UNITED STATES OF AMERICA,

                           Plaintiff,

      -against-

BRANDON FELLOWS,

                          Defendant.

Case No. 1:21-cr-83 (TNM)

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

      I am admitted or otherwise authorized to practice in this Court, and I appear in this case for the sole and limited purpose of moving for the *pro hac vice* admission of Julie A. Nociolo, Esq., counsel for putatively-subpoenaed witness Peter Fobare.

DATED: August 24, 2023

Respectfully Submitted,

*/s/ Emily C. Lagan*
Emily C. Lagan
Bar Roll No. 1645159
Regan Zambri Long PLLC
1919 M Street, NW, Suite 350
Washington, DC 20035
202-349-2827
elagan@reganfirm.com