UNITED STATES DISTRICT COURT
DISTRICT COLUMBIA
---------------------------------------------------------X
UNITED STATES OF AMERICA,

                                      Plaintiff,

-against-

BRANDON FELLOWS,

                                      Defendant.

Case No. 1:21-cr-83 (TNM)

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), putative trial witness Peter Fobare moves for the admission and appearance of attorney Julie A. Nociolo, Esq. *pro hac vice* in the above-entitled action. This motion is supported by the Affirmation of Julie A. Nociolo, filed herewith. As set forth in Ms. Nociolo's affirmation, she is admitted and an active member in good standing with the following courts and bars: State of New York, State of New Jersey, United States District Court, Northern District of New York, United States District Court, Southern District of New York, and the United States Court of Appeals of the Second Circuit. This motion is supported and signed by Emily C. Lagan, an active and sponsoring member of the Bar of this Court.

DATED: August 25, 2023

                                                                                  Respectfully submitted,

                                                                            */s/ Emily C. Lagan*
                                                                                 Emily C. Lagan
                                                                          Bar Roll No. 1645159
                                                                    Regan Zambri Long PLLC
                                                           1919 M Street, NW, Suite 350
                                                                       Washington, DC 20035
                                                                            202-349-2827
                                                                      elagan@reganfirm.com