UNITED STATES DISTRICT COURT
DISTRICT COLUMBIA
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                           Plaintiff,

      -against-

BRANDON FELLOWS,

                         Defendant.

Case No. 1:21-cr-83 (TNM)

**AFFIRMATION IN SUPPORT OF MOTION TO APPEAR *PRO HAC VICE* PURSUANT TO LCvR 83.2(C) AND 44.1(C)**

---

JULIE A. NOCIOLO, ESQ., under penalties of perjury, affirms as follows:

1. I am an attorney at law duly licensed to practice in the State of New York, and am associated with the law firm of E. STEWART JONES HACKER MURPHY, LLP, located at 28 Second Street in Troy, New York 12180.

2. I make this Affirmation pursuant to Local Rules 83.2(c) and 44.1(c) and in support of my motion to appear *pro hac vice* and participate as counsel in the above captioned case.

3. As mandated by Local Rule 44.1(c)(2), this motion is signed by Emily Lagan.

4. My primary offices are located at 28 Second St., Troy, NY 12180, and I can be contacted via office telephone at (518) 274-5820. I regularly practice in New York State.

5. I have been admitted to the following bars:

    a. State of New York

    b. State of New Jersey

    c. United States District Court, Northern District of New York

    d. United States District Court, Southern District of New York

    e. United States Court of Appeals for the Second Circuit

6. I certify that I have not been disciplined by any aforementioned bar I am admitted to.

7. This is my first application to be admitted *pro hac vice* in this Court.

8. I am not a member of the District of Columbia Bar and do not have an application for membership pending.

9. I do not engage in the practice of law from any office located in the District of Columbia.

10. Attached hereto and made part hereof are the following exhibits:

    a. Certificate of Good Standing the New York Star Bar, dated August 22, 2023 — Exhibit "A"

    b. Receipt of payment of $100 — Exhibit "B"

11. I thank the Court for their attention to this matter.

WHEREFORE, for all of the reasons set forth herein, it is respectfully requested this Court grant this motion to appear *pro hac vice* on behalf of putatively-subpoenaed witness Peter Fobare in <u>United States of America v. Brandon Fellows</u> before this Court.

DATED: August 25, 2023

Respectfully submitted,

JULIE A. NOCIDLO, ESQ.

Emily C. Lagan
Bar Roll No. 1645159
Regan Zambri Long PLLC
1919 M Street, NW, Suite 350
Washington, DC 20035
202-349-2827
elagan@reganfirm.com