UNITED STATES DISTRICT COURT
DISTRICT COLUMBIA
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                    Plaintiff,

    -against-

BRANDON FELLOWS,

                  Defendant.

Case No. 1:21-cr-83 (TNM)

**[PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JULIE A. NOCIOLO *PRO HAC VICE***

     The Court has reviewed the motion for admission of attorney Julie A. Nociolo *pro hac vice*. Upon consideration of that motion, the Court grants attorney Julie A. Nociolo *pro hac vice* admission to this Court.

IT IS SO ORDERED.

Dated:_____

                                                  Hon. Trevor N. McFadden
                                                United States District Judge