## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **BRANDON FELLOWS**, <br><br> Defendant. | Case No. 1:21-cr-00083 (TNM) |

### ORDER OF CONTEMPT

In conformity with Rule 42(b), Federal Rules of Criminal Procedure, I hereby certify that the following was committed in my presence and was seen or heard by me:

On August 29, 2023, in open court and while on the witness stand, but outside the presence of the jury, Defendant Brandon Fellows called the Court a "kangaroo court." He made that statement in response to the Court's suggestion that it may limit his opportunity for a re-direct examination due to his repeated flouting of the Court's instructions to answer leading questions with a yes or no and to avoid editorializing comments about the trial and the prosecutor's questions. The Court also notes that after it informed the Defendant that it was holding him in contempt, he called the Court a "Nazi court."

The Court finds that the Defendant's conduct was so flagrant and disruptive as to require immediate action. Because of the foregoing conduct, which obstructed and disrupted the Court's administration of justice, it is hereby

**ORDERED** that Brandon Fellows is hereby held in CRIMINAL CONTEMPT. And it is further

2

**ORDERED** that he is hereby sentenced to FIVE MONTHS in jail, to commence upon the conclusion of the instant trial.

**SO ORDERED**.  This is a final, appealable order.

Dated: August 30, 2023                                                              TREVOR N. McFADDEN, U.S.D.J.