CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

BRANDON FELLOWS

Civil/Criminal No.: 21-CR-83 (TNM)

### NOTE FROM JURY

1 question

- We wanted to confirm that the defendent does not have any personal information on individual jurors, since he was defending himself.

Includes name, address, etc.

Both parties are given limited biographical information on prospective jurors at the outset of the trial. The Court collects those sheets from the parties at the conclusion of the trial.

TNM(Facther), USDJ

Date: 8/30/23

Time: 11:08

FOREPERSON

CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

vs.

BRANDON FELLOWS

Civil/Criminal No.: 21-CR-83 (TNM)

### NOTE FROM JURY

As we continue deliberations, we want to confirm that if at 5pm we feel that additional time is needed to deliberate, we are permitted to leave at 5pm and return tomorrow morning to continue deliberations

Date: 8/30/23

Time: 3:21 pm

FOREPERSON