Government  ☒
Plaintiff  ☐
Defendant  ☐
Joint  ☐
Court  ☐

UNITED STATES OF AMERICA

VS.

BRANDON FELLOWS

Civil/Criminal No.  21-cr-83 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 100 Series | *"Official Proceeding" Documentary/Video evidence* | | | | |
| 101 | U.S. Constitution Amendment XII | | 8-23-2023 | | 8-30-23 |
| 102 | 3 U.S.C. Section 15 | | 8-23-23 | | |
| 103 | 3 U.S.C. Section 16 | | 8-23-23 | | |
| 104 | 3 U.S.C. Section 17 | | 8-23-23 | | |
| 105 | 3 U.S.C. Section 18 | | 8-23-23 | | |
| 106 | Senate Concurrent Resolution | | 8-23-23 | | |
| 107 | House and Senate Compilation Video | | 8-23-23 | | |
| 108 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | 8-23-23 | | |
| 109 | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | | 8-23-23 | | |
| 110 | Congressional Record - Senate (Vol. 167, No. 4, S13, S14, S18) | | 8-23-23 | | |
| 111 | Congressional Record - House (Vol. 167, No. 4, H75, H76, H84, H85) | | 8-23-23 | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 200 Series | *General Evidence of the Capitol Grounds and the Riot on January 6th* | | | | |
| 201 | West front montage | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 201.1 | Screenshot from Ex. 201 (barricades & line of officers) | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 202 | Aerial Photo of the Capitol Building and Grounds | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 203 | Map of Restricted Perimeter | 8-23-23 | 8-23-23 | Lanelle Hawa (moved in by Def.) | |
| 204 | Three-Dimensional Depiction of Capitol | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 205.1 | Drawing of Capitol Building and Grounds | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 205.2 | Drawing of Capitol Building First Floor | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 206 | Photo of west front snow fencing, officers | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 207 | Photo of West Plaza with barricades (close to building) | 8-23-23 | 8-23-23 | Carneysha Mendoza (moved in by Def) | |
| 208 | Photo of west front snow fencing, sign | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 209 | Photo of west front barricade (close-up) | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 210 | Photo of west front snow fencing (2 lines), signs | 8-23-23 | 8-23-23 | Carneysha Mendoza | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 211 | Photo of joined bike racks, one sign | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 212 | Map of Capitol Building First Floor | 8-23-23 | 8-23-23 | Carneysha Mendoza Thomas Loyd | |
| 213 | [PLACEHOLDER] | | | | |
| 214 | [PLACEHOLDER] | | | | |
| 300 Series | *Secret Service* | | | | |
| 301 | HOS Notification Email – Visit of Vice President Michael Pence Mrs. Pence and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) | 8-23-23 | 8-23-23 | Lanelle Hawa | |
| 302 | HOS Notification Email Attachment – Vice President Pence 01.06.21 9 (REDACTED) (PDF) | 8-23-23 | 8-23-23 | Lanelle Hawa | |
| 303 | CCTV showing VP departing Ceremonial Office | 8-23-23 | 8-23-23 | Lanelle Hawa | |
| 304 | CCTV of East Side of Capitol showing VP vehicles moving | 8-23-23 | 8-23-23 | Lanelle Hawa | |
| 400 Series | *U.S. Capitol CCTV Footage* | | | | |
| 401 | Time Lapse Dome Cam Video | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 402 | Senate Wing Door from 2:35:00 to 3:08:44 | 8-23-23 | 8-23-23 | Carneysha Mendoza Scott Grossi | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 402.1 | Ex. 402.1 from 2:52:10 to 3:01:50 with Fellows circled | 8-23-23 | 8-23-23 | Carneysha Mendoza, Scott Grossi, Brandon Fellows | |
| 403 | Upper West Terrace Stairs from 2:20:00 to 2:29:59 | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 403.1 | Screenshot of Ex. 403 | 8-23-23 | 8-23-23 | Carneysha Mendoza, Brandon Fellows | |
| 404 | Senate Wing Door from 3:20:00 to 3:29:59 | 8-23-23 | 8-23-23 | Carneysha Mendoza, Scott Grossi | |
| 404.1 | Ex. 404.1 from 3:32:05 to 3:28:55 with Fellows circled | 8-23-23 | 8-23-23 | Carneysha Mendoza, Scott Grossi, Brendan Kiely | |
| 405 | [PLACEHOLDER] | | | | |
| 406 | Crypt South from 3:15:00 to 3:24:59 | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 406.1 | Ex. 406.1 from 3:18:30 to 3:19:30 with Fellows circled | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 407 | [PLACEHOLDER] | | | | |
| 500 Series | *iCloud Content* | | | | |
| 501 | Video outside Senate Wing Door | | 8-23-23 | Lanard Taylor, Brandon Fellows | |
| 502 | Video outside Senate Wing Door | | 8-23-23 | Lanard Taylor | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 503 | Video outside Senate Wing Door | | 8-23-23 | LaNard Taylor | |
| 504 | Video inside Senate Wing Door | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 505 | Photo of Fellows on motorcycle | | 8-23-23 | Brandon Fellows | |
| 506 | Video inside Senate Wing Door | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 507 | Video inside Sen. Merkley's hideaway office | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 508 | Video inside S1CR4N near Crypt | | 8-23-23 | LaNard Taylor | |
| 509 | Video inside Crypt | | 8-23-23 | LaNard Taylor | |
| 510 | Video inside Crypt | | 8-23-23 | LaNard Taylor | |
| 511 | Video while exiting Senate Wing Door | | 8-23-23 | LaNard Taylor | |
| 512 | Video while exiting Senate Wing Door | | 8-23-23 | Jacob Nicoletti / LaNard Taylor / Brandon Fellows | |
| 513 | Video on Upper West Terrace | | 8-23-23 | LaNard Taylor | |
| 514 | Photo of Fellows at Ellipse | | 8-23-23 | | |
| 515 | Video on UWT stairs | | 8-23-23 | LaNard Taylor / Brandon Fellows | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 516 | Photo of Fellows at Ellipse | | 8-23-23 | | |
| 517 | Video on UWT stairs | | 8-23-23 | LaNard Taylor | |
| 518 | Video on UWT stairs | | 8-23-23 | LaNard Taylor | |
| 519 | Video outside Senate Wing Door | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 520 | Video outside Senate Wing Door | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 521 | Video outside Senate Wing Door | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 522 | Video outside Senate Wing Door | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 523 | Video outside Parliamentarian Door | | 8-23-23 | LaNard Taylor | |
| 524 | Video inside Sen. Merkley's hideaway office | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 525 | Video on Upper West Terrace | | 8-23-23 | | |
| 526 | Video from Senate Conference Room (S145) | | 8-23-23 | LaNard Taylor | |
| 527 | Video outside Senate Wing Door | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 528 | Group chat | | 8-23-23 | LaNard Taylor | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 528.1 | Text message within Ex. 528 | | 8-23-23 | Lanard Taylor Brandon Fellows | |
| 528.2 | Text message within Ex. 528 | | 8-23-23 | Lanard Taylor Brandon Fellows | |
| 528.3 | Text message within Ex. 528 | | 8-23-23 | Lanard Taylor Brandon Fellows | |
| 528.4 | Text message within Ex. 528 | | 8-23-23 | Lanard Taylor Brandon Fellows | |
| 529 | Apple Business Records Certification | | 8-23-23 | | |
| 530 | [PLACEHOLDER] | | | | |
| 531 | [PLACEHOLDER] | | | | |
| 600 Series | *Tik Tok Content* | | | | |
| 601 | Certificate of Authenticity | | 8-23-23 | | |
| 602 | Video outside Parliamentarian Door | | 8-23-23 | Lanard Taylor Brandon Fellows | |
| 603 | Subscriber information | | 8-23-23 | | |
| 604 | Video at Upper West Terrace | | 8-23-23 | | |
| 605 | Video outside Parliamentarian Door | | 8-23-23 | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 605.1 | Clip of Ex. 605.1 with transcription | 8-24-23 | 8-24-23 | LaNard Taylor / Brandon Fellows | |
| 606 | Video while exiting Senate Wing Door | | 8-23-23 | | |
| 607 | Video inside S1CR4N near Crypt | | 8-23-23 | | |
| 608 | Video inside bus on date of arrest | | 8-23-23 | | |
| 609 | [PLACEHOLDER] | | | | |
| 610 | [PLACEHOLDER] | | | | |
| 700 Series | *Facebook Content: BrandonFellows994* | | | | |
| 701 | Certificate of authenticity | | 8-23-23 | | |
| 702 | Post from January 7, 2021 at 11:13 pm | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 703 | Comment from January 8, 2021 at 1:20 am | | 8-23-23 | LaNard Taylor | |
| 704 | [PLACEHOLDER] | | | | |
| 705 | [PLACEHOLDER] | | | | |
| 800 Series | *Facebook Content: Tinyhousespartanlifestyle* | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 801 | Certificate of authenticity | | 8-23-23 | | |
| 802 | Comment from January 7, 2021 at 5:18 am | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 803 | Post from January 7, 2021 at 5:31 am | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 804 | Comment from January 7, 2021 at 6:38 am | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 805 | Comment from January 7, 2021 at 6:46 am | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 806 | Comment from January 7, 2021 at 10:11 am | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 807 | Comment from January 7, 2021 at 10:14 am | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 808 | Photo and caption from January 7, 2021 at 10:21 am | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 809 | Comment from January 7, 2021 at 10:44 am | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 810 | Comment from January 7, 2021 at 10:48 am | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 811 | Comment from January 7, 2021 at 10:50 am | | 8-23-23 | LaNard Taylor / Brandon Fellows | |
| 812 | [PLACEHOLDER] | | | | |
| 813 | [PLACEHOLDER] | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 900 Series | *Interactive Model of Capitol* | | | | |
| 901 | Interactive model of Capitol | 8-23-23 | 8-23-23 | Carneysha Mendoza<br>Jacob Nicoletti | |
| 901.1 | Screenshot from Ex. 901 showing exterior of Capitol | 8-23-23 | 8-23-23 | Carneysha Mendoza<br>Brandon Fellows | |
| 901.2 | Screenshot from Ex. 901 showing first floor of Capitol | 8-23-23 | 8-23-23 | Carneysha Mendoza<br>Brandon Fellows | |
| 1000 Series | *Physical Evidence and Photos of Physical Evidence* | | | | |
| 1001 | Photo of trash can lid | 8-23-23 | 8-23-23 | Jason Manchuck | |
| 1002 | Photo of Washington DC Metro Card | | | | |
| 1003 | Photo of exterior of vehicle | 8-23-23 | 8-23-23 | Jason Manchuck | |
| 1004 | Cellphone wrapped in tin foil | 8-23-23 | 8-24-23 | Jason Manchuck<br>Alejandro Vargas<br>LaNard Taylor | |
| 1005 | Photo of SIM card inside Ex. 1004 | 8-23-23 | 8-23-23 | Jason Manchuck<br>Alejandro Vargas | |
| 1100 Series | *Open-Source Content* | | | | |
| 1101 | Footage of rioter Anthime Joseph Gionet (a/k/a "Baked Alaska"), video 1 | 8-24-23 | 8-24-23 | LaNard Taylor | |
| 1101.1 | Clip of Ex. 1101 from 7:35 to 9:00 | 8-24-23 | 8-24-23 | Brandon Fellows | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1101.2 | Clip of Ex. 1101 from 15:56 to 17:45 | 8-24-23 | 8-24-23 | LaNard Taylor<br>Thomas Loyd<br>Brandon Fellows | |
| 1101.3 | Screenshot of Ex. 1101 at 12:28 | | 8-24-23 | | |
| 1101.4 | Screenshot of Ex. 1101 at 13:08 | | 8-24-23 | | |
| 1101.5 | Screenshot of Ex. 1101 at 15:13 | | 8-24-23 | | |
| 1102 | Footage of rioter Dovid Schwartzberg | 8-24-23 | 8-24-23 | LaNard Taylor<br>Thomas Loyd<br>Brandon Fellows | |
| 1103 | Footage of rioter Felipe Marquez | 8-24-23 | 8-24-23 | LaNard Taylor<br>Thomas Loyd<br>Brandon Fellows | |
| 1104 | Photo of Fellows at Ellipse | 8-24-23 | 8-24-23 | LaNard Taylor | |
| 1105 | Photo of Fellows wearing beard and hat and carrying shield | 8-23-23 | 8-23-23 | Jason Manchuck | |
| 1106 | Footage of rioter Jesus Rivera | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 1106.1 | Clip of Ex. 1106 from 2:10 to 2:15 | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 1107 | Footage from "Villain Report" | 8-23-23 | 8-23-23 | Jason Manchuck | |
| 1107.1 | Ex. 1107 with transcription | 8-23-23 | 8-23-23 | Jason Manchuck<br>Brandon Fellows | |
| 1108 | Video outside Senate Wing Door | 8-24-23 | 8-24-23 | Scott Grossi | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1109 | Video outside Senate Wing Door | 8-24-23 | 8-24-23 | Scott Grossi | |
| 1110 | Video of congressional conference room (S145) | | | | |
| 1111.1 | Clip of Pres. Trump speech at Ellipse | 8-24-23 | 8-24-23 | LaNard Taylor Brandon Fellows | |
| 1111.2 | Clip of Pres. Trump speech at Ellipse | 8-24-23 | 8-24-23 | LaNard Taylor | |
| 1111.3 | Clip of Pres. Trump speech at Ellipse | 8-24-23 | 8-24-23 | LaNard Taylor | |
| 1111.4 | Clip of Pres. Trump speech at Ellipse | 8-24-23 | 8-24-23 | LaNard Taylor Brandon Fellows | |
| 1111.5 | Clip of Pres. Trump speech at Ellipse | 8-24-23 | 8-24-23 | LaNard Taylor | |
| 1112 | [PLACEHOLDER] | | | | |
| 1113 | [PLACEHOLDER] | | | | |
| 1200 Series | ***Defendant's Prior Statements*** | | | | |
| 1201 | Bloomberg News article from January 12, 2021: "'No Regrets': A Capitol Rioter Tells His Story From Inside | | | | |
| 1202 | Text messages with Bloomberg reporter from January 7-15, 2021 | | | | |
| 1202.1 | Text message within Ex. 1202 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1202.2 | Text message within Ex. 1202 | | | | |
| 1202.3 | Text message within Ex. 1202 | | | | |
| 1202.4 | Text message within Ex. 1202 | | | | |
| 1203 | Video recording of FBI's custodial interview of Brandon Fellows on January 16, 2021 | | | | |
| 1204 | Miranda sheet from January 16, 2021 | | | | |
| 1205 | Excerpts of transcript of bond revocation hearing on October 12, 2021 | | | | |
| 1206 | Excerpts of transcript of pre-trial conference on July 21, 2023 | | | | |
| 1207 | ECF 128: Defendant's motion for subpoenas from August 9, 2023 | | | | |
| 1208 | ECF 130: Defendant's notice of filing in Court of Appeals from August 9, 2023 | | | | |
| 1209 | [PLACEHOLDER] | | | | |
| 1210 | [PLACEHOLDER] | | | | |
| 1300 Series | **Apple IMEI Records** | | | | |
| 1301 | Apple Business Records Certification | | 8-23-23 | | |

Case 1:21-cr-00083-TNM   Document 143   Filed 08/30/23   Page 15 of 15

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1302 | Apple Business Records for IMEI ending 3860 | | 8-23-23 | LaNard Taylor | |