| | | UNITED STATES OF AMERICA | | Civil/Criminal No. 21-cr-83 (TNM) |
|---|---|---|---|---|
| Government | ☐ | VS. | | |
| Plaintiff | ☐ | | | |
| Defendant | ✓ | BRANDON FELLOWS | | |
| Joint | ☐ | | | |
| Court | ☐ | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 01 | Pyramid of Debate; Photo | | | | 8-30-23 |
| 1-1 | Beard hat worn for fun, not "warrior" purposes; video | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 1-2 | USA Jacket worn for style, not "warrior" purposes; video | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 1-3 | Photo of me in 2013 at rave with Bince Rachs | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 1-4 | Photo Dressed as "warrior" at Rave to Dance.... | | | | |
| 1-5 | Photo Dressed in USA/Repped it often prior to 1/6, not for 1/6 purposes. | 8-28-23 | 8-28-23 | Brandon Fellows | |
| | | | | Call ~~███~~ Davida Chuckrow to stand | |
| | | | | Call Peter Fobare to stand | |
| 1-6 | Youtube vid search; My saxaphone Battle reaction; Similar excitement to unexpected break in | 8-28-23 | — | Brandon Fellows | |
| 2-1 | vid of Ellipse arrival with BLM friend | 8-28-23 | 8-28-23 | Brandon Fellows | |

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

UNITED STATES OF AMERICA
VS.
BRANDON FELLOWS

Civil/Criminal No. 21-cr-83 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2-2 | "Fellows- The First Insurrectionist of the Ellipse" - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 2-3 | - Staffers/gf's of secret service who made me first civilian to enter | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 2-4 | - Not preparing for war at Rally - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 2-5 | - Ellipse photo - Alaskan Couple | | | | |
| 2-6 | - How to steal election vid played at Ellipse | 8-28-23 | — | Brandon Fellows | |
| 2-7 | - Entering VIP section Photo | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 2-8 | - VIP - Photo | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 2-9 | VIP Move up Photo | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 2-10 | VIP Move up Photo | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 2-11 | VIP Move up Photo | 8-28-23 | 8-28-23 | Brandon Fellows | |

| | | UNITED STATES OF AMERICA | | Civil/Criminal No. | 21-cr-83 (TNM) |
|---|---|---|---|---|---|
| Government | ☐ | VS. | | | |
| Plaintiff | ☐ | | | | |
| Defendant | ✔ | BRANDON FELLOWS | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2-12 | VIP Final Place - row 4 photo - Trump | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 3-1 | 12:30 West Gate: Cops remove gates vid | 8-28-23 | — | Brandon Fellows | |
| 3-01A | Report "Couldn't Identify" officers in prev. vid | | — | | |
| 3-2 | East cops walking towards building - vid: 12:30 ish | | | | |
| 3-2A | Report "Couldn't Identify" officer in vid | | — | | |
| 3-3 | South - cops - open up doors vid | 8-28-23 | — | Brandon Fellows | |
| 3-3A | Report - officers open Doors - ⓪ | | — | | Brandon Fellows |
| 3-4- | ⓧ Media Edit/ gov. Edit of Entrance | | | | |
| 3-4A | LAURA Brickman - Global Discovery search | | — | | |
| 3-5 | Young Turks - Entrapment/ Entrapment by Estopped Arguements - vid | | — | Brandon Fellows | |

| | | |
|---|---|---|
| Government ☐ | UNITED STATES OF AMERICA | Civil/Criminal No. 21-cr-83 (TNM) |
| Plaintiff ☐ | VS. | |
| Defendant ☑ | BRANDON FELLOWS | |
| Joint ☐ | | |
| Court ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 3-5.A | Constitutional Attorney/Rutherford Institute Article referencing FBI Entrapment schemes | | | | |
| 3-6 | ToN kin GULF Lies For war - web search | | | | |
| 3-7 | water Gate: Most of them FBI - web search | | | | |
| 3-8 | Gov. Whitmore kidnapping - Majority FBI agents/ Entrapment - web search | | | | |
| (3-9) | 4 Investigations - Publish only | | | | |
| 4-1 | CNN video I'm in - Break down - Arguements | 8-28-23 | 8-29-23 excerpts | Brandon Fellows | |
| 5-1 | My arrival to Grounds - concern: phone being charged ... No Barriers 2:23pm | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 5-2 | Wall Climb - Don't have gov - vid of "Push him off" guy - kid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| (3-10) | William Popes prosecutors statements from Motion | | — | Brandon Fellows | |
| 5-3 | gas☺ Soon - thought heard window break | 8-28-23 | 8-28-23 | Brandon Fellows | |

| | | UNITED STATES OF AMERICA | | Civil/Criminal No. | 21-cr-83 (TNM) |
|---|---|---|---|---|---|
| Government | ☐ | VS. | | | |
| Plaintiff | ☐ | | | | |
| Defendant | ✓ | BRANDON FELLOWS | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5-4 | Suprised no gas to stop break-in - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 5-5 | "Here comes gas?" → "Time to go" vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 5-6 | "Where are the police?" vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 5-7 | "There they are" → "They don't want people in over there" vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 5-8 | Note to self - Go in that entrance, get hurt - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 5-9 | observing if police really are letting us in | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-1 | Video of people who pushed in - people thinking they allowed in - | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-2 | officer near broken desk who gave me rules/told me I wouldn't be arrested | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-2A | Gov. did not give me other vid I viewed with better angle of [control] | | | | |
| 6-3 | window [redacted] view - officer nodding yes to protesters | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-3A | taking note of police still being cool - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |

| | | | | | |
|---|---|---|---|---|---|
| Government ☐ | UNITED STATES OF AMERICA | | | Civil/Criminal No. | 21-cr-83 (TNM) |
| Plaintiff ☐ | VS. | | | | |
| Defendant ✓ | BRANDON FELLOWS | | | | |
| Joint ☐ | | | | | |
| Court ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 6-4 | enter oregon room vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-5 | grab seat vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-6 | seated vid | | | | |
| 6-7 | Charging phone & Chillin - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-8 | Charging Phone - photo | | | | |
| 6-9 | worried I was tricked by police briefly - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-10 | worries thrown away - 2nd officer I spoke to verified where statues were - transcribed vid | | | | |
| 6-11 | Full vid of asking for directions - Still surised at freedom allowed in capitol - cafeteria requests - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-12 | Still talking about how I can't believe they let us in - not missing this vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-13 | foyer walk around | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-14 | Krypt walk-around | 8-28-23 | 8-28-23 | Brandon Fellows | |

| | UNITED STATES OF AMERICA | | | Civil/Criminal No. 21-cr-83 (TNM) |
|---|---|---|---|---|
| Government ☐ | vs. | | | |
| Plaintiff ☐ | | | | |
| Defendant ✔ | BRANDON FELLOWS | | | |
| Joint ☐ | | | | |
| Court ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 6-15 | Crypt walk-around vid. | | — | Brandon Fellows | |
| 6-16 | CCTV Crypt of Me | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-17 | CCTV Crypt of me | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-17A | Did Not provide North, west, or east vids to me... | | | | |
| 6-18 | After I spoke to third cop asking for more information on the area I was in- told to allow us in -vid | | | | |
| 6-19 | -vid on Thoughts during & after walk around | | | | |
| 6-20 | -Thanks have a goodnight-vid | | | | |
| 6-21 | - Right before leaving -Transcribed - vid | 8-28-23 | 8-28-23 | Brendan Kiely | |
| 6-22 | - CCTV- me almost leaving | | | | |
| 6-23 | Didn't provide me with me leaving into um | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Government ☐ | UNITED STATES OF AMERICA | | | Civil/Criminal No. | 21-cr-83 (TNM) |
| Plaintiff ☐ | VS. | | | | |
| Defendant ✔ | BRANDON FELLOWS | | | | |
| Joint ☐ | | | | | |
| Court ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7-1 | Just gave interview to CNN - vid | | | | |
| 7-2A | Gettin sexy with Police - photo | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-2B | ↓ Photo 2 | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-2C | ↓ video with cops | | | | |
| 7-3 | Columbian Tarp - girl - asked me to help her - told no - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-4 | Me Backing up - expecting people to get sprayed for breaking rules - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-5 | Her leading effort to "wrap police" vid | | | | |
| 7-6 | Oooh - Shiny Bike - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-7 | "Grand-Theft-Photo" | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-8 | Terrorist dog I ran into - still on the loose 😟 - vid | | | | |

| | | UNITED STATES OF AMERICA | | Civil/Criminal No. | 21-cr-83 (TNM) |
|---|---|---|---|---|---|
| Government | ☐ | VS. | | | |
| Plaintiff | ☐ | | | | |
| Defendant | ☑ | BRANDON FELLOWS | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7-9 | Cops are mad people tried wrapping with tarp/fight - vid | | | | |
| 7-10 | Surprise tear gassing video | | 8-28-23 | | |
| 7-11 | Next in line to get tear gassed joke - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-12 | Excitement when discovering stadium/Inauguration area | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-13 | Star-spangled banner - before leaving | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-14 | Roman Epoch Time Met as leaving Chat | | | | |
| 7-15 | Brushing Teeth Photo | | | | |
| 11.07 | video of walk away - Brandon | | | | |
| 8-1 | CNN at Hotel - vid | | | | |
| 8-2 | DC Businesses - 48 hours later | | | | |
| | WH Staffer who gave me tour | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Government ☐ | UNITED STATES OF AMERICA | | | Civil/Criminal No. | 21-cr-83 (TNM) |
| Plaintiff ☐ | VS. | | | | |
| Defendant ✔ | BRANDON FELLOWS | | | | |
| Joint ☐ | | | | | |
| Court ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 8-Q5 | Illinois couple chat | | | | |
| 9-1 | How I first thought it went - my interpretation - cringe edit - vid | | | | |
| 9-2 | Fake news - annoying me | | | | |
| 9-3 | William Bloomberg chat | | | | |
| 9-4 | J-6 - news - searching - | | | | |
| 9-5 | We have a right to overthrow abusive govern | | | | |
| 9-6 | Edit Break-in to upset people targeting me | | | | |
| 9-7 | Fake news on me - upsetting me more in - photo | | | | |
| 10-1 | Scheduled Interview for 1/16/21 | | | | |
| 10-2 | Stuck on top of mountain - comment on sketchy suicide of protester who was there in | | | | |

| | | | UNITED STATES OF AMERICA | | |
|---|---|---|---|---|---|
| Government Plaintiff | ☐ | | VS. | Civil/Criminal No. | 21-cr-83 (TNM) |
| Defendant | ✔ | | BRANDON FELLOWS | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11-2 | Call from State Trooper - Still stuck on mountain | 8-28-23 | — | Brandon Fellows | |
| 11-3 | ~~Bus~~ free - heading to drop off | | | | |
| 11-4 | "I'm not going to apologize" - vid | | | | |
| 11-5 | understand - frusterations & belief gov. was tyranical | | | | |
| 11-6 | Thought was a potential overthrow, wanted to witness it - not obstruct proceeding | | | | |
| 11-7 | - Concern over Bus being towed | | | | |
| 11-8 | - understanding my thoughts of tyranical gov - / why overthrow legal | | | | |
| 11-9 | Constitution/ Declaration of Independence mix-up - & why I thought legal | | | | |
| 11-10 | At RV - Driving from mountain to House to park near RV - Rough couple days in sun | | — | | |
| 11-11 | Declaration of Independence - mindset - vid | | | | |

| | UNITED STATES OF AMERICA | | | Civil/Criminal No. 21-cr-83 (TNM) |
|---|---|---|---|---|
| Government Plaintiff ☐ | VS. | | | |
| Defendant ☑ | BRANDON FELLOWS | | | |
| Joint ☐ | | | | |
| Court ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11-12 | "These crazies are comin for us" - vid | | | | |
| 11-13 | vehicals dropped off - friend driving to Final Interview | | | | |
| 11-14 | Last meal - vid | | | | |
| 11-15 | Hilton Hotel Statement Doc - asked for news crew - met them | | | | |
| 11-16 | FBI Agent Story of trying to find me - document | | | | |
| 11-17 | Hilton Hotel cleaner who handed in my phone | | | | |
| 11-18 | My Defront arrest photos - Smile at abusers | | | | |
| 11-19 | Photo they used instead... | | | | |
| 11-20 | volunteered - knew didn't need to talk w/ miranda rights | | | | |
| 11-21 | My FBI Interview - Breakdown | | | | |

| | | UNITED STATES OF AMERICA | | | Civil/Criminal No. 21-cr-83 (TNM) |
|---|---|---|---|---|---|
| Government | ☐ | VS. | | | |
| Plaintiff | ☐ | | | | |
| Defendant | ✔ | BRANDON FELLOWS | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 12-1 | Continuing to troll to laugh in abusers faces — video on how I felt | | | | |
| 87 (Finally!) Case | Remember/See: Global Discovery Exhibit List / sections shared, 87 sections shared in total — won't be showing all, just there in case / to make points / convince jury of truth; sent in to ECF about 2-3 weeks ago? | | | | |