UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V. | ) | CRIMINAL CASE NO. 21-83 (TNM) |
| | ) | |
| BRANDON FELLOWS | ) | |
| | ) | |
| Defendant | ) | |

## JOINT ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledge that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on what exhibits will be submitted to the jury during deliberations.

**Plaintiff:**

Exhibits: _See attached._

_____

_Attorney for the plaintiff_

Date: 8/30/23

**Defendant:**

Exhibits: See attached ~~Exhibit~~

_____

Brandon Fellows
Defendant (pro se)

Date: 8/30/23

| | |
|---|---|
| Government | ☒ |
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| **Court** | ☐ |

**UNITED STATES OF AMERICA**

**VS.**

**BRANDON FELLOWS**

Civil/Criminal No.  **21-cr-83 (TNM)**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 100 Series | *"Official Proceeding" Documentary/Video evidence* | | | | |
| 101 | U.S. Constitution Amendment XII | | 8-23-2023 | | 8-30-23 |
| 102 | 3 U.S.C. Section 15 | | 8-23-23 | | |
| 103 | 3 U.S.C. Section 16 | | 8-23-23 | | |
| 104 | 3 U.S.C. Section 17 | | 8-23-23 | | |
| 105 | 3 U.S.C. Section 18 | | 8-23-23 | | |
| 106 | Senate Concurrent Resolution | | 8-23-23 | | |
| 107 | House and Senate Compilation Video | | 8-23-23 | | |
| 108 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | 8-23-23 | | |
| 109 | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | | 8-23-23 | | |
| 110 | Congressional Record - Senate (Vol. 167, No. 4, S13, S14, S18) | | 8-23-23 | | |
| 111 | Congressional Record - House (Vol. 167, No. 4, H75, H76, H84, H85) | | 8-23-23 | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 200 Series | *General Evidence of the Capitol Grounds and the Riot on January 6th* | | | | |
| 201 | West front montage | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 201.1 | Screenshot from Ex. 201 (barricades & line of officers) | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 202 | Aerial Photo of the Capitol Building and Grounds | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 203 | Map of Restricted Perimeter | 8-23-23 | 8-23-23 | Lanelle Hawa (moved in by Def.) | |
| 204 | Three-Dimensional Depiction of Capitol | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 205.1 | Drawing of Capitol Building and Grounds | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 205.2 | Drawing of Capitol Building First Floor | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 206 | Photo of west front snow fencing, officers | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 207 | Photo of West Plaza with barricades (close to building) | 8-23-23 | 8-23-23 | Carneysha Mendoza (moved in by Def.) | |
| 208 | Photo of west front snow fencing, sign | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 209 | Photo of west front barricade (close-up) | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 210 | Photo of west front snow fencing (2 lines), signs | 8-23-23 | 8-23-23 | Carneysha Mendoza | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 211 | Photo of joined bike racks, one sign | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 212 | Map of Capitol Building First Floor | 8-23-23 | 8-23-23 | Carneysha Mendoza Thomas Loyd | |
| 213 | [PLACEHOLDER] | | | | |
| 214 | [PLACEHOLDER] | | | | |
| 300 Series | *Secret Service* | | | | |
| 301 | HOS Notification Email – Visit of Vice President Michael Pence Mrs. Pence and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) | 8-23-23 | 8-23-23 | Lanelle Hawa | |
| 302 | HOS Notification Email Attachment – Vice President Pence 01.06.21 9 (REDACTED) (PDF) | 8-23-23 | 8-23-23 | Lanelle Hawa | |
| 303 | CCTV showing VP departing Ceremonial Office | 8-23-23 | 8-23-23 | Lanelle Hawa | |
| 304 | CCTV of East Side of Capitol showing VP vehicles moving | 8-23-23 | 8-23-23 | Lanelle Hawa | |
| 400 Series | *U.S. Capitol CCTV Footage* | | | | |
| 401 | Time Lapse Dome Cam Video | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 402 | Senate Wing Door from 2:35:00 to 3:08:44 | 8-23-23 | 8-23-23 | Carneysha Mendoza Scott Grossi | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 402.1 | Ex. 402.1 from 2:52:10 to 3:01:50 with Fellows circled | 8-23-23 | 8-23-23 | Carneysha Mendoza Scott Grossi Brandon Fellows | |
| 403 | Upper West Terrace Stairs from 2:20:00 to 2:29:59 | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 403.1 | Screenshot of Ex. 403 | 8-23-23 | 8-23-23 | Carneysha Mendoza Brandon Fellows | |
| 404 | Senate Wing Door from 3:20:00 to 3:29:59 | 8-23-23 | 8-23-23 | Carneysha Mendoza Scott Grossi | |
| 404.1 | Ex. 404.1 from 3:32:05 to 3:28:55 with Fellows circled | 8-23-23 | 8-23-23 | Carneysha Mendoza Scott Grossi Brandon Kiely | |
| 405 | [PLACEHOLDER] | | | | |
| 406 | Crypt South from 3:15:00 to 3:24:59 | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 406.1 | Ex. 406.1 from 3:18:30 to 3:19:30 with Fellows circled | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 407 | [PLACEHOLDER] | | | | |
| 500 Series | *iCloud Content* | | | | |
| 501 | Video outside Senate Wing Door | | 8-23-23 | Lanard Taylor Brandon Fellows | |
| 502 | Video outside Senate Wing Door | | 8-23-23 | Lanard Taylor | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 503 | Video outside Senate Wing Door | | 8-23-23 | LaNard Taylor | |
| 504 | Video inside Senate Wing Door | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 505 | Photo of Fellows on motorcycle | | 8-23-23 | Brandon Fellows | |
| 506 | Video inside Senate Wing Door | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 507 | Video inside Sen. Merkley's hideaway office | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 508 | Video inside S1CR4N near Crypt | | 8-23-23 | LaNard Taylor | |
| 509 | Video inside Crypt | | 8-23-23 | LaNard Taylor | |
| 510 | Video inside Crypt | | 8-23-23 | LaNard Taylor | |
| 511 | Video while exiting Senate Wing Door | | 8-23-23 | LaNard Taylor | |
| 512 | Video while exiting Senate Wing Door | | 8-23-23 | Jacob Nicoletti LaNard Taylor Brandon Fellows | |
| 513 | Video on Upper West Terrace | | 8-23-23 | LaNard Taylor | |
| 514 | Photo of Fellows at Ellipse | | 8-23-23 | | |
| 515 | Video on UWT stairs | | 8-23-23 | LaNard Taylor Brandon Fellows | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 516 | Photo of Fellows at Ellipse | | 8-23-23 | | |
| 517 | Video on UWT stairs | | 8-23-23 | LaNard Taylor | |
| 518 | Video on UWT stairs | | 8-23-23 | LaNard Taylor | |
| 519 | Video outside Senate Wing Door | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 520 | Video outside Senate Wing Door | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 521 | Video outside Senate Wing Door | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 522 | Video outside Senate Wing Door | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 523 | Video outside Parliamentarian Door | | 8-23-23 | LaNard Taylor | |
| 524 | Video inside Sen. Merkley's hideaway office | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 525 | Video on Upper West Terrace | | 8-23-23 | | |
| 526 | Video from Senate Conference Room (S145) | | 8-23-23 | LaNard Taylor | |
| 527 | Video outside Senate Wing Door | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 528 | Group chat | | 8-23-23 | LaNard Taylor | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 528.1 | Text message within Ex. 528 | | 8-23-23 | Lanard Taylor Brandon Fellows | |
| 528.2 | Text message within Ex. 528 | | 8-23-23 | Lanard Taylor Brandon Fellows | |
| 528.3 | Text message within Ex. 528 | | 8-23-23 | Lanard Taylor Brandon Fellows | |
| 528.4 | Text message within Ex. 528 | | 8-23-23 | Lanard Taylor Brandon Fellows | |
| 529 | Apple Business Records Certification | | 8-23-23 | | |
| 530 | [PLACEHOLDER] | | | | |
| 531 | [PLACEHOLDER] | | | | |
| 600 Series | *Tik Tok Content* | | | | |
| 601 | Certificate of Authenticity | | 8-23-23 | | |
| 602 | Video outside Parliamentarian Door | | 8-23-23 | Lanard Taylor Brandon Fellows | |
| 603 | Subscriber information | | 8-23-23 | | |
| 604 | Video at Upper West Terrace | | 8-23-23 | | |
| 605 | Video outside Parliamentarian Door | | 8-23-23 | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 605.1 | Clip of Ex. 605.1 with transcription | 8-24-23 | 8-24-23 | LaNard Taylor Brandon Fellows | |
| 606 | Video while exiting Senate Wing Door | | 8-23-23 | | |
| 607 | Video inside S1CR4N near Crypt | | 8-23-23 | | |
| 608 | Video inside bus on date of arrest | | 8-23-23 | | |
| 609 | [PLACEHOLDER] | | | | |
| 610 | [PLACEHOLDER] | | | | |
| 700 Series | *Facebook Content: BrandonFellows994* | | | | |
| 701 | Certificate of authenticity | | 8-23-23 | | |
| 702 | Post from January 7, 2021 at 11:13 pm | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 703 | Comment from January 8, 2021 at 1:20 am | | 8-23-23 | LaNard Taylor | |
| 704 | [PLACEHOLDER] | | | | |
| 705 | [PLACEHOLDER] | | | | |
| 800 Series | *Facebook Content: Tinyhousespartanlifestyle* | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 801 | Certificate of authenticity | | 8-23-23 | | |
| 802 | Comment from January 7, 2021 at 5:18 am | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 803 | Post from January 7, 2021 at 5:31 am | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 804 | Comment from January 7, 2021 at 6:38 am | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 805 | Comment from January 7, 2021 at 6:46 am | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 806 | Comment from January 7, 2021 at 10:11 am | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 807 | Comment from January 7, 2021 at 10:14 am | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 808 | Photo and caption from January 7, 2021 at 10:21 am | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 809 | Comment from January 7, 2021 at 10:44 am | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 810 | Comment from January 7, 2021 at 10:48 am | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 811 | Comment from January 7, 2021 at 10:50 am | | 8-23-23 | LaNard Taylor Brandon Fellows | |
| 812 | [PLACEHOLDER] | | | | |
| 813 | [PLACEHOLDER] | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 900 Series | *Interactive Model of Capitol* | | | | |
| 901 | Interactive model of Capitol | 8-23-23 | 8-23-23 | Carneysha Mendoza Jacob Nicoletti | |
| 901.1 | Screenshot from Ex. 901 showing exterior of Capitol | 8-23-23 | 8-23-23 | Carneysha Mendoza Brandon Fellows | |
| 901.2 | Screenshot from Ex. 901 showing first floor of Capitol | 8-23-23 | 8-23-23 | Carneysha Mendoza Brandon Fellows | |
| 1000 Series | *Physical Evidence and Photos of Physical Evidence* | | | | |
| 1001 | Photo of trash can lid | 8-23-23 | 8-23-23 | Jason Manchuck | |
| 1002 | Photo of Washington DC Metro Card | | | | |
| 1003 | Photo of exterior of vehicle | 8-23-23 | 8-23-23 | Jason Manchuck | |
| 1004 | Cellphone wrapped in tin foil | 8-23-23 | 8-24-23 | Jason Manchuck Alejandro Vargas LaNard Taylor | |
| 1005 | Photo of SIM card inside Ex. 1004 | 8-23-23 | 8-23-23 | Jason Manchuck Alejandro Vargas | |
| 1100 Series | *Open-Source Content* | | | | |
| 1101 | Footage of rioter Anthime Joseph Gionet (a/k/a "Baked Alaska"), video 1 | 8-24-23 | 8-24-23 | LaNard Taylor | |
| 1101.1 | Clip of Ex. 1101 from 7:35 to 9:00 | 8-24-23 | 8-24-23 | Brandon Fellows | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1101.2 | Clip of Ex. 1101 from 15:56 to 17:45 | 8-24-23 | 8-24-23 | LaNard Taylor Thomas Loyd Brandon Fellows | |
| 1101.3 | Screenshot of Ex. 1101 at 12:28 | | 8-24-23 | | |
| 1101.4 | Screenshot of Ex. 1101 at 13:08 | | 8-24-23 | | |
| 1101.5 | Screenshot of Ex. 1101 at 15:13 | | 8-24-23 | | |
| 1102 | Footage of rioter Dovid Schwartzberg | 8-24-23 | 8-24-23 | LaNard Taylor Thomas Loyd Brandon Fellows | |
| 1103 | Footage of rioter Felipe Marquez | 8-24-23 | 8-24-23 | LaNard Taylor Thomas Loyd Brandon Fellows | |
| 1104 | Photo of Fellows at Ellipse | 8-24-23 | 8-24-23 | LaNard Taylor | |
| 1105 | Photo of Fellows wearing beard and hat and carrying shield | 8-23-23 | 8-23-23 | Jason Manchuck | |
| 1106 | Footage of rioter Jesus Rivera | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 1106.1 | Clip of Ex. 1106 from 2:10 to 2:15 | 8-23-23 | 8-23-23 | Carneysha Mendoza | |
| 1107 | Footage from "Villain Report" | 8-23-23 | 8-23-23 | Jason Manchuck | |
| 1107.1 | Ex. 1107 with transcription | 8-23-23 | 8-23-23 | Jason Manchuck Brandon Fellows | |
| 1108 | Video outside Senate Wing Door | 8-24-23 | 8-24-23 | Scott Grossi | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1109 | Video outside Senate Wing Door | 8-24-23 | 8-24-23 | Scott Grossi | |
| 1110 | Video of congressional conference room (S145) | | | | |
| 1111.1 | Clip of Pres. Trump speech at Ellipse | 8-24-23 | 8-24-23 | LaNard Taylor Brandon Fellows | |
| 1111.2 | Clip of Pres. Trump speech at Ellipse | 8-24-23 | 8-24-23 | LaNard Taylor | |
| 1111.3 | Clip of Pres. Trump speech at Ellipse | 8-24-23 | 8-24-23 | LaNard Taylor | |
| 1111.4 | Clip of Pres. Trump speech at Ellipse | 8-24-23 | 8-24-23 | LaNard Taylor Brandon Fellows | |
| 1111.5 | Clip of Pres. Trump speech at Ellipse | 8-24-23 | 8-24-23 | LaNard Taylor | |
| 1112 | [PLACEHOLDER] | | | | |
| 1113 | [PLACEHOLDER] | | | | |
| 1200 Series | *Defendant's Prior Statements* | | | | |
| 1201 | Bloomberg News article from January 12, 2021: "'No Regrets': A Capitol Rioter Tells His Story From Inside | | | | |
| 1202 | Text messages with Bloomberg reporter from January 7-15, 2021 | | | | |
| 1202.1 | Text message within Ex. 1202 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1202.2 | Text message within Ex. 1202 | | | | |
| 1202.3 | Text message within Ex. 1202 | | | | |
| 1202.4 | Text message within Ex. 1202 | | | | |
| 1203 | Video recording of FBI's custodial interview of Brandon Fellows on January 16, 2021 | | | | |
| 1204 | Miranda sheet from January 16, 2021 | | | | |
| 1205 | Excerpts of transcript of bond revocation hearing on October 12, 2021 | | | | |
| 1206 | Excerpts of transcript of pre-trial conference on July 21, 2023 | | | | |
| 1207 | ECF 128: Defendant's motion for subpoenas from August 9, 2023 | | | | |
| 1208 | ECF 130: Defendant's notice of filing in Court of Appeals from August 9, 2023 | | | | |
| 1209 | [PLACEHOLDER] | | | | |
| 1210 | [PLACEHOLDER] | | | | |
| 1300 Series | *Apple IMEI Records* | | | | |
| 1301 | Apple Business Records Certification | | 8-23-23 | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1302 | Apple Business Records for IMEI ending 3860 | | 8-23-23 | LaNard Taylor | |

| | | |
|---|---|---|
| Government | ☐ | |
| Plaintiff | ☐ | UNITED STATES OF AMERICA |
| | | VS. |
| Defendant | ✔ | |
| | | BRANDON FELLOWS |
| Joint | ☐ | |
| Court | ☐ | |

Civil/Criminal No. 21-cr-83 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 01 | Pyramid of Debate Photo | | | | 8-30-23 |
| 1-1 | Beard hat worn for fun, not "warrior" purposes video | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 1-2 | USA Jacket worn for Style, not "warrior" purposes video | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 1-3 | Photo of me in 2013 at rave with Bince Rachs | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 1-4 | Photo Dressed as "warrior" at Rave to Dance.... | | | | |
| 1-5 | Photo Dressed in USA/Repped it often prior to 1/6, not for 1/6 purposes. | 8-28-23 | 8-28-23 | Brandon Fellows | |
| | | | | Call ~~████~~ Davida Chuckrow to stand | |
| | | | | Call Peter Fabere to stand | |
| 1-6 | Youtube vid Scratchi My saxaphone Buttle reaction, Similar excitement to unexpected break in | 8-28-23 | — | Brandon Fellows | |
| 2-1 | vid of Ellipse arrival with BLM friend | 8-28-23 | 8-28-23 | Brandon Fellows | |

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

UNITED STATES OF AMERICA

VS.

BRANDON FELLOWS

Civil/Criminal No. _21-cr-83 (TNM)_

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2-2 | "Fellows- The First Insurrectionist of the Ellipse" - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 2-3 | - Staffers/gf's of secret service who made me first civilian to enter | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 2-4 | - Not preparing for war at Rally - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 2-5 | - Ellipse photo ~ Alaskan Couple | | | | |
| 2-6 | - How to Steal election vid played at Ellipse | 8-28-23 | — | Brandon Fellows | |
| 2-7 | - Entering VIP Section Photo | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 2-8 | - VIP - Photo | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 2-9 | VIP Move up Photo | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 2-10 | VIP Move up Photo | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 2-11 | VIP Move up Photo | 8-28-23 | 8-28-23 | Brandon Fellows | |

|   | UNITED STATES OF AMERICA | | Civil/Criminal No. | 21-cr-83 (TNM) |
|---|---|---|---|---|
| Government ☐ | VS. | | | |
| Plaintiff ☐ | | | | |
| Defendant ☑ | BRANDON FELLOWS | | | |
| Joint ☐ | | | | |
| Court ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 2-12 | VIP Final Place ~ row 4 photo ~ Trump | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 3-1 | 12:30 West Gate: cops remove gates vid | 8-28-23 | — | Brandon Fellows | |
| 3-Q1A | Report "Couldn't Identify" officers in prev. vid | | — | | |
| 3-2 | East cops walking towards building ~ vid: 12:30 ish | | | | |
| 3-2A | Report "Couldn't Identify" officer in vid | | — | | |
| 3-3 | South ~ Cops~ Open up doors vid | 8-28-23 | — | Brandon Fellows | |
| 3-3A | Report ~ officers open Doors ~ ① | | | Brandon Fellows | |
| 3-4- | ① Media Edit/gov. Edit of Entrance | | | | |
| 3-4A | LAURA Brickman ~ Global Discovery search | | — | | |
| 3-5 | Young Turks ~ Entrapment / Entrapment by Estoppel Arguments ~ vid | | — | Brandon Fellows | |

| | | | | | |
|---|---|---|---|---|---|
| Government | ☐ | | | | |
| Plaintiff | ☐ | | | | |
| Defendant | ☑ | | | | |
| Joint | ☐ | | | | |
| Court | ☐ | | | | |

UNITED STATES OF AMERICA

VS.

BRANDON FELLOWS

Civil/Criminal No. 21-cr-83 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 3-5.A | Constitutional Attorney / Rutherford Institute Article referencing FBI Entrapment schemes | | | | |
| 3-6 | TONkin GULF LieS For war, web search | | | | |
| 3-7 | Water Gate; Most of them FBI - web search | | | | |
| 3-8 | Gov. Whitmore kidnapping - Majority FBI agents/ Entrapment-web search | | | | |
| 3-9A | 4 Investigations - Publish only | | | | |
| 4-1 | CNN video I'm in - Break down - Arguments | 8-28-23 | 8-29-23 excerpts | Brandon Fellows | |
| 5-1 | My arrival to Grounds - concern: phone being charged... No Barriers 2:23 pm | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 5-2 | Wall Climb - Don't have gov- rid of "Push him off" guy 4-10 | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 3-10 | William POPES Prosecutors statements From Motion | | —— | Brandon Fellows | |
| 5-3 | gas☉ Soon - thought heard window break | 8-28-23 | 8-28-23 | Brandon Fellows | |

UNITED STATES OF AMERICA

VS.

BRANDON FELLOWS

Civil/Criminal No. 21-cr-83 (TNM)

| | Government | |
|---|---|---|
| | Plaintiff | |
| | Defendant | ✔ |
| | Joint | |
| | Court | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 5-4 | Suprised no gas to stop break-in - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 5-5 | "Here comes gas?" → "Time to go" vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 5-6 | "Where are the police?" vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 5-7 | "There they are" → "They don't want people in over there" vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 5-8 | Note to self - Go in that entrance, get hurt - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 5-9 | observing if police really are letting us in | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-1 | Video of people who pushed in - people thinking then allowed in - | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-2 | officer near broken desk who gave me rules / told me I wouldn't be arrested | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-2A | Gov. did not give me other vid I viewed with better angle of sound | | | | |
| 6-3 | window ~~████~~ view - officer nodding yes to protesters | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-3A | taking note of police still being cool - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |

| | | | | Government ☐ |
|---|---|---|---|---|

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

UNITED STATES OF AMERICA

VS.

BRANDON FELLOWS

Civil/Criminal No. 21-cr-83 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 6-4 | enter oregon room vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-5 | grab seat vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-6 | seated vid | | | | |
| 6-7 | Charging Phone & Chillin - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-8 | Charging Phone - photo | | | | |
| 6-9 | worried I was tricked by police briefly; vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-10 | worries thrown away - 2nd officer I spoke to verified where statues were- transcribed vid | | | | |
| 6-11 | Full vid of asking for directions- still surprise at freedom allowed in Capitol cafeteria requests - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-12 | Still talking about how I can't believe they let us in - not missing this vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-13 | krypt walk around | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-14 | krypt walk - around | 8-28-23 | 8-28-23 | Brandon Fellows | |

| | | | | | |
|---|---|---|---|---|---|
| Government ☐ | | | | | |
| Plaintiff ☐ | UNITED STATES OF AMERICA | | | Civil/Criminal No. | 21-cr-83 (TNM) |
| Defendant ☑ | VS. | | | | |
| Joint ☐ | BRANDON FELLOWS | | | | |
| Court ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 6-15 | Crypt walk-around vid. | | — | Brandon Fellows | |
| 6-16 | CCTV Crypt of Me | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-17 | CCTV Crypt of me | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 6-17A | Did Not provide North, west, or east vids to me.vn | | | | |
| 6-18 | After I spoke to third cop asking for more information on the area I was in- Did to allow us in -vid | | | | |
| 6-19 | -vid on Thoughts during & after walk around | | | | |
| 6-20 | ~Thanks have a good night-vid | | | | |
| 6-21 | -Right before leaving -Transcribed -vid | 8-28-23 | 8-28-23 | Brendan Kiely | |
| 6-22 | - ⊕ CCTV- me almost leaving | | | | |
| 6-23 | Didn't provide me with me leaving vid-vn | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Government ☐ | UNITED STATES OF AMERICA | | | | Civil/Criminal No.   21-cr-83 (TNM) |
| Plaintiff ☐ | VS. | | | | |
| Defendant ☑ | | | | | |
| Joint ☐ | BRANDON FELLOWS | | | | |
| Court ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7-1 | Just gave Interview to CNN - vid | | | | |
| 7-2A | Gettin sexy with Police - photo | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-2B | ↓ Photo 2 | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-2C | ↓ video with cops | | | | |
| 7-3 | Columbian Tara - girl - asked me to help her - told no - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-4 | Me Backing up - expecting people to get sprayed for breaking rules - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-5 | Her leading effort to "wrap police" vid | | | | |
| 7-6 | Oooh - Shiny Bike - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-7 | "Grand - Theft - Photo" | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-8 | Terrorist dog I ran into - still on the loose ... ⊙ - vid | | | | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

BRANDON FELLOWS

Civil/Criminal No. 21-cr-83 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 7-9 | Cops are mad people tried wrestling with tarp/fight - vid | | | | |
| 7-10 | Surprise tear gassing video | | 8-28-23 | | |
| 7-11 | Next in line to get tear gassed joke - vid | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-12 | excitement when discovering stadium/Inauguration area | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-13 | Star-spangled banner - before leaving | 8-28-23 | 8-28-23 | Brandon Fellows | |
| 7-14 | Roman Epoch Time Met as leaving Chat | | | | |
| 7-15 | Brushing Teeth Photo | | | | |
| 7-17 | video of walk away - Brandon | | | | |
| 8-1 | CNN at Hotel - vid | | | | |
| 8-2 | DC Businesses - 46 hours later | | | | |
| | W/H Staffer who gave me tour | | | | |

UNITED STATES OF AMERICA

VS.

BRANDON FELLOWS

Civil/Criminal No. 21-cr-83 (TNM)

Government ☐
Plaintiff ☐
Defendant ☑
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 8-Q5 | Illinois couple Chart | | | | |
| 9-1 | How I first thought it went — my interpretation — cringe edit-vid | | | | |
| 9-2 | Fake news - annoying me | | | | |
| 9-3 | William Bloomberg Chat | | | | |
| 9-4 | J-6 - News - searching - | | | | |
| 9-5 | We have a right to overthrow abusive govern. | | | | |
| 9-6 | Edit Break-in to upset people targeting me | | | | |
| 9-7 | Fake News on me -upsetting me morem - photo | | | | |
| 10-1 | Scheduled Interview for 1/16/21 | | | | |
| 10-2 | Stuck on top of mountain - comment on sketchy suicide of protester who was therein | | | | |

| Government | ☐ |
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

UNITED STATES OF AMERICA

VS.

BRANDON FELLOWS

Civil/Criminal No. 21-cr-83 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11-2 | Call from State Trooper- still stuck on mountain | 8-23-23 | — | Brandon Fellows | |
| 11-3 | ~~Hand~~ free - heading to drop BUS off | | | | |
| 11-4 | "I'm not going to apologize" - vid | | | | |
| 11-5 | understand - frusterations & belief gov. was tyranical | | | | |
| 11-6 | Thought was a potential overthrow, wanted to witness it - not obstruct proceeding | | | | |
| 11-7 | - Concern over Bus being towed | | | | |
| 11-8 | - understanding my thoughts of tyranical gov - / why overthrow legal | | | | |
| 11-9 | Constitution / Declaration of Independance mix-up - ( why I thought legal | | | | |
| 11-10 | At RV - Driving from mountain to house to park near RV- Rough couple days in | | — | | |
| 11-11 | Declaration of Independance - mindset - vid | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Government | ☐ | UNITED STATES OF AMERICA | | Civil/Criminal No. | 21-cr-83 (TNM) |
| Plaintiff | ☐ | VS. | | | |
| Defendant | ☑ | | | | |
| Joint | ☐ | BRANDON FELLOWS | | | |
| Court | ☐ | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11-12 | "These Crazies are comin for us"-vid | | | | |
| 11-13 | vehicals dropped off- friend driving to Final Interview | | | | |
| 11-14 | Last meal - vid | | | | |
| 11-15 | Hilton Hotel Statement Doc- asked for news crew-met them | | | | |
| 11-16 | FBI Agent Story of trying to find me - documents | | | | |
| 11-17 | Hilton Hotel cleaner who handed in my phone | | | | |
| 11-18 | My Defront arrest photos -Smile at abusers | | | | |
| 11-19 | Photo they used instead... | | | | |
| 11-20 | volunteered - knew didn't need to talk w/ miranda rights | | | | |
| 11-21 | My FBI Interview - Breakdown | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Government ☐ | UNITED STATES OF AMERICA | | | Civil/Criminal No. 21-cr-83 (TNM) | |
| Plaintiff ☐ | VS. | | | | |
| Defendant ✔ | | | | | |
| Joint ☐ | BRANDON FELLOWS | | | | |
| Court ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 12-1 | Continuing to troll to laugh in doubters faces — vid on How I felt | | | | |
| 87 | (Finally) Remember/See: Global Discovery Exhibit List / Sections Shared, Sections shared in total — won't be showing all in Just there in Case / to make points / convince jury of truth; Sent into ECF about 2-3 weeks ago? | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |