UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              No.: 21-cr-83 (TNM)

BRANDON FELLOWS,
        Defendant.

## VERDICT FORM

**COUNT ONE:**

With respect to the offense of Obstruction of an Official Proceeding and Aiding and Abetting, we, the jury, find the defendant Brandon Fellows:

_____ Not Guilty      \_\_\_\_X\_\_\_\_ Guilty

**COUNT TWO**

With respect to the offense of Entering and Remaining in a Restricted Building or Grounds, we, the jury, find the defendant Brandon Fellows:

_____ Not Guilty      \_\_\_\_X\_\_\_\_ Guilty

**COUNT THREE**

With respect to the offense of Disorderly and Disruptive Conduct in a Restricted Building or Grounds, we, the jury, find the defendant Brandon Fellows:

_____ Not Guilty      \_\_\_\_X\_\_\_\_ Guilty

**COUNT FOUR**

With respect to the offense of Entering and Remaining in Certain Rooms in the Capitol Building, we, the jury, find the defendant Brandon Fellows:

_____ Not Guilty        \_\_\_\_X\_\_\_\_\_ Guilty

**COUNT FIVE**

With respect to the offense of Disorderly Conduct in a Capitol Building, we, the jury, find the defendant Brandon Fellows:

_____ Not Guilty        \_\_\_\_X\_\_\_\_\_ Guilty


**We, the jury, have made the above-noted findings:**

8/31/23              10:35
Date                  Time                                        Foreperson