```
                        UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF COLUMBIA

    * * * * * * * * * * * * * * *   )
    UNITED STATES OF AMERICA,        )    Criminal Action
                                     )      No. 21-00083
                Plaintiff,           )
                                     )
      vs.                            )
                                     )
    BRANDON FELLOWS,                 )    Washington, D.C.
                                     )    August 29, 2023
                Defendant.           )    9:04 a.m.
                                     )
    * * * * * * * * * * * * * * *   )


                         EXCERPTS OF JURY TRIAL
              BEFORE THE HONORABLE TREVOR N. McFADDEN,
                    UNITED STATES DISTRICT JUDGE



    APPEARANCES:

    FOR THE GOVERNMENT:        CAROLINA NEVIN, ESQ.
                               UNITED STATES ATTORNEY'S OFFICE
                                 FOR THE DISTRICT OF COLUMBIA
                               601 D Street, Northwest
                               Eleventh Floor
                               Washington, D.C. 20001

                               DAVID PERRI, ESQ.
                               UNITED STATES ATTORNEY'S OFFICE
                                 FOR THE NORTHERN DISTRICT OF
                                 WEST VIRGINIA
                               1125 Chapline Street
                               Suite 3000
                               Wheeling, West Virginia 26003

    FOR THE DEFENDANT:         (Appearing Pro Se)

    REPORTED BY:               LISA EDWARDS, RDR, CRR
                               Official Court Reporter
                               United States District Court for the
                                 District of Columbia
                               333 Constitution Avenue, Northwest
                               Room 6706
                               Washington, D.C. 20001
                               (202) 354-3269
```

```
 1     (REPORTER'S NOTE:  THE FOLLOWING CONTAINS EXCERPTS OF THE
 2     JURY TRIAL, ALREADY IN PROGRESS:)
 3                    *  *  *  *  *  *  *  *  *
 4             THE COURT:  Mr. Fellows, approach the lectern.
 5             There.
 6             THE DEFENDANT:  Oh, sorry.
 7             THE COURT:  Before the break, you said words to
 8     the effect that this is a kangaroo court.
 9             I intend to find you in criminal contempt for
10     obstructing the administration of justice, specifically for
11     that comment, but in light of your behavior really
12     throughout the day and the last few days, where you continue
13     to disregard my directions; you have added in your own
14     little commentaries about what the Government is doing,
15     about what this Court is doing.  I've repeatedly warned you
16     about this, and you are not following my directions.  And
17     this latest comment is something I can no longer ignore.
18             Do you care to say anything in mitigation of
19     sentence?
20             THE DEFENDANT:  Yes.
21             I would ask the Court to please include that if
22     it, you know, thinks I'm in contempt to remember its place
23     and that it's acting as a modern-day Nazi court.
24             That's it.
25             THE COURT:  All right.  I find you in criminal
```

1  contempt for so conducting yourself in this courtroom that
2  you obstructed the administration of justice.
3          The conduct for which I find you in criminal
4  contempt was your comment a few moments ago that this is a
5  kangaroo court and your repeated disregard of the Court's
6  directions.
7          I sentence you to five months in custody for this
8  conduct.  The serving of the sentence shall commence at the
9  conclusion of this trial.
10         (End of requested excerpt.)

**CERTIFICATE**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Dated this 30th day of August, 2023.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269