Leave to file GRANTED
TREVOR N. MCFADDEN
United States District Judge
9/5/23

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

BRANDON FELLOWS,

Defendant.

**NOTICE OF MOTION TO QUASH DEFENDANT BRANDON FELLOWS'S SUBPOENA UNDER FRCP RULE 17(c)(2)**

Case No. 1:21-cr-83 (TNM)

PLEASE TAKE NOTICE that nonparty PETER FOBARE through counsel E. STEWART JONES HACKER MURPHY LLP will move before the Honorable Trevor N. McFadden, District Court Judge of the United States District Court for the District of Columbia, at a time and date set by the Court for the following relief:

1. An Order under Rule 17(c)(2) of the Federal Rules of Criminal Procedure to quash the subpoena served on Peter Fobare issued by defendant Brandon Fellows to testify at trial;

2. Alternatively, should the Court deny the above motion, permission to testify either virtually or telephonically; and

3. Any further relief the Court finds just and proper.

DATED: August 22, 2023

Respectfully submitted,

E. STEWART JONES HACKER MURPHY, LLP

/s/ Julie A. Nociolo
JULIE A. NOCIOLO, ESQ.
Admission pro hac vice pending
*Attorney for nonparty Peter Fobare*
28 Second Street
Troy, New York 12180
(518) 247-5820