Leave to file GRANTED

*TREVOR N. MCFADDEN*
*United States District Judge*

9/5/23

## CERTIFICATE OF SERVICE

I, PAULA M. CAMPIONE, employee of the law firm of E. STEWART JONES HACKER MURPHY, LLP, attorneys for PETER FOBARE, hereby certify that on August 22, 2023 served a **NOTICE OF MOTION TO QUASH DEFENDANT BRANDON FELLOWS'S SUBPOENA UNDER FRCP RULE 17(c)(2)** by electronic mail upon:

> Alexondros Ehrlich
> *Law Clerk for Honorable Trevor N. McFadden*
> alexondros_ehrlich@dcd.uscourts.gov
>
> Carolina Nevin, AUSA
> *Attorney for United States of America*
> carolina.nevin@us.doj.us

And, by First Class Mail upon the below named by depositing true copies thereof, securely enclosed in a postage paid envelope in the official depository maintained and exclusively controlled by the United States Post Office at Troy, New York, and directed to the below named at the address set forth after their respective name, it being the address designated by him for that purpose, to wit:

> Brandon Fellows
> DC Jail
> 1901 D Street SE
> Washington, DC  20003

Paula M. Campione