*Leave to file GRANTED*
*TREVOR N. MCFADDEN*
*United States District Judge* 9/5/23

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

BRANDON FELLOWS,

Defendant.

DECLARATION OF
PETER FOBARE

Case No. 1:21-cr-83 (TNM)

Nonparty PETER FOBARE submits this declaration in support of his motion to quash defendant's trial subpoena and deposes and states, under penalty of perjury, the following:

1. My name is Peter Fobare, and I reside at 1613 Rugby Road, Schenectady, New York 12309.

2. I met defendant Brandon Fellows through a friend sometime in the spring of 2019.

3. I have not had contact with Mr. Fellows since approximately May 2021.

4. I was not in Washington, D.C. on January 6, 2021.

5. I had absolutely no involvement with any activities leading up to the insurrection on January 6, 2021, am associated with no one and no group that was involved, and do not support those who were.

6. I am the small business owner of Earth Works Sustainable, LLC, which is a tree removal company operating in the Capital District region of upstate New York.

7. I was informed by a family member of Brandon Fellows that he intended to subpoena me to his trial as a "character witness."

8. I have never been served with the required witness fee and travel expenses.

9. In addition to the statutorily-required $40.00 per day, I have also not been paid the required mileage or common carrier fee, which is not insubstantial, given that I live nearly 400 miles from the Court.

10. I am not competent to speak to Mr. Fellows character; moreover, the approach he has taken in attempting to subpoena me well knowing I no nothing of the facts related to his case, and that I am unable to speak to his character, makes me unlikely to provide any testimony whatsoever that would aid in his defense.

11. To appear to testify in response to defendant Brandon Fellows's subpoena, I would have to shut down my business costing approximately $10,000 in lost revenue per day.

12. I currently have seven employees who would not be able to work without me present.

13. Additionally, I am a father to a 15-month-old daughter who requires my daily support and care.

14. My partner and mother of our daughter also relies on me care for our daughter and support our family.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 22, 2023

*[signature]*

PETER FOBARE

Sworn to before me
this 22nd day of August, 2023

*[signature]*

Notary Public

LAURIE A. GENDRON
Notary Public - State of New York
No: 01GE5003094
Qualified in Rensselaer County
Commission Expires 10/13/26