UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
_____

UNITED STATES OF AMERICA,

                                   **ORDER**

                                Index No. 1:21-CV-83

    -against-

BRANDON FELLOWS,

                   Defendant.
_____

      Upon the Notice of Motion of PETER FORBARE, by and through his attorneys E. STEWART JONES HACKER MURPHY, LLP, for an Order pursuant to Rule 17(c)(2) of the Federal Rules of Criminal Procedure to quash the subpoena served on PETER FOBARE and issued by defendant BRANDON FELLOWS to testify at trial; and upon the Declaration of PETER FOBARE dated August 22, 2023 and the Memorandum of Law in support dated August 22, 2023; and there being no opposition; and after due deliberation having been had thereon, and good cause appearing therefore; it is hereby

      **ORDERED** that the motion of PETER FOBARE is **GRANTED**.

Dated:
Entered:

                                        _____
                                        Honorable Trevor N. McFadden