IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> BRANDON FELLOWS, <br><br> Defendant. | Case No. 21-cr-83 (TNM) |

## EXHIBIT LIST FOR SENTENCING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides a list of exhibits referenced in the Government's Sentencing Memorandum.

                                              Respectfully submitted,

                                              MATTHEW M. GRAVES
                                              United States Attorney
                                              D.C. Bar No. 481052

By:    */s/ Carolina Nevin*
          CAROLINA NEVIN
          Assistant United States Attorney
          601 D Street NW
          Washington, D.C. 20530
          NY Bar No. 5226121
          (202) 803-1612
          Carolina.Nevin@usdoj.gov

          */s/ David J. Perri*
          David J. Perri
          WV Bar Number: 9219
          Assistant United States Attorney Detailee
          United States Attorney's Office
          Northern District of West Virginia
          1125 Chapline St., Suite 3000
          Wheeling, WV 26003
          David.Perri@usdoj.gov
          (304) 234-0100

Trial Exhibits Referenced in Memorandum

| | |
|---|---|
| 402.1 | CCTV from inside Senate Wing Door |
| 501 | iCloud video from outside Senate Wing Door |
| 505 | iCloud photo of Fellows on motorcycle |
| 522 | iCloud video from outside Senate Wing Door |
| 527 | iCloud video from outside Senate Wing Door |
| 602 | Tik Tok video from outside Parliamentarian Door |
| 702 | Facebook post from January 7, 2021 at 9:13 p.m. |
| 703 | Facebook comment from January 8, 2021 at 1:20 a.m. |
| 803 | Facebook post from January 7, 2021 at 5:31 a.m. |
| 805 | Facebook comment from January 7, 2021 at 6:46 a.m. |
| 806 | Facebook comment from January 7, 2021 at 10:11 a.m. |
| 809 | Facebook comment from January 7, 2021 at 10:44 a.m. |
| 1101.1 | Footage of rioter Anthime Joseph Gionet (a/k/a "Baked Alaska") |
| 1101.2 | Footage of rioter Anthime Joseph Gionet (a/k/a "Baked Alaska") |
| 1102 | Footage of rioter Dovid Schwartzberg |

Sentencing Exhibits

| | |
|---|---|
| 1 | CNN interview |
| 2 | Post-arrest interview video |
| 3 | *Bloomberg News* article |
| 4 | WNYT interview |