```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

    * * * * * * * * * * * * * * *   )
    UNITED STATES OF AMERICA,        )    Criminal Action
                                     )      No. 21-00083
              Plaintiff,             )
                                     )
      vs.                            )
                                     )
    BRANDON FELLOWS,                 )    Washington, D.C.
                                     )    August 31, 2023
              Defendant.             )    11:14 a.m.
                                     )
    * * * * * * * * * * * * * * *   )


                       JURY TRIAL - DAY 7
           BEFORE THE HONORABLE TREVOR N. McFADDEN,
                 UNITED STATES DISTRICT JUDGE



    APPEARANCES:

    FOR THE GOVERNMENT:      CAROLINA NEVIN, ESQ.
                             UNITED STATES ATTORNEY'S OFFICE
                               FOR THE DISTRICT OF COLUMBIA
                             601 D Street, Northwest
                             Eleventh Floor
                             Washington, D.C. 20001


    FOR THE DEFENDANT:       (Appearing Pro Se)


    REPORTED BY:             LISA EDWARDS, RDR, CRR
                             Official Court Reporter
                             United States District Court for the
                               District of Columbia
                             333 Constitution Avenue, Northwest
                             Room 6706
                             Washington, D.C. 20001
                             (202) 354-3269
```

1        THE COURTROOM DEPUTY:  Your Honor, this is
2   Criminal Case 21-83, the United States of America versus
3   Brandon Fellows.
4        Can the parties please identify yourselves for the
5   record, starting with the Government.
6        MS. NEVIN:  Good morning, your Honor.  Carolina
7   Nevin for the United States.
8        THE COURT:  Good morning, Ms. Nevin.
9        THE DEFENDANT:  Brandon Fellows, defense.
10       THE COURT:  Good morning, Mr. Fellows.
11       I've been informed that the jury has reached a
12  verdict.
13       Is there a request for a poll of the jury,
14  Ms. Nevin?
15       MS. NEVIN:  There's not, your Honor.
16       THE COURT:  And Mr. Fellows?
17       THE DEFENDANT:  There is.
18       THE COURT:  Ms. Chaclan, I'll ask you to bring out
19  the jury.
20       THE COURTROOM DEPUTY:  Jury panel.
21       (Whereupon, the jury entered the courtroom at
22  11:16 a.m. and the following proceedings were had:)
23       THE COURT:  Welcome back, ladies and gentlemen.
24       Who on the jury speaks as its foreperson?
25       THE JURY FOREPERSON:  It's me, your Honor.

```
 1                THE COURT:  Ma'am, has the jury unanimously agreed
 2     upon its verdict?
 3                THE JURY FOREPERSON:  Yes, we have.
 4                THE COURT:  I'll ask you to provide the verdict
 5     form to Ms. Chaclan.
 6                THE JURY FOREPERSON:  (Tenders document to the
 7     courtroom deputy.)
 8                Do you need me to use the microphone?
 9                THE COURT:  Yes, please.
10                Ladies and gentlemen, your verdict will be
11     published in just a moment; that is, read aloud in open
12     court.
13                Please pay close attention as the verdict is
14     published.  The jury should know that, following the verdict
15     being read aloud in open court, the jury may be polled; that
16     is, each juror may be asked individually whether the verdict
17     as published constitutes his or her individual verdict in
18     all respects.
19                The forewoman will now read the verdict aloud.
20                THE JURY FOREPERSON:  Your Honor, should I
21     individually go through each count?
22                THE COURT:  Yes.
23                THE JURY FOREPERSON:  So on Count --
24                THE COURT:  I'm sorry.  Just a moment.
25                The Defendant will stand.
```

1         THE JURY FOREPERSON:  On Count 1, with respect to
2    the offense of obstruction of an official proceeding and
3    aiding and abetting, we, the jury, find the Defendant,
4    Brandon Fellows, guilty.
5         On Count 2, with respect to the offense of
6    entering and remaining in a restricted building or grounds,
7    we, the jury, find the Defendant, Brandon Fellows, guilty.
8         On Count 3, with respect to the offense of
9    disorderly and disruptive conduct in a restricted building
10   or grounds, we, the jury, find the Defendant, Brandon
11   Fellows, guilty.
12        THE DEFENDANT:  This is how you radicalize people.
13        THE JURY FOREPERSON:  On Count 4, with respect to
14   the offense of entering and remaining in certain rooms in
15   the Capitol Building, we, the jury, find the Defendant,
16   Brandon Fellows, guilty.
17        On Count 5, with respect to the offense of
18   disorderly conduct in a Capitol building, we, the jury, find
19   the Defendant, Brandon Fellows, guilty.
20        THE COURT:  The courtroom deputy will poll the
21   jury.
22        Does the verdict as published constitute your
23   individual verdicts in all respects?
24        THE COURTROOM DEPUTY:  Members of the jury, as
25   your number is called, please indicate if your individual

```
 1     verdict is the same as that just announced.
 2               Juror No. 1?
 3               JUROR NO. 1:  Yes.
 4               THE COURTROOM DEPUTY:  Juror No. 3?
 5               JUROR NO. 3:  Yes.
 6               THE COURTROOM DEPUTY:  Juror No. 4?
 7               JUROR NO. 4:  Yes.
 8               THE COURTROOM DEPUTY:  Juror No. 5?
 9               JUROR NO. 5:  Yes.
10               THE COURTROOM DEPUTY:  Juror No. 7?
11               JUROR NO. 7:  Yes.
12               THE COURTROOM DEPUTY:  Juror No. 8?
13               JUROR NO. 8:  Yes.
14               THE COURTROOM DEPUTY:  Juror No. 9?
15               JUROR NO. 9:  Yes.
16               THE COURTROOM DEPUTY:  Juror No. 10?
17               JUROR NO. 10:  Yes.
18               THE COURTROOM DEPUTY:  Juror No. 11?
19               JUROR NO. 11:  Yes.
20               THE COURTROOM DEPUTY:  Juror No. 12?
21               JUROR NO. 12:  Yes.
22               THE COURTROOM DEPUTY:  Juror No. 13?
23               JUROR NO. 13:  Yes.
24               THE COURTROOM DEPUTY:  Juror No. 14?
25               JUROR NO. 14:  Yes.
```

1           THE COURT:  The poll verifies that the verdict is
2    unanimous.
3           The clerk is directed to file and record the
4    verdict.
5           And I'll ask you, Madam Foreperson, to return the
6    verdict form to Ms. Chaclan.
7           Ladies and gentlemen, thank you for your service
8    in this case.  You have been diligent and patient.  Our
9    American judicial system is respected around the world.  Our
10   system works because of the willingness of citizens --
11          THE DEFENDANT:  Ha.
12          THE COURT:  -- such as each of you to take time
13   from their busy lives to serve as jurors.
14          Your conscientious service allows our courts to
15   work fairly and efficiently for parties with disputes that
16   require resolution.
17          This is an important public service.  And on
18   behalf of the United States District Court, I thank you for
19   your service.
20          You may step down and you're free to go.  Of
21   course, my prior directions about speaking or researching
22   are now lifted.
23          Thank you, ladies and gentlemen.
24          (Whereupon, the jury exited the courtroom at 11:21
25   a.m. and the following proceedings were had:)

```
 1              THE COURT:  I'll look for a sentencing date.
 2    November 29th at 10:00 a.m.  Ms. Nevin, does that work for
 3    you?
 4              MS. NEVIN:  November 29th, 10:00 a.m.?  Yes,
 5    Judge.
 6              THE COURT:  Mr. Fellows, a written presentence
 7    report will be prepared by the probation office to assist me
 8    in sentencing.  You'll be asked to give information for the
 9    report, and your attorney may be present if you wish.  Of
10    course, you don't have an attorney, so that is not relevant.
11              You will have an opportunity to read the
12    presentence report and file any objections to it before I
13    see it and again before your sentencing.  You will also have
14    an opportunity to speak to me at your sentencing hearing.
15              Any memoranda in aid of sentencing should be filed
16    by November 22nd.
17              And I'll state for the record I will consider a
18    request from the Government for an upward departure based on
19    obstruction.  I thought the Defendant almost certainly
20    perjured himself at various points, including his claim that
21    he did not know he was allowed to go into the building.  And
22    of course, the jury verdict indicates that as well.
23              Anything further from the Government?
24              MS. NEVIN:  Your Honor, I'm sorry.  You said the
25    memorandum is due the 22nd.  Correct?
```

```
1                    THE COURT:  That's correct.
2                    MS. NEVIN:  Nothing further, your Honor.
3                    THE COURT:  Thanks, folks.
4                    The Defendant is remanded to the custody of the
5          Attorney General.
6                    THE DEFENDANT:  A modern-day Nazi.
7                    (Proceedings concluded.)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**<u>CERTIFICATE</u>**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Dated this 1st day of October, 2023.

<u>/s/ Lisa Edwards, RDR, CRR</u>
Official Court Reporter
United States District Court for the
 District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269