UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON FELLOWS<br><br>              Defendant. | Crim. Action No. 21-CR-083 (TNM) |

## NOTICE OF FILING

      Attached please find Mr. Fellows' Motion to Stay proceedings and deadlines in this matter until after the Supreme Court resolves *United States v. Fischer*, 64 F.4d 329 (D.C. Cir. 2023), *cert. granted*, No. 23-5572, 2023 WL 8605748 (Dec. 13, 2023). Counsel files this on behalf of Mr. Fellows as standby counsel.

                                              Respectfully submitted,

                                              A. J. KRAMER
                                              FEDERAL PUBLIC DEFENDER

                                                     /s/
                                            _____
                                            MICHELLE M. PETERSON
                                            Chief Assistant Federal Public Defender
                                            625 Indiana Avenue, N.W., Suite 550
                                            Washington, D.C.  20004
                                            (202) 208-7500
                                            Shelli_Peterson@fd.org