# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 21-cr- 83 (TNM)** |
| | : | |
| v. | : | |
| | : | |
| **BRANDON FELLOWS,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## NOTICE OF WITHDRAWAL

The United States of America, through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant U.S. Attorney Thomas Gillice withdrawals his appearance as counsel for the United States in the above- captioned matter.

Respectfully submitted,

Matthew M. Graves
United States Attorney
D.C. Bar No. 481052

By:   */s/ Thomas A. Gillice*
Thomas A. Gillice
D.C. Bar No. 452336
Assistant United States Attorney
National Security Section
United States Attorney's Office
601 D Street, N.W., 5th Floor
Washington, D.C. 20530
Phone: (202) 252-1791
Thomas.gillice@usdoj.gov