UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON FELLOWS<br><br>　　　　　　Defendant. | Crim. Action No. 21-CR-083 (TNM) |

NOTICE OF FILING

Attached please find Mr. Fellows' Response to the Motion to Withdraw (Docket 133) and accompanying Exhibits. Counsel files this on behalf of Mr. Fellows as standby counsel.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　A. J. KRAMER
　　　　　　　　　　　　　　　　FEDERAL PUBLIC DEFENDER

　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MICHELLE M. PETERSON
　　　　　　　　　　　　　　　　Chief Assistant Federal Public Defender
　　　　　　　　　　　　　　　　625 Indiana Avenue, N.W., Suite 550
　　　　　　　　　　　　　　　　Washington, D.C. 20004
　　　　　　　　　　　　　　　　(202) 208-7500
　　　　　　　　　　　　　　　　Shelli_Peterson@fd.org