UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON FELLOWS<br><br>　　　　　　Defendant. | Crim. Action No. 21-CR-083 (TNM) |

**RESPONSE TO THE MOTIONS OF MR. SHIPLEY TO WITHDRAW**
**(Dckt 117 and 133 and Hearing of 6/22/2023)**

**INTRODUCTION**

Judge, I believe an apology on your end is due to me for not allowing me to verbally correct Bill's lies during my June 2023 hearing, and for alluding that it was I who was the liar when I've continuously proven others have lied in your courtroom. Though I don't expect it, I do believe an honorable person would apologize for doing such things, especially in light of the below facts and corrections, and that I personally have not been found to have lied in your court.

While the Court has already removed them, I want the record to reflect that I wanted Bill and Ryan off my case as I do not trust them. In June while we were preparing for trial, they took 14 days off for vacation -- this was typical, they were always taking weeks off. Though they occasionally picked up their work, it was always the same old thing -- I had to remind them constantly of things and often times that was not enough. I needed more time to prepare.

Furthermore, they continually failed to do or delayed doing what I needed them to do. They should be found in contempt for knowingly lying in federal court and disrespecting your courtroom in the worst of ways. I was asking for a continuance of the trial at that time because I

had not been allowed to prepare anywhere near what the government claims I had been able to. They too do not have the facts straight, and yet, just as you did with Bill, you believed them and their lies over what I shared (the truth). I needed a continuance to have time to fully prepare, because I had just recently received discovery that I could not access before because of the constant problems I've brought up to you many times.

 I did not appreciate you touting random claims/ conspiracy theories as to why you thought I was delaying my trial. I don't know where you came up with such things. It would seem you pulled them out of thin air with no evidence (and while ignoring the vast amounts of evidence that support my position). One of which being that I planned to delay until another President comes along. Tell me judge, why wouldn't I just accept the 3 time served plea deals (one of which being a misdemeanor) rather than sit in abusive jails for another 2-3 years? Please think before you speak, and think based on evidence, especially when dealing with a case that involves 20 years of someone's life, it's beyond disrespectful and dangerous to continue this behavior.

 Do something to those who lie in your courtroom for once. Prove that you should be respected and that you don't tolerate liars in your courtroom! I may be unorthodox, have improper demeanor, smile at the wrong times, or laugh when you don't think something is funny. I may share opinions that you don't agree with, be politically incorrect, or speak without a filter (even to my detriment), but I don't dare lie in your court room, not just to respect you, but to respect myself. Show you can bring justice blindly and won't hesitate to punish any party who truly disrespects you or your court. The truth is not disrespectful, lies are.

## ARGUMENT

A.  **Lie Number 1:**

- **Bill said:** "In April 2022, I learned from a client that Brandon Fellows was detained in the District of Columbia Department of Corrections, was representing himself for purposes of this case, and wished to speak with me about making an appearance as his counsel because he was unhappy with his "stand-by" counsel. I was familiar with Mr. Fellows from press reports of his case up to that point in time."

- Bill knows we began communications around January of 2022, first over phone calls, then over messaging.

    - Proof: (Exhibit 1 shows on 2/12/22 that I was messaging Bill and Ryan a counteroffer because I wanted them as standby counsels).

- Bill also knows I retained them as STAND-BY COUNSELS in mid-February 2022.

    - Proof: Ryan Marshall: "So from here on, we can consider yourself having retained "standby counsel" of me and Bill for 10k," (Exhibit 7 and 8) (not most recent negotiations, continue reading up until Exhibit 12 for final payment, that Exhibit shows I officially retained them 2/17/22 as standby counsels), see also Exhibits 4 and 28 for updates.

    - However, Bill agreed to hide this fact from the court until April 14th, 2022, so as to not distract you from the real issues I was facing, I wanted you to rule on issues I had been seeking relief on for about half a year, I wanted no further distractions or potential excuses. As you'll read, I also did this for a few other reasons, Bill and Ryan agreed this was a sound decision to make.

    - Proof: (Exhibits13-18) (The date was pushed back because this court moved my hearing to April 14th, 2022, as you'll read, my goal was to have the court decide an issue first and then bring them in so as to not distract the court, Ryan and Bill agreed as you'll read). For further proof that they were working for me without the courts' knowledge please take note of other Exhibits and also the fact that this court began receiving my motions and responses typed up, edited, with cover letters, and overall, a more professional appearance. That was thanks to Bill and Ryan acting as stand-by counsel. Tell me judge, how did I do such things? Because Bill and Ryan were doing exactly what I said they were doing. Meaning they knowingly lied to you then and still are doing it now.

- Bill broke this agreement by making an appearance on April 4th, 2022. However, he broke our agreement again in that he lied and entered that he was fully representing me, when he knew he wasn't. Proof: (Exhibits 19-21) (see also Exhibits 28 and 4).

- Bill sought me out, I was looking at another attorney. However, after responding to Bill's request to talk from another client, Bill and Ryan told me that I could make money by choosing them (they had fundraisers, group and personal), and that I'd get two lawyers instead of just one. That was why I choose them.

- Again, please give all my Exhibits a read to better help give you the full picture. There is no way Bill can spin it, he knowingly lied to you about all of this because he thought I didn't keep/ find a way to keep the DC jails messages. He was under the impression this evidence was destroyed! Nope. I'll continue pointing out how he lied to you/ purposely disrespected your courtroom to his client's detriment like the crap person/ lawyer he really is.

B. Lie Number 2

- **Bill said:** " During our conversation I advised Mr. Fellows that I would be willing to come into the case as his retained counsel. He advised me that through fundraising he had $20,000. As the Court is aware, I have been representing various clients in this court with funds raised through a third-party legal fund, but clients who have raised money on their own for legal expenses are expected to contribute those funds for their own cases. Mr. Fellows was reluctant to pay the entire $20,000 up front based on "suspicions" he had developed regarding many attorneys involved in defending clients charged in connection with January 6."

- Bill has told various clients as a selling point that he has a fundraiser and that a perk of being his client is that we (defendants) can potentially make money by being on his fundraiser. I say "potentially" because as they shared, if money is owed to them (Bill and Ryan) they would collect first to cover costs, and anything left over would go to me/the other clients (they had a group donation fund, and individual client fund). However, see the deals we worked out, I knew how someone could attempt to claim random hours of work, or make claims to other client's personal fundraisers based on limited language, that is why I negotiated set prices and clear terms. I took note of the trickery he used against Nate Degrave and made sure to include language and terms that would not allow me to face the same fate as Mr. Degrave.

    - Proof: (Exhibit 2) (Exhibits:59-61) (Exhibits 54-56 (the commission I paid him (see Exhibit 56) was his reward for getting a job accomplished, he was to share 2 separate links so as to act as a 2nd "net" to catch additional donations for me, I would not pay him to have him make money for himself, that is beyond stupid.)

- Additionally, the price had nothing to do with "suspicions". It had to do with me not thinking that I should be charged the same amount as his other clients whom he had retained earlier in the process, that had 7-9 more felonies than I did, and who he was fully representing, something I made clear I wasn't seeking.

    - Proof: (Exhibit 2).

- Me not paying $20,000 had everything to do with the known fact that Bill and Ryan agreed to do the work for $10,000! Bill knew this, which is why he accepted my counter offers

    - Proof: Ryan: "So from here on, we can consider yourself having retained "standby counsel" of me and Bill for 10k," (Exhibits 7 and 8)(not most recent negotiations, continue reading up until exhibit 12 for final payment, that exhibit shows I officially retained them 2/17/22 as standby counsels). See also Exhibits 4 and 28. Again, please give all of my Exhibits a read to better help give you the full picture. There is no way Bill can spin it, he knowingly lied to you about all of this because he thought I didn't keep/ find a way to keep the DC jails messages. He was under the impression this evidence was destroyed! Nope. I will not be another victim of his con man tactics. He will eventually pay for what he has done to this case and to me.

## C. Lie Number 3

- Bill said: "I understood Mr. Fellows' concerns, and we agreed that he would pay $10,000 at the start of our engagement, reserving the remaining $10,000 to be paid later. I entered my general appearance as his retained counsel on April 4, 2022."

- Those were not my concerns (see previous 2 responses above to be reminded of my actual concerns). Bill knew this. Bill also knows that was not the agreement. He was to enter as standby counsel, but he tried to literally last-minute bait and switch me, hardcore. He did this by trying to make me cave under duress less than 3 minutes before court. He threatened to leave my case if I dared to tell you (Judge) that he was in fact hired as my stand-by counsel. I called his bluff as respectfully and as quietly as I could without notifying the court of these extreme issues. I did this in hopes of gaining control of my out of control blackmailing counsel. I also figured doing so would eventually cause him to be appreciative of me for turning my cheek to such dark treachery, possibly motivating him to passionately fight for me as an attorney (whether as stand-by or fully representing me). Though he responded by trying to make me look like the one who was lying to the court, I ignored him because I felt I had regained my control of the situation. I also felt very little would be gained by bringing such issues up to the court at that point.

- Please take note how I diplomatically dealt with that crappy situation in his favor, I didn't swear or freak out. I was upset, but I recognized what the best reaction would be long term and applied it without emotions getting in the way. I attempted to overlook the

situation and give him another chance, and that wasn't just any little mistake, Bill tried to bait and switch me and made me look like an idiot in public court. Bill not only doesn't appreciate my forgiveness in how I treated him after this, but he attempted to continue his deception and selfish sociopath like tactics here by clearly lying to you about another situation in order to make himself look good, make me look bad, and that would potentially secure him more money (whether through theft or by suing over false funds owed to him).

- Proof: Pricing: already proven above, (see Exhibits in Lie Numbers 1 and 2).

- Proof of Bill's bait and switch tactics (see Exhibit 26).

- Finally, see our last agreed upon modifications to the existing agreement made April 23, 2022 (Exhibit 28). Bill wanted to fully represent me, and I ensured that he would not charge me for doing so, and that I could rescind that power from him if I was displeased with his performance. Bill and Ryan agreed to that and other things. (Exhibit 29). Again, please give all of my Exhibits a read to better help give you the full picture.

- There is no way Bill can spin it, he knowingly lied to you about all of this because he thought I didn't keep/ find a way to keep the DC jails messages. He was under the impression this evidence was destroyed! Nope. I will not be another victim of his con man tactics. He will eventually pay for what he has done to this case and to me.

D.   **Lie Number 4 (#5 On His Motion To Withdraw):**

- Bill said: "Mr. Fellows was sent to the Ft. Worth BOP medical facility where he remained for nearly four months in the summer of 2022. When he was returned to this jurisdiction, he was not sent back to DOC where he had been engaged in a long-running series of disputes and disciplinary matters over his protests about the conditions of detention in that facility."

- I was at Ft. Worth Texas for 37 days, not 4 months. Additionally, Bill lied to me and said I was going for a mental evaluation to help prove my autism spectrum disorder and other disorders I was diagnosed with. He told me I'd only be gone for a few days. Upon arrival (way later than I was told (among other lies (see all Exhibits)) I was not there to look into disorders, only to see if I was competent to stand trial, I was told they were not looking to prove whether I had or did not have autism.. A major lie/ failure on their end in many ways.

    - Proof: I was in Texas for 37 days (see competency report), see also: Kind of evaluation/ duration of evaluation/ location of evaluation/ leave time of evaluation (see Exhibits 45-51( there are a lot of lies there!))

- Note: speaking of the conditions at the jail, my exhibits further prove what I have already proven in many ways, that the jail was abusing me and retaliating against me. Again, please give all of my Exhibits a read to better help give you the full picture. There is no way Bill can spin it, he knowingly lied to you about all of this because he thought I didn't keep/ find a way to keep the DC jails messages. He was under the impression this evidence was destroyed! Nope. I will not be another victim of his con man tactics. He will eventually pay for what he has done to this case and to me.

E.   **Lie Number 5 (#6 On His Motion To Withdraw):**

- Bill said: "Ultimately the efforts to secure his release on conditions of pretrial release were unsuccessful. In the aftermath of that result, Mr. Fellows began to demand to represent himself again, with my role shifting to that of "Stand-by Counsel." As part of that, Mr. Fellows refused to pay the remaining $10,000 that had been agreed upon, and instead said he would pay that second payment just ahead of his trial to insure my continued involvement and assistance at the trial."-

-  Note: The "efforts" to secure my release included:

    - Bill lying about how he would correct the lies from arrest and revocation hearings (I spoon fed him with facts/ where to get information (Many times!)). (Proof: The exhibits I provided, and NN jail recorded phone calls and messages, as well as Fort worth and Grady county). This was a major term that he agreed upon following if I allowed him to fully represent me during the "test period". Further, he later suggested you didn't believe the lies from the government regarding my revocation, so he saw no need to correct it despite agreeing he would in our new deal, not only a breach of contract but also irritating when this court cited those lies as to why I was being denied bond.That is why I wanted those lies corrected.

    -  Bill lying about the competency evaluation/ me. He suggested that I can't control myself, not true, and even if it was, what kind of retard lawyer would think that was a good idea for advocating for bond? "Your honor, he can't control himself, let him out of jail", is what his new master plan was? It's like he was trying to ensure I'd be denied bond! I find that more believable than believing that he accidently made this fabricated lie up and then truly believed that would secure my release on a bond petition. There is no other rational explanation! Why did he put that lie in there? Where did he get that from?
        - Proof: The evaluator said that my prognosis was positive, he did NOT see me as unable to control myself, furthermore, my 26 year history proves against that. Bill's laziness and lies screwed me out of bond. He literally shared an excuse that wasn't supported by the

  - evaluation. Side note: that evaluator got a lot of information wrong, he did a terrible job listening.

  - We agreed I would be able to view it and approve of it (bond motion) prior to him sending it in, another breach of contract. Proof: (Exhibits 28/29 ("motions will be sent to me to overlook for my approval before going on the record.")), Bill and Ryan agreed to this as you can read there, yet they breached that too.

  - He refused to submit my 3rd party custodian information suggesting "he (Judge) won't want that yet", which was all the more irritating when you brought up that I didn't offer 3rd party custodianship information. Proof: Northern neck recorded phone calls and messages, subpoena them.

- By simply letting this court recite the lies and not correcting you (Judge)/ even attempt to offer verbal arguments... He accepted defeat immediately... What a firestorm of an attorney!(Sarcasm). Bill and Ryan told me "They call me/him Shipwreck Shipley because of the storm I bring in the courtroom". No... He purposely crashes into the rocks in the middle of a calm day, that is why he should be called "Shipwreck Shipley"... Does anyone actually call him that? I'm in jail, but I assume not. Proof: Go back and read his verbal arguments (silence) it's not a long read, I promise.

- As expressed already, Bill and Ryan lied about the kind of evaluation, departure for the evaluation, duration of the evaluation, and location of the evaluation I'd be subjected to. roof: Exhibits 45-51, and recorded phone calls/ messages at those various jails.

- How Bill Is Lying Here: I was paid in full and there was no agreement of me paying another $10,000. Proof: Exhibits 28, 27, 2, 7, 8, 12, etc. Again, please give all of my exhibits a read to better help give you the full picture. There is no way Bill can spin it, he knowingly lied to you about all of this because he thought I didn't keep/ find a way to keep the DC jails messages... He was under the impression this evidence was destroyed! Nope... I will not be another victim of his con man tactics. He will eventually pay for what he has done to this case and to me.

F. **Lie Number 6  (#7 On His Motion To Withdraw):**

  - Bill Said: "As the Court will recall, Mr. Fellows first announced his desire to once again represent himself during a status conference on November 2, 2022. I had discussed the idea with him ahead of the hearing, but he did not advise me that he intended to make that request during the hearing. After he did so, the Court took a short break and allowed me to discuss the issue with Mr. Fellows in a "breakout room." After that discussion, we returned and I advised the Court of Mr. Fellows'

wishes. My initial reaction was that I was unwilling to serve as "Stand-by" counsel based on my suspicions about how that relationship would play out over time."

- How Bill Is Lying Here:  Bill hadn't just discussed the idea ahead of time, he agreed that if he failed to get me bond, or to do any of the other many things he failed to do (or even file in some cases)/ if I was displeased with his "test-run" of fully representing me, that I would go back to representing myself. He failed at EVERYTHING, but told me he would get me bond. So despite that he took longer than agreed upon to submit the bond motion (and broke our agreement in how he he would do it in many ways (see Exhibits, and Exhibit 28) I moved back to representing myself. Bill and Ryan knew since mid April 2022 of such plans and were again reminded of them May 21st 2022 (Exhibits 52-55), along with many more times since then. Have a look back onto the record of that bond hearing and you'll find that again, despite Bill having known that I was going to represent myself, that he lied verbally in court as he said 3 things. First, that he had "no idea" I was going to seek such a thing. Second, that this was the first time he had heard anything about this (he clearly admits in his own motion here that he was lying to you verbally in court that day). Third, that he would not be my stand-by counsel, he agreed to do this many times and was hired for that purpose... He again (just as he did April 14th 2022) tried to make me look like a crazy idiot, and yet I held my tongue, again overlooking his deceptive tactics. Proof: Exhibits 52-55, and Exhibits 28-29, Bills own withdrawal motion, and my 11/2/22 court transcript.

- The other lie is that Bill was disinclined to be my stand-by counsel because of supposed suspicions about how the relationship would play out over time... Bill accepted being stand-by counsel because that was the agreement... Simple as that. Ryan was the one I dealt with after that hearing. I asked Ryan why Bill tried to do the same thing he tried to do on April 14th 2022, all I got was "I don't know, but Bill is sorry and he will be stand-by counsel." Proof: Exhibits 52-55, and Exhibits 28-29. Again, please give all of my Exhibits a read to better help give you the full picture. There is no way Bill can spin it, he knowingly lied to you about all of this because he thought I didn't keep/ find a way to keep the DC jails messages... He was under the impression this evidence was destroyed! Nope... I will not be another victim of his con man tactics. He will eventually pay for what he has done to this case and to me.

### G. Lie Number 7 (#8 On His Motion To Withdraw):

- Bill said: "But upon reflection, realizing that Mr. Fellows, Mr. Marshall, and myself generally had a good working relationship, I decided I would stay in the case for the purpose of assisting Mr. Fellows with his case at trial, giving him advice on courtroom and trial procedures as well on substantive issues he wanted to raise."

- How Bill Is Lying Here: Bill tries to pretend that he was convinced to do what he did not want to do in order to help, out of the kindness in his heart. What a sweet fake story. The truth is he decided to stay because we agreed upon him and Ryan being placed back as standby counsel if I wanted them to be, and especially if they failed to do what they

agreed they would do/ would accomplish. Bill isn't kind hearted as he tries to suggest through this fake story, he tried to further break our agreement and made me look like a liar in court when I tried to get him to do what he agreed he would do months, weeks, days, and even minutes prior to the hearing!

- Proof: Exhibits 52-55, and Exhibits 28-29.  Again, please give all of my Exhibits a read to better help give you the full picture. There is no way Bill can spin it, he knowingly lied to you about all of this because he thought I didn't keep/ find a way to keep the DC jails messages. He was under the impression this evidence was destroyed! Nope. I will not be another victim of his con man tactics. He will eventually pay for what he has done to this case and to me. Additionally, I was considering bringing them as stand-by counsel to trial, that is why I asked for separate pricing for them to be present at trial. Should they have come to trial with me (either fully representing or as standby counsels) I would owe them an additional 5,000 dollars. Should I have been happy to keep them after their test run of fully representing me/ after their bond attempt, I would pay them an additional 5,000 dollars to continue fully representing me. However, I was very displeased with them, so I kicked them back into standby counsel positions, and again as document 28 shows, I was not going to be charged for this test run.

- Proof: Exhibits 7-9. Again, please give all of my Exhibits a read to better help give you the full picture. There is no way Bill can spin it, he knowingly lied to you about all of this because he thought I didn't keep/ find a way to keep the DC jails messages. He was under the impression this evidence was destroyed! Nope. I will not be another victim of his con man tactics. He will eventually pay for what he has done to this case and to me.

H.   Lie Number 8 (#12 On His Motion To Withdraw)

- Bill said: "On May 25 2023, Mr. Fellows had his appeal of this Court's detention order denied by the Circuit Court of Appeals. Mr. Fellows did not file "Reply" brief according to the briefing schedule set by that Court. Mr. Fellows claims he wanted Mr. Marshall to seek an extension of time on his behalf to file the Reply because he did not yet have access to the documents he has long-claimed he needs to properly address prior factual decisions that led to his detention."

- How Bill Is Lying Here: Bill is incorrect in multiple ways here. First, I DID file my reply on time, even though Bill and Ryan failed 8 separate times to get the the paperwork they said they would get to me/ had been taken from me over 1 year prior by the DC jail. I filed it prior to May 25th 2023, Bill and Ryan did not file it on time (I sent it to them as I always do since they are standby counsels. The law is clear that pro se defendants motions are filed when they send it from jail, not when the courts get it or when the stand-by counsel forwards them. The courts were sent proof of my filing it on time via the mail and I believe through the ECF in a petition for a re-hearing, I never heard back from them.

- I now have been made aware that this Reply of mine (which had actual quotes and exhibits from the government, unlike my response which did not have these because I was not yet supplied with them yet/ able to provide them to the appellate court as proof/ arguments) that was received by them around 2 days prior to the 25th of May 2023, and after a supposed extension was given (according to Ryan), that he in fact did not file it until 6/20/23. Given this date on the ECF, it would somehow seem he took nearly a month to submit a document that was literally fully written and ready to go. Perhaps that is why I never heard from the Appellate court directly on receiving this Reply

- Aside from that, Bill lied both in court and on this document when he knows Ryan told me he would file an extension for time (due to his 8 failures to get my paperwork into the Lewisburg jail). Further, Ryan at first told me he had filed for an extension, and even told me he spoke to someone who assured him that it was fine with the court. Then, he randomly told me it was denied prior to them receiving the Reply... When I asked why, he at first claimed he didn't know. Upon further questioning, Ryan shared that he in fact did not file an extension, but rather just called the court and spoke to a clerk who supposedly assured him that I would be fine filing it later. When I pressed Ryan on who the clerk was, he claimed he didn't know. Finally, Bill knows that this court ruled on lies from the government to my detriment, he has seen the proof. It is my belief that this court has tried to cover up its wrongdoing non-stop in that manner and other manners, but Bill has seen it, and the evidence was in that Reply and also the FBI documents I told them to submit. Proof: What I mailed the DC circuit courts, my emails and recorded calls to Ryan Marshall at Lewisburg Jail.

- Bill further lied when he said "These are the documents he claims were left behind in his cell at DOC when he was first removed from that facility at the request of DOC officials following his public release of secretly recorded videos of the conditions inside." They were left behind, and Bill and Ryan knew they were as they had them and kept failing to get me them. Second, I was attacked by guards who were fearful they would get in trouble for the videos I had, and videos I have. Fortunately for them, they have an equally corrupt Judge (you) who doesn't give a damn about crimes being committed by the government, even though the crimes lead to many deaths in this jail. You helped protect them and let them destroy the evidence you stupid corrupt idiot (I say this respectfully)! Never again can you truly claim "justice must be done", you don't support justice, you are a bigot (I say this respectfully)!

- Again, please give all of my exhibits a read to better help give you the full picture. There is no way Bill can spin it, he knowingly lied to you about all of this because he thought I didn't keep/ find a way to keep the DC jails messages... He was under the impression this evidence was destroyed! Nope... I will not be another victim of his con man tactics. He will eventually pay for what he has done to this case and to me.

I. **Lie Number 9 (#17 On His Motion To Withdraw):**

- Bill said: "The relationship between Mr. Fellows, Mr. Marshall and myself has now deteriorated to such an extent that I do not feel I can continue to serve as "Stand-by" counsel. He refuses requests that he pay the second installment of $10,000, while continuing to demand that Mr. Marshall and I engage in acts on his behalf that are no different than if I was still his retained lead counsel. He expects us to facilitate his access to electronic discovery, deliver other discovery materials to him, and file documents at his direction – all for no compensation. He regularly calls or communicates in writing, taking up time of Mr. Marshall on myself that could be spent on behalf of other clients. Again, he has an expectation that Mr. Marshall and I are obligated to perform in this fashion even though he has refused to pay the agreed-upon amount."

- How Bill Is Lying Here: First of all, I fired Bill and Ryan for their non-stop breaches of contract, stealing money from me, and lies that have worked to my lifes detriment. Bill doesn't mention I fired him, which I see as a continuation of his pride and middle school school like emotional IQ ("You can't break up with me, I'm breaking up with you!"). The final straw was the lying about the extension being filed/ not knowing what this supposed court clerks name was who told him it would be fine... I should've fired them a long time ago, but I was under duress even more so than I was when I fired them.

- Bill and Ryan have continually failed at being stand by counsels, a simple job really. Whether it be taking what seems to be every other week off for a vacation, going to Disney world 10 times, or taking over up to a year to do certain requests, or never accomplishing them in over a year despite constant requests (like getting me a private call with 2 people I wanted to convince to come as witnesses) and reminders. Bill and Ryan have been deciding when they want to serve as standby counsel even though they have been paid in full, and stole additional funds from me through their private fund we agreed would go to me.

- Bill knows he has been paid in full. Not only that, he breached those terms, and he owes me money. I've proven this many times above as it has been brought up/ lied about by Bill many times.

- I most definitely do make constant calls and messages to Bill and Ryan where I am making demands to do what they agreed to do for the money I gave. Most of my calls have to do with them still failing to do what I requested. This problem would be solved if Bill didn't lie and wasn't so lazy in keeping his agreements. Bill just isn't use to actually having to work for his clients, he's use to taking their money, copy and pasting the same 3 or so motions on the ECF, and then demanding more money as if he has working his tail off for them.

- Bill complains over the little they have done despite that they agreed to do these things! He claims this time could be spent on his other clients, but every client that I know who has had him (I've known 5 of them) has shared that they too have lied, not prepared for

    hearings/ trials, shared privileged information, or has made sexual advances towards them (I know this has happened, it has happened with me). They don't focus on fighting for clients, they focus on fighting for their money and then do next to nothing for them.

- o  Proof: See All Exhibits. There is no way Bill can spin it, he knowingly lied to you about all of this because he thought I didn't keep/ find a way to keep the DC jails messages... He was under the impression this evidence was destroyed! Nope... I will not be another victim of his con man tactics. He will eventually pay for what he has done to this case and to me.

### J. Lie Number 10 (#18 On His Motion To Withdraw)

- Bill said: "At this point, I lack any confidence that Mr. Fellows – particularly if he is convicted – will ever pay the second $10,000 installment, and all the time spent by Mr. Marshall and myself as "Stand-by" counsel will be with no compensation, including time spent in trial."

- How Bill Is Lying Here: Again, Bill knows I was not going to let him represent me at any capacity at trial, I don't reward incompetence, liars, swindlers, or idiots. Bill has known this for certain since the beginning of 2023, and knew it was a potential since February 2022, which is why I told them to include prices for bringing them to trial separately. This is just another example of Bill's "you can't break up with me, I'm breaking up with you" attitude. I made it very clear to Bill and Ryan, I was not going to bring them to trial because of how much they messed up my case and the record, both while fully representing me and as stand-by counsels. Bill got one thing right, I would never willingly pay him the money that I don't owe him.

- Even if I did owe him money, I wouldn't pay him because of his many and huge breaches of contract. Bill was compensated fully despite that he shouldn't have been. I could be set free and win a billion dollars, I'd still refuse to pay Bill any money that he claimed I owed him (though I clearly don't), and I'd still sue him or find a way to make him pay for the money and damages he caused me.

## CONCLUSION

This response took this many months to send because once they left I did not have a stand-by counsel to help me send this until recently. While I understand Mr. Shipley no longer represents me in any capacity, I wanted the record to be clear.

Your favorite Political prisoner,

Brandon Fellows