**EXHIBITS**

**INTRODUCTION**

I am providing these exhibits to demonstrate:

1) Bill and Ryan lied to you on the record.

2) Bill and Ryan breached our contract/ agreements in many ways.

3) Bill and Ryan not only are paid in full so I don't owe them money, but they owe me money

4) I told you the truth about them.

5) I told you the truth about other subjects.

6) My desire for honesty (even against those who abuse me) is higher than that of my former stand by counsels.

7) The DC Jail abused me and destroyed my stuff/ is murdering inmates by selling them drugs.

8) General supportive evidence to my claims against Bill and Ryan/ against their ex-parte claims/ lies they filed to this court in their withdrawal motion.

9) And lots of other information.

I'm providing these both for obvious purposes (making a record and corrections, etc), but also because at a prior hearing, you suggested I was lying and that Bill Shipley was telling the truth about the situation. Bill has lied to you and me many times. I haven't. I continually show you evidence for this regardless of the party and it bothers me that you still suggest that I am the dishonest party when you have never once had me lie to you, nor could you correctly point to a time when I've lied to you. -I'm also

providing these as a reference point to show you that Bill not only lied to you about me in his motion to withdraw, but that he knowingly lied to you. I know as they express in these very exhibits that you and they have a close relationship, so I sure hope you will prove your ability to judge and rule fairly and blindly by punishing Bill for lying on the record to my detriment and in your courtroom against his code of ethics.

**EXHIBITS IN SUPPORT OF RESPONSE**

**Exhibit 1:** This exhibit shows my initial reluctance to their offers to represent me fully for 20,000 dollars (that price included trial). It was the beginning of me forming the terms I'd be seeking from our contract and was my first counter offer to them.

> February 12, 2022 (US/Eastern)BFYou10:09 AM
> Hey man, it was great talking to you as well. So I have some news that may cause a slight irritation, I am delaying admitting new counsel temporarily. As you know I got back from court and didn't even have enough time to eat lunch. After our conversation, I went into my cell and grabbed my goal/ to do lists and realized there were certain things i wanted to do before retaining counsel...
> Heres what im thinking for now... I was thinking about this last night... what do you think about for now me making a motion to retain you guys as standby counsel along with a motion that you only need to appear on zoom like the prosecutors helpers often do. My idea behind this is that instead of you guys having to argue everything and show up, i can argue as I want on the issues like getting our constitutional rights back and then motion to move to have you both fully represent me. I was thinking as standby counsel you all could be sent my motions on here, copy and paste them and format them more professionally and then send them onto the ECF so everyone can read and understand my motions better. For this im thinking 7000 dollars to appoint you/ you both as standby counsel with the judge agreeing to allow you to be present through video call. This will save the gov money so they no longer have to pay for my current stand by counsel... and of course i will have 2 people i personally trust more than any other lawyer that i can talk with. Let me know, if not because i feel sorry for the mess up id like to pay you 1000 dollars for your time anyways because i recognize you both have been helpful and caring before I even signed on. Let me know please.

**Exhibit 2:** This exhibit is Ryan Marshall's response. It also supports my assertion that they've tried to deny, that money raised through their fundraisers would also go to me... this was what I was told and was a huge selling point for me in hiring them.

> Ryan Marshall10:39 AM Hey man. let me run it past Bill. That will be more his decision. One thing to keep in mind, the faster you are out the more money that can be made. Both through your fundraiser and the one we have going. We would also be able to get you some speaking engagements (like nate did, I was able to raise in 100K in less than a week) with the phones down in there, it makes it impossible; however, being out we would be able to do the same thing and exploit the violations of your rights. Just something to also keep in mind. I would also suggest talking to Nate. You can be confident and trust him- he will advise you on his thoughts too having being someone living through this.

**Exhibits 3 and 4:** These exhibits show Bill lied to this court the multiple times he verbally claimed on the record that he was unaware of agreeing to be my standby counsel (4/14/22 and when he failed to get me bond in November 2022), and even when he tried to make me look like I was making things up by claiming "I had no idea he would request this, and I won't be any ones stand-by counsel."... He knew over phone calls, these messages, on video calls, and in court break out rooms of this... He agreed to this, yet he lied in court while claiming he not only wouldn't do it, but that he had no idea what I was talking about...These exhibits also show Bill lied about another major thing to this court in its recently filed ex-parte filing... Which they understandably tried to hide from me and refused to send to me over 7 separate times and for over over 40 days of me asking... Go and see the motion he wrote, here is a sample of his lies as shown in this specific exhibit:

> "3. I understood Mr. Fellows concerns, and we agreed that he would pay $10,000 at the start of our engagement, reserving the remaining $10,000 to be paid later. I entered my general appearance as his retained counsel on April 4, 2022."

This is a lie and not very good... He lied.... They thought these messages were gone... But I always try to find a way to record situations because I know first hand how many liars this world is filled with.

> February 13, 2022 (US/Eastern)RM (3)Ryan Marshall2:19 PM
>
> Bill is up in the air about your question, so he suggested I get another call scheduled with you and we can talk more, especially about moving the case forward in the best way possible but also in the way that you want it to as well
>
> RM (4)Ryan Marshall10:41 PM
>
> Hey. I talked with bill, and he really wants to step in as your lawyer, rather than standby, and wants to discuss this with you, so we will try and meet again. he is willing to do the standby (for the time being) but he thinks the major concern in front of the judge is that you are without counsel and only doing standby. But you are the one driving the case. with all that said, Bill said "how about we meet in the middle since 20k would have been the total if we went to trial in the end see if we can do 10k and we can sit as standby until the very end if needed."

**Exhibit 5:**This exhibit shows I was happier with the 10,000 dollar lower price tag and with them agreeing to be able to be stand-by counsels until the end for that price, meaning that it included the price for going to trial with them. Though not all the terms were set.

> BFYou3:13 PM
>
> Im able to talk whenever, I do know for a fact he would prefer i retain full counsel but however I personally am inclined to wait on that. Id be good with that price, and it will help with potential media plugs and give send go which will also raise my confidence in some ways as well to go further forward with full representation, though other factors will have to be considered as I just recently shared with you my current concerns as to why id like to remain in charge for now, with expert help and guidance. So yeah, talk next, not sure what a typical contract looks like from a lawyer, but i always tell customers to read the contract before signing so if there is a contract to be sighed and read over send it over when you are able to. Legal mail is pretty fast here unlike normal mail. And if needed i can take care of costs for mailing.

**Exhibit 6:**This exhibit is perhaps where Bill could claim he was referencing, but, given his lies over the record regarding not agreeing to being my standby counsel and having no idea what I was talking about, when he clearly had known and agreed to such things makes it very unlikely, he's shown bad faith many times just in these areas. Take notice, the written contract was general, we will soon read that verbal contracts that were transcribed by me onto the tablet were also part of the agreement that would eventually be made. Take notice that at this earlier version of our agreement (doesn't include everything), it would be 10k if i used them as stand-by counsel, and 5k if i switched to being fully represented (this would later be scrapped as you'll later read in another exhibit, as they said I wouldn't have to pay them the 5,000 dollars, that they would prove themselves without charging me by getting me bond within 60 days, and if I wasn't happy/ they failed to do so, they'd move back into stand-by counsel position, and they would not charge me the 5,000). So, at a maximum, even if Bill was relying on these agreements we were writing about, if he was told by me that I was not taking him to trial (which he has known for a long time now, he could not knowingly or honestly claim that I owed him an extra 10,000 dollars, as the maximum I would be charged for taking them to trial via stand-by counsel according to this agreement is 15,000 dollars... If I didn't take them to trial and retained them as standby counsel i would only owe them 10,000 dollars, which is what I paid and why I'm correct when I claim Bill and Ryan are paid in full (though they owe me money (see later exhibits)).

> RMRyan Marshall3:17 PM
> I can get it emailed over. and sounds good! they are standard. The contract will say 20k (and that is if we come in full time) which would be another 5 full time, then trial the other 5k and then the rest of the cost would be covered by the fund. So from here on, we can consider yourself having retained "standby counsel" of me and Bill for 10k, the contract is kinda moot as to only if we come in as full

counsel! Glad to be working with you. With the stuff noted above, could you put together some information for us and get it back to me today

**Exhibits 7 and 8**: These exhibits are further evidence of our earlier (not fully updated) agreement. Take note, even if Bill was completely confused by this agreement, the earlier terms were clear, the most he and Ryan could charge me for not going to trial is 15,000 (if I chose for them to remain fully representing me), and the most they could charge me for being standby counsels is 10,000 dollars... Pretty clear, from their own mouths...Please also note, I made it clear I wanted both of them as standby counsels... another breach would happen later as Ryan continuously left the case or was not my standby counsel on the record.. I also wonder why Ryan said that they can't contract stand-by counsel, that is what we agreed to, and nothing is illegal about it, why did he suggest that it wasn't able to be written in to my mother? They then later (after they thought these messages were deleted) claimed to me and the court that no such agreements happened... Seems extra sketchy to an already clearly sketchy situation.

> RMRyan Marshall3:17 PM
> I can get it emailed over. and sounds good! they are standard. The contract will say 20k (and that is if we come in full time) which would be another 5 full time, then trial the other 5k and then the rest of the cost would be covered by the fund. So from here on, we can consider yourself having retained "standby counsel" of me and Bill for 10k, the contract is kinda moot as to only if we come in as full counsel! Glad to be working with you. With the stuff noted above, could you put together some information for us and get it back to me today

> RMRyan Marshall9:09 AM
> Also, so to confirm, so I can send this to your mom. I am sending you paperwork that will cover us should you decide for us to come in fully as your counsel. that cost is 20k which includes everything up through and including trial (it says no trial but also says trial is covered by the fund) it does not include us as standby counsel since we cannot contract that. But this stands as a written and binding notice now that we are being retained for standby counsel for the cost of 10k and that 10k will be included against the difference should you retain us fully. if you

agree your mom is also allowed to give me your debt card info and we will charge the 10k to it and starting today begin serving as your standby counsel.

**Exhibits 9 and 10**: In these exhibits you notice I stated that I was only agreeing to pay 10,000 dollars for standby counsels. Ryan agreed to this. I was not the one "confused" over this, Bill knew what we agreed to, he just was trying to force me under pressure to submit to his changes.

BFYou3:25 PM

Ah I see, gotcha, well that sounds good hopefully all works well with it. Lets do it, I Brandon Fellows agree and give my mother Davida Chuckrow permission to give you my debit card information so that 10,000 dollars and 0 cents can be paid to you Ryan Marshall and Bill Chipley in order to retain you both as standby counsel. I understand 20k is the cost to go all the way to the end of trial with full representation but at this time I am not agreeing to pay 20k, I am only agreeing to pay 10,000 dollars for retaining you both as standby counsel. Brandon Fellows, 3:25 p.m. 2/15/22-

RMRyan Marshall3:26 PM

Thank you sir. I am sending this to your mom right now!

**Exhibit 11:** In this exhibit you'll see my mother did not want to pay Ryan yet using my card because she read complaints about him, one of which being that he stole money from a client. Funny, Bill and Ryan would have also stolen money from me and other clients I personally know.. I'm not the only client that they have falsely claimed owed them money when in fact they were paid in full, there's a clear track record here... I've documented some of their clients complaints and obtained signed affidavits to these facts.So, this delay brought more discussions and terms to make me feel safe, the discussion were over the phone, but you will see what they were in an upcoming exhibit.

BFYou5:22 PM

Just spoke with my mother, she informed me my grandfather was found dead in the snow outside his barn yesterday. On top of that she tried convincing me not to hire you just yet. She said she Googled your name and found a woman claiming she had a lot of money stolen from her by you, media accusations that you aren't on the bar, and something about pending charges... My mother said she would like to speak with Bill first before agreeing to this and wants to research more. She asked me if I was aware of any of this and I shared no, the most I heard was that you were a fed and helped a terrible lawyer John Pierce. If you could help me understand some of what my mother has come across in the mean time that would be helpful.

**Exhibit 12**: In this exhibit you will find that we had finally come to an agreement where I solidified it through payment, I paid for their standby services in full, knowing if I took them to trial or allowed them to fully represent me (past a testing period that would later be negotiated) I would owe them more unless their fundraisers paid for it.

Feb.17 2022RMRyan Marshall4:58 PM

Your card has a daily limit. I was able to charge 4k today. It will show Marshall Freelance on your card. The money was pulled and sent to Bill. He is CCed in the email with your mom is confirm.

**Exhibit 13, 14, and 15:** In these exhibits you will find we were discussing and planning on when to notify the courts that I had retained them as stand-by counsels. You will notice again Ryan and Bill are sharing they would be as agreed upon, filing a notice of appearance as my stand-by counsels, not fully representing me (As Bill later did and verbally lied about in court on 4/14/22) As they shared, it was up to me. In exhibit 15 you will notice I choose to do the latter option. The court did not rule in my motions on March 18th as expected, so I moved the date of them notifying the court to be at the end of April 14th 2022, which you will see supportive evidence for in upcoming exhibits.

BFYou7:43 PM

what is your plan for notifying the courts? Should we wait until the 18th of March when I see the Judge and use as much of the "free" attorney as possible to make things easier and cheaper for you guys so you can focus on others, or are you trying to kick the other guy off ASAP? I think the second has its benefits for both of us more so, but not sure what your thoughts are.

RMRyan Marshall7:46 PM

that is totally up to you. That prob would work that way we can file a notice of appearance as standby

BFYou8:37 PM

I'm thinking if it's okay with you to do the second option for the reasons stated above. Meaning if something must be entered into the ECF I can do it, I'm not currently able to enter typed motions onto the ECF, and I only hand them in when I get to court, all handwritten and messy. My plan, is to type it here, send it to you, just have you re-spell check it since I don't have spell check, put the legal font and line spacing, a proper cover page, then send it over to Randies email, and he sends it to my current standby counsel as I let him (Joseph Conte) know I wrote up motions and had them formatted and my friend Randy emailed him my motions, and then instruct him to enter it onto the ECF. This way, it does not seem I'm double dipping, and then come March 18th I switch over publicly to you guys, less work and less money for you guys, more spent at state expense. Thats at least my thoughts, any objections, alterations or considerations you'd like to share?

**Exhibit 16:** Here you will see my motivations for the delaying of notifying the court of their appointment to standby counsel positions, I did not want the court distracted by the hearings. This is why when the decision wasn't made on March 18th, I informed them to wait until it was, which would have been 4/14/22.

February 24, 2022 (US/Eastern)BFYou2:15 PM

Now, here is my memorandum/ motion to my 58-1 document I want entered into the courts ECF. Either you can enter it, or you can email it to randy Ireland who will send it to my current registered standby counsel and I'll instruct him to accept it as mine. I prefer the second, and Randy has agreed he can do this, I just want to ensure when the document is sent from you to Randy that the formating stays the same, for this to happen it would have to be saved and shared via microsoft word. If that will be a hassle, we can always break silence a bit earlier than I'd like to and share it directly from you... But my way I think will not cause a delay or

an unneeded diversion. I'm looking for this to be entered with no other distractions for the judge like "Oh, now he has new standby counsel?" I'd prefer to wait on that.

Exhibit 17 and 18: In these exhibits you will further see my motivations for delaying their notice of appearance as my stand-by counsels.

April 2, 2022 (US/Eastern)BFYou9:53 PM

my current standby said he was going to pick up my exhibits Friday after court, but he never came... never messaged me... and so im worried if you and Bill add yourselves to the record if he will no longer pick them up and enter them onto the ECF for me... and I don't know the status of the motion I wanted sent in before Bill officially jumps on... I want to delay it by a few days... I have 152 pages to be picked up, entered onto the ECF, and then mist be brought back to me... I want him to do it, it is time sensitive, and I know you guys are far out... then I can do the switch up, not to mention I still want him to finish or start and finish submitting the last motion I wrote before we ask for the official switch.

April 4, 2022 (US/Eastern)RMRyan Marshall11:58 AM

No problem buddy!!!!

**Exhibits 19, 20, and 21:** These exhibits are from the day I was sent to the hole in retaliation from both the jail and because of the Nazi you personally (Judge McFadden) know and sentenced who was living in the same unit as me(a half Jewish person/Mesianic-Jew) voting to kick me out via paper grievances for daring to speak against the corruption of his Aunts organization Patriot Freedom Project (PFP). I pointed out how Tim used the money to his advantage and to make a dangerous mafia like gang of mostly close minded idiots who did whatever he wanted them to do in exchange for him ensuring his aunt gave them tiny bits of money. These messages on this day are relevant because Ryan claimed among other things that the reason he broke silence against our agreement and notified this court and Mr. Conte of me retaining them as standby counsels was because he "was worried and wanted to ask Conte if he knew

what happened to me." I didn't approve of this and I directly ordered against such things. It would prove to screw up things just as I feared. Mr. Conte did not send the 157 exhibits to the court because of this, and the court could not view it as an aid to my points or to my credibility. In fact, it didn't receive them for months, not to mention, the court was distracted by this instead of mainly focusing on the abuse and issues I was facing in jail.

April 4, 2022 (US/Eastern)RMRyan Marshall3:18 PM

you okay? i heard they were cleaning out your cell?

RMRyan Marshall3:37 PM

hey man, you out there? you okay?

BFYou6:02 PM

Hey, I just was given a tablet... they didn't feed me lunch, I went to indoor rec, Lt. Bruce came in, handcuffed me, took me away, brought meto medical and informed me they were conducting an investigation because they felt like my safety was at risk...im in the hole, no commissary, no bible, 1 not working pen, no water bottle, papers are all disorganized, Tim was laughing as they hand cuffed me and brought me away, This is an hour after a neutral person came to me and warned me that the Tim squad was plotting to write me out of the pod... I'm not very happy about this, and I'm grateful the other stand by counsel came by to pick up my important exhibits before all this happened.. I'm angry at Tim, Ryan betrayed me, again, and I'm the one being punished when it is those corrupt evil people punishing me for daring to speak against PFP... These idiots don't support free speech, they were praising my name last week and the past week all I've gotten from them is dirty looks and middle fingers... I shouldn't be separated or punished over this, they should... I'm told I don't get any rec for 24 hours, and then after that I only have 2 hours a day, and no one to talk to, I woke up to Nates voice, he just left this area, I don't know where he is going.. But he just left the hole... I'm told no phone calls, the only reason I habe a tablet is because Nate left it and I asked the guard if I could have it. This is bull crap

**Exhibits 22 and 23**: I supply these exhibits to showcase that Bill has no concern over how PFP was treating me or his other clients, his main concern was grifting off of PFP... Yet he's told others that I'm a grifter. When I made more money being free than I did in

jail. I supply my response to Bill's "griftiness" by clearly pointing out I feel as if that by taking money from them that we were negotiating with Nazi terrorists. Bill Shipley doesn't actually care about his clients, he is a grifter whose main concern is getting more money. Still, this exhibit further shows that they had money coming in from other sources, so thing they said we would be able to share in... Now they claim that all of that money is for them, another bait and switch.

April 6, 2022 (US/Eastern)RMRyan Marshall1:59 PM

Note From Bill-100% NO MORE COMMENTS ON PFP. We now smoothed everything over with them and Bill and PFP are on good terms. Likely money coming in come them soon to us for all you guys!

BFYou

So, that is potential good news about how we may be receiving some unknown amount of money, but even if I was definitely receiving a decent amount of money, the potential issues still exist. I didn't share my story about PFP to get money, I shared it because I knew there were better options, and I knew my story showed how their is corruption and favoritism. How things played out after I shared my story both with PFP and Tims anti free speech gang only made things worse.. I was not looking to speak the issues, but when I was offered an opportunity to speak I spoke. Now, I have belongings missing, I'm still without a pen, I went days without a toothbrush, I'm stuck in my cell, I haven't spoken to family, and my motions are gone.. I'm not saying I'm not going to respect the request because I feel like I said all I need to say about PFP.. however I'm just uncertain why anyone should be subjected to listen to PFP. If PFP is out of the picture the anti Semite and his hateful violent friends will have less power to do what they have done to Jake, me, Mock, Nate, Ronnie, and threatened to do to others. To me it's like negotiating with Nazi terrorists, and all on a potential promise of an unknown amount of money, it just doesn't sound good either way. I don't think I need to say anything more about PFP, but I think you understand why I am confused on the issue. Pfp takes an unknown percentage of funds, give send go doesn't.

**Exhibit 24:** This exhibit is supportive evidence of previous claims of mine to your court that I found black mold, this was prior to them moving me into another cell, the black mold from the sink was from the smua side corner cell, i was moved there for a few

days because my toilet stopped working, then I was moved back once the toilet was

fixed, bht shit water was still on the ground with no mop or soap to clean it... This exhibit

also supports one of my stolen access to court violations the jail refused tk send

showing my motions I was writing on the tablet were deleted... Lots of work thrown

away and destroyed. This exhibit also supports my claims in court on 4/14/22 on how

they were not letting me out of my cell for days. And the 157 exhibits proving my claims

against the jail not getting to the court in time because of Bill and Ryan breaking our

agreement to keep quite until the exhibits had been entered on the ECF and the hearing

had concluded.This is something I continually kept try to check up on for months.

> April 12, 2022 (US/Eastern)BFYou3:37 PM
>
> I collected some potential black mold or mildew that shot out from my sink i want
> to give you in a baggie, it looks like drugs but its not lol. Also, I beg you to bring a
> laptop when you visit me, i have things on a usb i must transfer over to you. Don't
> share with any other sixers please, the last way I used to type up motions was
> shut down, i think someone I shared it with shared it with the jail.. Also, i really
> want to be sure my motions were sent in but i cant make phone calls unless they
> let me out of my cell, the past 8 days ive only had 2 days of 2 hour rec... was that
> last motion submitted? And also what about the 155 or 156 exhibits I gave to Mr.
> Conte? Thank you

**Exhibit 25:** This exhibit further goes against your narrative that I was somehow live

streaming from a phone for fun. I truly wish you cared as much as I do about guards

killing inmates by selling them drugs, but you made it clear that you don't care about

that. Very irritating, what happened to you stating, "Justice must be done?" In my

hearings? It also supports my claims against the jails abusing me and denying me the

ability to shower or make phone calls.

> -BFYou8:19 PM

Okay, i have some incriminating recordings on jail officials im trying to get transferred, comte sent in a giant usb drive and the laptop update allows me to record on the camera, so i have been documenting the jails abuse... just capturing as much as i can. So i really am wondering if my motion that we were secretive about was put on the ECF or not, it MUST be entered onto the ECF because the 156exhibits are directly tied into it. If not, we can tell Bill I ordered for it to be submitted. I wont share our secret, but some how it must be submitted if it wasn't. Its the post response. Lol, they don't follow the law here, if congress members cant get in until the warden was fired, Im afraid your dog won't either, but would be cool if he is, if not tho, prob best to make sure he will be okay in car or something. I also am not hearing anything about this pre hearing dete tion im on... pretty sire its only supposed to be 48 or 72 hours, its about to be 9 days later. Ive gotten rec and phone calls 2 out of the past 8 days... ive been in this cell for 188 out of 192 hours these past 8 days... they keep denying giving me rec... and wont allow me to use the phones... even to call you guys, i was let out on my birthday and then asked nate from a locked in room with a tv separate from him if he could ask you to message me.

**Exhibit 26:** This further substantiates my claims that Bill was pressuring me on 4/14/21 3 minutes before trial to randomly allow him to fully represent me. He threatened to leave if I didn't do so and agree to let him do so, breaking our agreement, still I held my ground and told him no, that wasn't what we agreed on. Bill lied in court and claimed he wasn't my stand-by counsel, and the court looked at me like I was a delusional idiot thanks to Bills lies. Very irritating, still, I didn't embarrass him despite how he embarrassed me. As this exhibit shows, days later, I welcomed a conversation about letting them test out fully representing me, but I did not want the kind of high pressure or black mail that Bill tried to use against me 3 minutes prior to court. I spelled out how I wanted to be spoken to for the best chances of reaching an agreement. Bill and Ryan kept asking me over the phone to list out what terms I would need in order for me to let them temporarily represent me to show that I should allow them to continue to fully represent me.

4/16/22BFYou

Next, i would like in a week or later to talk with Bill and yourself about the potential to be fully represented, I ask that i be able to be heard and it not be a high pressure do or die situation. I respond best to good listening and people showing that they care and can work with me until im comfortable. I think I can meet you guys in the middle potentially, i just want to be heard and have some questions answered. Thank you, very much, and if possible please get Nate and I outta this solitary confinement, I have no concerns about threats in c2b, they know I would happily sue anyone who attacks me.

**Exhibit 27:** This exhibit further substantiates that my property and preparations were improperly destroyed.

April 21, 2022 (US/Eastern)BFYou11:38 AM

Hey, so i was told just now by the case manager that when he sent the email out he was informed that my property had already been destroyed at the time. They blamed me for taking too long to sign the form, but they took a week to have anyone sign it, guards continually refused to sign it. However, that shouldn't matter because i was told they are suppose to hold onto property for 30 days by multiple white shirts. This is continued retaliation.

**Exhibit 28:** This exhibit is my overview of what I could remember from our new terms/ new agreement. I was not going to have to pay for them to tackle the bond motions, or the 1512, and they would do other things as well in this "trust building/ test phase". If I was not satisfied, I could go back to having them as standby counsel. This would not cost me any money. If I was satisfied (they got me bond or the 1512 dropped pre-trial than I would keep them, but they were suppose to also do other things.... They broke so many of these agreements, that is why I switched them back to stand-by counsel as soon as they said I was allowed to... You'll also see supportive evidence for me denying the governments time served misdemeanor that Bill and Ryan tried to convince me to sign, you will see my reasons for why I denied it listed as well.

April 23, 2022 (US/Eastern)BFYou11:26 AM

Overview of yesterday in writing: i can send in my motions and responses still (including matters that may be moot such as objecting to ms. Halverson being removed from the case and my account of the plea discussion on October 12th), so i will finish them up by the 17th and get them to Franklin or via usb drive and sent out to you. Next, at the 17th i will be fully represented and will be working on a "trust building" phase for at least 60 days where i will be quite in court and let bill do his work. The main focus will be seeking bond and putting in a motion against the 1512. Other things i want to pursue such as change of venue and selective prosecution we can pursue and i can send them in with personal facts relevant to my case so long after Bill has gone through it to make sure he approves of its professionalism, format, ect. Bill will pursue what i want but he mist approve how it is sent in, my opinion will be taken into consideration and motions will be sent to me to overlook for my approval before going on the record. We will be pursuing to get me a mental health evaluation in the jail. If after 60 days i want to go back to representing myself I can and i will not lose you, Ryan as stand by counsel, your legal problems just have to be done in order for this to happen. We are scheduling a video call with my mother soon for photos. A usb is coming in soon and the jail said that i will be able to have a laptop during that time. A person who litigates in dc for 25 years would be interested in pursuing a civil suit on the issues ive suffered from and habe collected from others on the dc jail. I will not be charged surprise services, any other charges are covered by the fundraiser, (not including trial). Bill is going to be talking to me more to get a better understanding of some things. And thats what i remember for now.... Side note: I feel like i keep trying to make this clear, i am glad bill expressed to me his views on why i should take a plea deal as we discussed "knowingly" however as ive read on entrapment by estoppel and capitol cases where protesters are not told they are breaking the law and then their charges are dismissed or trials reversed I am not interested in plea deals. I have not been interested in lying to get out of jail/ reward the prosecutor for her abuse. I am happy bill looked into this, but please express to him i do not want him wasting his time trying to negotiate with the prosecutor on this, it will nit produce any fruitful results. I also don't want him expressing my views on this to ms. Furst, if she focuses less time on trial thats great for me, just no more talks with her on plea negotiations, I will not take a plea, even for a misdemeanor time served plea deal. Also please be careful with Ms. Furst and consider recording conversations with her, she lies and twists peoples conversations and facts all the time.

**Exhibit 29:** In this exhibit you will find Ryan Marshall, writing "I believe that all to be correct (my overview of our negotiations/ changes to the contract/ terms for allowing them to test out fully representing me as they kept requesting to do)". This exhibit also shows that Ryan suggested that he would have my bond motion rough draft ready by that Friday.They have failed continuously to keep their agreement and let me view motions prior to them filing them.

April 25, 2022 (US/Eastern)RMRyan Marshall10:36 AM

I believe that all to be correct. I cannot record our conversations but i do take notes when I talk to AUSA's. I reached out to major Talley-- they are signing off on your paperwork today to also get you moved back to C2B. I should also have a draft of the bond petition done by Friday; and I will be going over all of the filings and getting your motions in too.

**Exhibit 30:** This exhibit further substantiates I was telling you the truth about the jail and the evidence I have and had on them.

BFYou

I found 100 percent proof on video of a guards cash app used as payment for giving drugs to inmates. I also don't trust the FBI... if you could ask chief anderson of the Marhall's or Marvin T Bickham to come visit me, I want to share this proof with them without them notifying the jail, i want to destroy this jails criminal like actions and getting people addicted to drugs. I also know 100% how they can get the others involved caught, both inmates and guards in a way that would not send a warning out to the jail.... the hole is known to be the center of the drugs, and ,multiple guards are in on it. I have proof of transactions, times of deliveries, and a method they can use to silently keep track of these things... please tell no one, no defendants, not FBI, no doc or dc jail people... i trust chief anderson and the marshals. Any how, thank you, talk soon.

**Exhibit 31:** In this exhibit you will find supportive evidence that my preparations and evidence of crimes/ murders (yes because inmates I've known have died as a result of

these guards selling them fentanyl) were taken and destroyed just as I feared! You did nothing to help this situation! Do something now! Don't be a coward! Stand for justice!***

April 27, 2022 (US/Eastern)BFYou11:17 AM

I came back from rec to find lt. Lancaster (who was kicked out of c2b for stealing mail and 2 peoples discovery temporarily and then tried to cover it up) came in my cell, threw out my cup again, amd took my other black usb discovery drive.... i asked the guards why she took it and they said "shes brining it right back".... i encrypted it, but i Don't fully trust the jail... I see no reason why she took it if "she will bring it right back.... she is the same person who rarely uses her camera...Other usb safe that Lancaster took? I fear she may have taken it because i was an idiot and left the talks about how i had videos of others in the jail on there and how damaging it was... i left it because this was before i realized all copied messages get saved on the tablet unless you delete them... i also wonder if that is why they accepted the usb you sent and then sent it back... i could be wrong, but i worry the evidence will be destroyed or "go missing", they have never taken my usb, and you said they never denied you sending a usb, so im sketched..

**Exhibit 32 and 33**: This exhibit shows the problems that were beginning to happen with Ryan and Bill, things would only get worse from here, and fast. On exhibit 33 take notice, was the 1512 motion ever sent in this time frame as they said it would be? No... Was the change of Venue? No... Were many other things we agreed on? No... They continually breached our agreement.

BFYou1:02 PM

now the matter wont look as bad against them because of this delay, and i wanted it on the ECF before they could fix it. It still must be submitted with the original date i wrote, if bill hasn't added what he wanted to it by now then i don't want to wait any further with that, i sent it in a long time ago. I worried and warned that would happen if we took too long to submit the discovery memo. Let me know just a brief update when you can. Solitary and not knowing progress, let alone progress on things from over 1 month ago is stressful. Read my messages in a kind tone, because i know you cant read them with a tone, im cool, just unaware on multiple things

Ryan Marshall1:14 PM

the post response was filed (yes) i filed that before this all went on. The exhibits still have not gotten to me yet. Once they get here, I am making copies of what i need and sending them back to you. I know there are people looking for things in there. i am working on your petition for bond, the 1512 is also being worked on. same with the motion to change venue. everything we agreed is happening. some of these wheels are just slow moving, but i promised you i would take care of you, and i am brandon!

**Exhibits 34, 35, and 36**: These exhibits offer proof for my claims on access to court

violations, 6th amendment violations, and that my motions/ appeals have been stopped

from reaching the courts. All three out of three appeals filed to the appellate court have

failed or been closed due to a mixture of the jails, stolen motions, no discovery/ stolen

discovery, wardens, or standby counsels.This is ridiculous! You said it was not

recommended to represent myself from jail, that doesn't allow such abuses to be

acceptable. These exhibits offer proof for one of my failed appeals, the second failed

appeal was typed up on the discovery drive that the DC jail destroyed (which you also

have seen supporting evidence for).

You3:52 PM

Those fuckers!!! I just got my first response from the court of appeals! They said they filed orders on 12/13/21 and 2/16/22 ordering me to file a memorandum of law and fact by march 28th 2022. No response has been received from appellant. Upon consideration of the foregoing, it is ordered that this case be dismissed for lack of prosecution... It was filed on 4/25/22.... No one told me anything, no cara, not conte, you guys made it sound like they hadn't decided yet, and i didn't ever get anything from the mail room or legal until just now..... I know you are about to file bond, but this would constitute a reconsideration right? Or a writ to the supreme court? My contact with the court never reached me, i want proof it was the jail, or to find out how this happened, i think it was prejudicial and i bet Cara or the mail room caused this to happen.

RMRyan Marshall4:00 PM

Nothing regarding the appeal was ever shared with us, the need for anything, nothing at all. There was nothing even on the docket of your case about it. With

that you can refile the appeal, that is not an issue since you were not given anything. As for Bond-- this would be a reconsideration with McFadden. Which both Bill and I have a good relationship with..

BFYou4:45 PM.

 I didn't think you guys knew about it, but i am surprised no one found out about this until it was too late. and i was delayed by over 5 months... it would be unfair fro me to have to now file and re open the case because of what i think is the jails or Cara's fault. How could something so crazy like that happen? The court of appeals clearly has my address, perhaps the mailing problems and delays can also help bond? I also was appealing calling up my first lawyer... Okay... thinking... if McFadden denies the reconsideration.... is there a way i could potentially have sent in a memorandum/ proof that i never got those orders? I want some court to know what happened and who to blame, this was not my fault. I'm hoping for bond, but im really curious what the court of appeals would have said if i was able to respond on time.

**Exhibits 37, 38, 39, and 40**: These exhibits substantiate my claims that Lt. Lancaster

and others were breaking their own regulations in holding me in solitary confinement

and were constantly seeking ways to keep me there as retaliation for pointing out the

jails and their abuse.

May 11, 2022 (US/Eastern)RMRyan Marshall11:23 AM.

So no update? I talked to several people and they have said you were being moved yesterday and they are unsure of what the hold up is, and that there really should not be any.

BFYou11:54 AM.

I just came back from 3 hours at medical, they wouldn't move me back at first from medical to smub because i refused to wear my mask above my nose.. finally they just gave up amd said send him back without the mask. So, i saw lancaster 2 times so far today, i asked her 2 times... the moat i got out of her was "they changed their minds"... "who changed their minds, why?" "Idk".... thats it.... No one is telling me anything.... ive asked for captains and majors, no one is coming... no one is telling me anything.

RMRyan Marshall11:55 AM.

okay. I will try and get someone down to you ASAP..

BFYou12:10 PM.

Thank you.... This is the third time ive packed my things to then be told "never mind".... April 4th until 5/11, and ive done everything i can every day to get out of here, contacted every person i come across, shout about it every day, food strikes, grievances, lawyer calls, everything.... they always have an excuse.

**Exhibit 41**: This exhibit shows Ryan Marshall reaching out to the jail via email and asserting guards (who I don't like and who abused me) said things that they truly didn't say, which in the next 2 exhibits, you will find he knowingly lied about this.

RMRyan Marshall1:39 PM.

Good morning- Again, I am sorry to have to take that time and bother you both with this, but I am unsure, again, of how to proceed. As you both may know, Mr. Fellows is also currently located in SMU-B and for about two weeks now both he and I have been told several times that he would be returned back to C2-B. Yesterday, Mr. Fellows was told he was being moved that day— he was instructed to pack up his belongings in his cell and that he and Ryan Nichols were both returning to C2-B. Since that conversation, Mr. Fellows has not been moved and (as it is being reported to me) Lancaster (I believe Sgt. is the correct title) has been ignoring Mr. Fellow's request for communication. Finally, it was reported to me today that when Mr. Fellows saw Lancaster the only thing said to him was "they changed their mind to move to back because they hate you." With all of that said, can I please be provided with some form of update as to the transfer of Mr. Fellows back to C2-B. Further, as you two are the ones I mainly deal with in the jail and whom I trust, would it be possible for either of you to visit Mr. Fellows and update him of the current situation? Thank you so much! RMRyan Marshall1:40 PM.

**Exhibit 42**: This exhibit shows me correcting Ryan on the facts from the previous exhibit.

BFYou1:49 PM.

"Sooo, Lancaster didn't say "because they hate you", that and lancaster is a LT. Thats the only things wrong about that. I def want to speak to someone besides lancaster because i am in the dark again. Thank you Ryan, please keep me updated.

**Exhibit 43:** This exhibit shows that Ryan knew she did not say this, and yet wanted me to assert that she did say that. This shows that Ryan is willing to lie about small irrelevant things.

> RMRyan Marshall3:28 PM.
>
> SHHHH, she did say that :) lol.

**Exhibit 44:** This exhibit shows my response to Ryan essentially asking me to go along with this lie. Please take notice, this terrible woman (Lt. Lancaster put me through terrible times and forced me to live in deplorable conditions all while lying about me, laughing at me, and putting me at risk. Yet I did not stoop to anywhere near her level... The truth is VERY important to me! If I don't tell the truth on something, it bothers me, I remember it... That is also why unlike so many others, I can't lie and take a plea deal to go home, I would continually think back "I lied in order to get out, I cowered and gave up." I would feel terrible. Ryan never responded to this.

> BFYou7:19 PM.
>
> See, i have the mindset of "record everything" and whats saved me so many times and put me in a power position over people trying to screw me in business, life, or my 2 separate court cases I've had is having recordings to present to the court to get charges dismissed or show the testimony of the opposing side was a straight up lie. I often try to be honest so that way they never have a chance to say "thats a lie" and destroy my credibility. It may not always be great in court on the attack, but it has always helped show me to be honest and more credible than the opposition in my only 2 closed court cases in my life... so, Ill just be quite and let you say what you say, but just be sure/ confident it can't come back to bite me... I know im unlike a lot of people, but if i were lancaster, I would secretly be audio recording me as she encounters me and hope I say something crazy or later lie about an incident amd then have the proof going against these claims entered on the record. I do not want to lose credibility in court, especially in civil court. There was a case that just closed up on some famous guy this week about sexual misconduct, it was text messages and recordings of her scheming and

"playing the story up (as message was quoted)".. the judge then questioned her credibility on other statements and threw out her claims and let the man go... i don't know if he did it or not, maybe he did... but i do know if i were a judge and he caught me in a lie about lancaster in one situation, he would question my whole story and credibility. Ill remain quite on this one, besides, lots of other good stuff. My lips are zipped, i just can never testify to that... if i was asked i would say "I don't remember her saying that" simple and non detailed, no one gets in trouble/ credibility attacked.

**Exhibits 45-51:** This exhibit shows the first few minutes of Bill and Ryan fully representing me them lying to me about me not getting sent out of the facility for a mental evaluation. This was shared because of what language you (Judge) used in court. You made it seem like I was going to be shipped out to another facility (which I was). It also shares again, I was right, I feared my preparations were about to be stolen/ refused to be taken with me. I said I wanted an immediate motion to ensure I would be allowed to take my legal preparations and remaining discovery (mostly notes on stolen discovery and transcripts) with me (which regardless I'm supposed to be allowed to take with me anyways). The next few exhibits will help show you I was lied to, further substantiating my claims on motions/ notices/ complaints against Bill and Ryan. On exhibit 48 you can see that I was told again that I would only be leaving for a maximum of a night. I was told I would only be leaving during the day. That if I was to be sent to a faraway facility that Ryan would motion to stop it. That I would not be gone for a long period of time. As we now know, I was gone for months and was shipped out all the way to Texas, my preparations were stolen and they were not allowed to be brought with me despite that as a pre-trial detainee and that I was helping to finish/ start filing motions (per my agreement with counsels) legal work is supposed to be allowed to be brought with me. After Ryan checked, I was told a maximum of 2 days and that I'd be leaving soon. The evaluation didn't come back until past halfway in September, 4 months later.

BF (45) You 2:51 PM.

Bro.... ill respond to that soon.... i expressed i did not want to leave the dc jail, i
expressed I didn't care what you pushed, but that i wanted to remain in this jail
unless given bond, what the heck just happened? They are about to transfer me
to a new facility? I don't want that... my papers won't come with me, i wont have
the contacts i have now, i wont have the usb's I have now, i wont have the
connections or friends i have now.... i don't want it..... amd if it is going to happen
anyways despite my clear requests I want an immediate motion to have all my
commissary, funds, property, papers, etc to be transfered with me.... i will be so
beyond pissed if i am transferred and this stuff doesn't come with me. I am
waiting to get out of my cell to call you to figure out what happened and is
happening. First few minutes of full representation i was blind sided with the
exactly what i didn't want.

RM (46)Ryan Marshall2:52 PM.

NO no no no. Dude, a transfer to be taken to the doctor. that was it
not to another jail. it is ONLY to go see a doctor. The will not have the doctor
come to the jail, they will take you to the doctor. that is common, that is what they
mean by a transport order-- it was transport not transferred

BF (47)You2:53 PM.

He made it sound like the dc jail does not have a dr and that i would have to be
moved to a different mental institution or jail... are you 100% hes not talking
about moving me? He did say the words transfer which os why i began freaking
out.

RM (48)Ryan Marshall2:54 PM

Yes. I am sure. You will be sent somewhere (maybe overnight, but I doubt it) for
the evaluation. you will remain at CTF. I would have stopped it. yeah transfered
to the facility to have the testing done, that is it. you will not leave CTF, I will
make sure of that, i swear on my life to you on that one. I would not never have
agreed to it, and if something comes up that is different, I will stop it. I promise, I
will ensure you are NOT transfered. I swore to you I would make sure you stay at
CTF and I will keep that. Also, for the future, if something like that comes up
while we are in court-- you can speak up as to speak to me.

BF (49)You3:06 PM.

Okay.... i was so freaking stressed and angry, i almost spoke out in court... if you
say so, ill relax... it just seemed like thats what he was saying. Thank you, sorry, I
was so not doing good away from friends and surrounded by drugs.. i did nit want

to lose the little i have here to be surrounded by people in a mental institution. Thank you, so in the future i ask "your honor, may i please speak to my attorney for a moment?".

RM (50)Ryan Marshall3:09 PM.

you are fine man. I know you have trust issues and have been burned in the past, but I will not do that to you. I swear. and yeah if something ever comes up, that is perfectly fine, they will put us in a room like when you first got there.

RM (51)Ryan Marshall6:04 PM.

I just double checked. you will NOT be transfered, just transported. You may be there about 2 days at most, but the order states you are to be returned to CTF and the ONLY purpose of the transport is for the eval..

**Exhibits 52 and 53:** Here Ryan is reminded of our renegotiation terms that we made over the phone per their requests. Remember, they asked me to list what it would take for me to allow them to fully represent themselves. I remind them that if they fail to do the 2 biggest things I sought action on the most, I would make the switch. Ryan agreed to those terms as shown in the previous exhibits..(Exhibit 28: see: 1) "trust building phase/ main focus will be seeking bond ans putting in a motion against the 1512...", 2) "If after 60 days...", 3) "your legal problems have to be done...", 4) I will not be charged surprise services/ same price offered as standby counsel/ no charging me for this trial period/ trust building phase..."). Take note again, they agreed to the same price as they offered to do for standby counsel despite fully representing me during this trust building phase.

May 21, 2022 (US/Eastern)RM (52)Ryan Marshall12:35 PM.

Is it true that you plan on setting us as standby counsel again once your bond petition is done.

BF (53)You3:32 PM

If that and the 1512 motion fail then yes, as mentioned, i would see how having Bill and you represent me for 60 days or so would go. If you succeed then as mentioned id be more open to keeping you both until trial, however, I will be representing myself at trial whether it has been successful or not. You and Bill said this would be an option if I was not happy or pleased with full representation, as Bill expressed, he expects you to have your legal problems taken care of by then. We already agreed at full representation at 10k, then we negotiated to allow for full representation, with the ability to switch back after a test run if necessary. This should not be news as I already expressed that was a major concern of mine, losing the potential to habe a standby counsel I trust if things don't go as I want them/ it is better that i lead the defence.

**Exhibit 54:** This exhibit shows Ryan's response to the previous exhibit. Ryan is confused over our agreement, I early on asked him for prices if I didn't take them to trial, and to go to trial because I was open to having them represent me if they did really well. But then Bill started showing his colors and I didn't like them, I decided pretty quickly, unless I saw some drastic pre-trial wins, I would represent myself at trial. Seperately, take notice, Ryan accepted payment for publishing a few of my jail videos. It was agreed that was his commission/ payment for helping to make that happen. He shared with me that we could also include a separate link to increase the amount of money that I would receive. That money was to go to me. This wasn't their overall fundraiser, this was one  specific to me and I only allowed the separate link to be shared so I could raise a greater amount of money.

RM (54)Ryan Marshall5:58 PM.

Umm. well part of it did, I was basically told that no matter what you were switching back to representing yourself. I thought it all went well you were not doing that at all. And you never said if you were happy or not you were representing yourself at trial I will send that all to your mom now. are you meaning you pay us for hitting those goals? I am a little confused. What time is your rec tomorrow, might be easier to chat on the phone.

**Exhibit 55:** This exhibit is my response to the previous exhibit. We talked on legal ways I could give commissions for achieving certain motions or other related accomplishments (it's my experience as a business owner that employees are more motivated to accomplish goals if they are rewarded for achieving that goal rather than just simply paid to work and do whatever I tell them to. I want a great service and a great product, not a crappy basic product/ service from those working for me.

> BF (55)You7:30 PM
>
> No, i was open before to being represented at trial, but i want to do it myself, whether its bad or great, i want to experience it. And yes, if things go well i do think i will keep you guys, and seeking to pursue certain motions,i know you guys said i could write them up and you guys would make it good for use, but should a disagreement of importance come up i have that on the table. Thank you for that. Yes, thats what I meant, like we briefly touched on yesterday when i mentioned commissions for reaching goals. I didn't know if you were upset or worried, but i just wanted to be clear i mean to keep my word about not leaving in 60 days, and about objectively looking at the results produced during the 60-90 days (i say 90 because perhaps things may need to take longer to be achieved.)

**Exhibit 56:** In this exhibit, you see Ryan accepting the commission for accomplishing a goal I laid out for him. Per our agreement, he would get 1,000 dollars for getting the videos I selected to be shared, sending them to a journalist of my choice, helping to ensure the 2 separate links were ready to accept money (the journalist I gave the videos to shared we could share the fundraising links), and ensuring they were published. This was his only payment, the money earned from the second link he had set up/ used was to go to me, not him. He tried to ask last minute permission to include a crazy request in the article for the black mold to be tested in a lab, bit I told him not to do that as that sounded ridiculous as they have simple black mold test kits. Asking people to donate

10,000 dollars for a lie was not something I was looking to do, I wanted this to be honest.

RMRyan Marshall6:04 PM.

As per our agreement on the phone on 5/22 at 6:00pm. You authorize me to transfer 1000 dollars from your checking account to my business account for the purpose of representing you and making the connections to with the media to have your videos shared.

**Exhibits 57 and 58:** My response to the previous exhibit, again, take note, I knew the jail would "lose" my discovery. If only you would open your eyes and see their lies and illegal cover ups as I do, personally, I think you're smart enough to see it, which is why I'm so frustrated that you allowed them to do this, that you are still allowing them to get away with this. Further, Ryan went to go pick this discovery and usb up, along with my stolen paper preparations, they refused to give him anything... Illegal and destruction of my preparations, motions, notices, and discovery.

May 23, 2022 (US/Eastern)BFYou11:31 AM

I approve the transfer for 1,000dollars. As for media, you may represent me in establishing connections, but decisions must be approved of by me, such as : if we send footage to company/ share with individuals, if we make an appearance on the news, and how we make an appearance, ect. I am very concerned that the jail will "lose" my discovery that i have once the videos are released.. If you can rescue them, id pay you to pick it up and visit me so i can look for the video of that lawyer call on my email to help with bond, and perhaps better photos of me, i know it was my work ipad, but i thought out of 5k plus photos there would be more than 6 photos of me.

RMRyan Marshall11:47 AM.

Got it-- and thank you She sent some good photos of you! I am getting your flash drive this week.

**Exhibits 59-61:** In these exhibits, the article posting a small selection of videos exposing the jail was published. In less than 48 hours the jail retaliated by taking me to

the hole against my will, slamming me into walls and bending my wrists so hard that my hand came out of the handcuff (and though I had every right to beat the crap out of the cowardly low IQ officer who was doing that to me, like a good little slave I basically said "Hello mastuh, my hand is free! Please take it and continue to hurt me for being a bad slave and exposing your abusive tactics and criminality to the media!"), later I was pepper sprayed for trying to protect myself from the threats the guards had made to me while in the hole/ cell.

May 25, 2022 (US/Eastern)BF (59)You3:28 PM.

Hey, any updates? Haven't heard anything. Did you find out if im leaving? Anything posted on gateway?

RM (60)Ryan Marshall4:21 PM.

Gateway Posted--you are leaving Friday-- the date changed on the order from when i submitted it and I didn't catch that-- that was my fault. Has the legal fund on your end brought any money in?

May 27, 2022 (US/Eastern).RM (61)Ryan Marshall11:55 AM.

Hey-- I have heard what is going on. are you okay. call me ASAP we got like 2k on my end.