UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON FELLOWS,<br><br>Defendant. | Case No. 21-cr-83 (TNM) |

### NOTICE OF ERRATA

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this notice of errata. In the Government's Sentencing Memorandum, ECF 152, the Government misstated its recommendation as 27 months of incarceration on page 18, instead of 37 months. The sentence should read as follows: "The nature and circumstances of Fellows' offenses were of the utmost seriousness, and fully support the government's recommended sentence of 37 months of incarceration."

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By: */s/ Carolina Nevin*
CAROLINA NEVIN
Assistant United States Attorney
New York Bar No. 5226121
601 D Street, NW
Washington, DC 20530
carolina.nevin@usdoj.gov
(202) 803-1612

1

                                                   */s/ David J. Perri*
DAVID J. PERRI
WV Bar Number: 9219
Assistant United States Attorney Detailee
United States Attorney's Office
Northern District of West Virginia
1125 Chapline St., Suite 3000
Wheeling, WV 26003
David.Perri@usdoj.gov
(304) 234-0100