UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON FELLOWS<br><br>           Defendant. | Crim. Action No. 21-CR-083 (TNM) |

## NOTICE OF FILING

Attached please find Mr. Fellows' Reply to Government's Response to Motion to Stay Proceedings, Motion for Release Pending Resolution of Fischer, and Motion to be Referred to as Captain Massive-Insurrection for Remainder of the Case. Counsel files this on behalf of Mr. Fellows as standby counsel.

                                         Respectfully submitted,

                                         A. J. KRAMER
                                         FEDERAL PUBLIC DEFENDER

                                                 /s/
                                         _____
                                         MICHELLE M. PETERSON
                                         Chief Assistant Federal Public Defender
                                         625 Indiana Avenue, N.W., Suite 550
                                         Washington, D.C.  20004
                                         (202) 208-7500
                                         Shelli_Peterson@fd.org