**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA

v.                                                    Crim. Action No. 21-CR-083 (TNM)

BRANDON FELLOWS

                     Defendant.

**Reply to Government's Response to my Motion to Stay Proceedings, Motion for Release Pending Resolution of Fischer, and Motion to be Referred to as Captain Massive-Insurrection for Remainder of the Case**

**INTRODUCTION**

I was convicted of this charge despite the fact that the evidence from the government themselves went against it (the guy who secretly recorded me walking away from the Capitol)", but look at not only my jury, but the jury pool! A DC District court judge called the residents and jury pool of DC the victims of January 6th, 2021. These "victims" in fact either had Stockholm syndrome towards their abusers in the Capitol, were friends or policy makers with them (lobbyists) or were/are too stupid to understand that a large amount of the people in there are enemies to the American people/ that police were ordered to stand down by the Chief and Watch Commander. These same "victims" ignored, helped cause, or were fooled into ignoring what they were truly the victims of, BLM and ANTIFA riots (and the tyrannical anti-science government shutdowns during covid). These riots not only caused around 20 or more people to die (I'm in jail, I don't have Internet often), but caused about 2 billion dollars

in damages to businesses, local governments, and residents in every major city across the nation for months, including in the city of DC. These "victims" and some of their friends in the Senate and Congress praised these violent, destructive, and deadly actions while telling the American people that we needed more of the destruction and death. They also ignored the way more deadly attack in DC, the attack at the White House in 2020 where the White House was breached and Trump had to be moved to a bunker down below. Those "victims", the media, and the very politicians who a few months later would go hide during January 6th made fun of Trump and called him "Bunker boy". Somehow the democrats who made fun of him for the same thing are now the victims when they had to go hide in a bunker? I don't think so. Car bombs were made during that riot, and to my memory, about 40 more officers were injured that day than on January 6th, and there weren't anywhere near the amount of people that we had there, meaning the violence per-capita from that group was way worse and way more prominent (not to mention, it was over a drug addict who overdosed on fentanyl). Not to also mention that many of the officers on January 6th exaggerated their injuries and or were injured because of their superiors failing to prepare them with gas masks while simultaneously firing CS and OC spray into the wind while ordering them to hold the line.

Back on topic, these "victim" jury members were pulled from an area that studies showed 84% of residents admitted and shared they would find anyone charged with crimes related to that beautiful and patriotic day guilty. That was clearly shown here. I also was found guilty because I wasn't able to fully represent myself, wasn't allowed to have standby counsel during trial, didn't have most of my witnesses or expert witnesses

granted, kept having my preparations stolen by the jail every time I was moved, only had 2-3 days to prepare exhibits for trial, wasn't able to show most of these exhibits, wasn't able to admit any of the global discovery exhibits I sent in, was only given about 2 hours to put on evidence (despite that the government did so for about 2-3 days), and because I was forced to go to trial despite my sharing that I wasn't ready (because of the governments' discovery delays and preparation thefts). Additionally, I wasn't allowed to introduce my true defenses: First, that police told me I could enter, remain, and protest as I did through their actions, words, and inactions (entrapment by estoppel). Second, that plain clothed government agents were in the area I was at the times I was, telling people to go into the building, as William Pope's prosecutors admitted to on the court records (entrapment). Third, that the jury should throw my charges away because they were ridiculous and didn't warrant a 23-year penalty (jury nullification). Fourth, that the charges were selective and were applied to me because I'm a conservative/ Trump supporter, and because out of the many others in Jeff Merkley's office (a man who loves and advocated for more destructive BLM riots in his state and across the nation), because I dared to share the truth, that police were welcoming us inside at the time I observed them and spoke to them in the Senate Wing, in the Crypt, and even on the Upper West Terrace (selective prosecution, both for being a Trump supporter, and compared to others who "did worse" in Jeff Merkley's room/ the Crypt). Finally (for now), I was found guilty despite that the government themselves showed a male secretly recording me on the street walking away from the Capitol. He asked me what caused the people to break in, and I replied a few broke in "When Mike Pence certified the election".  So, judicial vs. ceremonial proceeding argument aside, how would I have

"knowingly" interrupted a proceeding many others and myself were falsely told was over? Furthermore, I motioned for a rule 29 to dismiss this just before I began to put on my evidence because of that video and the FBI interview document you refused to admit that showed the same thing. This court rather than apply logic that even a 4-year-old could understand ("how could I knowingly interrupt something I was clearly under the impression was over"), allowed the kangaroo/ Trumped up charges to remain for the hate filled (or ignorant) biased jurors. That's how I was convicted of this charge. With all of that out of the way, I'll attempt to lightly tackle the rest.

## ARGUMENT

**1.   The government's assertion that I "would like to delay [my] sentencing by any means necessary" is unfounded given their repeated delays.**

Allow me to remind you that the government took nearly a year to give me SOME discovery. I had part of that incomplete discovery for 2-4 weeks. That's the extent of my access to the discovery for the first 2 years. It was taken away as I was moved all over the country, from DC, to Virginia, to Oklahoma, to Texas, to Oklahoma, to Virginia, to Pennsylvania, and back to DC.  In 2023, they sent me some of it back, along with some new stuff, a lot of which, as I shared in court, didn't open in the outdated applications at Lewisburg Pennsylvania. Then, I was moved again, to an area that didn't even have CD readers, stopping me from even viewing the little I previously had access to at Lewisburg. The only reason I was able to submit exhibits for trial was because I had to threaten litigation against a past lawyer to get me my old discovery they never sent to me as stand-by counsels after I was removed from the DC jail (for proving the DDA and the government wrong on various claims of theirs via documents and recordings I snuck out).

So, the delays have been from the government. I've requested very simple things non-stop, "[give me my discovery]", "[give me back my stolen preparations]", "[stop stealing my preparations every time I'm moved to a different jail/prison]", "[enforce the jails to follow the laws in regards to giving me what they are required to give me as a pro se defendant and to ensure I can both access the courts and that they can correspond with me]", "[give me access to global discovery]", etc.

2.  **The government's argument that my "effort to stay the proceedings is yet another attempt . . . to delay and obstruct the administration of justice in his case" is unfounded and contrary to law.**

    Filing a motion is now obstruction of justice? Filing a motion that other judges have granted is obstruction of justice? How retarded these people are (except this court rewards it, so it works for them). The government does what they do best, and why wouldn't they, you reward them for it! They push lies as facts, and make assumptions that ignore the elephant in the room (that these delays are both their fault and yours).  I'll also include that in this case, there was no justice, only injustice. Police told me I could come in via both actions and inactions. They told me I could remain and gave me rules to follow multiple times through words, actions, and inactions, which I followed.

3.  **The government's assertion that "This has been his strategy from the very inception of this matter when he was evading arrest and deleting evidence from his cell phone" is ridiculous.**

    The government now hilariously and corruptly includes a new claim they've never fully asserted before in over 3 years, that I was deleting evidence while evading arrest. First, the closest thing they could attach to this new claim is my phone being put in lost mode AFTER my arrest, which it was lost. However, not only did the FBI agents

themselves share no evidence was deleted, but even this court accepted that in 2021. Further, this court fortunately wasn't convinced of another claim they advanced, that I was the one who did this. I think they're now attempting to advance this claim based off of very old hearsay from one FBI agent who showed he too didn't mind lying. This FBI agent shared he just wanted to talk and was a state trooper (not sharing he was an FBI agent which a lawyer told me would be the agency seeking me out, if at all, not a NY state trooper). This liar claimed I told a friend to delete the evidence. Let' lightly look into that.

It's my understanding (and the Technicians at the FBI) that the options are not only quite limited from an Apple account, but very clear. You can either wipe the phone, or lock it down. The phone was locked down, the FBI technicians testified to this. Not only that, it's my understanding (and the Technicians at the FBI), that at any time one could change their mind and wipe the phone, switching it from the locked down state. So even assuming that this was the intention, why for over 4 months while personally able to wipe the phone did I not do so, or have a friend do that since then? I didn't do that because that wasn't my intention. As I told my biased jurors with a smile on my face despite facing up to 23 years in prison, January 6th was the best day of my very fun life, not to mention, I treasure my photos and videos. I wouldn't delete them, and I didn't delete them. In fact, not only did I post evidence of January 6th prior to arrest, but I've done so since then. In fact, I proudly showed off my photos and videos with a smile on my face to the biased jurors, much to the courts' clear annoyance (which made it even more fun for me). So, their claims as usual aren't based in fact. They are in fact lies/ conspiracy theories not based in evidence. Note: Had this self-described state trooper told me what charges I was facing, that he was from the proper jurisdiction I was told would be the only agency to

contact me for an arrest, then I would've been less sketched out and not needed to wait to have the news crew come with me for the potential arrest. The government keeps claiming I was running, but why then did I come off the mountains, into downtown Albany (the capitol of a major police state), where an FBI field office is located, go to meet with the national news crew I told him I was meeting with prior to meeting him, and then make a phone call at the hotel the news crew asked me to meet at on my personal phone? Why did I park my vehicles/ tiny houses with all my belongings at my residence (which is listed as my residence on DMV records and on my driver's licence) just prior to showing up?  The government claims I was running, but ignores bringing up the fact that I went to go grab my 2 tiny houses in 2 different cities to park them in my legal residence after speaking to him. That man shared that one of my concerns was that I didn't want my vehicles towed following an arrest, he knew this. That is why I brought them to my legal residence, he knew I was going to do that, and meet with him later in the night. They ignore all of this. They want it to appear as if I was running, so they've lied continuously and not talked about the evidence that shows their lies to be false. You helped them do this as shown by you telling them that they didn't need to respond to my motion requesting them to respond to why they lied in order to break the Bail Reform Act, which they did so they could place a ton of ridiculous conditions on me and then place me in jail. I parked my vehicles for long time storage because I knew there was a potential I could be arrested later when I met this man, who my lawyer told me not to see, but I wanted to see him with a news crew despite my lawyer's advice.

4. **The government's assertion that "Instead of arguing why a stay should be granted based on the applicable law, he uses the opportunity of the instant**

**motion to re-hash false and unfounded discovery related claims and vent his various frustrations with the court and government" is untrue.**

The government continually has gas-lit me about my claims being false, and never owns up when I prove them to be the lying party, and why would those pieces of crap do it? This equally crappy court NEVER holds them accountable! Remember the Marshall's and the DOC coming out on 3/17/22 following an internal investigation into the DC jail and sharing that all of what I claimed was the case with the jails grievance process/ the Prison Litigation Reform Act being ignored was true (in fact, I said it was broken in many ways, THEY said it was completely broken, going beyond what I shared, I was conservative about its condition!), that didn't age well for their lies (but you didn't punish them). Remember the government claim I was lying about my conditions? That didn't age well when I released footage to the public showing them to be lying in your courtroom and neglecting my constitutional rights. Yet you punished me for that, not them, "[How dare you show the government to be lying!]" is basically what you said, you wanted to and did protect them!

Remember when you personally claimed I was lying about Bill Shipley and Ryan Marshall in June 2023? Once I obtained our old messages and organized them and recently sent them in on the ECF (doc# 166), that didn't age well. What did you do about that? Oh that's right, nothing to them because you are a biased and corrupt judge. However, yet again you punished me by scolding me in court based off their lies, and then denied me my request to have a standby counsel at trial based off of their lies. You're doing great stuff! Seriously though, what are the requirements to be judge in DC District Court? Are you corrupt? Is that the number one requirement?

I also didn't even begin to touch on: First, how their early claims of "no police were welcoming people in" changed to "[It doesn't matter if they did, it should've been clear that they didn't mean it.]"Second, how I spoke to the first Capitol officer in exactly the same spot I described I did prior to even seeing discovery, something they tried to assert didn't happen at a 10/12/21 hearing and in multiple responses and motions. Third, the many claims and corrections of mine being proven true regarding my pre-trial release, as shown by their own words (in what I believe was organized by me in document 130). All of these things, they never own up to or correct, and never are punished over. These are the biggest reasons why I and no ome else should respect your court, your court doesn't respect the law, it doesn't support blind justice, it supports injustice, like a modern day Nazi Court. I truly hope it and you share the same fate as those courts and those judges. Should this court actually for once want the record to truly show who is telling the truth regarding my discovery issues that are currently inhibiting me, rather than just coming to your own "findings of the facts" (which you reach by simply saying "[I find this to be true]"), you can simply look to the document or the words that Ms. Nevin herself shared with this court just before trial, that she sent me the most recent discovery 6/13/23. She is correct, that arrived the next day on 6/14/23 in the form of a CD. However, what you and they both cleverly seem to be purposely ignoring is the fact that I left that prison on the 14th of June... I was given that CD literally (and I mean literally) on my way out of the door. The new jail I arrived to has shared they do not have CD readers on their computers. So, how am I then to view the discovery? Should I pay a guard to sneak me an electronic device in here in order to actually view my discovery, you know they sell drugs and you were okay with it (as shown by you not punishing them, and allowing them to destroy ("lose") the additional

evidence of their crimes I had recorded), would this be okay? I'd like some wisdom from this court, how should I go about viewing the discovery on the CD without a CD reader being provided to me? Hmmmm?

Want me to cement this fact in even more? I think I will, expect a list of inmates signatures attesting to the fact that no computers have CD readers from at least 6/14/23 until the time of this writing. How am I to be able to review discovery when there are no CD readers? Simple question, simple answer.  Can you figure it out? Oh. And feel free to punish me for showing your corruption and stupidity at my sentencing coming up, whether it's delayed or not, I know how you corrupt prideful idiots often handle your anger and embarrassment. It doesn't stop me from speaking the truth.

5. **The government's argument that "staying one case while a litigant in another case settles the rule of law that will define the rights of both" is granted "only in rare circumstances" is misplaced.**

Oh, do they mean like one where the defendant is (according to the government's response) "in the unique position that going to sentencing could result in [me being sent home]"? Or perhaps a unique position would be that this is the only felony that is to be decided in my case? Regardless, I agree with them, this is granted only in rare circumstances. Fortunately, this is exactly that sort of circumstance. Don't take my word for it (you never do anyways), take Judge Howell, Judge Mehta, and your other friends on the District court who have already granted these stays for those who have served even less time in jail/ prison than I have! (See Sheppard, 2024 WL 127016, at *3; United States v. Adams, No. 21-cr-354 (APM), 2024 WL 111802, at *2 (D.D.C. Jan. 10, 2024); accord Minute Order, United States v. Clark, No. 21-cr-538 (DLF) (D.D.C. Dec. 21, 2023) (granting defendant's motion to stay self-surrender date pending resolution of Fischer). So, I was

initially going to just chill in jail, but for fun, and after the unexpected, retarded, and hilarious rebuttal from the government ("[he just wants to stay in jail]"), I think I'd like to see what the government says to me motioning for release from jail now. I want to see what they say. So, consider that in this Reply, right now, I'm seeking release from jail pending resolution of *Fisher*. These other defendants who served way less time than me were granted this, let's see what stupid things the government now says to that. I'm hoping it will be just as entertaining.  Note: In case you're lazy and don't want to read (You seem to conveniently never read my correcting the governments lies and asking for contempt charges), both Howell (a crazy liberal) and Mehta released people who were convicted of the same charges that I was by a biased jury. Bates is releasing Sheppard after only 6 of 19 months, and Howell is releasing Bledsoe after only 13 months (I forget the total he was sentenced to, but I think it was close to 40 months or beyond it.) So, 30.5 months in prison and jail, and 5 months of house arrest in a house that wasn't even mine, that's 36.5 months. I think that's this District's strongest case to release someone pending this resolution so far

### 6.  **The government asserts that I don't "provide any good arguments" but that ignores the obvious.**

The government suggests my arguments for a stay are not good arguments. I'd expect the party who has wasted hundreds of thousands of dollars (or more) on this case so far to think that saving money is a bad argument. I'd expect the party that has ignored discovery obligations to think my requests for discovery are bad arguments to delay. I'd expect the party who didn't want me or truly allow me to prepare my defense, let alone give my actual defenses at trial, to think not being prepared or able to fully prepare for sentencing is a bad argument. I'd expect the party who objected to my exhibit being admitted (from the FBI

agent who interviewed me) which further proved that I didn't knowingly interrupt a ceremonial (not judicial) proceeding, to think pushing this off pending that potential charge dropping is a bad argument. I'd expect the party who thought arguing "[He loves jail, don't grant his motion for stay]" was a good argument to advance to the court to think that my arguments were bad arguments. How retarded and what a waste of tax payer dollars! The truth is, they simply want me to have this charge, and seemingly, they want me to waste more of their time, the courts time, and my time, along with all of our resources on appealing this case and remaining incarcerated. I get it, I'm hilarious and entertaining, maybe I make their miserable jobs fun, I don't know. I personally think, the courts, and those miserable prosecutors would be better served going after actual criminals, rather than focusing on me. I didn't knowingly commit any of these charges which is a requirement for guilt in all my charges, police made me feel welcome and I had a very fun time thanks to them. I did not like the FBI, this court, or the government attempting to punish me for listening to the police.

**7.   The government's assertion that I didn't "base [my] argument on the applicable law" is false because I did offer the arguments that meet the criteria of the applicable law.**

While it is true that I didn't cite the applicable law in my original filing, it is because I've come to realize you choose what laws to care about. You're a corrupt hypocrite. I've often sent tons of case law for my arguments, even simple ones that you personally stood by for other defendants who weren't January 6th defendants. An example of this is how you shared "covid [wasn't] an excuse to take church away" citing the first amendment to 2 other parties, and that "missing it for even 1 week caused a harm for which there [was] no remedy". Yet you ignored it for me and other January 6th defendants past 60 weeks

(4/14/22), and well beyond it (we still haven't been given it back, all while others here who aren't January 6th defendants get to go) because you don't think the first amendment should apply to us. Your very different response and actions to those requests show that's the truth. Just like the racist judges of 1960s democrat stronghold Montgomery Alabama, you (and other judges in DC) are their modern day equivalent, giving rights to one class of people while attacking the others who are hated in the democrat stronghold of modern day DC. I find it ironic like in that democrat stronghold of Montgomery Alabama, when I go around this city, I see school buses and company vehicles that say "Montgomery County". Like the 1960s democrat stronghold, these ignorant, hate filled people in this modern day democrat stronghold are more than happy to send the groups of people they hate to jail, even when evidence to their innocence is so strong and right in their face.  If you were to go back and ask the residents of that racist democrat stronghold if they thought they were in the wrong, they would justify their hatred and say "no". Just like the modern day democrats/ jurors (and judges like yourself) do here towards conservatives, Trump, and January 6th defendants (yes I know you were appointed by Trump, weak Rhino republicans like yourself are often worse than the democrats, I'm sure you were a name on a list given to him by a weak Rhino Republican). The hatred, ignorance, and bigotry is ever present in Democrat strongholds, it's just currently directed at other groups, that's what has changed. Hopefully history will look at you and these jurors the way that most Americans look at the judges and jurors from the 1960s democrat stronghold of Montgomery Alabama. Happy black history month, learn from history you corrupt hate filled bigot, if you do, you'll help stop causing it to be repeated.

**ADDRESSING THE LEGAL STANDARD**

**Factor 1:  Whether the stay applicant has made a strong showing that he is likely to succeed on the merits.**

We began the 1512 fight with the corrupt judges of the DC District court. As the government shares, only 1 understood this charge was twisted to be applied to us (in a selective attempt) and didn't meet the definition. When it went up to a less corrupt (but still corrupt) court, the DC circuit, yes 2 out of 3 judges ruled in favor of keeping it, but if you read it, you'll find that the second judge barely agreed. He shared disagreements on many aspects, it was clear he was barely persuaded, and even then he wasn't entirely certain. I'm in jail, but I think the DC court has 12 main federal judges. In the appeal, even accounting for the 1 dissenting judge, that's a significant statistical rise! One of three judges disagree, compared to one of twelve (again, I believe this is how many judges are in the District court). However, despite that the 33% disagreement of the Circuit Court Panel is a rise in disagreement compared to the District court, it really doesn't accurately portray the disagreement. When reading that case, it's clear the 2nd judge's shakiness is more in line to a range rather than a straight forward "Affirmation" or "Reversal" judgement vote. His shakiness and concessions indicate the appellate panel had a range of finding it should be reversed somewhere in between 33.33%- 49.99%.

Moving onto the Supreme court, they didn't have to take this case. In fact, they take up less than 1% of the cases that are presented to them. They need 4 judges to say they think there is a problem here that should be addressed. Not to mention, they are historically known to be quite strict on their interpretations of obstruction related charges,

the language used, and the application of such charges. This language, application, and the interpretations are exactly what caused dissention at the District and the Circuit court levels. Given the trajectory of how the higher courts have already shown themselves to be increasingly confused on the language, interpretation, and application of this charge, it seems there is an increasing chance/ a good chance this more strict group of judges will agree with the dissenting judges before them and throw this charge away. It would seem since this original filing an ever growing list of District court judges agree with me that there is a pretty good chance for this. Take again for example Judge Bates, who previously ruled against a stay prior to the Supreme court taking this up. Judge Bates has now granted it. He didn't just grant a stay, he granted it and moved to let the defendant out of prison. I don't need to tell you how significant that is, but I will, that's pretty significant!

**Factor 2: Whether the applicant will be irreparably injured absent a stay.**

It's pretty elementary and easy to understand. If we simply wait anywhere from 1-4 more months (whenever they decide, they may decide before their session ends), I don't have to re-litigate this and cause the already packed DC court system to be more backed up. I don't have to wrongfully spend more time in jail or prison while filing an appeal, and I can begin attempting to go build my companies back up (depending on if I'm okay with the tyrannical restrictions set on me, if not, I'll probably opt for more prison time, give me my full freedom (not this psuesdo-freedom of supervised release and telling me what jobs I can or can't get), or pay for my room, board, and college classes in the prisons is how I view it (a much more cowardly/ peaceful version of "give me liberty or give me death" lol).

I know myself, I don't typically have Stockholm syndrome towards abusers I've never liked. The more time I have to spend dealing with the abuse from such people, the

more likely I am to respond in negative ways. Seeing as how this delay would be the shortest resolution for this case, it is one of the reasons I'm seeking to have it granted. I attempted to snatch the argument from the government that they typically share ("[he's just trying to escape/get bond]") by originally not even asking to leave jail. Now, they seemingly threw that argument out of the way (without conceding I wasn't attempting to do this before) and now claim, after 3 plus bond petitions and separate appeals (2 of which never reached me and or the courts for reasons I've shared prior to this), that it's my goal to remain in jail. This just goes to show it doesn't take much skill to be a lawyer representing the federal government. Worst argument spectrum's I've ever heard. Which is it? Am I trying to escape jail or am I in love with jail? You can't have it both ways you stupid idiots! To me, and I know this is rare, sharing the truth matters more than remaining in jail. I'd feel mentally and spiritually imprisoned if I had lied in order to escape all of this. That is why I non-stop denied time served plea deals, one of which was for misdemeanor trespassing. It is this mental and spiritual freedom that has helped me deal with the earlier atrocious treatment and conditions so well, and now that this jail has been reformed (though it still needs fixing in certain areas), it's easy (for me). Prison is even easier (for me)! I only wish the others who are wrongfully being punished as I am had this capacity to be happy with so little, it would benefit them so much. Not many people understand it, and I get it. I need my discovery so I can better respond to the PSR, prepare for sentencing, and I would like this Supreme court case to be decided before moving forward.

**Factor 3: Whether issuance of the stay will substantially injure the other parties interested in the proceedings.**

This stay will help them in all the ways I've already shared.

**Factor 4: Where the public interest lies**.

I remember something from the early parts of one of the lawbooks I read saying something about how our criminal justice system was built upon the idea that it is better to let 99 guilty people go free than to send 1 innocent person to jail/prison. I didn't knowingly commit these crimes, and that was thanks to police actions, words, and inactions, as well as plain clothed government agents (which the government admitted to being present where I was), and there being no dispersal orders and no trespassing signs around me when I was there. Getting this charge out of the way will be the biggest step towards maintaining this supposed idea that our criminal justice system was built upon.

Seperately, our criminal justice system is supposedly meant to decrease recidivism. Some people when wrongfully abused and convicted of crimes they didn't commit wouldn't simply turn the cheek. If it didn't seem that the wrongs done to them were on the trajectory to be made right, they very well may soon enter the path that leads to coming back to prison/jail. The public interest is to decrease the chances of that happening. As the lawbooks share, that can be done in many ways, but consider this, in order to decrease the rate of recidivism, you should ensure that the people with this charge don't suffer the consequences of it if there is a chance they didn't do it. I didn't do this, nor does it apply to me. Seperately, but already spoken on heavily is the public interest in not having backed up court systems and not wating more resources/ money of future litigations, or incarceration.

**Response to the Government's Other Arguments**

1) **"Fisher and other cases challenging the application of 18 U.S.C. § 1512(c)(2) have been pending for some time, and such developments did not previously merit a broad stay. Nothing has changed by virtue of the Supreme Court's decision to grant certiorari in Fisher."**

Oh but it has, all one has to do is check my slow to update jail law library to find an ever increasing amount of such changes. I'm sure on Pacer there are even more updates and similar decisions that I currently cannot view handing down similar stays. Again, as already mentioned, Judge Bates in Sheppard previously ruled against the Stay, but once the Supreme court granted certiorari in Fisher, he granted it. Why does the government leave those easy to find facts out of their response? Very strange. I would even go as far to say it proffers that they are trying to take advantage of your historical laziness to read motions and responses in this case. Don't "fall for it" again! The government then brings up how another court denied a stay of another litigant on this same issue, but it was May 25th 2023. They share nothing has changed, but in fact it has as I noted above multiple times above. The Supreme court didn't grant certiorari until 12/13/23. That clearly as shown in Sheppard was enough for Judge Bates to change his own previous decision. Sheppard had asked for a stay in November, it was denied. However, following the Supreme court granting certiorari 1 month later, when Sheppard was now in prison, the judge actually moved to release the defendant pending stay of the Fisher decision.

2) **"That would be nearly 3.5 years after the commission of the offences, and 10 months after the August 31st 2023 trial. Delaying the sentencing for another 6 months or more would undermine the interest in the public in the timely adjudication of this case."**

That's very interesting, look to the case of Edward Jacob Lang, like me he is from NY, has charges related to January 6th (though many more than me), has the 1512 charge, was

arrested the same day as me, and unlike me, has been in jail 5 months longer than I have.
He has yet to have TRIAL EVEN SCHEDULED because of this Supreme Court case pending!
He's been in jail 5 months longer than I have been and his judge sees it as fine to let him
await trial pending the Supreme court decision. Compared to that, I'm in way better
position. If his judge has been able to do this for a way more extreme case, than I too should
be allowed to push this off for the strong reasons and arguments I've given.

### 3)   "Granting this stay would be an unfair advantage for the defendant."

Oh please! Stealing my preparations tons of times was an unfair advantage. Having
this trial with "victim" jurors as one judge put it was an unfair advantage. Having 4-8
prosecutors helping each other out both on and off the main floor of the court room while I
sat with not even a standby counsel to help me at my first ever trial was an unfair
advantage. Them being able to use powerpoint as I had to mostly rely on conversing with
the "victim" jurors was an unfair advantage. Not allowing me to advance my actual
defenses let alone bring them up most of the time if at all was an unfair advantage. Stopping
me from showing my global discovery exhibits was an unfair advantage. Sending me to trial
when I shared I wasn't ready was an unfair advantage. Only giving me about 2 hours to
admit evidence as the government had 2-3 full days to admit evidence that mostly had
nothing to do with me, but rather the actions of others was an unfair advantage. Holding
me downstairs for hours before and after trial in handcuffs not able to update or prepare
documents was an unfair advantage. Only having some of my discovery given to me 2 days
into trial was an unfair advantage. Not being able to get a haircut and shave until days into
trial was an unfair advantage. Not granting most of my witness list was an unfair
advantage. Breaking the Bail Reform Act to place me in jail where I had little access to law

libraries and often no lawbooks was an unfair advantage. Jails stopping correspondence with the appellate courts until the appeals failed, that was an unfair and very illegal advantage. I could keep going! However, you could easily get the picture. These people can't claim I have an unfair advantage.They literally shock me with their claims.They clearly can say whatever they want!

**4)  "Defendant will not suffer any irreparable injury by proceeding with sentencing as scheduled on 2/29/24."**

I've already addressed this at length, but seriously? Perhaps the court will allow me to place or will place the prosecutors in a cage for a few months, after all, according to them, that wouldn't be suffering any irreparable injury, right?

**5)  "Indeed, a motion for a new trial under federal rule of criminal procedure 33 would be untimely, as more than 14 days have passed since the verdict in this case. Changes in the law do not constitute newly discovered evidence for purposes of rule 33b1 3 year timing requirement."**

 Well, that's another reason the court should've granted me a stand-by counsel for trial (tons of case law shows this alone to be reversible error), they could've shared with me I should file/ motion for this. Still, I feel this is out of the scope, I'll be asking for another trial once I have my discovery. Which is ridiculous I still don't have all of it, nor have I been able to even access the little I have since after trial. I'm not yet seeking a new trial, I don't trust you to have the brain capacity to deal with the 1512 charge, nor to understand that we shouldn't be having trials with "victim" jurors as one judge has put it,  84% of which happily and openly shared they would find those with charges related to January 6th guilty.

6)  **"Should the defendant reach 36 months of incarceration, he would have the option to move for bail."**

Again, why do they not bring up that multiple defendants convicted of the same charges who have served between 10 weeks to 14 months have been released? Very strange that they left this very easy to find information out. Very strange. It would seem to indicate that they can't rely on arguing the facts, so they result to censoring the facts. It's easy to find, I've cited the cases. No need to censor on my end, it's there.

7) **"This is not in the interests of justice, but, given his statement during a hearing on December 13, 2023, that he was in no rush to proceed to sentencing, remaining incarcerated may be the defendants goal."**

Again, this was already HEAVILY addressed above in multiple locations, but I want to reiterate, they have to choose one argument, either what they claimed for nearly the past 3 years ("[he's just trying to get out of jail]"), or what they now claim ("[he loves jail and want to stay!]"). Which is it? You can't have it both ways! Regardless, this is not even related to the argument at hand. However, as noted in more detail above, I wasn't planning on asking for this, but I'm curious what the government will now claim, or if they will just try to ignore this jail conundrum, they set themselves up with all together. I'm now seeking release from jail pending resolution of Fisher. What will they say now? I'm dying to hear it! Please make it just as entertaining for me!

8) **They share that keeping me in jail longer than the guidelines is not in the interests of justice.**

That's so strange, before when I argued that I was past the guidelines and wanted to be released they had a nervous breakdown in court and asserted that you could go above the guidelines, now and here, they claim the opposite! They just are arguing to argue! What a waste of tax payer dollars!

**Relevant Case Law**[1]

United States v. Bledsoe, CRIMINAL ACTION 21-204 (BAH) (D. D.C. Jan 30, 2024 , (Judge Howell): "[A] substantial question" means "a close question or one that very well could be decided the other way." Perholtz, 836 F.2d at 555 (quotation marks and citations omitted). This is a "demanding standard . . . to accord with the expressed congressional intent to increase the required showing on the part of the defendant." Id. at 555-56. 1512(c)(2)'s ambit satisfies this standard, as other Judges on this Court considering the same issue have found. See Sheppard, 2024 WL 127016, at *3; United States v. Adams, No. 21-cr-354 (APM), 2024 WL 111802, at *2 (D.D.C. Jan. 10, 2024); accord Minute Order, United States v. Clark, No. 21-cr-538 (DLF) (D.D.C. Dec. 21, 2023) (granting defendant's motion to stay self-surrender date pending resolution of Fischer).  "[T]he Supreme Court's decision to review Fischer means, at a minimum, that this case poses a 'close question.'"

CONCLUSION

Okay, I'm gonna go work out now, I think you get the point. Thanks for reading,

Your favorite Political prisoner,

Brandon Fellows (currently)

 PS, I think I've mentioned this to you and never heard anything back, but I really did try to get my previous attorneys to change my name to Captain Massive-Insurrection prior to trial (the last 2 are the last name combined, there is no middle name), that would've been

---

[1] The government never sent me their response as required by law for pro-se defendants, I had to rely on my standby counsel. This would have been sent sooner if the government gave the minimum amount of effort. Date I officially sent this in on my end to stand-by counsel was 2/13/24 or 2/14/24. Feel free to scold government counsel at the minimum.

hilarious. USA V. Massive-Insurrection! Still, I identify as this and so I'm motioning to be referred to as this for the remainder of the proceedings. Please and thank you,

Your favorite political prisoner,

Captain Massive-Insurrection