UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON FELLOWS<br><br>          Defendant. | Crim. Action No. 21-CR-083 (TNM) |

## NOTICE OF FILING

Attached please find Mr. Fellows' Sentencing Memo which includes his Response to the PSR, the Sentencing Recommendation, and the Government's Sentencing Memorandum. Counsel files this on behalf of Mr. Fellows as standby counsel.

                                          Respectfully submitted,

                                          A. J. KRAMER
                                          FEDERAL PUBLIC DEFENDER

                                                  /s/
                                          _____
                                          MICHELLE M. PETERSON
                                          Chief Assistant Federal Public Defender
                                          625 Indiana Avenue, N.W., Suite 550
                                          Washington, D.C.  20004
                                          (202) 208-7500
                                          Shelli_Peterson@fd.org