## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON FELLOWS<br><br>Defendant. | Crim. Action No. 21-83 (TNM) |

### OBJECTIONS TO THE PRE-SENTENCE REPORT
### AND SENTENCING MEMO

I have reviewed the Pre-Sentence Report (PSR) and the government's sentencing memo and I object to the PSR's guidelines range and factual allegations in it. I have included my objections here in my sentencing memo since the PSR was finalized before I had the opportunity to object.

**Factual Objections**

**Paragraphs 11 through 14**: I dispute the accuracy of the reports of my noncompliance with pretrial supervision. I refer the Court to my response to the allegations regarding pretrial release in Document 130 filed on August 9, 2023. I also note that Paragraph 14 should include the abuse and retaliation I suffered at the hands of the Department of Corrections. I also object to the characterization of the offense conduct outlined in paragraphs 15 through 30, which, as noted in paragraph 15 is based upon the government's recitation of its version of the facts rather than a review of the trial transcripts and evidence.

**Objections to the PSR's Guidelines Calculation**

The application of the three-level enhancement under §2J1.2(b)(2) is inappropriate because the offense did not involve the "administration of justice" as a matter of law. Therefore, this enhancement does not apply as a factual matter. Nor does the "substantial interference" specific offense characteristic apply as a factual matter. The comments to the Guidelines addressed what constitutes a "substantial interference" with the administration of justice. Notably, each example in the commentary describes a situation in which the defendant materially affected the *outcome* of the obstructed proceeding; for example, a prematurely terminated investigation or indictment procured through perjury. U.S.S.G. §2J1 cmt. n. 1. Here, my alleged actions had no causal relationship with the outcome or duration of the joint session. Therefore, even setting aside the issue as to whether the conduct involved "administration of justice," the specific offense characteristics do not apply. Thus, the guideline level should be at most 16 with a resulting guideline range of 21-27. Also, I also object to the enhancement for obstruction of justice noted in paragraph 32. I did not have a friend wipe my phone.

**Response to the Probation Office's Sentencing Recommendation**

**Page 1**:  I committed no crimes, and followed all the rules Capitol Police gave me while inside the Capitol. Additionally, we have a right to overthrow a tyrannical government, I wasn't there for this, but the American people had a right to do way more intense actions then the little they did that beautiful day. Not to mention, the government wanted this day to happen as shown by William Pope's prosecutors admitting plain clothed officers in the crowd were pushing past barricades early on -- before I had seen any, helping people climb the

steps, and then telling people to go inside the capitol. They wanted this. It was a set-up. I should not be further punished over this.

**Page 2:** 1) I lawfully entered the United States Capitol. Capitol Police told me I was allowed to be there and protest as I did with their actions, words, and inactions throughout my 30ish minute stay. I only stood on top of furniture after speaking to a Capitol Officer, all as he told me the rules for the day and that if I followed them I wouldn't be arrested. He did this right next to and while a man was standing on top of the furniture I soon would get on top of. I went into Merkely's office because the officer who gave me the rules walked right by it. One of the rules he told me was to not go into any areas that are locked or being guarded, this room was open and had people already inside of it, so I joined them, mostly because I needed to charge my phone and I saw an outlet.

2) No one told me they were FBI, nor that there a warrant for my arrest. I've addressed the truth of this so many times and they keep lying about this. See my PSR response for corrections.

3) I did not wrap my phone in foil to block my signal, same as above, see my PSR response for corrections.

4) I did not tell a friend to wipe my phone, nor was my phone ever wiped. See my PSR response for corrections.

5) My actions in court were not "flagrant" of "disruptive", literally no jurors were there and no one in the court room made a noise. I do not believe my sharing the truth warranted a contempt charge.

6) Again, these claims regarding my pre-trial behavior are proven wrong by the governments' own statements as collected and organized in document 130, Parts E and F.

7) Again, these claims regarding my contacts with the judicial system are misleading and at times false. I've offered corrections multiple times, more recently in my PSR response.

8) For the facts regarding my court ordered mental health evaluation (which I voluntarily signed up for prior to the court ordering me to, and that I completed while in custody) please see document 130, Part E section 6 and Part F Section 6.

**Page 3:** 1) I committed no crimes and followed all the rules laid out to me by the Capitol Police. My continual unjustified punishment only motivates me to do what is necessary to remedy the wrongs done to me and others like me. I don't think supervised release is necessary. If it is imposed, I shouldn't be forced to do drug tests as I wasn't charged with drug related offenses, nor have I had any issues related to drugs in the past (no criminal convictions). I also shouldn't be forced to participate in a domestic violence program as this too has nothing to do with my charges. It would be further punishing me from so thing I've already been wrongfully punished over because of the easy to abuse protective order systems in place in some states, like NY. I have never been convicted of Domestic violence, or any related charges. In fact, the only time I was accused of doing this, camera footage ended up proving that woman lied, they then were punished for lying in court in an attempt to harass me and hurt me. That was in 2014. That's literally the only time I was facing charges related to domestic violence. I don't have drug issues, I smoked 2 hits of weed in the capitol that someone passed to me. I'm not a drug dealer, and I don't do hard drugs. I never failed a drug test for the 5 months i was wrongfully placed on pre-trial house arrest, nor have I had any drug use since early 2021. I also do not have a domestic violence issue. Unlike the 2 hits pf weed, this literally can't even be attached to anything in this case, let alone any factual things in previous cases. As the government noted, the only thing i had in my 29-year history is a plea deal/ 50 dollar fine for harassment. It was not agreed upon due to the facts, but agreed

upon so I, a busy business owner, wouldn't have to come to multiple hour-long court proceedings (they have hundreds of cases each day, all in the same room). It was to save money. Further, it has nothing to do with domestic violence, but harassing those that piss me off, which doesn't tell the other side of the story, but I do enjoy saying things to piss off those that abuse me. Still, that case had nothing to do with domestic violence and I should not be punished here in a case that has nothing to do with it. I should not be made to pay restitution since I caused no damages. Also, I had 5 months of intense house arrest in addition to the pretrial custody.

## Response to the Government's Sentencing Memorandum

I'm going to just kind of write a rambling response, you'll get what you get, it won't be one of my finer works I've sent you.

**Page 1:**  They want all of that on top of what I've already been wrongfully subjected to? As I said following my wrongful conviction, and my revocation following lies from the government, this is how you radicalize people. If that is their goal with me, which it seems to be, then keep doing what you are doing. I seek to stop being punished for something police allowed. Punishing me over something I deserved no punishment over will not change what I believe. After all, it already seems like things have been going in the right direction for us January 6th defendants (look at the studies done on the American people's opinions of us, it has dramatically changed! It's still changing!!!). I am however more concerned about the direction our country has been headed since 2020.  I've found out just how costly it is for the government to conduct investigations, hearings, trials, and especially to incarcerate individuals. I intend to pursue my rights when this case is over to attempt to remedy the wrongs done to me and others.

I didn't participate in any attack on the US Capitol, I came inside after it was clear officers were allowing us inside a place called "The Peoples House". I then soon after was informed of the rules by a Capitol police officer who I was next to in the back of the senate wing. I followed these explicit rules and the implied rules based off of their actions and inactions throughout the time I was inside and outside the capitol. This means under the doctrine of entrapment by estoppel (recognized by the DC circuit and supreme court), I shouldn't be punished. (However, you didn't allow me to introduce global discovery on this, nor even allow me to share this defense with the already biased jurors during a trial I wasn't truly allowed to prepare for nor ready for.)

Additionally the election was stolen, there's plenty of evidence for this, but my favorite comes from the twitter files which show the FBI pressured social media companies to suppress the Hunter Biden laptop story and falsely labeled it Russian propaganda, which studies showed was enough to change the election even when you ignore the votes that were thrown away (including my own according to the government's own box of paper files they gave me here). The election was stolen, and we had and have a right to go in and throw the people out who made this happen. Though it was clear that the super majority of people there that day didn't have that intention (nor did I). We are now dealing with the results of not winning -- realizing just how many lives were lost in the world as a result of us not overthrowing the tyrants and putting in the people that truly won the election (examples: Ukraine war, Israel war, the southern border and the sex slaves coming in, fentanyl overdoes, the whole country of Afghanistan falling to the Taliban as Americans died, etc.)

The people/ political party that actually love this country and were chanting USA and admiring the beauty of the building rather than burning it down despite our massive numbers of people wouldn't have "thrown away democracy", we simply would've opted to do a proper

election (without the FBI interfering with media companies, without Michigan electors being threatened and doxed, and without a fake pipe burst happening (just to name a few of the many issues).

Many officers were injured due to their superiors not giving them gas masks and then constantly pepper spraying and tear gassing them while demanding they hold the line (which I often question whether this too was a part of the set-up). Some got injured because they incited the crowd, others due to them being clumsy and falling. This isn't all inclusive to why they were injured, but I can tell you that trying to and eventually succeeding in stealing the election (and the democrats pushing for the 2020 riots, and the tyrannical murderous lockdowns pushed by democrats) is what ultimately lead to these officers being injured, and protesters being killed. It's the corrupt government's fault, along with the media.

As far as the ever increasing amount of damages that somehow grows month after month, year after year, I'm sure the bureaucratic system and democrats ensured this number remained low by shopping for the best in repairs and in no way sought to make these numbers appear higher than they actually were (like they did with covid death statistics for years in order to achieve their political goals) (sarcasm). Additionally, these damages (along with much larger damages to our country) wouldn't have happened if the government didn't steal the election. As the declaration of Independence, the founding document to our constitution states, we were and are within our right to protest. Unfortunately, and fortunately, we (beyond the super majority of those present that day) had relative self-control given the terrible circumstances and situations. We overall turned the cheek and didn't overthrow the tyrants who stole it (and unjustifiably and unscientifically pushed for lockdowns that made people lose their lives and livelihoods. We still don't understand just how damaging these idiotic unscientific lockdowns were!)

**Page 2:** I'm glad the government' listing of my work titles prior to January 6th have been getting closer to reflecting what I was prior to January 6th, but still, I wasn't just a tree cutter and chimney repairman. I had owned 2 separate businesses (a tree company and a chimney company) while at the same time being subcontracted to be a lead operations manager and employee trainer for a separate chimney company. Yes I cheered, it was exciting and shocking to see the parliamentarian door get opened (like I testified to, just like I also testified that it was similar to the excitement I'd get watching a wrestling match (real wrestling) or an MMA match, it was the excitement of action and surprise). Regardless, this doesn't matter as the DC circuit has constantly brought up that's not supposed to be punished. Cheering for a riot doesn't mean someone is advancing or participating in a riot according to the courts (Carr V. District of Columbia (DC Cir.)). Additionally it should be noted I didn't partake in advancing that breach as I did not intend on getting in trouble, my life was going great and I was selfish/ cowardly, not willing to make the sacrifice that, for example, the man who breached that door did).

I didn't enter in that particular door because I observed police actions there that made it clear we were not allowed there. I didn't plan to go in the building, I didn't expect that we were allowed to be inside (though we had a greater right to overthrow the government), at first.

I only entered the Senate Wing because protesters were sharing police were allowing us in over there, and even then, I waited and observed actions of police prior to entering. As I observed police not fighting or ordering anyone to leave and seemingly being happy and welcoming towards us, I felt like either we were being allowed in at the senate wing (in this specific location), they ended up standing down and were showing their support for Trump and us, or that they were recognizing it was our house and as a result were allowing us inside.

The window being broken had no effect on my line of thinking because I saw the door next to it was open and people were racing for a good spot to protest inside, and I figured the person who broke the window would be dealt with. People break into their car window sometimes if their keys are inside, that doesn't mean that they, or the person who enters the vehicle after him is trespassing in that vehicle, as the owner is there and okay with it. The DC courts and Capitol Police have recognized this high level of confusion regarding this particular building being rampant.

As a result, the DC circuit has for decades thrown away convictions if the government didn't show that individual person(s) was: given a dispersal warning, warned of the law(s) they are breaking, warned if they don't comply they'll be arrested, and given a reasonable amount of time to leave/ comply with the officers' directives. In fact, that's even what the DC MPD manual states must be done prior to arrests, whether during demonstrations, during riots, or even in riots substantially filed with violence and large numbers on government property(Barham V Ramsey (D.C. Circuit)).This is because even they have encountered people confused about their first amendment rights in way less confusing areas. The government in this case not only didn't prove I was given a dispersal warning, they didn't even claim that they did this, instead a captain simply went against decades of case law and shared that she didn't think they needed to give a dispersal warning (which is exactly what the Chief of the DC MPD falsely declared in Barham V. Ramsey before losing that case).

I entered 2020 democrat riot promoting Jeff Merkley's' office only after the officer I spoke to told me the rules for the day, just prior to him walking right by Merkelys office and not addressing the people inside. As stated and testified to, the rules included not going past any guarded areas or locked doors, and I could only go as far as the statues (Crypt). The door

was open and the officer literally walked by it right after we talked, it's on the capitol Police own surveillance video.

Yes, I smoked weed when it was passed to me, I puffed, puffed, and then passed, my 1 regret. However, I was under the impression I was in DC (where I was told it was legal), and in a building I had partial ownership of, not to mention, officers were watching people smoke when I was inside and didn't say anything to them from what I observed. In fact, I've since then seen them happily conversing with people smoking weed in the Capitol that day!

I wouldn't say I paraded through the Crypt, first of all that's where I was told was the furthest, I could go by the first officer I spoke to, and later I received directions and cool history lessons from another Capitol officer, verifying the information I was given by the first officer. While there, I spoke to multiple officers and waved at them as they seemed very welcoming and happy. I mostly recorded the history and beauty of both the Crypt and what was going on (the chants of "OUR HOUSE!" while observing statues of our founding fathers who similarly came together despite their differences and stood up to tyrants and said "OUR LANDS, OUR COUNTRY!"), the beautiful American spirit, in the most patriotic setting I've ever been in/ a part of, that is who we are/ were!).

I never heckled any officers that day. All the officers I encountered treated me amazingly and made my day so much fun and so epic. That fake news story was twisted by a beta-male who's greatest life achievement is spreading fake news and twisting stories to fit a narrative his editor finds interesting. The weak corrupt prosecutors have latched onto this story from the beginning, totally ignoring that beta-males text messages to me showing he made this up because "[The article has 'opinion' written at the top and it's my opinion you were heckling them']". Look to my interactions with all officers that day including those ones -- you'll see I wasn't heckling any of them. I was very grateful for their hospitality and what I,

the people there, and amazingly both democrats and republicans construed as support for us (remember that? When the left and right actually agreed on something from that day, that police seemed very welcoming?). Remember that one of the officers even testified in my trial he could see that I could've been jovial and joking with them as if we were friends, not necessarily heckling him/ his partner.

Yes, I posed on a police motorcycle, I wish I got better photo on it, but still, it was and is such an epic photo! Not to mention, people were forming a line to get on it like it was a ride at an amusement park, all while tons of police were watching us do it just feet away. They didn't say anything. I didn't damage the bike. I didn't ride off with it, I simply took an epic photo on it.

I didn't know any officers were injured until I had left, I simply just wasn't around to see such actions. But yes, once I went home and found out that these people were lying so radically about us and that they killed some of us, I went to praise the actions of those who were violent on our side (which also happened to include plain clothed government provocateurs according to William Pope's prosecutors, and antifa members like Derron (forgot his last name) and Josiah Kenyon). It was similar to how BLM rioters reacted to George Floyd dying of a fentanyl overdose, right before sharing he couldn't breathe while no one was touching him in the police car, just before he got let out and began to become a nuisance again. Except, instead of burning buildings down, or physically attacking officers despite that I had more of a reason to do so than they did, I simply went to piss those people off (and the people who were targeting me and others for being there) by sharing video posts and statuses that were clearly and hilariously pissing them off.

I also feel this way because I've seen what plain clothed officers were doing to instigate us to go into the building, and what officers were doing on the lower west and tunnel

to instigate people. I'm not going to feel as bad if you were asking for it. Blue lives matter, but that doesn't mean it's okay for them to protect tyrants, or to protect a stolen election. Granted, the agitators in the crowd (some of which were also government agents, as William Popes prosecutors helped point out) were not only telling people to go into the building, but were shouting falsely that Mike Pence certified the election, which was just before the old man with a cane and a black man in a camo jacked came out of the hundreds of protesters on the north end of the upper west terrace and began breaking in). Still, the weak rhino republicans and Pence would've certified it anyways.

There's no gravity to my conduct, it not only was welcomed by police, but I had a right to do much "worse" given the tyrannical lockdowns and murders these people advocated on the citizens, as well as the stolen election and pushing for more violent riots on the streets. There's nothing to be remorseful for, except that I smoked weed, I'm slightly embarrassed I did that (depending on who I'm speaking to).

I gave your court tons of respect for a long time despite how challenging it was. I gave your court plenty of opportunities. Though the government is the actual party who have consistently disrespected the rule of law! Lying consistently and breaking tons of laws and ignoring tons of requirements (like discovery obligations).

**Page 3:** I was the first civilian allowed into the ellipse (which is crazy considering how many people showed up!) because I had befriended secret service agents, just as I'd later seemingly make positive impressions on capitol officers I'd encounter.

Arrival on Capitol grounds: The government never provided me (nor did they show me on cctv here during trial) information on the time I came to or climbed the balustrade. Given their infatuation with lying in this case, I'm reluctant to believe this 2:26 time frame. Regardless, once up top, I was hearing and recording the noises of what I now know to be the

protesters moving rebar to block the officers from coming towards them at the upper west terrace (center, near the center doors). I didn't see this, but the noises are only during a limited time frame, that time frame is within 236 and 237, which is in line with me grabbing a spot near a window 2-3 minutes before the parliamentarian door was surprisingly broken into at 244pm. Meaning, the time I was on the balustrade would probably be closer to 230-235pm. Additionally this was not to reach the Upper West Terrace, but to move closer to where I saw others rushing towards, which at the time I was under the impression would be where the protest at the capitol was.

      The compulsive corrupt liars then claim I was aware of the violent methods rioters were employing to gain access into the capitol. This is more complex than this. The noises I was hearing were not the noises I thought they were. They were of rebar being moved, not glass being broken. Still, I expected for people doing that to be pepper sprayed because they were causing damages. I thought and later had verification that it (pepper spray and batons) was being used towards destructive or violent rioters. The government brings up my video I made once at the top of the stairs, which again was around 236 or 237pm, which would be in line with what global discovery videos show. I did imagine that the crowd as a whole would be gassed because of the foolish actions of a few. That's why I was constantly baffled how welcoming officers were to the non-violent and non-destructive people in what I was led to believe were the areas we were welcome to. I thought I was undergoing a sort of culture shock mixed with a unity of officers and protesters, I felt I was observing history in real time, so beautiful (So fun! So worth even 20 or more years of my life, though I shouldn't be punished as I did nothing wrong)! Windows at that time were not being broken/ that was not the noise I was hearing. I did not take notice of any protesters or rioters leaving the senate wing prior to me entering, in fact, I didn't know it was a broken window until people began

sharing that police were letting us in, I then moved closer and noticed the broken window, and people climbing through it and an open door near it. This is why I ignorantly said "we are at the main fucking gates". I didn't know if it was a door, or a window, I had no idea, I imagined they were banging on a gate of some sort. I had no knowledge of what was over there as I had never been there prior and had taken my contacts out after the rally because I had them in all night and fell asleep with them in during the trump rally. I did not see a single officer until 244pm, when that 1 officer swung a baton at the 1 destructive rioter who just broke the parliamentarian door window and opened the door.

**Page 4:** 1) The government brings up the break in video I recorded that had text overlaid on the video. I created that text days after January 6th, when the government and media were pissing me off by causing people to think I was there to kill people and was a part of killing a cop who did not die because of us, let alone that day. So, to piss them off, I made videos like this, because I took notice they were filled with glee that those there that day had gone into hiding and or were apologizing. They hated people glorifying that day. So I went to praising the most extreme things. Even going as far to grab a photo shared by the media of politicians cowering in fear. A photo taken from the inside of the House chambers (by one of the photographers with the congressmen), an area I never was near or in. Yet to piss these people off I wrote that it brought me joy to see the fear on their faces. That's a great example of why these sort of posts were made, posts that didn't align with my actions what so ever. I also find it hypocritical that they objected to every other video I had made with text on it, but then only cite this version of this video, rather than the original that had no text or music added to it.

2) The government again twists when I shared my expectations that police would use chemical spray on the rioters. The way they write it is to try to falsely convey I expected all of

us to be tear gassed simply for being there. That was not the case. I expected their focus to be on the destructive people but recognized that if we were close to such people, we ran the risk of being caught up in the tear gas.

3) The government again twists what I meant, trying to fit their narrative. When I said not in there, that was referring to that door. Clearly they didn't want us in that door. Again I shared right after this that I believed we had a right to be in there, but still, I didn't want to risk arrest or risk being injured.

4) Yes, it appeared we breached another area to what was ours, what had a right to take back and or to enter into. However, they again leave out that others were shouting they were letting us in, waving us in, and that even then, despite my beliefs and their claims, I waited to ensure that police really were allowing us in that area (the senate wing).

**Pages 5 and 6:** 1) I only stood on the desk after getting the rules for the day from a capitol officer right near that desk, all as others were smoking weed and as another man was on top of that desk.

2) I smoked what was probably weed, it tasted like weed, but it was already lit and someone passed it to me. If anything I reduced the amount of smoke in the room by filtering and sacrificing my lungs as I inhaled the smoke. You're welcome.

3) Again, bravado is something that the government recognized as being a factor in Ray Epps case. He shared he orchestrated the entire attack, and yet the government accepted this was simply bravado, an exaggeration. Did I rip the capitol from the officers hands? No. As I also shared, it seemed like they were on our side and welcoming. Regardless, the government keeps ignoring that this had nothing to do with the rule of law. I waited to ensure I would not be arrested, and the declaration of independence reminds us that we have a right

to do what we did, and far "worse". I simply was making it sound cooler than it was. Truth is, it appeared like the police gave it to us.

4) I actually went around the Crypt 1.5 times and spoke to multiple Capitol Officers while inside the Crypt. They were all very friendly.

**Pages 7 and 8**: 1) I did not heckle 2 officers, these people peddle a fake news narrative. I simply was talking to them in a jovial way. This was also shown via my prior conversation with a black officer who I had asked the same thing, and he made my simple question hilarious when he responded "I've got a hard head, I don't need a helmet." Which made me laugh and seek to get a similar funny reaction from other officers without a helmet. This is why I was seeking to welcome an equally funny response as I jovially spoke with them. The government ignores that in that same 2-minute time span I was saying "Have a good night" to multiple officers I was walking past, as they also ignore my conversation with another officer without a helmet who I and others shared was "super cool" as he himself thanked us (The officer who gave me directions and history lessons). To randomly begin heckling 2 friendly looking officers does not make sense, especially within the context of those 2 minutes, let alone my entire time at the Capitol. The officers themselves admitted this was a possibility during cross examination. The government fails to bring that up.

2) Yes, the one man with a cane who broke in. That is what I referenced.

3) I was not simply referring to my smoking, but that when I arrived people were already smoking in the office.

4) The police motorcycle was right next to officers, and there was a long line for people to get photos on it, we all had to wait our turn. I did not see any damages to it, nor did i damage it. I got an epic photo on it, no one can truthfully disagree with that!

5) Notice the change in language for the public to see was hours after reading posts and watching the news sharing false things about people inside, about Trump, about our goals, etc. As mentioned above and during trial, this was what pissed me off. I was already getting attacked online from both friends and strangers who felt like they had an understanding of the situation simply because they had seen an anchor talk about it. I'm glad they show this transition. Remind yourself of me walking away from the Capitol being secretly recorded, prior to knowing what the false narrative was in the media. I was calm, happy, and peaceful. What pissed me off was seeing what the media and government were trying to say and do to those who were there. What pissed me off was the public's reaction to the false narratives they were being told.

Again, as noted above and during trial, I did not see the fear on these people faces as I never was at the chambers. Not only that, but I entered into the building after they had already left the building. There was literally no way I would've seen them. This quick and dramatic change of tone from me was clearly and truthfully a reaction to what I've already described. It's so easy to see and understand by not only my actions inside, outside, and while walking away as I was being secretly recorded, but by the very first photo and message the government references! I didn't see these people from afar, let alone see their faces! There's no way I could've! I wrote it and posted it to piss off the people who were pissing me off. Something I often have done, piss people off that piss me off.

6) The government continues to cite messages after the 6th, and after I had been getting attacked on social media, the media, with threats, and with potential decades in prison. It was clear these people were attempting to ruin our lives. I kept fighting back by attempting to make them angry. That's all they have here. They themselves admitted it wasn't my actions on the 6th they were concerned about so much as my words and posts following

the 6th. They try to attach them, but the reason my actions don't line up with my posts after is clear when taking into account what I was going through.

7) Jason Manchuck never mentioned he was an FBI agent over the phone. He shared he was a state trooper. He also shared he wanted to talk.. Just talk. I had to press him on what he wanted to talk about. I had to bring up January 6th. I had to ask him if he wanted to arrest me.. When he finally and reluctantly shared he was seeking to arrest me, I asked under what charges and he said "well that's what I'd like to talk to you about in person.". I agreed to meet, but told him it would be later, I first had to get my bus off a mountain and meet with my already scheduled news interview since they were from France and flew out to see me. A lawyer later told me it would not be the state troopers looking for me, but the FBI, and that they needed to tell me what charges they were seeking to arrest me for. Jason did not ever ask me to meet him at an FBI field office. He asked me where we could meet. Though my lawyer told me not to meet him, I wanted to investigate this situation, but with the safety of the news crew with me. I told him I'd later meet him in front of the Albany County jail, after I had parked my vehicles for long time storage at my address, and after my news interview. He was okay with this but wanted constant updates. I told him he could call me but that given my bus battery situation (serpentine belt snapped), and no 12-volt charger, I would only have a limited battery life. I warned him multiple times as he kept calling in the next few hours of this decreasing battery. I told him I was going to have to conserve battery soon, but he did not listen.

Between him calling, my GPS, my social media posts, and the cold weather, my battery as I warned became low. I had to turn it off in between me being driven to my rv to conserve battery. Once I got to the hotel, I turned it on to both update my grandparents and to tell the media crew I was downstairs. The government suggests I was attempting to hide, but I made

those calls at the very place I would be conducting the interview. The government also shares my phone was wrapped in foil after I had spoken to the state trooper, but it was already wrapped in it to help the battery be less effected by the 0-10 degree temperatures and wind. All the other factors point to the fact that I did exactly as I suggested. I was planning to meet this sketchy man following this interview.

**Pages 10 and 11:** 1) Yes, while arrested and tracked down like I was a domestic terrorist over 30ish  minutes inside the Capitol, I was making a mockery of the situation while having fun. I also wanted to motivate others who were not as mentally strong to not be worried about these arrests or charges, but to defiantly stand against them. Clearly, the FBI was so bothered by my smiling for my mug shots that they instead used a very old drivers license photo.

Additionally, I was just given this interview (and hundreds of other long video files and documents) less than 6 days away from sentencing. I also am shown giving concern about my customer not getting their scheduled job done because of me being in jail and them having my phone. This is exactly what I've been sharing for years prior to seeing this and in the petty larceny case that was caused from the government and the FBI arresting me and taking my phone and electronics. So when they reference that petty larceny charge, that is literally because of them, as I've worried about since the very moment it was shared I would be in jail for at least 3 days without my phone during this very interview.

I did not falsely claim that officers gave me directions and rules to follow. Both interactions with 2 separate officers are on camera. Not only that, but a separate recording was made on my phone, the same one they have denied giving me access to.

2) I never told a friend to wipe the phone, but that it was lost. As the hotel receptionists shared with the FBI, in the government's own documents, she shared 2 men

showed up asking where this phone was. She shared with them that she didn't know where it was and that she didn't see it. The phone was in fact on her receptionist desk, though she did not tell that to the 2 men. Clearly, the phone to multiple friends of mine would've been construed as lost. As I was telling them while being taken away in handcuffs, record the situation and get my phone. The FBI and this court both agreed, the phone was simply locked down. No evidence was deleted. I also testified to this and have shared this for years. This court heard it from the FBI themselves, and even from the first  prosecutor, Ms. Furst. They now are just simply claiming against all evidence, even their own, that I deleted evidence.

    2) I was not convicted of perjury, nor did I commit perjury. The government has committed perjury. My feelings of being welcome were supported by video evidence from both the government, and my own. Every officer I encountered seemed very happy, or at the least, did not convey to me that they wanted me to leave. I felt very welcome by all the officers I had encountered in the areas I went. The government brings up this "violence" that i saw. I saw an old man with a cane open a door and go inside. I then saw a protester exit with baton marks on his head and pepper spray in his eyes. I saw the people who went in the first and separate area dealt with very differently compared to the second. In the second area the police seemed very welcoming not just to me, but to others! Those protesters who entered that area (which I didn't see most of them enter), began sharing with us outside that police were letting us in, which is not what the people who went in the other areas were sharing at all.

    3) The government again claims what they've falsely claimed for over 3 years despite video evidence of it. One of which is shown on the government's own footage they temporarily gave me the first time I was in DC, and what they just gave me back(along with hundreds of other files) less than 6 days away from sentencing. Interesting.

Remember this claim of theirs, especially the more recent one here :"as well as his standing on top of furniture, and the footage shows that no officer approached him or talked to him at this time." I can now show you the footage I did not previously have at trial come sentencing. So long as you don't stop me from showing that evidence like you did hundreds of other video files and documents during trial. If you want it, I now have it.

4) The police clearly were allowing us in as shown by me observing their inactions, actions, and their words that many of them shared with me that day in conversation! No one shared I had to leave, instead they shared the opposite. In fact, since I have shared this on January 6th 2021, I now know their watch commander and chief both were sharing to their subordinates they were not arresting us, and that they were being told to let us do what we want, just to not break or destroy anything. That video footage was one of my global discovery exhibits I attempted to introduce at trial, and that was on my exhibit list sent in electronically by my previous standby counsels. You refused to let any of the many videos be shown to the jury. I still have these videos. I have a few that I intend to show at the sentencing hearing, but I will keep it brief.

5) You can go into the Schenectady and Niskayuna capitols (cities I grew up) without even going through metal detectors, and I don't have a sense of claim to that building as I felt like we had a right to a building called the people's house. Albany has a metal detector because of the violence in the area, but you can walk all over the grounds, except for one area, the area where the governor and his motorcade enters and leaves from. Anywhere else on the grounds is open 24/7. And, if you'd like, I had a small gps photo sent to me of these buildings to help you see what I claimed was in fact true.

They claim that this is absurd, but this is actually evidence! I've been to capitols before! Capitols that aren't called the Peoples house! Places that people are less confused

over, and yet we had the ability to go on the grounds and inside the buildings! Why wouldn't I and many others think we had more of a right to do so in the Peoples house? Just like the governor has his area blocked off and protected, I figured a similar situation was going on at the door I had witnessed broken into. Perhaps there were people of importance there, or sensitive information in that area.

6) The end of this page going into page 12 they then again twist my sharing that the old man with a cane broke in. Clearly that area was broken into and we were not allowed there, but we were clearly being allowed in the senate wing, Merkley's office, the other office, and as far as the Crypt as shown by officers inactions, actions, and words.

**Page 12:** 1) Yes, I wrote kangaroo court after years of giving this court a chance to advance justice and stop the selective prosecution and cover ups both at the DC jail, and things related to my revocation, trial preparation, and the events of January 6th. I was frustrated.

2) Yes, I did not give the limited questions that the prosecutors formed to fit their narrative to the biased hate filled jurors. I instead gave the quick and more full answers so as to not cause confusion, as I know many people are stupid and can fall for such tricks (as they did). You claimed I asked only open ended questions, but while reading through the transcripts, during cross examination with Mendoza, that isn't true. When I asked her simple questions, and she went on a rant, when I would go to stop her, you stopped me. Yet when 23 years of my life is being threatened, and the government has all the advantages they already had, the Court gave them more advantages.. So when you told me I wouldn't be allowed to rebut their lies, I told you I'd expect nothing less from a kangaroo court outside the presence of the jury. This did not affect the court in anyway. I don't have disdain for the criminal justice system, I have disdain for injustice. I was frustrated with the way the system was treating me.

3) When the biased jury filled with victim jurors as one judge put it shared their guilty verdict on the felony despite only strong evidence going against it being admitted by the government themselves, yes, that is how people are radicalized. Absolutely I laughed out of frustration -- their service to the community was further subjecting me to wrongful abuse.

**Page 14:** 1) I object strongly to what the government requests here. They ask you to apply an enhancement you previously said didn't apply, but worse, they ask you to vary upwards in a way to reflect this even if you don't apply it. If the enhancement doesn't apply than it should not be a reason to give me more time of taxpayer funded room, board, and college classes.

2) I have respect for the law. I don't have respect for the way I was treated.

3) I did not cause interference in the certification of the stolen election, police did by not giving us dispersal warnings and by inviting me and other in with their actions, words, and inactions. I caused no injuries to any officers, I caused no damages. As the DC Circuit has mentioned (Car V. District of Columbia) ["the actions of others in a riot cannot be attached to others simply standing by, watching, or even cheering"]. Additionally, the American people have a right to overthrow tyrants and domestic terrorists who promote and funding terrorist organizations like BLM and antifa who were burning down our cities, attacking our citizens, all while those tyrants told us we couldn't go outside, work, or go to any businesses they didn't approve of.  We had a right and a duty to support democracy.

**Page 15:** 1) My standby counsel has been kind enough to share her previous objections to these characteristics. Still, I offer my brief comments. For starters, the police should have told us that we were interrupting a ceremonial proceeding for the stolen election. They also really shouldn't have shown that we were welcome to enter, remain, and protest in the areas they said we could with their actions, inactions, and words. The FBI is

most at fault for these peoples lives being in danger as they helped steal the election by interfering and sharing lies about Hunter Biden's laptop to social media companies in order to stop that true story from causing voters to vote for trump. All other evidence of it being stolen aside, this is one that I like the most. It paired with the studies on how this effected voters proves that they stole this election through interference. They not only put those peoples lives in danger, but they caused the people who died that day to die, and caused chaos around the world and in this very country by putting an Obama 2.0 in the office who literally is destroying our country and other countries.

  2) As already touched on, this man who called me did not identify himself as FBI, he said he was a state trooper. Seems like a conflict of interest, but regardless, a lawyer told me if I was to be contacted that it would've been from the FBI. This man added to the sketchiness by not calling me from a police office or his personal phone, but from my mothers' phone. I did not live with my mother and this was very strange. How did the NY state troopers not have my personal number when I am registered in the courts and have a business registered in NY? He further added to the sketchiness by at first saying he simply wanted to meet up to talk. I was receiving lots of death threats from crazy liberals at the time, and this man was making no sense. It was I who had to painfully pry the subject of arrest from him. When I asked him what charges he wanted to arrest me for, he shared "well that is what I'd like to talk to you about in person." He did not tell me what charges I was facing, nor that there was a warrant.

  Still, I agreed to meet this sketchy man only with a news crew present for my safety, despite that my lawyer told me not to. As noted so many times I did not attempt to thwart anyone from tracking my phone. I had the phone on while I was driving all my tiny houses from the 2 different cites to my legal residence for long time storage. I made calls through the

afternoon and evening, many hours after he and I spoke. I went to meet the news crew as I said I would prior to turning myself in(though he expressed he wanted me to come in prior to meeting them) and even made 2 separate calls at that very location where I was staying and planning to stay until the interview ended, which is the only reason I was down in the hotel lobby, the interview was over and we just came downstairs and were preparing to leave. I've already mentioned tons of times about the battery/ batteries in cold weather. Foil is a great insulator. The back/ the battery had foil around it. The screen/ front of it did not, as shown by the government themselves in court. My videos I made show how cold it was and show that during my driving the heat clearly was not on due to the serpentine belt being broken, which was why I had been trapped up on the mountain for 2-3 days.

However, at the end of the day, I truly didn't even need to agree to meet anyone, even if they were from the FBI because I did nothing wrong, the police welcomed me in and told me I wouldn't be arrested.

3) Again, the government brings up the lie that I told my friend to wipe my phone. I've addressed this ad-nausem.  Right this second, I could relay a message to an inmate or guard here who would relay that to a friend and I could actually have that phone wiped. But I don't want to do that. I never wanted to do that nor did I instruct for that to be done. I want the photos and recordings on my phone. They will help me on appeal. Not to mention, January 6th was the best day of my very fun life. I don't want to lose anything that reminds me of that day.

This court even shared that it didn't see any evidence deleted. The FBI technicians themselves said nothing was deleted. If you give me this enhancement, it is essentially sending me to jail off of allegations that not just the evidence doesn't support, but that even you disagreed with.

4) The base points for this Trumped up charge (literally) are just as ridiculous as they don't actually apply to my conduct or this situation what so ever.

**Page 16**: 1) I entered the building only after it became clear that officers were indeed letting us in as the crowd had earlier shared. As the government evidence shared, I did not personally see any sort of damage done to the building, or a break in attempt until after I had heard from people with bull horns that Mike pence certified the election. Which he did not, but the crowd believed it. I thought the certification process was done because both Trump and the democrats, though they differed on what Pence could do in this certification, both shared that it would be over once Pence certified the election. So, by the governments own evidence, I did not enter the building with the goal of committing a felony that has never been applied to any of the many people in the past who interrupted actual judicial and investigative proceedings.

2) Again, I did not willfully obstruct, impede, or attempt to obstruct anything. I only entered after police officers made me feel welcome. They continued making me feel welcome the entire time I was inside.

**Page 17**: 1) Congress were not the victims as they were not there when I entered and no one told me I was interrupting anything. The American people are the victims of all this. Having to pay not just for the investigations and prosecutions of the people set up by the government that day, but also paying for the results of a stolen election, which caused a corrupt administration to get in, sell out America, and greatly weaken us.

2) I do have issue with me having a point on my criminal history. As the government shares here, and as my attorney shared in that one case that was brought against me to harass me, I was told that I was only agreeing to a violation which was not a crime. I did not have this explained to me very well, I simply signed the agreement because I did not have it

explained well enough to me, and because it made more sense to just agree to a 50 dollar fine than to continue showing up for multiple hours for an unknown amount of future proceedings. It was simply to save money and time so I could better focus on my businesses. It shouldn't be hard to understand why a busy businesses owner would take such a deal. The guideline range was also disputed in a more detail in a separate filing.

3) I did not participate in any felonious conduct, I followed the rules officers gave to me that day and left voluntarily.

4) The election was stolen, once it was certified, the American people had and have a right to do whatever they must to kick those people out. The constitutional crisis was caused by the election being stolen.

5) It doesn't matter if I celebrated an old man breaking into a door in a separate area from where I entered (Carr V. District of Columbia (DC Circuit)). I was punished worse than others who actually did actions similar to this man.

6) I did not fail to report to an FBI agent, I was running late (based off of my estimated time I'd meet him, I told him it all depended on how long it would take to get my bus pulled back up from the mountain it partially slid off of) to go talk to a self described state trooper who refused to tell me what charges I was supposedly being arrested over. Who again didn't contact me from his phone or an office phone, but from my mothers phone, whom I didn't even live with. Very weird!

7) I did not mask my phone to evade capture.

8) The FBI themselves shared that no evidence was wiped from my phone. This court agreed. I did not wipe anything from my phone. I committed no offences, let alone serious offences.

**Page 18:**

1) I did not participate in the riot, I followed the directions officers gave to me. They made me feel very welcome and told me I would not be arrested.

2) The government then says that my following the rules from police while inside the capitol was a continuation of my contempt for the law. They then on the next sentence admit that I have no criminal convictions. How strange. How do they form that first assertion then? They form it by bringing up one sided reports from others, or by twisting my admissions in this case. I already mentioned above and in the past that this violation was simply to save me money and also was not described to me very well. I do not agree with the facts, but it saved me lots of money to just agree to harassment and not need to keep showing up to the court hearings to contest and share what actually happened. The reports from that person were not true. I hopped out of her car after she began striking me. As shared in trial, my mother physically abused me and I do not like being struck by women. As I began hopping out of the car, she slammed on the gas which caused me to violently fall onto the pavement. When I got up she was chasing me around the car until a group of people drove up from behind and then she played the victim. My arm out of commission from the violent fall, and the situation intensifying, I decided the best thing to do was to leave the situation. The police refused to take my version of events down because I had left the scene, which I admitted to leaving. They said I should have remained there despite the growing threats to my safety. Leaving was the right decision and I know it.

I should not have allowed that relationship to continue when she sought it out, nor should I have sought it out when she didn't. It was back and forth. I just had hoped for the other party to stop their abusive tactics. I didn't always handle the abuse well, but the claims in the 2 court cases are very false and twisted. It's very easy for a woman to get a protective order, they basically just say "I'm scared" and they get one. Again, as the government shared, I

have never been convicted of a crime, I agreed to a 50 dollar fine/ harassment plea deal to save my time.

3) This second thing too was not how this happened. This woman showed up to my church to and later showed me she had my stolen truck key, (she also admitted she stole 1,000 dollars from my wallet, and burned my phone in a fire pit). She offered me the truck key back (but I believe this was under the condition that I had to stop attending the 11pm service because she wanted that), I had been attending this church years prior to her attending. I declined and told her that if she did not give me the key I would call the police. She immediately hopped in her car and drove away. I hopped in mine while dialing the police and following after her to ensure she didn't toss the key out of the window prior to police arriving. I first called the police, and then she called the police. We both were instructed to remain in our cars until police arrived, which we did. When they arrived, I told them of the situation. She lied and said she did not have the key. The officers seemed like they were going to check her car out, but then they brought up a protective order that was improperly filed on their computer.

The Glenville court incorrectly labeled it a full stay away order, rather than what it was, which was a no harassment order. The officers tune changed upon seeing this in the system and shared it doesn't matter if she had my keys or showed up to my church, she had a full stay away order and I should've left when she showed up. So he arrested me, and impounded my car, allowing her to drive away with my key she stole.

Hours later, after he already had arrested me and impounded my car, the Glenville court shared their mistake, it was not a full stay away, but rather a no harassment order. Not wanting to admit his mistake, and my car already having been impounded, he just said "well

she said she didn't have the key so I find that you were harassing her". But she showed me the key in the parking lot of the church, the police did not check her vehicle.

Regardless, this case has yet to be resolved because of the covid lockdowns. The government citing one side's claims is pitiful of them. They want you to punish me over what one party claims.  Not that it matters, but I've actually loved not being chased, and or chasing toxic women/ relationships, which I came to realize while in jail (not all women I've dated are toxic, but I loved the toxic ones so much more, no comparisons, it's a challenge). I've come to realize just what a burden women are on me (and to most men). They (the ones I like) distract me from accomplishing my goals faster, they distract my resources, and they stress me out. I'm actually strong enough to not need a woman unlike most men. I've seen how these women, and even women in general weaken men in so many ways, they also make them more likely to give in to plea deals in these prosecutions, and cause them to whine all the time. I've committed to remaining single and not even allowing women to be alone with me for at least the amount of time I've been in jail to help me remain focused on rebuilding my businesses. Again, I am grateful that I now know this, I shall not be distracted, I will remain focused.

4) This NY judge situation was recently addressed in great detail on document 130, Part F section 4.

5) Regarding the petit larceny charge, this was recently addressed in document 130, part F, section 2. This petit larceny charge was caused because of the government and FBI taking my phone and business records. Additionally, the number was not blocked, but towards the end of January my phone service for that number cut off because the FBI had my phone and lots of other things stopping me from being able to remedy the situation. I was not even allowed to leave the apartment I was forced into that wasn't even mine, so fixing this

situation was a process. However, it is telling that yet again, the government states one parties claims in an ongoing case as facts. Very telling.

Page 20: 1) The government keeps lying about both the mental health evaluation I voluntarily signed up for before the court even asked me to and in regards to the probation officers mother situation, and my conversation with my PO just before this. They not only keep lying about what the facts are, but directly go against their own admissions which I cited, quoted, and referenced on document 130. To see how their own admissions rebut their claims here and in the past regarding these situations, please read, and respond to document 130, Part E, sections 6 and 7, and part F sections 5 and 6.

2) The income tax thing is a mixture of 5 things, it has nothing to do with me having contempt for the law. First, ADHD and not understanding taxes are what hampered this for me, I should've taken a class on this prior to beginning. However (secondly), I did eventually learn the basics, but a business partner locked me out of the bank records and so i could not accurately file anything. Thirdly, Covid lockdowns in NY told me I wasn't supposed to work. All while not giving me any money, they instead threatened fines on people who worked. That helps explain why no income taxes were filed for those periods. The fourth combined reason is that the FBI took all business related and financial related things from me. I was seeing/ having sex with an accountant just before January 6th and she was getting all my taxes in order, but then January 6th happened and the FBI took all my stuff. My probation officer granted me the ability to leave my district of NY to go handle the most recent taxes that I could retrieve but this was 2 days prior to being revoked, so this never happened. I do intend to remedy and figure out my tax situation, but first I need my business and basic financial information back. The government needs to give what they have been holding from me the

last 3 plus years. Finally, the fifth reason it has been this long is because I've been in jail the past 3 plus years with no access to any of my documents or financial related items. I need them back.  I will mention here that just like Louis Learner used the IRS to go after conservatives, I know the same will happen to me. I already saw it happen. The first group of people to look me up on my linkdin profile following January 6th were FBI agents, and I took screen-shots of this. The seconds group of people were IRS agents, just 2 days behind the FBI agents, I did the same when I saw this. They began searching me up as soon as my name was associated with January 6th. If you know anything about linkdon and it's algorithm, then you know how easy it is to know who is searching your profile up.

Page 21: 1) My actions do not support incarceration let alone any punishment because police officers welcomed me into the building, to remain, and to protest as I did via their actions, words, and inactions. I respected the officers by following the rules they set out for me. It clearly was a police sanctioned protest when I was inside and where I was while inside. Even outside, the hundreds of police officers said nothing to me to indicate I wasn't allowed to be there. It was a protest, turned into a riot, which the government helped incite and wanted to happen! This was not an attack on democracy, it was a protest against those who have greatly destroyed and are still working to destroy our constitutional republic. If only the government had treated the way more violent riot just months prior down at the White house by BLM then maybe they could be taken a little bit more seriously. If only the courts shared the same sentiments for the few prosecuted at that riot that caused way more officers to be injured by radical leftists, then maybe these sort of statements could be taken more seriously.

2) Again, the government keeps saying false things like I have contempt for the law, but I'm being prosecuted for following the rules set by law enforcement on January 6th, there was only respect for them.

**Page 22:** 1) I again did not evade arrest.

2) I again did not destroy evidence, the government is the one who not only has destroyed evidence, but stopped me from accessing evidence, and destroyed my preparations multiple times! Typical abusers, gas-lighting their victims.

3) I wasn't allowed to fully represent myself, present multiple defenses, didn't have access to my discovery until 2-3 days into trial, didn't have a standby counsel, didn't have most of my witness list granted, was stopped from presenting ANY of my global discovery videos, was stopped from presenting a lot of the personal discovery videos, was only given a fraction of the time to put a case on compared to the government, the government showed tons of videos to a biased jury that had nothing to do with me, just to name a few things that frustrated me and caused me to "act-out" in Court.

 4) My actions were perfectly lawful and justified, officers told me it was. The governments story is the one that has constantly changed in this case. They knew that officers actions, words, and inactions lead many, including myself to believe that we were allowed in, to remain, and to protest as we did, yet they claimed at first that no such things happened, then they claimed it didn't happen to me, and then they claimed that I should've known that this wasn't the case even if it was present. Now they go back to their 2nd claim since this case began.

5) Bloomberg news twisted my words and the man himself knew that I had regretted smoking weed, knew I was not a grocery store clerk since a junior in high school, and knew

that the reason I didn't think I'd get in trouble was because officers told me I wouldn't be arrested. I was a fool and believed them. Yes, a dysfunctional family with lots of people I normally wouldn't talk to or get along with, but that day we were together, our differences aside, how beautiful and American it was!

7) Yes, I wore the same fake yarn beard and made light of the situation, but I also warned that the government and people pushing for arrests clearly had Trump derangement syndrome, and were coming after us. Very accurate. I again shared what I shared with Bloomberg, that I regretted smoking what was potentially weed. I again promoted the truth, that police officers allowed me and others to be inside, which is clearly shown in their actions, words, and inactions, and by their instructions from their watch commander to let us do what we want, just not to destroy the place.

**Page 23:** 1) I continue to be frustrated that the government lies to the Court and isn't punished for doing so while I am. I respected the probation office way more than they respected me, even when they kept lying about my actions, I listened. See the actual truth of how great I was during probation (despite that the government lied in order to place me on the bail reform act and give me conditions of release) as shown from the government's own admissions that I gathered and inserted in document 130 Parts E and F.

**Page 25**: 1) Footnote 6 is total garbage and a continuation of the selective prosecution and judgement of us conservatives. Car bombs were made and more officers were injured at the riot just months prior down at the white house where President Trump had to be moved to a bunker. Yet what sort of coverage did those people have? Were they labeled domestic terrorists? Hunted down with the help of citizens? Did the FBI ask the banks to close their account? No. I haven't heard about that way more violent riot even a few days after the 6th,

let alone in the years since the 6th. These punishments are not only unwarranted, but completely and clearly selective. Courts should be given similar treatments as government and citizens buildings were given during the Seattle "Summer of Love protests" in 2020.

The context of the "mob violence" was that government agents in plain clothes were inciting the crowd to violence, to push past barriers, to climb the stairs leading up to the Capitol, and to go inside the Capitol, as William Pope's prosecutors admitted. Officers also were agitating the crowd without giving dispersal warnings or orders, which Mendoza falsely testified to. I shouldn't be punished over a false narrative that the government has set up, a set up that literally had agents telling people to do what I am charged with doing in the areas I was! They were in the area I was at the time I was telling people to go inside!

2) Compared to Democrats who did worse, or even similar, they didn't even come close to getting 10% of what I've suffered. Look to Tighe Barry's case in this same Court. He interrupted tons of proceedings violently, sometimes injuring officers or citizens, all in the course of 13 years. He gets 12 hours in jail and a 10 dollar fine.

**Page 26:** 1) The government is the party who has continually lied in your court, and I've shown it over and over again. Even the DDA to the DC jail lied in your court and I proved it through video evidence, but you punished me for it. I didn't lie whatsoever. I told a jury who hates Trump supporters that we had a right to overthrow the government, that it was the best day of my life, and that Brett Kavanuaghs' accuser was a liar, among many other things. These corrupt people accidently showed an exhibit I had never seen before showing a secret recording of me walking away from the capitol as a man asked me what caused the break in, and I shared that the crowd seemed to change once people had heard (falsely) that Pence certified the election.

2) Again, repetition seems to be the name of the game for the government, say lies enough until it fools the reader into thinking that's the truth, that's been the name of the game for this January 6th narrative they keep pushing, and it's the name of the game again when they bring up allegations that have not been proven in NY cases. They are upset they don't have anything of substance, that's why they called up the NY courts when I was on house arrest and begged them to make an exception and open up the courts for my case that was put on hold due to lockdowns. Both the judge in that pending case, and my attorneys shared concerns on why they were even asked to make an exception for me by the probation office/ prosecutors in this case. They desperately wanted me to have a criminal history. When the judge realized there was no reason to keep meeting until the lockdowns had ended, it clearly upset the probation officers and prosecutors in this case so much as to cause them to constantly try to get me revoked on lies.

Still, the prosecutors try to act as if this case was settled against me, when it was not. They really shouldn't even be bringing it up, let alone stating it as a reason to punish me. It just further shows their desperation and corruption.

3) I barely sought out media attention, it's the government that has constantly sought out media attention to promote their lies regarding January 6th. Officers, senators, Congressmen, prosecutors, Biden, ect., they all constantly seek media attention, they constantly try to speak about January 6th and their false narratives. This very city had buses and billboards attacking those having anything to do with January 6th. This city had public parks show the fake news January 6th select Committee to its citizens and our future and present jurors. How many things did I post to this city? How many people did I host videos for

in this city? I'm not the one who has peddled fake news related to this day, the government has, and it goes way beyond these low-level prosecutors.

4) There's nothing to be remorseful for, I did nothing wrong, I followed police officers rules, they told me I wouldn't be arrested and made me feel welcomed. My story hasn't changed, the government has, multiple times and in very drastic ways despite having seen the discovery and global discovery way before me.

**Page 27:** 1) Comparing me to a violent person who has a 13-year history of knowingly interrupting the proceedings of Congress and select committees, a person who has fought against police and injured multiple people, sometimes while using a metal pole, I should be given less time than him. For the last proceeding he personally and actually interrupted (Brett Kavanaugh hearings), people were injured, he fought against police, he ran towards the congress members, then was taken down to the ground, fought with police, and he had to be dragged out while he was screaming. They told him to not go into the capitol again, and 4 months later he was arrested again for not listening to capitol police and being disorderly. He still was allowed to remain free. Then 2 months later he attacked citizens and a secret service officer with his body and a metal pole. The same magistrate judge who told me I couldn't even leave my house for my first ever capitol related charges over trespassing, grouped all this together and said his 12 hours in jail was time served for his 6 day sentence, but he had to pay a 10 dollar fine.  So, considering I'm way less of a danger, I didn't do anything wrong, and this was my first time in the capitol, I think at most a 20 minute sentence should be placed on me, time well beyond served, and about a penny for a fine. If you do that, there won't be a sentencing disparity between Mr. Barry and I, though again, I would appeal to point out I did nothing wrong.

2) I didn't commit any crimes here, and no restitution is warranted.

**Page 28**: 1) I have no victims, no one suffered as a result of me following the rules set by Capitol police. I did not engage in any criminal conduct. I followed the rules set upon me by the Capitol Police. I did not  cause any damages directly or indirectly. There was no individual contribution to any damages.

**Page 29**: 1) Again, officers told me I would not be arrested for remaining or protesting as others were where they were. I should not be forced to pay 2,000 dollars in restitution for following officers directions. Remember, I didn't damage anything.

**Page 30:** 1) I didn't capitalize on any crime, money was sent to me by people sympathetic that I was being politically persecuted over what a Capitol officer on scene has said was the "biggest fucking set up ever". Further, I did hire counsel, and they stole money from me.

 **Page 31/ conclusion:** I don't deserve to be further punished.

**Random notes:-**

Me, delete evidence to protect myself? The same person who told a bunch of biased DC jurors with a smile on my face as I faced 23 years that January 6th was the best day of my very fun life? The same person who continually posted photos and videos glorifying that day even after my arrest? The same person who told my jurors that we had and have a right to overthrow the government? The same person who told them that Brett Kavanaugh's accuser did nothing wrong and used it as an example to show how stupid people (like them) came to those conclusions, in a funny attempt to point out they would probably also come to find me guilty without having understood how to truly assess if someone is guilty/ how to understand

the debate pyramid and it's relevance to evidence based admissions? Lets not forget, they refused to give me my phone back out of fear that on it was exactly what I said was on it, the police officer I spoke to on recording sharing that I wouldn't get arrested, and giving me the rules to follow while inside.

When I get out, I want to restart my businesses. I also have a friend who has offered me a job and the ability to intern with him for 6 months to a year (or more, but I only want to be there a year). I would like to learn from him as he has been a successful franchise owner, as well as an owner of multiple huge companies for many years. Though I'm prepared for jail, death, or literally anything in life, my current goal is to intern with him and work with him part time for up to a year whenever I get actual freedom. I will tow my 2 tiny houses down to his 1000 acre property and work on preparing to sell one of them, finish the build on my bus, and buy a separate tiny house shortly after (I always need a back-up). Should I make it past 1 year, I currently then plan to move back to the Capitol Region of NY with my new found skills, knowledge, and drive to begin my chimney company again. Which within 1 year of being started was offered to be bought out by multi-million dollar companies, now with this new motivation and drive, and planning, I intend to create an even better version of the company.

If I am placed on supervised release, I should not be forced to conduct drug tests. It was over burdensome and NOT the minimum amount of restrictions before, nor was it a problem for me. Let me remind the court that I have no drug related charges related to this case. Not only that, but I didn't bring any into the Capitol, rather, someone who was already smoking passed it to me, and i took 2 puffs from it. I also never failed a drug test and showed up for each and every one. I also have never had any charges related to drugs for years while in jail or prison.

I should not be told to restrict my access to alcohol. It has nothing to do with this case, and I do not have an issue with this. I also have never had any charges related to that while in jail or prison. If I am to go to prison, I would like to go to the prison in Otisville NY. It is pretty close to family, they have a large amount of Jewish inmates there, they have a low and a medium area of the prison. I'd love to network over there as well as it's my understanding a lot of businessmen from NYC and people with tax related charges are there and I'd love to pick their brains. What worked well for them, what didn't, what they know, etc. If I'm to be in prison I want to be around people who I am more likely to have intelligent conversations with. Not about drugs, thugs, guns, and women.

I also request for my property back from FBI/ government. I recently realized that the flag in Merkley's room was my original trump flag i picked up on the balustrade, I would love that flag back, unless Merkley prefers to keep it to remind him of how he helped mess our country up. If not, I request to have that flag back to bring me back those fond memories. I would also like to have my legal papers and property picked up by attorney -- they destroyed half of my stuff last time I was moved. And I would like to have my legal materials transferred to a USB prior to leaving, they said I'd be able to do that, but I haven't been able to contact them. I will also need access to global discovery either at prison or upon release, I am still preparing for my appeal. If this Court gives me time served or a sentence that equates to that, I ask to be released in 10 days so I can both plan my moving, and also wait for the very slow to move DC jails education department to come and transfer all my microsoft word and powerpoint files from my education tablet onto my usb drive. This has lots of legal notes, preparations, my appeal preparations, and business preparations, contracts, and manuals I've spent months creating. I don't want it to be lost or destroyed again.

Brandon Fellows