UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRANDON FELLOWS<br><br>    Defendant. | Crim. Action No. 21-CR-083 (TNM) |

### NOTICE OF FILING

Attached please find Mr. Fellows' Exhibits that he admitted or referenced during his Sentencing Hearing. This filing includes his power point presentation and the documents he referenced regarding Tighe Barry. At his request, Counsel will also submit the videos he prepared, some of which he was allowed to play, during his sentencing hearing. Counsel files this on behalf of Mr. Fellows as standby counsel.

                        Respectfully submitted,

                        A. J. KRAMER
                        FEDERAL PUBLIC DEFENDER

                            /s/
                        _____
                        MICHELLE M. PETERSON
                        Chief Assistant Federal Public Defender
                        625 Indiana Avenue, N.W., Suite 550
                        Washington, D.C.  20004
                        (202) 208-7500
                        Shelli_Peterson@fd.org