# TIGHE Barry Criminal History Exhibits

These were referenced & Shown to the Court during my Sentencing.
I don't have all of his documents, but I have documents
from 10 seperate situations in which he faced criminal charges.
- These 10 situations all took place in DC over the course
of 12 years (I'm missing 1 year of his history).
- The years I have are from 2007 until 2019.
- 5 of the 10 Charges use the same language to describe
knowingly iterrupting Congressional or senate hearings. (read=)
   - 2 others don't use the same language as used in 1512 charge,
    but both involved him iterrupting both the House Judiciary
    Committee proceedings, and the armed services committee proceedings
- 1 ~~this was for~~ was for trespassing and defacing an office
   in the Libyan embassy while refusing to leave and resisting
   arrest.
   - 1 was for attacking conservative protesters & secret
    service police officers with his body & a metal pole
    at the venesualen embassy
   - 1 was for demonstrating & ignoring police orders to
    stop multiple times in the Capitol during an Ilhan
    omar lead code pink demonstration in the Capitol.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

### INFORMATION

DCTN: 520700164
Lockup No: 4-10-07
Case No: _____

The United States Attorney for the District of Columbia informs the Court that within the District of Columbia:

| Defendant's Name: | Tighe D Barry | | | 597304 | 07037090 | 01/27/1957 |
|---|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | (PDID) | (CCNO) | (DOB) |

Address: 3011 4TH ST, SANTA MONICA CA

1  On or about March 23, 2007, within the District of Columbia, Tighe D Barry, willfully and knowingly engaged in disorderly and disruptive conduct upon the United States Capitol grounds or within any of the Capitol buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of the Congress and either House thereof, or the orderly conduct within any such building of a hearing before, and deliberations of, a committee or subcommittee of the Congress and either House thereof. **(Disorderly and Disruptive Conduct on United States Capitol Grounds, in violation of 10 D.C. Code Section 503.16(b)(4) (2001 ed.))**

**Co-Defendants:**

*Also, the speaker of the house literally addressed TIGHE & his corrupt friend in DC helped him to be found not guilty!

※ Not charged with 1512 but same / very similar language used as used in my 1 felony / the 1512 charge. He actually interrupted, and planned to interrupt, and knowingly disrupted these proceedings! This time and the many years to come!

Selective prosecutions & treatment from the DC District Courts.

Rule 105: ☐  _____
                                    **Judge**

**United States Attorney for the District of Columbia**

| By: Assistant United States Attorney | | Date: March 27, 2007 |
|---|---|---|
| By Officer: Derek Daniels | | Badge No.: 5448 |
| | Community Court ☐ | Domestic ☐ |

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

## UNITED STATES
## VS

BARRY, TIGHE D

ON 03-23-2007 AT APPROXIMATELY 1230 HOURS, RO DANIELS (PIN 5448), WORKING HOUSE CHAMBER DETAIL OBSERVED DEFENDANT IN THE HOUSE CHAMBER OF THE US CAPITOL, STAND UP AND SHOUT "IF YOU BUY IT. YOU OWN IT" THE ACTING SPEAKER OF THE HOUSE STRUCK THE GAVEL AND REQUESTEED THAT THE HOUSE SERGEANT AT ARMS RESTORE ORDER IN CHAMBER. THE DEFENDANT WAS ESCORTED FROM THE GALLERY, HANDCUFFED, SEARCHED AND PLACED UNDER ARREST AT 1305 HOURS. DEFENDANT WAS TRANSPORTED TO 119 D STREET NE, ADVISED OF RIGHTS, PROCESSED AND TRANSPORTED TO CCB

INCIDENT TO ARREST, DEFENDANT WAS IN POSSESSION OF HOUSE GALLERY PASS THAT STATES THE RULES AND REGULATIONS OF GALLERY

DEFENDANT IS IDENTIFIED AS BARRY, TIGHE D

The events and acts described above occurred primarily in the DISTRICT OF COLUMBIA and were committed as described By defendant(s) listed in the case caption

_____                    3 - 27 - 07
Subscribed and sworn before me this        day of    2007

_____   54468   1D   _____
Police Officer            Badge   District   Deputy Clerk

Arrest          Metropolitan Police Department    Badge #         Officer                              >
Agency

pen                        Defendant (Criminal)
ve                         Full Name  BARRY, TIGHE D              >                                      1 of 1
                           D.O.B.     01/27/1957              Alias        BARRY, TIGHE
                                                              Name(s)
int              PDID      597304         DCDC#
                                          DL St CA                                                      1 of 1
                           Gender     Male        Race  *White     Address      Home Address
                                                                   Type

ocket Entries                                                      Address      3011 4TH ST
arties                                              1 of 1
otes             Attorney(sIVERSON, Mr FREDERICK D      >
                 )
o Ticklers       Code      CJA-Initial                       City/ST/ZipSANTAMONICA    CA        >
osts
vents                                                                                                  1 of 1
rint Docket      Charge  1 10DC503.16B4    >  Type:Pro                             0 of 0
ink Group(s)     CCN        037090    Arrest520700164  Arrest  03/23/2007  Enhancement(s       >
                                      #            Dt              )
ervice           DescriptionUnlawful Conduct Capitol Grounds
aintenance
ervice Summary
                                                                                          0 of 0

                 Next Event                  Date/Tim              Linked
                                             e                     Group(s)
                 Event Judge
                 Case Disp  Not Guilty-Jury  Disp    10/03/2007
                            Trial            Date

                 Prosecutors ———————————————————————  0 of 0
                 Agency              >  Full Name           >        Case      _____...
                                                                    Attributes
                                                                    Case Number 2007 CMD 008166
                                                                    Filed        04/10/2007
                 Case Comments                                      Status       Closed
                                                                    Secret Case F    IncompletF
                                                                                    e

Filed          10/03/2007                                          # of Pages    1
Docket Entry   Charge Disposed - Jury Trial Not   >
               Guilty
Party Charge   1    Unlawful Conduct Capitol       !_
               Grounds

                                                                  Journal Name
                                                                  Journal Book
                                                                  Starting Page

Attorney                                        >                Docket Nbr

Participants   !_              Sealed                             Document Nbr

                               Create          F                 File Reference
                               Notice                            Nbr

Description
Charge Disposed - Jury Trial  Not Guilty


Entered  MYERSJ        Entered   10/03/2007    Updated   MYERSJ        Updated   10/03/2007
By:                   Date:     14:27         By:                    Date:     14:27

Filed          10/03/2007                                    # of Pages    1
Docket Entry   Case Disposed - Jury Trial Not      >
               Guilty

Image                                                        Journal Name
Parties                                                      Journal Book
Financial                                                    Starting Page
Summary
System         Attorney                             >       Docket Nbr
Notification
Docket ID      Participants  !__        Sealed              Document Nbr
Display
Condition                               Create     F        File Reference
                                        Notice              Nbr
R Assignment
               Description
               Case Disposed - Jury Trial Not Guilty


Entered  BURNETTC     Entered   10/03/2007    Updated  BURNETTC     Updated   10/03/2007
By:                   Date:     15:16        By:                   Date:     15:16

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

DCTN: 520701100

Lockup No: ~~12/27/07~~

### INFORMATION

Case No: ~~CMP~~

**The United States Attorney for the District of Columbia informs the Court that within the District of Columbia:**

| Defendant's Name: | Tighe D Barry | | | 597304 | 07167318 | 01/27/1957 |
|---|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | (PDID) | (CCNO) | (DOB) |

Address: **3011 4TH STREET, SANTO MONICA CA**

1   On or about December 6, 2007, within the District of Columbia, Tighe D Barry, willfully and knowingly engaged in disorderly and disruptive conduct upon the United States Capitol grounds or within any of the Capitol buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of the Congress and either House thereof, or the orderly conduct within any such building of a hearing before, and deliberations of, a committee or subcommittee of the Congress and either House thereof. **(Disorderly and Disruptive Conduct on United States Capitol Grounds, in violation of 10 D.C. Code Section 503.16(b)(4) (2001 ed.))**

**Co-Defendants:**

*※ not charged with 1512 in*

Rule 105: ☐   _____

                                **Judge**

### United States Attorney for the District of Columbia

| By: Assistant United States Attorney | Date: December 12, 2007 |
|---|---|
| By Officer: Michael Lukaszewicz | Badge No.: 5724 |

Community Court ☐     Domestic ☐

SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES

VS.

_BARRY, Tighe D._

On December 6, 2007, at approximately 1454 hours, D-1 (Barry, Tighe D.) was present at 100 Constitution Avenue NE (Dirksen Senate Office Building) Room SD-419 (US Senate Foreign Relations Committee) when he disrupted the order fashion of the committee while it was in full session. D-1 stood up and attempted to read a political statement. The Chairman (Senator Menendez) banged the gavel and asked D-1 to please take a seat. D-1 continued to read his statement. The Chairman then banged the gavel and stated "The committee will come to order." D-1 continued to read statement and the Chairman then asked RO (Officer Lukaszewicz, Michael) to remove D-1 from the committee. RO the escorted D-1 from the committee room and placed D-1 under arrest at 1502 hours and charged D-1 with Unlawful Conduct. D-1 was transported to 119 D Street NE where he was read his Miranda Rights and processed.

The suspect was later identified as:
S-1  Barry, Tighe D.   (Arrest # 520701100)
        3011 4th St., Santa Monica, CA 90405
        (310) 399-7443
        DOB: 01-20-1957     SS# 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

The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this ___12/6/07___ (date)

_____     5724     ID- USCP     _____
Police Officer          Badge          District          Deputy Clerk

```
            Filed          07/30/2008                        # of Pages    1
            Docket Entry   Charge Disposed - Plea Judgment   >
                           Guilty
            Party Charge   1    Unlawful Conduct Capitol      !_
                                Grounds


                                                             Journal Name
                                                             Journal Book
                                                             Starting Page
            Attorney                                    >    Docket Nbr

            Participants   !_          Sealed               Document Nbr

                                       Create       F       File Reference
                                       Notice               Nbr

            Description
            Charge Disposed - Plea Judgment Guilty
            Charge# 1  Unlawful Conduct Capitol Grounds-Misdemeanor




            Entered   HEDGEPETHO    Entered   07/30/2008   Updated   JACKSONP   Updated   07/31/2008
            By:                     Date:     11:20        By:                  Date:     08:13
```

```
Filed          07/30/2008                              # of Pages      1
Docket Entry   Event Resulted - Release Status:    >
```

```
                                                        Journal Name
                                                        Journal Book
                                                        Starting Page
                Attorney                          >     Docket Nbr

                Participants                Sealed      Document Nbr
```

```
                                           Create    F    File Reference
                                           Notice          Nbr
```

Description
Event Resulted -Defendant Pled Guilty To Count 1 Of The Information- Unlawful Conduct On The
Capitol Grounds.  PSI Waived.
The following event: Status Hearing scheduled for 07/30/2008 at 9:30 am has been resulted as
follows:

Result: Change of Plea to Guilty
Judge: WYNN, PATRICIA A     Location: Courtroom 210
TIGHE D BARRY (Defendant (Criminal)); ; Mr DANIEL W W QUILLIN (Attorney) on behalf of TIGHE
D BARRY (Defendant (Criminal)); Judge PATRICIA A WYNN

```
Entered   HEDGEPETHO    Entered    07/30/2008   Updated   HEDGEPETHO    Updated   07/30/2008
By:                     Date:      11:19        By:                     Date:     11:20
```

```
.ve                    Filed        07/30/2008                              # of Pages      1
.int                   Docket Entry Sentence                    >
en

                                                                            Journal Name
.mage                                                                       Journal Book
.arties                                                                     Starting Page
.inancial
ummary
ystem                  Attorney                                 >          Docket Nbr
otification
ocket ID               Participants  !                 Sealed              Document Nbr
isplay


ondition                             Create         F                      File Reference
                                     Notice                                Nbr
.R Assignment
                       Description
                       Sentence
                       Sentence for Charge # 1, Unlawful Conduct Capitol Grounds-Misdemeanor
                       Sentence Date: 07/30/2008
                       Confinement Type:  Confinement
                       Time: 0 years, 0 months, 30 days.
                       Time Susp: 0 years,  months, 30 days.
                       Amount To Serve: 0 years, 0 months, 0 days.
                       VVCA Amount:         50.00, Due:  PAID IN FULL ON 07-30-08
                       Probation Type: UNSUVP, Start Date:  , End Date:
                       Probation Time: 0 years, 6 months, 0 days
                       TIGHE D BARRY, TIGHE DENNIS BARRY (Defendant (Criminal)); ; Mr DANIEL W W QUILLIN (Attorney)
                       on behalf of TIGHE D BARRY (Defendant (Criminal)); Judge PATRICIA A WYNN


                       Entered    HEDGEPETHO   Entered   07/30/2008   Updated    JACKSONP    Updated    07/31/2008
                       By:                     Date:     11:24        By:                    Date:      08:16
```

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

Case No. _2007 CHD 29528_
PDID No.: _597304_

_Tighe D. Barry_

### JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of _____

_Charge 1 - Unlawful Conduct Capitol Grounds_

and having been found guilty by ☐ Jury ☒ Court, it is hereby **ORDERED** that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby **SENTENCED** to _____

_6 (six) months of unsupervised Probation_
_30 days - ESS_

☐ **MANDATORY MINIMUM** term of _____ applies to the sentence imposed

☐ **MANDATORY MINIMUM** term does not apply.

☐ **ORDERED** that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ **ORDERED** that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☐ **ORDERED** that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further **ORDERED** that while on probation the defendant observe the following marked conditions of probation:

   ☐ Observe the general conditions of probation listed on the back of this order.

   ☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer.

   ☐ Treatment for ☐ alcohol problems ☐ drug dependency or abuse as follows:
_____

   ☐ Restitution of $ _____ in monthly installments of $ _____ beginning
_____ (see reverse side for payment instructions.)

   ☐ The Court will distribute monies to _____

Costs in the aggregate amount of $ _$50.00_ have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid. _by 8/8/08_

**ORDERED** that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve the commitment/order for the defendant.

_7-30-2008_
Date

Judge _Patricia Wynn_

Certification by Clerk pursuant to Criminal Rule 32(d).

_7-30-2008_
Date

_T. Tisdale_
Deputy Clerk

Case: 2007 CHD 029528
Dkt: CRHJC0

Form CD(18)-1040/Oct 01

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

**INFORMATION**

DCTN: U12018290
Lockup No: _____
Case No: _____
Citation Date: 07/10/2012

The United States Attorney for the District of Columbia informs the Court that within the District of Columbia:

| Defendant's Name: | Tighe Barry | | | 597304 | 12081895 | 01/20/1957 |
|---|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | (PDID) | (CCNO) | (DOB) |
| Also Known As: | Tighe Barry | | | | | |
| | (First) | (Middle) | (Last) | | | |
| Address: | 666 G STREET NE, WASHINGTON DC | | | | | |

1  On or about June 13, 2012, within the District of Columbia, Tighe Barry, willfully and knowingly engaged in disorderly and disruptive conduct upon the United States Capitol grounds or within any of the Capitol buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of the Congress and either House thereof, or the orderly conduct within any such building of a hearing before, and deliberations of, a committee or subcommittee of the Congress and either House thereof. **(Disorderly and Disruptive Conduct on United States Capitol Grounds, in violation of 10 D.C. Code Section 503.16(b)(4) (2001 ed.))**

Co-Defendants:

DCTN: U12018293 - DEBORAH HARRIS
DCTN: U12018288 - ROBERT WOHL
DCTN: U12018285 - MELISSA BYRNE
DCTN: U12018292 - BENJAMIN JOHNSON
DCTN: U12018291 - MICAH BALES

*✱ Not Charged with 1512cm*

| Rule 105: ☐ | Judge: _____ |
|---|---|

**United States Attorney for the District of Columbia**

| By: Assistant United States Attorney  *Daniel Friedman* | Date:  July 3, 2012 |
|---|---|
| By Officer: | Badge No.: |
| | PSA: 103   Domestic ☐ |

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

## UNITED STATES
## VS

### Barry, Tighe Dennis

THE FOLLOWING EVENTS TOOK PLACE IN THE DISTRICT OF COLUMBIA:

On the date of June 13, 2012 at approximately 1015 while assigned to the Senate Banking and Urban Affairs Committee in SDG-50 of the Dirksen Senate Office Building, RO Exum observed 6 individuals, including the defendant, stand up after the committee had come into session and begin to yell and chant about foreclosures on homes. The individuals continued to chant and disrupt the hearing even after the acting committee chairman, Senator Jack Reed, banged the gavel in order to get the defendants to stop disrupting the hearing and they continued to yell "stop foreclosures on homes now" repeatedly. Senator Reed requested that USCP restore order. RO Exum along with the assistance of other officers began to remove the individuals from the hearing and placed under arrest. The defendant was identified as Tighe Barry.

The events and acts described above occurred primarily in the
DISTRICT OF COLUMBIA and were committed as described
By defendant(s) listed in the case caption

Subscribed and sworn before me on this _21_ day of ___June___, 2012.

| Police Officer | Badge | District | Deputy Clerk |
|---|---|---|---|
| | 6338 | USCP | |

Arrest          United States Capitol Police      Badge #          Officer                    >
Agency

Defendant (Criminal)
Full Name  BARRY, TIGHE                >                                        1 of 1
D.O.B.     01/27/1957                            Alias     BARRY, TIGHE
                                                 Name(s)

PDID     597304      DCDC#                                                       1 of 2
                     DL St DC
Gender   Male        Race *White              Address    Home Address
                                              Type
                                              Address    666 G STREET NE

Attorney(sWILCOX, Ms ANN C       >                                        1 of 1
Code     Retained                             City/ST/ZipWASHINGTON    DC  20002  >
)                                             Address    Home Address
                                              Type
                                              Address    666 G STREET NE

                                              City/ST/ZipWASHINGTON    DC        >
                                                                                1 of 1
Charge  1 10DC503.16B4    > Type:Pro                                      0 of 0
CCN        12081895  ArrestU12018290  Arrest 06/13/2012  Enhancement(s        >
                     #              Dt                   )
DescriptionUnlawful Conduct Capitol Grounds

                                                                         1 of 1
Next Event              Date/Tim            Linked      2012 CMD 011628 CD
                        e                   Group(s)
Event Judge
Case Disp  Dismissed-Nolle- Disp  02/15/2013
           Diversion        Date

Prosecutors ───────────────── 0 of 0
Agency           >  Full Name      >             Case        _____ ...
                                                 Attributes
                                                 Case Number 2012 CMD 011631
                                                 Filed       07/05/2012
Case Comments                                    Status      Closed
                                                 Secret Case F     IncompletF
                                                                   e

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

UNITED STATES OF AMERICA   :
                          :
        v.           :       Criminal No. 2012CMD011631

**Barry Tighe**
                          :

## STET AGREEMENT

       The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant agree that the above-captioned case be placed on the Stet Docket for a period of six months, beginning with the date of the signing of this agreement by the defendant and the United States,[1] with the following terms and conditions:

1.     The defendant must stay away from: **The Dirksen Senate Office Building located at the intersection of Constitution Ave. and First St., N.E., Washington, D.C. 20002**

2.     The defendant must not violate any law or be arrested on probable cause. *This stay-away shall not apply if the Def. has a verified business except*

3.     The defendant must not violate any Court Order, in particular, the defendant must abide by all court-imposed stay away orders.

4.     The defendant must abide by all release conditions set by the D.C. Pretrial Services Agency ("PSA") and the Court.

5.     In addition, the defendant must abide by additional conditions set forth herein: _____

_____

_____

6.     At the conclusion of the six-month time period, if the defendant abides by the conditions set forth in this agreement, the United States will dismiss the above-captioned case with prejudice. If the United States determines that the defendant has violated any condition of this agreement, the United States will not dismiss this case and the case will be set for trial or other disposition.

---

[1] The United States may revoke this agreement at any time prior to the agreement being filed by the United States with the Court.

7.      The determination of whether the defendant has violated any of the conditions in this agreement rests exclusively with the United States.

8.      The defendant acknowledges that there is probable cause for the Court to conclude that the defendant committed the charged offense(s) and that there is sufficient evidence for the United States to proceed with this case.

Date:   8/13/12                                  _Travis Hill_____
                                                Assistant United States Attorney


## ACCEPTANCE

I have read, or have had read to me, this Stet Agreement and have discussed it with my attorney.  I fully understand this agreement and agree to it without reservation.  I do this voluntarily and of my own free will.  No threats have been made to me.  I am not under the influence of anything that could interfere with my ability to understand this agreement fully.

I understand that the Sixth Amendment to the United States Constitution gives me the right to a speedy trial.  I request a delay in the trial and agree to waive my speedy trial rights in this case for the duration of this agreement.

No promises, agreements, understandings, or conditions have been made except those set forth in this agreement.

I am satisfied with the legal services provided by my attorney in connection with this agreement and matters related to it.

Date:   08/13/2012                               _____
                                                Defendant


## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting this Stet Agreement, reviewed them with my client, and discussed the provisions of the agreement with my client fully.  These pages accurately and completely set forth the entire agreement.

Date:   8/13/12                                  _____
                                                Attorney for the Defendant


Page 2 of 2

1 of 1

|  | Filed | 02/15/2013 | | # of Pages | 1 |
| Docket Entry | Case Disposed - Nolle Diversion | > | | |

Journal Name
Journal Book
Starting Page

Attorney                                          >          Docket Nbr

Participants   !          Sealed                             Document Nbr

                           Create        F        File Reference
                           Notice                 Nbr

Description
Case Disposed - Nolle Diversion

| Entered By: | POLONCHUKS | Entered Date: | 02/15/2013 09:47 | Updated By: | POLONCHUKS | Updated Date: | 02/15/2013 09:47 |

1 of 1

Filed          08/13/2012                                    # of Pages      2
Docket Entry   Diversion: Stet Agreement        >

mage
arties                                                       Journal Name
inancial                                                     Journal Book
ummary                                                       Starting Page
ystem          Attorney                          >          Docket Nbr
otification
ocket ID       Participants  !                Sealed         Document Nbr
isplay
ondition                                     Create    F  ImagesT  File Reference
                                             Notice                Nbr
R Assignment
               Description
               Diversion: Stet Docket

Entered   CHAMBERSR      Entered    08/13/2012    Updated    LAWRENCEJ    Updated    08/13/2012
By:                      Date:      11:26        By:                     Date:      11:26

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CRIMINAL DIVISION

**INFORMATION**

DCTN: <u>U17001707</u>
Lockup No: _____
Case No: _____
Citation Date: <u>01/25/2017</u>

The United States Attorney for the District of Columbia informs the Court that within the District of Columbia:

Defendant's Name: **Tighe D Barry**            597304    17005149    01/20/1957

(First)      (MI)      (Last)            (PDID)      (CCNO)      (DOB)

Also Known As: **Tighe Dennis Barry**

(First)      (Middle)      (Last)

Address: **666 G ,APT#**

1  On or about January 10, 2017, within the District of Columbia, Tighe D Barry, willfully and knowingly engaged in disorderly and disruptive conduct upon the United States Capitol grounds or within any of the Capitol buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of the Congress and either House thereof, or the orderly conduct within any such building of a hearing before, and deliberations of, a committee or subcommittee of the Congress and either House thereof. **(Disorderly and Disruptive Conduct on United States Capitol Grounds, in violation of 10 D.C. Code, Section 503.16(b)(4) (2001 ed.))**

Co-Defendants:

DCTN: U17001708 - LENNY N BIANCHI          *not charged with 1512*

Rule 105: ☐      Judge: _____

**United States Attorney for the District of Columbia**

By: Assistant United States Attorney   _(signature)_          Date: **January 24, 2017**

By Officer: _____          Badge No.: _____

PSA: 103    Domestic ☐

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION
## UNITED STATES
## VS
## BARRY, TIGHE DENNIS
### CCN #: **17005149**
### Arrest Number: **521700941**

The event occurred on  **01/10/2017**  at approximately  **09:29**  at  **SENATE RUSSELL OFFICE BUILDING, CONSTITUTION AVENUE NE, WASHINGTON, DC 20002**

---

**ON January 10, 2017 AT APPROXIMATELY 0929 HOURS, D1 AND D2 STOOD UP AND BEGAN SHOUTING IN ROOM SR325 OF THE RUSSELL SENATE OFFICE BUILDING. D1 AND D2 WERE ADVISED BY THE COMMITTE CHAIR PRIOR TO THE COMMITTEE STARTING THAT DEMONSTRATING IN THE COMMITTEE ROOM IS AN ARRESTABLE OFFENSE. D1 AND D2 WERE ADVISED TO CEASE DEMONSTRATING, REFUSED AND WERE REMOVED FROM THE ROOM. AT 0945 HOURS, D1 AND D2 WERE PLACED UNDER ARREST AND TRANSPORTED TO 119 D STREET, NE FOR PROCESSING.**

---

The event and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s) listed in the case caption.

Subscribed and sworn before me this **01/10/2017**

| | |
|---|---|
| **LEDONNE, ANDREW / 06859 / 06859 (01/10/2017) E-SIGNATURE** | **MURPHY, JOSHUA / 06658 (01/10/2017) E-SIGNATURE** |
| Police Officer / Badge# / CAD# | Unit          Witness / Deputy Clerk |
| **LEDONNE, ANDREW / 06859 / 06859** | **MURPHY, JOSHUA / 06658** |
| Printed Name of Member / Badge# / CAD# | Printed Name of Witness / Deputy Clerk |

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2405

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

**INFORMATION**

DCTN: <u>U17001707</u>
Lockup No: _____
Case No: <u>2017CMD001468</u>
Citation Date: <u>01/25/2017</u>

The United States Attorney for the District of Columbia informs the Court that within the District of Columbia:

| Defendant's Name: | **Tighe** | | **Barry** | | 597304 | 17005149 | 01/20/1957 |
|---|---|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | | (PDID) | (CCNO) | (DOB) |
| Also Known As: | **Tighe Dennis Barry** | | | | | | |
| | (First) | (Middle) | (Last) | | | | |
| Address: | **666 G ,APT#** | | | | | | |

1  On or about January 10, 2017, within the District of Columbia, Tighe D Barry, willfully and knowingly engaged in disorderly and disruptive conduct upon the United States Capitol grounds or within any of the Capitol buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of the Congress and either House thereof, or the orderly conduct within any such building of a hearing before, and deliberations of, a committee or subcommittee of the Congress and either House thereof.  **(Disorderly and Disruptive Conduct on United States Capitol Grounds, in violation of 10 D.C. Code, Section 503.16(b)(4) (2001 ed.))**

2  On or about January 10, 2017, within the District of Columbia, Tighe Barry, paraded, demonstrated, or picketed within any of the Capitol Buildings.  **(Obstructing and Impeding Passage on United States Capitol Grounds, in violation of 10 D.C. Code, Section 503.16(b)(7) (2001 ed.))**

3  On or about January 10, 2017, within the District of Columbia, Tighe Barry, paraded, stood,, or moved in a procession or assemblage in the United States Capitol Grounds, or displayed therein any flag, banner, or device designed or adapted to bring into public notice any party, organization, or movement.  **(Parades, Assemblages, and Displays Forbidden, in violation of 10 D.C. Code, Section 503.17 (2001 ed.))**

**Co-Defendants:**

**DCTN: U17001708 - Docket Nbr: 2017CMD001469 - LENNY BIANCHI**

Rule 105: ☐     Judge: _____

**United States Attorney for the District of Columbia**

| By:  Assistant United States Attorney  Jason Covert | Date:  March 9, 2017 |
|---|---|
| By Officer: | Badge No.: |
| | PSA: 103    Domestic ☐ |



Case: 2017 CMD 001468

| | Arrest Agency | Metropolitan Police Department | Badge # | Officer | > |

Defendant (Criminal)
Full Name BARRY, TIGHE          >                                    1 of 2
D.O.B.   01/27/1957

Alias Name(s)          BARRY, TIGHE

| PDID | 597304 | DCDC# | | | BARRY, TIGHE DENNIS |
| | | DL St DC | | | 1 of 7 |
| Gender | Male | Race *White | | Address Type | Home Address |

Docket Entries
Parties                                                 Address   666 G ST NE
No Notes          Attorney(sGOLDSTONE, Mr MARK L      > D
Ticklers          )
                  Code    CJA-Initial                  City/ST/ZipWASHINGTON    DC 20002 >
                                                       Address Type  Home Address
                                                       Address   666 G ST NE

                  IVERSON, Mr FREDERICK D    >
                  CJA-Replacement                      City/ST/ZipWASHINGTON           >
                                                       Address Type  Home Address
                                                       Address   666 G ST NE

                                                       City/ST/ZipWASHINGTON    DC 20002 >
                                                       Address Type  Home Address
                                                       Address   666 G ST NE

                                                       City/ST/ZipWASHINGTON           >
                                                       Address Type  Home Address
                                                       Address   666 G STREET NE

                                                       City/ST/ZipWASHINGTON    DC 20002 >
                                                       Address Type  Home Address
                                                       Address   666 G ,APT#

                                                       City/ST/Zip                    >
                                                       Address Type  Home Address
                                                       Address   666 G STREET NE

                                                       City/ST/ZipWASHINGTON    DC     >

Costs
Events                                                                         1 of 3
Print Docket      Charge   1 10DC503.16B4   > Type:Pro              0 of 0
Link Group(s)     CCN      17005149 ArrestU17001707 Arrest 01/10/2017 Enhancement(s  >
                           #           Dt                )
Service           DescriptionUnlawful Conduct Capitol Grounds
Maintenance
Service Summary
                  Charge   2 10DC503.16B4   > Type:Pro              0 of 0
                  CCN      17005149 ArrestU17001707 Arrest          Enhancement(s  >
                           #           Dt                )
                  DescriptionUnlawful Conduct Capitol Grounds
                  Charge   3 10DC503.17    > Type:Pro               0 of 0
                  CCN      17005149 ArrestU17001707 Arrest          Enhancement(s  >
                           #           Dt                )
                  DescriptionParading on Capitol Grounds

                                                                              1 of 2
                  Next Event          Date/Tim             Linked    2017 CMD 001469 CD
                                      e                    Group(s)
                  Event Judge                                        2018 CMD 013221SD
                  Case Disp  Guilty-Jury  Disp   05/03/2017
                             Trial        Date

                  Prosecutors ————————————————     0 of 0
                  Agency          > Full Name        >     Case
                                                           Attributes           ...
                                                           Case Number 2017 CMD 001468
                                                           Filed    01/24/2017
                  Case Comments                            Status   Closed
                                                           Secret Case F   IncompletF
                                                                           e

```
Filed          05/03/2017                          # of Pages    1
Docket Entry   Charge Disposed - Jury Trial  Not  >
               Guilty
Party Charge   1    Unlawful Conduct Capitol       !..
                    Grounds
```

```
                                                   Journal Name
                                                   Journal Book
                                                   Starting Page
Attorney                                      >    Docket Nbr

Participants  !..            Sealed                Document Nbr

                             Create          F     File Reference
                             Notice                Nbr

Description
Charge Disposed - Jury Trial  Not Guilty
```

```
Entered  LISS        Entered   05/03/2017   Updated   LISS      Updated   05/03/2017
By:                  Date:     12:00        By:                 Date:     12:00
```

1 of 1

```
Filed          05/03/2017                        # of Pages      1
Docket Entry   Charge Disposed - Jury Trial Guilty >
Party Charge   2    Unlawful Conduct Capitol
                    Grounds

                                                 Journal Name
                                                 Journal Book
                                                 Starting Page
Attorney                              >          Docket Nbr

Participants                     Sealed          Document Nbr

                                 Create    F     File Reference
                                 Notice          Nbr

Description
Charge Disposed - Jury Trial Guilty
```

```
Entered   LISS        Entered   05/03/2017   Updated   LISS        Updated   05/03/2017
By:                   Date:     12:00        By:                   Date:     12:00
```

```
Filed          05/03/2017                          # of Pages      1
Docket Entry   Charge Disposed – Jury Trial Guilty >
Party Charge   3    Parading on Capitol Grounds   !__
```

```
                                                   Journal Name
                                                   Journal Book
                                                   Starting Page

Attorney                              >            Docket Nbr

Participants  !___        Sealed                   Document Nbr

                          Create        F          File Reference
                          Notice                   Nbr
```

```
Description
Charge Disposed – Jury Trial Guilty
```

```
Entered  LISS          Entered   05/03/2017   Updated  LISS        Updated   05/03/2017
By:                    Date:     12:00        By:                  Date:     12:00
```

1 of 1

| | | | | |
|---|---|---|---|---|
| Filed | 05/03/2017 | | | # of Pages | 1 |
| Docket Entry | Case Disposed - Jury Trial Guilty | > | | |

Journal Name
Journal Book
Starting Page

Attorney                                    >              Docket Nbr

Participants  !               Sealed                        Document Nbr

                              Create        F              File Reference
                              Notice                        Nbr

Description
Case Disposed - Jury Trial Guilty

| Entered By: | LISS | Entered Date: | 05/03/2017 12:00 | Updated By: | LISS | Updated Date: | 05/03/2017 12:00 |
|---|---|---|---|---|---|---|---|

1 of 1

| | | | | |
|---|---|---|---|---|
| Filed | 07/14/2017 | | # of Pages | 1 |
| Docket Entry | Sentence | > | | |

Journal Name
Journal Book
Starting Page

Attorney                                    >          Docket Nbr

Participants                    Sealed                Document Nbr

                               Create      F          File Reference
                               Notice                 Nbr

Description
Sentence
Sentence for Charge # 2, Unlawful Conduct Capitol Grounds
Sentence Date: 07/14/2017
Confinement Type:  Confinement
Time: 0 years, 0 months, 10 days.
Time Susp: 0 years, 0 months, 10 days.
Amount To Serve: 0 years, 0 months, 0 days.
VVCA Amount:          50.00 , Due: 08/14/2017
Probation Type: UNSUVP, Start Date:  , End Date:
Probation Time: 0 years, 6 months, 0 days
Probation Conditions:  Other conditions:
Special Conditions:  Do not demonstrate, congregate, or protest at the Russell Senate Office
Building located at 2 Constitution Ave NE, Washington, DC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Entered By: | LISS | Entered Date: | 07/14/2017 10:14 | Updated By: | LISS | Updated Date: | 07/14/2017 10:27 |

1 of 1

Filed 07/14/2017 # of Pages 1
Docket Entry Sentence >

Journal Name
Journal Book
Starting Page

Attorney > Docket Nbr

Participants Sealed Document Nbr

Create F File Reference
Notice Nbr

Description
Sentence
Sentence for Charge # 3, Parading on Capitol Grounds
Sentence Date: 07/14/2017
Confinement Type:  Confinement
Time: 0 years, 0 months, 10 days.
Time Susp: 0 years, 0 months, 10 days.
Amount To Serve: 0 years, 0 months, 0 days.
VVCA Amount:        50.00 , Due: 08/14/2017
Probation Type: UNSUVP, Start Date:  , End Date:
Probation Time: 0 years, 6 months, 0 days

Entered  LISS        Entered  07/14/2017   Updated  LISS        Updated  07/14/2017
By:                  Date:    10:14        By:                  Date:    10:14

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **United States of America**<br>Vs. | **JUDGMENT IN A CRIMINAL CASE**<br>(Probation) |
| **TIGHE BARRY**<br>DOB: 01/20/1957 | Case No. **2017 CMD 001468**<br>PDID: **597304**<br>DCDC No: |

THE DEFENDANT HAVING BEEN FOUND GUILTY ON THE FOLLOWING COUNT(S) AS INDICATED BELOW:

| Count | Court Finding | |
|---|---|---|
| 2 | Jury Trial Guilty | Unlawful Conduct Capitol Grounds |
| 3 | Jury Trial Guilty | Parading on Capitol Grounds |

## <u>SENTENCE OF THE COURT</u>

**Count 2: Unlawful Conduct Capitol Grounds** Sentenced to 10 day(s) incarceration, execution of sentence suspended as to all, *Unsupervised Probation for 6 month(s), $50.00 VVCA, VVCA Due Date 08/14/2017

**Count 3: Parading on Capitol Grounds** Sentenced to 10 day(s) incarceration, execution of sentence suspended as to all, *Unsupervised Probation for 6 month(s), $50.00 VVCA, VVCA Due Date 08/14/2017

Sentences to run concurrent with each other.

Defendant is hereby ordered placed on probation - See-Page 2 of this Order for Conditions of Probation; *upon release from either the courtroom or incarceration, Defendant must report to 300 Indiana Avenue, NW, Room 2070, Washington, DC, by the next business day after release from jail or prison.*

Total costs in the aggregate amount of $ __100.00__ have been assessed under the Victims of Violent Crime Compensation Act of 1996, and ☐ have ☑ have not been paid. ☑ Appeal Rights Given ☐ Gun Offender Registry Order Issued
☐ Sex Offender Registration Notice Given ☐ Domestic violence notice given prohibiting possession/purchase of firearm or ammunition
☐ In addition to any condition of probation, restitution is made part of the sentence and judgment pursuant to D.C. Code § 16-711.

| | |
|---|---|
| _____7/14/2017_____<br>Date | _____<br>ROBERT E MORIN<br>Judge |
| Entered by Clerk pursuant to Criminal Rule 32(f) | |
| _____7/14/2017_____<br>Date | _____<br>Stefanie M Lis<br>Deputy Clerk |



CASE NUMBER:   **2017 CMD 001468**

DEFENDANT:   **TIGHE BARRY**

The Defendant is hereby placed on ***Unsupervised Probation***   for a term of   **6 month(s) .**

## GENERAL CONDITIONS OF PROBATION

1. Obey all laws, ordinances, and regulations.
2. Report to CSOSA today and then for all appointments scheduled by your Community Supervision Officer (CSO).
3. Permit your CSO to visit your place of residence.
4. Notify your CSO within one business day of (A) an arrest or questioning by a law enforcement officer, (B) a change in your residence, or (C) a change in your employment.
5. Obtain the permission of your CSO before you relocate from the District of Columbia.
6. Do not illegally possess or use a controlled substance or any paraphernalia related to such substances (you may take lawfully prescribed medication). You must not frequent a place where you know a controlled substance is illegally used or distributed.
7. You must drug test at the discretion of CSOSA. In the event of illicit drug use or other violation of conditions of probation, participate as directed by your CSO in a program of graduated sanctions that may include periods of residential placement or services.
8. Participate in and complete CSOSA's employment/academic program, if directed by your CSO.
9. Participate in and complete other CSOSA's programs as identified through CSOSA's risk and needs assessment.
10. Satisfy all court imposed financial obligation(s) (fines, restitution, Victim of Violent Crime Act assessments, etc.) to which you are subject. You must provide financial information relevant to the payment of such a financial obligation that is requested by your CSO. A payment plan will be established by your CSO so that you will be in a position to pay your court imposed financial obligation(s) within 90 days prior to the termination of your probation.

## SPECIAL CONDITIONS OF PROBATION

1. Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your CSO.

2. Restitution of $ _____ in monthly installments of $ _____ beginning _____
   ☐ The Court will distribute monies to: _____
   _____

3. ☐ You are to stay away from the person(s) and or address(es) listed below:
   _____

   ☐ You are to stay away from the following places or area (s): _____
   _____

You are not to have contact with any of the persons named above. You must remain at least 100 yards away from them, their home, and/or their places of employment. You are not to communicate, or attempt to communicate with any of these persons, either directly or through any other person, by telephone, written message, electronic message, pager, or otherwise, except through your lawyer.

4. **Other Special Conditions**: Do not demonstrate, congregate, or protest at the Russell Senate Office Building located at 2 Constitution Ave NE, Washington, DC

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

---

### THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA
### INFORMS THE COURT THAT WITHIN THE DISTRICT OF COLUMBIA:

NAME  BARRY, TIGHE DENNIS  PDID# 597304  DOB 1/20/1957  SEX Male

ADDRESS  666 G ST NE,  ,WASHINGTON, DC

PERMIT # _____  ARREST # 521314628  ☐ DCTN # DCP 391274  TAG # _____

on or about  April 23, 2013

at  120 CONSTITUTION AVE NE. Washington, DC

BLOCKING PASSAGE/INCOMMODING: did, alone or in concert with others, crowd, obstruct, or incommode the use of any street, avenue, alley, road, highway, or sidewalk, or the entrance of any public or private building or enclosure or the use of or passage through any public conveyance, and to continue or resume the crowing, obstructing, or incommoding after being instructed by a law enforcement officer to cease the crowding, obstructing, or incommoding, in violation of D.C. Code § 22-1307 (2011), for which a penalty is provided in D.C. Code § 22-1307 (2011).

✗ read next page, he actually interrupted a judiciary meeting with Congress members & senators, he refused to leave...

✗ Not charged with 1512 Charge

DATE  May 6, 2013

_John D. Martorana_
John Martorana
Assistant Attorney General
District of Columbia

COURT DATE  5/8/2013

REPORTED BY  MOORE  DIST.# USCP  BADGE #: 6583

COL.  Citation Release  LOCKUP # 0  WARRANT _____

CDL ☐  HAZMAT ☐  CMV ☐

CCN Number: **13-053-183**

GERSTEIN AFFIDAVIT

DISTRICT OF COLUMBIA
VS.

# Tighe Barry

OFFICER **MOORE, MARCUS #6583,** PERSONALLY APPEARED THIS **26** DAY OF **APRIL, 2013,** AND MADE OATH BEFORE ME THAT THE FACTS SET FORTH IN THE STATEMENT BELOW ARE TRUE, AND/OR ARE BASED UPON INFORMATION RECEIVED HE / SHE BELIEVES TO BE TRUE, AND THAT THESE EVENTS OCCURRED IN THE DISTRICT OF COLUMBIA.

THE OFFENSE OCCURRED ON **APRIL 23, 2013** AT APPROXIMATELY **1830 HRS** AT **120 CONSTITUTION AVE, NE** in Washington, DC.

THE FOLLOWING EVENTS TOOK PLACE IN THE DISTRICT OF COLUMBIA IN PSA 103.

ON 04/23/2013, AT APPROXIMATELY 1830 HOURS, R/O (MOORE, MARCUS #6583) WAS ASSIGNED TO MONITOR THE JUDICURAY COMMITTEE SESSION IN ROOM 216 IN SENATE HART BUILDING LOCATED 120 CONSTITUTION AVE. NE. AS THE CHAIRMAN WAS STRIKING THE GAVEL TO ADJOURNTHE SESSION, R/O OBSERVED THE DEFENDANT (D-1) STAND UP AND PROCEEDED TO WALK TO THE COMMITTEE TABLE WHILE YELLING `SENATOR DURBIN, ARE DRONE STRIKES MURDER?` CHAIRMAN DURBIN GESTURED TO D-1 BY POINTING HIS FINGER. R/O APPROACHED D-1 AT THE END OF THE ISLE ABOUT FIVE FEET FROM THE PRESS TABLE. WITNESSES AT THE PRESS TABLE PREVENTED D-1 FROM GOING FURTHER AND MAKING PHYSICAL CONTACT WITH ANY MEMEBERS OF CONGRESS ON THE PANEL. D-1 WAS INSTRUCTED TO STOP PROTESTING BY LT. J. PLANCHART, JR. (4146) AND TO EXIT ROOM SH-216. D-1 CONTINUED YELLING AND REFUSED TO EXIT ROOM SH-216. R/O ALONG WITH SGT. J. HUTCHINSON (4293) AND LT. PLANCHART BEGAN TO ESCORT THE DEFENDANT OUT OF ROOM SH-216. WHILE BEING ESCORTED D-1 STOPPED DEMONSTRATING YET CONTINUED TO RESIST BY FAILING TO WALK AND LEANING BACK INTO THE OFFICERS. D-1 WAS PLACED UNDER ARREST FOR D.C. CODE 22-1307(b)(1) CROWDING,OBSTRUCTING OR INCOMMODING, THEN TRANSPORTED TO 119 D ST NE FOR BOOKING AND WHERE HE WAS ADVISED OF HIS RIGHTS AT 1859 HRS. WHILE AT PROCESSING, R/O CONDUCTED A WALES/NCIC CHECK OF THE DEFENDANT WITH NEGATIVE RESULTS.

THE DEFENDANT IS IDENTIFIED BY HIS CALIFORNIA DRIVER`S LICENSE AS: BARRY, TIGHE, DENNIS, DOB: 01/20/1957.

_____ #6583 ___
OFFICER

_____
ASSISTANT ATTORNEY GENERAL
FOR THE DISTRICT OF COULMBIA
*Oath administered pursuant to
D.C. Code section 1-363 (1981)

```
                      Arrest        United States Capitol Police      Badge #              Officer                              >
                      Agency

 en
                      Defendant (Criminal)
 ve                   Full Name  BARRY, TIGHE                    >                                                     0 of 0
                      D.O.B.     01/27/1957                                  Alias
                                                                            Name(s)
 int                  PDID       597304        DCDC#
                                               DL St DC                                                              1 of 4
 _____      Gender     Male          Race  *White                 Address     Home Address
 _____                                                                       Type
                                                                            Address     666 G ST NE
 ocket Entries
 arties                                                             0 of 0
 o Notes              Attorney(s                               >
                      )
 o Ticklers           Code                                                  City/ST/ZipWASHINGTON       DC 20002  >
                                                                            Address     Home Address
                                                                            Type
                                                                            Address     666 G ST NE

                                                                            City/ST/ZipWASHINGTON              >
                                                                            Address     Home Address
                                                                            Type
                                                                            Address     666 G STREET NE

                                                                            City/ST/ZipWASHINGTON       DC     >
                                                                            Address     Home Address
                                                                            Type
                                                                            Address     666 G STREET NE

                                                                            City/ST/ZipWASHINGTON       DC 20002  >
 osts
 vents                                                                                                               1 of 1
 rint Docket          Charge   1 22DC1307          >  Type:Pro                                                       0 of 0
 ink Group(s)         CCN        13053183   ArrestOAG1339127 Arrest  04/23/2013    Enhancement(s                     >
                                            #       4           Dt                 )
 ervice               DescriptionUnlawful Assembly-Disorderly Conduct
 aintenance
 ervice Summary
                                                                                                                    0 of 0
                      Next Event                   Date/Tim                  Linked
                                                   e                         Group(s)
                      Event Judge
                      Case Disp  Security          Disp    05/08/2013
                                 Forfeited         Date
                      Prosecutors ——————————————————————————  0 of 0
                      Agency                  >  Full Name            >                    Case          _____...
                                                                                          Attributes
                                                                                          Case Number 2013 CDC 007549
                                                                                          Filed       05/07/2013
                      Case Comments                                                       Status      Closed
                                                                                          Secret Case F    IncompletF
                                                                                                             e
```

Filed          05/08/2013                                        # of Pages      1
Docket Entry   Event Resulted - Release Status:      >

Image                                                            Journal Name
Parties                                                          Journal Book
Financial                                                        Starting Page
Summary
System         Attorney                              >          Docket Nbr
Notification
Docket ID      Participants                Sealed              Document Nbr
Display

Condition                              Create      F           File Reference
                                       Notice                   Nbr
JR Assignment

Description
Event Resulted - Release Status: N/A. Defendant posted and forfeited to the sole charge;
case is closed.
The following event: Arraignment - Citation scheduled for 05/08/2013 at 9:00 am has been
resulted as follows:

Result: Defendant Pled Not Glty Trial Rights Were Asserted
Judge: MCCARTHY, MICHAEL J     Location: Courtroom 115
TIGHE BARRY (Defendant (Criminal)); ; Judge MICHAEL J MCCARTHY

Entered   AGUILARJ      Entered   05/08/2013    Updated   AGUILARJ    Updated   05/08/2013
By:                     Date:     14:50         By:                   Date:     14:50

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CRIMINAL DIVISION**

**7ᵗʰ DISTRICT/USPP/USCP**
***and any other Law Enforcement arrest within these Districts***

**CITATION TO APPEAR IN COURT**
**(Revised June 2013)**

Right Thumb Print

Arrest No.: 521439798_____   CCN: 14-176-041_____

Officer/Badge/Unit/CAD#:  BURR, KEVIN #5318/ HD-2

Offense/PSA #:  CROWDING, OBSTRUCTING

*read next page, he interupted a house committee hearing (armed services committee)...*
*not charged with 1512 charge.*

To:  TIGHE DENNIS BARRY_____
       (Name of Arrestee: First, Middle, Last)

PDID NO.: 579-304_____   DOB: 1-20-1957_____

You have been arrested and charged with the following criminal offense(s):

CROWDING, OBSTRUCTING OR INCOMMODING    22-1307_____
List arrest charge(s)

You are being released from police custody upon your promise that you will appear, as further specified below, in the **Superior Court of the District of Columbia (500 Indiana Avenue, N.W.)** to answer to these charges:

☒   You have been arrested on a Traffic/OAG offense.  You are to report to: (Officer please mark appropriate location and select the arraignment date using the chart attached to this form)

   ☐ **(IMPAIRED DRIVING OFFENSES)**   Courtroom 116, _____ at 9:00 a.m.
   ☐ **(ANY OTHER TRAFIC OFFENSE)**   Courtroom 116, _____ at 10:00 a.m.
   ☒ **(All other NON-TRAFFIC OFFENSES)**   Courtroom 116, DECEMBER 2, 2014_____ at 11:00 a.m.

☐   You have been arrested on a U.S. offense.  You are to report to: (Officer please mark appropriate location below and select the arraignment date using the chart attached to this form)

   ☐ **(U.S. Offenses only)** Courtroom C-10, _____ at 9:30 a.m.

☐   If you have been arrested on a OAG *and* U.S. offense, you are to report to Courtroom 116 at 9:00 a.m. and Courtroom C-10 at 9:30 a.m. on the same date as listed below.  (Officer please mark this box for combo arrests – Traffic, DC and USAO arrests).

   ☐ Date: _____  (Officer please select the arraignment date using the chart attached to this form)

I acknowledge receipt of this Citation to Appear and promise to appear in court as directed.  I understand that if I fail to appear a warrant will be issued for my arrest and that I may be charged with a criminal offense of failing to appear, I may be fined and imprisoned for up to 180 days.

* _____   * tighecp@gmail_____   * 11-13-2014___
**Signature of arrested person**       **Email Address**          **Date**

* 666 G STREET NE_____   * WASHINGTON, DC  20002___   * 310-920-8248___
**Address**                  **City/State**                **Phone Number**

**Court Closures**
If Court is closed due to an emergency, you are obligated to return to Court on the next business day at 9:00 a.m.

Issued by: Acting, Superior Court of the District of Columbia

_____ #4148_____ USCP/TIGER___
SPANGLER   Signature of Station Clerk, Badge No. & Unit

437528

# SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CCN Number:14176041
## GERSTEIN AFFIDAVIT
### District of Columbia
### vs
### BARRY, TIGHE DENNIS

Officer **BURR, KEVIN H**, Badge **5318**, personally appeared on  **11/13/2014**
and under penalty for making a false statement, set forth the below statement regarding the named defendant as true and/or as based upon information s/he believes to be true, and that the events occurred in the District of Columbia.

The event occured on **11/13/2014** at approximately  **1022** at  **50 INDEPENDENCE AVE SW** in Washington DC.

On Thursday,November 13, 2014 at approximately 1022 hrs., R/O (Officer Burr, K. #5318) was assigned to the Armed Services Committee in Room 2118 of the Rayburn House Office Building and observed D-1 (Barry, Tighe Dennis) stand up and start shouting while the Committe Hearing was in progress.  D-1 was also holding up a sign with the words "there is no military solution Obama, Kerry, Dempsey @codepink codepink.org"  The Committee Chairman, Representative Buck McKeon,  banged the gavel to restore order,  At this time R/O removed D-1 from the Committee Room.  D-1 was placed under arrest and transported to 119 D Street NE for rights and processing. D-1 was later released on citation.

_____
**Police Officer**

_____
**BURR, KEVIN H**
**Printed Name**

_____
**Witness / Assistant Attorney General for the District of Columbia**

_____
**Printed Name of Witness / Deputy Clerk**

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code § 22-2514

Dev. 1.0 - Dt. 08/23/2013                                                                                                    Page: 1 Of 1

# Superior Court of the District of Columbia
## CRIMINAL DIVISION

**THE ATTORNEY GENERAL FOR THE DISTRICT OF COLUMBIA**
**INFORMS THE COURT THAT WITHIN THE DISTRICT OF COLUMBIA:**

NAME  BARRY, TIGHE DENNIS        PDID# 597304        DOB  1/20/1957   SEX  Male

ADDRESS   666 G ST NE, WASHINGTON, DC

PERMIT # _____   ARREST # 521439798   ☐ DCTN # DCP 437528   TAG # _____
on or about  November 13, 2014
at   50 INDEPENDENCE AVE SW, WASHINGTON, DC

DISORDERLY CONDUCT - DISRUPTING A GATHERING OR CONGREGATION: did, with the intent and effect of impeding or disrupting the orderly conduct of a lawful public gathering, or of a congregation of people engaged in any religious service or in worship, a funeral, or similar proceeding, in violation of D.C. Code § 22-1321(b) (2011), for which a penalty is provided in D.C. Code § 22-1321(h) (2011).

DATE  December 1, 2014

*Kate DeLeon*

Kate DeLeon
Assistant Attorney General
District of Columbia

COURT DATE   12/2/2014

REPORTED BY  BURR                    DIST.#  USCP        BADGE #:  5318

COL.  Citation Release         LOCKUP #  0          WARRANT _____

CDL ☐          HAZMAT ☐          CMV ☐

1 of 1

| | | | |
|---|---|---|---|
| Filed | 03/20/2015 | | # of Pages   1 |
| Docket Entry | Case Disposed – Security Forfeited   > | | |

Journal Name
Journal Book
Starting Page

Attorney                                           >        Docket Nbr

Participants  ! ....                    Sealed            Document Nbr

                              Create        F             File Reference
                              Notice                      Nbr

Description
Case Disposed – Security Forfeited

| Entered By: | AGUILARJ | Entered Date: | 03/20/2015 10:50 | Updated By: | AGUILARJ | Updated Date: | 03/20/2015 10:50 |
|---|---|---|---|---|---|---|---|

Arrest          United States Capitol Police        Badge #              Officer
Agency

Defendant (Criminal)
Full Name BARRY, TIGHE                    >                                          1 of 1
D.O.B.    01/27/1957                              Alias      BARRY, TIGHE
                              DCDC#                 Name(s)
PDID    597304              DL St DC                                               1 of 6
Gender  Male      Race *White            Address    Home Address
                                          Type
Docket Entries                            Address    666 G ST NE
Parties
No Notes          Attorney(sSCOTT, DONNA L       1 of 1
                  )
No Ticklers       Code      CJA-Initial           City/ST/ZipWASHINGTON    DC 20002  >
                                          Address    Home Address
                                          Type
                                          Address    666 G ST NE

                                          City/ST/ZipWASHINGTON             >
                                          Address    Home Address
                                          Type
                                          Address    666 G ST NE

                                          City/ST/ZipWASHINGTON    DC 20002  >
                                          Address    Home Address
                                          Type
                                          Address    666 G STREET NE

                                          City/ST/ZipWASHINGTON    DC 20002  >
                                          Address    Home Address
                                          Type
                                          Address    666 G STREET NE

                                          City/ST/ZipWASHINGTON    DC        >
                                          Address    Home Address
                                          Type
                                          Address    666 G ST NE

                                          City/ST/ZipWASHINGTON             >

Costs
Events                                                                            1 of 1
Print Docket       Charge  1 22DC1312B       > Type:Pro                 0 of 0
Link Group(s)      CCN      14176041 ArrestOAG1443752 Arrest  11/13/2014 Enhancement(s   >
                                     #    8       Dt             )
Service            DescriptionDisorderly Conduct - Disrupt Gathering
Maintenance
Service Summary
                                                                                 0 of 0
                   Next Event              Date/Tim           Linked
                                           e                  Group(s)
                   Event Judge
                   Case Disp Security       Disp   03/20/2015
                             Forfeited      Date

                   Prosecutors ─────────────────────── 0 of 0
                   Agency            > Full Name       >      Case      _____...
                                                             Attributes
                                                             Case Number 2014 CDC 020878
                                                             Filed      12/02/2014
                   Case Comments                             Status     Closed
                                                             Secret Case F    IncompletF
                                                                                    e

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## CRIMINAL DIVISION

**INFORMATION**

DCTN: U11004316
Lockup No: 12
Case No: _____
Citation Date: _____

The United States Attorney for the District of Columbia informs the Court that within the District of Columbia:

| Defendant's Name: | Barry T Tighe | | | 597304 | 11024868 | 01/20/1957 |
|---|---|---|---|---|---|---|
| | (First) | (MI) | (Last) | (PDID) | (CCNO) | (DOB) |

| Also Known As: | Tighe Dennis Barry | | |
|---|---|---|---|
| | (First) | (Middle) | (Last) |

Address: 3011 4TH STREET SANTA MONICA, CA, 90405 Apt. 666 G

1   On or about February 24, 2011, within the District of Columbia, Barry T Tighe, without lawful authority, did enter or attempt to enter certain property, that is, Libyan embassy, against the will of the deputy chief of the embassy, the lawful occupant thereof and the person lawfully in charge thereof. (**Unlawful Entry, in violation of 22 D.C. Code, Section 3302 (2001 ed.)**)

Co-Defendants:

DCTN: U11004318 - SUSAN BENJAMIN

*refused to leave Libyan embassy, destroying office in similar ways as others did in Capitol on 1/6/21*

| Rule 105: ☐ | _____ |
|---|---|
| | **Judge** |

**United States Attorney for the District of Columbia**

| By: Assistant United States Attorney | Date: February 25, 2011 |
|---|---|
| By Officer: | Badge No.: |

| | Community Court ☐ | Domestic ☐ |
|---|---|---|

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

### UNITED STATES
### vs.

### TIGHE BARRY

The event occurred on     02/24/2011     at approximately    1100    at 600 VIRGINIA AVENUE, NW D rln Washington DC.

On Thursday, Feb. 24, 2011 at 1100 hours, AO responded to 2600 Virginia Avenue
NW DC for two demonstrators that had gained entry to suite 705.  After
speaking with employees of that embassy, and Special Agent James R. Calloway,
State Department Protective Liason it was determined that S1 identified as
Barry, Tighe D. and S2 identified as Benjamin, Susan J. did not belong in the
building and were causing a disturbance among the employees.  In addition to
causing a disturbance in the office, both S1 and S2 were placing homemade
posters on the walls, and were removing pictures and flags that were property
of the suite.  AAO voiced three verbal warnings for S1 and S2 to leave the
premises immediately, after the third and final warning both S1 and S2
refused and were placed under arrest.

The events and acts described above occurred primarily in the District of Columbia and were committed as described by defendant(s)
listed in the case caption.

Subscribed and sworn before me this

_____     1222          Secret Service (Uniformed)     _____
Police Officer                        Badge          Unit                           Witness / Deputy Clerk

GREBAS , JAMES /
_____                                                   _____
Printed Name of Member / CAD#                                                       Printed Name of Witness / Deputy Clerk

The foregoing statement was made under penalty of criminal prosecution and punishment for false statements pursuant to D.C. Code 22-2514

Arrest     United States Secret Service     Badge #          Officer                                    >
Agency     Uniform Division

Defendant (Criminal)
Full Name BARRY, TIGHE D                          >                                      0 of 0
D.O.B.   01/20/1957                          Alias
                                             Name(s)

PDID                    DCDC#
                        DL St                                                          1 of 3
Gender    Male          Race  *White         Address    Home Address
                                             Type
                                             Address    3011 4TH ST

Attorney(sSCHIFF, Mr STEVEN H    >
)                                            City/ST/ZipWASHINGTON        DC  20017  >
Code      CJA-Initial                        Address    Home Address
                                             Type
                                             Address    3011 4TH ST

                                             City/ST/ZipSANTA MONICA     CA          >
                                             Address    Home Address
                                             Type
                                             Address    3011 4TH STREET SANTA
                                                        MONICA, CA, 90405
                                                        666 G

                                             City/ST/Zip                             >

                                                                                     1 of 1
Charge   1 22DC3302        >  Type:Pro                                  0 of 0
CCN        024868    ArrestU11004316  Arrest  02/24/2011  Enhancement(s       >
                     #              Dt                    )
DescriptionUnlawful Entry

                                                                                     1 of 1
Next Event              Date/Tim                Linked      2011 CMD 003465 CD
                        e                       Group(s)
Event Judge
Case Disp  Dismissed-Nolle-  Disp  04/25/2011
           Prosequi         Date

Prosecutors ─────────────────────  0 of 0
Agency              >  Full Name          >      Case        _____...
                                                 Attributes
                                                 Case Number 2011 CMD 003464
                                                 Filed       02/25/2011
Case Comments                                    Status      Closed
                                                 Secret Case F    IncompletF
                                                                  e

Attorney(sSCHIFF, Mr STEVEN H    >

Description Unlawful Entry

1 of 1

| Filed | 04/25/2011 | | | # of Pages | 1 |
| Docket Entry | Government's Notice of Nolle Prosequi | | > | | |

Journal Name
Journal Book
Starting Page

Attorney                                    >        Docket Nbr

Participants  !__              Sealed              Document Nbr

                              Create      F    ImagesT    File Reference
                              Notice                      Nbr

Description
Government's Notice of Nolle Prosequi
Attorney: MACHEN, Mr RONALD C C (447889)

| Entered By: | GASKINSL | Entered Date: | 04/25/2011 16:27 | Updated By: | GASKINSL | Updated Date: | 04/25/2011 16:29 |

2011 CMD 003464          United States   Vs.   BARRY, TIGHE D       MJD

Open

Save

Print

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Docket Entry | | | > | Begin Date | > | SortDescending | |
| Images | All Dockets | | | End Date | > | | |
| Participant | | | > | | | | |

Docket Text Search                                                 Find
Phrase

File Tracking
No Motions
In Custody
Parties

Service
Maintenance
Image

Events
Service Summary

Portrait Print

Barcode Report
Print Docket
Labels

System
Notification
Docket Image
Link
Docket
Calculate
Process
Reorder Dockets
View Document
Options

Doc
Docket ID
Display
File Request
(Interface)

Search Results

| Docket Date | Reference | Description | Amt | Amt Owed/ Dism/Credit | Amount Due |
|---|---|---|---|---|---|
| 4/25/2011 | | Event Resulted – Release Status: The following event: Non-Jury Trial scheduled for 05/16/2011 at 9:30 am has been resulted as follows: Result: Hearing Vacated Judge: DEMEO, MARISA J     Location: Courtroom 210 | | | |
| 4/25/2011 | | Case Disposed – Nolle Prosequi | | | |
| 4/25/2011 | | Charge Disposed – Nolle Prosequi | | | |
| 4/25/2011 | | Government's Notice of Nolle Prosequi Attorney: MACHEN, Mr RONALD C C (447889) | | | |
| 3/22/2011 | | Notice of Filing: Attorney: SCHIFF, Mr STEVEN H (273185) | | | |
| 3/17/2011 | | Event Resulted – Release Status: PR. Plea offer to remain open until 03/31/2011. Trial date scheduled. Affirmative Motions and Briefing Contesting Private Entity due no later than April 14, 2011 and any Opposition due April 28, 2011 thereafter. The following event: Misdemeanor Initial Status Hearing scheduled for 03/17/2011 at 9:30 am has been resulted as follows: Result: Hearing Held Judge: DEMEO, MARISA J     Location: Courtroom 210 | | | |

DEMEO

| | | |
|---|---|---|
| 3/17/2011 | Event Scheduled<br>Event: Non-Jury Trial<br>Date: 05/16/2011    Time: 9:30 am<br>Judge: DEMEO, MARISA J    Location: Courtroom 210 | |
| 3/17/2011 | Notice to Return to Court Filed<br><br>Notice to Return to Court<br>Sent on:  03/17/2011  10:09:18 | |
| 2/25/2011 | Release Conditions Ordered<br>Party Name: BARRY, TIGHE D    Party Type:<br>Defendant (Criminal)<br><br>1) Verify Address: BOND, Entry Date: 02/25/2011,<br>Completion Date: , Amended Date:<br><br>2) Stay Away From:: BOND, Entry Date:<br>02/25/2011, Completion Date: , Amended Date:<br>LIBYAN EMBASSY located at 2600 VIRGINIA AVE.,<br>NW, SUITE 705, WDC  and  LIBYAN RESIDENCE<br>located at 2201 WYOMING AVE., | |
| 2/25/2011 | Release Conditions | |
| 2/25/2011 | Stay Away Order Filed | |
| 2/25/2011 | Pre Trial Report | |
| 2/25/2011 | Praecipe Not Submitted by Attorney | |
| 2/25/2011 | CJA Eligibility | |
| 2/25/2011 | Attorney Appointed<br>Attorney SCHIFF, Mr STEVEN H representing<br>Defendant (Criminal) BARRY, TIGHE D as of<br>02/25/2011<br>TIGHE D BARRY (Defendant (Criminal)); ; Mr<br>STEVEN H SCHIFF (Attorney) on behalf of TIGHE D<br>BARRY (Defendant (Criminal)); Judge DIANA HARRIS | |

2/25/2011                    Event Scheduled
                             Event: Misdemeanor Initial Status Hearing
                             Date: 03/17/2011     Time: 9:30 am
                             Judge: DEMEO, MARISA J    Location: Courtroom 210

2/25/2011                    Event Resulted - Release Status: PR.
                             The following event: Arraignment scheduled for
                             02/25/2011 at 1:00 pm has been resulted as
                             follows:

                             Result: Defendant Pled Not Glty Trial Rights
                             Were Asserted
                             Judge: HARRIS EPPS, DIANA    Location: Courtroom
                             201
                             TIGHE D BARRY (Defendant (Criminal)); ; Judge
                             DIANA HARRIS EPPS on behalf of Judge MARISA J
                             DEMEO

2/25/2011                    Charge Filed
                             Charge #1: Unlawful Entry


2/25/2011                    Event Scheduled
                             Event: Arraignment
                             Date: 02/25/2011     Time: 1:00 pm
                             Judge: HARRIS EPPS, DIANA    Location: Courtroom
                             201

Open

Save

Print

_____

File Tracking
No Motions
In Custody
Parties

Service
Maintenance
Image

Events
Service Summary

Portrait Print

Barcode Report
Print Docket
Labels

System
Notification
Docket Image
Link
Docket
Calculate
Process
Reorder Dockets
View Document
Options

Doc
Docket ID
Display
File Request
(Interface)

2011 CMD 003464        United States  Vs.  BARRY, TIGHE D      MJD

Docket Entry                                      >      SortDescending
Images          All Dockets            Begin Date        >
Participant                            End Date          >
                                       >

Docket Text Search                                        Find
Phrase

Search Results
                                                    Amt Owed/
        Docket    Referenc  Description        Amt              Amount Due
        Date      e                            Dism/Credit

        4/25/2011           Event Resulted – Release Status:
                            The following event: Non-Jury Trial scheduled
                            for 05/16/2011 at 9:30 am has been resulted as
                            follows:

                            Result: Hearing Vacated
                            Judge: DEMEO, MARISA J    Location: Courtroom 210
        4/25/2011           Case Disposed – Nolle Prosequi

        4/25/2011           Charge Disposed – Nolle Prosequi

        4/25/2011           Government's Notice of Nolle Prosequi
                            Attorney: MACHEN, Mr RONALD C C (447889)

        3/22/2011           Notice of Filing:
                            Attorney: SCHIFF, Mr STEVEN H (273185)

        3/17/2011           Event Resulted – Release Status: PR. Plea offer
                            to remain open until 03/31/2011. Trial date
                            scheduled. Affirmative Motions and Briefing
                            Contesting Private Entity due no later than
                            April 14, 2011 and any Opposition due April 28,
                            2011 thereafter.
                            The following event: Misdemeanor Initial Status
                            Hearing scheduled for 03/17/2011 at 9:30 am has
                            been resulted as follows:

                            Result: Hearing Held
                            Judge: DEMEO, MARISA J    Location: Courtroom 210

DEMEO

| | | |
|---|---|---|
| 3/17/2011 | Event Scheduled<br>Event: Non-Jury Trial<br>Date: 05/16/2011    Time: 9:30 am<br>Judge: DEMEO, MARISA J    Location: Courtroom 210 | |
| 3/17/2011 | Notice to Return to Court Filed | |
| | Notice to Return to Court<br>Sent on:  03/17/2011  10:09:18 | |
| 2/25/2011 | Release Conditions Ordered<br>Party Name: BARRY, TIGHE D    Party Type:<br>Defendant (Criminal) | |
| | 1) Verify Address: BOND, Entry Date: 02/25/2011,<br>Completion Date: , Amended Date: | |
| | 2) Stay Away From:: BOND, Entry Date:<br>02/25/2011, Completion Date: , Amended Date:<br>LIBYAN EMBASSY located at 2600 VIRGINIA AVE.,<br>NW, SUITE 705, WDC  and  LIBYAN RESIDENCE<br>located at 2201 WYOMING AVE., | |
| 2/25/2011 | Release Conditions | |
| 2/25/2011 | Stay Away Order Filed | |
| 2/25/2011 | Pre Trial Report | |
| 2/25/2011 | Praecipe Not Submitted by Attorney | |
| 2/25/2011 | CJA Eligibility | |
| 2/25/2011 | Attorney Appointed<br>Attorney SCHIFF, Mr STEVEN H representing<br>Defendant (Criminal) BARRY, TIGHE D as of<br>02/25/2011<br>TIGHE D BARRY (Defendant (Criminal)); ; Mr<br>STEVEN H SCHIFF (Attorney) on behalf of TIGHE D<br>BARRY (Defendant (Criminal)); Judge DIANA HARRIS | |

2/25/2011          Event Scheduled
                   Event: Misdemeanor Initial Status Hearing
                   Date: 03/17/2011     Time: 9:30 am
                   Judge: DEMEO, MARISA J     Location: Courtroom 210

2/25/2011          Event Resulted - Release Status: PR.
                   The following event: Arraignment scheduled for
                   02/25/2011 at 1:00 pm has been resulted as
                   follows:

                   Result: Defendant Pled Not Glty Trial Rights
                   Were Asserted
                   Judge: HARRIS EPPS, DIANA     Location: Courtroom
                   201
                   TIGHE D BARRY (Defendant (Criminal)); ; Judge
                   DIANA HARRIS EPPS on behalf of Judge MARISA J
                   DEMEO

2/25/2011          Charge Filed
                   Charge #1: Unlawful Entry

2/25/2011          Event Scheduled
                   Event: Arraignment
                   Date: 02/25/2011     Time: 1:00 pm
                   Judge: HARRIS EPPS, DIANA     Location: Courtroom
                   201

1 of 1

| Filed | 04/25/2011 | | # of Pages | 1 |
| Docket Entry | Charge Disposed - Nolle Prosequi | > | |
| Party Charge | 1   Unlawful Entry | |

Journal Name
Journal Book
Starting Page

Attorney                                    >        Docket Nbr

Participants                    Sealed              Document Nbr

                        Create      F        File Reference
                        Notice               Nbr

Description
Charge Disposed - Nolle Prosequi

| Entered By: | GASKINSL | Entered Date: | 04/25/2011 16:27 | Updated By: | GASKINSL | Updated Date: | 04/25/2011 16:27 |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

*2nd Copy*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CR. NO. 19-163 (JDB) |
| | : | |
| TIGHE BARRY, | : | |
| | : | |
| Defendant. | : | |

## MOTION TO DISMISS INDICTMENT

The United States of America, by its undersigned counsel and pursuant to Fed. R. Crim. P. 48(a), hereby files this Motion to Dismiss Indictment.   In particular, the government states as follows:

1. The defendant was originally charged by an indictment in this case on May 16, 2019.

2. On July 30, 2019, Magistrate Meriweather accepted the defendant's guilty plea to one count of Disorderly Conduct and Disruptive Conduct and Picketing, Parading, and Demonstrating on United States Capitol Grounds in Magistrate Case No. 18-111 (RMM), in violation of Title 40 U.S.C. §§ 5104 (e)(2)(D) and (G) and one count of Disobedience or Resistance to a Court's Lawful Writ, Process, Order, Rule, Decree or Command in Magistrate Case No. 19-49 (RMM), in violation of Title 18 U.S.C. § 401 (3).

3. As part of the defendant's guilty plea, the government agreed to dismiss the case before this Court, Cr. No. 19-163 (JDB) in its entirety, at the time of the defendant's sentencing in Cr. No. 18-111 (RMM) and Cr. No. 19-049 (RMM).

4. On October 18, 2019, the defendant was sentenced on the above-referenced counts to

1



U.S. Department of Justice

Jessie K. Liu
United States Attorney

*District of Columbia*

*related to Charges*

---

*Judiciary Center*
*555 Fourth St., N.W*
*Washington, D.C. 20530*

**July 17, 2019**

**FILED**

**JUL 3 0 2019**

Clerk, U.S. District and
Bankruptcy Courts

Dani Jahn, Esquire
Federal Public Defender – District of Columbia
625 Indiana Ave, NW
Washington, D.C. 20004
**VIA ELECTRONIC MAIL**

Re:   <u>United States v. Tighe Dennis Barry</u>, 18 MJ 111 (RMM), 19 MJ 49
(RMM),

Dear Counsel:

This letter sets forth the full and complete plea offer to your client, **Tighe Dennis Barry** (hereinafter referred to as "your client" or "defendant"), from the Office of the United States Attorney for the District of Columbia (hereinafter also referred to as "the Government" or "this Office"). This plea offer expires on **July 30, 2019**. If your client accepts the terms and conditions of this offer, please have your client execute this document in the space provided below. Upon receipt of the executed document, this letter will become the Plea Agreement (hereinafter referred to as "this Agreement"). The terms of the offer are as follows:

1.    **<u>Charges and Statutory Penalties</u>**

Your client agrees to plead guilty to one count of **Disorderly Conduct and Disruptive Conduct and Picketing, Parading, and Demonstrating on United States Capitol Grounds in Magistrate Case No. 18-111 (RMM)**, in violation of Title 40 U.S.C. §§ 5104 (e)(2)(D) and (G) and one count of **Disobedience or Resistance to a Court's Lawful Writ, Process, Order, Rule, Decree or Command in Magistrate Case No. 19-49 (RMM),** in violation of Title 18 U.S.C. § 401 (3).

Your client understands that a violation of Title 40 U.S.C. §§ 5104 (e)(2)(D) and (G) carries a maximum sentence of 6 months of imprisonment, pursuant to 40 U.S.C. § 5109 (b); and a fine of $5,000, pursuant to 18 U.S.C. § 3571 and an obligation to pay any applicable interest or penalties on fines and restitution not timely made. Your client understands that a violation of Title 18 U.S.C. § 401 (3) carries a maximum sentence, fine or both, that is left to the discretion of the Court.

2.  **Factual Stipulations**

Your client agrees that the attached "Statement of Offense" fairly and accurately describes your client's actions and involvement in the offenses to which your client is pleading guilty. Please have your client sign and return the Statement of Offense as a written proffer of evidence, along with this Agreement.

3.  **Additional Charges**

In consideration of your client's guilty plea to the above offense(s), your client will not be further prosecuted criminally by this Office for the conduct set forth in the attached Statement of Offense. The Government will request that the Court dismiss the remaining counts set forth in the Criminal Information in Magistrate Case No. 19-49 (RMM) and Criminal Case No. 19-163 (JDB) in its entirety, at the time of sentencing. Your client agrees and acknowledges that the charge(s) to be dismissed at the time of sentencing were based in fact.

4.  **Sentencing Guidelines Analysis**

Your client understands that the sentence in this case will be determined by the Court, pursuant to the factors set forth in 18 U.S.C. § 3553(a), and that the Sentencing Guidelines do not apply to these matters.

5.  **Allocution**

The Government and your client reserve the right to describe fully, both orally and in writing, to the sentencing judge, the nature and seriousness of your client's misconduct, including any misconduct not described in the charges to which your client is pleading guilty. The Government further agrees to cap its allocution at 10 days of imprisonment on each count, to run concurrently.

In addition, if in this Agreement the parties have agreed to recommend or refrain from recommending to the Court a particular resolution of any sentencing issue, the parties reserve the right to full allocution in any post-sentence litigation. The parties retain the full right of allocution in connection with any post-sentence motion which may be filed in this matter and/or any proceeding(s) before the Bureau of Prisons. In addition, your client acknowledges that the Government is not obligated and does not intend to file any post-sentence downward departure motion in this case pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

6.  **Court Not Bound by this Agreement**

Your client understands that the sentence in this case will be imposed in accordance with 18 U.S.C. § 3553(a). Your client further understands that the sentence to be imposed is a matter solely within the discretion of the Court. Your client acknowledges that the Court is not obligated to follow any recommendation of the Government at the time of sentencing. Your client understands that the Government's recommendation is not binding on the Court.

Your client acknowledges that your client's entry of a guilty plea to the charged offense(s) authorizes the Court to impose any sentence, up to and including the statutory maximum sentence. The Government cannot, and does not, make any promise or representation as to what sentence your client will receive. Moreover, it is understood that your client will have no right to withdraw your client's plea of guilty if the Court does not follow the Government's sentencing recommendation. The Government and your client will be bound by this Agreement, regardless of the sentence imposed by the Court. Any effort by your client to withdraw the guilty plea because of the length of the sentence shall constitute a breach of this Agreement.

7. **Conditions of Release**

Your client acknowledges that, although the Government will not seek a change in your client's release conditions pending sentencing, the final decision regarding your client's bond status or detention will be made by the Court at the time of your client's plea of guilty. The Government may move to change your client's conditions of release, including requesting that your client be detained pending sentencing, if your client engages in further criminal conduct prior to sentencing or if the Government obtains information that it did not possess at the time of your client's plea of guilty and that is relevant to whether your client is likely to flee or pose a danger to any person or the community. Your client also agrees that any violation of your client's release conditions or any misconduct by your client may result in the Government filing an ex parte motion with the Court requesting that a bench warrant be issued for your client's arrest and that your client be detained without bond while pending sentencing in your client's case.

8. **Waivers**

A. **Statute of Limitations**

Your client agrees that, should the conviction following your client's plea of guilty pursuant to this Agreement be vacated for any reason, any prosecution, based on the conduct set forth in the attached Statement of Offense, that is not time-barred by the applicable statute of limitations on the date of the signing of this Agreement (including any counts that the Government has agreed not to prosecute or to dismiss at sentencing pursuant to this Agreement) may be commenced or reinstated against your client, notwithstanding the expiration of the statute of limitations between the signing of this Agreement and the commencement or reinstatement of such prosecution. It is the intent of this Agreement to waive all defenses based on the statute of limitations with respect to any prosecution of conduct set forth in the attached Statement of Offense that is not time-barred on the date that this Agreement is signed.

B. **Trial Rights**

Your client understands that by pleading guilty in this case your client agrees to waive certain rights afforded by the Constitution of the United States and/or by statute or rule. Your client agrees to forego the right to any further discovery or disclosures of information not already provided at the time of the entry of your client's guilty plea. Your client also agrees to waive, among other rights, the right to plead not guilty, and the right to a trial. If there were a trial, your

client would have the right to be represented by counsel, to confront and cross-examine witnesses against your client, to challenge the admissibility of evidence offered against your client, to compel witnesses to appear for the purpose of testifying and presenting other evidence on your client's behalf, and to choose whether to testify. If there were a trial and your client chose not to testify at that trial, your client's failure to testify could not be held against your client. Your client would further have the right to be presumed innocent until proven guilty, and that the burden would be on the United States to prove your client's guilt beyond a reasonable doubt. If your client were found guilty after a trial, your client would have the right to appeal your client's conviction. Your client understands that the Fifth Amendment to the Constitution of the United States protects your client from the use of self-incriminating statements in a criminal prosecution. By entering a plea of guilty, your client knowingly and voluntarily waives or gives up your client's right against self-incrimination.

Your client acknowledges discussing with you Rule 11(f) of the Federal Rules of Criminal Procedure and Rule 410 of the Federal Rules of Evidence, which ordinarily limit the admissibility of statements made by a defendant in the course of plea discussions or plea proceedings if a guilty plea is later withdrawn. Your client knowingly and voluntarily waives the rights that arise under these rules in the event your client withdraws your client's guilty plea or withdraws from this Agreement after signing it.

Your client also agrees to waive all constitutional and statutory rights to a speedy sentence and agrees that the plea of guilty pursuant to this Agreement will be entered at a time decided upon by the parties with the concurrence of the Court. Your client understands that the date for sentencing will be set by the Court.

## C.    Appeal Rights

Your client agrees to waive, insofar as such waiver is permitted by law, the right to appeal the conviction in this case on any basis, including but not limited to claim(s) that (1) the statute(s) to which your client is pleading guilty is unconstitutional, and (2) the admitted conduct does not fall within the scope of the statute(s). Your client understands that federal law, specifically 18 U.S.C. § 3742, affords defendants the right to appeal their sentences in certain circumstances. Your client also agrees to waive the right to appeal the sentence in this case, including but not limited to any term of imprisonment, fine, forfeiture, award of restitution, term or condition of supervised release, authority of the Court to set conditions of release, and the manner in which the sentence was determined, except to the extent the Court sentences your client above the statutory maximum determined by the Court. In agreeing to this waiver, your client is aware that your client's sentence has yet to be determined by the Court. Realizing the uncertainty in estimating what sentence the Court ultimately will impose, your client knowingly and willingly waives your client's right to appeal the sentence, to the extent noted above, in exchange for the concessions made by the Government in this Agreement. Notwithstanding the above agreement to waive the right to appeal the conviction and sentence, your client retains the right to appeal on the basis of ineffective assistance of counsel, but not to raise on appeal other issues regarding the conviction or sentence.

9.    **Collateral Attack**

Your client also waives any right to challenge the conviction entered or sentence imposed under this Agreement or otherwise attempt to modify or change the sentence or the manner in which it was determined in any collateral attack, including, but not limited to, a motion brought under 28 U.S.C. § 2255 or Federal Rule of Civil Procedure 60(b), except to the extent such a motion is based on newly discovered evidence or on a claim that your client received ineffective assistance of counsel. Your client reserves the right to file a motion brought under 18 U.S.C. § 3582(c)(2), but agrees to waive the right to appeal the denial of such a motion.

10.    **Breach of Agreement**

Your client understands and agrees that, if after entering this Agreement, your client fails specifically to perform or to fulfill completely each and every one of your client's obligations under this Agreement, or engages in any criminal activity prior to sentencing, your client will have breached this Agreement. In the event of such a breach: (a) the Government will be free from its obligations under this Agreement; (b) your client will not have the right to withdraw the guilty plea; (c) your client will be fully subject to criminal prosecution for any other crimes, including perjury and obstruction of justice; and (d) the Government will be free to use against your client, directly and indirectly, in any criminal or civil proceeding, all statements made by your client and any of the information or materials provided by your client, including such statements, information and materials provided pursuant to this Agreement or during the course of any debriefings conducted in anticipation of, or after entry of, this Agreement, whether or not the debriefings were previously characterized as "off-the-record" debriefings, and including your client's statements made during proceedings before the Court pursuant to Rule 11 of the Federal Rules of Criminal Procedure.

Your client understands and agrees that the Government shall be required to prove a breach of this Agreement only by a preponderance of the evidence, except where such breach is based on a violation of federal, state, or local criminal law, which the Government need prove only by probable cause in order to establish a breach of this Agreement.

Nothing in this Agreement shall be construed to permit your client to commit perjury, to make false statements or declarations, to obstruct justice, or to protect your client from prosecution for any crimes not included within this Agreement or committed by your client after the execution of this Agreement. Your client understands and agrees that the Government reserves the right to prosecute your client for any such offenses. Your client further understands that any perjury, false statements or declarations, or obstruction of justice relating to your client's obligations under this Agreement shall constitute a breach of this Agreement. In the event of such a breach, your client will not be allowed to withdraw your client's guilty plea.

11.    **Complete Agreement**

No agreements, promises, understandings, or representations have been made by the parties or their counsel other than those contained in writing herein, nor will any such agreements,

promises, understandings, or representations be made unless committed to writing and signed by your client, defense counsel, and an Assistant United States Attorney for the District of Columbia.

Your client further understands that this Agreement is binding only upon the Criminal and Superior Court Divisions of the United States Attorney's Office for the District of Columbia. This Agreement does not bind the Civil Division of this Office or any other United States Attorney's Office, nor does it bind any other state, local, or federal prosecutor. It also does not bar or compromise any civil, tax, or administrative claim pending or that may be made against your client.

If the foregoing terms and conditions are satisfactory, your client may so indicate by signing this Agreement and the Statement of Offense, and returning both to me no later than **July 30, 2019**.

Sincerely yours,

_____
Jessie K. Liu
United States Attorney

By: _____
Lisa Nicole Walters
Assistant United States Attorney

## DEFENDANT'S ACCEPTANCE

I have read every page of this Agreement and have discussed it with my attorney, **Dani Jahn, Esquire.** I fully understand this Agreement and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Agreement fully. I am pleading guilty because I am in fact guilty of the offense(s) identified in this Agreement.

I reaffirm that absolutely no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in this Agreement. I am satisfied with the legal services provided by my attorney in connection with this Agreement and matters related to it.

Date: 7-30-19

**Tighe Dennis Barry**
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read every page of this Agreement, reviewed this Agreement with my client, **Tighe Dennis Barry**, and fully discussed the provisions of this Agreement with my client. These pages accurately and completely set forth the entire Agreement. I concur in my client's desire to plead guilty as set forth in this Agreement.

Date: 7/30/19

**Dani Jahn, Esquire**
Attorney for Defendant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | : | **MAG. NO.** | **18-111 (RMM)** |
| | : | | **19-49 (RMM)** |
| | : | | |
| **v.** | : | | **FILED** |
| | : | | |
| **TIGHE BARRY,** | : | | **JUL 3 0 2019** |
| | : | | |
| Defendant. | : | | Clerk, U.S. District and Bankruptcy Courts |

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

The parties in this case, the United States of America and the defendant, Tighe Dennis Barry, stipulate and agree that had this case proceeded to trial, the government's evidence would establish the following facts beyond a reasonable doubt:

### I.     Summary of the Plea Agreement

Defendant Tighe Dennis Barry agrees to admit guilt and enter a plea of guilty to Disorderly Conduct and Disruptive Conduct and Picketing, Parading, and Demonstrating on United States Capitol Grounds (Count 1) in Magistrate Case No. 18-111 (RMM), in violation of Title 40 U.S.C. §§ 5104 (e)(2)(D) and (G) and one count of Disobedience or Resistance to a Court's Lawful Writ, Process, Order, Rule, Decree or Command (Count 2) in Magistrate Case No. 19-49 (RMM), in violation of Title 18 U.S.C. § 401 (3).

### II.    Elements of the Offense

The essential elements of the offense of Disorderly Conduct and Disruptive Conduct and Picketing, Parading, and Demonstrating on United States Capitol Grounds, in violation of Title 40 U.S.C. §§ 5104 (e)(2)(D) and (G) each of which the government must prove beyond a reasonable doubt, are:

1

1. the Defendant knowingly and willfully engaged in disorderly or disruptive conduct;

2. in any of the Capitol Buildings;

3. with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress;

4. or the orderly conduct within such building of a hearing before or any deliberations of a committee of Congress or either House of Congress; and

5. did unlawfully and knowingly parade, demonstrate, or picket within any of the Capitol buildings.

The essential elements of the offense of Disobedience or Resistance to a Court's Lawful Writ, Process, Order, Rule, Decree or Command, in violation of Title 18 U.S.C. § 401 (3), each of which the government must prove beyond a reasonable doubt, are:

1. the Defendant knowingly and willfully disobeyed and resisted;

2. a lawful order of a Court of the United States.

III.     Penalties for the Offense

The penalty for Disorderly Conduct and Disruptive Conduct and Picketing, Parading, and Demonstrating on United States Capitol Grounds, in violation of Title 40 U.S.C. §§ 5104 (e)(2)(D) and (G), is as follows:

(A)     a maximum sentence of imprisonment of 6 months;

(B)     a fine not to exceed $5,000;

(C)     or both.

2

The penalty for Disobedience or Resistance to a Court's Lawful Writ, Process, Order, Rule, Decree or Command, in violation of Title 18 U.S.C. § 401 (3), is within the discretion of the Court.

IV.     Brief Statement of the Facts

***Magistrate Case No.: 18-111 (RMM)***

1.  On September 6, 2018, the Senate confirmation hearings for Justice Brett Kavanaugh were proceeding in the Hart Senate Office Building in SH Room 216.   Several United States Capitol Police officers (hereinafter "Capitol Police") were positioned around the perimeter of the hearing room, including the public viewing area.

2.  The public viewing area was at the back of the room, and designated as the last two rows of chairs.   The defendant was seated in the last row.

3.  The defendant was observed by law enforcement placing a pink tiara hat on his head with the writing "KAVA-NOPE CODE PINK". The defendant was advised that demonstrating was prohibited and was directed to remove the hat.   He complied.

4.  Shortly thereafter, the defendant removed a large sign from his bag, stood on top of the chair that he was sitting on and shouted in the direction of the hearing committee members.

5.  When Capitol Police officers approached the defendant, he jumped forward to the row of chairs in front of him and dislodged a chair toward other attendees that were sitting behind him, hitting one hearing attendee in the leg.

6.  Several Capitol Police officers responded to get the defendant down from standing on the chairs and to the ground, as he continued to shout and demonstrate.   The defendant had to be carried by his arms and legs out of the committee hearing room while he continued his demonstration. The toppling of chairs and chaos was so loud that it was captured on

recordings of the confirmation hearing proceedings.

### *Magistrate Case No.: 19-49 (RMM)*

1. On September 24, 2018, in the District of Columbia, in the case of <u>United States v. Tighe</u> <u>Barry</u> (18-mj-111) (D.D.C.), the Honorable Robin M. Meriweather, United States Magistrate Judge entered an order setting conditions of release in the case.

2. One such condition of release was that the defendant not "demonstrate, congregate, or protest on the Capitol grounds or attend any hearings."

3. On or about March 6, 2019, the defendant visited the Rayburn House Office Building, Room 2045, whereby he attended a meeting of the Middle Eastern Women's Coalition calling for the resignation of Ilhan Omar. At this meeting, defendant congregated with members of Code Pink who had signs. Further, inside the meeting this room, defendant wore a shirt that stated "I Stand with Ilhan, CodePink."

4. In so demonstrating, the defendant knowingly disobeyed and resisted a lawful order of a Court of the United States, that is, the order issued by the Honorable Robin M. Meriweather, United States Magistrate Judge on September 24, 2018, in the District of Columbia, in the case of United States v. Barry (18-mj-111) (D.D.C.).

<u>Limited Nature of Proffer</u>

This proffer of evidence is not intended to constitute a complete statement of all facts known by the defendant, but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for defendant's plea of guilty to the charged offenses.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY

BY: _____
LISA N. WALTERS
Assistant United States Attorney

### *Defendant's Acceptance*

I have read the five (5) pages which constitute the government's Statement of Offense and have discussed it with my attorney, Dani Jahn, Esquire. I fully understand this proffer and agree to it without reservation. I do this voluntarily and of my own free will, intending to be legally bound. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this agreement fully.

I reaffirm that no promises, agreements, understandings, or conditions have been made or entered into in connection with my decision to plead guilty except those set forth in my plea agreement.

I am satisfied with the legal services provided by my attorney in connection with this proffer and my plea agreement and matters related to it.

Date: 7-30-19

TIGHE DENNIS BARRY
Defendant

### *Attorney's Acknowledgment*

I have read each of the four (4) pages which constitute the government's Statement of Offense, reviewed them with my client, and discussed the provisions of the proffer with him, fully. These pages accurately and completely set forth the government's proof as I understand it.

Date: 7/30/19

DANI JAHN, ESQUIRE
Attorney for the Defendant

6

*AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

**FILED**

# UNITED STATES DISTRICT COURT

District of Columbia

**NOV 2 0 2019**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA

v.

TIGHE BARRY

)
)
)
)
)
)
)
)
)
)

### JUDGMENT IN A CRIMINAL CASE

Case Number:  18-111M-01

USM Number:  96222-007

Danielle Courtney Jahn
Defendant's Attorney

*[handwritten: Kavanaugh & 2 other cases]*
*[handwritten: ✻ not charged with 1512]*

## THE DEFENDANT:

☑ pleaded guilty to count(s)   One (1) of the Misdemeanor Information

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 40 U.S.C. 5104(e)(2)(D) and (G) | Unlawful Disorderly and Disruptive Conduct and Picketing, Parading, or Demonstrating on U.S. Capitol Grounds | 9/6/2018 | 1 |

The defendant is sentenced as provided in pages 2 through ___4___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/18/2019

Date of Imposition of Judgment

Signature of Judge

Robin M. Meriweather, United States Magistrate Judge

Name and Title of Judge

11/20/2019

Date

AO 245B (Rev. 09/19) Judgment in Criminal Case
   Sheet 2 — Imprisonment

DEFENDANT: TIGHE BARRY
CASE NUMBER: 18-111M-01

# IMPRISONMENT

  The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
Six (6) Days, with credit for all time served in 18-111M-01, 19-049M-01 and CR: 19-163.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
                 Sheet 5 — Criminal Monetary Penalties

Judgment — Page **3** of **4**

DEFENDANT: TIGHE BARRY
CASE NUMBER: 18-111M-01

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| TOTALS | $ 10.00 | $ | $ | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| TOTALS | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

     ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

     ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: TIGHE BARRY
CASE NUMBER: 18-111M-01

Judgment — Page __4__ of __4__

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☐   Lump sum payment of $ _____ due immediately, balance due

     ☐   not later than _____ , or
     ☐   in accordance with   ☐ C,    ☐ D,    ☐ E, or    ☐ F below; or

B   ☑   Payment to begin immediately (may be combined with    ☐ C,    ☐ D, or   ☐ F below); or

C   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐   Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
     _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
     term of supervision; or

E   ☐   Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
     imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

| Case Number<br>Defendant and Co-Defendant Names<br>*(including defendant number)* | Total Amount | Joint and Several<br>Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| | | | |

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.