# United States Court of Appeals
### For The District of Columbia Circuit

**No. 22-3090**  September Term, 2023

1:21-cr-00083-TNM-1

Filed On: September 1, 2023 [2015133]

United States of America,

    Appellee

  v.

Brandon Fellows,

    Appellant

## M A N D A T E

In accordance with the judgment of May 25, 2023, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

            BY:    /s/
                         Michael C. McGrail
                         Deputy Clerk

Link to the judgment filed May 25, 2023