UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | :   Case No.: 21-CR-83 (TNM) |
| BRANDON FELLOWS, | : |
| Defendant. | : |

# NOTICE OF APPEAL

**Name and address of appellant:**   Brandon Fellows
FCI Philadelphia
700 Arch Street
Philadelphia, PA 19106

**Name and address of appellant's attorney:**   Michelle Peterson
Chief Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offenses:** 18 U.S.C. § 1512(c)(2) & 2: Obstruction of an Official Proceeding
18 U.S.C. § 1752(a)(1) Entering and Remaining in a Restricted Building
18 U.S.C. § 1752(a)(2) Disorderly and Disruptive Conduct in a Restricted Building
40 U.S.C. § 5104(e)(2)(C) Entering and Remaining in Certain Rooms in the Capitol
40 U.S.C. § 5104(e)(2)(D) Disorderly Conduct in a Capitol Building

**Concise statement of judgment or order, giving date, and any sentence:**

JUDGMENT (03/12/24): The defendant is sentenced to 37 months of incarceration to run consecutive to the criminal contempt sentence of 5 months, followed by 36 months of supervised release, special assessment in the amount of $170.00, and restitution in the amount of $2,000.00.

**Name and institution where now confined, if not on bail:** FCI Philadelphia

**I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.**

| | |
|---|---|
| <u>March 14, 2024</u> | <u>Brandon Fellows</u> |
| DATE | APPELLANT |
| | |
| CJA, NO FEE  <u>    FPD       </u> | A. J. Kramer |
| PAID USDC FEE <u>   NO        </u> | FEDERAL PUBLIC DEFENDER |
| PAID USCA FEE <u>   NO        </u> | ATTORNEY FOR APPELLANT |

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? No