**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. Action No. 21-CR-083 (TNM) |
| BRANDON FELLOWS | |
| Defendant. | |

**NOTICE OF FILING**

Attached please find Mr. Fellows' Response to the Probation Petition. Counsel files this on behalf of Mr. Fellows as standby counsel.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MICHELLE M. PETERSON
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Shelli_Peterson@fd.org