UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No.: 21-CR-083 (TNM) |
| v. : | |
| : | |
| BRANDON FELLOWS, : | |
| : | |
| Defendant. : | |
| : | |

## UNITED STATES' UNOPPOSED MOTION TO CONTINUE OR ADVANCE STATUS CONFERENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court continue or advance the status conference regarding the defendant's conditions of supervised release, which is currently scheduled for August 30, 2024, at 9:30 a.m. Minute Order 7/15/24. Said motion is unopposed.

Government counsel, standby counsel, and the Probation Officer are available on Monday, August 26, from 11:30 a.m. to 1:30 p.m., and Tuesday, September 3, from 10 a.m. to 2 p.m. and 3 p.m. to 5 p.m.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: /s/ Carolina Nevin
CAROLINA NEVIN
Assistant United States Attorney
New York Bar No. 5226121
601 D Street, NW
Washington, DC 20530
carolina.nevin@usdoj.gov
(202) 803-1612