# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-3039**　　　　　　　　　　　　　　　　　　**September Term, 2024**

**1:21-cr-00083-TNM-1**

**Filed On: February 4, 2025** [2098551]

United States of America,

    Appellee

  v.

Brandon Fellows,

    Appellant

## M A N D A T E

    In accordance with the order of February 4, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                         **FOR THE COURT:**
                         Clifton B. Cislak, Clerk

                    BY:    /s/
                         Emily K. Campbell
                         Deputy Clerk

Link to the order filed February 4, 2025