# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| **No. 24-3039** | **September Term, 2024** |
| | **1:21-cr-00083-TNM-1** |
| | **Filed On:** February 4, 2025 |

United States of America,

    Appellee

  v.

Brandon Fellows,

    Appellant

    **BEFORE:**    Millett, Wilkins, and Rao, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion to vacate convictions and remand for dismissal, it is

**ORDERED** that the judgment of the district court be vacated and the case be remanded with instructions to dismiss the case as moot. See <u>United States v. Schaffer</u>, 240 F.3d 35, 37–38 (D.C. Cir. 2001) (en banc).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                              BY:    /s/
                                         Emily Campbell
                                         Deputy Clerk